IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN CINTRON | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-4078 |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |

# O R D E R

**AND NOW**, this 19th day of May, 2020, upon consideration of Defendants City of Philadelphia and Joseph Sullivan's Motion to Dismiss for Failure to State a Claim (ECF No. 6), and Motion to Dismiss Plaintiff's Complaint by Defendant the Police Athletic League (ECF No. 15), and all documents submitted in support thereof and in opposition thereto, consistent with the accompanying memorandum, it is **ORDERED** that the Motions are **GRANTED in part** and **DENIED in part** as follows:

1. The *Monell* claims against the City of Philadelphia premised on strict liability and a policy, custom, or practice are **DISMISSED** without prejudice (Count IV).

2. The Title VII and PHRA sex and national origin discrimination claims against the Police Athletic League and the City of Philadelphia are **DISMISSED** without prejudice (Counts I, II, and V).

3. Plaintiff may file an Amended Complaint within 14 days of the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**