IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVELYN CINTRON,** : | |
|     Plaintiff, : | CIVIL ACTION NO. 19-4078 |
| : | |
| v. : | JURY TRIAL DEMANDED |
| : | |
| **CITY OF PHILADELPHIA et al.,** : | |
| **THE PHILADELPHIA POLICE** : | |
| **ATLECTIC LEAGUE and JOSEPH** : | |
| **SULLIVAN,** : | |
|     Defendants. : | |

_____

### ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for Plaintiff Evelyn Cintron,

                                                      /s/ *Isaac H. Green*

                                        _____

                                        ISAAC H. GREEN, ESQUIRE

Date: February 28, 2024

## **CERTIFICATE OF SERVICE**

I, Isaac H. Green, Esquire, hereby certify that a true and correct copy of the above Entry pf Appearance was served via email upon the following:

Kevin L. Golden, Esquire
O'Hagan & Meyer
1717 Arch Street, Suite 3510
Philadelphia, PA 19103
kgolden@ohaganmeyer.com

Sharon E. Ulak
Deputy City Solicitor
City of Philadelphia
Law Department
sharon.ulak@phila.gov

    /s/ *Isaac H. Green*

_____
ISAAC H. GREEN, ESQUIRE

Date: February 28, 2024