IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN CINTRON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-4078 |
| CITY OF PHILADELPHIA et al | : | |

**O R D E R**

**AND NOW**, this 8th day of March 2024, it is **ORDERED** that an in-person Status Conference is scheduled for Friday, April 12, 2024, at 1:00 p.m., in Courtroom 8-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Plaintiff and Counsel for all parties shall attend this hearing.

**IT IS SO ORDERED.**

BY THE COURT:

s/ *R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**