IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN CINTRON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-4078 |
| CITY OF PHILADELPHIA et al | : | |

## AMENDED ORDER

**AND NOW**, this 9th day of July 2024, it is hereby **ORDERED** that this Court's April 23, 2024, Order (ECF No. 70), is amended as follows:

1. A final pretrial conference is scheduled for October 17, 2024, at 2:00 p.m. in Chambers (Room 8614).

**IT IS SO ORDERED**.

BY THE COURT:

s/ *R. Barclay Surrick*

_____
**R. BARCLAY SURRICK, J.**