IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN CINTRON, | : |
| Plaintiff, | : |
| v. | : Case No. 2:19-cv-04078-RBS |
| THE POLICE ATHLETIC LEAGUE, et al. | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Michon L. Crawford as counsel on behalf of Defendant, The Police Athletic League.

Respectfully submitted,

O'HAGAN MEYER PLLC

_____
Kevin L. Golden, Esquire
PA ID No. 94210
Michon L. Crawford, Esquire
PA ID No. 78532
1717 Arch Street, Suite 3910
Philadelphia PA 19103
(T) 215-461-3300; (F) 215-461-3311
kgolden@ohaganmeyer.com
mcrawford@ohaganmeyer.com
*Counsel for Defendant,*
*The Police Athletic League*

Date: September 6, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2024, I filed and served a true and correct copy of the foregoing Notice of Appearance via ECF Filing upon all counsel of record:

_____
Michon L. Crawford, Esquire