IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN CINTRON,<br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et al,<br>　　　　　Defendants. | :<br>:<br>:<br>:  Case No. 19-04078-RBS<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR SUMMARY JUDGMENT BY
## <u>DEFENDANT THE POLICE ATHLETIC LEAGUE</u>

For the reasons set forth in the accompanying memorandum of law, which is incorporated herein by reference, Defendant The Police Athletic League ("PAL"), by and through its undersigned counsel, hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 as to all of the claims asserted in Plaintiff's Amended Complaint [**ECF No. 40**], as they relate to the PAL.

Respectfully submitted,

**O'HAGAN MEYER PLLC**

Date: January 24, 2025

<u>/s/ Kevin L. Golden</u>
Kevin L. Golden, Esquire
Michon L. Crawford, Esquire
Three Logan Square
1717 Arch Street, Suite 3910
Philadelphia PA 19103
Phone: 215-461-3323
kgolden@ohaganmeyer.com
mcrawford@ohaganmeyer.com
*Counsel for Defendant, The Police Athletic League*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2025 I caused a true and correct copy of the foregoing **Motion for Summary Judgment** to be filed with the Clerk of the Court via the Electronic Filing System upon all counsel of record.

Respectfully submitted,

**O'HAGAN MEYER PLLC**

Date: January 24, 2025

*/s/ Kevin L. Golden*
Kevin L. Golden, Esquire