# EXHIBIT "A"

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT

     FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3    PHILADELPHIA COUNTY

     CASE NO. 19-04078-RBS

4    -----------------------------------------x

5    EVELYN CINTRON,

6              Plaintiff,

7         v.

8    CITY OF PHILADELPHIA, et al,

9              Defendants.

10   -----------------------------------------x

11                     1717 Arch Street

                       Philadelphia, Pennsylvania

12

                       October 28, 2022

13                     11:03 a.m.

14

15         VIDEOTAPED DEPOSITION of EVELYN

16   CINTRON, the Plaintiff, held at the

17   above-entitled time and place, taken before

18   Carolyn Crescio, a Professional Shorthand

19   Reporter and Notary Public of the State of

20   Pennsylvania.

21

22

23              *      *      *

24

25

Page 2

```
1
2       A P P E A R A N C E S:
3
        MINCEY, FITZPATRICK & ROSS, LLC
4       Attorneys for Plaintiff
             1650 Market Street
5            Suite 3600
             Philadelphia, Pennsylvania 19103
6       BY: ISAAC H. GREEN, ESQ.
7
8
        O'HAGAN MEYER
9       Attorneys for Defendant Police Athletic League
             1717 Arch Street
10           Suite 3910
             Philadelphia, Pennsylvania 19103
11      BY: KEVIN L. GOLDEN, ESQ.
12
13
14      CITY OF PHILADELPHIA LAW DEPARTMENT
        Attorneys for Defendant City of Philadelphia and
15      Joseph Sullivan
             1515 Arch Street
16           16th Floor
             Philadelphia, Pennsylvania 19102
17      BY: SHARON ULAK, ESQ.
18
19
20      ALSO PRESENT:
        DENZEL SINCLAIR, Videographer
21
        CANDACE HARDY, Esq.
22
23
24
25
```

Page 3

1

2              THE VIDEOGRAPHER:  All right.  We

3         are now on the record.  My name is

4         Denzel Sinclair.  I'm the

5         videographer retained by -- on the

6         record.

7              This is a video deposition

8         through the United States District

9         Court of the Eastern District of

10        Pennsylvania.

11             Today's date is October 28, 2022.

12        The time is 10:59 a.m.

13             This deposition is being held at

14        1717 Arch Street, Philadelphia, PA,

15        in the matter of Evelyn Cintron

16        versus the City of Philadelphia, et

17        al.  The deponent is Evelyn Cintron.

18             Will all counsel please identify

19        themselves for the record.

20             MR. GOLDEN:  My name is Kevin

21        Golden of O'Hagan Meyer.  I'm joined

22        by my colleague, Candace Hardy.  We

23        represent the defendant, Police

24        Athletic League.

25             MS. ULAK:  Sharon Ulak on behalf

Page 4

1                    E. CINTRON

2                of the City of Philadelphia and

3                Joseph Sullivan.

4                    MR. GREEN:   Isaac Green on behalf

5                of plaintiff, Evelyn Cintron.

6                    THE VIDEOGRAPHER:   The court

7                reporter, Carolyn Crescio, will now

8                swear the witness.

9

10    E V E L Y N   C I N T R O N, the witness herein,

11    after having been first duly sworn by a Notary

12    Public of the State of Pennsylvania, was examined

13    and testified as follows:

14    BY THE COURT REPORTER:

15          Q.    Please state your name for the

16    record.

17          A.    Evelyn Cintron.

18    EXAMINATION

19    BY MR. GOLDEN:

20          Q.    Good morning, Ms. Cintron.

21          A.    Good morning.

22          Q.    My name is Kevin Golden.   We met off

23    the record a couple minutes ago.   Can I ask,

24    have you ever been deposed before, a situation

25    like this, a deposition?

1                    E. CINTRON

2        A.    Yes.

3        Q.    Okay.  Approximately how long ago

4    were you last deposed?

5        A.    I don't recall.

6             MR. GREEN:  Excuse me, Kevin, I

7             don't mean to interrupt.  I just

8             want to just, at least for purposes

9             of the record, reserve my client's

10            right to read and sign.

11       Q.    Ms. Cintron, what I would like to do

12   is, before we get started, go over some ground

13   rules that will hopefully make today's

14   deposition move a little bit more smoothly, and

15   make sure that we kind of understand each other

16   as we work through the day.

17       To your left you'll see the court

18   reporter.  She will be taking down everything

19   that I am saying and everything that you are

20   saying, so I'm going to do my very best not to

21   interrupt you when you are giving me an answer.

22   And I would ask that, at the same time, if I'm

23   in the question, you allow me to finish the

24   question.  You may sometimes know where I'm

25   going with the question.  You may know exactly

1                        E. CINTRON

2       what I want to ask, but in order to prevent us

3       from talking over each other, which makes the

4       court reporter's job more difficult, I would

5       like to -- I'm going to do my best to make sure

6       I don't interrupt you, and hopefully we can work

7       that way, we are not talking over each other,

8       okay?

9            A.    Okay.

10           Q.    If I ask you any questions that you

11      do not understand, if I've used a term, or the

12      question itself you don't understand it, please

13      just let me know.  I'll do my best to rephrase

14      and reask it in a way that is more clear for

15      you.  Does that make sense?

16           A.    Yes.

17           Q.    I don't want you to have to guess.

18      So if I ask you a question and you don't know

19      the answer, it's quite fine to say, I don't

20      know.  If you feel that it would help to say,

21      Well, I don't know whether it was between X and

22      Y, with an approximation, that's fine.  I only

23      want to ask -- I only want to know from you the

24      things you actually know.

25           If we get to a point where you need to

1                    E. CINTRON
2     take a break, that's quite fine.  Just let me
3     know, and we will work with you to take that
4     break, for whatever reason.  I don't need to
5     know what that reason is.  The only question I
6     would -- pardon me, the only reservation I would
7     make is that if I have a question that I've
8     asked, that we allow you to answer that question
9     before we take the break.  Is that okay for you?
10         A.    Yes.
11         Q.    And the last, I guess, ground rule,
12    I would say, is because the court reporter is
13    transcribing all of our exchanges, I'd ask that
14    everything that you say -- and I'll do the best
15    from my end -- is to make sure all of your
16    responses are verbal.  If you sometimes shake
17    your head or nod, that's general -- I mean,
18    people normally communicate that way, but it's
19    harder to reflect it on the record.  So at some
20    point I may need to say to you, Oh, is that a
21    "yes" or is that a "no"?  But just generally
22    speaking, if you could try, make sure all your
23    responses are verbal.  Is that okay?
24         A.    Yes.
25         Q.    All right.  Ms. Cintron, can you

Page 8

```
 1                          E. CINTRON
 2      tell me, are you today currently employed?
 3              A.    No.
 4              Q.    Working backwards, what was the last
 5      job that you held?
 6              A.    I recently worked a few months at
 7      Sephora as a beauty adviser.
 8              Q.    You know what, let me step back with
 9      another question.
10              Do you currently reside in the state of
11      Pennsylvania?
12              A.    No.
13              Q.    Which state do you reside in?
14              A.    Georgia.
15              Q.    And how long have you been in
16      Georgia?
17              A.    I've been there since 2017, 2018,
18      when I left the job.
19              Q.    And when you say, "left the job," do
20      you mean with the City of Philadelphia?
21              A.    Yes.
22              Q.    The position that you held with
23      Sephora, do you know approximately how long you
24      held that?
25              A.    I think it was just four months.
```

```
                                              Page 9

  1                      E. CINTRON
  2          Q.     And was that in 2022 or 2021, if you
  3      recall?
  4          A.     2022.
  5          Q.     And what was -- did you hold a
  6      position -- any jobs before working in Sephora?
  7          A.     I worked for Off Duty Management.
  8          Q.     And do you recall --
  9          A.     That was approximately 2020.
 10          Q.     And do you know how long you held
 11      that job?
 12          A.     Six months, approximately.
 13          Q.     Was the position with Sephora, was
 14      that an hourly or salary position?
 15          A.     Hourly.
 16          Q.     And do you recall what that hourly
 17      rate was?
 18          A.     Seventeen dollars an hour.
 19          Q.     Did you have a set schedule or could
 20      it change from week to week?
 21          A.     It fluctuated.
 22          Q.     And the job with Off Duty
 23      Management, was that an hourly or a salary?
 24          A.     It was salary.
 25                      MR. GOLDEN:   Let's do PAL-1.
```

Page 10

```
 1                      E. CINTRON

 2                  (Off Duty Management letter is

 3                   received and marked as Exhibit PAL-1

 4                   for identification, as of this

 5                   date.)

 6          Q.    Ms. Cintron, just so you know, I'm

 7    going to have the court reporter put a label on

 8    it, and then she will allow you to look at it.

 9          A.    Okay.

10          Q.    You can familiarize yourself with

11    it.

12          Ms. Cintron, is this -- is this a -- let

13    me step back.  This is a record we obtained from

14    Off Duty.  Does this appear to be the offer

15    letter that extended you the employment with Off

16    Duty?

17          A.    It appears to be, yes.

18          Q.    And does the start date of

19    August 19, 2019, is that approximately when you

20    began working with Off Duty?

21          A.    Yes.

22          Q.    And this says there was a salary, a

23    base salary of 66,000.  Is that accurate?

24          A.    Yes.

25          Q.    When you held this position, was
```

1                        E. CINTRON

2       there any other pay that you received, like

3       overtime, bonuses, anything apart from the base

4       salary?

5              A.    I was supposed to receive bonuses,

6       but they never paid me for my bonuses.

7              Q.    And this -- the position was a

8       business-development manager; is that correct?

9              A.    They manage overtime hours for

10      police departments throughout country.

11             Q.    And just so I'm clear, was your

12      title the business-development manager?

13             A.    Yes.

14             Q.    And, generally, can you tell me what

15      the -- what that position entailed?

16             A.    Greg Doran recruited me from

17      LinkedIn.  And my job was to basically secure

18      accounts for -- from the different police

19      departments for the company.

20             Q.    And so when you say to get those

21      accounts, I think, if I understand you

22      correctly, it would be accounts where you would

23      manage those police departments' overtime?

24             A.    I wouldn't manage the overtime.  The

25      company would.

Page 12

1          E. CINTRON

2          Q.    Okay.  So the company would do that.

3    Your position was to work to obtain other

4    clients; is that correct?

5          A.    Yes.  And they would feed us the

6    clients to work with.

7          Q.    Was there -- apart from the Sephora

8    and Off Duty Management positions, have you held

9    any other jobs since the end of your employment

10   with the City of Philadelphia?

11         A.    No.  When I left Off Duty

12   Management, I was in good standing, and I had

13   over $30,000 in compensation that they owed me.

14   And when we went to the Chief of Police

15   Association Conference, my boss, Greg Doran,

16   spoke to Deputy Commissioner Coulter.  And after

17   being given a great review of how I was doing

18   with this company, a few days later I was

19   terminated.

20         Q.    That -- you mentioned -- what was

21   the name of that conference you were attending?

22         A.    It was the Chief of Police

23   Conference.  And while I was in -- I forgot what

24   state I was in with one of my coworkers, Greg

25   Doran attended the Chief of Police Conference, I

1                    E. CINTRON

2    believe here in Philadelphia, where he met

3    Deputy Commissioner Coulter and had a

4    conversation with him about me.  And the next

5    thing you know, that Monday, I was told that

6    they no longer needed me.

7            Q.    And so Mr. Doran -- so your

8    employment at that time was terminated by Off

9    Duty?

10           A.    Well, basically, they told me they

11    didn't need me no more, and they claimed it was

12    because of my performance, on that Monday.  But

13    that Friday they had -- we had a meeting, and I

14    was given praise about how well I was doing --

15    until he had a conversation with Deputy

16    Commissioner Coulter of the Philadelphia Police

17    Department.

18           Q.    And so that conference, would it

19    have occurred in 2020?

20           A.    I believe so.

21           Q.    And it was here in Philadelphia?

22           A.    I believe this is where he spoke to

23    her, yes.

24           Q.    And that's Deputy Commissioner

25    Coulter, correct?

Page 14

1                        E. CINTRON

2          A.    Yes.

3          Q.    What did -- did Deputy Commissioner

4     Coulter tell you about that conversation?

5          A.    No.  My coworker, Jeff.

6          Q.    What is Jeff's last name?

7          A.    I don't recall.

8          Q.    He's an employee of Off Duty?

9          A.    Yes.

10          Q.    And can you tell me what you

11     remember Jeff told you about that conversation?

12          A.    He stated that while our boss, Greg

13     Doran, was at the conference, he met my previous

14     boss, Deputy Commissioner Coulter, and that he

15     had a conversation with her about me.  And he --

16     and that Greg Doran had told him that.  And he

17     basically was telling me, Prepare, because I

18     don't know what that's all about.

19          Q.    Did he tell -- did Jeff tell you --

20     I just want to try to be clear -- did Jeff tell

21     you what Greg told Deputy Commissioner Coulter?

22          A.    No.  He was just basically giving me

23     a heads-up, and it wasn't good because -- based

24     on his conversation with Greg.

25          Q.    So this was a conversation, as Jeff

Page 15

```
 1                        E. CINTRON
 2      related to you, that he either participated in
 3      or overheard between Mr. Doran and Deputy
 4      Commissioner Coulter?
 5            A.    No.  This is a conversation that
 6      Greg Doran had with Jeff over the phone, while
 7      we were at a different location at a different
 8      conference.
 9            Q.    So if I understand it correctly,
10      Greg called Jeff and relayed the conversation he
11      had with Deputy Commissioner Coulter?
12            A.    Yes.
13            Q.    And then Jeff called you and said,
14      Heads-up, doesn't sound like that was a good
15      conversation?
16            A.    No.  When we were at the conference
17      we had to be there several days.  And,
18      apparently, Jeff spoke to Greg Doran the night
19      before.  So when we got together in the morning
20      to go to our next location, he explained to me
21      that he had received a call from Greg Doran, and
22      that Greg Doran had told him that he had spoken
23      to Deputy -- that he had met and spoken to
24      Deputy Commissioner Coulter at this event.  And
25      that they had a conversation about me.  But he
```

1                         E. CINTRON

2    did not relay what was the content -- context of

3    that conversation.

4         Q.    And so he didn't relay the contents

5    of the conversation between Greg and Deputy

6    Commissioner Coulter, correct?

7         A.    Yes.  He just told me -- giving me

8    the heads-up, Prepare, because it doesn't sound

9    good.

10        Q.    Do you recall the conference you

11   were attending, the name of what that conference

12   was?

13        A.    It was -- basically, they had, like,

14   different conferences about, you know,

15   equipment, police equipment, and they would send

16   us to get leads from those places.  I can't

17   recall exactly where I was at.  I believe it

18   might have been -- I don't remember.  We went to

19   so many places, I can't recall which one I was

20   at, at that time.

21        Q.    So -- and then can you tell me how

22   your employment -- what happened next?  Did Greg

23   call you?  Like, how did your employment with

24   Off Duty terminate?

25        A.    Well, Friday, prior to that Monday

1                          E. CINTRON

2       where I received the call that I was no longer

3       needed, we had a conference call where Greg

4       would talk to everyone on the line about

5       everyone's achievements and celebrate the

6       achievement.  And that Friday, he gave me my

7       props about how great I was doing, how many

8       accounts I had secured.  And he even mentioned

9       the bonus that I would receive.  And that

10      Monday, to my surprise, he called and told me

11      that I was no longer needed, and said the

12      opposite of what he had said Friday, which was

13      my performance, which was not true.

14              Q.    In that call on Friday, did he

15      explain to you what the amount of that bonus

16      would be?

17              A.    I was expecting at least $33,000.

18              Q.    So Off Duty, there was the base

19      salary, bonus eligibility.  Any other, like,

20      401(k) or profit-sharing plans that you were

21      entitled to?

22              A.    No.

23              Q.    Did the company provide any kind of

24      health or dental insurance?

25              A.    No.  I believe they do, but because

```
 1                    E. CINTRON
 2      I was a new employee, I wasn't qualified for it
 3      at the time.
 4           Q.    So was it, in your understanding,
 5      like a probationary term?
 6           A.    Yes.
 7           Q.    Okay.  Do you currently have health
 8      or dental insurance?
 9           A.    I have health and dental insurance
10      for another two years through the city.  They
11      extend health care and dental care for five
12      years after you leave the job.
13           Q.    Let me back up.  The position with
14      Sephora, can you tell me how that ended?
15           A.    I had to resign due to medical
16      reasons.
17                    MS. ULAK:  I'm sorry.  What was
18                 the last word?
19                    THE WITNESS:  Medical reasons.
20                    MS. ULAK:  Oh, okay.  Thank you.
21           Q.    And trying to be respectful of that
22      line of inquiry, are those medical reasons -- do
23      they currently prevent you from working?
24           A.    Yes.
25           Q.    May I ask, what is that condition?
```

Page 19

1                          E. CINTRON

2          A.    Well, I have PTSD due to job-related

3    stress.  And I get anxiety.  I can't sleep at

4    night so it prevents me from properly

5    functioning sometimes at work.  And I was

6    getting headaches because of my thyroid

7    condition.

8          Q.    Ms. Cintron, are you currently

9    treating with any doctors or therapists for the

10   PTSD?

11         A.    Yes.  I just switched to a new

12   doctor.  Russell Medical Group in Georgia.  And

13   they are treating me for my PTSD, anxiety, and

14   related, you know, medical issues.

15         Q.    Prior to Russell Medical Group -- do

16   you know approximately when you started treating

17   with that entity?

18         A.    A few months ago.  I believe, like,

19   three or four months ago, I switched.

20         Q.    And was there -- let me back up.

21         Apart from Russell Medical Group, is there

22   anyone else that you're currently treating with

23   as it relates to your PTSD or anxiety?

24         A.    No, because everyone that I was

25   treating with prior to going to this new doctor

```
 1                    E. CINTRON
 2     was here in Philadelphia.
 3                    MR. GREEN:  Excuse me.  Can we go
 4              off the record for one second?
 5                    MR. GOLDEN:  Sure.
 6                    THE VIDEOGRAPHER:  The time is
 7              11:19.  We are now off the record.
 8                    (A break was taken.)
 9                    THE VIDEOGRAPHER:  The time is
10              11:20.  We are now on the record.
11            Q.    Prior to Russell Medical Group, can
12     you tell me the name of the doctors or
13     therapists that you were treating with as it
14     relates to your PTSD and anxiety?
15            A.    Yes.  When I first started getting
16     the symptoms, I told my doctor at Holmesburg
17     Medical, Dr. Carter.  And based on my symptoms
18     and complaints that I was having, he told me
19     that he thought I had anxiety or depression.
20     And he referred me to the proper doctor to --
21     for proper diagnosis.
22            Q.    And what was the name of the doctor
23     to whom he referred you?
24            A.    He referred me to Philmont Guidance
25     Center.  While there, I received counseling from
```

Page 21

1                       E. CINTRON

2    Ms. Whitley, I believe her name is, and I saw

3    the nurse practitioner, Aurn.  I believe it's

4    A-U-R-N.

5          Q.    Apart -- so let me kind of back up.

6    I want to be clear in the questions I'm asking

7    you.

8          Holmesburg Medical, you said that was the

9    entity that first diagnosed you with the PTSD

10   and the anxiety?

11         A.    No.  They didn't diagnose me.  He

12   referred me based on my medical conditions.

13         Q.    And so Dr. Carter referred you to

14   Philmont Guidance, and is that the entity that

15   diagnosed your condition?

16         A.    Yes.

17         Q.    Did you -- is there anyone else

18   besides Philmont Guidance that has provided

19   treatment for those conditions?

20         A.    When I went to Georgia, I started

21   seeing Dr. Remalia, and he was my primary care.

22   And he just continued my medical treatment in

23   terms of my PTSD and medication management.

24         Q.    And do you know, is Dr. Remalia

25   associated with a practice with the name of an

Page 22

```
 1                    E. CINTRON
 2    entity?
 3         A.    I believe it's Remalia Medical
 4    Group, or Highlands -- Highlands Medical Group.
 5    That's what it's called.
 6         Q.    So Holmesburg Medical, Philmont
 7    Guidance, Dr. Remalia.  Are there any other
 8    providers with whom you treated to seek care for
 9    your anxiety or depression?
10         A.    And recently my new doctor.
11         Q.    The --
12         A.    At Russell Medical.
13         Q.    Right.
14         Can you tell me the -- when you were --
15    let me back up.  I'm sorry.
16         Apart from the anxiety and the depression,
17    are there any other conditions that currently
18    prevent you from working?
19         Oh, I'm sorry.  I was wrong.  I said
20    "anxiety and depression."  So it's anxiety and
21    PTSD, correct?  Is there any other conditions
22    that prevent from you working?
23         A.    Severe depression, anxiety, PTSD.
24    And I was recently diagnosed with having two
25    small tumors, one in my pituitary, and one
```

Page 23

```
                          E. CINTRON
 1
 2      behind my left eye, which were causing me
 3      headaches.
 4           Q.    And so is -- Russell Medical Group,
 5      are they the only entity treating you currently
 6      for the anxiety, depression, and PTSD?
 7           A.    Yes.  And I'm supposed to be
 8      scheduling, and since I just started with them,
 9      I'm supposed to be scheduling to see a
10      psychiatrist and continue my counseling, but it
11      hasn't been set up yet.
12           Q.    And forgive me, I just want to make
13      sure I'm clear.  Apart from Holmesburg -- I'm
14      sorry, Russell Medical Group, are there any
15      other -- any other counselors or psychiatrists
16      besides Philmont Guidance or Dr. Remalia that
17      you have sought treatment with?
18           A.    No.
19           Q.    And are you -- can you identity the
20      medications that you're currently taking for the
21      conditions that you have?
22           A.    I am taking paroxetine for my PTSD.
23      I am taking trazodone for insomnia.  And I just
24      take my regular medication for my thyroid.  I
25      can't remember the name of it.
```

1                    E. CINTRON

2          Q.    So it's the thyroid medication and

3      then paroxetan [sic]?

4          A.    Paroxetan, I believe, or paroxetine,

5      or something like that.

6          Q.    I'll Google --

7          A.    I don't know the correct --

8          Q.    I'll Google it later.

9          And then the trazodone, something like

10     that, for insomnia?

11         A.    Yeah.  To help me sleep at night.

12         Q.    So the -- so just so I can back up

13     then, so you left the position with Sephora in

14     light of your medical conditions, correct?

15         A.    Yes.  Because I wasn't getting a lot

16     of sleep at night, and just not able to

17     function.

18         Q.    Did any of the doctors that you are

19     treating with, or any of the entities we have

20     talked about, have they provided you any records

21     that state that you should take time off, or you

22     can't work, anything like that, to apply --

23     well, sorry, I don't want to be compound.

24         Did they give you any documentation saying

25     that you could not work?

Page 25

1              E. CINTRON

2        A.    I don't know what Ms. -- the nurse

3    practitioner from Philmont Guidance put in her

4    records, but she recommended that I do not

5    return back to work to the Philadelphia Police

6    Department, and take a medical leave of absence.

7        Q.    And do you know -- do you know

8    approximately when that note was provided?

9        A.    That was in 2017, I believe it was,

10   2017, '18.

11       Q.    Have you -- in light of your

12   inability to work, have you applied for any kind

13   of Social Security Disability or other

14   disability payments?

15       A.    I just recently applied for Medicare

16   to get medical because I know my medical is

17   about to expire, but I have not gotten an answer

18   yet.

19       Q.    And so -- but apart from the

20   Medicare application, have you applied for any

21   form of disability payments or income

22   replacement?

23       A.    No.

24       Q.    Prior to working at Off Duty, you

25   were employed with the City of Philadelphia; is

Page 26

1                        E. CINTRON

2       that correct?

3              A.    Yes.

4              Q.    And can you tell me -- I know you

5       held several positions, and we will work through

6       that.  Can you tell me when you started working

7       with the City of Philadelphia?

8              A.    I began working for the City

9       of Philadelphia in 1999, going into 2000.

10             Q.    And what was the title that you held

11      at that time, if you remember?

12             A.    I worked for the City

13      of Philadelphia prison system.  And I was a

14      correctional officer.

15             Q.    And what is the position you held

16      next?

17             A.    I then moved -- after working there

18      for seven years, I became a Philadelphia police

19      officer.

20             Q.    And did you have -- and forgive me,

21      I'm not versed in this -- what was -- did you

22      have a rank when you became a police officer?

23             A.    Initially, I was a police officer.

24      I then took the corporal's exam and became a

25      corporal.  I then took the sergeant's exam and

Page 27

1                          E. CINTRON
2       became a sergeant.  I then took the lieutenant's
3       exam and became a lieutenant.
4              Q.    So how long -- approximately.  Don't
5       worry if you -- this is -- one of the ground
6       rules I skipped in the beginning is, this isn't
7       a memory test, so I said, you know, only tell me
8       what you know, but if I'm asking for things
9       going back, if you don't remember, that's quite
10      all right.
11             Do you know how long approximately you
12      held the title of police officer?
13             A.    I believe it was like, six, seven
14      years.
15             Q.    And do you know how long you held
16      the title of corporal?
17             A.    Four years.
18             Q.    How long did you hold the title of
19      sergeant?
20             A.    Three years.
21             Q.    And title of lieutenant?
22             A.    For the remainder.
23             Q.    Who -- let me ask this in an easier
24      way because there might be multiple names.  As a
25      police officer, you -- did you have a certain --

Page 28

```
 1                        E. CINTRON
 2     did you report to a corporal?  I guess let me
 3     ask the question this way.  I would like to find
 4     out the reporting structure as you moved up.
 5     And you may say, I reported to several
 6     supervisors, but I would just -- for simplicity
 7     sake, could you tell me, as a police officer, I
 8     reported to a corporal -- or did you have a
 9     designated supervisor?
10         So with that long-winded exposition [sic]
11     out of the way, can you tell me, as a police
12     officer, who did you report to?
13         A.   As a police officer on patrol, you
14     report to your first-line supervisor, which is a
15     sergeant.  However, the corporal is an
16     administrative position, so if they give you an
17     assignment, you also are supposed to follow
18     their orders, because they are a higher rank.
19         Q.   So there is a chain of command in
20     the police force, correct?
21         A.   Yes.
22         Q.   All right.  In the role as a police
23     officer -- withdraw that.
24         When you -- when you were elevated into
25     the role of a corporal, what was the chain of
```

```
 1                    E. CINTRON
 2    command there?  Who did you report to?
 3          A.    A lieutenant.
 4          Q.    And when you became a sergeant, who
 5    were you reporting to?
 6          A.    The lieutenant.  That's what you
 7    just asked me?
 8          Q.    No.  When you were the -- as -- when
 9    you were in the corporal role, who was your --
10    who did you report to?
11          A.    I reported to a sergeant.  And
12    sometimes the corporal.
13          Q.    And then when you were then promoted
14    to lieutenant, who did you report to?
15          A.    Can you rephrase that?  Because
16    you're confusing me.
17          Q.    Sorry.  So let me back up.  Let's
18    make sure.  I'm going to kind of go back over
19    what I think you and I both just explained, and
20    that way we can both make sure we are on the
21    same page.
22          When you were a police officer, your --
23    you were -- you were reporting to a sergeant?
24          A.    First-line supervisor, which is a
25    sergeant.
```

Page 30

1                    E. CINTRON

2          Q.    Okay.  When you were elevated into a

3    corporal, you were then reporting to the

4    sergeant, correct?  That was your first-line

5    supervisor?

6          A.    No.  I was reporting to the

7    lieutenant.

8          Q.    And when you were elevated then into

9    the sergeant role, were you still reporting to

10   the lieutenant?

11         A.    Yes.

12         Q.    All right.  Then when you were

13   elevated to the lieutenant, are you reporting to

14   the deputy commissioner?

15         A.    When I was assigned to the district,

16   I reported to the captain.  When I got appointed

17   to the position of the commanding officer of

18   PAL, I reported to the deputy commissioner.

19         Q.    And when you say "PAL," just for the

20   purposes of the record, you're referring to the

21   Police Athletic League, correct?

22         A.    Yes.  But, in addition to that, when

23   I was appointed by Commissioner Ross to become

24   the commander of the Police Athletic League, he

25   told me that I reported to him, but to go to the

                            E. CINTRON

1       deputy commissioner for the day-to-day things,

2       you know, things that he doesn't need to be

3       bothered with.

4           Q.    So what I would like to do,

5       Ms. Cintron, is just -- if I heard you

6       correctly, when you were elevated into the

7       lieutenant role, you essentially held two roles;

8       the first was when you were appointed, you said,

9       to the district?

10          A.    Yes.

11          Q.    Can you briefly describe what that

12      position entailed?

13          A.    So when I first got promoted to

14      lieutenant, they assigned me to the 25th Police

15      District.  I was reporting to Captain Cram.  And

16      he selected me as the administrative lieutenant,

17      as well as being in charge of the five squad

18      officers, which consisted of narcotics team,

19      technical team, the administrative staff in the

20      operations room.  I also worked on the streets

21      when needed.  So I just held a lot of different

22      hats.

23          Q.    In the role as lieutenant -- and so

24      what I want to do, just so we're clear, focusing

```
 1                    E. CINTRON
 2      right now, my questions all relate to this
 3      district position.
 4             When you would get -- do you get paper
 5      checks or do you get direct deposit?
 6             A.    Both.  Either.
 7             Q.    And those paychecks, would they come
 8      from -- would it say the City of Philadelphia or
 9      the Philadelphia Police Department?  What would
10      that say?
11             A.    City of Philadelphia.
12             Q.    And when you were in that role as
13      the -- for the district, did you have a
14      designated shift?  I think traditionally there
15      are three shifts; is that correct?
16             A.    Yes.
17             Q.    And did you have a designated shift?
18             A.    I worked Monday through Friday, 9 to
19      5, and I worked some afternoon initiatives from
20      time to time.  And sometimes the captain would
21      switch my schedule as needed.
22             Q.    And just so -- was it Cram you said
23      was the captain?
24             A.    Yes.
25             Q.    And was it Captain Cram then that
```

Page 33

```
  1                        E. CINTRON
  2    set your schedule?
  3          A.    Yes.
  4          Q.    And -- and was there anyone besides
  5    Captain Cram that you reported to?
  6          A.    No.
  7          Q.    In your recollection, who was
  8    responsible for elevating you into the
  9    commanding officer of the PAL unit?
 10          A.    Commissioner Richard Ross.
 11          Q.    Did you have any conversations with
 12    Commissioner Ross about your elevation to the
 13    commanding officer of PAL?
 14          A.    Well, initially, I received a call
 15    from his sergeant who informed me that
 16    Commissioner Ross has selected me for the
 17    position of the commanding officer of the
 18    Philadelphia Police Athletic League.
 19          Q.    Do you remember the name of that
 20    sergeant?
 21          A.    I can't recall his name.
 22          Q.    And is it fair to say that you
 23    were -- you assumed the role of commanding
 24    officer for PAL in or around June of 2016?
 25          A.    Yes.
```

1                    E. CINTRON

2          Q.    Do you know when the phone call with

3     this sergeant occurred?

4          A.    About a week prior to being

5     reassigned to the Police Athletic League.  He

6     told me to expect a call from Commissioner Ross

7     with further instructions that afternoon.

8          Q.    Did you submit any application for

9     that role?

10         A.    No.

11         Q.    Did you have any role in making an

12    interest in that role known?

13         A.    No.

14         Q.    So it was something that

15    Commissioner Ross decided on his own?

16         A.    He decided it based on his

17    recommendations from other deputies and other

18    supervisors that he spoke to.  And when he

19    called me to give me further instructions about

20    my role as a commanding officer, he explained

21    that he had heard many great things about me and

22    my leadership ability and my ability to work

23    with the officers, and that's why he had

24    selected me for the role.

25         Q.    Did he -- did he identify any of the

Page 35

```
 1                          E. CINTRON
 2      deputies or supervisors on whom he was relying?
 3          A.    Yes.  It was Deputy Commissioner
 4      Coulter and the other female deputy commissioner
 5      who I had met at community events.
 6          Q.    Do you recall that individual's
 7      name?
 8          A.    I can't recall her name.
 9          Q.    Apart from Commissioner Ross, do you
10      know if anyone else was involved in the decision
11      to appoint you as the commanding officer of PAL?
12          A.    No.
13          Q.    So, from your understanding, he was
14      the only person who made that decision?
15          A.    Yes and no.  If I could explain
16      that.
17          Q.    Sure.  Go ahead.
18          A.    Commissioner Ross had me do an
19      informal interview with the PAL board.  He
20      stated that it was his decision, but that
21      because we were working in a collaborative
22      effort with the PAL board, that I needed to meet
23      with the PAL board to do an informal interview.
24          When I arrived to this meeting, at the
25      meeting was Bernie Prazenica, Ron Rabena, Ted
```

```
 1                    E. CINTRON
 2    Qualli, Maureen Rush, and a few other board
 3    members.  I can't recall the names, but it was
 4    at least 15 people in that room.  And they all
 5    began to ask me questions.
 6         Q.    Do you recall where that meeting
 7    occurred?
 8         A.    Downtown, down here somewhere.  But
 9    I can't recall.  I believe it was like 17th and
10    Market.
11         Q.    And can you tell me -- you mentioned
12    that you were asked some questions.  Can you
13    tell me what, if anything specifically, you
14    remember you were asked during that meeting?
15         A.    They asked me about my background in
16    terms of my positions, just like you -- you
17    asked.  And they asked me about my community
18    involvement.  They asked me what would I bring
19    to PAL.  But, specifically, they were asking me
20    how I would handle disciplinary issues with the
21    police officers.
22         Q.    And so as -- if I understand that
23    correctly, those police officers, they would
24    report to you as the commanding officer?
25         A.    Yes.
```

Page 37

1                    E. CINTRON
2          Q.    Do you recall when that meeting
3    occurred?
4          A.    It was the same week that I was
5    assigned to PAL, because it all happened fairly
6    quickly.  I think I received the call from the
7    sergeant on a Wednesday.  And that same
8    Wednesday I spoke to Commissioner Ross.  I went
9    to meet with the board the next day.  And then
10   on Friday, I received another call from the
11   commissioner's office, informing me that I
12   report -- that I would report to PAL that
13   Monday.
14         Q.    Did anyone from PAL, those -- the
15   individual -- well, let me back up.
16         Did any of the individuals on the board
17   there that day ever tell you that they had
18   approved your appointment as the commanding
19   officer?
20         A.    They explained that -- they were
21   saying -- was that their approval was necessary
22   for me to be on PAL.  They did explain that,
23   ultimately, it was Commissioner Ross's decision,
24   but that because we work collaboratively, that
25   they had a say in who goes to PAL.

```
 1                    E. CINTRON
 2         Q.    After you were appointed -- so you
 3    were told that Friday, beginning Monday you're
 4    going to be -- you'll be acting as the
 5    commanding officer of PAL; is that correct?
 6         A.    Yes.
 7         Q.    After you were -- after that change,
 8    did you continue to receive pay from the City
 9    of Philadelphia?
10         A.    Yes.  The collaboration involves the
11    police department covering the pay for all
12    officers assigned to PAL.
13         Q.    So just so I understand you
14    correctly, the paycheck you received, even
15    though you were working as the commanding
16    officer, still came from the City of
17    Philadelphia, correct?
18         A.    Yes.
19         Q.    Did you receive any paychecks or
20    income directly from PAL?
21         A.    No.
22         Q.    When you were serving in the
23    commanding officer role, did you continue to
24    receive your benefits through the city?
25         A.    Yes.
```

Page 39

```
 1                    E. CINTRON
 2        Q.    Did PAL pay for any of your
 3   benefits?
 4        A.    No.
 5        Q.    Did PAL ever pay you any bonuses?
 6        A.    No.
 7        Q.    But if I understood you correctly
 8   then, also the officers who were assigned to the
 9   PAL unit, they were also -- they were also paid
10   by the city; is that correct?
11        A.    Yes.  But there was an incident
12   where PAL was paying the officers $25 to cover
13   some city events, which became an issue, because
14   I informed them that the officers have to get
15   paid through the city.
16        Q.    And why is it they have to be paid
17   through the city?
18        A.    Because they are considered
19   employees of the City of Philadelphia, and they
20   have to get paid their -- at the rate that they
21   are supposed to get paid.
22        Q.    Pursuant to their rank?
23        A.    Yes.
24        Q.    I'd like to back up and make sure I
25   understood something you had said earlier,
```

Page 40

```
1                        E. CINTRON
2      correctly.
3              After you became -- is it -- Ms. Cintron,
4      forgive me, because I'll try to make us move a
5      little quicker.  If I say, going forward,
6      "commanding officer," as it relates to your
7      title or your role, is it fair for -- what I
8      would like to do is say -- if I refer to your
9      position as commanding officer, I intend that to
10     mean the commanding officer of the PAL unit.  Is
11     that okay with you?  That way I don't have to
12     say every time, "as the commanding officer of
13     the PAL unit," if I just say -- so is it
14     acceptable to you for me to simply say, "as the
15     commanding officer," will you understand that I
16     mean, as the PAL unit?
17             A.    Yes.
18             Q.    Thank you.
19             You -- in the role of the commanding
20     officer, you said that you would report to both
21     Commissioner Ross, and then for the deputy
22     commissioner for day-to-day activities; is that
23     correct?
24             A.    That -- those were the instructions
25     that Commissioner Ross gave me when he assigned
```

Page 41

1                      E. CINTRON

2    me to PAL.

3         Q.    And who was the -- at the time, who

4    was the Deputy Commissioner to whom you would

5    report?

6         A.    Deputy Commissioner Myron Patterson.

7         Q.    And Deputy Commissioner Patterson is

8    a police officer?

9         A.    He was the first deputy right under

10   Ross.

11        Q.    And so, forgive me, but even though

12   he's the deputy commissioner, he's technically

13   still a police officer, correct?

14        A.    Yes.

15        Q.    And so he's an employee of the city?

16        A.    Yes.

17        Q.    And Commissioner Ross is also an

18   employee of the city?

19        A.    Yes.

20        Q.    When you took over as the commanding

21   officer, did you have a set shift or schedule

22   that you adhered to?

23        A.    It's difficult to have a set

24   schedule at PAL because, even though my hours

25   were from eight to four, a lot of the events

Page 42

1                    E. CINTRON
2    happened after-hours or on weekends.  So, even
3    though I was getting paid work eight to four, I
4    was not getting paid to work those extra hours.
5              Q.    So that --
6              A.    Most times.
7              Q.    Were there times you were paid for
8    those events?
9              A.    There was a few events that I
10   submitted overtime requests, and it was granted
11   by Deputy Commissioner Patterson.
12             Q.    And was that overtime paid by the
13   city?
14             A.    Yes.
15             Q.    Apart from Commissioner Ross and
16   Deputy Commissioner Patterson, was there anyone
17   else that you were reporting to at that time?
18             A.    Yes.  In terms of receiving my
19   orders, I would receive my orders from the
20   Deputy Commissioner and Commissioner Patterson
21   and Commissioner Ross.  But I worked jointly --
22   I was supposed to work jointly with Ted Qualli
23   and the board to obtain the resources and --
24   that we needed for PAL, and develop programs for
25   the kids at the PAL centers, and basically run

Page 43

1                          E. CINTRON
2        the day-to-day operations of the PAL as a whole.
3              Q.    So when you say that -- and I'll
4        come back to Ted and the board in a moment, but
5        you said that the orders would come from Deputy
6        Commissioner Patterson or Commissioner Ross, is
7        that right that they were -- you would report up
8        to them in the chain of command?
9              A.    Yes.  In the structure of the chain
10       of command, I would report to them.  But a lot
11       of my instructions came from the board in terms
12       of PAL matters.
13             Q.    Can you tell me what instructions
14       came to you from the board?
15             A.    The board would plan events,
16       programming, initiatives, community events.  And
17       they would direct what they wanted to be done
18       for us to implement.
19             Q.    And when you say "for us to
20       implement," do you mean the police officers, the
21       civilian employees, or both?
22             A.    Everyone.  Everyone involved in any
23       of those events or community initiatives.
24             Q.    Just -- let me back up.
25             PAL is a -- it's an -- let me do this.

Page 44

```
 1                    E. CINTRON
 2           MR. GOLDEN:  We'll do PAL-2, Ike?
 3           MR. GREEN:  Sounds good.
 4           MR. GOLDEN:  Just this is a --
 5      I'm going to give it --
 6           Ms. Cintron I'm going to have
 7      this labeled PAL-2.  You don't need
 8      to go through the whole thing.  If
 9      you would like to, we can go off the
10      record and you agree to do that, but
11      what I would like to do is I'm just
12      going to ask you some specific
13      questions about this, and we can
14      work our way through it.  But if you
15      would like, we can take a short
16      break and you can read it.  Do you
17      mind how we handle that?
18           THE WITNESS:  I would rather read
19      it.
20           MR. GOLDEN:  Okay.
21           THE WITNESS:  And take -- you
22      know, take a break to read it.
23           MR. GOLDEN:  All right.  We will
24      take -- we'll go off the record.
25           THE VIDEOGRAPHER:  The time is
```

Page 45

```
 1                    E. CINTRON
 2              11:52.  We are off the record.
 3                  (First Amended Complaint is
 4                  received and marked as Exhibit PAL-2
 5                  for identification, as of this
 6                  date.)
 7                  (A break was taken.)
 8                  THE VIDEOGRAPHER:  The time is
 9                  12:09.  We are now on the record.
10                  MR. GREEN:  Excuse me, what was
11                  the last question that was asked,
12                  and the answer?
13                  MR. GOLDEN:  Well, I was asking
14                  about -- I was going to ask
15                  questions about PAL.
16                  MR. GREEN:  Okay.
17          Q.    Ms. Cintron, in the document we've
18      labeled as PAL-2, in paragraph 5 it talks about
19      PAL being a nonprofit organization, and in
20      paragraph 6, an independently organized
21      nonprofit.  So am I to understand it correctly,
22      it is a -- PAL itself is a separate nonprofit
23      organization that works with the city?
24          A.    Yes.  The Philadelphia Police
25      Athletic League began, as we know, 75 years
```

Page 46

```
 1                    E. CINTRON
 2    ago --
 3          (Court reporter clarification.)
 4          A.    Philadelphia Police Department PAL
 5    unit was established 75 years ago.  And they
 6    began to work in collaboration with PAL, the
 7    nonprofit unit, to achieve the initiatives in
 8    the community.
 9          Q.    So if I heard that correctly, there
10    is -- within the police department, there's a
11    unit that is assigned to PAL; is that correct?
12          A.    PAL is a unit, and officers are
13    assigned to a unit, yes.
14          Q.    And those officers that are assigned
15    to the unit, they work with the PAL nonprofit
16    organization, correct?
17          A.    Yes.
18          Q.    So what I want to do to be clear is,
19    there's a police unit on one hand, and then
20    there's the nonprofit organization on another.
21    I just want to -- for the purposes of my next
22    couple of questions, those are -- there are
23    two -- two entities, correct?
24          A.    They are two entities working
25    together.
```

Page 47

```
 1                    E. CINTRON
 2          Q.    In terms of the PAL unit, you were
 3    the commanding officer, correct?
 4          A.    Yes.
 5          Q.    And the -- approximately how many
 6    police officers were assigned to the unit?
 7          A.    At the time I believe it was 27, two
 8    sergeants.
 9          Q.    So that the 27 includes the two
10    sergeants?
11          A.    No, I think it was 27 police
12    officers and two sergeants, approximately.
13          Q.    And did the -- did the police
14    officers, in terms of their chain of command,
15    did they report to the sergeants?
16          A.    Yes.  It's still the same
17    chain-of-command structure.
18          Q.    And then those sergeants would
19    report to you, correct?
20          A.    Yes.
21          Q.    Apart from the sergeants and the
22    police officers, did anyone else in the unit
23    report to you?
24          A.    I would consult with the PAL staff
25    in reference to all matters.
```

1                     E. CINTRON

2          Q.    And when you say "staff," is that --

3     do you mean to say the employees of the

4     nonprofit?

5          A.    I'm referring to Ted Qualli, as the

6     director, and I were supposed to be working

7     together to manage everyone in the PAL unit.

8          Q.    Ted --

9          A.    With the exception that Ted Qualli,

10    by not being a sworn police officer or

11    supervisor, cannot dictate orders to the

12    officers.  So anything that Ted required, he

13    would have to do it by letting the sergeant

14    know, or I know, so that we can let the officers

15    know what they need to do.

16         Q.    Gotcha.  So if Ted needed something

17    from one of the police officers, he would need

18    to either work through you or the sergeants to

19    have that order -- that they would need -- you

20    or those sergeants would need to give those

21    orders, correct?

22         A.    If there was anything in reference

23    to an order, yes.

24         Q.    And do you know -- do you know who

25    Ted reported to?

Page 49

1                           E. CINTRON

2          A.     Ted reported to the board.  Board

3     chair Bernie Prazenica, and co-chair at the

4     time, Ron Rabena.

5          Q.     And within -- to give you -- who

6     within PAL reported to Ted?

7          A.     The way he had it structured,

8     everything went to Ted for approval.

9          Q.     So, what I mean by that is if

10    there's a PAL -- for example, the name -- you

11    know the name Chase Trimmer; is that correct?

12         A.     Yes.

13         Q.     Did Mr. Trimmer report to Ted?

14         A.     Ted was his supervisor, but he

15    worked with me on programs.

16         Q.     So that was my question.

17    Mr. Trimmer would -- could work with you,

18    but he reported to Ted, correct?

19         A.     Ted was his immediate supervisor,

20    yes.

21         Q.     And Mr. Trimmer was a PAL employee;

22    is that correct?

23         A.     Yes.  But, in part, he would also

24    report to me in terms of working with me with

25    the programs and initiatives.

Page 50

```
 1                        E. CINTRON
 2           Q.     For Ted, do you know who paid his
 3      salary?
 4           A.     The Police Athletic League, the
 5      nonprofit.
 6           Q.     And do you know, if you know, do you
 7      know who paid Mr. Trimmer's salary?
 8           A.     The Police Athletic League, the
 9      nonprofit.
10           Q.     Did Mr. Qualli have the ability to
11      discipline or reprimand any of your officers?
12           A.     He didn't have the ability to do so
13      because of departmental policy, but he would
14      bring the complaints to me, and I would
15      discipline accordingly.
16           Q.     What is that, the policy you just
17      mentioned?  I'm sorry, I -- the discipline --
18           A.     Because Ted Qualli is not employed
19      by the City of Philadelphia, he cannot impose
20      the disciplinary process on police officers.
21           Q.     Did -- as the commanding officer,
22      did you have the ability to discipline PAL
23      employees?
24           A.     That would be done through Ted.
25      Anything official would have gone through Ted.
```

1                    E. CINTRON

2        Q.    So I think it's -- if I'm hearing

3    you correctly, if Ted had a problem with a

4    police officer, he did not have the authority to

5    do anything.  It had it to go through you,

6    correct?

7        A.    Yes.

8        Q.    And if you had a problem with one of

9    his employees, it would have to go through Ted

10   to take any kind of adverse action, correct?

11       A.    Not necessarily, because they also

12   reported to me.

13       Q.    And so the --

14       A.    Under the structure, Ted and I were

15   responsible for supervising everyone in the

16   unit.  The only exception was that because of

17   sworn police personnel having contractual

18   agreements and a union that had to be done

19   through me, any official actions had to be done

20   through me.

21       Q.    Do you recall any instances where,

22   on your own, without Ted's involvement, you

23   disciplined a PAL employee?

24       A.    I never disciplined anyone without

25   Ted's knowledge.  He knew that I was going to

Page 52

1                    E. CINTRON
2    speak to someone in reference to an incident at
3    PAL.
4        Q.    Is that the incident between
5    Mr. Trimmer and Officer Clayman?
6        A.    No.  I never disciplined Chase
7    Trimmer.
8        Q.    Then the incident that you referred
9    to, what was that incident where you went to
10   Ted?
11       A.    I asked Ted to address a problem
12   with one of his employees -- actually, several
13   of the PAL employees at different times, and in
14   reference to condescending remarks,
15   inappropriate remarks.  And Ted would laugh it
16   off and would tell me that people can say what
17   they want to say.
18       Q.    So these were --
19       A.    And he would never address any
20   discipline issues with his staff, that I brought
21   to his attention.
22       Q.    If Mr. Qualli did not do that, why
23   would you not discipline them yourself?
24       A.    I would try to go through Ted out of
25   respect that they reported to him.  But when

Page 53

1                           E. CINTRON
2      with no avail or remedial actions taken, I would
3      have to address certain issues myself.
4           Q.    And did you ever have a situation
5      where you addressed that situation with a
6      specific PAL employee?
7           A.    What situation?
8           Q.    Well, you're saying if you
9      reported -- if you tried to go through Ted, and
10     no remedial action was taken, I'm asking, do you
11     recall any instances where you yourself then
12     took remedial action as it relates to that PAL
13     employee?
14          A.    I didn't take official remedial
15     action against any PAL employee.  I spoke to PAL
16     employees about different issues that were
17     happening at the center -- I mean, at the -- at
18     PAL.
19          Q.    Did Mr. Qualli have the ability to
20     fire police officers?
21          A.    No.
22          Q.    Did you have the ability to fire PAL
23     employees?
24          A.    No.  Well, let me reframe that.  I
25     didn't have the authority to fire anyone.  But

Page 54

1                      E. CINTRON
2        while Ted was executive director of PAL, he did
3        fire a multitude of PAL employees.
4             Q.    And those were, like, PAL employees
5        that reported to him?
6             A.    Yes.
7             Q.    When you joined PAL, did you sign
8        any contract or agreement governing your
9        relationship with them?
10            A.    No.  We were -- I was told -- we
11       were told, when we were in the same, you know,
12       room, talking with the deputies, as well as PAL
13       staff and PAL board members, that Ted and I held
14       the same responsibilities as the top leadership.
15       And that we will work jointly to resolve all
16       matters involving PAL.  But nothing was done
17       officially on paper.
18            Q.    I'm sorry.  One question I -- I'll
19       come back.
20            In your role as the commanding officer,
21       was there anyone within PAL, Ted or otherwise,
22       that had the ability to discipline you?
23            A.    I would get reprimanded sometimes by
24       Ron Rabena or Prazenica based on either false
25       information that was told to them by Ted Qualli,

```
 1                    E. CINTRON
 2    or misleading information that they were being
 3    told, without looking into my side of the story,
 4    or what actually happened.
 5         Q.    So are there -- is there a specific
 6    incident or incidents where Ron took adverse
 7    action against you?
 8         A.    Yes.
 9         Q.    What do you -- can you identify
10    those incidents for me?
11         A.    Okay.  Well, Ron Rabena, the very
12    first day that I met Ron Rabena, he began to ask
13    me if I would do him a favor and have a young
14    man that was at the 17th District, a police
15    officer that was related to him -- at one time
16    he said related to him; another time he said it
17    was a friend's son, so I'm not quite sure what
18    was the relation -- the relationship there.  And
19    he asked me to have this individual transferred
20    into the unit, wrote his name on a piece of
21    paper, and I told him there was a process to
22    having officers transferred into the unit, and
23    that I will look into it to see if this officer
24    had the qualifications to come to the Police
25    Athletic League -- to transfer into the Police
```

Page 56

1                    E. CINTRON

2      Athletic League.

3           When I looked into the matter, the

4      individual had less than or approximately two

5      years on the job.  He did not meet the

6      qualifications to transfer into PAL.  He didn't

7      have the points required of a transfer into a

8      special unit, which is points that officers

9      accumulate based on their time on the job,

10     accommodations, work in the community, basically

11     experience, and sick-time usage, and whether or

12     not they had -- they were involved in any

13     disciplinary matters at that time.

14          And when I looked into it, this officer

15     didn't meet the qualifications.  He didn't have

16     the points.  He didn't have the time.  He didn't

17     have the experience.  So I relayed that

18     information back to Ron Rabena, who still

19     insisted that I transfer this officer to the

20     unit.  Every time I saw Ron Rabena, he would

21     bring up the topic, and I had to reiterate to

22     him at least four or five times that I cannot

23     bring the officer to the unit, that my decision

24     to transfer officers into the unit was based on,

25     you know, whether or not they were on that

Page 57

```
 1                    E. CINTRON
 2     transfer list and qualified to be transferred
 3     into the unit.
 4          After about the fourth or fifth
 5     conversation, I then received a call from the
 6     captain from the 17th District, who stated that
 7     she was calling me because Ron Rabena asked her
 8     to call me about the same young man that he
 9     wanted transferred into the unit.  And she began
10     to give me praises about the officer and why he
11     would be a good fit at PAL.
12          I explained to the captain that I would
13     not transfer the officer in because, one, he
14     didn't meet the qualifications.  And I didn't
15     have the authority to transfer this officer in
16     or requesting for this officer to be transferred
17     in, based on that information I just gave you.
18          A week after that, I went to visit the
19     center, southwest PAL center.  The officer was
20     working at the center.  So I asked the officer,
21     like, what are you doing here?  And the officer
22     stated that the captain from the 17th was
23     assigning him to PAL, even though he was
24     supposed to be working in the district.
25          At that point, I called the captain, and I
```

1                    E. CINTRON

2    told her that it's a liability to have an

3    officer working at PAL without being properly

4    checked out because we do like a child

5    background check, and he didn't have an official

6    transfer into the unit.  And I was actually a

7    little upset because, you know, you don't -- you

8    don't do that to another commander, like, send

9    somebody to the unit without their permission or

10   knowledge.

11        And I then reported this incident to

12   Deputy Commissioner Patterson.  And the officer

13   was instructed that he cannot work on the PAL

14   center until he meets the qualifications to come

15   to PAL, or he's transferred into the unit.

16        I then received a call from Darrell

17   Clarke, city council president, who literally

18   threatened me and told me that he was calling me

19   about a mutual acquaintance.  He mentioned Ron

20   Rabena, and he began to talk to me about this

21   officer that Ron Rabena wanted transferred to

22   the unit.

23        At that point, I again explained to the

24   council president that -- the reasons why I

25   couldn't have this officer transferred into the

Page 59

1                        E. CINTRON

2      unit, and explained to him that, you know, the

3      officer had to go through the process.  And that

4      I would not violate departmental policy by what

5      we call parachuting an individual into a unit.

6      Which means, in the police department, that

7      you're basically bypassing the policy and the

8      rules to get someone into a unit, that's

9      considered a good unit to work in.

10           And at that point, the counsel president

11     told me, Well, I guess I'm going to have to make

12     a few calls about you, and, he says, starting

13     with your boss, Richard Ross.

14           I, at that point, told him that he could

15     call whoever he wants because I was -- I didn't

16     have the authority to do that.  And I told him

17     that if you wanted to call Commissioner Ross,

18     then that was his discretion.

19           I took that as a threat, especially since

20     he mentioned, I'm going to call a few people

21     about you.  And intimidating.  They were

22     intimidating me into transferring this officer

23     into the unit.  And, at that point, again I

24     reported this to the deputy.

25           Q.   Do you recall when that phone call

1                    E. CINTRON

2     with Darrell Clarke occurred?

3          A.    This happened in the few months that

4     I was at PAL.  Like this was early on.

5          Q.    And so, if I understood you

6     correctly, Ron wanted the officer transferred

7     into the PAL unit, correct?

8          A.    Yes.

9          Q.    And -- but in the end, the -- well,

10    was that officer ever transferred into the PAL

11    unit?

12         A.    Yes, as soon as I left the unit.

13         Q.    And so in terms of transferring

14    officers in and out of the unit, who had the

15    authority to do that?

16         A.    I could only suggest or request

17    personnel based on who is on the transfer list

18    and qualified to come.  The ultimate decision is

19    done by a superior officer.  In this case, it

20    was Deputy Commissioner Sullivan.  And the

21    reason I know this is because, when Deputy

22    Commissioner Sullivan got promoted to that

23    position, they called a meeting at Bernie

24    Prazenica's office, 6ABC, and Commissioner

25    Sullivan was present.  And as soon as he walked

Page 61

1                          E. CINTRON
2        into the room, he looked at me, went around,
3        shook everybody's hand except mine.  He flagged
4        me literally with his hand, one of these
5        motions, and said to Bernie Prazenica, Don't
6        worry about her.  In reference to the Memorandum
7        of Understanding, I'm going to make that go
8        away.  And then he turned to Ron Rabena -- to
9        Ron Rabena -- And as far as that transfer of
10       that young man in the 17th District, don't worry
11       about that.  I'm going to make it happen.
12              Q.    Okay.  And that conversation
13       happened when --
14              A.    When we had a meeting at 6ABC in
15       Bernie Prazenica's office.
16              Q.    And that's when Deputy Commissioner
17       took -- took over --
18              A.    As soon as he came to PAL.
19              Q.    Do you recall when that happened?
20              A.    When he got promoted to deputy
21       commissioner, which was May of, I believe,
22       '17 -- I don't know.  May 7th, I believe it was.
23              Q.    But sometime in May 2017?
24              A.    Yes.
25              Q.    And then the officer was transferred

Page 62

```
 1                      E. CINTRON
 2      into the PAL unit after your employment ended?
 3          A.    Well, by then, I went out on leave
 4      because of all of this stuff that was going on.
 5      And, eventually, that officer was transferred
 6      into the unit.
 7          Q.    Do you know when the officer was
 8      transferred in?
 9          A.    No.   I just know that he's in the
10      unit now.
11          Q.    Do you know if he had accumulated
12      the points or the qualifications necessary to
13      transfer in?
14          A.    No, I'm not aware.   He was really
15      far from having those qualifications because one
16      is having five years on the job, and he only had
17      two.   So I do not think he had the
18      qualifications.
19          Q.    So he had two years experience
20      when -- in when, '16, when you joined?
21          A.    Yes.
22          Q.    Do you remember the officer's name?
23          A.    To be quite honest with you, it's
24      probably written somewhere, but I can't remember
25      off the top of my head.
```

Page 63

1                    E. CINTRON

2          Q.    So it was Ron Rabena who wanted the

3     officer to, quote, parachute into the unit,

4     correct?

5          A.    Yes.

6          Q.    But he did not have the authority to

7     do that, correct?

8          A.    Right.  Which is why he was going

9     through all these means to intimidate me into

10    having him transferred into the unit.

11         Q.    Because the decision to do that

12    would go through you, correct?

13         A.    The decision to have him transferred

14    in, no.  I could only request based on who is on

15    that list.  And he wasn't on the list because he

16    didn't qualify.

17         Q.    So there's a protocol within the

18    police department that governs how officers come

19    in and out of PAL?

20         A.    Yes.  It's, I believe, Directive 12.

21    Now, there is what we call parachuting, which is

22    someone in the authority of commissioner can

23    transfer someone in.

24         Q.    So that -- what I had asked was

25    instances where anyone from PAL had taken

Page 64

1                          E. CINTRON

2      adverse action against you.  You identified Ron

3      and Bernie.  And so when you said the adverse

4      action, is it kind of the messaging that came

5      from Ron?

6              A.    It was the interference that they

7      would cause in my ability to do my job.  It was

8      the influence, their influence to have council

9      president call me and threaten me.  It was

10     their -- the way they circumvented me, keeping

11     me out of the loop on important matters, keeping

12     me out of decision-making meetings, not sending

13     me chain emails that I should have gotten so

14     that I could do my job effectively so that they

15     could go directly to the deputy -- Deputy

16     Commissioner Sullivan to get the results that

17     they wanted.

18             Q.    Let me back up and clarify.  Deputy

19     Commissioner Sullivan, when he -- sorry.  When

20     you were originally appointed as commanding

21     officer of PAL, you were reporting to Deputy

22     Commissioner Patterson, correct?

23             A.    Yes.

24             Q.    And that changed at some point, and

25     you began reporting to Deputy Commissioner

Page 65

1                    E. CINTRON
2      Sullivan, correct?
3           A.    Yes.  When Deputy Commissioner
4      Sullivan got promoted to Deputy Commissioner, he
5      went to Deputy Commissioner Patterson
6      and requested to oversee the PAL unit, even
7      though the PAL unit wasn't under the purview of
8      deputy of operations.
9           Q.    So let's break that out.  Is it
10     deputy commissioner of operation, is that -- how
11     many deputy commissioners are there?
12          A.    Well, at the time, there was --
13     there's usually four.  Four to seven, they
14     handle different parts of running the
15     department.  You have a Deputy Commissioner of
16     Patrol, Patrol and Operations, which that was
17     Deputy Commissioner Sullivan's title.  You have
18     Deputy Commissioner of Organizational Services.
19     There's, like, different titles.  So PAL would
20     have fallen under the Deputy Commissioner of
21     Organizational Services, which was DC Patterson.
22     But DC Sullivan volunteered to take over PAL.
23     And I received a call from Deputy Commissioner
24     Patterson, who told me that.  He says -- he
25     actually made a joke of it and said it's part of

```
 1                    E. CINTRON
 2    my command, but if he wants to take it over, it
 3    alleviates some work from my desk.  And that's
 4    how DC Sullivan ended up being in control of
 5    PAL.
 6         Q.    So was Deputy Commissioner Sullivan
 7    the Deputy Commissioner of Organizational
 8    Services?
 9         A.    He was Patrol.  So he would have
10    been in charge of officers working districts,
11    making arrests.
12         Q.    So do you know who is -- who is
13    Deputy Commissioner Sullivan paid his salary by?
14         A.    City of Philadelphia.
15         Q.    Do you know, does PAL pay him any
16    salary?
17         A.    I know that PAL supports his
18    nonprofit organization.
19         Q.    Does PAL support other nonprofits?
20         A.    Yes, they do.
21         Q.    And so do they -- do you know, do
22    they pay him -- apart from the nonprofits, do
23    they pay him any salary?
24         A.    I don't know.
25         Q.    Any other actions by Ron where he
```

Page 67

1                    E. CINTRON
2      took adverse action against you?
3            A.    Just to circumventing me to go to
4      the deputy, to make false complaints about me
5      that were not accurate.  And circumvent -- like
6      basically circumventing my authority as the
7      commanding officer of the Police Athletic
8      League.
9            Q.    Can you give me any, like, examples,
10     any specific examples of that?
11           A.    Yes.  There was a situation where
12     the -- as soon as I got to PAL, the very first
13     week I got to PAL, Ted Qualli, Sunny Lee, and
14     Pat Winter approached me with a policy that they
15     wanted me to implement.  In that policy, they
16     changed the whole structure, whereas everything
17     would go through final authority, and approval
18     will go through Ted, and the board basically
19     taking me out of the whole equation as the
20     commanding officer.
21           I didn't feel comfortable with signing
22     that policy, so I took that policy to the police
23     commissioner for his review.  He agreed that I
24     should not sign the policy, and called for a
25     meeting.

Page 68

1                          E. CINTRON

2              We had a meeting in the commissioner's

3      office where Ron Rabena attended, Bernie

4      Prazenica, Ted Qualli, myself, Deputy

5      Commissioner Patterson, and the commissioner's

6      legal adviser.  He's an attorney, Captain

7      Hailey.

8              At that meeting, I expressed my concerns

9      about this policy.  So did the commissioner.

10     And the commissioner ordered Captain Hailey to

11     draw up a memorandum of understanding to outline

12     everyone's authority in this policy.  And to

13     solidify the relationship between PAL and the

14     board, because the policy they were presenting

15     didn't correctly represent that collaboration.

16             At that point, Captain Hailey began to

17     draw up this memorandum of understanding that

18     the board, Bernie Prazenica, and Ron Rabena did

19     not want for it to be implemented.  They said

20     that at the meeting; they said that after the

21     meeting.

22             And at that point, they were, like, really

23     upset that this memorandum would have some checks

24     and balances in place to make sure that there is no

25     corruption, that there's no -- anything going on

Page 69

1                              E. CINTRON
2        that could be misconstrued, you know, with the --
3        in the community.
4              So Captain Hailey began to draw up this
5        document, and right before the document was
6        supposed to be released, which was supposed to
7        be in December of 2017, it was like the final
8        draft for everybody to go over.  And, obviously,
9        they would have made different adjustments on
10       both sides, but when it was announced that it
11       was going to be discussed December of 2017, I
12       received a call from -- actually, I got -- Ted
13       Qualli came to my office to tell me that he had
14       spoken to Maureen Rush, and Maureen Rush wanted
15       to set up a meeting with me.  And I asked Ted
16       Qualli why she didn't call my phone, or why she
17       didn't email me.  He said, We were just having a
18       conversation, and she brought it up.
19             I said, Okay, no problem.
20             He said, I believe she wants to talk about
21       programs.
22             I said, Okay, have her call me.
23             When Maureen Rush called me, she
24       specifically said that we were meeting about
25       programs.  She wanted to coordinate programs

Page 70

1                          E. CINTRON

2      with the University of Penn and PAL, and she

3      wanted to discuss these programs with me.

4           So under false pretense, she calls me the

5      day of the meeting, and she tells me, I don't

6      want to meet at Penn, my office, and I don't

7      want to meet at PAL, so can you meet me at a

8      restaurant -- which was located underground,

9      like in the basement of a hotel located near the

10     University of Penn.

11          When I met her there, excited to talk

12     about programs, she told me, No, hold up right

13     there.  We are not going to talk about that

14     right now because I want us to be both relaxed

15     to talk about what I really brought you down

16     here for.

17          And at that point, I got a knot in my

18     stomach, and I realized that it was a ploy to

19     get me down there for something else, which was

20     common for PAL and Ted Qualli to do.

21          So we ate dinner.  She began to say,

22     You're really down here about the memorandum of

23     understanding.

24          And immediately I said, Who put you up to

25     this?  And she -- I said -- and I said, Was it

Page 71

1                        E. CINTRON

2      Ted Qualli, Ron Rabena, and Prazenica?

3              And she said, Yes.  She said, Yeah, it was

4      the good old boys.  They wanted me to bring you

5      down here and talk to you, woman to woman,

6      that -- for you to let go of this issue about

7      the MOU.  Which she was talking about the

8      memorandum of understanding.

9              At that point, I told Maureen Rush that,

10     you know, it was not right for them to get me to

11     have this meeting with her under false pretense

12     that we were going to talk about programs.  And

13     she said, Well, the guys wanted me to talk to

14     you woman to woman, and so here we are.

15             She then proceeded to tell me that I

16     should let Ted Qualli run the show, and sit

17     back, put my feet up, and collect the check.

18     And she said, Just let the men handle everything

19     at PAL because it's not going to go good for

20     you, and this is not going to end well for you.

21             And, at that point, you know, I posed the

22     question to her, I said, as a woman, you know,

23     it's hard to get women to leadership positions.

24     And we have to work double as hard to get to

25     positions that we want to achieve.  And I told

1                    E. CINTRON
2       her, like, Would you do this?  Would you allow a
3       man to run the show while you sit back and
4       collect a check?  And I said, Because I know I
5       can't, because I have integrity, and I would not
6       do that.
7            And then she said, Well, I'm just letting
8       you know, it's not going to go well for you.  In
9       the end you're going to lose.  And, basically,
10      that was the end of the conversation.
11           She then offered to buy me dessert, and I
12      told her no, and I got up and left.
13           Q.   What was the name of this
14      restaurant?
15           A.   I can't recall, but it's University
16      of Penn, by the University of Penn, and it's in
17      the basement.
18           Q.   Is it in the University of
19      Pennsylvania --
20           A.   If I drive by there, I'm pretty sure
21      I can identify it, but I don't remember the name
22      right now.
23           Q.   Maureen Rush is the -- is it the
24      director of public safety for the University of
25      Penn?

Page 73

1                    E. CINTRON

2          A.    Yes.  But she used to be a

3    lieutenant for the Philadelphia Police

4    Department before.

5          Q.    Do you know when she last was acting

6    as a lieutenant for the city?

7          A.    No.  I just know she's a board

8    member, part of the executive board, part of the

9    board.

10         Q.    When you had this meeting with her,

11   was she -- was she then an employee of the city?

12         A.    No.  She's the director of the

13   University of Penn Police.  And a board member

14   of PAL.

15         Q.    Ms. Cintron, if you wouldn't mind,

16   in what we've marked Number 2, that complaint,

17   would you mind flipping to page 7.  And if you

18   look at paragraph 41, it says:  Plaintiff met

19   with Ms. Rush on October 24, 2016.  Is that the

20   meeting that you're referring to with Ms. Rush?

21         A.    It probably was, yes.  To be honest

22   with you, I can't remember the exact date.  I

23   believe that is the date because I remember it

24   happened a few months before -- it happened

25   right after they announced that the MOU would

```
 1                    E. CINTRON
 2    come out, after Bernie inquired about when the
 3    MOU would come out.  And he was told that it
 4    would be finalized by December.  And this
 5    happened a few months prior.
 6         Q.    Okay.  Just so we're clear --
 7         A.    So, basically, Bernie Prazenica was
 8    informed that Captain Hailey was instructed to
 9    have it completed by December, and that they
10    would give the final draft by December.  Right
11    after that is when Maureen Rush wanted to set up
12    this meeting or set up the meeting.
13                    MR. GOLDEN:  PAL-3.
14                    (Email 10/17/16 is received and
15                    marked as Exhibit PAL-3 for
16                    identification, as of this date.)
17         Q.    Ms. Cintron, you'll see that in the
18    complaint in paragraph 38, it points out that in
19    October of 2016, you received an email from
20    Danielle Faust, the executive assistant to
21    Ms. Rush, and then paragraph 40 says the email
22    from Ms. -- from Faust was sent to schedule a
23    convenient time for plaintiff to meet with
24    Ms. Rush.
25              Is it your understanding that this email
```

Page 75

1                          E. CINTRON

2       on the front of page 3 is that email on

3       October 17, 2016?

4            A.    Yes.  But at the same time, we were

5       also discussing about -- we were also discussing

6       having a meeting where the whole team could meet

7       about a football event.  So it almost seems like

8       it's the same chain of emails, if that makes

9       sense.  Because it was like we were trying to

10      coordinate two separate meetings; one about the

11      football, which was a meeting that we were going

12      to meet to coordinate this football event with

13      the entire team, that was going to be involved

14      in carrying out duties for this event, and the

15      meeting that she requested separately.  That's

16      why I'm not a hundred percent sure of the date.

17           Q.    Well, if you look at that email,

18      PAL-3, from Danielle, it's addressed to -- says:

19      Hello Evelyn, Following up with Maureen's

20      request to find time for you to meet our DPS

21      team.

22                And then below that, the second bullet, is

23      October 24 from 2:30 to 3:30.  Do you see that?

24           A.    Yes.  So we did meet -- the DPS met

25      a week prior to this meeting that I had with

1                           E. CINTRON
2         Rush individually, so it happened around the
3         same time.
4              Q.    So you -- if I heard that
5         correctly --
6              A.    Maureen Rush had called me to set up
7         the time when she told me that she didn't want
8         to meet in the office, that she didn't want to
9         meet at Penn.
10             Q.    And so if I heard you correctly,
11        your meeting with Maureen happened.  And then a
12        week later the meeting with the DPS team
13        occurred; is that correct?
14             A.    The other way around.
15             Q.    Okay.  So --
16             A.    I met her -- we met as a team to
17        discuss football events, the football
18        championship.  And I met with her after that,
19        about the memorandum of understanding.
20             Q.    And was Ted Qualli in the meeting
21        with her, with Maureen Rush, about the DPS?
22             A.    I don't think he went to that
23        meeting.  I can't recall.
24             Q.    Just so I can be clear in the
25        sequencing of events, you have the DPS meeting

1                    E. CINTRON

2       with Maureen Rush, and then you have the meeting

3       between yourself and only yourself with Maureen

4       Rush, correct?

5            A.    Yes.

6            Q.    Is there anything else you remember

7       being said in that meeting with Maureen Rush?

8            A.    What I stated.

9            Q.    So that's everything you recall

10      about the meeting?

11           A.    Yes.

12           Q.    What I would like to do,

13      Ms. Cintron, is I am -- earlier, I had asked you

14      about any adverse action that had been taken

15      against you by anybody at PAL.  So let me ask a

16      more specific question.

17           Was there ever a time when you were the

18      commanding officer, where anyone at PAL reduced

19      your pay?

20           A.    No.

21           Q.    Was there a time when you were the

22      commanding officer for PAL, where anyone from

23      PAL gave you a written reprimand?

24           A.    No.  Ted Qualli verbally abused me

25      several times, by coming into my office, yelling

Page 78

```
 1                    E. CINTRON
 2    at me.
 3         Q.    Well, so -- okay.  So Ted came into
 4    your office and yelled.  But did he ever do
 5    anything, did he ever suspend you or give you a
 6    written warning or any kind of tangible,
 7    adverse --
 8         A.    No.
 9         Q.    -- [unintelligible]?
10         A.    No.
11         Q.    Did anyone from PAL suspend you?
12         A.    No.
13         Q.    Did anyone from PAL take away or
14    reduce your pay or benefits?
15         A.    I believe so.
16         Q.    Can you tell me why you believe
17    that?
18         A.    Not directly, but indirectly they
19    did.
20         Q.    How did they do that?
21         A.    Because it was me voicing my opinion
22    about the inequality in the centers, about the
23    way I was being mistreated that led for me to
24    have to leave this job.  And I went from
25    $120,000 to $56,000 a year.  My whole career was
```

1                        E. CINTRON

2      interrupted and ended, and it was as a result of

3      their actions.

4             Q.    Their actions, how?  Someone from

5      PAL?

6             A.    Yes.

7             Q.    And can you tell me who specifically

8      at PAL did that?

9             A.    Bernie Prazenica, Ron Rabena, Ted

10     Qualli.  Ted Qualli, as he said many times,

11     acted under the guidance of the board.  And a

12     lot of the decisions he made to circumvent me

13     was based on the meetings that he would have

14     with -- the decision-making meetings that he

15     would have with Bernie Prazenica and Ron Rabena

16     that I was excluded from.  And based on that, it

17     led to me having to leave the job, because I was

18     put in a hostile work environment where I was

19     being circumvented, disrespected, belittled, and

20     unable to do my job accurately, because they

21     refused to work jointly with me like we were

22     supposed to be working together.

23            Q.    What is your understanding of why

24     Ted did those things?  What was the cause of his

25     actions?

```
 1                    E. CINTRON
 2          A.     I believe that it was several
 3    reasons.  I believe that from the beginning, I
 4    felt that because they always had these private
 5    meetings among the men, that I would never be
 6    included in, they made all the decisions, and
 7    then Ted would come down and dictate to me how
 8    things were going to be, even if that meant that
 9    departmental policies would be violated, even if
10    that meant that I contested paying officers
11    under the table, which is against the law, and
12    things of that nature.  Me voicing my opinion
13    about having kids attend the Wissinoming Center
14    that I closed down.
15          And the reason I closed the Wissinoming
16    PAL center down was because my first week at
17    PAL, the first thing that we decided to do was
18    to visit the centers, so that I could get to
19    know the centers and where they are located and
20    how things operate, and basically do a tour of
21    all the centers in the city.  And we took three
22    days out in the calendar to be able to do that
23    because there was 15 centers located throughout
24    the city.
25          When we went -- on the second day that we
```

Page 81

1                          E. CINTRON

2      went out, we went to visit the Wissinoming PAL

3      Center, and when I walked in the center, it was

4      in deplorable conditions.  It smelled like

5      mildew and mold.  And I immediately got sick,

6      couldn't even stay in the building.  I had to

7      run out and throw up.

8           And I was followed outside by Kevin Frame,

9      the facilities manager, Sunny Lee -- and --

10     Sunny Lee, and they both began to talk to me

11     about problems they had in the building in the

12     past that led to a lawsuit.  I think it was

13     Zenak versus the City of Philadelphia.  And when

14     I looked up, Ted was coming out, and I saw him,

15     as I was throwing up, through my peripheral

16     vision.  And I saw Ted with his finger telling

17     them not to tell me anything.  Like, basically

18     telling them, signaling them not to tell me

19     anything.

20          And at that point I knew something was

21     going on.  It's my, what, third day at PAL.  So,

22     you know, I was feeling sick at the moment.  So

23     I didn't know what was going on.

24          So I then decided to go to visit the PAL

25     Center on my own.  And this time Officer Younger

1                    E. CINTRON
2        was in the center, who was the officer
3        assigned -- was the officer assigned to the
4        center, and he was -- had a mask on, and he was
5        cleaning mold off the walls and the floor.  And
6        told -- and explained to me that he was mopping
7        the floors and cleaning up the center so that he
8        can reopen up the center for the kids.
9             And I told him, Well, how long has this
10       been going on?  And he said, I'll show you,
11       Lieutenant, and he went to his office and got a
12       stack of papers that he had been reporting that
13       this mold and mildew in the center has been
14       going on for over three years.  And that he was
15       put in that center because the white officer
16       didn't want to work the center no more, and him
17       being a new officer assigned to PAL, they put
18       him there.  And he ended up having to work that
19       center.
20            He gave me a stack of papers with
21       pictures, multiple emails that dated back three
22       years, and nothing was ever done to remedy the
23       mold and the mildew and the problems in that
24       center that left water on the floor, causing
25       kids to fall, and different injuries that the

Page 83

1                    E. CINTRON

2    officer reported.

3          I then asked the officer, Was it ever

4    fixed?  And he explained to me that when the

5    city had the judgment in the other case, they

6    patched it up by cleaning it and painting over

7    it, but they really never took care of the

8    actual problems.

9          And he's been dealing with this issue for

10   a long time, which caused him to get respiratory

11   problems, having to seek medical attention, and

12   the center that used to be vibrant of 150 kids

13   attending the center, stopped coming because of

14   the mildew and smell in the center, and kids

15   having to be taken to the hospital for asthma

16   treatments and other treatments because of the

17   problems at that PAL center.

18         He says, To be honest with you, the only

19   kids that come here is the kids that don't have

20   nowhere to go after school, and that's about 12,

21   13 kids.

22         He said, The problem is, they don't want

23   to shut the center down because of funding.

24   They get a lot of funding for the center, even

25   though it's not a viable center right now.

1                        E. CINTRON

2          And at that point, I called both my

3    sergeants to meet me at the center, and I called

4    Ted Qualli to also come to the center and meet

5    me at the center.

6          As a commanding officer with experience, I

7    know that it's not wise to make decisions soon

8    after you get into a unit, and I've never done

9    that.  But in this situation, it broke my heart

10   that the kids had to endure having to come to a

11   center under those conditions.  And I

12   immediately shut the center down and had to make

13   that decision, which would have been logical for

14   any person to make.

15         And I told the officer, I don't want you

16   to unpack anything or do anything.  A

17   professional really has to come in here to clean

18   up this mess.  And I told him, Because as of

19   now, the center is going to be closed.

20         And I did this when the sergeants and Ted

21   Qualli was present.  And Ted Qualli immediately

22   told me, You can't do that.  The board is the

23   only one that can make that decision.  And I

24   told Ted Qualli that I would have to disagree

25   because, as a commanding officer, it's my

1                      E. CINTRON

2      responsibility to ensure that the kids are safe

3      and that the officers are safe and that the

4      community is safe, and that I cannot, in good

5      judgment, leave a center open knowing that these

6      kids were being exposed to mold spores and

7      deplorable conditions like the ones I saw at the

8      center.

9          At that point, I shut down the center.  A

10     few days later -- call it intuition -- I went

11     back to the center to make sure that the work

12     that -- was getting done and that they were

13     cleaning up, and that the maintenance team was

14     out there, because they were supposed to go out

15     there to check out the center.

16         And when I got there, Officer Younger was

17     in there again, and he was setting up the

18     classroom and setting up supplies.  And when I

19     asked him, What are you doing?  The center is

20     closed down.  You're supposed to be reassigned

21     to another center.  And he said that Sergeant

22     Faust and Sergeant Irving ordered him to reopen

23     up the center because Ted told them to open up

24     the center.  Because I had no authority to shut

25     down the center the way that I did.

Page 86

1                    E. CINTRON

2           And they did this behind my back because

3     neither sergeants informed me that they were

4     going to do that, because if they had informed

5     me, I would have -- it was a standing order on

6     my part that the center was to remain closed.

7     And they went behind my back because Ted told

8     them to open it and not to listen to me.

9           Q.    So are Faust and Irving the two

10    sergeants in the PAL unit?

11          A.    Yes.

12          Q.    And who is it that told you Ted told

13    them to do this?

14          A.    Both sergeants.  Ted Qualli was

15    called to come to the center again.  This time

16    when he showed up at the center, he confirmed

17    what the sergeant said.  He told me, Lieutenant,

18    like I told you, you are not -- I spoke to the

19    board, and you're not allowed to shut down the

20    center.  We would lose a lot of funding if they

21    know that this is not a viable center.

22          And I stated to him that money, the money

23    that they get for the center was not more

24    important than the safety of the kids.

25          And I later found out that they were

1                    E. CINTRON
2       telling the funders that supported the center,
3       that it was a viable center, that 150-plus kids
4       attended the center when, in fact, that was not
5       true.
6              Q.    The -- so this incident with
7       Wissinoming Center, that occurred, you said,
8       shortly after you joined PAL?
9              A.    My first week.
10             Q.    And was the center ever formally
11      closed?
12             A.    Yes, because -- yeah, it was
13      formally closed when I closed it down.  I did
14      discuss the matter with Deputy Commissioner
15      Patterson who agreed with my decision.  And the
16      center was to remain shut down until it was
17      properly fixed.
18             Now, Ted Qualli's concern was that it's
19      not a building that is owned by PAL, which is
20      why they didn't want to invest the money in
21      fixing the problem that kept causing the mold
22      to -- the growth of the mold.  And I understood
23      that.  But they kept trying to convince me to
24      reopen the center, and it was always, like,
25      pressure to reopen up the center.  And every

1                    E. CINTRON

2    time we talked about it, Ted Qualli would yell

3    and get aggravated because, according to him,

4    he's getting pressure from the board to reopen

5    up that center, even though conditions to fix

6    the center hadn't been resolved.

7            We then had a meeting with the facilities

8    committee who showed up at the PAL center.  We

9    coordinated a meeting so that they could be

10   there and see for themselves what I observed.

11   And when they got there, one of the board

12   members agreed that the conditions were

13   deplorable and scolded Ted Qualli in front of

14   me, and told him, It's a shame that you allowed

15   this to go for this long.  And from that point

16   on, the center remained closed.

17        Q.    Is it your -- as it relates -- so

18   let me back up.  So the center closed in the

19   fall of 2016?

20        A.    Yes.

21        Q.    Is it -- was it one of your -- was

22   it your understanding that one of your job

23   funding -- pardon me -- job responsibilities was

24   to ensure that the PAL facilities were safe?

25        A.    Yes.

Page 89

1                    E. CINTRON
2         Q.    And that they were adequately
3    funded?
4         A.    Yes.
5         Q.    And safe for kids to utilize those
6    buildings?
7         A.    Yes.
8         Q.    And so in terms of the complaints
9    that you were voicing, and the concerns that you
10   had, that was something -- an exercise that you
11   viewed in performing your functions as the
12   commanding officer, correct?
13        A.    Yes.
14        Q.    Did at any point in -- well, did
15   that complaint about the Wissinoming Center, did
16   that have anything to do with your gender?
17        A.    With my gender?  Me making the
18   decision?  I made the decision because it
19   was unsafe for the kids.
20        Q.    Right.  No, I -- but what I'm trying
21   to find out is, did that -- so did the complaint
22   have anything to do with your gender?
23                    MR. GREEN:  Objection.
24        A.    I don't know what you're asking.
25        Q.    So that complaint, the issue

```
 1                      E. CINTRON
 2    relating to the Wissinoming PAL Center, that
 3    was -- if I understood what you said, that was
 4    one of the reasons that you lost your job; is
 5    that correct?
 6         A.    I believe that it was accumulation
 7    of different events that I reported.  And the
 8    board members circumventing me to do things
 9    their way, is what caused me to have the
10    stress-related problems that led to PTSD and
11    everything else that I was experiencing while I
12    was at PAL, and now.
13         Q.    Right.  So the culmination of
14    events, the issues about the Wissinoming PAL
15    Center, that is one of those events; is that
16    correct?
17         A.    Yes.
18         Q.    And I just want to be clear, the --
19    your -- the issues relating to that building
20    have nothing to do with your gender?
21         A.    Well, I believe that when the PAL
22    team that would get together with Ted, and not
23    me, to make decisions was gender-related.
24         Q.    But I'm just asking, the complaint
25    about the Wissinoming Center, leave aside the
```

1                    E. CINTRON

2       meetings, that complaint did not -- you were not

3       complaining that you're doing this "because of

4       my gender," did you?

5           A.    What I'm saying is their insistence

6       in reopening up that center against my wishes,

7       and them planning to reopen the center without

8       my input, was gender-related, yes.

9           Q.    And was it --

10          A.    Because they were excluding me as

11      the commanding officer, a woman, from these

12      important decision-making meetings that

13      pertained to Wissinoming.

14          Q.    Who excluded you from the meetings?

15          A.    When I first arrived at PAL, Bernie

16      Prazenica told me that there is a monthly

17      meeting that I would attend with Ted.  And I

18      went to the first meeting, and for the next

19      three years, I never attended the meeting again.

20      I was never invited.  I was never included in

21      the email.  I was never told what decisions were

22      made at these meetings.  All I know is that Ted

23      Qualli would come to me and basically bark

24      orders as to what the board wanted.

25          Q.    So you went to one monthly meeting

Page 92

```
 1                        E. CINTRON
 2      after you joined, and then never went to any
 3      other meetings?
 4           A.    Which was the second week I was at
 5      PAL.  After that I never was invited to the
 6      meeting, which is the decision-making meeting
 7      about everything pertaining to PAL.
 8           Q.    Let me back up.  I want to try to be
 9      specific in the questions I want to ask you.
10           So, earlier, I had asked you what adverse
11      actions PAL had taken against you.  And I think,
12      if I have this correct, you said that the
13      incident you can identify is that the actions in
14      taking away your job; is that correct?
15           A.    Yes.  I believe that by not
16      implementing or going against implementing the
17      memorandum of understanding, that would show
18      authority of who is responsible for what, and
19      how this collaboration works, was a direct
20      result of me not being there, because they
21      didn't want to implement it, and they didn't
22      want me to have any authority over PAL matters.
23                     MR. GOLDEN:  Let's do PAL-4.
24                     (Letter is received and marked as
25                       Exhibit PAL-4 for identification, as
```

Page 93

1                    E. CINTRON

2               of this date.)

3                    THE VIDEOGRAPHER:  The time is

4               1:14.  We are now off the record.

5                    (A break was taken.)

6                    THE VIDEOGRAPHER:  The time is

7               1:15.  We are now on the record.

8          Q.    Ms. Cintron, I've just identified

9     Exhibit PAL-4.  Do you recall the first -- have

10    you ever seen this document before today?

11         A.    I briefly saw it at Internal

12    Affairs.

13         Q.    And do you recall what -- when you

14    say "Internal Affairs," was that a meeting with

15    someone?

16         A.    An interview when I was deemed the

17    target, and an internal investigation.

18         Q.    And who was conducting that

19    investigation?

20         A.    Internal Affairs.

21         Q.    And so during that -- was there one

22    meeting or more than one meeting?

23         A.    I was interviewed one time, but I

24    think I went up there, like, two or three times

25    to sign paperwork.

```
 1                      E. CINTRON
 2        Q.    And it was during one of those
 3   meetings that you first saw this letter?
 4        A.    Yes, during the interview.
 5        Q.    Do you know who drafted this letter?
 6        A.    I know what happened prior to the
 7   letter --
 8              MR. GREEN:  I'm going to object
 9              to that particular question.  Don't
10              answer it.  It says:  A Concerned
11              PAL.  I mean, that's the only
12              indication of who drafted this at
13              this point.
14              MR. GOLDEN:  Well, that letter
15              may say that.  I'm just asking if
16              the witness has any firsthand
17              knowledge upon which she can say, I
18              know who drafted it.
19              MR. GREEN:  You mean who a
20              Concerned PAL is, the identity of a
21              Concerned PAL?
22              MR. GOLDEN:  Okay.  I don't want
23              a speaking objection on the record.
24              If you're going to instruct her not
25              to answer my questions then we can
```

Page 95

```
 1                    E. CINTRON
 2              break.  I just want to ask a
 3              specific and narrow question.
 4                    MR. GREEN:  Do you know who a
 5              Concerned PAL is specifically,
 6              Ms. Cintron?
 7                    THE WITNESS:  No.
 8         Q.    So you do not know who wrote this
 9     letter?
10         A.    No.
11                    MR. GOLDEN:  That's all the
12              questions I have about that exhibit.
13                    We can go off the record.
14                    THE VIDEOGRAPHER:  The time is
15              1:17.  We are now off the record.
16                    (A lunch break was taken.)
17                    THE VIDEOGRAPHER:  The time is
18              2:29.  We are now on the record.
19     FURTHER EXAMINATION
20         Q.    Ms. Cintron, did you complain to
21     Deputy Commissioner Patterson in 2016 about the
22     conditions at the Wissinoming PAL Center?
23         A.    Yes.  I reported the incident, the
24     situation to him.
25         Q.    Was that done in person or by email
```

Page 96

```
 1                        E. CINTRON
 2      in writing?
 3              A.    It was both by phone and in person.
 4              Q.    Can you tell me about everything you
 5      said to Detective -- or, pardon me, Deputy
 6      Commissioner Patterson about that complaint.
 7              A.    What complaint?
 8              Q.    The one about the Wissinoming PAL
 9      Center.
10              A.    Well, I explained -- informed him
11      everything that I stated to you and my decision
12      why -- as to why I closed down the center.  And
13      he agreed that it was a good decision to make
14      because the safety of the kids and the staff
15      comes first.
16              Q.    Is there -- are there any documents
17      in which you're aware that say that the decision
18      to close a PAL center would be within the
19      discretion of the commanding officer?
20              A.    No.  My decision to close was based
21      on the fact that, as the commanding officer, one
22      of my primary jobs is for the safety of the
23      officers and the community.
24              Q.    And just so I'm clear, where -- is
25      that your understanding or is there a job
```

1                     E. CINTRON

2    description for the commanding officer?

3         A.    That's -- every police officer has

4    the duty to -- to make sure that the safety of

5    self and others comes first.

6         Q.    But what I'm asking you is that when

7    you -- as the commanding officer for PAL, are

8    you aware of a written job description for the

9    commanding officer?

10        A.    There wasn't one in terms of

11   something in writing, which is why we -- the --

12   Commissioner Ross wanted to implement the

13   memorandum of understanding when Ted Qualli and

14   the board wanted to implement the policies that

15   they attempted to implement.

16        Q.    What is your understanding of why

17   that policy wasn't implemented?

18        A.    It wasn't implemented because it was

19   one-sided.  It completely took all of the

20   authority away from the planning officer to be

21   involved in any decision, and leaving the

22   director and the PAL board to make all

23   decisions.

24        Q.    So who told you it was one-sided?

25        A.    From reading it.  And having

```
 1                    E. CINTRON
 2     Commissioner Ross review it.
 3          Q.    Did Commissioner Ross tell you it
 4     was one-sided?
 5          A.    Those are my words.  But he agreed
 6     that in the -- the writing of this memorandum
 7     did not accurately show the collaboration
 8     between the City of Philadelphia Police
 9     Department and PAL, the nonprofit.
10          Q.    So those were his words?
11          A.    Yes.  In the presence of Ron
12     Prazenica and -- I mean, Ron Rabena, Prazenica,
13     Ted Qualli, Deputy Commissioner Patterson.
14     After -- a chance was given to Captain Hailey to
15     review it before this meeting took place, so it
16     was per Captain Hailey, after careful review of
17     that policy, that the memorandum was to be
18     implemented per Commissioner Ross.
19          Q.    Whose idea was it to draft the
20     memorandum of understanding?
21          A.    Commissioner Ross.
22          Q.    And did he tell you why he thought
23     it should be implemented?
24          A.    The explanation I just gave you.
25          Q.    So that's what he told you?
```

Page 99

1                          E. CINTRON
2          A.    That's what he said to all of us at
3      the meeting.
4          Q.    Earlier, I had asked about the
5      adverse actions that PAL had taken against you,
6      and you had identified being excluded from
7      meetings, and you then identified monthly
8      meetings.  Were there -- apart from the monthly
9      meetings, were you excluded from any other
10     meetings?
11         A.    I was excluded from every meeting,
12     every decision-making meeting.
13         Q.    How do you know what those meetings
14     were involving if you were not in them?
15         A.    Because they explained to me that I
16     would be invited to these meetings, and this is
17     where the decisions were made.  And I attended
18     the meeting one time, but then was never invited
19     to attend again.
20         Q.    So how do you know that any
21     decisions were made at subsequent meetings?
22         A.    Because Ted Qualli would come to a
23     general -- you know, our general office meetings
24     and tell us what he was instructed to do at PAL
25     per the board during those meetings.

1                    E. CINTRON
2          Q.    So it's your testimony that Ted
3    would come --
4          A.    Ted would go to the meetings.
5          Q.    And then come -- and would come to
6    you and say, This is the decision that was made
7    in that meeting?
8          A.    These are the decisions we made at
9    this meeting.  This is what we are going to do.
10         Q.    How were these meetings scheduled?
11         A.    I believe it was monthly or every
12   other month.  I'm not sure.  But besides that
13   meeting, they would meet other times as well.
14         Q.    Well, if you weren't invited, how
15   would you know they were occurring?
16         A.    Because Ted would tell me, I'm going
17   to be meeting with Ted [sic], you know, to
18   discuss this issue or that issue.  Or it would
19   be put on the calendar.
20         Q.    So it would be -- you mean, like an
21   Outlook invite or something like that?
22         A.    Well, he would put it on the
23   calendar that he wasn't going to be in the
24   office that day because he was attending these
25   meetings.

1                      E. CINTRON

2          Q.    If you were aware of the meetings,

3     were you told that you were not invited?

4          A.    They told me that I would be getting

5     an Outlook invite every month, which I never

6     did.  And when I asked why I wasn't attending

7     these meetings, Ted said they only wanted --

8          (Court reporter clarification.)

9          A.    Ted Qualli stated that they only

10    wanted to meet with him.

11         Q.    And so when you say -- who do you --

12    who are you referring to by "they"?

13         A.    When I would ask him why I was being

14    excluded from the decision-making meetings that

15    they held monthly with Bernie Prazenica and Ron

16    Rabena, he told me they only wanted to meet with

17    him.

18         Q.    As the executive director for PAL?

19         A.    Yes.

20         Q.    And was it meetings with the board

21    or meetings with only Ron and Prazenica?

22         A.    It was both.  Sometimes they would

23    meet with the board, but the monthly meeting was

24    just with Ron Rabena.  I don't know who else

25    would attend because I wasn't there, but the

```
 1                    E. CINTRON
 2      meeting -- the intention of the meeting was to
 3      meet with either the chair or the vice-chair,
 4      which was Bernie Prazenica or Ron Rabena, to
 5      discuss financials, programming, everything
 6      involving PAL.
 7           Q.    How is it -- is it your opinion that
 8      you were excluded from those meetings based upon
 9      your national origin?
10           A.    Yes.
11           Q.    And why -- what facts do you have to
12      inform that belief?
13           A.    Well, there was a systemic way of
14      the board and Ted doing things at PAL.  And a
15      lot of times when I would be present during
16      regular or general meetings, if they wanted to
17      talk, anything that I brought concerns about or
18      things that needed to be addressed where a
19      decision had to be made, they would always do
20      their sidebar conversations, make the decision,
21      and then, you know, either share with me or not
22      share with me what -- the decisions that were
23      made.
24           Q.    So those were concerns that you
25      raised in meetings with Ted?
```

```
 1              E. CINTRON
 2        A.    Yes.  It was basically all-male
 3   meetings.  I was never invited to meetings that
 4   the commanding officer should be present at, to
 5   be able to make good decisions in a unit.
 6        Q.    So what I want to back up is, you
 7   said that there were things that you brought up
 8   that needed to be addressed, and then they would
 9   do a sidebar?
10        A.    If I brought up issues with budget,
11   for instance, a discrepancy in the budget that I
12   found as it pertains to the ordering of
13   trophies, where they claim -- where they stated
14   in a financial statement that PAL has spent an
15   excess of almost 50 in trophies that year, but
16   when I conducted an audit, they only had spent
17   20, and this was something that they had been
18   reporting for the previous five years.
19        When it was brought up in the general
20   meeting, when I brought it up in the general
21   meeting, and someone else mentioned that as
22   well, they said, Well, let's just have sidebars
23   on that.  And Ron Rabena said it would be --
24   after this, Bernie and Ted, follow me to my
25   office to have this meeting.
```

1                         E. CINTRON

2          Q.    So this was a general meeting, you

3     said?

4          A.    Yes.

5          Q.    And when did that occur?

6          A.    2016.

7          Q.    Was this the only meeting you

8     attended?

9          A.    No, I would go to the general

10    meetings.  The meetings I wasn't invited to were

11    the decision-making meetings.

12         Q.    So is it your testimony that no

13    decisions were made during general meetings?

14         A.    No.  That was just the reporting

15    from the different committees, the different

16    committees reporting out.

17         Q.    So I guess what I'm trying to find

18    out is if no decisions were being made during

19    the general meetings, why are Ted, Bernie, and

20    Ron going, like, to have a sidebar?

21         A.    That's something you have to ask

22    them.

23         Q.    So you don't know what they were

24    deciding?

25         A.    Well, no, they were talking about

1                          E. CINTRON
2      the topics that would come up or that I would
3      bring up.
4              Q.    And -- but you don't know what they
5      discussed during those sidebars?
6              A.    No.
7              Q.    I want to again ask -- the exclusion
8      from the meetings, how do you know you were
9      excluded from the meetings based on your
10     national origin?
11             A.    I was a female commander in an
12     important unit like PAL, and I was being
13     excluded from attending the meetings that had to
14     do with making decisions under my authority as
15     commanding officer.  Yet all of the males that
16     were also involved making decisions would be at
17     these meetings.  So it's -- it was -- you know,
18     it was vividly known that it was me who they
19     didn't want in the meeting.
20             Q.    So what I want to know is, they
21     didn't want you in the meeting, how do you know
22     that had to do with your national origin?
23             A.    I'm the top female commander at PAL
24     responsible for making decisions, responsible
25     for the officers, responsible for the kids,

```
 1                    E. CINTRON
 2    responsible for safety, the facilities, the
 3    centers, everything.  But I wasn't invited to
 4    the meeting that was all male, five males.  So
 5    it's not about -- it's about their actions that
 6    showed that they didn't want me in there,
 7    because they didn't respect me as a female
 8    being, an authority.  They didn't respect my
 9    rank, they didn't respect the fact that I
10    would -- was advocating for the children in the
11    community.
12          Q.   So did any of those -- did any of
13    the individuals in those private meetings ever
14    tell you, You are being excluded from this
15    meeting because of your national origin?
16                    MR. GREEN:  Objection.  Asked and
17                answered.
18                    Do you understand what the term
19                "national origin" means?
20                    THE WITNESS:  Yes.
21                    MR. GREEN:  What does it mean?
22                    MS. ULAK:  I'm going to object to
23                that.
24    BY MR. GOLDEN:
25          Q.   Yeah, go ahead.  Do you know what
```

```
 1                    E. CINTRON
 2      "national origin" means?  I'm just using the
 3      term in the complaint.  So --
 4            A.    Yes.  My national origin may be
 5      Hispanic, may be a woman, my gender being a
 6      female.  When you have another female like
 7      Maureen Rush calling you and telling you, "let
 8      the boys handle it," and making the statement,
 9      "sit back and collect a check," that implies
10      that, as a female, they don't want me to be
11      involved.
12            Q.    Okay.  So let me ask the question a
13      different way first.
14            Did any of the individuals in those
15      meetings tell you, you were excluded because you
16      were a woman?
17            A.    They didn't verbally say it, but
18      their actions showed it.
19            Q.    All right.  So I'll come back to the
20      actions.  So I just want to confirm that they
21      never verbally told you you were excluded
22      because you were a woman; is that correct?
23            A.    Of course not.  They didn't say it
24      verbally.
25            Q.    Did any of those individuals
```

1                    E. CINTRON
2    verbally tell you you were being excluded from
3    those meetings because you were a Latina?
4         A.    Not verbally, but it was -- I had
5    several incidents involving Bernie Prazenica,
6    including an incident that an officer reported,
7    because Bernie Prazenica was in the habit of
8    walking into the room, just like Sullivan, and
9    shaking everyone's hand, but skipping on the
10   minorities, including me.
11        Q.    Can you give me --
12        A.    When that was brought to his
13   attention, he stated that he's just germaphobic
14   and that he didn't mean it in that way.  But
15   every meeting he did the exact same -- I mean,
16   every time there was a group, he would literally
17   walk by, shake people's hands.  When he got to a
18   black officer or Hispanic officer, he would
19   literally bypass them and shake the next
20   person's hand who happened to be white.
21        Q.    And your testimony is that every
22   meeting you were in with Bernie Prazenica, he
23   did that?
24        A.    Ninety percent of the meetings, yes.
25   I had Officer Hampton, who was not aware that I

Page 109

1                    E. CINTRON

2       was experiencing that, make a complaint about

3       the same matter, because he noticed it.  It

4       happened at one of the meetings that he

5       attended.

6              Q.    So Officer Hatton [sic] submitted a

7       similar complaint?

8              A.    Yes.

9                    MR. GREEN:  Hampton.

10             A.    Hampton.

11             Q.    Hampton.

12             A.    We were at a general board meeting,

13      and several of the officers were invited to talk

14      about their centers, and when he approached the

15      officers, he bypassed Officer Hampton and shook

16      everybody else's hand before him and after him,

17      but would not shake Officer Hampton's hand.

18      Even when Officer Hampton extended his hand to

19      Bernie, Bernie stated he was germaphobic, but

20      the officer then observed him going to the other

21      side of the room and continuing shaking

22      everybody else's hand.

23             Q.    So that meeting you recall --

24             A.    So he felt offended.

25             Q.    Do you recall when that meeting

```
                                           Page 110
 1                    E. CINTRON
 2    occurred?
 3          A.    It was one of the board meetings,
 4    like 2017, I believe.  I don't remember the year
 5    it was.
 6          Q.    And Officer Hampton, he was the --
 7    was he -- was that room -- was he the only
 8    African-American in the room?
 9          A.    No, there were several other
10    African-Americans in the room, but he was the
11    only one that complained that he noticed that
12    him being the only African-American in the
13    circle where he was standing, that Bernie
14    Prazenica bypassed him and continued to shake
15    everybody else's hand, just like he had did to
16    me previously.
17          Q.    So is it -- am I fair to understand
18    that Bernie did not shake hands -- that he
19    skipped shaking -- he did not shake hands with
20    any African-American in that room; is that what
21    you're testifying?
22          A.    I'm speaking to him, because he
23    reported that to me.  No one else reported that
24    to me.
25          Q.    Did you personally observe that?
```

1                    E. CINTRON

2          A.    I didn't observe it.  He told me

3    about it.  And he initially went and told Ted

4    about it, What's that all about? you know, he

5    told Ted.  And then both of them came up to me,

6    and we were -- and he told me what happened.

7          Q.    So what I want to back up and ask --

8    so you also said that the -- the people that

9    excluded you, they didn't respect your rank; is

10   that correct?

11         A.    The people -- when you say "people,"

12   are you talking about Bernie Prazenica?

13         Q.    Well, you said that -- when I was

14   talking about being excluded from meetings, you

15   said they didn't respect your rank and they

16   didn't respect your advocacy for the kids.  And

17   I'm trying to find out who is the "they" that --

18         A.    Ted Qualli, Ron Rabena and Bernie

19   Prazenica.

20         Q.    And so --

21         A.    They were upset because I advocated

22   for the children and reported different things

23   like safety at Wissinoming PAL.  And I would,

24   you know, talk to Bernie and Ron about the

25   different issues we were having in terms of

1                    E. CINTRON
2      safety in all of the centers.  We had issues in
3      a lot of the centers.  I'll put it that way.
4            Q.    What I want to ask next is, you've
5      given me an example of Officer Hampton
6      complaining about Bernie.  What I want to ask
7      is, can you tell me, as it relates to Bernie and
8      you, yourself, things that you witnessed with
9      Bernie?  Can you tell me what incidents occurred
10     that you felt you were being discriminated
11     against or unfairly treated because of your
12     gender or being Latina?
13           A.    Well, he did the same thing to me as
14     far as not shaking my hand whenever I saw him.
15           And in terms of me being Latina, I just
16     feel that, as a representative of the community
17     I served, I know the names of the community, and
18     I noticed there would be preferential treatment
19     taking place in the centers where white kids
20     attended most, and centers where black and
21     underprivileged children attended, there was a
22     difference in the programs.  There was a
23     difference in the funding.  There was a
24     difference in the way the facilities looked, you
25     know, and how they would prioritize fixing

Page 113

1                          E. CINTRON
2      certain things in certain centers, but left a
3      center like Wissinoming three years infested
4      with mold.  Because that was not the only center
5      that we had issues with.
6           Q.    So I need to reframe this question.
7           I understand what you're saying about the
8      PAL centers.  What I'm asking you about is what
9      are the things the Bernie Prazenica did to you
10     where you felt he did them because of your
11     gender or national origin.
12          A.    I feel that because I was a Latina
13     commander in the unit, by being excluded is
14     enough.  Being excluded from the decision-making
15     meetings is enough, because he literally was
16     taking my authority away from me to be able to
17     function properly at my job, to be able to
18     properly do what I needed to do to service the
19     communities I served.  And whenever I would
20     bring up issues of inequality, they did nothing
21     about it.  They continued with their practices.
22     They continued doing the things that they were
23     doing that was very uneven.
24          You know, I can give you some examples
25     about the programs.  You know, we have programs

1                    E. CINTRON

2      like the wrestling program at Rizzo PAL.  Rizzo

3      PAL is a center that is predominantly all white

4      children, and the Rizzo PAL wrestling team gets

5      to travel, including going to Disney World.  And

6      in the centers where there's predominantly black

7      children, where they prefer to play basketball,

8      those officers are not allowed to do travel ball

9      because they don't want the kids to leave the

10     state.  So why one group of kids is allowed to

11     leave the state while the other one is being

12     told, No, it's part of the rules, they can't --

13     we can't do it.  Even though their biggest

14     endowment is the Josh Harris Foundation, which

15     gives them enough money for a better basketball

16     program.

17            Q.    Why is it that the basketball team

18     does not leave the state?

19            A.    Because Ted said they are not

20     allowed to leave the state because it's a PAL

21     policy, but yet they let the wrestling team

22     travel out of state.

23            Q.    So Ted told you that that was the

24     policy?

25            A.    And so did the board at several

Page 115

```
1                      E. CINTRON
2   meetings when I brought the topic up.
3        Q.    And what is the policy?  Do you know
4   specifically what it states?
5        A.    I always asked them to show me the
6   policy.  Maybe we need to amend these policies
7   because they are not fair and equal.  And they
8   said, That's just the way it is.  They would not
9   give me the opportunity to correct the wrongs
10  because that's what they wanted to do.
11       Q.    So you had an opportunity -- there
12  was -- am I correct that you recall an
13  opportunity for the basketball team to travel
14  out of state?
15       A.    Yes.  The officer submitted
16  different requests at different times because
17  the kids in that neighborhood, it's an outlet
18  for them.  Because sometimes the only thing they
19  have is a corner-street basketball court.  So
20  that's what they like to do.  And they wanted to
21  do travel ball, and they were always told that
22  they can't do it because the kids can't travel.
23       They also wanted to do boxing, which is
24  one of the main sports that propelled PAL when
25  it first opened.  And I explained to Ted Qualli
```

1                         E. CINTRON

2       and the board that the officers had submitted a

3       proposal, which was better than the way they

4       handled boxing back in the day where, this time,

5       instead of being ran by the officers, it would

6       have been a professional boxer.  They wouldn't

7       be allowed to actually fight matches.  It would

8       just be learning the skill of boxing, you know,

9       just because it's an outlet for the kids.  And

10      they were denied doing it because it's too

11      dangerous.  But yet wrestling is dangerous.

12      They have an outside organization that runs

13      under the purview of PAL, which is not a PAL

14      program.  They are basically allowing an outside

15      entity to run a basketball program and claiming

16      that it's PAL, while PAL is picking up the bill

17      on that.

18           And the same thing with gymnastics.  The

19      girls -- people have gotten hurt wrestling;

20      broken arm, broken leg.  Girls have gotten hurt

21      doing gymnastics, again a sport that they play

22      in a predominantly white neighbor -- practice in

23      a predominantly white neighborhood.  I would say

24      90 percent of the girls attending that program

25      is white little girls, or Caucasian -- better

```
 1                    E. CINTRON
 2      phrasing.  They can fall and get hurt at any
 3      time, but yet that's acceptable.
 4           Again, that's another program that is a
 5      program that is not a PAL program, that PAL
 6      allows the company to use in a PAL facility,
 7      and, you know, pay for equipment and stuff for
 8      them, even though it's not an actual PAL
 9      program.
10           But if you go on the site, they clearly
11      make it look like it's their PAL-ran -- I'm
12      sorry -- PAL-ran programs, when they are not.
13      They are ran by other people.
14           So they don't let an officer who is
15      certified to do this job and to be around these
16      kids -- kids all the time, take the kids out of
17      state, but they allow someone that's not even
18      part of the organization take the wrestling team
19      to Disney.
20           So these were the things that I would
21      bring up as far as the, you know, inequality in
22      terms of the programs that they were -- we were
23      providing for the kids.  And they didn't find
24      anything wrong with it.  They would just shut me
25      down and continue their -- the disparity was so
```

1                      E. CINTRON
2        huge that, you know -- but they would not let me
3        fix those problems.
4               Q.    So you said that you brought up
5        these issues during meetings?
6               A.    Yes.
7               Q.    Who were in those meetings?
8               A.    Ted Qualli, Bernie Prazenica at the
9        board meetings, the general board meetings.  And
10       we were bringing it up in personal
11       conversations, and I was always told to tell
12       officers that they cannot implement these
13       programs.
14              And it's okay if, funding-wise, we can't
15       do certain things.  But in the case of
16       basketball, we get the most funding from the
17       Josh Harris Foundation.  And, you know, like, if
18       it's not in the budget, that's understandable.
19       But it should not be where one group of kids is
20       allowed to do something that the minority kids
21       are not allowed to do.
22              Q.    Is it your testimony there are no
23       minority children on the wrestling team?
24              A.    No, I didn't say that.  There's a
25       few, but it's a predominantly white PAL center.

```
 1                    E. CINTRON
 2        Q.    Okay.  So there are some minority
 3   children on the wrestling team?
 4        A.    Yes.
 5        Q.    And have you -- just so I'm clear,
 6   you have not seen the policy that governs which
 7   programs can travel out of state?
 8        A.    Right.  They have none.  They keep
 9   telling me they want to -- that they were going
10   to establish policies because they were -- the
11   ones that were in place were so outdated, but it
12   was never done.  Or at least they never showed
13   them to me.
14        Q.    Just you -- just so we're clear,
15   whatever that -- the date, I understand the
16   complaints you are making, but I just want to
17   come back.  Bernie Prazenica, what actions did
18   he take, apart from not shaking your hand, that
19   made you believe he was acting towards you
20   because you're a Latina?
21        A.    Like I mentioned, excluding me from
22   the meetings that they would not otherwise
23   exclude a male commander, is what they did.
24   Excluding me from making decisions that
25   otherwise they would let a male commander make,
```

Page 120

```
 1                    E. CINTRON
 2    is what they were doing.
 3         Q.    So would they let a male Latino make
 4    that --
 5         A.    I don't know what they would do, but
 6    I know that the previous commander was white,
 7    and they didn't exclude him from the meetings.
 8         Q.    How do you know that?
 9         A.    Because they told me that Lieutenant
10    Eddis would attend the meetings.
11         (Court reporter clarification.)
12         A.    Eddis.
13         Q.    E-D-D-I-S.
14         And so when you say "they," you're
15    referring to Ron, Bernie, and Ted?
16         A.    Yes, when they told me that I would
17    be attending the same meeting as well, but then
18    was not invited to attend.  I was definitely
19    treated different than my male counterparts in
20    the unit.
21         Q.    Well, so let me ask a more specific
22    question because then maybe I can focus what I'm
23    asking next.
24         You're saying that you felt treated
25    differently as a female.  And because, for
```

Page 121

1                          E. CINTRON

2       example, it was all men in those meetings.  What

3       I'm asking you is, is there anything

4       specifically, not including being a female, are

5       there any instances where you felt Bernie

6       treated you differently because you're a Latina?

7       Excluding your gender.  Leave that aside for the

8       moment.

9            A.    I just explained that to you.

10      You're treating me differently when you won't do

11      this to a male commander.  You're treating me

12      differently when, as the female commander of the

13      unit, you're excluding me from meetings that I

14      should be attending to make decisions.

15           Q.    Do you know how long Officer Eddis

16      was the commanding officer for PAL?

17           A.    No.

18           Q.    And do you know who's the commanding

19      officer before Eddis?

20           A.    No, I don't recall.

21           Q.    So how do you know that Commanding

22      Officer Eddis wasn't excluded from any of the

23      meetings?

24           A.    I don't know if he was excluded from

25      any of the meetings, but according to Ted, he

```
 1                      E. CINTRON
 2    attended the monthly meetings with Eddis when
 3    Eddis was there.
 4         Q.    So your understanding of his
 5    attendance is from Ted?
 6         A.    And Bernie Prazenica and Ron, when
 7    they told me that -- when I came to PAL, that I
 8    would attend the same meetings, and it's
 9    attended with Ted on a monthly basis to talk
10    about the problems and where they would make the
11    decisions for PAL.  So I was told that I would
12    be invited, just like Lieutenant Eddis would be
13    invited -- was attending those meetings, but I
14    wasn't.
15         Q.    Just so I'm clear, you have no
16    personal knowledge from Commanding Officer
17    Eddis, what meetings he attended or did not; is
18    that correct?
19         A.    My knowledge came from Bernie
20    Prazenica and Ron Rabena.
21         Q.    Apart from being excluded from the
22    meetings, and Bernie not shaking your hand, what
23    other incidents can you identify where you felt
24    you were treated differently because of being
25    Latina or a female, by PAL?
```

1              E. CINTRON

2        A.    That -- can you repeat that

3    question?  Because it seems like it's the same

4    question.

5        Q.    Well, so sure.  Let me -- so let

6    me -- I'll try to explain it this way:  What I'm

7    trying to find out from you is instances where

8    you felt you were treated differently because

9    you are either Latina or a female.  And we have

10   talked about a couple.  Right?  You said, I was

11   excluded from the meetings, and that Bernie did

12   not shake your hand.

13        What I'm trying to find out, are there any

14   other things that you can say:  This

15   event occurred, and I felt treated differently

16   because I am either a Latina or a female?

17        A.    Yes.  As I mentioned earlier, when

18   Deputy Commissioner Sullivan enters an office

19   where Bernie Prazenica and Ron Rabena is

20   standing, along with -- I mean, Ted Qualli was

21   not there.  It was Bernie Prazenica and Ron

22   Rabena, were standing, and I'm being told what

23   she has to say doesn't matter, and I'm being

24   flagged, something that they would not do to a

25   male commander, and you laugh, you're condoning

```
 1                     E. CINTRON
 2    that behavior.  You're condoning the behavior
 3    when I tell you that the PAL headquarters
 4    civilian staff are constantly saying racial
 5    jokes and innuendos, and you think it's funny,
 6    and you tell me that it's okay for them to say
 7    whatever they want to say because they can say
 8    whatever they want to say.  And when you don't
 9    take action to rectify that behavior in your
10    employees, then you're condoning it.
11         And part of that -- being exposed to that
12    was me, as a commanding officer, when people
13    make comments like, "your officer is retarded,"
14    and things like that, that they were saying at
15    meetings.
16         Q.    Who is the "they"?
17         A.    Or they would request specific
18    officers to go to certain meetings because of
19    their color.
20         Q.    Do you feel that any of that conduct
21    was targeted towards you?
22         A.    I believe that they were sending
23    a -- the wrong message, that being inclusive is
24    not important in the community that we serve,
25    that it's okay to allow women to feel like they
```

```
 1                    E. CINTRON
 2   are less than what they are, even though they
 3   worked just as hard as men to achieve where they
 4   are at.  And I wasn't treated as my male
 5   counterpart by Bernie and Ron, or Ted for
 6   that matter.
 7        Q.    Who is the male counterpart that
 8   you're identifying?
 9        A.    I'm talking about anybody in the
10   room.  If they came in, they spoke to the men,
11   they didn't speak to me.  Bernie wouldn't even
12   speak to me and not even shake my hand or
13   acknowledge me.  They wouldn't invite me to the
14   meetings to -- for me to get information about
15   the programs I'm supposed to run or make a
16   decision on the funding, or help with the needs
17   of PAL in the community.  Like, I was totally
18   excluded.  What other reason would it be other
19   than to exclude me because I am a woman?  And
20   they made it a point to send another woman to
21   tell me to stay out of it and let the men run
22   it.
23        Q.    And that's what Maureen Rush told
24   you?
25        A.    Yes, as per her, it was the message
```

```
 1                      E. CINTRON
 2      she was relaying from Bernie and Ron Rabena.
 3           Q.    Did Bernie ever tell you that they
 4      sent Maureen Rush to deliver that message to
 5      you?
 6           A.    No.  She told me.  She confirmed it.
 7           Q.    Did Ron or Ted ever tell you that
 8      they sent her to deliver the message?
 9           A.    No.  But Ted was the one that
10      delivered the message under false pretense that
11      I was meeting with her for programs.
12                      (Email is received and marked as
13                      Exhibit PAL-5 for identification, as
14                      of this date.)
15           Q.    This, Ms. Cintron, if you -- this
16      was produced separately, but I believe it's
17      related to PAL-3, looks to be -- they have the
18      same subject matter and time frame.
19           A.    Yes.
20           Q.    And in PAL-3, it says:  Does the
21      time on 10/24 work for you?  This was a date
22      proposed by Ms. Faust.  And in PAL-5, Ted
23      responds to you -- PAL-5 is the one I just gave
24      you.
25           A.    This one?
```

1                     E. CINTRON

2          Q.    Yup.  If you look in the middle.  It

3     says L-T.  I assume -- it's my interpretation

4     he's referring to you as Lieutenant.  He says:

5     Unfortunately, that time does not work for me as

6     I have a meeting in Bala Cynwyd.

7          And so was it your understanding that Ted

8     would be participating in a meeting with you and

9     Maureen Rush?

10         A.    No.

11         Q.    Is it your opinion that you're

12    excluded from meetings, and Bernie wouldn't

13    shake your hand, and the other things you just

14    listed -- it's your opinion that that was due to

15    your being Latina and a woman, correct?

16         A.    Yes.

17         Q.    And so your conclusions are based

18    upon your interpretation and belief?

19         A.    No, based on my observations.

20         Q.    And so in those meetings, is it your

21    testimony that Bernie would refuse to shake the

22    woman -- the hand of any woman?

23         A.    I would see him shake other women's

24    hands.

25         Q.    Is there anything else where you can

```
 1                    E. CINTRON
 2     recall Ted, Bernie, or Ron, anyone at PAL
 3     treating you unfairly because it was, in your
 4     opinion, due to your being Latina or female?
 5          A.    Yes.
 6          Q.    What's that?
 7          A.    When we were returning from a
 8     meeting, Ted explained that he was upset about
 9     the memorandum of understanding.  I believe that
10     was the same meeting where we had brought
11     Commissioner Ross about the memorandum of
12     understanding, and while we were riding back in
13     the car, he stated, You're -- the only reason
14     why you're at PAL is because the commissioner
15     wanted you to represent the community we serve.
16     He said, But you're meant to be seen, not heard.
17          And then he said, What the commissioner
18     wants doesn't matter because PAL runs -- runs
19     the unit.  He said, And the board is the final
20     decision-makers.  He was talking about the board
21     being the decision-makers.
22          Q.    Do you know who the commanding
23     officer of PAL is now?
24          A.    No.
25          Q.    Do you know who the commanding
```

1                         E. CINTRON

2      officer of PAL was immediately after you left?

3           A.    I don't recall the name, but I do

4      know that Commissioner Ross has selected a black

5      male to -- captain to take my place once I left.

6      After that, they put a white female, Captain

7      Campbell, who is now Deputy Commissioner

8      Campbell, which was Sullivan's first choice to

9      be at PAL when he tried to eliminate me, get rid

10     of me when he came to PAL.

11          Q.    That was Deputy Commissioner

12     Campbell?

13          A.    She's currently the Deputy

14     Commissioner Campbell.

15          Q.    And who -- was it your testimony

16     that Sullivan hired her to be the -- or promoted

17     her, chose her to be the --

18          A.    No, I'm not saying that.  What I'm

19     saying is that when Sullivan first got to PAL,

20     one, he requested to overseeing the Police

21     Athletic League unit.  He immediately started

22     to -- went to Commissioner Ross, requesting that

23     I be replaced.  He went to Commissioner

24     Patterson to oversee the unit voluntarily.  Then

25     he went to Commissioner Ross and tried to get me

1                        E. CINTRON

2      removed without cause and bring in another

3      commander.

4           And once Commissioner Ross left, they

5      placed Captain Campbell in my position.  Someone

6      that Commissioner Sullivan told not to speak to

7      me in reference to a PAL matter, in reference to

8      the grand opening of the 26th District.  She was

9      an ally working with me to get the center open.

10     And after, the community sent a letter to

11     Councilwoman Maria Quinones, that PAL had

12     received over $250,000 to open a center in the

13     26th District three years prior, and had not

14     utilized the money for that purpose.

15          Because she was the captain in the 26th

16     District, me and her were working together to open

17     up that center, to get that center working, up and

18     running, because after I located a location to get

19     the center up and running, some repairs needed to

20     be made before we could open the doors, for which

21     Ted Qualli and the board did not want to spend the

22     money to make the repairs, so that the center could

23     be safe before we opened up the doors.

24          I went and talked to someone I knew in the

25     painters union, who donated over $30,000 of

Page 131

1                          E. CINTRON

2      paint to get the gym painted, and labor to get

3      work done as far as all the painting was

4      concerned.

5            I was concerned because there was a

6      bathroom that was a unisex bathroom by the doors

7      that led to the outside alley, a door that the

8      building owners wanted to keep open for safety

9      reasons.  But it was known that there was -- the

10     homeless people would sneak into the building

11     through that same door to sleep in the building,

12     so it would have been unsafe for the kids to

13     have to use that bathroom, away from the

14     officers' view.  And I requested that the

15     bathroom be either relocated or some form of

16     door to -- that we can secure that door somehow.

17     And request that an officer for -- an office for

18     the officer, as well as a game -- a computer

19     room for the kids.  And they didn't want to

20     spend the money to get those corrections done

21     before we opened up the center, even though they

22     had that endowment that was given to them for

23     that purpose.

24           Q.    Who is the "they"?  Is that Ron,

25     Bernie, and Ted?

1                       E. CINTRON

2           A.      The Police Athletic League was given

3       over $250,000 for the purpose of opening a

4       center in the 26th District three years prior.

5       And I was familiar with this because they

6       originally approached me.  Captain Cappy had

7       called me because at the time I was the director

8       or the coordinator of the Police Explorers

9       program at the 25th District.  And he called me.

10      He said, Hey, we have a donor that wants to give

11      money to the Police Explorers and to PAL.  And I

12      referred them to give that money to -- to go

13      through Finance to give that money.  And they

14      referred the family to PAL, to donate the

15      portion they wanted to make -- to donate to PAL

16      directly.  And that was three years prior.

17      That's why I had knowledge of it, and prior to

18      being the commanding officer at PAL.

19           And there was a letter sent to the

20      councilwoman in reference to PAL not taking

21      action to open up that center.  Because Captain

22      Campbell and I were trying to get a center

23      opened, we were trying to work with Ted Qualli,

24      Bernie Prazenica, and Ron to get these repairs

25      done to get the center opened, and it became a

1                          E. CINTRON
2       to-do because they didn't want to spend the
3       money fixing up the things that needed to be
4       fixed.
5              Q.    You said that when Deputy
6       Commissioner Sullivan came in, he tried to get
7       you removed without cause and bring in another
8       commander.  Who was that commander?
9              A.    I don't know, but I believe it was
10      Captain Campbell, because shortly after that, he
11      called Captain Campbell and told her not to
12      speak to me, and not to get involved in the
13      situation involving the 26th District grand
14      opening.
15             I know this because I spoke to her after a
16      meeting that we had at the 26th District, and
17      she told me, I got to stay away from you.  I
18      just got reamed down.  The commissioner doesn't
19      want me to talk to you.  And I'm just going to
20      stay out of it.
21             He then called the sergeants to his
22      office, as well, and he was basically telling
23      people to stay out of -- basically to isolate me
24      and not talk to me, and siding with the board on
25      these matters.

```
 1                      E. CINTRON
 2        Q.    Captain Campbell is a female; is
 3   that correct?
 4        A.    Yes.
 5        Q.    And she's Caucasian?
 6        A.    Yes.
 7        Q.    Are you aware of anyone at PAL
 8   trying to have you replaced?
 9        A.    Anyone at PAL trying to have me
10   replaced?
11        Q.    Right.  So you said that Deputy
12   Commissioner Sullivan had wanted to have you
13   removed.  Is there anyone at PAL that wanted to
14   have you removed?
15        A.    Ted Qualli, Bernie, and Ron.
16        Q.    And how do you know that?
17        A.    Because they were going to
18   Commissioner Sullivan and advocating for changes
19   to be made because of me speaking up, and
20   talking about the problems, you know, the
21   deplorable conditions at the centers.
22        Q.    How do you know that they went to
23   Sullivan and asked for that?
24        A.    Prior to Sullivan coming over to
25   PAL, we were at the 25th District PAL for an
```

Page 135

1                    E. CINTRON

2        event, and Ron Rabena and Ted -- Ron Rabena and

3        Bernie Prazenica were speaking and they knew,

4        before I knew, that Sullivan was going to be in

5        charge of PAL.  Bernie made a comment and said,

6        How about that?  We are getting our boy to be

7        Deputy Commissioner and requesting to oversee

8        PAL.  And he mentioned that he hopes it happens

9        because at least Sullivan would look out in

10       their best interest.

11            Q.    What I want to know, though, is how

12       do you know that they, the three of them asked

13       Sullivan to remove you?  Did any of them tell

14       you that they asked for that?

15            A.    They never asked for that.  But once

16       Sullivan was in his position as deputy

17       commissioner, he was abusing his authority as a

18       commissioner, and instead of speaking to me on

19       PAL matters, he was going directly to the board

20       and speaking with them.  And then all of a

21       sudden, I'm being -- I'm the subject of an

22       investigation for something I reported.

23            Q.    Okay.  What I'm trying to ask you is

24       not that question.  It is:  Did -- do you have

25       firsthand knowledge that Bernie, Ted, or Ron

1                        E. CINTRON

2      asked Sullivan to have you removed?

3              A.    Yes, because when DC Sullivan

4      attempted to have me removed, and I had a

5      conversation with him in the office, he

6      mentioned, You know, the board is not happy with

7      you.  And they don't want you there.  They want

8      you removed.

9              And he -- but he never mentioned that he

10     tried to get me removed.  I received that

11     information from Patterson when he informed me

12     that Sullivan was going to take over PAL.

13             Q.    So I want to isolate a sentence.

14     Sullivan told you that the PAL board was, quote,

15     not happy with you, correct?

16             A.    Yes.

17             Q.    Leave that phrase aside for a

18     second.  Did Sullivan ever tell you that Bernie,

19     Ted, or Ron specifically wanted you removed?

20             A.    Yes.  He said -- he said, You know,

21     they don't want you there.

22             Q.    Okay.  When did he say that?

23             A.    At the -- during the conversation

24     that I had with him.  And I didn't even know

25     about the fact that he already had actually went

Page 137

```
 1                        E. CINTRON
 2      and tried to get me removed.
 3           Q.    And did he ever tell you that they
 4      don't want you there because you're Latina?
 5           A.    They didn't say that.
 6           Q.    Did he ever --
 7           A.    I mean, he didn't say that to me.
 8      He just said they don't want me there -- They
 9      don't want you there.
10           Q.    And did he ever tell you that they
11      didn't want you there because of your gender?
12           A.    He never said that, either.
13           Q.    Now, you mentioned that the -- you
14      were speaking up about the deplorable conditions
15      in some of these facilities; is that correct?
16           A.    Yes.
17           Q.    And is it your understanding that
18      that's why the board was not happy with you?
19           A.    They were not happy because I would
20      ask them to get some of these things resolved.
21      And a lot of times when I would try to get
22      things resolved, like getting some emergency
23      situations taken care of, I was put through a
24      loop as to who is going to approve for an
25      electrical outlet that's sparking fire, to get
```

```
 1                        E. CINTRON
 2      fixed, for two weeks.  And when I tried to order
 3      an electrician to get it fixed, Sunny Lee, who
 4      is the chief financial officer, said Oh, I'm
 5      going to go look at it.  And I'm like, Are you
 6      an electrician?  Because if you're not, what we
 7      need is an electrician to go fix an outlet
 8      that's sparking fire.
 9           So they would put all of these barriers,
10      is what they were doing, for me to be able to do
11      my job effectively, when it came to trying to
12      make the center safe.
13           Q.    So they were frustrated with your
14      efforts to make the centers operate safely?
15           A.    They were -- I wouldn't say that
16      they were -- my efforts to make the centers
17      safely.  They were frustrated about the finances
18      behind -- or having to spend money to get some
19      of these things fixed.  And had their -- and, in
20      my opinion, had their priorities in the wrong
21      place.
22           When I was trying to get an electrician to
23      fix a faulty -- faulty wires at the center, that
24      the officers couldn't use because it was
25      sparking -- sparking, Ted Qualli said, Oh, they
```

```
 1                      E. CINTRON
 2    are not -- maintenance is not going to go over
 3    there.  They have to paint a wall at
 4    headquarters.
 5          So, to me, it was a power struggle on
 6    Ted's behalf, that if I said, Let's go fix an
 7    outlet, Ted was saying, No, I need them to paint
 8    a wall, because we are getting some visitors at
 9    headquarters this week.
10          So, to me, that's misplacement.  He's
11    abusing his authority, one, and misplacing where
12    the -- the needs are real, if that makes any
13    sense.
14          Q.    Did anyone from PAL -- let me ask
15    this.  Did Ron Rabena -- did Ron, Ted, or Bernie
16    have the authority to remove you as commanding
17    officer?
18          A.    No.
19          Q.    Did any of them --
20          A.    They have a say, because just like
21    they could recommend who comes in, they
22    recommend who leaves.
23          Q.    Are you aware of any of those three
24    ever recommending that you be removed?
25          A.    All I know is the conversation that
```

                         E. CINTRON

1    I mentioned to you that I had with Sullivan.

2         Q.    Okay.  Did any of them, directly to

3    you, encourage you to resign your post?

4         A.    Sullivan -- when I spoke to

5    Sullivan, he asked me why won't I just pick

6    another unit and go.  Like, he offered me to

7    pick another unit.

8         Q.    So then Bernie, Ted, or Ron never

9    had a -- they never encouraged you to leave?

10        A.    No.  They would go through DC

11   Sullivan to address me on those matters.

12        Q.    Do you know that they went to DC

13   Sullivan to have you leave?

14        A.    Yes.  According to Sullivan, he

15   said, I spoke with the board.  They don't want

16   you there.  But Commissioner Ross doesn't want

17   to move you.

18        Q.    And do you -- can you give me an

19   approximation of when that conversation with DC

20   Sullivan occurred?

21        A.    All of this began as soon as he got

22   there.  He got there, and he was trying to get

23   rid of me.  He was trying to circumvent me.  He

24   isolated me by telling people not to speak to

Page 141

1                     E. CINTRON

2    me.  He began doing a lot of things to take my

3    workload off.  He was reassigning my jobs or my

4    initiatives.  And he was utilizing my resources

5    to enhance his own foundation.

6         Q.    What evidence do you have that he

7    used PAL resources to enhance his own

8    foundations?

9         A.    It took me about a year to finally

10   start the Police Blue Cadets Drum Line.  It's

11   public knowledge, because it's all over the

12   media, that they performed their first, you

13   know, I guess, their first time at the PAL

14   dinner.  And at that dinner, my -- Deputy

15   Commissioner Sullivan spoke to my Blue Cadets

16   Drum Line director.  Afterwards, the next day,

17   Sullivan called me and was asking me where does

18   the officer, the director of the drum line work.

19   And he asked me for the officer's information.

20   He then contacted that officer.  The officer

21   stopped coming to PAL to do his weekly classes

22   with the PAL kids, stating that he was busy and

23   that he had gotten hurt at work, and he couldn't

24   practice with the kids no more.

25         The next thing I know, the officer is on

1                        E. CINTRON

2    the news with Sullivan, because Sullivan started

3    his own drum line for his organization, and they

4    debuted at the Irish Day Parade.  And the person

5    that was teaching his kids was my director that

6    he stole from me, basically.  So, as a result, I

7    couldn't find someone else to replace the

8    officer, and we couldn't continue with the

9    program.

10            When I saw Sullivan, not knowing that he

11   was utilizing my director to form his own drum

12   line, I asked him, Hey, my drum line director

13   said he's hurt, and he can't teach kids how

14   to -- you know, like, continue teaching the

15   kids.  And I said, Would it be possible if I

16   could send a citywide message asking any other

17   officer if they will volunteer to teach the

18   kids -- teach kids to replace this other

19   officer?  And at no time did Sullivan tell me

20   that he was utilizing my director for his own --

21   building his own drum line.  And he said to me,

22   I don't care, do it if you want.  Like, he

23   didn't even care that the drum line was falling

24   apart, as someone that's supposed to be

25   responsible of the PAL unit.  But at the same

```
 1                    E. CINTRON
 2      time it was no surprise to him that I didn't
 3      have a director.
 4           And sure enough, two weeks later, they are
 5      all over the news that Sullivan started a new
 6      drum line program that mimicked my program, but
 7      for his foundation.
 8           Q.    Did DC Sullivan have the authority
 9      to remove you from your post?
10           A.    No, because I was chosen by
11      Commissioner Ross.
12           Q.    So --
13           A.    He can make recommendations, if he
14      wanted to.
15           Q.    So that's the same then, Sullivan
16      can make recommendations, but it is ultimately
17      up to Ross to decide to remove you from the
18      post?
19           A.    Yes, because my position, I was
20      appointed to that position by Commissioner Ross.
21      So he, in essence, selected me for that
22      position.  So Sullivan would have gone -- and
23      did go to him to try and get me removed.
24           Q.    And how do you know that Sullivan
25      went and tried to have you removed?
```

1                    E. CINTRON

2          A.    Because I spoke to DC Patterson when

3    he instructed me that PAL -- that Sullivan

4    requested to oversee PAL.  And he informed him.

5          Q.    So Sullivan wanted to oversee PAL,

6    but --

7          A.    And he wanted to bring someone of

8    his choosing to PAL.  Not just my position, but

9    he also tried to bring someone -- his own wife

10   to work at police headquarters near him.

11         Q.    And the individual that Sullivan

12   wanted to replace you with was a female captain,

13   correct?

14         A.    I'm not sure.  But when I spoke to

15   Campbell later on, and she told me that he told

16   her to stay out of it and not speak to me, she

17   also mentioned that, you know, that it was

18   better for her not to get involved, and that he

19   will remember that she -- you know, if she

20   stayed away.  She says, So I'm just going to

21   stay away because I don't want no more problems.

22   Because I don't know what she interpreted by

23   that.

24                    MR. GREEN:  Excuse me.  Can we

25              take a break?

```
 1                    E. CINTRON
 2              MR. GOLDEN:  Sure.
 3              THE VIDEOGRAPHER:  The time is
 4         3:32.  We are now off the record.
 5              (A break was taken.)
 6              (Family Leave of Absence Request
 7              is received and marked as Exhibit
 8              PAL-6 for identification, as of this
 9              date.)
10              THE VIDEOGRAPHER:  Time is 3:45.
11              We are now on the record.
12         Q.    Ms. Cintron, I just introduced
13    Exhibit PAL-6.  Do you recognize -- is that your
14    signature on that document?
15         A.    Yes.
16         Q.    And this is a request for leave, for
17    FMLA leave starting on February 1st, 2018; is
18    that correct?
19         A.    Yes.
20         Q.    And to whom did you submit this
21    FMLA -- when I use the term FMLA, you understand
22    that I mean the Family Medical Leave Act?
23         A.    Yes.
24         Q.    Do you recall to whom you submitted
25    your FMLA leave request?
```

```
 1                    E. CINTRON
 2          A.    According to the policy, you submit
 3     it to Personnel.  Once they review it, they send
 4     it to your supervisor.
 5          Q.    And so was that the -- you said --
 6          A.    So this was forwarded to Deputy
 7     Commissioner Sullivan for approval.
 8          Q.    And so it was -- was it submitted --
 9     it was submitted.  Do you recall, did you submit
10     this in writing, like in person or by email?  Do
11     you recall how you submitted it?
12          A.    Oh, you have to take it in person.
13          Q.    And to whom did you turn it in to?
14     Do you remember the name?
15          A.    No.  You just drop it off, and they
16     assign it to someone.  And then when it goes
17     through the chain of command, they will notify
18     you if it got approved or denied.
19          Q.    And so this was something you
20     submitted to the personnel unit within the city?
21          A.    According to policy, yes.
22          Q.    Did you have to submit this to
23     anyone with PAL?
24          A.    No.
25          Q.    And was this request for FMLA leave
```

Page 147

1                          E. CINTRON
2      approved -- sorry, was the request for FMLA
3      leave, was it approved?
4            A.    Yes.
5            Q.    And do you know who was involved in
6      the decision to approve it?
7            A.    Deputy Commissioner Sullivan.
8            Q.    Anyone else that you know was
9      involved?
10           A.    No.  I believe that's the highest
11     level it has to go.
12           Q.    Do you know if anybody from PAL was
13     involved in that process?
14           A.    No.
15           Q.    And you began your FMLA leave in
16     February of 2018; does that sound accurate?
17           A.    Yes.
18           Q.    And you were on leave for
19     approximately one year; is that correct?
20           A.    Yes.
21                      (Request to Separate is received
22                      and marked as Exhibit PAL-7 for
23                      identification, as of this date.)
24           Q.    Ms. Cintron, is that your signature
25     at the bottom of that page or halfway through

```
 1                    E. CINTRON
 2    that form?
 3         A.    Yes.
 4         Q.    And is this -- the stated basis
 5    is -- the reason for requesting separation is
 6    retirement; is that accurate?
 7         A.    It was forced retirement, because I
 8    exhausted all my family leave.  And when
 9    I requested for an extension to go on unpaid
10    status, Deputy Commissioner Coulter denied it.
11         Q.    And how do you know that DC Coulter
12    denied it?
13         A.    Because when I went to Internal
14    Affairs to do my exit interview, and I spoke to
15    Deputy Commissioner Wimberly, she informed me
16    that I had the right to extend my leave to an
17    unpaid status.  And she called Deputy
18    Commissioner Coulter while I was there, and she
19    went to her office, and then she came back and
20    told me that Deputy Commissioner Coulter denied
21    the request.
22         She was actually encouraging me, Don't let
23    this -- don't let them do this to you, like,
24    don't give up on your career.  I'm like, I don't
25    want to give up on my career, but I'm too ill to
```

1                    E. CINTRON

2      be at work.  You know, like my PTSD, I can't --

3      they are not allowing me to go to work, and I'm

4      not physically capable to go to work right now

5      because of my medical condition.

6          Q.    Did -- DC Coulter, that is a city

7      employee; is that correct?

8          A.    She's a deputy commissioner.  She

9      was.  I think she's not -- I'm not sure if she's

10     here or not.

11         Q.    At that time --

12         A.    At that time.

13         Q.    -- she was a city employee?

14         A.    Yes.

15         Q.    Did anyone from PAL, to your

16     knowledge, have involvement in the rejection of

17     your request for additional leave?

18         A.    I don't know.  They wouldn't have

19     the final say-so.  The deputy makes the

20     determination.

21         Q.    And when you say it was a forced

22     retirement, was it because you were not able to

23     return to work at that point?

24         A.    I could have went on unpaid status,

25     but that was denied.  So since medically I was

Page 150

1                         E. CINTRON
2        still dealing with my posttraumatic distress
3        disorder and conditions, I couldn't come back to
4        work because of how I was feeling.  And in
5        addition to that, my medical wouldn't approve
6        for me to come back to work.
7             Q.    You mean the medical providers
8        wouldn't clear your return?
9             A.    Yes.  The person that I was seeing
10       at Philmont.
11            Q.    Do you recall if there is -- like,
12       do you recall any specific notes or documents
13       that said you were not clear to return to work?
14            A.    What you mean, "not clear"?
15            Q.    So let me back up.  When you go out
16       on FMLA leave, not always, but you may say, I
17       got a note from my doctor that says I need to
18       take a certain amount of time off.  What I'm
19       asking you is, did anyone from Philmont give you
20       a letter at that time saying you were not yet
21       able to return to work?
22            A.    No.  She -- I think she documented
23       it on my records, but I don't know what she
24       documented, but she expressed to me that given
25       my medical condition and the fact that I was

```
 1                    E. CINTRON
 2    still having a lot of problems, that she does
 3    not recommend for me to go back to work and to
 4    be exposed to the same unfavorable conditions.
 5                   MR. GREEN:  Off the record one
 6              second.
 7                   THE VIDEOGRAPHER:  The time is
 8              3:52.  We are now off the record.
 9                   (Whereupon, an off-the-record
10              discussion was held.)
11                   THE VIDEOGRAPHER:  The time is
12              3:53.  We are now on the record.
13         Q.    When you said that you couldn't
14    return to work because of the unfavorable
15    conditions, what were those -- what are
16    those unfavorable conditions?
17         A.    Everything that I stated before.  I
18    could not go back to work to an environment that
19    was hostile and where I was being isolated and
20    being harassed and not know what -- what was
21    going to happen to me, given the fact that, you
22    know, my boss, the Deputy Commissioner Sullivan,
23    was siding with the board because of the
24    personal relationship they have of working
25    together on Sullivan's nonprofit, which was a
```

Page 152

1                        E. CINTRON
2       conflict of interest.  Working with PAL, someone
3       that does fundraising for you and donates over
4       $400,000 a year to your nonprofit organization.
5       So he always was siding with the board because
6       he wanted to stay in favor of the board.
7            Ron Rabena does the biggest fundraiser for
8       the Heroes Foundation, and part of that money
9       goes to -- have been -- Deputy Commissioner
10      Sullivan's foundation has been the recipient of
11      that money, have gotten funded by that fund or
12      charitable organization.
13           Q.    Are you saying that PAL itself, as
14      an organization, donates $400,000 to DC
15      Sullivan's charity?
16           A.    No.  What I'm saying is that Ron
17      Rabena, a board member, runs a Heroes
18      Scholarship Fund, and they donate to the police
19      department fallen officers, as well as
20      Sullivan's personal own foundation, nonprofit
21      foundation.  So Sullivan benefits from the money
22      that he receives for his foundation to move his
23      foundation forward by money that is being raised
24      by Ron Rabena.
25           Q.    Do you know the name of DC

```
 1                    E. CINTRON
 2    Sullivan's organization?  Do you know what the
 3    name of it is?
 4          A.    It's Children's Charitable
 5    Foundation.  He's also in charge of the Heroes
 6    Scholarship, the heroes run where they do the
 7    bike runs.  And PAL helps them with facilitating
 8    that run to the Atlantic City area, by allowing
 9    Sullivan to utilize the PAL vans to transport
10    and to be used for that purpose that is not a
11    PAL event.
12          Q.    Well, PAL is a charitable
13    organization, correct?
14          A.    PAL is a children's --
15          Q.    A charitable organization.
16          A.    PAL?
17          Q.    Yes.
18          A.    PAL is a nonprofit organization to
19    help children.  I don't believe they are
20    supposed to be donating forward donations that
21    are given to them, but what I'm referring to is
22    to the heroes dinner that is ran and operated by
23    Ron Rabena, PAL board member.
24          Q.    Well, my question is, if PAL wants
25    to allow it's vans to be used for another
```

```
 1                    E. CINTRON
 2      charity, why would you say that that's -- you
 3      know, something was wrong with that?
 4           A.   Well, what I'm saying is that the
 5      PALs -- are bought for the purpose of
 6      transporting kids and families during PAL
 7      events.  And Sullivan benefits from that because
 8      he didn't have to pay to have this big event
 9      every year because he utilizes the PAL vans.
10           Q.   Well, if the PAL vans aren't being
11      used in -- for PAL events at that time, is there
12      anything that would prevent them from being used
13      by DC Sullivan?
14           A.   Well, in my opinion, if the vans are
15      being bought for the use of transporting
16      children, the wear and tear is at the cost of
17      PAL, and that's less money that they can put
18      into programs because the vans are not being
19      used only internally.
20           Q.   Well, I hear you say that that's
21      your opinion.
22           A.   So it's an additional cost.  What
23      I'm saying is it's an additional cost to PAL to
24      maintain those vans on a yearly basis, when that
25      money can be directed towards the programs for
```

```
 1                    E. CINTRON
 2      the kids.
 3            Q.    Are you --
 4            A.    Instead of a deputy commissioner
 5      taking advantage of his authority to ask to
 6      borrow vans to run his own foundations or his
 7      own events.
 8            Q.    Are you aware of any provisions in
 9      PAL's, you know, articles of incorporation or so
10      on, that would prevent the use of the vans by DC
11      Sullivan's charity?
12            A.    Well, their -- I don't know what's
13      in their documents, but I know that Ted Qualli
14      expressed numerous times that the vans should
15      not be used for anything other than transporting
16      kids to and from events.  But yet they lend the
17      vans to Deputy Commissioner Sullivan for his
18      personal foundation.
19            Q.    And how did it come up with Ted that
20      the vans should only be used for transporting
21      kids?
22            A.    We spoke about it several times, and
23      his thought on it is, It's the deputy, I'm not
24      going to say no.  But the problem is not the
25      vans itself that I'm referring to.  The problem
```

1                          E. CINTRON

2    is the fact that Sullivan is abusing his

3    authority by being -- and it's a conflict

4    of interest for him to be in charge of PAL when

5    he himself has a reason to side with the board

6    and be in good standing with the board, even if

7    that meant isolating me, because I made these

8    complaints because it's not beneficial to him

9    for him to lose funding for his charitable

10   organization.  It's a conflict of interest.

11   He's not going to side with me when someone from

12   the board is giving him -- you know, is

13   selecting him to receive some of the funds that

14   they get from that fundraiser.

15        Q.    How do you know, or who from the

16   board decides what money to give to --

17        A.    I don't know.  But I do know that

18   Ron Rabena brags about it to me and said, Oh --

19   just threw a paper on my desk when they were

20   planning the event, and one day that he was at

21   headquarters, and he threw it, and he said, Oh,

22   this is where we give money to Sullivan's

23   foundation -- before Sullivan came to PAL.

24        Q.    Do you know if DC Sullivan's charity

25   compensates PAL in any way for its use of the

1                     E. CINTRON

2     vans?

3          A.    No, they don't.

4          Q.    How do you know that they don't?

5          A.    Because, as the commanding officer,

6     I had to review the use of the vehicles, and any

7     reimbursement will go through me so that I could

8     submit it to Finance, and I never saw any

9     reimbursement.

10         Q.    When do the -- when does this event

11    occur?  It's an annual event, correct?

12         A.    They do one annual event, but they

13    also do other events as well.

14         Q.    And do you know when that annual

15    event occurs?

16         A.    I'm not sure.  I don't remember.

17         Q.    And so, in you recollection, there

18    was never a time where you saw PAL being paid

19    for the use of those vans; is that correct?

20         A.    No.

21         Q.    Is it possible other -- someone else

22    could have handled that payment?

23         A.    No one handled that payment.

24         Q.    Who did -- did PAL have a treasurer?

25         A.    A treasurer.  We have a -- they had

Page 158

```
 1                    E. CINTRON
 2    a chief financial officer.
 3         Q.     And who was that?
 4         A.     Sunny Lee.
 5         Q.     What are Sunny Lee's
 6    responsibilities?
 7         A.     Well, they sometimes complained
 8    that, because of wear and tear, that the van
 9    shouldn't be lent out.  And they mentioned how
10    Sullivan would borrow the vans and use them for
11    his events.  But other than that, that's the
12    only thing that I heard them talk about.
13         Q.     When you say "they," who's the
14    "they"?
15         A.     Like Sunny Lee, Ted Qualli.
16         Q.     And so Sunny and Ted were
17    complaining about Sullivan using the vans?
18         A.     It depends on the day.  Sometimes
19    they would complain that he wanted to borrow
20    them, but they were -- willingly let them -- let
21    him use it.
22         Q.     Did you have a vehicle that was
23    provided to you by PAL when you were the
24    commanding officer?
25         A.     Yes.
```

```
 1                    E. CINTRON
 2        Q.    Did you ever use it for any
 3   non-PAL-related work?
 4        A.    No.
 5        Q.    So the only way you used that
 6   vehicle was for official PAL business?
 7        A.    Yes.
 8        Q.    You said that DC Sullivan isolated
 9   you for your complaints.  Those are your
10   complaints about the poor condition of the PAL
11   facilities; is that correct?
12        A.    It was everything that I would go to
13   him, that was going wrong at PAL.  And he would
14   dismiss me, and nothing got resolved.  So the
15   unfavorable conditions continued to escalate,
16   and it became a more hostile -- it kept getting
17   more hostile and hostile to the point where Ted
18   Qualli would come into my office and yell at me.
19   He called the sergeants to his office and was
20   influencing their testimony or their interviews
21   at Internal Affairs.
22        Q.    How do you know that Ted influenced
23   their testimony within Internal Affairs?
24        A.    I didn't say Ted.  I said Sullivan,
25   DC Sullivan.
```

```
 1                    E. CINTRON
 2          Q.    Oh, I'm sorry.  So DC Sullivan
 3     influenced the sergeant's testimony with --
 4          A.    He was -- he was controlling the
 5     investigation from his office, by telling people
 6     not to speak to me, to -- to say stuff that they
 7     said that wasn't accurate.  And things like
 8     that.  And after they went to -- after he
 9     ordered them to come to his office during the
10     investigation to discuss an investigation, then
11     some of their knowledge of what actually took
12     place, to my surprise, changed when they went to
13     Internal Affairs.
14          Q.    What about their testimony changed?
15          A.    Well --
16               MR. GREEN:  Objection.  If you
17               have a specific event that you want
18               her to respond to in connection with
19               that particular question, I think it
20               would be more productive so that the
21               objection now is based on relevancy
22               grounds.  If you can be a little bit
23               more specific, perhaps you can be a
24               little bit more informative.
25               MR. GOLDEN:  Sure.  She said --
```

```
 1                    E. CINTRON
 2              and I can have it read back -- that
 3              she was -- that the two sergeants
 4              changed their -- was it testimony?
 5              And so what -- my question to that
 6              is what testimony changed?
 7              That's -- that's -- she's saying
 8              something changed, and what I'm
 9              asking is, what specifically -- if
10              she has something specific, what is
11              it that changed?
12                 MR. GREEN:  You mean in
13              connection with an investigation at
14              that particular time?
15                 MR. GOLDEN:  I don't know.
16              That's what I'm asking --
17                 MR. GREEN:  All right.
18         A.    Well, they were misreporting the
19     things that were happening at PAL, after they
20     got called to Sullivan's office.
21         Q.    Can you tell me the things that they
22     were misreporting?
23         A.    They were blatantly lying to the
24     deputy.  I had two sergeants there when I first
25     arrived to PAL.  And for the most part, they
```

Page 162

1                    E. CINTRON
2       were both there because of someone they knew on
3       the board.  And because of some type of
4       relationship, they -- they were there.
5            The one sergeant was neighbors with Deputy
6       Commissioner Patterson, which was Sergeant
7       Irving.  And Sergeant Faust is really good
8       friends with a lot of board members.  And the
9       sergeants are inept.  Like they don't properly
10      supervise.  They are insubordinate.  They
11      violate orders.  And -- and when I reported all
12      of these incidents to Deputy Commissioner
13      Sullivan, instead of taking remedial actions
14      against the sergeants, he began to utilize them
15      and call them to his office to further his
16      advances to isolate me, by telling Sergeant
17      Pascucci not to speak to me, and to stay away
18      from me, even though I'm Sergeant Pascucci's
19      immediate supervisor.
20           He basically opened up the doors for
21      Sergeant Faust to be blatantly disrespectful and
22      say things like, Oh, nothing is going to happen
23      to me.  The commissioner is my buddy, you know.
24      And things like that.
25           I overheard the sergeant talking to Keith

Page 163

1                    E. CINTRON
2       Balcom, who was an officer and who he considers
3       a friend, talk about how him and the deputy were
4       discussing the whole situation, with me being
5       the target of an investigation at Internal
6       Affairs based on some lies.  And when I
7       communicated this with DC Sullivan, again, he
8       failed to take action about anything that the
9       sergeant did.  When I tried to discipline the
10      sergeant for other infractions, he protected the
11      sergeant and told me not to write him up for
12      anything and to leave him alone.
13             And some of the stuff that I was
14      explaining to the deputy were serious
15      complaints.  And the deputy would not take me
16      seriously, and was basically giving Sergeant
17      Faust leeway to be disrespectful and disobey my
18      orders and jump the chain of command.  And for
19      someone that I had heard the deputy say that he
20      didn't like, in the past, so it was strange to
21      me that he made a comment in -- at an event,
22      prior to him becoming the deputy of PAL, that he
23      hated Sergeant Faust, but all of a sudden they
24      became friends after Sergeant Faust went to his
25      office, and he was instructing him what to say

Page 164

1                    E. CINTRON

2      at -- during an investigation.  He was

3      manipulating the investigation from the third

4      floor.

5           And to the point where when I spoke to

6      Conway, which is the detective conducting the

7      investigation, he -- who had expressed to me

8      that he attempted to close out my case or the

9      allegations against me as false, but that the

10     deputy told him to, keep digging.  You got to

11     find something on her.  And he attempted to

12     close the case three times, and the deputy

13     wouldn't let him.

14           Q.    Who told you that?

15           A.    Detective Conway, the investigator.

16           During this conversation, he also told me

17     that he sees a, you know -- I forget the term

18     that he used, but he said he sees a setup --

19     like, he's been doing investigative work for so

20     long that he sees -- that he knows when someone

21     is just trying to, like, find something, even

22     though there's nothing there to find.

23           And he expressed to me, I don't mind going

24     up against a deputy when they are in the wrong.

25     And he's the one that told me to file an EEOC

1                           E. CINTRON

2       complaint with the city, and that he would

3       follow up with the investigation.

4            And prior to that, when Sullivan was doing

5       all the stuff that he was doing, I attempted to

6       go to DC Patterson through the chain of command,

7       according to our policy, to report Sullivan.

8       But Sullivan had -- saw me enter the third

9       floor, which is where their offices are at.  And

10      as soon as I went into Deputy Commissioner

11      Patterson's office, after setting up an

12      appointment to report Sullivan, Patterson

13      literally was out-talking me and saying, I don't

14      want to hear it, I don't want to hear it.  He

15      wants you to go back to him.  Referring to

16      Deputy Commissioner Sullivan.  And he kept

17      ordering me to shut up and go back to Sullivan.

18      And basically leaving me no recourse to follow

19      the chain of command to report the person who is

20      involved in the cause of their investigation --

21      I mean, the cause of the harassment and

22      discrimination.

23           Q.   Did you report your concerns about

24      DC Sullivan to the city's Equal Opportunity

25      office, the EEO office?

1                        E. CINTRON

2            A.    Yes.   Once I exhausted all the ways

3     that I can go about trying to find remedial

4     action to take place within the department, and

5     being ordered by Sullivan not to speak to any of

6     the deputies or to ever speak to the

7     commissioner again, I had no choice but to go to

8     the city, because when Conway told me that I

9     should file one through the department, because

10    Sullivan was already interfering in the current

11    investigation, I didn't trust for the City to

12    handle it and, therefore, I went outside of the

13    department to file my EEOC complaint.

14            Q.    So what I -- just so I understand

15    this, if you want to look at Number 2 -- this is

16    the complaint --

17            A.    You gave it to me?

18            Q.    Yes.   Yep.   You are looking at it

19    right in front of you.   It's -- can you turn to

20    page 9?   Yep, you got it.   Yep.

21            A.    Okay.

22            Q.    Page 9, and paragraph 59.

23            A.    Yes.

24            Q.    And it says that you orally

25    complained to the City's Office of Equal

Page 167

1                           E. CINTRON
2       Employment Opportunity.  And so do you recall
3       that complaint?
4             A.    That's the conversation I had with
5       Conway.  He brought me the forms and told me
6       that he felt that I had enough basis to file an
7       EEO complaint, and asked me, did I want to file
8       one at that time.
9             Q.    So Conway gave you the forms that
10      you could --
11            A.    Under the deputy commissioner's
12      instruction that was assigned to the Internal
13      Affairs, which was Deputy Commissioner Wimberly.
14      W-I-M-B-E-R-L-Y.
15            Q.    And so then am I accurate that you
16      did not complete the form that Conway provided
17      you?
18            A.    No.
19            Q.    Maybe -- let me ask it -- did you
20      complete that form?
21            A.    No.
22            Q.    Why is it that you did not complete
23      that form?
24            A.    Because Deputy Commissioner Sullivan
25      was already controlling the allegations in the

1                     E. CINTRON
2     investigation on me.  So I didn't trust for --
3     for a proper investigation to be conducted
4     without his interference.
5          Q.    You had mentioned a short time ago,
6     Sergeant Irving, Sergeant Faust, and Sergeant
7     Pascucci.
8          A.    Yes.
9          Q.    Were those all sergeants operating
10    in the PAL unit?
11         A.    Yes.
12         Q.    Okay.  So I thought you had just
13    maybe -- so when you -- when you became the
14    commanding officer, who were the sergeants at
15    that time?
16         A.    Sergeant Irving and Sergeant Faust.
17         Q.    And did Sergeant Pascucci replace
18    one of them?
19         A.    No.  I had requested a third
20    sergeant, and they -- and Deputy Commissioner
21    Patterson approved for me to get a third
22    sergeant.
23         Q.    And, again, so as it relates to the
24    appointment of personnel in the PAL unit, that's
25    something that the Deputy Commissioner needs to

Page 169

```
 1                        E. CINTRON
 2      approve, or the commissioner?
 3           A.    Yes.  I did a manpower projection
 4      and the names of the unit, and we needed a
 5      second -- we actually need two sergeants on the
 6      street so that one could oversee the east side
 7      of the city and the other one could oversee the
 8      west side of the city, without being overwhelmed
 9      and being able to visit the centers.
10           Q.    You mentioned that DC Sullivan
11      influenced what they said during the Internal
12      Affairs investigation.  Did either of the
13      sergeants tell you that?
14           A.    Yes.  Well, I overheard Sergeant
15      Faust's conversation with Keith.  And Sergeant
16      Pascucci told me, as soon as he came back from
17      the deputy's office, that the deputy was
18      basically telling him, Watch what you say at
19      Internal Affairs.  And told him, you know, We
20      are trying to get Cintron, the lieutenant.  And
21      he stated, So stay out of it, and don't talk to
22      her about any of that.
23           Someone that I brought to the unit as the
24      sergeant -- like, I was the one that did his
25      interview and brought to the unit, who I
```

1                    E. CINTRON

2    considered as an ally, because he also

3    experienced everything that was going on at PAL,

4    and he also was having problems with Ted Qualli

5    and Chase Trimmer and the officers, you know,

6    being out of control and problems with the other

7    sergeant, Sergeant Faust.

8         Q.    Is Sergeant Pascucci, is that a male

9    or a female?

10        A.    Male.

11        Q.    And what is his ethnicity?

12        A.    White.

13        Q.    So a white male was also having

14   problems with people at PAL?

15        A.    He was having problems with the

16   staff.  With, you know, condescending remarks,

17   you know, civilians versus cops type of

18   mentality.  Instead of working together.

19        Q.    So that was -- so you're saying the

20   civilian versus the cops, the civilians are the

21   PAL staff, and then the cops are the individuals

22   in your unit; is that correct?

23        A.    The officers assigned to PAL, yes.

24   This was something that was going on before I

25   got there.  It's, like, the officers felt that

Page 171

1                          E. CINTRON
2         PAL's nonprofit was doing a civilian takeover by
3         replacing them with civilian staff.  And they
4         didn't get along with the civilian staff because
5         the civilian staff was taking over their duties
6         that they enjoyed doing.  And the civilian staff
7         didn't get along with the officers because the
8         officers, you know, since they report to the
9         police, wouldn't take their request seriously.
10        So it was kind of like a battle between both
11        parties, which is why we needed the Memorandum
12        of Understanding to be in place, so that there
13        could be clear lines as to who is supposed to be
14        doing what.
15             Q.    You said that there were battles
16        about who the officers report to, or who the
17        civilians report to?
18             A.    Not who they report to.  Like, for
19        instance, Ted would tell one of his staff, let's
20        say Chase, I want you to go to Paley PAL and --
21        and implement this program.
22             And the cops didn't like the fact that the
23        civilians would go over there and try to
24        implement programs or take over programs that
25        they were already running, that they enjoyed

Page 172

1                        E. CINTRON

2       doing with the kids, without anybody consulting

3       them or talking to them about it first.  So

4       that's where the animosity was coming in, and

5       that was something that was going on that Ted

6       brought to my attention when I first got to PAL.

7       So this was something that was going on way

8       before I got there.

9            Q.    Thank you.  And then -- but you

10      said -- so it was going on before you got there.

11      And then you and Ted were talking about how it

12      could be --

13           A.    How we can get them together, yes.

14           Q.    And -- but you said the problem

15      continued to the extent where Sergeant Pascucci

16      also observed the issue?

17           A.    Yes.  He also had problems with -- I

18      believe he had problems with Chase.  He

19      submitted several memos about incidents that

20      happened between the officers and civilians.

21           Q.    The -- we have talked today about

22      the complaints that you submitted -- I'm sorry.

23      You were complaining about the conditions of PAL

24      centers and how they were -- you know, some of

25      them were not in good condition.  There were

Page 173

```
 1                      E.  CINTRON
 2    some funding issues.  There was a center that
 3    wasn't open.
 4          Can you tell me, were there any other
 5    complaint you recall submitting about how PAL's
 6    operations were inadequate, in your opinion?
 7          A.    Yes.  I submitted several memos to
 8    the Deputy Commissioner, explaining how Ted and
 9    I could not see eye to eye on certain issues
10    pertaining to budget or pertaining to the
11    programs and things of that nature.  Like, we
12    would try to handle it internally, but after Ted
13    would receive his, I guess, request from the
14    board as to what they wanted, he was adamant
15    about implementing things the way he wanted it,
16    even though some of those things violated
17    departmental policy, one of which was paying the
18    officers $25 under the table to work PAL events
19    on the weekend when they were supposed to be
20    off.
21          And when I got there, I was like, this, we
22    cannot do this because the officers have to get
23    paid their right salary, and they have to get
24    paid through the city.
25          When I asked Ted, had they coordinated
```

Page 174

E. CINTRON

1

2       payment through police finance, where they have

3       to create an account, they told me they had.

4       But when I called the Police Finance, they told

5       me that nothing was ever filed with them, and

6       therefore, the city had been paying overtime

7       money for PAL events.

8            The one event was in excess of $8,000.  So

9       Patterson had to take from other money to pay --

10      you know, to cover the cost of several events,

11      and he was upset, and he said that PAL has to

12      establish the account with finance so that they

13      can start paying their share of overtime for the

14      police officers.  And, in fact, after that, he

15      said that the police was not going to cover any

16      more overtime, any events that the PAL decides

17      to plan on the weekend, knowing that the

18      officers are off on the weekend, and that they

19      are not supposed to be working on the weekend,

20      especially not in uniform while getting paid

21      under the table.

22           Q.    So is it safe to say that your

23      disagreements with Ted were about the management

24      of PAL?

25           A.    My disagreement was the way they

```
 1                    E. CINTRON
 2    would handle things like that situation.  I was
 3    simply informing them, Ted Qualli and the board,
 4    that there was a process to having the officers
 5    work on the weekend, and the process was to
 6    establish an account with police finance so that
 7    the officers could get properly paid at their
 8    rate of salary, as well as be covered in case
 9    something happens, because while they are in
10    uniform, if something happens when they are not
11    supposed to be working, who is going to cover
12    the family of a fallen officer.
13         So those were the issues that I was
14    concerned with.  But Ted Qualli and Ron Rabena
15    would insist and continue to schedule these
16    events, you know, when officers weren't working.
17    And that's where the problems came to be.
18         Q.    Was there anyone at PAL -- do you
19    recall the date of the last complaint you made
20    to DC Patterson about the issues you were having
21    at PAL?
22         A.    DC Patterson had called me up there
23    to -- basically to summarize everything that
24    needed to happen during the transition.  And he
25    told me to make sure that I have a sit-down that
```

1                      E. CINTRON

2     he had arranged for me to have with Sullivan, to

3     discuss everything that I had discussed with

4     him, pertaining to PAL, and all the problems and

5     things that I had reported.

6          He also said, I already gave him a

7     heads-up and filled him in, but you can fill in

8     the details.  And he set up a meeting for me to

9     sit down with Sullivan when he first began to

10    oversee PAL.  So DC Sullivan was well aware of

11    everything that was going on at PAL from the

12    first day.

13         Q.    When you submitted the request to

14    separate, was that something you tendered in

15    person or by mail?  Do you remember how you --

16         A.    No.  This is what they make you sign

17    at Internal Affairs.  They gave you this

18    paperwork.  I did this at my separation or at

19    personnel.  I can't remember who I signed this

20    through.

21         Q.    But was it in a city office?

22         A.    It was at the PAB.  It would have

23    been the PAB.  I believe this is something I

24    signed either at the PAB or when I went to see

25    the retirement people.  I'm not sure where they

```
 1                         E. CINTRON
 2      had me sign this form.
 3             Q.    So, forgive me, but for the record,
 4      can you explain what PAB means?
 5             A.    The Police Administration Building.
 6             Q.    What's the address for that?
 7             A.    8th and Race.
 8             Q.    Thank you.
 9             Did you -- when you made the decision to
10      separate from your employment, apart from this
11      form, did you tell anyone else at the city?
12             A.    Yes.  I went through the process
13      that I had to go through to retire, which meant
14      I had to inform police personnel my intent to
15      leave.  I had to inform Deputy Commissioner
16      Sullivan.  And they give you a packet that you
17      fill out, and you bring back in two weeks.  And
18      by then police personnel makes all the
19      arrangement to begin the process of retirement,
20      such as setting up a meeting with central
21      personnel, setting up for you to discuss
22      compensation that you would get after you leave,
23      with police personnel, and things of that
24      nature; how much you will get for retirement and
25      all of that.
```

```
 1                    E. CINTRON
 2          Q.    Did you receive any compensation
 3     from the city upon your retirement?
 4          A.    Unfortunately, when I retired, I
 5     couldn't receive what I would have received if I
 6     stayed the four years drop, or had I finished my
 7     career as I intended to do until this happened.
 8     And so I only got whatever I had left in the
 9     books as far as my vacation time, I think it
10     was.
11          Q.    Like, accrued PTO time?
12          A.    Yeah, whatever accrued time I still
13     had.
14          Q.    And that was provided --
15          A.    I think it was -- it wasn't even
16     that.  It was -- let me clarify that.
17          I had exhausted all my sick time and
18     vacation during my family leave, so the only
19     thing I got was a partial of that drop money,
20     which was like 30-something thousand dollars.
21          Q.    And the drop was paid to you by the
22     city, correct?
23          A.    Yes.
24          Q.    Do you --
25          A.    Had I officially signed up for the
```

Page 179

1                      E. CINTRON
2      drop and waited four years, it would have been
3      in excess of almost 400,000, which I wasn't
4      planning to do at the time, because I was
5      planning to continue to go up the ranks and stay
6      with the department for a long time to come.
7           Q.    Do you receive any -- well, while
8      you were employed with the city, did you
9      contribute to a -- like a delayed benefit, like
10     a pension plan, or did you receive any
11     pension --
12          A.    Well, that was the pension money
13     that I received, because I didn't sign up for
14     the drop program, which is a city program where
15     you give them a date that you will retire or
16     leave, and based on -- they average out the time
17     and give you a lump sum when you leave.
18          Q.    So if I heard that correctly, that
19     was what you get instead of the pension
20     payments?
21          A.    No.  You still get your pension
22     check.  The drop money, what they call the drop
23     money is something different.
24          Q.    And are you receiving anything
25     through that pension?

                                                      Page 180

 1                      E. CINTRON
 2          A.    I only get my pension check which is
 3     4,900 a month.
 4          Q.    And that's from the city, correct?
 5          A.    Which -- yes, which averages out to
 6     like 59,60 a year, which is half of the salary I
 7     was earning as a lieutenant.
 8          Q.    And so that's a benefit paid to you
 9     by the city, correct?
10          A.    Yes.
11          Q.    Following your retirement, did you
12     receive anything compensation-wise from PAL?
13          A.    No.
14                    MR. GOLDEN:  It's about 3:30
15                    [sic].  Why don't we take a
16                    five-minute break.  I'm going to try
17                    to see what I've got left.
18                    THE VIDEOGRAPHER:  Time is 4:32.
19                    We are now off the record.
20                    (A break was taken.)
21                    THE VIDEOGRAPHER:  The time is
22                    4:50.  We are now on the record.
23                    (Email is received and marked as
24                    Exhibit PAL-8 for identification, as
25                    of this date.)

1                    E. CINTRON

2          Q.    Ms. Cintron, we -- Ms. Cintron, I

3     just introduced PAL-8.  It's an email that

4     appears to be sent from -- it's an -- appears to

5     be an AOL email address to Greg Doran.  Is that

6     an email that you sent to Mr. Doran?

7          A.    I sent this email to Mr. Doran as

8     per his request.  He specifically told me what

9     he needed in the letter in order to release my

10    commission check, which I never received.

11         Q.    So this was a -- it's something that

12    he asked you to send him?

13         A.    Specifically as is worded.

14         Q.    Okay.  So what, did he say it over

15    the phone with you?

16         A.    He said, I need to put that, as per

17    our conversation, it will mean that you're

18    resigning and, you know, exactly what's here.

19    He basically told me that he needed that in

20    order for me leave the company in good standing,

21    for me to get my check.

22         Q.    And did you say that he still did

23    not give you the check?

24         A.    That's correct.  I never received my

25    check.

```
 1                    E. CINTRON
 2        Q.    And did you ever follow up with him
 3   to find out why it wasn't paid?
 4        A.    Yeah.  He never responded to my
 5   calls.
 6        Q.    Now, earlier, you mentioned that
 7   Mr. Doran spoke with DC Coulter; is that
 8   correct?
 9        A.    Yes.
10        Q.    Do you know if Mr. Doran spoke with
11   anyone from PAL about you?
12        A.    I don't know but -- I guess you guys
13   have this email I sent him.
14        Q.    So apart from this email, are you
15   aware of -- just so I'm clear, are you aware of
16   any conversations Mr. Doran had with anyone else
17   from PAL about you?
18        A.    No.  The only thing I knew was what
19   Jeff told me, which was that he spoke to
20   Coulter.
21        Q.    Just so -- I don't know.  Do you
22   remember when you last held your position with
23   the city, do you remember what your salary was?
24        A.    It was, like, 50-something, 57 --
25        Q.    And --
```

1                      E. CINTRON

2            A.    -- dollars an hour.

3            Q.    Oh, $57 an hour?

4            A.    Yes.

5            Q.    And then annualized?

6            A.    I was up to like, 115; with

7       overtime, up to 120.

8            Q.    Sorry.  I asked a poor question.

9            So when you say -- so 57 an hour, and then

10      that would be -- you would work like a 40 -- did

11      you work a 40-hour workweek?

12           A.    Yes.

13           Q.    And then you would receive, like,

14      overtime?

15           A.    Yes.

16           Q.    And then did you receive a bonus

17      when you were working for the city?

18           A.    No.  We don't receive bonuses.

19           Q.    And do you know who sets -- let me

20      back up.

21           Did you receive, like, annual increases in

22      your hourly rate as you -- you know, over time?

23           A.    Yes.  That's based on, like, the

24      years you have on the job, any contractual

25      agreements with the FOP, Fraternal Order of

```
 1                    E. CINTRON
 2     Police, and basically that's what determines our
 3     pay grade.
 4           Q.    Do you know -- so is it an agreement
 5     between the -- forgive me, I don't know the
 6     actual name, but is it an agreement between the
 7     FOP and the union?  Or who is that -- whose --
 8           A.    No.  That isn't how it works.  Like,
 9     the city has a base pay, depending on your rank,
10     the amount of years.  There's a scale that they
11     go by to pay you your salary.  But every year
12     the fraternal order of police may negotiate a
13     pay rate, a percentage.
14           Q.    Okay.  And so that something, the
15     pay rate, is set by the city, correct?
16           A.    Yes.
17           Q.    When you were the commanding officer
18     of PAL, did PAL have anything to do with how
19     your pay was set?
20           A.    No.
21           Q.    When you were with the city, do you
22     know, did they maintain a personnel file on you?
23           A.    Yes.  They maintain a personnel file
24     on everyone.
25           Q.    Do you know if PAL maintained a
```

Page 185

```
 1                    E. CINTRON
 2      personnel file on you?
 3           A.    I don't know.
 4           Q.    Were there -- in terms of the issues
 5      that -- the treatment we talked about today, the
 6      problems you've had with the -- you know, the
 7      individuals that you've identified, can you
 8      recall any other incidents where you felt you
 9      were -- leaving aside what we have already
10      talked about, I don't want to ask you that
11      again, but are there any other incidents you
12      recall where you felt you were treated in a
13      discriminatory manner by anyone with PAL, apart
14      from what we have already discussed today?
15           A.    That's what I recall as of the
16      moment.
17           Q.    Okay.
18           A.    Like, right now, to be honest with
19      you, I have a really bad headache, and I'm,
20      like, from my anxiety, I'm getting jittery.
21                    MR. GOLDEN:  Well, I would put on
22                    the record, by an agreement between
23                    counsel, we are going to stop for
24                    today.  I know we have been here
25                    for a while.  We are going to stop
```

Page 186

1              E. CINTRON

2         for today and we have agreed that if

3         we need to continue, the idea will

4         be for us to do it remotely so you

5         would not need to come back in

6         person.  And counsel will be

7         coordinating between themselves to

8         set schedules and figure out what

9         other remaining depositions need to

10        be conducted between the parties.

11        Ike, is that a fair --

12             MR. GREEN:  That's a fair

13        assessment.

14             MR. GOLDEN:  Sharon, does that

15        sound fair to you?  We agree to --

16        and we are also going to agree to --

17        we're going to identify dates where

18        witnesses -- availability of counsel

19        and witnesses that we are all

20        looking for so we can get that

21        scheduled and, if need be, go back

22        to the court.

23             MR. GREEN:  That's right.

24             MR. GOLDEN:  Sharon, is that all

25        right?

Page 187

1

2              MS. ULAK:  Yes.

3              MR. GOLDEN:  Okay.  And, with

4         that, Ms. Cintron, we are done for

5         today.  Thank you very much.

6              THE WITNESS:  Okay.  Thank you.

7              THE VIDEOGRAPHER:  The time is

8         4:57.  This now concludes the

9         deposition for today.

10

11         (Time noted: 4:57 p.m.)

12

13

14         _____
                EVELYN CINTRON

15

16    Sworn and subscribed to

17    before me this _____ day of

18    _____, _____.

19

      _____
20         Notary Public

21

22

23

24

25

Page 188

                    I N D E X
WITNESS                              PAGE
 EVELYN CINTRON

By MR. GOLDEN                          4

                  E X H I B I T S

FOR IDENT.          DESCRIPTION      PAGE
Exhibit PAL-1 Off Duty Management     10
             letter

Exhibit PAL-2 First Amended Complaint  45

Exhibit PAL-3 Email 10/17/16          74

Exhibit PAL-4 Letter                  92

Exhibit PAL-5 Email                  126

Exhibit PAL-6 Family Leave of Absence 145
             Request
Exhibit PAL-7 Request to Separate    147
Exhibit PAL-8 Email                  180

Page 189

```
 1

 2              C E R T I F I C A T I O N

 3              I, CAROLYN C. CRESCIO, a Notary

 4    Public, within and for the State of

 5    Pennsylvania, do hereby certify that the

 6    foregoing witness, EVELYN CINTRON, was duly

 7    sworn on the date indicated, and that the

 8    foregoing is a true and accurate transcription

 9    of my stenographic notes.

10              I further certify that I am not

11    related to any of the parties to this action by

12    blood or marriage; and that I am in no way

13    interested in the outcome of this matter.

14              IN WITNESS WHEREOF, I have hereunto

15    set my hand this 28th day of October, 2022.

16

17

18    _____

                CAROLYN C. CRESCIO

19

20

21

22

23

24

25
```

Page 190

1    Issac Green, Esquire

2    ikegreen66@gmail.com

3                        November 14, 2022

4    RE:    Cintron, Evelyn  v. City Of Philadelphia Et Al

5          10/28/2022, Evelyn Cintron (#5541591)

6          The above-referenced transcript is available for

7    review.

8          Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-midatlantic@veritext.com

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                     Yours,

23                     Veritext Legal Solutions

24

25

1    Cintron, Evelyn  v. City Of Philadelphia Et Al

2    Evelyn Cintron (#5541591)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Evelyn Cintron                              Date

25

Page 192

1    Cintron, Evelyn  v. City Of Philadelphia Et Al

2    Evelyn Cintron (#5541591)

3                    ACKNOWLEDGEMENT OF DEPONENT

4       I, Evelyn Cintron, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Evelyn Cintron                      Date

13   *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    _____ DAY OF _____, 20___.

16

17

18                    _____

19                    NOTARY PUBLIC

20

21

22

23

24

25

[& - 9]

**&**

**&**   2:3

**1**

**1**   9:25 10:3
  188:9
**10**   188:9
**10/17/16**   74:14
  188:11
**10/24**   126:21
**10/28/2022**
  190:5
**10:59**   3:12
**115**   183:6
**11574**   189:17
**11:03**   1:13
**11:19**   20:7
**11:20**   20:10
**11:52**   45:2
**12**   63:20 83:20
**120**   183:7
**120,000**   78:25
**126**   188:13
**12:09**   45:9
**13**   83:21
**14**   190:3
**145**   188:14
**147**   188:16
**15**   36:4 80:23
**150**   83:12 87:3
**1515**   2:15
**16**   62:20
**1650**   2:4
**16th**   2:16
**17**   61:22 75:3
**1717**   1:11 2:9
  3:14

**17th**   36:9 55:14
  57:6,22 61:10
**18**   25:10
**180**   188:17
**19**   10:19
**19-04078**   1:3
**19102**   2:16
**19103**   2:5,10
**1999**   26:9
**1:14**   93:4
**1:15**   93:7
**1:17**   95:15
**1st**   145:17

**2**

**2**   44:2,7 45:4,18
  73:16 166:15
  188:10
**20**   103:17 192:15
**2000**   26:9
**2016**   33:24 73:19
  74:19 75:3
  88:19 95:21
  104:6
**2017**   8:17 25:9
  25:10 61:23
  69:7,11 110:4
**2018**   8:17 145:17
  147:16
**2019**   10:19
**2020**   9:9 13:19
**2021**   9:2
**2022**   1:12 3:11
  9:2,4 189:15
  190:3
**24**   73:19 75:23
**25**   39:12 173:18

**250,000**   130:12
  132:3
**25th**   31:15 132:9
  134:25
**26th**   130:8,13,15
  132:4 133:13,16
**27**   47:7,9,11
**28**   1:12 3:11
**28th**   189:15
**2:29**   95:18
**2:30**   75:23

**3**

**3**   74:13,15 75:2
  75:18 126:17,20
  188:11
**30**   178:20 190:17
**30,000**   12:13
  130:25
**33,000**   17:17
**3600**   2:5
**38**   74:18
**3910**   2:10
**3:32**   145:4
**3:45**   145:10
**3:52**   151:8
**3:53**   151:12

**4**

**4**   92:23,25 93:9
  188:5,12
**4,900**   180:3
**40**   74:21 183:10
  183:11
**400,000**   152:4,14
  179:3
**401**   17:20
**41**   73:18

**45**   188:10
**4:32**   180:18
**4:50**   180:22
**4:57**   187:8,11

**5**

**5**   32:19 45:18
  126:13,22,23
  188:13
**50**   103:15 182:24
**5541591**   190:5
  191:2 192:2
**56,000**   78:25
**57**   182:24 183:3
  183:9
**59**   166:22
**59,60**   180:6

**6**

**6**   45:20 145:8,13
  188:14
**66,000**   10:23
**6abc**   60:24 61:14

**7**

**7**   73:17 147:22
  188:16
**74**   188:11
**75**   45:25 46:5
**7th**   61:22

**8**

**8**   180:24 181:3
  188:17
**8,000**   174:8
**8th**   177:7

**9**

**9**   32:18 166:20
  166:22

**[90 - ally]**

**90** 116:24
**92** 188:12

**a**

**a.m.** 1:13 3:12
**ability** 34:22,22
50:10,12,22
53:19,22 54:22
64:7
**able** 24:16 80:22
103:5 113:16,17
138:10 149:22
150:21 169:9
**absence** 25:6
145:6 188:14
**abused** 77:24
**abusing** 135:17
139:11 156:2
**acceptable** 40:14
117:3
**accommodatio...**
56:10
**account** 174:3
174:12 175:6
**accounts** 11:18
11:21,22 17:8
**accrued** 178:11
178:12
**accumulate** 56:9
**accumulated**
62:11
**accumulation**
90:6
**accuracy** 190:9
**accurate** 10:23
67:5 147:16
148:6 160:7
167:15 189:8

**accurately** 79:20
98:7
**achieve** 46:7
71:25 125:3
**achievement**
17:6
**achievements**
17:5
**acknowledge**
125:13
**acknowledge...**
192:3
**acknowledgm...**
190:12
**acquaintance**
58:19
**act** 145:22
**acted** 79:11
**acting** 38:4 73:5
119:19
**action** 51:10
53:10,12,15 55:7
64:2,4 67:2
77:14 124:9
132:21 163:8
166:4 189:11
**actions** 51:19
53:2 66:25 79:3
79:4,25 92:11,13
99:5 106:5
107:18,20
119:17 162:13
**activities** 40:22
**actual** 83:8
117:8 184:6
**adamant** 173:14
**addition** 30:22
150:5

**additional**
149:17 154:22
154:23
**additions** 192:6
**address** 52:11,19
53:3 140:12
177:6 181:5
**addressed** 53:5
75:18 102:18
103:8
**adequately** 89:2
**adhered** 41:22
**adjustments**
69:9
**administration**
177:5
**administrative**
28:16 31:17,20
**advances** 162:16
**advantage** 155:5
**adverse** 51:10
55:6 64:2,3 67:2
77:14 78:7
92:10 99:5
**adviser** 8:7 68:6
**advocacy** 111:16
**advocated**
111:21
**advocating**
106:10 134:18
**affairs** 93:12,14
93:20 148:14
159:21,23
160:13 163:6
167:13 169:12
169:19 176:17
**african** 110:8,10
110:12,20

**afternoon** 32:19
34:7
**aggravated** 88:3
**ago** 4:23 5:3
19:18,19 46:2,5
168:5
**agree** 44:10
186:15,16
**agreed** 67:23
87:15 88:12
96:13 98:5
186:2
**agreement** 54:8
184:4,6 185:22
**agreements**
51:18 183:25
**ahead** 35:17
106:25
**al** 1:8 3:17 190:4
191:1 192:1
**allegations**
164:9 167:25
**alleviates** 66:3
**alley** 131:7
**allotted** 190:20
**allow** 5:23 7:8
10:8 72:2
117:17 124:25
153:25
**allowed** 86:19
88:14 114:8,10
114:20 116:7
118:20,21
**allowing** 116:14
149:3 153:8
**allows** 117:6
**ally** 130:9 170:2

amend   115:6
amended   45:3
  188:10
american   110:8
  110:12,20
americans
  110:10
amount   17:15
  150:18 184:10
animosity   172:4
announced
  69:10 73:25
annual   157:11
  157:12,14
  183:21
annualized
  183:5
answer   5:21
  6:19 7:8 25:17
  45:12 94:10,25
answered
  106:17
anxiety   19:3,13
  19:23 20:14,19
  21:10 22:9,16,20
  22:20,23 23:6
  185:20
anybody   77:15
  125:9 147:12
  172:2
aol   181:5
apart   11:3 12:7
  19:21 21:5
  22:16 23:13
  25:19 35:9
  42:15 47:21
  66:22 99:8
  119:18 122:21

142:24 177:10
  182:14 185:13
apparently
  15:18
appear   10:14
appears   10:17
  181:4,4
appended   192:7
applicable   190:8
application
  25:20 34:8
applied   25:12,15
  25:20
apply   24:22
appoint   35:11
appointed   30:16
  30:23 31:9 38:2
  64:20 143:20
appointment
  37:18 165:12
  168:24
approached
  67:14 109:14
  132:6
approval   37:21
  49:8 67:17
  146:7
approve   137:24
  147:6 150:5
  169:2
approved   37:18
  146:18 147:2,3
  168:21
approximately
  5:3 8:23 9:9,12
  10:19 19:16
  25:8 27:4,11
  47:5,12 56:4

147:19
approximation
  6:22 140:20
arch   1:11 2:9,15
  3:14
area   153:8
arm   116:20
arranged   176:2
arrangement
  177:19
arrests   66:11
arrived   35:24
  91:15 161:25
articles   155:9
aside   90:25
  121:7 136:17
  185:9
asked   7:8 29:7
  36:12,14,15,17
  36:17,18 45:11
  52:11 55:19
  57:7,20 63:24
  69:15 77:13
  83:3 85:19
  92:10 99:4
  101:6 106:16
  115:5 134:23
  135:12,14,15
  136:2 140:6
  141:19 142:12
  167:7 173:25
  181:12 183:8
asking   21:6 27:8
  36:19 45:13
  53:10 89:24
  90:24 94:15
  97:6 113:8
  120:23 121:3

141:17 142:16
  150:19 161:9,16
assessment
  186:13
assign   146:16
assigned   30:15
  31:15 37:5
  38:12 39:8
  40:25 46:11,13
  46:14 47:6 82:3
  82:3,17 167:12
  170:23
assigning   57:23
assignment
  28:17
assistant   74:20
associated   21:25
association
  12:15
assume   127:3
assumed   33:23
asthma   83:15
ate   70:21
athletic   2:9 3:24
  30:21,24 33:18
  34:5 45:25 50:4
  50:8 55:25 56:2
  67:7 129:21
  132:2
atlantic   153:8
attached   190:11
attempted   97:15
  136:4 164:8,11
  165:5
attend   80:13
  91:17 99:19
  101:25 120:10
  120:18 122:8

**attendance** 122:5

**attended** 12:25 68:3 87:4 91:19 99:17 104:8 109:5 112:20,21 122:2,9,17

**attending** 12:21 16:11 83:13 100:24 101:6 105:13 116:24 120:17 121:14 122:13

**attention** 52:21 83:11 108:13 172:6

**attorney** 68:6 190:13

**attorneys** 2:4,9 2:14

**audit** 103:16

**august** 10:19

**aurn** 21:3

**authority** 51:4 53:25 57:15 59:16 60:15 63:6,22 67:6,17 68:12 85:24 92:18,22 97:20 105:14 106:8 113:16 135:17 139:11,16 143:8 155:5 156:3

**avail** 53:2

**availability** 186:18

**available** 190:6

**average** 179:16

**averages** 180:5

**aware** 62:14 96:17 97:8 101:2 108:25 134:7 139:23 155:8 176:10 182:15,15

**b**

**b** 167:14 188:7

**back** 8:8 10:13 18:13 19:20 21:5 22:15 24:12 25:5 27:9 29:17,18 37:15 39:24 43:4,24 54:19 56:18 64:18 71:17 72:3 82:21 85:11 86:2,7 88:18 92:8 103:6 107:9,19 111:7 116:4 119:17 128:12 148:19 150:3,6 150:15 151:3,18 161:2 165:15,17 169:16 177:17 183:20 186:5,21

**background** 36:15 58:5

**backwards** 8:4

**bad** 185:19

**bala** 127:6

**balances** 68:24

**balcom** 163:2

**ball** 114:8 115:21

**bark** 91:23

**barriers** 138:9

**base** 10:23 11:3 17:18 184:9

**based** 14:23 20:17 21:12 34:16 54:24 56:9,24 57:17 60:17 63:14 79:13,16 96:20 102:8 105:9 127:17,19 160:21 163:6 179:16 183:23

**basement** 70:9 72:17

**basically** 11:17 13:10 14:17,22 16:13 42:25 56:10 59:7 67:6 67:18 72:9 74:7 80:20 81:17 91:23 103:2 116:14 133:22 133:23 142:6 162:20 163:16 165:18 169:18 175:23 181:19 184:2

**basis** 122:9 148:4 154:24 167:6

**basketball** 114:7 114:15,17 115:13,19 116:15 118:16

**bathroom** 131:6 131:6,13,15

**battle** 171:10

**battles** 171:15

**beauty** 8:7

**becoming** 163:22

**began** 10:20 26:8 36:5 45:25 46:6 55:12 57:9 58:20 64:25 68:16 69:4 70:21 81:10 140:22 141:2 147:15 162:14 176:9

**beginning** 27:6 38:3 80:3

**behalf** 3:25 4:4 139:6

**behavior** 124:2,2 124:9

**belief** 102:12 127:18

**believe** 13:2,20 13:22 16:17 17:25 19:18 21:2,3 22:3 24:4 25:9 27:13 36:9 47:7 61:21,22 63:20 69:20 73:23 78:15,16 80:2,3 90:6,21 92:15 100:11 110:4 119:19 124:22 126:16 128:9 133:9 147:10 153:19

172:18 176:23
**belittled** 79:19
**beneficial** 156:8
**benefit** 179:9
  180:8
**benefits** 38:24
  39:3 78:14
  152:21 154:7
**bernie** 35:25
  49:3 60:23 61:5
  61:15 64:3 68:3
  68:18 74:2,7
  79:9,15 91:15
  101:15 102:4
  103:24 104:19
  108:5,7,22
  109:19,19
  110:13,18
  111:12,18,24
  112:6,7,9 113:9
  118:8 119:17
  120:15 121:5
  122:6,19,22
  123:11,19,21
  125:5,11 126:2,3
  127:12,21 128:2
  131:25 132:24
  134:15 135:3,5
  135:25 136:18
  139:15 140:9
**best** 5:20 6:5,13
  7:14 135:10
**better** 114:15
  116:3,25 144:18
**big** 154:8
**biggest** 114:13
  152:7

**bike** 153:7
**bill** 116:16
**bit** 5:14 160:22
  160:24
**black** 108:18
  112:20 114:6
  129:4
**blatantly** 161:23
  162:21
**blood** 189:12
**blue** 141:10,15
**board** 35:19,22
  35:23 36:2 37:9
  37:16 42:23
  43:4,11,14,15
  49:2,2 54:13
  67:18 68:14,18
  73:7,8,9,13
  79:11 84:22
  86:19 88:4,11
  90:8 91:24
  97:14,22 99:25
  101:20,23
  102:14 109:12
  110:3 114:25
  116:2 118:9,9
  128:19,20
  130:21 133:24
  135:19 136:6,14
  137:18 140:16
  151:23 152:5,6
  152:17 153:23
  156:5,6,12,16
  162:3,8 173:14
  175:3
**bonus** 17:9,15,19
  183:16

**bonuses** 11:3,5,6
  39:5 183:18
**books** 178:9
**borrow** 155:6
  158:10,19
**boss** 12:15 14:12
  14:14 59:13
  151:22
**bothered** 31:4
**bottom** 147:25
**bought** 154:5,15
**boxer** 116:6
**boxing** 115:23
  116:4,8
**boy** 135:6
**boys** 71:4 107:8
**brags** 156:18
**break** 7:2,4,9
  20:8 44:16,22
  45:7 65:9 93:5
  95:2,16 144:25
  145:5 180:16,20
**briefly** 31:12
  93:11
**bring** 36:18
  50:14 56:21,23
  71:4 105:3
  113:20 117:21
  130:2 133:7
  144:7,9 177:17
**bringing** 118:10
**broke** 84:9
**broken** 116:20
  116:20
**brought** 52:20
  69:18 70:15
  102:17 103:7,10
  103:19,20

108:12 115:2
  118:4 128:10
  167:5 169:23,25
  172:6
**buddy** 162:23
**budget** 103:10
  103:11 118:18
  173:10
**building** 81:6,11
  87:19 90:19
  131:8,10,11
  142:21 177:5
**buildings** 89:6
**bullet** 75:22
**business** 11:8,12
  159:6
**busy** 141:22
**buy** 72:11
**bypass** 108:19
**bypassed** 109:15
  110:14
**bypassing** 59:7

**c**

**c** 2:2 4:10 189:2
  189:2,3,18
**cadets** 141:10,15
**calendar** 80:22
  100:19,23
**call** 15:21 16:23
  17:2,3,14 33:14
  34:2,6 37:6,10
  57:5,8 58:16
  59:5,15,17,20,25
  63:21 64:9
  65:23 69:12,16
  69:22 85:10
  162:15 179:22

**called** 15:10,13
17:10 22:5
34:19 57:25
60:23 67:24
69:23 76:6 84:2
84:3 86:15
132:7,9 133:11
133:21 141:17
148:17 159:19
161:20 174:4
175:22
**calling** 57:7
58:18 107:7
**calls** 59:12 70:4
182:5
**campbell** 129:7
129:8,12,14
130:5 132:22
133:10,11 134:2
144:15
**candace** 2:21
3:22
**capable** 149:4
**cappy** 132:6
**captain** 30:16
31:16 32:20,23
32:25 33:5 57:6
57:12,22,25 68:6
68:10,16 69:4
74:8 98:14,16
129:5,6 130:5,15
132:6,21 133:10
133:11 134:2
144:12
**car** 128:13
**care** 18:11,11
21:21 22:8 83:7
137:23 142:22

142:23
**career** 78:25
148:24,25 178:7
**careful** 98:16
**carolyn** 1:18 4:7
189:3,18
**carrying** 75:14
**carter** 20:17
21:13
**case** 1:3 60:19
83:5 118:15
164:8,12 175:8
**caucasian**
116:25 134:5
**cause** 64:7 79:24
130:2 133:7
165:20,21
**caused** 83:10
90:9
**causing** 23:2
82:24 87:21
**celebrate** 17:5
**center** 20:25
53:17 57:19,19
57:20 58:14
80:13,16 81:3,3
81:25 82:2,4,7,8
82:13,15,16,19
82:24 83:12,13
83:14,17,23,24
83:25 84:3,4,5
84:11,12,19 85:5
85:8,9,11,15,19
85:21,23,24,25
86:6,15,16,20,21
86:23 87:2,3,4,7
87:10,16,24,25
88:5,6,8,16,18

89:15 90:2,15,25
91:6,7 95:22
96:9,12,18 113:3
113:4 114:3
118:25 130:9,12
130:17,17,19,22
131:21 132:4,21
132:22,25
138:12,23 173:2
**centers** 42:25
78:22 80:18,19
80:21,23 106:3
109:14 112:2,3
112:19,20 113:2
113:8 114:6
134:21 138:14
138:16 169:9
172:24
**central** 177:20
**certain** 27:25
53:3 113:2,2
118:15 124:18
150:18 173:9
**certified** 117:15
**certify** 189:5,10
**chain** 28:19,25
43:8,9 47:14,17
64:13 75:8
146:17 163:18
165:6,19
**chair** 49:3,3
102:3,3
**championship**
76:18
**chance** 98:14
**change** 9:20 38:7
191:4,7,10,13,16
191:19

**changed** 64:24
67:16 160:12,14
161:4,6,8,11
**changes** 134:18
190:10 192:6
**charge** 31:18
66:10 135:5
153:5 156:4
**charitable**
152:12 153:4,12
153:15 156:9
**charity** 152:15
154:2 155:11
156:24
**chase** 49:11 52:6
170:5 171:20
172:18
**check** 58:5 71:17
72:4 85:15
107:9 179:22
180:2 181:10,21
181:23,25
**checked** 58:4
**checks** 32:5
68:23
**chief** 12:14,22,25
138:4 158:2
**child** 58:4
**children** 106:10
111:22 112:21
114:4,7 118:23
119:3 153:19
154:16
**children's** 153:4
153:14
**choice** 129:8
166:7

| | | | |
|---|---|---|---|
| **choosing** 144:8 | 97:1 98:1 99:1 | 174:1 175:1 | 184:9,15,21 |
| **chose** 129:17 | 100:1 101:1 | 176:1 177:1 | 190:4 191:1 |
| **chosen** 143:10 | 102:1 103:1 | 178:1 179:1 | 192:1 |
| **cintron** 1:5,16 | 104:1 105:1 | 180:1 181:1,2,2 | **city's** 165:24 |
| 3:15,17 4:1,5,17 | 106:1 107:1 | 182:1 183:1 | 166:25 |
| 4:20 5:1,11 6:1 | 108:1 109:1 | 184:1 185:1 | **citywide** 142:16 |
| 7:1,25 8:1 9:1 | 110:1 111:1 | 186:1 187:4,14 | **civilian** 43:21 |
| 10:1,6,12 11:1 | 112:1 113:1 | 188:4 189:6 | 124:4 170:20 |
| 12:1 13:1 14:1 | 114:1 115:1 | 190:4,5 191:1,2 | 171:2,3,4,5,6 |
| 15:1 16:1 17:1 | 116:1 117:1 | 191:24 192:1,2,4 | **civilians** 170:17 |
| 18:1 19:1,8 20:1 | 118:1 119:1 | 192:12 | 170:20 171:17 |
| 21:1 22:1 23:1 | 120:1 121:1 | **circle** 110:13 | 171:23 172:20 |
| 24:1 25:1 26:1 | 122:1 123:1 | **circumvent** 67:5 | **claim** 103:13 |
| 27:1 28:1 29:1 | 124:1 125:1 | 79:12 140:24 | **claimed** 13:11 |
| 30:1 31:1,6 32:1 | 126:1,15 127:1 | **circumvented** | **claiming** 116:15 |
| 33:1 34:1 35:1 | 128:1 129:1 | 64:10 79:19 | **clarification** |
| 36:1 37:1 38:1 | 130:1 131:1 | **circumventing** | 46:3 101:8 |
| 39:1 40:1,3 41:1 | 132:1 133:1 | 67:3,6 90:8 | 120:11 |
| 42:1 43:1 44:1,6 | 134:1 135:1 | **city** 1:8 2:14,14 | **clarify** 64:18 |
| 45:1,17 46:1 | 136:1 137:1 | 3:16 4:2 8:20 | 178:16 |
| 47:1 48:1 49:1 | 138:1 139:1 | 12:10 18:10 | **clarke** 58:17 |
| 50:1 51:1 52:1 | 140:1 141:1 | 25:25 26:7,8,12 | 60:2 |
| 53:1 54:1 55:1 | 142:1 143:1 | 32:8,11 38:8,16 | **classes** 141:21 |
| 56:1 57:1 58:1 | 144:1 145:1,12 | 38:24 39:10,13 | **classroom** 85:18 |
| 59:1 60:1 61:1 | 146:1 147:1,24 | 39:15,17,19 | **clayman** 52:5 |
| 62:1 63:1 64:1 | 148:1 149:1 | 41:15,18 42:13 | **clean** 84:17 |
| 65:1 66:1 67:1 | 150:1 151:1 | 45:23 50:19 | **cleaning** 82:5,7 |
| 68:1 69:1 70:1 | 152:1 153:1 | 58:17 66:14 | 83:6 85:13 |
| 71:1 72:1 73:1 | 154:1 155:1 | 73:6,11 80:21,24 | **clear** 6:14 11:11 |
| 73:15 74:1,17 | 156:1 157:1 | 81:13 83:5 98:8 | 14:20 21:6 |
| 75:1 76:1 77:1 | 158:1 159:1 | 146:20 149:6,13 | 23:13 31:25 |
| 77:13 78:1 79:1 | 160:1 161:1 | 153:8 165:2 | 46:18 74:6 |
| 80:1 81:1 82:1 | 162:1 163:1 | 166:8,11 169:7,8 | 76:24 90:18 |
| 83:1 84:1 85:1 | 164:1 165:1 | 173:24 174:6 | 96:24 119:5,14 |
| 86:1 87:1 88:1 | 166:1 167:1 | 176:21 177:11 | 122:15 150:8,13 |
| 89:1 90:1 91:1 | 168:1 169:1,20 | 178:3,22 179:8 | 150:14 171:13 |
| 92:1 93:1,8 94:1 | 170:1 171:1 | 179:14 180:4,9 | 182:15 |
| 95:1,6,20 96:1 | 172:1 173:1 | 182:23 183:17 | |

clearly  117:10
client's  5:9
clients  12:4,6
close  96:18,20
  164:8,12
closed  80:14,15
  84:19 85:20
  86:6 87:11,13,13
  88:16,18 96:12
collaboration
  38:10 46:6
  68:15 92:19
  98:7
collaborative
  35:21
collaboratively
  37:24
colleague  3:22
collect  71:17
  72:4 107:9
color  124:19
come  32:7 43:4,5
  54:19 55:24
  58:14 60:18
  63:18 74:2,3
  80:7 83:19 84:4
  84:10,17 86:15
  91:23 99:22
  100:3,5,5 105:2
  107:19 119:17
  150:3,6 155:19
  159:18 160:9
  179:6 186:5
comes  96:15
  97:5 139:21
comfortable
  67:21

coming  77:25
  81:14 83:13
  134:24 141:21
  172:4
command  28:19
  29:2 43:8,10
  47:14,17 66:2
  146:17 163:18
  165:6,19
commander
  30:24 58:8
  105:11,23
  113:13 119:23
  119:25 120:6
  121:11,12
  123:25 130:3
  133:8,8
commanding
  30:17 33:9,13,17
  33:23 34:20
  35:11 36:24
  37:18 38:5,15,23
  40:6,9,10,12,15
  40:19 41:20
  47:3 50:21
  54:20 64:20
  67:7,20 77:18,22
  84:6,25 89:12
  91:11 96:19,21
  97:2,7,9 103:4
  105:15 121:16
  121:18,21
  122:16 124:12
  128:22,25
  132:18 139:16
  157:5 158:24
  168:14 184:17

comment  135:5
  163:21
comments
  124:13
commission
  181:10
commissioner
  12:16 13:3,16,24
  14:3,14,21 15:4
  15:11,24 16:6
  30:14,18,23 31:2
  33:10,12,16 34:6
  34:15 35:3,4,9
  35:18 37:8,23
  40:21,22,25 41:4
  41:6,7,12,17
  42:11,15,16,20
  42:20,21 43:6,6
  58:12 59:17
  60:20,22,24
  61:16,21 63:22
  64:16,19,22,25
  65:3,4,5,10,15
  65:17,18,20,23
  66:6,7,13 67:23
  68:5,9,10 87:14
  95:21 96:6
  97:12 98:2,3,13
  98:18,21 123:18
  128:11,14,17
  129:4,7,11,14,22
  129:23,25 130:4
  130:6 133:6,18
  134:12,18 135:7
  135:17,18
  140:17 141:15
  143:11,20 146:7
  147:7 148:10,15

148:18,20 149:8
  151:22 152:9
  155:4,17 162:6
  162:12,23
  165:10,16 166:7
  167:13,24
  168:20,25 169:2
  173:8 177:15
commissioner's
  37:11 68:2,5
  167:11
commissioners
  65:11
committee  88:8
committees
  104:15,16
common  70:20
communicate
  7:18
communicated
  163:7
communities
  113:19
community  35:5
  36:17 43:16,23
  46:8 56:10 69:3
  85:4 96:23
  106:11 112:16
  112:17 124:24
  125:17 128:15
  130:10
company  11:19
  11:25 12:2,18
  17:23 117:6
  181:20
compensates
  156:25

compensation
  12:13 177:22
  178:2 180:12
complain 95:20
  158:19
complained
  110:11 158:7
  166:25
complaining
  91:3 112:6
  158:17 172:23
complaint 45:3
  73:16 74:18
  89:15,21,25
  90:24 91:2 96:6
  96:7 107:3
  109:2,7 165:2
  166:13,16 167:3
  167:7 173:5
  175:19 188:10
complaints
  20:18 50:14
  67:4 89:8
  119:16 156:8
  159:9,10 163:15
  172:22
complete 167:16
  167:20,22 192:8
completed 74:9
  190:17
completely
  97:19
compound 24:23
computer
  131:18
concern 87:18
concerned 94:10
  94:20,21 95:5

131:4,5 175:14
concerns 68:8
  89:9 102:17,24
  165:23
concludes 187:8
conclusions
  127:17
condescending
  52:14 170:16
condition 18:25
  19:7 21:15
  149:5 150:25
  159:10 172:25
conditions 21:12
  21:19 22:17,21
  23:21 24:14
  81:4 84:11 85:7
  88:5,12 95:22
  134:21 137:14
  150:3 151:4,15
  151:16 159:15
  172:23
condoning
  123:25 124:2,10
conduct 124:20
conducted
  103:16 168:3
  186:10
conducting
  93:18 164:6
conference
  12:15,21,23,25
  13:18 14:13
  15:8,16 16:10,11
  17:3
conferences
  16:14

confirm 107:20
confirmed 86:16
  126:6
conflict 152:2
  156:3,10
confusing 29:16
connection
  160:18 161:13
considered
  39:18 59:9
  170:2
considers 163:2
consisted 31:19
constantly 124:4
consult 47:24
consulting 172:2
contacted
  141:20
content 16:2
contents 16:4
contested 80:10
context 16:2
continue 23:10
  38:8,23 117:25
  142:8,14 175:15
  179:5 186:3
continued 21:22
  110:14 113:21
  113:22 159:15
  172:15
continuing
  109:21
contract 54:8
contractual
  51:17 183:24
contribute 179:9
control 66:4
  170:6

controlling
  160:4 167:25
convenient
  74:23
conversation
  13:4,15 14:4,11
  14:15,24,25 15:5
  15:10,15,25 16:3
  16:5 57:5 61:12
  69:18 72:10
  136:5,23 139:25
  140:20 164:16
  167:4 169:15
  181:17
conversations
  33:11 102:20
  118:11 182:16
convince 87:23
conway 164:6,15
  166:8 167:5,9,16
coordinate 69:25
  75:10,12
coordinated
  88:9 173:25
coordinating
  186:7
coordinator
  132:8
copies 190:14
cops 170:17,20
  170:21 171:22
corner 115:19
corporal 26:25
  27:16 28:2,8,15
  28:25 29:9,12
  30:3
corporal's 26:24

**correct** 11:8
12:4 13:25 16:6
22:21 24:7,14
26:2 28:20 30:4
30:21 32:15
38:5,17 39:10
40:23 41:13
46:11,16,23 47:3
47:19 48:21
49:11,18,22 51:6
51:10 60:7 63:4
63:7,12 64:22
65:2 76:13 77:4
89:12 90:5,16
92:12,14 107:22
111:10 115:9,12
122:18 127:15
134:3 136:15
137:15 144:13
145:18 147:19
149:7 153:13
157:11,19
159:11 170:22
178:22 180:4,9
181:24 182:8
184:15 192:8
**correctional**
26:14
**corrections**
131:20 192:6
**correctly** 11:22
15:9 31:7 36:23
38:14 39:7 40:2
45:21 46:9 51:3
60:6 68:15 76:5
76:10 179:18
**corruption**
68:25

**cost** 154:16,22
154:23 174:10
**coulter** 12:16
13:3,16,25 14:4
14:14,21 15:4,11
15:24 16:6 35:4
148:10,11,18,20
149:6 182:7,20
**council** 58:17,24
64:8
**councilwoman**
130:11 132:20
**counsel** 3:18
59:10 185:23
186:6,18 190:14
**counseling** 20:25
23:10
**counselors** 23:15
**counterpart**
125:5,7
**counterparts**
120:19
**country** 11:10
**county** 1:3
**couple** 4:23
46:22 123:10
**course** 107:23
**court** 1:2 3:9 4:6
4:14 5:17 6:4
7:12 10:7 46:3
101:8 115:19
120:11 186:22
**cover** 39:12
174:10,15
175:11
**covered** 175:8
**covering** 38:11

**coworker** 14:5
**coworkers** 12:24
**cram** 31:16
32:22,25 33:5
**create** 174:3
**crescio** 1:18 4:7
189:3,18
**cs** 190:15
**culmination**
90:13
**current** 166:10
**currently** 8:2,10
18:7,23 19:8,22
22:17 23:5,20
129:13
**cynwyd** 127:6

**d**

**d** 120:13,13
188:2
**dangerous**
116:11,11
**danielle** 74:20
75:18
**darrell** 58:16
60:2
**date** 3:11 10:5
10:18 45:6
73:22,23 74:16
75:16 93:2
119:15 126:14
126:21 145:9
147:23 175:19
179:15 180:25
189:7 191:24
192:12
**dated** 82:21

**dates** 186:17
**day** 5:16 31:2,2
37:9,17 40:22,22
43:2,2 55:12
70:5 80:25
81:21 100:24
116:4 141:16
142:4 156:20
158:18 176:12
187:17 189:15
192:15
**days** 12:18 15:17
80:22 85:10
190:17
**dc** 65:21,22 66:4
136:3 140:11,13
140:20 143:8
144:2 148:11
149:6 152:14,25
154:13 155:10
156:24 159:8,25
160:2 163:7
165:6,24 169:10
175:20,22
176:10 182:7
**dealing** 83:9
150:2
**debuted** 142:4
**december** 69:7
69:11 74:4,9,10
**decide** 143:17
**decided** 34:15,16
80:17 81:24
**decides** 156:16
174:16
**deciding** 104:24
**decision** 35:10
35:14,20 37:23

[decision - dinner]                                                    Page 11

56:23 60:18
63:11,13 64:12
79:14 84:13,23
87:15 89:18,18
91:12 92:6
96:11,13,17,20
97:21 99:12
100:6 101:14
102:19,20
104:11 113:14
125:16 128:20
128:21 147:6
177:9
**decisions**  79:12
80:6 84:7 90:23
91:21 97:23
99:17,21 100:8
102:22 103:5
104:13,18
105:14,16,24
119:24 121:14
122:11
**declare**  192:4
**deemed**  93:16
192:6
**defendant**  2:9,14
3:23
**defendants**  1:9
**definitely**  120:18
**delayed**  179:9
**deliver**  126:4,8
**delivered**  126:10
**denied**  116:10
146:18 148:10
148:12,20
149:25
**dental**  17:24
18:8,9,11

**denzel**  2:20 3:4
**department**  2:14
13:17 25:6 32:9
38:11 46:4,10
59:6 63:18
65:15 73:4 98:9
152:19 166:4,9
166:13 179:6
**departmental**
50:13 59:4 80:9
173:17
**departments**
11:10,19,23
**depending**  184:9
**depends**  158:18
**deplorable**  81:4
85:7 88:13
134:21 137:14
**deponent**  3:17
190:13 192:3
**deposed**  4:24 5:4
**deposing**  190:13
**deposit**  32:5
**deposition**  1:15
3:7,13 4:25 5:14
187:9
**depositions**
186:9
**depression**  20:19
22:9,16,20,23
23:6
**deputies**  34:17
35:2 54:12
166:6
**deputy**  12:16
13:3,15,24 14:3
14:14,21 15:3,11
15:23,24 16:5

30:14,18 31:2
35:3,4 40:21
41:4,6,7,9,12
42:11,16,20 43:5
58:12 59:24
60:20,21 61:16
61:20 64:15,15
64:18,21,25 65:3
65:4,5,8,10,11
65:15,17,18,20
65:23 66:6,7,13
67:4 68:4 87:14
95:21 96:5
98:13 123:18
129:7,11,13
133:5 134:11
135:7,16 141:14
146:6 147:7
148:10,15,17,20
149:8,19 151:22
152:9 155:4,17
155:23 161:24
162:5,12 163:3
163:14,15,19,22
164:10,12,24
165:10,16
167:11,13,24
168:20,25
169:17 173:8
177:15
**deputy's**  169:17
**describe**  31:12
**description**  97:2
97:8 188:8
**designated**  28:9
32:14,17
**desk**  66:3 156:19

**dessert**  72:11
**details**  176:8
**detective**  96:5
164:6,15
**determination**
149:20
**determines**
184:2
**develop**  42:24
**development**
11:8,12
**diagnose**  21:11
**diagnosed**  21:9
21:15 22:24
**diagnosis**  20:21
**dictate**  48:11
80:7
**difference**
112:22,23,24
**different**  11:18
15:7,7 16:14
31:22 52:13
53:16 65:14,19
69:9 82:25 90:7
104:15,15
107:13 111:22
111:25 115:16
115:16 120:19
179:23
**differently**
120:25 121:6,10
121:12 122:24
123:8,15
**difficult**  6:4
41:23
**digging**  164:10
**dinner**  70:21
141:14,14

153:22
**direct** 32:5 43:17
  92:19
**directed** 154:25
**directive** 63:20
**directly** 38:20
  64:15 78:18
  132:16 135:19
  140:3
**director** 48:6
  54:2 72:24
  73:12 97:22
  101:18 132:7
  141:16,18 142:5
  142:11,12,20
  143:3
**disability** 25:13
  25:14,21
**disagree** 84:24
**disagreement**
  174:25
**disagreements**
  174:23
**disciplinary**
  36:20 50:20
  56:13
**discipline** 50:11
  50:15,17,22
  52:20,23 54:22
  163:9
**disciplined**
  51:23,24 52:6
**discrepancy**
  103:11
**discretion** 59:18
  96:19
**discriminated**
  112:10

**discrimination**
  165:22
**discriminatory**
  185:13
**discuss** 70:3
  76:17 87:14
  100:18 102:5
  160:10 176:3
  177:21
**discussed** 69:11
  105:5 176:3
  185:14
**discussing** 75:5
  75:5 163:4
**discussion**
  151:10
**dismiss** 159:14
**disney** 114:5
  117:19
**disobey** 163:17
**disorder** 150:3
**disparity** 117:25
**disrespected**
  79:19
**disrespectful**
  162:21 163:17
**distress** 150:2
**district** 1:2,2 3:8
  3:9 30:15 31:10
  31:16 32:3,13
  55:14 57:6,24
  61:10 130:8,13
  130:16 132:4,9
  133:13,16
  134:25
**districts** 66:10
**doctor** 19:12,25
  20:16,20,22

22:10 150:17
**doctors** 19:9
  20:12 24:18
**document** 45:17
  69:5,5 93:10
  145:14
**documentation**
  24:24
**documented**
  150:22,24
**documents**
  96:16 150:12
  155:13
**doing** 12:17
  13:14 17:7
  57:21 85:19
  91:3 102:14
  113:22,23
  116:10,21 120:2
  138:10 141:2
  164:19 165:4,5
  171:2,6,14 172:2
**dollars** 9:18
  178:20 183:2
**donate** 132:14
  132:15 152:18
**donated** 130:25
**donates** 152:3,14
**donating** 153:20
**donations**
  153:20
**donor** 132:10
**door** 131:7,11,16
  131:16
**doors** 130:20,23
  131:6 162:20
**doran** 11:16
  12:15,25 13:7

14:13,16 15:3,6
  15:18,21,22
  181:5,6,7 182:7
  182:10,16
**double** 71:24
**downtown** 36:8
**dps** 75:20,24
  76:12,21,25
**dr** 20:17 21:13
  21:21,24 22:7
  23:16
**draft** 69:8 74:10
  98:19
**drafted** 94:5,12
  94:18
**draw** 68:11,17
  69:4
**drive** 72:20
**drop** 146:15
  178:6,19,21
  179:2,14,22,22
**drum** 141:10,16
  141:18 142:3,11
  142:12,21,23
  143:6
**due** 18:15 19:2
  127:14 128:4
**duly** 4:11 189:6
**duties** 75:14
  171:5
**duty** 9:7,22 10:2
  10:14,16,20 12:8
  12:11 13:9 14:8
  16:24 17:18
  25:24 97:4
  188:9

| e | | | |
|---|---|---|---|
| e 2:2,2 4:1,10,10 | 109:1 110:1 | 185:1 186:1 | eliminate 129:9 |
| 5:1 6:1 7:1 8:1 | 111:1 112:1 | 188:2,7 189:2 | else's 109:16,22 |
| 9:1 10:1 11:1 | 113:1 114:1 | 191:3,3,3 | 110:15 |
| 12:1 13:1 14:1 | 115:1 116:1 | earlier 39:25 | email 69:17 |
| 15:1 16:1 17:1 | 117:1 118:1 | 77:13 92:10 | 74:14,19,21,25 |
| 18:1 19:1 20:1 | 119:1 120:1,13 | 99:4 123:17 | 75:2,17 91:21 |
| 21:1 22:1 23:1 | 121:1 122:1 | 182:6 | 95:25 126:12 |
| 24:1 25:1 26:1 | 123:1 124:1 | early 60:4 | 146:10 180:23 |
| 27:1 28:1 29:1 | 125:1 126:1 | earning 180:7 | 181:3,5,6,7 |
| 30:1 31:1 32:1 | 127:1 128:1 | easier 27:23 | 182:13,14 |
| 33:1 34:1 35:1 | 129:1 130:1 | east 169:6 | 188:11,13,17 |
| 36:1 37:1 38:1 | 131:1 132:1 | eastern 1:2 3:9 | emails 64:13 |
| 39:1 40:1 41:1 | 133:1 134:1 | eddis 120:10,12 | 75:8 82:21 |
| 42:1 43:1 44:1 | 135:1 136:1 | 121:15,19,22 | emergency |
| 45:1 46:1 47:1 | 137:1 138:1 | 122:2,3,12,17 | 137:22 |
| 48:1 49:1 50:1 | 139:1 140:1 | eeo 165:25 167:7 | employed 8:2 |
| 51:1 52:1 53:1 | 141:1 142:1 | eeoc 164:25 | 25:25 50:18 |
| 54:1 55:1 56:1 | 143:1 144:1 | 166:13 | 179:8 |
| 57:1 58:1 59:1 | 145:1 146:1 | effectively 64:14 | employee 14:8 |
| 60:1 61:1 62:1 | 147:1 148:1 | 138:11 | 18:2 41:15,18 |
| 63:1 64:1 65:1 | 149:1 150:1 | effort 35:22 | 49:21 51:23 |
| 66:1 67:1 68:1 | 151:1 152:1 | efforts 138:14,16 | 53:6,13,15 73:11 |
| 69:1 70:1 71:1 | 153:1 154:1 | eight 41:25 42:3 | 149:7,13 |
| 72:1 73:1 74:1 | 155:1 156:1 | either 15:2 32:6 | employees 39:19 |
| 75:1 76:1 77:1 | 157:1 158:1 | 48:18 54:24 | 43:21 48:3 |
| 78:1 79:1 80:1 | 159:1 160:1 | 102:3,21 123:9 | 50:23 51:9 |
| 81:1 82:1 83:1 | 161:1 162:1 | 123:16 131:15 | 52:12,13 53:16 |
| 84:1 85:1 86:1 | 163:1 164:1 | 137:12 169:12 | 53:23 54:3,4 |
| 87:1 88:1 89:1 | 165:1 166:1 | 176:24 | 124:10 |
| 90:1 91:1 92:1 | 167:1,14 168:1 | electrical 137:25 | employment |
| 93:1 94:1 95:1 | 169:1 170:1 | electrician 138:3 | 10:15 12:9 13:8 |
| 96:1 97:1 98:1 | 171:1 172:1 | 138:6,7,22 | 16:22,23 62:2 |
| 99:1 100:1 | 173:1 174:1 | elevated 28:24 | 167:2 177:10 |
| 101:1 102:1 | 175:1 176:1 | 30:2,8,13 31:7 | encourage 140:4 |
| 103:1 104:1 | 177:1 178:1 | elevating 33:8 | encouraged |
| 105:1 106:1 | 179:1 180:1 | elevation 33:12 | 140:10 |
| 107:1 108:1 | 181:1 182:1 | eligibility 17:19 | encouraging |
| | 183:1 184:1 | | 148:22 |

ended  18:14
62:2 66:4 79:2
82:18
endowment
114:14 131:22
endure  84:10
enhance  141:5,7
enjoyed  171:6
171:25
ensure  85:2
88:24
entailed  11:15
31:13
enter  165:8
enters  123:18
entire  75:13
entities  24:19
46:23,24
entitled  1:17
17:21
entity  19:17 21:9
21:14 22:2 23:5
116:15
environment
79:18 151:18
equal  115:7
165:24 166:25
equation  67:19
equipment  16:15
16:15 117:7
errata  190:11,13
190:17
escalate  159:15
especially  59:19
174:20
esq  2:6,11,17,21
esquire  190:1

essence  143:21
essentially  31:8
establish  119:10
174:12 175:6
established  46:5
et  1:8 3:16 190:4
191:1 192:1
ethnicity  170:11
evelyn  1:5,15
3:15,17 4:5,17
75:19 187:14
188:4 189:6
190:4,5 191:1,2
191:24 192:1,2,4
192:12
event  15:24 75:7
75:12,14 123:15
135:2 153:11
154:8 156:20
157:10,11,12,15
160:17 163:21
174:8
events  35:5
39:13 41:25
42:8,9 43:15,16
43:23 76:17,25
90:7,14,15 154:7
154:11 155:7,16
157:13 158:11
173:18 174:7,10
174:16 175:16
eventually  62:5
everybody  69:8
109:16,22
110:15
everybody's
61:3

everyone's  17:5
68:12 108:9
evidence  141:6
exact  73:22
108:15
exactly  5:25
16:17 181:18
exam  26:24,25
27:3
examination
4:18 95:19
examined  4:12
example  49:10
112:5 121:2
examples  67:9
67:10 113:24
exception  48:9
51:16
excess  103:15
174:8 179:3
exchanges  7:13
excited  70:11
exclude  119:23
120:7 125:19
excluded  79:16
91:14 99:6,9,11
101:14 102:8
105:9,13 106:14
107:15,21 108:2
111:9,14 113:13
113:14 121:22
121:24 122:21
123:11 125:18
127:12
excluding  91:10
119:21,24 121:7
121:13

exclusion  105:7
excuse  5:6 20:3
45:10 144:24
executive  54:2
73:8 74:20
101:18
exercise  89:10
exhausted  148:8
166:2 178:17
exhibit  10:3 45:4
74:15 92:25
93:9 95:12
126:13 145:7,13
147:22 180:24
188:9,10,11,12
188:13,14,16,17
exit  148:14
expect  34:6
expecting  17:17
experience  56:11
56:17 62:19
84:6
experienced
170:3
experiencing
90:11 109:2
expire  25:17
explain  17:15
35:15 37:22
123:6 177:4
explained  15:20
29:19 34:20
37:20 57:12
58:23 59:2 82:6
83:4 96:10
99:15 115:25
121:9 128:8

**explaining**
163:14 173:8
**explanation**
98:24
**explorers** 132:8
132:11
**exposed** 85:6
124:11 151:4
**exposition** 28:10
**expressed** 68:8
150:24 155:14
164:7,23
**extend** 18:11
148:16
**extended** 10:15
109:18
**extension** 148:9
**extent** 172:15
**extra** 42:4
**eye** 23:2 173:9,9

**f**

**f** 189:2
**facilitating**
153:7
**facilities** 81:9
88:7,24 106:2
112:24 137:15
159:11
**facility** 117:6
**fact** 87:4 96:21
106:9 136:25
150:25 151:21
156:2 171:22
174:14
**facts** 102:11
**failed** 163:8

**fails** 190:19
**fair** 33:22 40:7
110:17 115:7
186:11,12,15
**fairly** 37:5
**fall** 82:25 88:19
117:2
**fallen** 65:20
152:19 175:12
**falling** 142:23
**false** 54:24 67:4
70:4 71:11
126:10 164:9
**familiar** 132:5
**familiarize**
10:10
**families** 154:6
**family** 132:14
145:6,22 148:8
175:12 178:18
188:14
**far** 61:9 62:15
112:14 117:21
131:3 178:9
**faulty** 138:23,23
**faust** 74:20,22
85:22 86:9
126:22 162:7,21
163:17,23,24
168:6,16 170:7
**faust's** 169:15
**favor** 55:13
152:6
**february** 145:17
147:16
**feed** 12:5
**feel** 6:20 67:21
112:16 113:12

124:20,25
**feeling** 81:22
150:4
**feet** 71:17
**felt** 80:4 109:24
112:10 113:10
120:24 121:5
122:23 123:8,15
167:6 170:25
185:8,12
**female** 35:4
105:11,23 106:7
107:6,6,10
120:25 121:4,12
122:25 123:9,16
128:4 129:6
134:2 144:12
170:9
**fifth** 57:4
**fight** 116:7
**figure** 186:8
**file** 164:25 166:9
166:13 167:6,7
184:22,23 185:2
**filed** 174:5
**fill** 176:7 177:17
**filled** 176:7
**final** 67:17 69:7
74:10 128:19
149:19
**finalized** 74:4
**finally** 141:9
**finance** 132:13
157:8 174:2,4,12
175:6
**finances** 138:17
**financial** 103:14
138:4 158:2

**financials** 102:5
**find** 28:3 75:20
89:21 104:17
111:17 117:23
123:7,13 142:7
164:11,21,22
166:3 182:3
**fine** 6:19,22 7:2
**finger** 81:16
**finish** 5:23
**finished** 178:6
**fire** 53:20,22,25
54:3 137:25
138:8
**first** 4:11 20:15
21:9 28:14
29:24 30:4 31:9
31:14 41:9 45:3
55:12 67:12
80:16,17 87:9
91:15,18 93:9
94:3 96:15 97:5
107:13 115:25
129:8,19 141:12
141:13 161:24
172:3,6 176:9,12
188:10
**firsthand** 94:16
135:25
**fit** 57:11
**fitzpatrick** 2:3
**five** 18:11 31:18
56:22 62:16
103:18 106:4
180:16
**fix** 88:5 118:3
138:7,23 139:6

**fixed** 83:4 87:17
133:4 138:2,3,19
**fixing** 87:21
112:25 133:3
**flagged** 61:3
123:24
**flipping** 73:17
**floor** 2:16 82:5
82:24 164:4
165:9
**floors** 82:7
**fluctuated** 9:21
**fmla** 145:17,21
145:21,25
146:25 147:2,15
150:16
**focus** 120:22
**focusing** 31:25
**follow** 28:17
103:24 165:3,18
182:2
**followed** 81:8
**following** 75:19
180:11
**follows** 4:13
**football** 75:7,11
75:12 76:17,17
**fop** 183:25 184:7
**force** 28:20
**forced** 148:7
149:21
**foregoing** 189:6
189:8 192:5
**forget** 164:17
**forgive** 23:12
26:20 40:4
41:11 177:3
184:5

**forgot** 12:23
**form** 25:21
131:15 142:11
148:2 167:16,20
167:23 177:2,11
**formally** 87:10
87:13
**forms** 167:5,9
**forward** 40:5
152:23 153:20
**forwarded** 146:6
**found** 86:25
103:12
**foundation**
114:14 118:17
141:5 143:7
152:8,10,20,21
152:22,23 153:5
155:18 156:23
**foundations**
141:8 155:6
**four** 8:25 19:19
27:17 41:25
42:3 56:22
65:13,13 178:6
179:2
**fourth** 57:4
**frame** 81:8
126:18
**fraternal** 183:25
184:12
**friday** 13:13
16:25 17:6,12,14
32:18 37:10
38:3
**friend** 163:3
**friend's** 55:17

**friends** 162:8
163:24
**front** 75:2 88:13
166:19
**frustrated**
138:13,17
**function** 24:17
113:17
**functioning** 19:5
**functions** 89:11
**fund** 152:11,18
**funded** 89:3
152:11
**funders** 87:2
**funding** 83:23
83:24 86:20
88:23 112:23
118:14,16
125:16 156:9
173:2
**fundraiser** 152:7
156:14
**fundraising**
152:3
**funds** 156:13
**funny** 124:5
**further** 34:7,19
95:19 162:15
189:10

**g**

**game** 131:18
**gender** 89:16,17
89:22 90:20,23
91:4,8 107:5
112:12 113:11
121:7 137:11

**general** 7:17
99:23,23 102:16
103:19,20 104:2
104:9,13,19
109:12 118:9
**generally** 7:21
11:14
**georgia** 8:14,16
19:12 21:20
**germaphobic**
108:13 109:19
**getting** 19:6
20:15 24:15
42:3,4 85:12
88:4 101:4
135:6 137:22
139:8 159:16
174:20 185:20
**girls** 116:19,20
116:24,25
**give** 24:24 28:16
34:19 44:5
48:20 49:5
57:10 67:9
74:10 78:5
108:11 113:24
115:9 132:10,12
132:13 140:19
148:24,25
150:19 156:16
156:22 177:16
179:15,17
181:23
**given** 12:17
13:14 98:14
112:5 131:22
132:2 150:24
151:21 153:21

192:9
**gives** 114:15
**giving** 5:21
14:22 16:7
156:12 163:16
**gmail.com** 190:2
**go** 5:12 15:20
20:3 29:18
30:25 35:17
44:8,9,24 51:5,9
52:24 53:9 59:3
61:7 63:12
64:15 67:3,17,18
69:8 71:6,19
72:8 81:24
83:20 85:14
88:15 95:13
100:4 104:9
106:25 117:10
124:18 132:12
138:5,7 139:2,6
140:7,11 143:23
147:11 148:9
149:3,4 150:15
151:3,18 157:7
159:12 165:6,15
165:17 166:3,7
171:20,23
177:13 179:5
184:11 186:21
**goes** 37:25
146:16 152:9
**going** 5:20,25
6:5 10:7 19:25
26:9 27:9 29:18
38:4 40:5 44:5,6
44:12 45:14
51:25 59:11,20

61:7,11 62:4
63:8 68:25
69:11 70:13
71:12,19,20 72:8
72:9 75:11,13
80:8 81:21,23
82:10,14 84:19
86:4 92:16 94:8
94:24 100:9,16
100:23 104:20
106:22 109:20
114:5 119:9
133:19 134:17
135:4,19 136:12
137:24 138:5
139:2 144:20
151:21 155:24
156:11 159:13
162:22 164:23
170:3,24 172:5,7
172:10 174:15
175:11 176:11
180:16 185:23
185:25 186:16
186:17
**golden** 2:11 3:20
3:21 4:19,22
9:25 20:5 44:2,4
44:20,23 45:13
74:13 92:23
94:14,22 95:11
106:24 145:2
160:25 161:15
180:14 185:21
186:14,24 187:3
188:5
**good** 4:20,21
12:12 14:23

15:14 16:9 44:3
57:11 59:9 71:4
71:19 85:4
96:13 103:5
156:6 162:7
172:25 181:20
**google** 24:6,8
**gotcha** 48:16
**gotten** 25:17
64:13 116:19,20
141:23 152:11
**governing** 54:8
**governs** 63:18
119:6
**grade** 184:3
**grand** 130:8
133:13
**granted** 42:10
**great** 12:17 17:7
34:21
**green** 2:6 4:4,4
5:6 20:3 44:3
45:10,16 89:23
94:8,19 95:4
106:16,21 109:9
144:24 151:5
160:16 161:12
161:17 186:12
186:23 190:1
**greg** 11:16 12:15
12:24 14:12,16
14:21,24 15:6,10
15:18,21,22 16:5
16:22 17:3
181:5
**ground** 5:12
7:11 27:5

**grounds** 160:22
**group** 19:12,15
19:21 20:11
22:4,4 23:4,14
108:16 114:10
118:19
**growth** 87:22
**guess** 6:17 7:11
28:2 59:11
104:17 141:13
173:13 182:12
**guidance** 20:24
21:14,18 22:7
23:16 25:3
79:11
**guys** 71:13
182:12
**gym** 131:2
**gymnastics**
116:18,21

| h |
|---|

**h** 2:6 188:7
191:3
**habit** 108:7
**hailey** 68:7,10
68:16 69:4 74:8
98:14,16
**half** 180:6
**halfway** 147:25
**hampton** 108:25
109:9,10,11,15
109:18 110:6
112:5
**hampton's**
109:17
**hand** 46:19 61:3
61:4 108:9,20

109:16,17,18,22
110:15 112:14
119:18 122:22
123:12 125:12
127:13,22
189:15
**handle** 36:20
44:17 65:14
71:18 107:8
166:12 173:12
175:2
**handled** 116:4
157:22,23
**hands** 108:17
110:18,19
127:24
**happen** 61:11
151:21 162:22
175:24
**happened** 16:22
37:5 42:2 55:4
60:3 61:13,19
73:24,24 74:5
76:2,11 94:6
108:20 109:4
111:6 172:20
178:7
**happening** 53:17
161:19
**happens** 135:8
175:9,10
**happy** 136:6,15
137:18,19
**harassed** 151:20
**harassment**
165:21
**hard** 71:23,24
125:3

**harder** 7:19
**hardy** 2:21 3:22
**harris** 114:14
118:17
**hated** 163:23
**hats** 31:23
**hatton** 109:6
**head** 7:17 62:25
**headache** 185:19
**headaches** 19:6
23:3
**headquarters**
124:3 139:4,9
144:10 156:21
**heads** 14:23
15:14 16:8
176:7
**health** 17:24
18:7,9,11
**hear** 154:20
165:14,14
**heard** 31:6 34:21
46:9 76:4,10
128:16 158:12
163:19 179:18
**hearing** 51:2
**heart** 84:9
**held** 1:16 3:13
8:5,22,24 9:10
10:25 12:8 26:5
26:10,15 27:12
27:15 31:8,22
54:13 101:15
151:10 182:22
**hello** 75:19
**help** 6:20 24:11
125:16 153:19

**helps** 153:7
**hereto** 192:7
**hereunto** 189:14
**heroes** 152:8,17
153:5,6,22
**hey** 132:10
142:12
**higher** 28:18
**highest** 147:10
**highlands** 22:4,4
**hired** 129:16
**hispanic** 107:5
108:18
**hold** 9:5 27:18
70:12
**holmesburg**
20:16 21:8 22:6
23:13
**homeless** 131:10
**honest** 62:23
73:21 83:18
185:18
**hopefully** 5:13
6:6
**hopes** 135:8
**hospital** 83:15
**hostile** 79:18
151:19 159:16
159:17,17
**hotel** 70:9
**hour** 9:18 183:2
183:3,9,11
**hourly** 9:14,15
9:16,23 183:22
**hours** 11:9 41:24
42:2,4
**huge** 118:2

**hundred** 75:16
**hurt** 116:19,20
117:2 141:23
142:13

**i**

**idea** 98:19 186:3
**ident** 188:8
**identification**
10:4 45:5 74:16
92:25 126:13
145:8 147:23
180:24
**identified** 64:2
93:8 99:6,7
185:7
**identify** 3:18
34:25 55:9
72:21 92:13
122:23 186:17
**identifying**
125:8
**identity** 23:19
94:20
**ike** 44:2 186:11
**ikegreen66**
190:2
**immediate** 49:19
162:19
**immediately**
70:24 81:5
84:12,21 129:2
129:21
**implement** 43:18
43:20 67:15
92:21 97:12,14
97:15 118:12
171:21,24

**implemented**
  68:19 97:17,18
  98:18,23
**implementing**
  92:16,16 173:15
**implies** 107:9
**important** 64:11
  86:24 91:12
  105:12 124:24
**impose** 50:19
**inability** 25:12
**inadequate**
  173:6
**inappropriate**
  52:15
**incident** 39:11
  52:2,4,8,9 55:6
  58:11 87:6
  92:13 95:23
  108:6
**incidents** 55:6
  55:10 108:5
  112:9 122:23
  162:12 172:19
  185:8,11
**included** 80:6
  91:20
**includes** 47:9
**including** 108:6
  108:10 114:5
  121:4
**inclusive** 124:23
**income** 25:21
  38:20
**incorporation**
  155:9
**increases** 183:21

**independently**
  45:20
**indicated** 189:7
**indication** 94:12
**indirectly** 78:18
**individual** 37:15
  55:19 56:4 59:5
  144:11
**individual's** 35:6
**individually**
  76:2
**individuals**
  37:16 106:13
  107:14,25
  170:21 185:7
**inept** 162:9
**inequality** 78:22
  113:20 117:21
**infested** 113:3
**influence** 64:8,8
**influenced**
  159:22 160:3
  169:11
**influencing**
  159:20
**inform** 102:12
  177:14,15
**informal** 35:19
  35:23
**information**
  54:25 55:2
  56:18 57:17
  125:14 136:11
  141:19
**informative**
  160:24
**informed** 33:15
  39:14 74:8 86:3

  86:4 96:10
  136:11 144:4
  148:15
**informing** 37:11
  175:3
**infractions**
  163:10
**initially** 26:23
  33:14 111:3
**initiatives** 32:19
  43:16,23 46:7
  49:25 141:4
**injuries** 82:25
**innuendos** 124:5
**input** 91:8
**inquired** 74:2
**inquiry** 18:22
**insist** 175:15
**insisted** 56:19
**insistence** 91:5
**insomnia** 23:23
  24:10
**instance** 103:11
  171:19
**instances** 51:21
  53:11 63:25
  121:5 123:7
**instruct** 94:24
**instructed** 58:13
  74:8 99:24
  144:3
**instructing**
  163:25
**instruction**
  167:12
**instructions** 34:7
  34:19 40:24
  43:11,13

**insubordinate**
  162:10
**insurance** 17:24
  18:8,9
**integrity** 72:5
**intend** 40:9
**intended** 178:7
**intent** 177:14
**intention** 102:2
**interest** 34:12
  135:10 152:2
  156:4,10
**interested**
  189:13
**interference**
  64:6 168:4
**interfering**
  166:10
**internal** 93:11
  93:14,17,20
  148:13 159:21
  159:23 160:13
  163:5 167:12
  169:11,19
  176:17
**internally**
  154:19 173:12
**interpretation**
  127:3,18
**interpreted**
  144:22
**interrupt** 5:7,21
  6:6
**interrupted** 79:2
**interview** 35:19
  35:23 93:16
  94:4 148:14
  169:25

interviewed
  93:23
interviews
  159:20
intimidate  63:9
intimidating
  59:21,22
introduced
  145:12 181:3
intuition  85:10
invest  87:20
investigation
  93:17,19 135:22
  160:5,10,10
  161:13 163:5
  164:2,3,7 165:3
  165:20 166:11
  168:2,3 169:12
investigative
  164:19
investigator
  164:15
invite  100:21
  101:5 125:13
invited  91:20
  92:5 99:16,18
  100:14 101:3
  103:3 104:10
  106:3 109:13
  120:18 122:12
  122:13
involved  35:10
  43:22 56:12
  75:13 97:21
  105:16 107:11
  133:12 144:18
  147:5,9,13
  165:20

involvement
  36:18 51:22
  149:16
involves  38:10
involving  54:16
  99:14 102:6
  108:5 133:13
irish  142:4
irving  85:22
  86:9 162:7
  168:6,16
isaac  2:6 4:4
isolate  133:23
  136:13 162:16
isolated  140:25
  151:19 159:8
isolating  156:7
issac  190:1
issue  39:13 71:6
  83:9 89:25
  100:18,18
  172:16
issues  19:14
  36:20 52:20
  53:3,16 90:14,19
  103:10 111:25
  112:2 113:5,20
  118:5 173:2,9
  175:13,20 185:4

**j**

jeff  14:5,11,19
  14:20,25 15:6,10
  15:13,18 182:19
jeff's  14:6
jittery  185:20
job  6:4 8:5,18,19
  9:11,22 11:17

18:12 19:2 56:5
  56:9 62:16 64:7
  64:14 78:24
  79:17,20 88:22
  88:23 90:4
  92:14 96:25
  97:8 113:17
  117:15 138:11
  183:24
jobs  9:6 12:9
  96:22 141:3
joined  3:21 54:7
  62:20 87:8 92:2
jointly  42:21,22
  54:15 79:21
joke  65:25
jokes  124:5
joseph  2:15 4:3
josh  114:14
  118:17
judgment  83:5
  85:5
jump  163:18
june  33:24

**k**

k  17:20
keep  119:8 131:8
  164:10
keeping  64:10
  64:11
keith  162:25
  169:15
kept  87:21,23
  159:16 165:16
kevin  2:11 3:20
  4:22 5:6 81:8

kids  42:25 80:13
  82:8,25 83:12,14
  83:19,19,21
  84:10 85:2,6
  86:24 87:3 89:5
  89:19 96:14
  105:25 111:16
  112:19 114:9,10
  115:17,22 116:9
  117:16,16,16,23
  118:19,20
  131:12,19
  141:22,24 142:5
  142:13,15,18,18
  154:6 155:2,16
  155:21 172:2
kind  5:15 17:23
  21:5 25:12
  29:18 51:10
  64:4 78:6
  171:10
knew  51:25
  81:20 130:24
  135:3,4 162:2
  182:18
knot  70:17
know  5:24,25
  6:13,18,20,21,23
  6:24 7:3,5 8:8
  8:23 9:10 10:6
  13:5 14:18
  16:14 19:14,16
  21:24 24:7 25:2
  25:7,7,16 26:4
  27:7,8,11,15
  31:3 34:2 35:10
  44:22 45:25
  48:14,14,15,24

48:24 49:11
50:2,6,6,7 54:11
56:25 58:7 59:2
60:21 61:22
62:7,9,11 66:12
66:15,17,21,24
69:2 71:10,21,22
72:4,8 73:5,7
80:19 81:22,23
84:7 86:21
89:24 91:22
94:5,6,18 95:4,8
99:13,20,23
100:15,17
101:24 102:21
104:23 105:4,8
105:17,20,21
106:25 111:4,24
112:17,25
113:24,25 115:3
116:8 117:7,21
118:2,17 120:5,6
120:8 121:15,18
121:21,24
128:22,25 129:4
133:9,15 134:16
134:20,22
135:11,12 136:6
136:20,24
139:25 140:13
141:13,25
142:14 143:24
144:17,19,22
147:5,8,12
148:11 149:2,18
150:23 151:20
151:22 152:25
153:2 154:3

155:9,12,13
156:12,15,17,17
156:24 157:4,14
159:22 161:15
162:23 164:17
169:19 170:5,16
170:17 171:8
172:24 174:10
175:16 181:18
182:10,12,21
183:19,22 184:4
184:5,22,25
185:3,6,24
**knowing** 85:5
142:10 174:17
**knowledge** 51:25
58:10 94:17
122:16,19
132:17 135:25
141:11 149:16
160:11
**known** 34:12
105:18 131:9
**knows** 164:20

**l**

**l** 2:11 4:10 127:3
167:14
**label** 10:7
**labeled** 44:7
45:18
**labor** 131:2
**latina** 108:3
112:12,15
113:12 119:20
121:6 122:25
123:9,16 127:15
128:4 137:4

**latino** 120:3
**laugh** 52:15
123:25
**law** 2:14 80:11
**lawsuit** 81:12
**leadership** 34:22
54:14 71:23
**leads** 16:16
**league** 2:9 3:24
30:21,24 33:18
34:5 45:25 50:4
50:8 55:25 56:2
67:8 129:21
132:2
**learning** 116:8
**leave** 18:12 25:6
62:3 78:24
79:17 85:5
90:25 114:9,11
114:18,20 121:7
136:17 140:10
140:14 145:6,16
145:17,22,25
146:25 147:3,15
147:18 148:8,16
149:17 150:16
163:12 177:15
177:22 178:18
179:16,17
181:20 188:14
**leaves** 139:22
**leaving** 97:21
165:18 185:9
**led** 78:23 79:17
81:12 90:10
131:7
**lee** 67:13 81:9,10
138:3 158:4,15

**lee's** 158:5
**leeway** 163:17
**left** 5:17 8:18,19
12:11 23:2
24:13 60:12
72:12 82:24
113:2 129:2,5
130:4 178:8
180:17
**leg** 116:20
**legal** 68:6 190:23
**lend** 155:16
**lent** 158:9
**letter** 10:2,15
92:24 94:3,5,7
94:14 95:9
130:10 132:19
150:20 181:9
188:9,12
**letting** 48:13
72:7
**level** 147:11
**liability** 58:2
**lies** 163:6
**lieutenant** 27:3
27:21 29:3,6,14
30:7,10,13 31:8
31:15,17,24 73:3
73:6 82:11
86:17 120:9
122:12 127:4
169:20 180:7
**lieutenant's** 27:2
**light** 24:14 25:11
**line** 17:4 18:22
28:14 29:24
30:4 141:10,16
141:18 142:3,12

142:12,21,23
143:6 191:4,7,10
191:13,16,19
**lines** 171:13
**linkedin** 11:17
**list** 57:2 60:17
63:15,15
**listed** 127:14
**listen** 86:8
**literally** 58:17
61:4 108:16,19
113:15 165:13
**little** 5:14 40:5
58:7 116:25
160:22,24
**llc** 2:3
**located** 70:8,9
80:19,23 130:18
**location** 15:7,20
130:18
**logical** 84:13
**long** 5:3 8:15,23
9:10 27:4,11,15
27:18 28:10
82:9 83:10
88:15 121:15
164:20 179:6
**longer** 13:6 17:2
17:11
**look** 10:8 55:23
73:18 75:17
117:11 127:2
135:9 138:5
166:15
**looked** 56:3,14
61:2 81:14
112:24

**looking** 55:3
166:18 186:20
**looks** 126:17
**loop** 64:11
137:24
**lose** 72:9 86:20
156:9
**lost** 90:4
**lot** 24:15 31:22
41:25 43:10
79:12 83:24
86:20 102:15
112:3 137:21
141:2 151:2
162:8
**lump** 179:17
**lunch** 95:16
**lying** 161:23

**m**

**m** 167:14
**mail** 176:15
**main** 115:24
**maintain** 154:24
184:22,23
**maintained**
184:25
**maintenance**
85:13 139:2
**makers** 128:20
128:21
**making** 34:11
64:12 66:11
79:14 89:17
91:12 92:6
99:12 101:14
104:11 105:14
105:16,24 107:8

113:14 119:16
119:24
**male** 103:2
106:4 119:23,25
120:3,19 121:11
123:25 125:4,7
129:5 170:8,10
170:13
**males** 105:15
106:4
**man** 55:14 57:8
61:10 72:3
**manage** 11:9,23
11:24 48:7
**management** 9:7
9:23 10:2 12:8
12:12 21:23
174:23 188:9
**manager** 11:8,12
81:9
**manipulating**
164:3
**manner** 185:13
**manpower** 169:3
**maria** 130:11
**marked** 10:3
45:4 73:16
74:15 92:24
126:12 145:7
147:22 180:23
**market** 2:4
36:10
**marriage** 189:12
**mask** 82:4
**matches** 116:7
**matter** 3:15 56:3
87:14 109:3
123:23 125:6

126:18 128:18
130:7 189:13
**matters** 43:12
47:25 54:16
56:13 64:11
92:22 133:25
135:19 140:12
**maureen** 36:2
69:14,14,23 71:9
72:23 74:11
76:6,11,21 77:2
77:3,7 107:7
125:23 126:4
127:9
**maureen's** 75:19
**mean** 5:7 7:17
8:20 40:10,16
43:20 48:3 49:9
53:17 94:11,19
98:12 100:20
106:21 108:14
108:15 123:20
137:7 145:22
150:7,14 161:12
165:21 181:17
**means** 59:6 63:9
106:19 107:2
177:4
**meant** 80:8,10
128:16 156:7
177:13
**media** 141:12
**medical** 18:15
18:19,22 19:12
19:14,15,21
20:11,17 21:8,12
21:22 22:3,4,6
22:12 23:4,14

24:14 25:6,16,16
83:11 145:22
149:5 150:5,7,25
**medically**
149:25
**medicare** 25:15
25:20
**medication**
21:23 23:24
24:2
**medications**
23:20
**meet** 35:22 37:9
56:5,15 57:14
70:6,7,7 74:23
75:6,12,20,24
76:8,9 84:3,4
100:13 101:10
101:16,23 102:3
**meeting** 13:13
35:24,25 36:6,14
37:2 60:23
61:14 67:25
68:2,8,20,21
69:15,24 70:5
71:11 73:10,20
74:12,12 75:6,11
75:15,25 76:11
76:12,20,23,25
77:2,7,10 88:7,9
91:17,18,19,25
92:6,6 93:14,22
93:22 98:15
99:3,11,12,18
100:7,9,13,17
101:23 102:2,2
103:20,21,25
104:2,7 105:19

105:21 106:4,15
108:15,22
109:12,23,25
120:17 126:11
127:6,8 128:8,10
133:16 176:8
177:20
**meetings** 64:12
75:10 79:13,14
80:5 91:2,12,14
91:22 92:3 94:3
99:7,8,9,10,13
99:16,21,23,25
100:4,10,25
101:2,7,14,20,21
102:8,16,25
103:3,3 104:10
104:10,11,13,19
105:8,9,13,17
106:13 107:15
108:3,24 109:4
110:3 111:14
113:15 115:2
118:5,7,9,9
119:22 120:7,10
121:2,13,23,25
122:2,8,13,17,22
123:11 124:15
124:18 125:14
127:12,20
**meets** 58:14
**member** 73:8,13
152:17 153:23
**members** 36:3
54:13 88:12
90:8 162:8
**memorandum**
61:6 68:11,17,23

70:22 71:8
76:19 92:17
97:13 98:6,17,20
128:9,11 171:11
**memory** 27:7
**memos** 172:19
173:7
**men** 71:18 80:5
121:2 125:3,10
125:21
**mentality** 170:18
**mentioned** 12:20
17:8 36:11
50:17 58:19
59:20 103:21
119:21 123:17
135:8 136:6,9
137:13 140:2
144:17 158:9
168:5 169:10
182:6
**mess** 84:18
**message** 124:23
125:25 126:4,8
126:10 142:16
**messaging** 64:4
**met** 4:22 13:2
14:13 15:23
35:5 55:12
70:11 73:18
75:24 76:16,16
76:18
**meyer** 2:8 3:21
**midatlantic**
190:15
**middle** 127:2
**mildew** 81:5
82:13,23 83:14

**mimicked** 143:6
**mincey** 2:3
**mind** 44:17
73:15,17 164:23
**mine** 61:3
**minorities**
108:10
**minority** 118:20
118:23 119:2
**minute** 180:16
**minutes** 4:23
**misconstrued**
69:2
**misleading** 55:2
**misplacement**
139:10
**misplacing**
139:11
**misreporting**
161:18,22
**mistreated** 78:23
**mold** 81:5 82:5
82:13,23 85:6
87:21,22 113:4
**moment** 43:4
81:22 121:8
185:16
**monday** 13:5,12
16:25 17:10
32:18 37:13
38:3
**money** 86:22,22
87:20 114:15
130:14,22
131:20 132:11
132:12,13 133:3
138:18 152:8,11
152:21,23

[money - obtained]

154:17,25
156:16,22 174:7
174:9 178:19
179:12,22,23
**month** 100:12
101:5 180:3
**monthly** 91:16
91:25 99:7,8
100:11 101:15
101:23 122:2,9
**months** 8:6,25
9:12 19:18,19
60:3 73:24 74:5
**mopping** 82:6
**morning** 4:20,21
15:19
**motions** 61:5
**mou** 71:7 73:25
74:3
**move** 5:14 40:4
140:18 152:22
**moved** 26:17
28:4
**multiple** 27:24
82:21
**multitude** 54:3
**mutual** 58:19
**myron** 41:6

**n**

**n** 2:2 4:10,10,10
21:4 188:2
189:2
**name** 3:3,20
4:15,22 12:21
14:6 16:11
20:12,22 21:2,25
23:25 33:19,21

35:7,8 49:10,11
55:20 62:22
72:13,21 129:3
146:14 152:25
153:3 184:6
**names** 27:24
36:3 112:17
169:4
**narcotics** 31:19
**narrow** 95:3
**national** 102:9
105:10,22
106:15,19 107:2
107:4 113:11
**nature** 80:12
173:11 177:24
**near** 70:9 144:10
**necessarily**
51:11
**necessary** 37:21
62:12 192:6
**need** 6:25 7:4,20
13:11 31:3 44:7
48:15,17,19,20
113:6 115:6
138:7 139:7
150:17 169:5
181:16 186:3,5,9
186:21
**needed** 13:6 17:3
17:11 31:22
32:21 35:22
42:24 48:16
102:18 103:8
113:18 130:19
133:3 169:4
171:11 175:24
181:9,19

**needs** 125:16
139:12 168:25
**negotiate** 184:12
**neighbor** 116:22
**neighborhood**
115:17 116:23
**neighbors** 162:5
**neither** 86:3
**never** 11:6 51:24
52:6,19 80:5
83:7 84:8 91:19
91:20,20,21 92:2
92:5 99:18
101:5 103:3
107:21 119:12
119:12 135:15
136:9 137:12
140:9,10 157:8
157:18 181:10
181:24 182:4
**new** 18:2 19:11
19:25 22:10
82:17 143:5
**news** 142:2
143:5
**night** 15:18 19:4
24:11,16
**ninety** 108:24
**nod** 7:17
**non** 159:3
**nonprofit** 45:19
45:21,22 46:7,15
46:20 48:4 50:5
50:9 66:18 98:9
151:25 152:4,20
153:18 171:2
**nonprofits** 66:19
66:22

**normally** 7:18
**notary** 1:19 4:11
187:20 189:3
192:13,19
**note** 25:8 150:17
190:10
**noted** 187:11
192:7
**notes** 150:12
189:9
**noticed** 109:3
110:11 112:18
**notify** 146:17
**november** 190:3
**number** 73:16
166:15
**numerous**
155:14
**nurse** 21:3 25:2

**o**

**o** 4:10 189:2
**o'hagan** 2:8 3:21
**object** 94:8
106:22
**objection** 89:23
94:23 106:16
160:16,21
**observations**
127:19
**observe** 110:25
111:2
**observed** 88:10
109:20 172:16
**obtain** 12:3
42:23
**obtained** 10:13

**obviously**  69:8

**occur**  104:5
  157:11

**occurred**  13:19
  34:3 36:7 37:3
  60:2 76:13 87:7
  110:2 112:9
  123:15 140:21

**occurring**
  100:15

**occurs**  157:15

**october**  1:12
  3:11 73:19
  74:19 75:3,23
  189:15

**offended**  109:24

**offer**  10:14

**offered**  72:11
  140:7

**office**  37:11
  60:24 61:15
  68:3 69:13 70:6
  76:8 77:25 78:4
  82:11 99:23
  100:24 103:25
  123:18 131:17
  133:22 136:5
  148:19 159:18
  159:19 160:5,9
  161:20 162:15
  163:25 165:11
  165:25,25
  166:25 169:17
  176:21

**officer**  26:14,19
  26:22,23 27:12
  27:25 28:7,12,13
  28:23 29:22

30:17 33:9,13,17
33:24 34:20
35:11 36:24
37:19 38:5,16,23
40:6,9,10,12,15
40:20 41:8,13,21
47:3 48:10
50:21 51:4 52:5
54:20 55:15,23
56:14,19,23
57:10,13,15,16
57:19,20,21 58:3
58:12,21,25 59:3
59:22 60:6,10,19
61:25 62:5,7
63:3 64:21 67:7
67:20 77:18,22
81:25 82:2,3,15
82:17 83:2,3
84:6,15,25 85:16
89:12 91:11
96:19,21 97:2,3
97:7,9,20 103:4
105:15 108:6,18
108:18,25 109:6
109:15,17,18,20
110:6 112:5
115:15 117:14
121:15,16,19,22
122:16 124:12
124:13 128:23
129:2 131:17,18
132:18 138:4
139:17 141:18
141:20,20,25
142:8,17,19
157:5 158:2,24
163:2 168:14

175:12 184:17

**officer's**  62:22
  141:19

**officers**  31:19
  34:23 36:21,23
  38:12 39:8,12,14
  43:20 46:12,14
  47:6,12,14,22
  48:12,14,17
  50:11,20 53:20
  55:22 56:8,24
  60:14 63:18
  66:10 80:10
  85:3 96:23
  105:25 109:13
  109:15 114:8
  116:2,5 118:12
  124:18 131:14
  138:24 152:19
  170:5,23,25
  171:7,8,16
  172:20 173:18
  173:22 174:14
  174:18 175:4,7
  175:16

**offices**  165:9

**official**  50:25
  51:19 53:14
  58:5 159:6

**officially**  54:17
  178:25

**oh**  7:20 18:20
  22:19 138:4,25
  146:12 156:18
  156:21 160:2
  162:22 183:3

**okay**  5:3 6:8,9
  7:9,23 10:9 12:2

18:7,20 30:2
40:11 44:20
45:16 55:11
61:12 69:19,22
74:6 76:15 78:3
94:22 107:12
118:14 119:2
124:6,25 135:23
136:22 140:3
166:21 168:12
181:14 184:14
185:17 187:3,6

**old**  71:4

**once**  129:5 130:4
  135:15 146:3
  166:2

**ones**  85:7 119:11

**open**  85:5,23
  86:8 130:9,12,16
  130:20 131:8
  132:21 173:3

**opened**  115:25
  130:23 131:21
  132:23,25
  162:20

**opening**  130:8
  132:3 133:14

**operate**  80:20
  138:14

**operated**  153:22

**operating**  168:9

**operation**  65:10

**operations**  31:21
  43:2 65:8,16
  173:6

**opinion**  78:21
  80:12 102:7
  127:11,14 128:4

138:20 154:14
154:21 173:6
**opportunity**
115:9,11,13
165:24 167:2
**opposite** 17:12
**orally** 166:24
**order** 6:2 48:19
48:23 86:5
138:2 181:9,20
183:25 184:12
**ordered** 68:10
85:22 160:9
166:5
**ordering** 103:12
165:17
**orders** 28:18
42:19,19 43:5
48:11,21 91:24
162:11 163:18
**organization**
45:19,23 46:16
46:20 66:18
116:12 117:18
142:3 152:4,12
152:14 153:2,13
153:15,18
156:10
**organizational**
65:18,21 66:7
**organized** 45:20
**origin** 102:9
105:10,22
106:15,19 107:2
107:4 113:11
**originally** 64:20
132:6

**outcome** 189:13
**outdated** 119:11
**outlet** 115:17
116:9 137:25
138:7 139:7
**outline** 68:11
**outlook** 100:21
101:5
**outside** 81:8
116:12,14 131:7
166:12
**overheard** 15:3
162:25 169:14
**oversee** 65:6
129:24 135:7
144:4,5 169:6,7
176:10
**overseeing**
129:20
**overtime** 11:3,9
11:23,24 42:10
42:12 174:6,13
174:16 183:7,14
**overwhelmed**
169:8
**owed** 12:13
**owned** 87:19
**owners** 131:8

**p**

**p** 2:2,2
**p.m.** 187:11
**pa** 3:14
**pab** 176:22,23
176:24 177:4
**packet** 177:16
**page** 29:21 73:17
75:2 147:25

166:20,22 188:3
188:8 191:4,7,10
191:13,16,19
**paid** 11:6 39:9
39:15,16,20,21
42:3,4,7,12 50:2
50:7 66:13
157:18 173:23
173:24 174:20
175:7 178:21
180:8 182:3
**paint** 131:2
139:3,7
**painted** 131:2
**painters** 130:25
**painting** 83:6
131:3
**pal** 9:25 10:3
30:18,19 33:9,13
33:24 35:11,19
35:22,23 36:19
37:5,12,14,22,25
38:5,12,20 39:2
39:5,9,12 40:10
40:13,16 41:2,24
42:24,25 43:2,12
43:25 44:2,7
45:4,15,18,19,22
46:4,6,11,12,15
47:2,24 48:7
49:6,10,21 50:22
51:23 52:3,13
53:6,12,15,15,18
53:22 54:2,3,4,7
54:12,13,16,21
56:6 57:11,19,23
58:3,13,15 60:4
60:7,10 61:18

62:2 63:19,25
64:21 65:6,7,19
65:22 66:5,15,17
66:19 67:12,13
68:13 70:2,7,20
71:19 73:14
74:13,15 75:18
77:15,18,22,23
78:11,13 79:5,8
80:16,17 81:2,21
81:24 82:17
83:17 86:10
87:8,19 88:8,24
90:2,12,14,21
91:15 92:5,7,11
92:22,23,25 93:9
94:11,20,21 95:5
95:22 96:8,18
97:7,22 98:9
99:5,24 101:18
102:6,14 103:14
105:12,23
111:23 113:8
114:2,3,4,20
115:24 116:13
116:13,16,16
117:5,5,6,8,11
117:12 118:25
121:16 122:7,11
122:25 124:3
125:17 126:13
126:17,20,22,23
128:2,14,18,23
129:2,9,10,19
130:7,11 132:11
132:14,15,18,20
134:7,9,13,25,25
135:5,8,19

136:12,14
139:14 141:7,13
141:21,22
142:25 144:3,4,5
144:8 145:8,13
146:23 147:12
147:22 149:15
152:2,13 153:7,9
153:11,12,14,16
153:18,23,24
154:6,9,10,11,17
154:23 156:4,23
156:25 157:18
157:24 158:23
159:3,6,10,13
161:19,25
163:22 168:10
168:24 170:3,14
170:21,23
171:20 172:6,23
173:18 174:7,11
174:16,24
175:18,21 176:4
176:10,11
180:12,24 181:3
182:11,17
184:18,18,25
185:13 188:9,10
188:11,12,13,14
188:16,17
**pal's** 155:9 171:2
173:5
**paley** 171:20
**pals** 154:5
**paper** 32:4 54:17
55:21 156:19
**papers** 82:12,20

**paperwork**
93:25 176:18
**parachute** 63:3
**parachuting**
59:5 63:21
**parade** 142:4
**paragraph** 45:18
45:20 73:18
74:18,21 166:22
**pardon** 7:6
88:23 96:5
**paroxetan** 24:3
24:4
**paroxetine** 23:22
24:4
**part** 49:23 65:25
73:8,8 86:6
114:12 117:18
124:11 152:8
161:25
**partial** 178:19
**participated**
15:2
**participating**
127:8
**particular** 94:9
160:19 161:14
**parties** 171:11
186:10 189:11
**parts** 65:14
**pascucci** 162:17
168:7,17 169:16
170:8 172:15
**pascucci's**
162:18
**pat** 67:14
**patched** 83:6

**patrol** 28:13
65:16,16 66:9
**patterson** 41:6,7
42:11,16,20 43:6
58:12 64:22
65:5,21,24 68:5
87:15 95:21
96:6 98:13
129:24 136:11
144:2 162:6
165:6,12 168:21
174:9 175:20,22
**patterson's**
165:11
**pay** 11:2 38:8,11
39:2,5 66:15,22
66:23 77:19
78:14 117:7
154:8 174:9
184:3,9,11,13,15
184:19
**paycheck** 38:14
**paychecks** 32:7
38:19
**paying** 39:12
80:10 173:17
174:6,13
**payment** 157:22
157:23 174:2
**payments** 25:14
25:21 179:20
**penn** 70:2,6,10
72:16,16,25
73:13 76:9
**pennsylvania**
1:2,11,20 2:5,10
2:16 3:10 4:12
8:11 72:19

189:5
**pension** 179:10
179:11,12,19,21
179:25 180:2
**people** 7:18 36:4
52:16 59:20
111:8,11,11
116:19 117:13
124:12 131:10
133:23 140:25
160:5 170:14
176:25
**people's** 108:17
**percent** 75:16
108:24 116:24
**percentage**
184:13
**performance**
13:12 17:13
**performed**
141:12
**performing**
89:11
**peripheral** 81:15
**permission** 58:9
**person** 35:14
84:14 95:25
96:3 142:4
146:10,12 150:9
165:19 176:15
186:6
**person's** 108:20
**personal** 118:10
122:16 151:24
152:20 155:18
**personally**
110:25

**personnel** 51:17 60:17 146:3,20 168:24 176:19 177:14,18,21,23 184:22,23 185:2

**pertained** 91:13

**pertaining** 92:7 173:10,10 176:4

**pertains** 103:12

**philadelphia** 1:3 1:8,11 2:5,10,14 2:14,16 3:14,16 4:2 8:20 12:10 13:2,16,21 20:2 25:5,25 26:7,9 26:13,18 32:8,9 32:11 33:18 38:9,17 39:19 45:24 46:4 50:19 66:14 73:3 81:13 98:8 190:4 191:1 192:1

**philmont** 20:24 21:14,18 22:6 23:16 25:3 150:10,19

**phone** 15:6 34:2 59:25 69:16 96:3 181:15

**phrase** 136:17

**phrasing** 117:2

**physically** 149:4

**pick** 140:6,8

**picking** 116:16

**pictures** 82:21

**piece** 55:20

**pituitary** 22:25

**place** 1:17 68:24 98:15 112:19 119:11 129:5 138:21 160:12 166:4 171:12

**placed** 130:5

**places** 16:16,19

**plaintiff** 1:6,16 2:4 4:5 73:18 74:23

**plan** 43:15 174:17 179:10

**planning** 91:7 97:20 156:20 179:4,5

**plans** 17:20

**play** 114:7 116:21

**please** 3:18 4:15 6:12

**ploy** 70:18

**plus** 87:3

**point** 6:25 7:20 57:25 58:23 59:10,14,23 64:24 68:16,22 70:17 71:9,21 81:20 84:2 85:9 88:15 89:14 94:13 125:20 149:23 159:17 164:5

**points** 56:7,8,16 62:12 74:18

**police** 2:9 3:23 11:10,18,23 12:14,22,25

13:16 16:15 25:5 26:18,22,23 27:12,25 28:7,11 28:13,20,22 29:22 30:21,24 31:15 32:9 33:18 34:5 36:21,23 38:11 41:8,13 43:20 45:24 46:4,10,19 47:6,11,13,22 48:10,17 50:4,8 50:20 51:4,17 53:20 55:14,24 55:25 59:6 63:18 67:7,22 73:3,13 97:3 98:8 129:20 132:2,8,11 141:10 144:10 152:18 171:9 174:2,4,14,15 175:6 177:5,14 177:18,23 184:2 184:12

**policies** 80:9 97:14 115:6 119:10

**policy** 50:13,16 59:4,7 67:14,15 67:22,22,24 68:9 68:12,14 97:17 98:17 114:21,24 115:3,6 119:6 146:2,21 165:7 173:17

**poor** 159:10 183:8

**portion** 132:15

**posed** 71:21

**position** 8:22 9:6 9:13,14 10:25 11:7,15 12:3 18:13 24:13 26:15 28:16 30:17 31:13 32:3 33:17 40:9 60:23 130:5 135:16 143:19 143:20,22 144:8 182:22

**positions** 12:8 26:5 36:16 71:23,25

**possible** 142:15 157:21

**post** 140:4 143:9 143:18

**posttraumatic** 150:2

**power** 139:5

**practice** 21:25 116:22 141:24

**practices** 113:21

**practitioner** 21:3 25:3

**praise** 13:14

**praises** 57:10

**prazenica** 35:25 49:3 54:24 61:5 68:4,18 71:2 74:7 79:9,15 91:16 98:12,12 101:15,21 102:4 108:5,7,22 110:14 111:12

111:19 113:9
118:8 119:17
122:6,20 123:19
123:21 132:24
135:3
**prazenica's**
60:24 61:15
**predominantly**
114:3,6 116:22
116:23 118:25
**prefer** 114:7
**preferential**
112:18
**prepare** 14:17
16:8
**presence** 98:11
**present** 2:20
60:25 84:21
102:15 103:4
**presenting** 68:14
**president** 58:17
58:24 59:10
64:9
**pressure** 87:25
88:4
**pretense** 70:4
71:11 126:10
**pretty** 72:20
**prevent** 6:2
18:23 22:18,22
154:12 155:10
**prevents** 19:4
**previous** 14:13
103:18 120:6
**previously**
110:16
**primary** 21:21
96:22

**prior** 16:25
19:15,25 20:11
25:24 34:4 74:5
75:25 94:6
130:13 132:4,16
132:17 134:24
163:22 165:4
**priorities** 138:20
**prioritize** 112:25
**prison** 26:13
**private** 80:4
106:13
**probably** 62:24
73:21
**probationary**
18:5
**problem** 51:3,8
52:11 69:19
83:22 87:21
155:24,25
172:14
**problems** 81:11
82:23 83:8,11,17
90:10 118:3
122:10 134:20
144:21 151:2
170:4,6,14,15
172:17,18
175:17 176:4
185:6
**proceeded** 71:15
**process** 50:20
55:21 59:3
147:13 175:4,5
177:12,19
**produced** 126:16
**productive**
160:20

**professional**
1:18 84:17
116:6
**profit** 17:20
**program** 114:2
114:16 116:14
116:15,24 117:4
117:5,5,9 132:9
142:9 143:6,6
171:21 179:14
179:14
**programming**
43:16 102:5
**programs** 42:24
49:15,25 69:21
69:25,25 70:3,12
71:12 112:22
113:25,25
117:12,22
118:13 119:7
125:15 126:11
154:18,25
171:24,24
173:11
**projection** 169:3
**promoted** 29:13
31:14 60:22
61:20 65:4
129:16
**propelled** 115:24
**proper** 20:20,21
168:3
**properly** 19:4
58:3 87:17
113:17,18 162:9
175:7
**proposal** 116:3

**proposed** 126:22
**props** 17:7
**protected** 163:10
**protocol** 63:17
**provide** 17:23
**provided** 21:18
24:20 25:8
158:23 167:16
178:14
**providers** 22:8
150:7
**providing**
117:23
**provisions** 155:8
**psychiatrist**
23:10
**psychiatrists**
23:15
**pto** 178:11
**ptsd** 19:2,10,13
19:23 20:14
21:9,23 22:21,23
23:6,22 90:10
149:2
**public** 1:19 4:12
72:24 141:11
187:20 189:4
192:19
**purpose** 130:14
131:23 132:3
153:10 154:5
**purposes** 5:8
30:20 46:21
**pursuant** 39:22
**purview** 65:7
116:13
**put** 10:7 25:3
70:24 71:17

79:18 82:15,17
100:19,22 112:3
129:6 137:23
138:9 154:17
181:16 185:21

**q**

**qualifications**
55:24 56:6,15
57:14 58:14
62:12,15,18
**qualified**  18:2
57:2 60:18
**qualify**  63:16
**qualli**  36:2 42:22
48:5,9 50:10,18
52:22 53:19
54:25 67:13
68:4 69:13,16
70:20 71:2,16
76:20 77:24
79:10,10 84:4,21
84:21,24 86:14
88:2,13 91:23
97:13 98:13
99:22 101:9
111:18 115:25
118:8 123:20
130:21 132:23
134:15 138:25
155:13 158:15
159:18 170:4
175:3,14
**qualli's**  87:18
**question**  5:23,24
5:25 6:12,18 7:5
7:7,8 8:9 28:3
45:11 49:16

54:18 71:22
77:16 94:9 95:3
107:12 113:6
120:22 123:3,4
135:24 153:24
160:19 161:5
183:8
**questions**  6:10
21:6 32:2 36:5
36:12 44:13
45:15 46:22
92:9 94:25
95:12
**quicker**  40:5
**quickly**  37:6
**quinones**  130:11
**quite**  6:19 7:2
27:9 55:17
62:23
**quote**  63:3
136:14

**r**

**r**  2:2 4:10 21:4
167:14 189:2
191:3,3
**rabena**  35:25
49:4 54:24
55:11,12 56:18
56:20 57:7
58:20,21 61:8,9
63:2 68:3,18
71:2 79:9,15
98:12 101:16,24
102:4 103:23
111:18 122:20
123:19,22 126:2
135:2,2 139:15

152:7,17,24
153:23 156:18
175:14
**race**  177:7
**racial**  124:4
**raised**  102:25
152:23
**ran**  116:5 117:11
117:12,13
153:22
**rank**  26:22
28:18 39:22
106:9 111:9,15
184:9
**ranks**  179:5
**rate**  9:17 39:20
175:8 183:22
184:13,15
**rbs**  1:3
**read**  5:10 44:16
44:18,22 161:2
190:9 192:5
**reading**  97:25
**real**  139:12
**realized**  70:18
**really**  62:14
68:22 70:15,22
83:7 84:17
162:7 185:19
**reamed**  133:18
**reask**  6:14
**reason**  7:4,5
60:21 80:15
125:18 128:13
148:5 156:5
190:11 191:6,9
191:12,15,18,21

**reasons**  18:16,19
18:22 58:24
80:3 90:4 131:9
**reassigned**  34:5
85:20
**reassigning**
141:3
**recall**  5:5 9:3,8
9:16 14:7 16:10
16:17,19 33:21
35:6,8 36:3,6,9
37:2 51:21
53:11 59:25
61:19 72:15
76:23 77:9 93:9
93:13 109:23,25
115:12 121:20
128:2 129:3
145:24 146:9,11
150:11,12 167:2
173:5 175:19
185:8,12,15
**receipt**  190:18
**receive**  11:5 17:9
38:8,19,24 42:19
156:13 173:13
178:2,5 179:7,10
180:12 183:13
183:16,18,21
**received**  10:3
11:2 15:21 17:2
20:25 33:14
37:6,10 38:14
45:4 57:5 58:16
65:23 69:12
74:14,19 92:24
126:12 130:12
136:10 145:7

147:21 178:5
179:13 180:23
181:10,24
**receives** 152:22
**receiving** 42:18
179:24
**recipient** 152:10
**recognize** 145:13
**recollection** 33:7
157:17
**recommend**
139:21,22 151:3
**recommendati...**
34:17 143:13,16
**recommended**
25:4
**recommending**
139:24
**record** 3:3,6,19
4:16,23 5:9 7:19
10:13 20:4,7,10
30:20 44:10,24
45:2,9 93:4,7
94:23 95:13,15
95:18 145:4,11
151:5,8,9,12
177:3 180:19,22
185:22
**records** 24:20
25:4 150:23
**recourse** 165:18
**recruited** 11:16
**rectify** 124:9
**reduce** 78:14
**reduced** 77:18
**refer** 40:8
**reference** 47:25
48:22 52:2,14

61:6 130:7,7
132:20
**referenced** 190:6
**referred** 20:20
20:23,24 21:12
21:13 52:8
132:12,14
**referring** 30:20
48:5 73:20
101:12 120:15
127:4 153:21
155:25 165:15
**reflect** 7:19
**reframe** 53:24
113:6
**refuse** 127:21
**refused** 79:21
**regular** 23:24
102:16
**reimbursement**
157:7,9
**reiterate** 56:21
**rejection** 149:16
**relate** 32:2
**related** 15:2 19:2
19:14 55:15,16
90:10,23 91:8
126:17 159:3
189:11
**relates** 19:23
20:14 40:6
53:12 88:17
112:7 168:23
**relating** 90:2,19
**relation** 55:18
**relationship**
54:9 55:18
68:13 151:24

162:4
**relaxed** 70:14
**relay** 16:2,4
**relayed** 15:10
56:17
**relaying** 126:2
**release** 181:9
**released** 69:6
**relevancy**
160:21
**relocated** 131:15
**relying** 35:2
**remain** 86:6
87:16
**remainder** 27:22
**remained** 88:16
**remaining** 186:9
**remalia** 21:21,24
22:3,7 23:16
**remarks** 52:14
52:15 170:16
**remedial** 53:2,10
53:12,14 162:13
166:3
**remedy** 82:22
**remember** 14:11
16:18 23:25
26:11 27:9
33:19 36:14
62:22,24 72:21
73:22,23 77:6
110:4 144:19
146:14 157:16
176:15,19
182:22,23
**remotely** 186:4
**remove** 135:13
139:16 143:9,17

**removed** 130:2
133:7 134:13,14
136:2,4,8,10,19
137:2 139:24
143:23,25
**reopen** 82:8
85:22 87:24,25
88:4 91:7
**reopening** 91:6
**repairs** 130:19
130:22 132:24
**repeat** 123:2
**rephrase** 6:13
29:15
**replace** 142:7,18
144:12 168:17
**replaced** 129:23
134:8,10
**replacement**
25:22
**replacing** 171:3
**report** 28:2,12
28:14 29:2,10,14
36:24 37:12,12
40:20 41:5 43:7
43:10 47:15,19
47:23 49:13,24
165:7,12,19,23
171:8,16,17,18
**reported** 28:5,8
29:11 30:16,18
30:25 33:5
48:25 49:2,6,18
51:12 52:25
53:9 54:5 58:11
59:24 83:2 90:7
95:23 108:6
110:23,23

111:22 135:22
162:11 176:5
**reporter** 1:19
4:7,14 5:18 7:12
10:7 46:3 101:8
120:11
**reporter's** 6:4
**reporting** 28:4
29:5,23 30:3,6,9
30:13 31:16
42:17 64:21,25
82:12 103:18
104:14,16
**represent** 3:23
68:15 128:15
**representative**
112:16
**reprimand**
50:11 77:23
**reprimanded**
54:23
**request** 60:16
63:14 75:20
124:17 131:17
145:6,16,25
146:25 147:2,21
148:21 149:17
171:9 173:13
176:13 181:8
188:15,16
**requested** 65:6
75:15 129:20
131:14 144:4
148:9 168:19
**requesting** 57:16
129:22 135:7
148:5

**requests** 42:10
115:16
**required** 48:12
56:7 192:13
**reservation** 7:6
**reserve** 5:9
**reside** 8:10,13
**resign** 18:15
140:4
**resigning** 181:18
**resolve** 54:15
**resolved** 88:6
137:20,22
159:14
**resources** 42:23
141:4,7
**respect** 52:25
106:7,8,9 111:9
111:15,16
**respectful** 18:21
**respiratory**
83:10
**respond** 160:18
**responded** 182:4
**responds** 126:23
**responses** 7:16
7:23
**responsibilities**
54:14 88:23
158:6
**responsibility**
85:2
**responsible** 33:8
51:15 92:18
105:24,24,25
106:2 142:25
**restaurant** 70:8
72:14

**result** 79:2 92:20
142:6
**results** 64:16
**retained** 3:5
**retarded** 124:13
**retire** 177:13
179:15
**retired** 178:4
**retirement** 148:6
148:7 149:22
176:25 177:19
177:24 178:3
180:11
**return** 25:5
149:23 150:8,13
150:21 151:14
190:13,17
**returning** 128:7
**review** 12:17
67:23 98:2,15,16
146:3 157:6
190:7
**richard** 33:10
59:13
**rid** 129:9 140:24
**riding** 128:12
**right** 3:2 5:10
7:25 22:13
27:10 28:22
30:12 32:2 41:9
43:7 44:23 63:8
69:5 70:12,14
71:10 72:22
73:25 74:10
83:25 89:20
90:13 107:19
119:8 123:10
134:11 148:16

149:4 161:17
166:19 173:23
185:18 186:23
186:25
**rizzo** 114:2,2,4
**role** 28:22,25
29:9 30:9 31:8
31:24 32:12
33:23 34:9,11,12
34:20,24 38:23
40:7,19 54:20
**roles** 31:8
**ron** 35:25 49:4
54:24 55:6,11,12
56:18,20 57:7
58:19,21 60:6
61:8,9 63:2 64:2
64:5 66:25 68:3
68:18 71:2 79:9
79:15 98:11,12
101:15,21,24
102:4 103:23
104:20 111:18
111:24 120:15
122:6,20 123:19
123:21 125:5
126:2,7 128:2
131:24 132:24
134:15 135:2,2
135:25 136:19
139:15,15 140:9
152:7,16,24
153:23 156:18
175:14
**room** 31:21 36:4
54:12 61:2
108:8 109:21
110:7,8,10,20

125:10 131:19
**ross** 2:3 30:23
  33:10,12,16 34:6
  34:15 35:9,18
  37:8 40:21,25
  41:10,17 42:15
  42:21 43:6
  59:13,17 97:12
  98:2,3,18,21
  128:11 129:4,22
  129:25 130:4
  140:17 143:11
  143:17,20
**ross's** 37:23
**rule** 7:11
**rules** 5:13 27:6
  59:8 114:12
**run** 42:25 71:16
  72:3 81:7
  116:15 125:15
  125:21 153:6,8
  155:6
**running** 65:14
  130:18,19
  171:25
**runs** 116:12
  128:18,18
  152:17 153:7
**rush** 36:2 69:14
  69:14,23 71:9
  72:23 73:19,20
  74:11,21,24 76:2
  76:6,21 77:2,4,7
  107:7 125:23
  126:4 127:9
**russell** 19:12,15
  19:21 20:11
  22:12 23:4,14

**s**

**s** 2:2 120:13
  188:7 191:3
**safe** 85:2,3,4
  88:24 89:5
  130:23 138:12
  174:22
**safely** 138:14,17
**safety** 72:24
  86:24 96:14,22
  97:4 106:2
  111:23 112:2
  131:8
**sake** 28:7
**salary** 9:14,23
  9:24 10:22,23
  11:4 17:19 50:3
  50:7 66:13,16,23
  173:23 175:8
  180:6 182:23
  184:11
**saw** 21:2 56:20
  81:14,16 85:7
  93:11 94:3
  112:14 142:10
  157:8,18 165:8
**saying** 5:19,20
  24:24 37:21
  53:8 91:5 113:7
  120:24 124:4,14
  129:18,19 139:7
  150:20 152:13
  152:16 154:4,23
  161:7 165:13
  170:19
**says** 10:22 59:12
  65:24 73:18
  74:21 75:18

83:18 94:10
  126:20 127:3,4
  144:20 150:17
  166:24
**scale** 184:10
**schedule** 9:19
  32:21 33:2
  41:21,24 74:22
  175:15
**scheduled**
  100:10 186:21
**schedules** 186:8
**scheduling** 23:8
  23:9
**scholarship**
  152:18 153:6
**school** 83:20
**scolded** 88:13
**second** 20:4
  75:22 80:25
  92:4 136:18
  151:6 169:5
**secure** 11:17
  131:16
**secured** 17:8
**security** 25:13
**see** 5:17 23:9
  55:23 74:17
  75:23 88:10
  127:23 173:9
  176:24 180:17
**seeing** 21:21
  150:9
**seek** 22:8 83:11
**seen** 93:10 119:6
  128:16
**sees** 164:17,18
  164:20

**selected** 31:17
  33:16 34:24
  129:4 143:21
**selecting** 156:13
**self** 97:5
**send** 16:15 58:8
  125:20 142:16
  146:3 181:12
**sending** 64:12
  124:22
**sense** 6:15 75:9
  139:13
**sent** 74:22 126:4
  126:8 130:10
  132:19 181:4,6,7
  182:13 190:14
**sentence** 136:13
**separate** 45:22
  75:10 147:21
  176:14 177:10
  188:16
**separately** 75:15
  126:16
**separation** 148:5
  176:18
**sephora** 8:7,23
  9:6,13 12:7
  18:14 24:13
**sequencing**
  76:25
**sergeant** 27:2,19
  28:15 29:4,11,23
  29:25 30:4,9
  33:15,20 34:3
  37:7 48:13
  85:21,22 86:17
  162:5,6,7,16,18
  162:21,25 163:9

163:10,11,16,23
163:24 168:6,6,6
168:16,16,17,20
168:22 169:14
169:15,24 170:7
170:7,8 172:15
**sergeant's** 26:25
160:3
**sergeants** 47:8
47:10,12,15,18
47:21 48:18,20
84:3,20 86:3,10
86:14 133:21
159:19 161:3,24
162:9,14 168:9
168:14 169:5,13
**serious** 163:14
**seriously** 163:16
171:9
**serve** 124:24
128:15
**served** 112:17
113:19
**service** 113:18
**services** 65:18
65:21 66:8
**serving** 38:22
**set** 9:19 23:11
33:2 41:21,23
69:15 74:11,12
76:6 176:8
184:15,19 186:8
189:15
**sets** 183:19
**setting** 85:17,18
165:11 177:20
177:21

**setup** 164:18
**seven** 26:18
27:13 65:13
**seventeen** 9:18
**severe** 22:23
**shake** 7:16
108:17,19
109:17 110:14
110:18,19
123:12 125:12
127:13,21,23
**shaking** 108:9
109:21 110:19
112:14 119:18
122:22
**shame** 88:14
**share** 102:21,22
174:13
**sharing** 17:20
**sharon** 2:17 3:25
186:14,24
**sheet** 190:11
**shift** 32:14,17
41:21
**shifts** 32:15
**shook** 61:3
109:15
**short** 44:15
168:5
**shorthand** 1:18
**shortly** 87:8
133:10
**show** 71:16 72:3
82:10 92:17
98:7 115:5
**showed** 86:16
88:8 106:6
107:18 119:12

**shut** 83:23 84:12
85:9,24 86:19
87:16 117:24
165:17
**sic** 24:3 28:10
100:17 109:6
180:15
**sick** 56:11 81:5
81:22 178:17
**side** 55:3 109:21
156:5,11 169:6,8
**sidebar** 102:20
103:9 104:20
**sidebars** 103:22
105:5
**sided** 97:19,24
98:4
**sides** 69:10
**siding** 133:24
151:23 152:5
**sign** 5:10 54:7
67:24 93:25
176:16 177:2
179:13 190:12
**signaling** 81:18
**signature** 145:14
147:24 189:17
**signed** 176:19,24
178:25 190:20
**signing** 67:21
**similar** 109:7
**simplicity** 28:6
**simply** 40:14
175:3
**sinclair** 2:20 3:4
**sit** 71:16 72:3
107:9 175:25
176:9

**site** 117:10
**situation** 4:24
53:4,5,7 67:11
84:9 95:24
133:13 163:4
175:2
**situations**
137:23
**six** 9:12 27:13
**skill** 116:8
**skipped** 27:6
110:19
**skipping** 108:9
**sleep** 19:3 24:11
24:16 131:11
**small** 22:25
**smell** 83:14
**smelled** 81:4
**smoothly** 5:14
**sneak** 131:10
**social** 25:13
**solidify** 68:13
**solutions** 190:23
**somebody** 58:9
**son** 55:17
**soon** 60:12,25
61:18 67:12
84:7 140:22
165:10 169:16
**sorry** 18:17
22:15,19 23:14
24:23 29:17
50:17 54:18
64:19 117:12
147:2 160:2
172:22 183:8
**sought** 23:17

**sound**  15:14
16:8 147:16
186:15
**sounds**  44:3
**southwest**  57:19
**sparking**  137:25
138:8,25,25
**speak**  52:2
125:11,12 130:6
133:12 140:25
144:16 160:6
162:17 166:5,6
**speaking**  7:22
94:23 110:22
134:19 135:3,18
135:20 137:14
**special**  56:8
**specific**  44:12
53:6 55:5 67:10
77:16 92:9 95:3
120:21 124:17
150:12 160:17
160:23 161:10
**specifically**
36:13,19 69:24
79:7 95:5 115:4
121:4 136:19
161:9 181:8,13
**spend**  130:21
131:20 133:2
138:18
**spent**  103:14,16
**spoke**  12:16
13:22 15:18
34:18 37:8
53:15 86:18
125:10 133:15
140:5,16 141:15

144:2,14 148:14
155:22 164:5
182:7,10,19
**spoken**  15:22,23
69:14
**spores**  85:6
**sport**  116:21
**sports**  115:24
**squad**  31:18
**stack**  82:12,20
**staff**  31:20 47:24
48:2 52:20
54:13 96:14
124:4 170:16,21
171:3,4,5,6,19
**standing**  12:12
86:5 110:13
123:20,22 156:6
181:20
**start**  10:18
141:10 174:13
**started**  5:12
19:16 20:15
21:20 23:8 26:6
129:21 142:2
143:5
**starting**  59:12
145:17
**state**  1:19 4:12
4:15 8:10,13
12:24 24:21
114:10,11,18,20
114:22 115:14
117:17 119:7
189:4
**stated**  14:12
35:20 57:6,22
77:8 86:22

96:11 101:9
103:13 108:13
109:19 128:13
148:4 151:17
169:21
**statement**
103:14 107:8
**states**  1:2 3:8
115:4
**stating**  141:22
**status**  148:10,17
149:24
**stay**  81:6 125:21
133:17,20,23
144:16,21 152:6
162:17 169:21
179:5
**stayed**  144:20
178:6
**stenographic**
189:9
**step**  8:8 10:13
**stole**  142:6
**stomach**  70:18
**stop**  185:23,25
**stopped**  83:13
141:21
**story**  55:3
**strange**  163:20
**street**  1:11 2:4,9
2:15 3:14
115:19 169:6
**streets**  31:21
**stress**  19:3 90:10
**structure**  28:4
43:9 47:17
51:14 67:16

**structured**  49:7
**struggle**  139:5
**stuff**  62:4 117:7
160:6 163:13
165:5
**subject**  126:18
135:21
**submit**  34:8
145:20 146:2,9
146:22 157:8
**submitted**  42:10
109:6 115:15
116:2 145:24
146:8,9,11,20
172:19,22 173:7
176:13
**submitting**
173:5
**subscribed**
187:16 192:14
**subsequent**
99:21
**sudden**  135:21
163:23
**suggest**  60:16
**suite**  2:5,10
**sullivan**  2:15 4:3
60:20,22,25
64:16,19 65:2,4
65:22 66:4,6,13
108:8 123:18
129:16,19 130:6
133:6 134:12,18
134:23,24 135:4
135:9,13,16
136:2,3,12,14,18
140:2,5,6,12,14
140:15,21

141:15,17 142:2
142:2,10,19
143:5,8,15,22,24
144:3,5,11 146:7
147:7 151:22
152:21 153:9
154:7,13 155:17
156:2,23 158:10
158:17 159:8,24
159:25 160:2
162:13 163:7
165:4,7,8,12,16
165:17,24 166:5
166:10 167:24
169:10 176:2,9
176:10 177:16
**sullivan's** 65:17
129:8 151:25
152:10,15,20
153:2 155:11
156:22,24
161:20
**sum** 179:17
**summarize**
175:23
**sunny** 67:13
81:9,10 138:3
158:4,5,15,16
**superior** 60:19
**supervise** 162:10
**supervising**
51:15
**supervisor** 28:9
28:14 29:24
30:5 48:11
49:14,19 146:4
162:19

**supervisors** 28:6
34:18 35:2
**supplies** 85:18
**support** 66:19
**supported** 87:2
**supports** 66:17
**supposed** 11:5
23:7,9 28:17
39:21 42:22
48:6 57:24 69:6
69:6 79:22
85:14,20 125:15
142:24 153:20
171:13 173:19
174:19 175:11
**sure** 5:15 6:5
7:15,22 20:5
23:13 29:18,20
35:17 39:24
55:17 68:24
72:20 75:16
85:11 97:4
100:12 123:5
143:4 144:14
145:2 149:9
157:16 160:25
175:25 176:25
**surprise** 17:10
143:2 160:12
**suspend** 78:5,11
**swear** 4:8
**switch** 32:21
**switched** 19:11
19:19
**sworn** 4:11
48:10 51:17
187:16 189:7
192:14

**symptoms** 20:16
20:17
**system** 26:13
**systemic** 102:13

**t**

**t** 4:10 127:3
188:7 189:2,2
191:3,3
**table** 80:11
173:18 174:21
**take** 7:2,3,9
23:24 24:21
25:6 44:15,21,22
44:24 51:10
53:14 65:22
66:2 78:13
117:16,18
119:18 124:9
129:5 136:12
141:2 144:25
146:12 150:18
163:8,15 166:4
171:9,24 174:9
180:15
**taken** 1:17 20:8
45:7 53:2,10
63:25 77:14
83:15 92:11
93:5 95:16 99:5
137:23 145:5
180:20
**takeover** 171:2
**talk** 17:4 58:20
69:20 70:11,13
70:15 71:5,12,13
81:10 102:17
109:13 111:24

122:9 133:19,24
158:12 163:3
169:21
**talked** 24:20
88:2 123:10
130:24 172:21
185:5,10
**talking** 6:3,7
54:12 71:7
104:25 111:12
111:14 125:9
128:20 134:20
162:25 165:13
172:3,11
**talks** 45:18
**tangible** 78:6
**target** 93:17
163:5
**targeted** 124:21
**teach** 142:13,17
142:18
**teaching** 142:5
142:14
**team** 31:19,20
75:6,13,21 76:12
76:16 85:13
90:22 114:4,17
114:21 115:13
117:18 118:23
119:3
**tear** 154:16
158:8
**technical** 31:20
**technically**
41:12
**ted** 35:25 42:22
43:4 48:5,8,9,12
48:16,25 49:2,6

| | | | |
|---|---|---|---|
| 49:8,13,14,18,19 | **ted's** 51:22,25 | **terms** 21:23 | 160:7 161:19,21 |
| 50:2,18,24,25 | 139:6 | 36:16 42:18 | 162:22,24 |
| 51:3,9,14 52:10 | **tell** 8:2 11:14 | 43:11 47:2,14 | 173:11,15,16 |
| 52:11,15,24 53:9 | 14:4,10,19,19,20 | 49:24 60:13 | 175:2 176:5 |
| 54:2,13,21,25 | 16:21 18:14 | 89:8 97:10 | 177:23 |
| 67:13,18 68:4 | 20:12 22:14 | 111:25 112:15 | **think** 8:25 11:21 |
| 69:12,15 70:20 | 26:4,6 27:7 28:7 | 117:22 185:4 | 29:19 32:14 |
| 71:2,16 76:20 | 28:11 36:11,13 | **test** 27:7 | 37:6 47:11 51:2 |
| 77:24 78:3 79:9 | 37:17 43:13 | **testified** 4:13 | 62:17 76:22 |
| 79:10,24 80:7 | 52:16 69:13 | **testifying** 110:21 | 81:12 92:11 |
| 81:14,16 84:4,20 | 71:15 78:16 | **testimony** 100:2 | 93:24 124:5 |
| 84:21,24 85:23 | 79:7 81:17,18 | 104:12 108:21 | 149:9 150:22 |
| 86:7,12,14 87:18 | 96:4 98:3,22 | 118:22 127:21 | 160:19 178:9,15 |
| 88:2,13 90:22 | 99:24 100:16 | 129:15 159:20 | **third** 81:21 |
| 91:17,22 97:13 | 106:14 107:15 | 159:23 160:3,14 | 164:3 165:8 |
| 98:13 99:22 | 108:2 112:7,9 | 161:4,6 190:9,18 | 168:19,21 |
| 100:2,4,16,17 | 118:11 124:3,6 | 192:8 | **thought** 20:19 |
| 101:7,9 102:14 | 125:21 126:3,7 | **thank** 18:20 | 98:22 155:23 |
| 102:25 103:24 | 135:13 136:18 | 40:18 172:9 | 168:12 |
| 104:19 111:3,5 | 137:3,10 142:19 | 177:8 187:5,6 | **thousand** 178:20 |
| 111:18 114:19 | 161:21 169:13 | **therapists** 19:9 | **threat** 59:19 |
| 114:23 115:25 | 171:19 173:4 | 20:13 | **threaten** 64:9 |
| 118:8 120:15 | 177:11 | **thing** 13:5 44:8 | **threatened** |
| 121:25 122:5,9 | **telling** 14:17 | 80:17 112:13 | 58:18 |
| 123:20 125:5 | 81:16,18 87:2 | 115:18 116:18 | **three** 19:19 |
| 126:7,9,22 127:7 | 107:7 119:9 | 141:25 158:12 | 27:20 32:15 |
| 128:2,8 130:21 | 133:22 140:25 | 178:19 182:18 | 80:21 82:14,21 |
| 131:25 132:23 | 160:5 162:16 | **things** 6:24 27:8 | 91:19 93:24 |
| 134:15 135:2,25 | 169:18 | 31:2,3 34:21 | 113:3 130:13 |
| 136:19 138:25 | **tells** 70:5 | 79:24 80:8,12,20 | 132:4,16 135:12 |
| 139:7,15 140:9 | **tendered** 176:14 | 90:8 102:14,18 | 139:23 164:12 |
| 155:13,19 | **term** 6:11 18:5 | 103:7 111:22 | **threw** 156:19,21 |
| 158:15,16 | 106:18 107:3 | 112:8 113:2,9,22 | **throw** 81:7 |
| 159:17,22,24 | 145:21 164:17 | 117:20 118:15 | **throwing** 81:15 |
| 170:4 171:19 | **terminate** 16:24 | 123:14 124:14 | **thyroid** 19:6 |
| 172:5,11 173:8 | **terminated** | 127:13 133:3 | 23:24 24:2 |
| 173:12,25 | 12:19 13:8 | 137:20,22 | **time** 1:17 3:12 |
| 174:23 175:3,14 | | 138:19 141:2 | 5:22 13:8 16:20 |

18:3 20:6,9
24:21 26:11
32:20,20 40:12
41:3 42:17
44:25 45:8 47:7
49:4 55:15,16
56:9,11,13,16,20
65:12 74:23
75:4,20 76:3,7
77:17,21 81:25
83:10 86:15
88:2 93:3,6,23
95:14,17 99:18
108:16 116:4
117:3,16 126:18
126:21 127:5
132:7 141:13
142:19 143:2
145:3,10 149:11
149:12 150:18
150:20 151:7,11
154:11 157:18
161:14 167:8
168:5,15 178:9
178:11,12,17
179:4,6,16
180:18,21
183:22 187:7,11
190:19

**timeframe** 190:8

**times** 42:6,7
52:13 56:22
77:25 79:10
93:24 100:13
102:15 115:16
137:21 155:14
155:22 164:12

**title** 11:12 26:10
27:12,16,18,21
40:7 65:17

**titles** 65:19

**today** 8:2 93:10
172:21 185:5,14
185:24 186:2
187:5,9

**today's** 3:11
5:13

**told** 13:5,10
14:11,16,21
15:22 16:7
17:10 20:16,18
30:25 34:6 38:3
54:10,11,25 55:3
55:21 58:2,18
59:11,14,16
65:24 70:12
71:9,25 72:12
74:3 76:7 82:6,9
84:15,18,22,24
85:23 86:7,12,12
86:17,18 88:14
91:16,21 97:24
98:25 101:3,4,16
107:21 111:2,3,5
111:6 114:12,23
115:21 118:11
120:9,16 122:7
122:11 123:22
125:23 126:6
130:6 133:11,17
136:14 144:15
144:15 148:20
163:11 164:10
164:14,16,25
166:8 167:5

169:16,19 174:3
174:4 175:25
181:8,19 182:19

**top** 54:14 62:25
105:23

**topic** 56:21
115:2

**topics** 105:2

**totally** 125:17

**tour** 80:20

**traditionally**
32:14

**transcribing**
7:13

**transcript** 190:6
190:20 192:5,8

**transcription**
189:8

**transfer** 55:25
56:6,7,19,24
57:2,13,15 58:6
60:17 61:9
62:13 63:23

**transferred**
55:19,22 57:2,9
57:16 58:15,21
58:25 60:6,10
61:25 62:5,8
63:10,13

**transferring**
59:22 60:13

**transition**
175:24

**transport** 153:9

**transporting**
154:6,15 155:15
155:20

**travel** 114:5,8,22
115:13,21,22
119:7

**trazodone** 23:23
24:9

**treasurer** 157:24
157:25

**treated** 22:8
112:11 120:19
120:24 121:6
122:24 123:8,15
125:4 185:12

**treating** 19:9,13
19:16,22,25
20:13 23:5
24:19 121:10,11
128:3

**treatment** 21:19
21:22 23:17
112:18 185:5

**treatments**
83:16,16

**tried** 53:9 129:9
129:25 133:6
136:10 137:2
138:2 143:25
144:9 163:9

**trimmer** 49:11
49:13,17,21 52:5
52:7 170:5

**trimmer's** 50:7

**trophies** 103:13
103:15

**true** 17:13 87:5
189:8 192:8

**trust** 166:11
168:2

**try** 7:22 14:20
40:4 52:24 92:8
123:6 137:21
143:23 171:23
173:12 180:16
**trying** 18:21
75:9 87:23
89:20 104:17
111:17 123:7,13
132:22,23 134:8
134:9 135:23
138:11,22
140:23,24
164:21 166:3
169:20
**tumors** 22:25
**turn** 146:13
166:19
**turned** 61:8
**two** 18:10 22:24
31:8 46:23,23,24
47:7,9,12 56:4
62:17,19 75:10
86:9 93:24
138:2 143:4
161:3,24 169:5
177:17
**type** 162:3
170:17

**u**

**u** 21:4
**ulak** 2:17 3:25
3:25 18:17,20
106:22 187:2
**ultimate** 60:18
**ultimately** 37:23
143:16

**unable** 79:20
**underground**
70:8
**underprivileged**
112:21
**understand** 5:15
6:11,12 11:21
15:9 36:22
38:13 40:15
45:21 106:18
110:17 113:7
119:15 145:21
166:14
**understandable**
118:18
**understanding**
18:4 35:13 61:7
68:11,17 70:23
71:8 74:25
76:19 79:23
88:22 92:17
96:25 97:13,16
98:20 122:4
127:7 128:9,12
137:17 171:12
**understood** 39:7
39:25 60:5
87:22 90:3
**uneven** 113:23
**unfairly** 112:11
128:3
**unfavorable**
151:4,14,16
159:15
**unfortunately**
127:5 178:4
**uniform** 174:20
175:10

**unintelligible**
78:9
**union** 51:18
130:25 184:7
**unisex** 131:6
**unit** 33:9 39:9
40:10,13,16 46:5
46:7,11,12,13,15
46:19 47:2,6,22
48:7 51:16
55:20,22 56:8,20
56:23,24 57:3,9
58:6,9,15,22
59:2,5,8,9,23
60:7,11,12,14
62:2,6,10 63:3
63:10 65:6,7
84:8 86:10
103:5 105:12
113:13 120:20
121:13 128:19
129:21,24 140:7
140:8 142:25
146:20 168:10
168:24 169:4,23
169:25 170:22
**united** 1:2 3:8
**university** 70:2
70:10 72:15,16
72:18,24 73:13
**unpack** 84:16
**unpaid** 148:9,17
149:24
**unsafe** 89:19
131:12
**upset** 58:7 68:23
111:21 128:8
174:11

**usage** 56:11
**use** 117:6 131:13
138:24 145:21
154:15 155:10
156:25 157:6,19
158:10,21 159:2
**usually** 65:13
**utilize** 89:5
153:9 162:14
**utilized** 130:14
**utilizes** 154:9
**utilizing** 141:4
142:11,20

**v**

**v** 1:7 4:10 190:4
191:1 192:1
**vacation** 178:9
178:18
**van** 158:8
**vans** 153:9,25
154:9,10,14,18
154:24 155:6,10
155:14,17,20,25
157:2,19 158:10
158:17
**vehicle** 158:22
159:6
**vehicles** 157:6
**verbal** 7:16,23
**verbally** 77:24
107:17,21,24
108:2,4
**verify** 190:9
**veritext** 190:14
190:23
**veritext.com**
190:15

**versed** 26:21
**versus** 3:16
  81:13 170:17,20
**viable** 83:25
  86:21 87:3
**vibrant** 83:12
**vice** 102:3
**video** 3:7
**videographer**
  2:20 3:2,5 4:6
  20:6,9 44:25
  45:8 93:3,6
  95:14,17 145:3
  145:10 151:7,11
  180:18,21 187:7
**videotaped** 1:15
**view** 131:14
**viewed** 89:11
**violate** 59:4
  162:11
**violated** 80:9
  173:16
**vision** 81:16
**visit** 57:18 80:18
  81:2,24 169:9
**visitors** 139:8
**vividly** 105:18
**voicing** 78:21
  80:12 89:9
**voluntarily**
  129:24
**volunteer** 142:17
**volunteered**
  65:22

**w**

**w** 167:14

**waited** 179:2
**walk** 108:17
**walked** 60:25
  81:3
**walking** 108:8
**wall** 139:3,8
**walls** 82:5
**want** 5:8 6:2,17
  6:23,23 14:20
  21:6 23:12
  24:23 31:25
  46:18,21 52:17
  68:19 70:6,7,14
  71:25 76:7,8
  82:16 83:22
  84:15 87:20
  90:18 92:8,9,21
  92:22 94:22
  95:2 103:6
  105:7,19,20,21
  106:6 107:10,20
  111:7 112:4,6
  114:9 119:9,16
  124:7,8 130:21
  131:19 133:2,19
  135:11 136:7,7
  136:13,21 137:4
  137:8,9,11
  140:16,17
  142:22 144:21
  148:25 160:17
  165:14,14
  166:15 167:7
  171:20 185:10
**wanted** 43:17
  57:9 58:21
  59:17 60:6 63:2
  64:17 67:15

69:14,25 70:3
71:4,13 74:11
91:24 97:12,14
101:7,10,16
102:16 115:10
115:20,23
128:15 131:8
132:15 134:12
134:13 136:19
143:14 144:5,7
144:12 152:6
158:19 173:14
173:15
**wants** 59:15 66:2
  69:20 128:18
  132:10 153:24
  165:15
**warning** 78:6
**watch** 169:18
**water** 82:24
**way** 6:7,14 7:18
  27:24 28:3,11
  29:20 40:11
  44:14 49:7
  64:10 76:14
  78:23 85:25
  90:9 102:13
  107:13 108:14
  112:3,24 115:8
  116:3 123:6
  156:25 159:5
  172:7 173:15
  174:25 189:12
**ways** 166:2
**we've** 45:17
  73:16
**wear** 154:16
  158:8

**wednesday** 37:7
  37:8
**week** 9:20,20
  34:4 37:4 57:18
  67:13 75:25
  76:12 80:16
  87:9 92:4 139:9
**weekend** 173:19
  174:17,18,19
  175:5
**weekends** 42:2
**weekly** 141:21
**weeks** 138:2
  143:4 177:17
**went** 12:14
  16:18 21:20
  37:8 49:8 52:9
  57:18 61:2 62:3
  65:5 76:22
  78:24 80:25
  81:2,2 82:11
  85:10 86:7
  91:18,25 92:2
  93:24 111:3
  129:22,23,25
  130:24 134:22
  136:25 140:13
  143:25 148:13
  148:19 149:24
  160:8,12 163:24
  165:10 166:12
  176:24 177:12
**west** 169:8
**whereof** 189:14
**white** 82:15
  108:20 112:19
  114:3 116:22,23
  116:25 118:25

120:6 129:6
170:12,13
**whitley** 21:2
**wife** 144:9
**willingly** 158:20
**wimberly** 148:15
167:13
**winded** 28:10
**winter** 67:14
**wires** 138:23
**wise** 84:7 118:14
180:12
**wishes** 91:6
**wissinoming**
80:13,15 81:2
87:7 89:15 90:2
90:14,25 91:13
95:22 96:8
111:23 113:3
**withdraw** 28:23
**witness** 4:8,10
18:19 44:18,21
94:16 95:7
106:20 187:6
188:3 189:6,14
190:8,10,12,19
**witnessed** 112:8
**witnesses** 186:18
186:19
**woman** 71:5,5
71:14,14,22
91:11 107:5,16
107:22 125:19
125:20 127:15
127:22,22
**women** 71:23
124:25

**women's** 127:23
**word** 18:18
**worded** 181:13
**words** 98:5,10
**work** 5:16 6:6
7:3 12:3,6 19:5
24:22,25 25:5,12
26:5 34:22
37:24 42:3,4,22
44:14 46:6,15
48:18 49:17
54:15 56:10
58:13 59:9 66:3
71:24 79:18,21
82:16,18 85:11
126:21 127:5
131:3 132:23
141:18,23
144:10 149:2,3,4
149:23 150:4,6
150:13,21 151:3
151:14,18 159:3
164:19 173:18
175:5 183:10,11
**worked** 8:6 9:7
26:12 31:21
32:18,19 42:21
49:15 125:3
**working** 8:4 9:6
10:20 18:23
22:18,22 25:24
26:6,8,17 35:21
38:15 46:24
48:6 49:24
57:20,24 58:3
66:10 79:22
130:9,16,17
151:24 152:2

170:18 174:19
175:11,16
183:17
**workload** 141:3
**works** 45:23
92:19 184:8
**workweek**
183:11
**world** 114:5
**worry** 27:5 61:6
61:10
**wrestling** 114:2
114:4,21 116:11
116:19 117:18
118:23 119:3
**write** 163:11
**writing** 96:2
97:11 98:6
146:10
**written** 62:24
77:23 78:6 97:8
**wrong** 22:19
117:24 124:23
138:20 154:3
159:13 164:24
**wrongs** 115:9
**wrote** 55:20 95:8

**x**

**x** 1:4,10 6:21
188:2,7

**y**

**y** 4:10 6:22
167:14
**yeah** 24:11 71:3
87:12 106:25
178:12 182:4

**year** 78:25
103:15 110:4
141:9 147:19
152:4 154:9
180:6 184:11
**yearly** 154:24
**years** 18:10,12
26:18 27:14,17
27:20 45:25
46:5 56:5 62:16
62:19 82:14,22
91:19 103:18
113:3 130:13
132:4,16 178:6
179:2 183:24
184:10
**yell** 88:2 159:18
**yelled** 78:4
**yelling** 77:25
**yep** 166:18,20,20
**young** 55:13
57:8 61:10
**younger** 81:25
85:16
**yup** 127:2

**z**

**zenak** 81:13

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.