# EXHIBIT "B"

Evelyn Cintron
2/14/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

EVELYN CINTRON,                          :
                                         :    19-CV-4078
          Plaintiff                      :
                                         :
          -VS-                           :
                                         :
CITY OF PHILADELPHIA,                    :
                                         :
          Defendant                      :
_____

                    *  *  *  *  *

          TUESDAY, FEBRUARY 14, 2023

                    *  *  *  *  *


          Videotape deposition of EVELYN CINTRON, was

taken at the law offices of Mincey, Fitzpatrick,

Ross, 1650 Liberty Place, Philadelphia, Pennsylvania,

before Renee Schumann, a Notary Public of the State

of New Jersey and Notary Public of the Commonwealth

of Pennsylvania, on the above date, commencing at

10:13 a.m.

A P P E A R A N C E S:


        LAW OFFICES OF MINCEY, FITZPATRICK, ROSS
        BY: ISAAC GREEN, ESQUIRE
            1650 Liberty Place, Suite 3600
            Philadelphia, Pennsylvania 19103
            (215) 550-1999
            Ike@minceyfitzpatrickross.com
            Representing the Plaintiff


        CITY OF PHILADELPHIA - LAW DEPARTMENT
        BY: SHARON E. ULAK, ESQUIRE
            1515 Arch Street, 15th Floor
            Philadelphia, Pennsylvania 19102
            (215) 683-5083
            Sharon.ulak@phila.gov
            Representing the Defendant City of
            Philadelphia


        LAW OFFICES OF O'HAGEN MEYER
        BY: KEVIN GOLDEN, ESQUIRE
            2 Logan Square, Suite 700
            Philadelphia, Pennsylvania 19103
            (215) 569-2100
            Kgolden@ohagenmeyer.com
            Representing the Defendant The Police
            Athletic League


        ALSO PRESENT: Shala Hollis, Video Specialist

Evelyn Cintron
2/14/2023

1                    I N D E X

2

3   WITNESS                                    PAGE

4   EVELYN CINTRON,

5        (Witness Sworn.)

6

7        DIRECT EXAMINATION BY MS. ULAK        5

8        CROSS-EXAMINATION BY MR. GREEN        148

9        CROSS-EXAMINATION BY MR. GOLDEN       155

10

11

12                   E X H I B I T S

13

14  NUMBER              DESCRIPTION            PAGE

15  City-1              E-mail                 176

16  City-2              Statement              176

17  City-3              E-mail                 176

18  City-4              Memorandum             176

19

20        (Exhibits attached to the transcript.)

21

22  REQUESTS FOR PRODUCTION:

23  BY MS. ULAK: Page 75 Line 20

24

Evelyn Cintron
2/14/2023

```
 1                        *  *  *  *  *

 2                  THE VIDEOTAPE OPERATOR:  This begins

 3          media labeled number one of the remote video

 4          recorded deposition of Ms. Evelyn Cintron in

 5          the matter of Evelyn Cintron, plaintiff versus

 6          City of Philadelphia, defendants, In The

 7          United States District Court for the Eastern

 8          District of Pennsylvania.  Case 19-CV-4078.

 9          Today's date is February the 14, 2023.  The

10          time is approximately 10:13 a.m.

11                  My name is Shala Hollis, I'm the legal

12          video specialist from Lexitas Reporting

13          Services.  The court reporter is Ms. Renee

14          Schumann also in association with Lexitas

15          Reporting Services.

16                  Will all counsel present please

17          introduce yourselves for the record.

18                  MS. ULAK:  Good morning, Sharon Ulak on

19          behalf of the City of Philadelphia and Joseph

20          Sullivan.

21                  MR. GREEN:  Isaac Green on behalf of

22          plaintiff Evelyn Cintron.

23                  MR. GOLDEN:  Kevin Golden of O'Hagen

24          Meyer for defendant Police Athletic League.
```

Evelyn Cintron
2/14/2023

```
 1                  THE VIDEOTAPE OPERATOR:  All right,
 2          thank you.  Will the court reporter please
 3          swear in the witness.
 4                        *  *  *  *  *
 5                  EVELYN CINTRON, having been duly sworn
 6          according to law, was examined and testified
 7          as follows:
 8                        *  *  *  *  *
 9                  THE VIDEOTAPE OPERATOR:  Counsel, you
10          may proceed.
11                        *  *  *  *  *
12                  DIRECT EXAMINATION
13                        *  *  *  *  *
14   BY MS. ULAK:
15          Q.    Good morning, Ms. Cintron.  My name is
16   Sharon Ulak, I represent the City of Philadelphia and
17   Joseph Sullivan in a lawsuit you have brought.  We're
18   actually here today to continue your deposition, this
19   is part two of your deposition, we started part one
20   on October 28th of 2022.
21                  When you began that deposition, Kevin
22   Golden had given you some instructions, I am going to
23   give you the same instructions so they may sound a
24   little bit repetitive, but it's important that we go
```

Evelyn Cintron
2/14/2023

1   over them again, and there are some new instructions

2   here because we are on Zoom.

3                So the court reporter here is taking

4   down everything that you're saying and she's making a

5   transcript out of it.  For this reason it is

6   important that only one of us speaks at a time.  In

7   everyday conversation people tend to interrupt each

8   other.  You might know where I'm going with my

9   question and you might be able to answer it before I

10  complete my question, and if we were just having a

11  chat that would be fine, but because we have to make

12  a transcript and we have to go back and read it

13  later, it's not going to read well if we're

14  interrupting each other.  So I just ask that you let

15  me finish my question before you give me a response

16  and I will do my best to let you finish your answer

17  before I ask my next question.

18                If you don't understand a question that

19  I ask you, please tell me that you don't understand

20  the question and I will do my best to clarify or

21  rephrase it.  If you don't know an answer to

22  something, you can tell me you don't know.  If you

23  don't remember, you can tell me you don't remember.

24  Those are all perfectly fine responses.

Evelyn Cintron
2/14/2023

1            I don't want you guessing at anything.

2    If you answer a question of mine I'm going to assume

3    that you understood the question and that the answer

4    that you are giving is as truthful and accurate as it

5    can be.

6            If at any time you need to take a

7    break, you should tell me you need to take a break

8    and we can take a break, I just ask that if I've

9    asked you a question that, you know, the answer

10   before we proceed with taking a break and if you --

11   yeah, if you have any need to stop at any point, just

12   let me know.

13           And as a reminder, even though we're on

14   Zoom today and it's a little bit different than the

15   last time we met, you are still under oath and I do

16   want to ask if -- you know, before we proceed do you

17   have any anybody in the room with you today?

18       A.    No.

19       Q.    Okay.  And are you referring to any

20   documents or notes today?

21       A.    No.

22       Q.    Okay.  You testified previously, we had

23   discussed this -- you previously testified on October

24   28th of 2022, do you remember testifying that day?

Evelyn Cintron
2/14/2023

```
 1        A.      Yes.
 2        Q.      And after you gave that testimony, did
 3   you have the chance to look at your transcript at
 4   all?
 5        A.      No.
 6        Q.      Okay.
 7        A.      I never received it.
 8        Q.      Okay.  So just so we're clear, you've
 9   never read that transcript before, right?
10        A.      No.
11        Q.      Okay.  And you were under oath that day
12   and you remain under oath today.
13                Do you understand all the instructions
14   I've given you?
15        A.      Yes.  Yes.
16        Q.      Okay.  Sorry, I was getting some
17   feedback I wasn't sure if your counsel was trying to
18   chime in with something, I apologize.
19                That is sometimes the challenge with
20   technical difficulties in doing this on Zoom.  So if
21   at any point there's some sort of a technical error
22   especially if you don't hear a question of mine and
23   it might cut out, you might get interrupted, just
24   tell me and I will re-ask the question.  Okay?
```

Evelyn Cintron
2/14/2023

```
 1          A.      Okay.

 2          Q.      Okay.  And I'm sorry, just bear with me

 3   one second here.  All right.

 4                  And I know this is a continuation of

 5   your deposition that we took it a very long time ago

 6   and I think especially at the beginning you might

 7   hear some repetitive questions from the first time

 8   around and, you know, for that I'm not trying to

 9   trick you, I'm not trying to trip you up.  I'm trying

10   to reestablish where we were when we had left off.

11                  So, Ms. Cintron, you have brought this

12   lawsuit against the City of Philadelphia and Joseph

13   Sullivan and it largely concerns your time as the

14   commanding officer of the Police Athletic League in

15   the Philadelphia Police Department.

16                  Am I -- am I understanding that

17   correctly?

18          A.      Yes.

19          Q.      Okay.  And when did you -- when did you

20   become the commanding officer of the Police Athletic

21   League?

22          A.      I believe it was the beginning of 2018.

23          Q.      Okay.

24          A.      It was 2018.
```

Evelyn Cintron
2/14/2023

1        Q.      Okay.

2        A.      Or '17, I can't recall the exact date.

3        Q.      Okay, and that's fine.  If I didn't

4   make that clear you can approximate.

5                For approximately how long were you the

6   commanding officer of PAL?

7        A.      Two years.

8        Q.      And how many deputy commissioners did

9   you report to while you were the commanding officer

10  of PAL?

11       A.      I originally reported to Deputy

12  Commissioner Paterson and then I started reporting to

13  Deputy Commissioner Sullivan.

14       Q.      Do you recall for approximately how

15  long you reported to Deputy Commissioner Paterson?

16       A.      For about two years.

17       Q.      And then you reported to Deputy

18  Commissioner Sullivan for about a year?

19       A.      Yes.

20       Q.      Okay.  And when you started at PAL,

21  what were your duties and responsibilities as the

22  commanding officer?

23       A.      As the commanding officer my

24  instructions were to work -- that Ted Qualli and I

1    would work together to run the Police Athletic League

2    in terms of all operational and day-to-day

3    programming.  Everything that had to do with PAL, Ted

4    Qualli and I were supposed to do together as

5    equals -- as equals, yeah.

6        Q.    Okay.  And just for clarity of the

7    record, who is Ted Qualli?

8        A.    Ted Qualli was the director of the

9    Police Athletic League.

10       Q.    Okay.  And when you say the day-to-day

11   operations, what do you mean by that?

12       A.    Well, we were supposed to work in all

13   matters pertaining to, you know, developing programs,

14   finances, putting together events.  Basically

15   everything to run the organization.

16       Q.    When you say finances, did you retain

17   any responsibilities for budgeting?

18       A.    When I originally got there we would

19   work on the budget together but things changed

20   because Ted Qualli and the Board would change the

21   budget to what they wanted regardless of what we

22   discussed in -- at PAL.

23       Q.    Okay.

24       A.    Between Ted and I and the staff when we

Evelyn Cintron
2/14/2023

1    worked on the budget.

2        Q.    Okay.  In terms of the budgeting, who

3    funds PAL; where does PAL get its money from?

4        A.    PAL, the Philadelphia Police Department

5    pays the officers' salary.

6        Q.    Yes.

7        A.    And the Police Athletic League, the

8    nonprofit is based on fundraising.

9        Q.    Okay.  You say the City of Philadelphia

10   paid the police officers' salaries, what do the

11   police officers do?

12       A.    The police officers are assigned to the

13   centers or to an administrative position to assist in

14   the day-to-day tasks that need to be done, as well as

15   run the programs at the center with the children.

16       Q.    Okay.  Does the Philadelphia Police

17   Department provide any funding to PAL outside of the

18   staffing support?

19       A.    I don't know.

20       Q.    Okay, that's fine.  As commanding

21   officer of PAL, did you have responsibility to

22   approve a budget for PAL?

23       A.    They would put a certain amount in the

24   commander's budget.

Evelyn Cintron
2/14/2023

1    Q.    Okay.  In terms of funding for

2   programming though, did you have any responsibility

3   for allocating that budget?

4    A.    The programs team, we had a programs

5   team and they would allocate certain amount for the

6   different programs to be used for those programs.

7    Q.    And who did the programs team work for?

8    A.    They reported to Ted, but I was in

9   charge of the programs team.

10    Q.    Were they -- well, again I ask, who did

11   they work for?

12    A.    They worked for the Police Athletic

13   League, but there were some officers on the -- on the

14   meetings too, at the meetings also.

15    Q.    Okay.  And what did the officers do at

16   those meetings?

17    A.    Well, when I arrived there, we develop,

18   you know, like meetings so they can coordinate the

19   events with the officers who were supposed to carry

20   out those programs.

21    Q.    Okay.  But the people on that programs

22   team worked for PAL?

23    A.    Yes, they worked for PAL but I was in

24   charge of the program, and therefore, I would work

Evelyn Cintron
2/14/2023

1    with them, not Ted, to run certain programs.

2         Q.    When you say to run certain programs,

3    does that involve staffing support?

4         A.    Well, it's a basically to ensure that

5    the money that's allocated to the program is spent

6    properly and that we carry out the programs according

7    to what we planned.

8         Q.    As the commander officer of PAL, did

9    you have any audit responsibilities over the PAL

10   budget?

11        A.    Yes.

12        Q.    Can you explain that more, what did you

13   do?

14        A.    I had to make sure that the budget was

15   not overspent and that everybody stayed on track in

16   terms of spending according to what was on the

17   budget.

18        Q.    Did you work with anybody at PAL when

19   you were doing that?

20        A.    Yes, I would consult with Sunny Li,

21   sometimes with Ted about what was going on when we

22   had -- when we would speak about programs.

23        Q.    And who is Sunny Li?

24        A.    They were fully aware of what was going

Evelyn Cintron
2/14/2023

1  on with the -- with the budget because we would, you

2  know, I would let them know what was going on.

3       Q.    Okay.  And I'm sorry, I didn't mean to

4  interrupt you, who is Sunny Li?

5       A.    Sunny Li was the chief financial

6  officer at PAL.

7       Q.    When you were appointed commanding

8  officer of PAL, did you receive any documentation

9  that would outline your duties and responsibilities

10  as the commander officer?

11      A.    No.

12      Q.    Did you receive any special training to

13  be the commanding officer at PAL?

14      A.    No.  I had the experience from being

15  management for almost 20 years.

16      Q.    And can you maybe elaborate a little

17  bit more on what you mean by the experience from

18  being management; what were you doing before you

19  became the commanding officer of PAL?

20      A.    I was the second in command for 25th

21  District, administrative lieutenant and the five

22  squad lieutenant in charge of the five squad team.

23      Q.    How long were you at the 25th before

24  you became the commanding officer of PAL?

Evelyn Cintron
2/14/2023

1          A.      Two years.

2          Q.      Did you receive any training in budget

3   management when you became the commanding officer of

4   PAL?

5          A.      Sunny Li and I sat down and she

6   explained the budget to me and how it works.

7          Q.      Okay.  Did you receive any training in

8   auditing when you became the commanding officer of

9   PAL?

10          A.      No, but I did auditing at the 25th, you

11   know, District to make sure that everything is -- is,

12   you know, correct.

13          Q.      How would you conduct an audit at the

14   25th District, what were you doing?

15          A.      What do you mean, in the 25th District?

16          Q.      Yes.

17          A.      Oh, like if -- like when we were doing

18   the certification for the -- for the Taliah (ph.) and

19   they asked me to do an audit over everything so that

20   I know where or how rather what was correct and what

21   was incorrect as far as the operations room and the

22   cell room and the policy that I wrote was implemented

23   in order for us to get our certification.

24          Q.      Did you ever do any budget auditing

1    before you became the commanding officer of PAL?

2        A.    No.

3        Q.    Excuse me.  Okay.  So when you were

4    appointed commanding officer of PAL, you said that

5    you had worked with Ted Qualli and it was your

6    understanding that the two of you would work as

7    equals at PAL; is that correct?

8        A.    Yes.  That's what Ted Qualli told me,

9    Commissioner Ross told me and Bernie Prazencia and

10   Ron Rabena.

11       Q.    Okay.  And as part of your duties and

12   responsibilities as commanding officer the PAL, how

13   often would you meet with PAL Board members?

14       A.    Only at the general meetings.  I met

15   one time with -- I mean with Bernie Prazencia at his

16   office with Ted which was the week I started, and

17   then after they told me that I would be at those

18   meetings but then after that I wasn't invited to

19   those meetings.

20       Q.    Were those monthly meetings, bimonthly

21   meetings, do you know?

22       A.    They were monthly meetings and

23   sometimes they would meet more often depending on the

24   stuff -- whatever was going on at PAL.

Evelyn Cintron
2/14/2023

```
 1          Q.     Was the monthly meeting a general board

 2   meeting?

 3          A.     No.  They had general board meetings

 4   and I would get invited to those.

 5          Q.     Okay.

 6          A.     But I was never invited to the

 7   decision-making meetings.

 8          Q.     Did they not make decisions at the

 9   monthly board -- general board meeting?

10          A.     No, it was to present what we had

11   accomplished.

12          Q.     Okay.

13          A.     Or what was coming.

14          Q.     What types of decisions were made at

15   the decision-making meetings?

16          A.     Ted Qualli would come from the meetings

17   and state things that we needed to do based on the

18   instructions he received from those meetings.  So it

19   could be anything.  It could have been anything.

20          Q.     Can you give an example?

21          A.     Yes.  Ted said -- would come from the

22   meetings and say in reference to this budget, you

23   know, he would explain like we need to narrow down on

24   this program because we're going over our budget or
```

Evelyn Cintron
2/14/2023

1  we're doing this or we're doing that and he would

2  explain what the Board wanted at that time.  It would

3  be about anything, so to pinpoint it it's like hard

4  to pinpoint because it would be about many things.

5       Q.    Did you go to the monthly general board

6  meetings?

7       A.    Yes.

8       Q.    Did you ever miss any meetings?

9       A.    No.

10       Q.    If you were to have missed a meeting

11  would anybody have gone in your place?

12       A.    No.

13       Q.    Okay.  So let's back up again and let's

14  talk about when you were first appointed to become a

15  commanding officer of PAL.

16            When you started as commanding officer,

17  what -- what did you do?  Can you tell us again a

18  little bit about your first week there?

19       A.    When I first arrived at PAL, we decided

20  to go visit all the PAL centers so that I can get to

21  know the -- one, get to know the officers working at

22  those PAL centers; and, two, to look at facilities to

23  see what's going on in terms of all, you know, all

24  the backlog.  There was a backlog of things that

Evelyn Cintron
2/14/2023

1  needed to be done at the centers.  So we went to do

2  an inspection of the centers and to meet the

3  officers.

4       Q.    And what happened when you were

5  inspecting the centers?

6       A.    We visited a few centers the first day.

7  By the time we got to Wissinoming PAL, that center

8  itself was in real deplorable conditions and even

9  though it's my practice to learn about the unit that

10 I'm working in and not make hasty decisions in terms

11 of a command decision, I -- when I went there, I had

12 no choice but to make a decision to close Wissinoming

13 PAL down because of the conditions of the center.

14      Q.    Okay.  When did you close Wissinoming

15 PAL?

16      A.    This was when I first arrived at PAL

17 like that -- within that first or second week of me

18 being the commanding officer.

19      Q.    Okay, and why did you close the center?

20      A.    The first thing when I walked into that

21 center I immediately got sick because there was a

22 strong odor of what I believe was mold and I couldn't

23 take the smell of the building, so I had to run out

24 and throw up.  I was throwing up outside and I was

Evelyn Cintron
2/14/2023

 1   followed by the then maintenance person Fran -- Fran

 2   (sic) I think his name was, and shortly thereafter

 3   Ted Qualli came out, Sergeant Fells came out and

 4   Sunny Li came outside and when the sergeant was

 5   attempting to talk to me about the center and I

 6   looked over Ted Qualli was signaling him not to say

 7   anything.

 8        Q.    I'm sorry, you cut out a little bit.

 9   I'm to sorry to interrupt you.  Who said not to say

10   anything, you just cut out a little bit?

11        A.    Ted Qualli was signaling, I caught him

12   with my peripheral, the sergeant putting his finger

13   to his mouth as shush, don't say anything and he was

14   going like this telling him to stop talking about it,

15   like don't say anything.

16        Q.    And just for the record you're

17   indicating with your hand towards your neck sort of

18   making a cutting off motion?

19        A.    Yes.

20        Q.    Okay.

21        A.    He was going like that (indicating).

22        Q.    Mouth to lips.

23        A.    Right.  Right.  So Ted Qualli began to

24   tell me that the center -- that the kids were all

Evelyn Cintron
2/14/2023

1  doing events and the center was closed and that's why

2  it had a foul -- probably a foul smell.  At that

3  point we had to leave because of the way that I was

4  feeling and I went back a few -- and I think it was

5  next day or two days later and I met with Officer

6  Younger who was the officer assigned to that center,

7  at which time Officer Younger took me around the

8  center with a mask on to show me the conditions of

9  the center and there was mold in the classroom, the

10  closet, a wall in front of the closet.  There was

11  condensation in the gym.  There was puddles of water

12  in different parts of the gym, and he gave me about

13  an inch thick of paperwork which contained memos that

14  he had been turning in and pictures for the previous

15  three years reporting the conditions of the center to

16  Ted Qualli, Sunny Li and the warden.

17            And he told me that it used to be an

18  active center but that the kids were getting sick and

19  parents were complaining the kids were getting asthma

20  and respiratory problems and they stopped bringing

21  the kids to the center, and he himself had gotten

22  respiratory problems for working in the center.  And

23  he gave me a copy of the paperwork and asked me can I

24  please do something about these conditions, and he

Evelyn Cintron
2/14/2023

1    explained to me that they told him that they couldn't

2    close the center down because they were getting

3    funding and explained to me that the funding that

4    they were getting they were telling the donors that

5    it was an active center, but the center was not

6    active because only about 13 kids were attending the

7    center because they didn't have anywhere to go after

8    school and that's the only reason why they were

9    coming, but the hundred plus kids that used to attend

10   stopped coming because of the conditions of the

11   center.

12              In the walkway between the gym and the

13   classroom there was a sinkhole and they had a piece

14   of wood with a rug on top so the kids could walk over

15   it to the classroom.

16        Q.    Okay.

17        A.    So given the fact that it happened

18   three years since this was going on, I felt that I

19   needed to protect the children and the staff that

20   entered that building; and, therefore, I made the

21   decision to close the center down.

22        Q.    Okay.  In terms of making the decision

23   to close the center down, is that something you had

24   the authority to do as the commanding officer of PAL?

1        A.      Before I made the decision I spoke to

2    Deputy Commissioner Paterson who told me that that

3    would be a great decision to close it down because

4    after explaining to him what was going on he said

5    that's the only thing you can do is -- the safety of

6    the kids and the safety of the officers are more

7    important than funding.  So he instructed me that --

8    you know, he was giving me permission to shut it

9    down.

10        Q.      Okay.  So I appreciate your answer, but

11    I don't think you quite answered my question.  As the

12    commanding officer of PAL did you have the authority

13    to shutdown a PAL center?

14        A.      Yes.

15        Q.      Okay.  Was that in any writing or

16    anything like that?

17        A.      It's in my oath.

18        Q.      And can you explain further?

19        A.      My oath is to protect the community and

20    leaving a center open knowing that it has mold and

21    getting people sick would not have been a good

22    choice, a good decision.

23        Q.      Okay.  So in your oath -- so it's your

24    testimony that your oath as a police officer is what

Evelyn Cintron
2/14/2023

```
 1   gave --

 2           A.      To protect.

 3           Q.      -- you the authority --

 4           A.      Yes.

 5           Q.      -- to protect, that's what gives you

 6   authority to close the PAL center?

 7           A.      And as the commanding officer of PAL, I

 8   have the authority to protect my officers and the

 9   children, that's priority.

10           Q.      Okay.  Before you closed -- I just want

11   to make sure I'm understanding your testimony

12   correctly, before you closed the center down, you

13   contacted Deputy Commissioner Paterson?

14           A.      Yes.

15           Q.      And Deputy Commissioner Paterson

16   advised --

17           A.      And I spoke to Ted Qualli and he agreed

18   at the time.

19           Q.      Okay.  So you spoke to Ted Qualli --

20   Qualli, excuse me, and you spoke with Deputy

21   Commissioner Paterson and they agreed to the decision

22   to shut the PAL center down?

23           A.      Deputy Commissioner Paterson agreed to

24   shut the center down.  When I spoke to Ted Qualli
```

1    about it he said well, let's shut it down until we

2    found what's going on.  But when we found out that it

3    would be a lot money to correct the problems he

4    attempted to reopen up the center by undermining my

5    decision and going to the sergeants and telling them

6    to reopen up the center without consulting me about

7    it.

8        Q.    Okay.

9        A.    When I back to the center, the officer

10   was there with a mask on trying to clean the mold so

11   that they could open the center.  And when I asked

12   him why he was trying to open up the center, he said

13   because the sergeant said to reopen or Ted Qualli.

14   And I immediately called Ted Qualli and the sergeants

15   to come and meet me at Wissinoming PAL and I

16   instructed the sergeant that it was the final

17   decision to close the center down so we could fix the

18   problems to prevent the mold.  And the sergeant told

19   me that Ted said to reopen it because they don't want

20   to lose funding.

21            When Ted came to the center he said the

22   same thing to me, he said they have a lot to lose in

23   terms of funding and we can't just be closing centers

24   down.

1        Q.      Okay, and after that happened, did you

2    discuss the reopening of the center with Deputy

3    Commissioner Paterson?

4        A.      No.  We were trying to figure -- Ted

5    and I called the facilities team who came out, one of

6    the Board members scolded Ted Qualli in my presence

7    and told him you need to be ashamed of yourself that

8    this has been going on for three years and you didn't

9    think it was important to address this.  And we

10   decided that we would try to find a solution to fix

11   the problems because we did need a center in that

12   community but not under those conditions.

13       Q.      You mentioned that you met with a

14   facilities team, who was on the facilities team?

15       A.      They're all Board members.

16       Q.      Okay.  You had also testified that

17   there is a custodian named Fran at the Wissinoming

18   Center, did I understand that correctly?

19       A.      He is the -- he's the maintenance guy

20   at PAL.

21       Q.      Okay.

22       A.      I believe his name -- I forget his last

23   name, I'm sorry.

24       Q.      It's okay.

1          A.      He works for PAL.  He works for PAL and

2    he's like the maintenance manager.

3          Q.      Okay.  But to be clear, Fran works for

4    PAL?

5          A.      Frank, I think it's Frank.

6          Q.      Frank, I'm sorry, Frank works for PAL?

7          A.      Yes.

8          Q.      Okay.  When did the Wissinoming Center

9    reopen?

10         A.      It never reopened while I was there.

11         Q.      It never reopened while you were there?

12         A.      Nope, because they -- when we brought

13   the experts out, they found out there was a

14   structural problem coming from the outside and that

15   the water was coming in from the outside and unless

16   that was fixed, there was -- the problem was never

17   going to go away.  And because PAL did not own the

18   building and the church is very limited on funds they

19   didn't have the money to fix it.

20         Q.      You just referenced a church, who owned

21   that building?

22         A.      The church owned the building.  I don't

23   remember the names of the person who owns the

24   building, but a church was located in that building

1  and we were using their gym for the PAL center.

2       Q.     Okay.  To be clear, the City of

3  Philadelphia did not own that building?

4       A.     No.

5       Q.     Okay.  Were you disciplined for

6  shutting the PAL center down?

7       A.     No.

8       Q.     We talked a little bit already about

9  funding for PAL, while you were the commanding

10 officer of PAL did you have any complaints about the

11 funding?

12      A.     Yes.

13      Q.     And what were those complaints?

14      A.     We had a backlog of five years of --

15             (Technical difficulties.)

16             MS. ULAK:  Hold on.  Your attorney just

17      dropped off.  We're going to hold on a second.

18             THE WITNESS:  Okay.

19             MS. ULAK:  We'll just go off the

20      record.

21                    * * * * *

22             (Whereupon a discussion was held off

23      the record.)

24                    * * * * *

Evelyn Cintron
2/14/2023

```
 1              MS. ULAK:  I stopped her.  Ike, are you
 2       back with us?
 3              MR. GREEN:  Yes, I am now.  Can you
 4       back it up about five -- about three or four
 5       questions I think I missed.
 6              MS. ULAK:  Renee, do you mind repeating
 7       the last question I asked.
 8              THE COURT REPORTER:  Off the record.
 9              THE VIDEOTAPE OPERATOR:  The time is
10       10:49 a.m. and we're off the record.
11                      * * * * *
12              (Whereupon, an off the record
13       discussion was held.)
14                      * * * * *
15              (Whereupon, the requested portion of
16       the testimony was read back by the court
17       reporter.)
18                      * * * * *
19              THE VIDEOTAPE OPERATOR:  The time is
20       10:50 a.m., we are back on the record.
21              MS. ULAK:  Okay.  I think, Renee, if
22       you don't mind, can you just repeat my last
23       question and then Ms. Cintron you can you
24       start to answer it.
```

Evelyn Cintron
2/14/2023

```
 1                          * * * * *
 2              (Whereupon, the requested portion of
 3         the testimony was read back by the court
 4         reporter.)
 5                          * * * * *
 6              THE WITNESS:  There was a few things I
 7         was concerned about because we had a backlog
 8         of going back five years of deplorable
 9         conditions at different PAL centers, and I
10         felt that they were spending money or putting
11         money in the budget for things that were not
12         conducive to get -- you know, they would take
13         from the budget to get things fixed to do
14         other things that -- or support other programs
15         that were not in the benefit of getting things
16         corrected at PAL in terms of like the
17         conditions at the centers.
18              So I could give you a good example,
19         there was -- there was a program that Nadirah
20         McCauley and Officer Little used to plan --
21         they would spend thousands of dollars on
22         designer pocketbooks.
23    BY MS. ULAK:
24         Q.    Hang on, Ms. Cintron.  I think you cut
```

Evelyn Cintron
2/14/2023

1  out again.  You had mentioned Officer Little and

2  Nadirah McCauley I think was her last name?

3       A.    Yes.

4       Q.    Can go just kind of go back and pick up

5  from where -- from where you left off?  I think your

6  internet connection might be a little bit fuzzy.

7       A.    Okay.  There was programs that they

8  were spending money where they shouldn't be spending

9  money.  For instance, they were running a program

10  where they buy hundred of dollars of designer

11  pocketbooks and then they would also go buy cheaper

12  pocketbooks at let's say, you know, like wherever

13  they were buying them from.

14            Then they would have pocket bingo -- I

15  mean pocketbook bingo and they made sure that they

16  walked away with the designer purses and the kids

17  would win the cheaper purses at their little bingo

18  games.  So I thought they were abusing that program

19  because it was to their benefit, not to the kids'

20  benefits -- benefit.

21       Q.    And, Ms. Cintron, did you -- did you

22  make any complaints about that?

23       A.    Yes, I had explained to Ted Qualli that

24  there was a lot of programs where it wasn't actually

Evelyn Cintron
2/14/2023

1  benefiting the kids and that we could redirect that

2  money to -- to, you know, to fix these facilities

3  that the buildings could be in better conditions.

4              I also felt that they were spending a

5  lot of money on repairing the headquarters.  They

6  spent over a million dollars to repair -- to renovate

7  the PAL headquarters building, the new PAL

8  headquarters building which was a building that

9  belonged to a PAL member who donated the building to

10 PAL on a temporary basis for headquarters to use.

11             So I felt that they were spending all

12 this money for a building that eventually would go

13 back to the PAL Board member as opposed to using that

14 money for actual programs or to actual -- to fix the

15 centers so that the kids could be in safer

16 conditions.

17    Q.    And you said you made complaints about

18 this to Ted?

19    A.    The building was already done, but

20 there were still like -- another example I could give

21 you --

22    Q.    No, Ms. Cintron, I'm sorry actually, I

23 want to back up.  My question to you was you made

24 these complaints to Ted --

1          A.     Yes.

2          Q.     -- did you make these complaints to

3    Ted?

4          A.     Yes, and the Board members.

5          Q.     And how would you make these

6    complaints?

7          A.     I would talk to him about it.  The

8    issue would come out of the different scenarios,

9    like, for instance, we -- there was an officer who

10   had one of the electrical plugs sparking fire and he

11   had to close down the homework room because of this

12   electrical problem and I hired an electrician or I

13   didn't hire the electrician, I spoke to Frank and

14   told him hey, we need to hire an electrician to

15   handle this and it took like five meetings for them

16   to say that we weren't going to hire an electrician

17   and they were going to send Sunny Li to inspect this

18   outlet.  And my response was like why would Sunny Li

19   go there, Li is not an electrician, well, we needed

20   another electrician.  And when I instructed Frank to

21   hire an electrician unbeknownst to me Ted cancelled

22   my request and redirected the team to go paint the

23   hallway at the PAL headquarters because it had some

24   scuff marks on it.

Evelyn Cintron
2/14/2023

```
1              So it was the lack of concern and
2   instead of prioritizing emergency over putting it
3   into the building to me was like crazy that he would
4   choose to cancel this electrician to fix a problem
5   that could have caused a fire in that building, and
6   he redirected the maintenance staff to go paint a
7   wall.
8        Q.    Ms. Cintron, what building was it that
9   was having electrical problems?
10       A.    It was I believe -- I can't recall
11  which building it was, but yeah, one of the
12  buildings, I think it was the building that Officer
13  Johnson was working in, whatever building he's
14  working in, that's the building that had the
15  electrical outlet problem.
16       Q.    I'm sorry, the building who was working
17  in, you cut out again?
18       A.    Officer Johnson was the officer that
19  brought that to our attention.
20       Q.    Officer Johnson, what was his first
21  name?
22       A.    I can't remember his first name.
23       Q.    Okay.
24       A.    It might be Daryl, Daryl Johnson.
```

1          Q.     Okay, yeah, I'm not trying to get you

2    to guess and I just know that Johnson is a common

3    last name in the police department, so I thought I

4    would try to narrow it down if we could.

5              So you would make complaints to Ted and

6    the Board and did you make complaints to anybody else

7    about this?

8          A.     Yes.  When Paterson was my deputy

9    commissioner, I would give him updates about what was

10   going on and he was aware that I was having concerns

11   for the safety and the maintenance at these buildings

12   and that a lot of my concerns were not taken serious

13   or ignored.

14             In this case with the electrical outlet

15   I felt that Ted was using his, you know, like his

16   authority to show that he had the final say on what

17   gets done and what doesn't get done.

18         Q.     To be clear, what was Ted's title?

19         A.     He was director of the Police Athletic

20   League.

21         Q.     Aside from Deputy Commissioner

22   Paterson, did you make any complaints to any other

23   City of Philadelphia employees about your funding

24   concerns when it came to PAL centers?

1          A.     Deputy Commissioner Sullivan.

2          Q.     And what complaints would you make to

3   Deputy Commissioner Sullivan?

4          A.     I -- when he became deputy Paterson

5   instructed me to go to his office and update him on

6   everything that I had to spoke Paterson about.  He

7   said I spoken to him, I gave him a rundown of

8   everything that went on at PAL and you need to go to

9   speak to him, you know, that way he knows what's

10  going on now that he's requested to take over PAL.

11         Q.     And what did you tell Deputy

12  Commissioner Sullivan?

13         A.     I sat down with him and I told him how

14  there was a constant opposition and power struggle

15  from Ted Qualli not wanting to or not being open to

16  getting some of these problems resolved and while we

17  needed things at the centers, he kept having parties,

18  planning parties that weren't necessary instead of

19  using those funds to make repairs and that's where we

20  had -- you know, I had concerns.

21         Q.     And I want to be clear, these concerns

22  were about the facilities and the state of the

23  facilities, correct?

24         A.     The deplorable conditions of the

1  facilities.  They were also about programming because

2  they had a lot -- they would put a lot of money into

3  like the golfing program.  Some centers got more

4  funding than other centers and got preferential

5  treatment in terms of getting whatever it is they

6  needed done right away.

7          Q.    Can you explain a little bit more about

8  the centers that got preferential treatment?

9          A.    Yes, Rizzo PAL, the building had

10  problems -- I mean the roof had problems and even

11  though it was not within the budget, they were doing

12  a special fundraising to put a brand new roof at

13  Rizzo PAL even though the roof guy told us that it

14  was nothing to be concerned about right away.  That

15  he could patch up the section that needed patching up

16  and that that would at least another 10 years before

17  they would have to put a new roof.  But they decided

18  that they would, you know, do a special fundraising

19  to put a new roof in at Rizzo PAL.  And the fact that

20  there was a five-year backlog of, you know, bad

21  conditions in the centers I felt that that was not

22  responsible of them to do.

23              They started renovating Rizzo PAL to do

24  a -- to do like a whole area for the equipment and

Evelyn Cintron
2/14/2023

1  things like that, so they were remodeling Rizzo PAL

2  and what they said was that because the building

3  belonged to PAL, they rather invest the money in that

4  center than to fix stuff in other centers.

5       Q.    The centers that had, to borrow your

6  phrase, deplorable conditions, were those centers

7  that were owned by PAL or were those centers owned by

8  other entities?

9       A.    I believe they were owned by other

10  entities, except for Cozen.  I think the only ones we

11  owned was Cozen PAL and Rizzo PAL.

12       Q.    You had mentioned preferential

13  treatment in programming, can you talk a little bit

14  more about that?

15       A.    Yes, for our Christmas parties we would

16  combine six to seven centers to have one big party,

17  that way we narrow down the amount of parties during

18  the holiday season while involving, you know, all the

19  centers.  But with the exception of Rizzo PAL and

20  University of Penn PAL where they had their own

21  parties and got to invite like all the kids in their

22  center, all the kids in the center as opposed to

23  seven to 14 kids they would fit around to go to other

24  centers to have combined parties.  There was programs

1    in some centers such as Rizzo PAL that they didn't

2    offer in other -- other centers.

3            Q.      Like what?

4            A.      The wrestling program was one of them

5    and the wrestling program would be allowed to leave

6    the state to do tournaments as well as being taken to

7    Disney World and they -- and this wrestling program

8    was not per se a PAL program, it was ran by an

9    outside wrestling program in a PAL center and -- who

10    had their own coach.

11              So basically they were facilitating the

12    outside program making it as falsely a PAL program

13    and while the other officers wanted to have a

14    basketball league that were able to do traveling

15    basketball, they were told that they couldn't have it

16    because PAL programs and kids could not leave the

17    Delaware Valley area.  So what they allowed in one

18    center, they would not allow in other centers.

19            Q.      But to be clear, you just testified the

20    wrestling program was not a PAL program; did I

21    misunderstand you?

22            A.      The PAL was being ran by a coach that

23    was not part of PAL and they were advertising it and

24    getting funding for it as a PAL program.

Evelyn Cintron
2/14/2023

1      Q.      Was PAL funding the wrestling program?

2      A.      Yes.

3      Q.      Okay.  And did you make a complaint to

4  anybody about the fact that the wrestling program

5  could travel but there couldn't be a travel

6  basketball program?

7      A.      Yes, because of the officers had

8  submitted several memos that wanted to do travel

9  basketball and they kept getting turned down prior to

10  me getting there and when I sat down with Ted Qualli

11  to discuss it, his reasoning was that they were not

12  allowed to leave the state, and as I was there longer

13  I found that there was -- that the wrestling team was

14  allowed to leave the state just like the golfing team

15  that's also ran out of Rizzo.

16      Q.      Did you make complaints about this to

17  other anybody other than Ted Qualli?

18      A.      The Board, I told Sullivan, I told

19  the -- the important people on the police side as

20  well as PAL side.

21      Q.      You say important people on the police

22  side, who did you tell?

23      A.      My commanding officer which was

24  Sullivan.

Evelyn Cintron
2/14/2023

1          Q.     And how did Sullivan respond when you

2    made these complaints to him?

3          A.     He didn't respond at all, he would

4    dismiss me.  He kept me -- he let them do whatever

5    they wanted to do.  He didn't want me to do anything.

6    He kept undermining my command by always siding with

7    the Board.

8          Q.     You said he undermined your command, to

9    be fair he was your commanding officer, correct?

10         A.     Yes.

11         Q.     Okay.  Were you ever disciplined for

12   making these complaints?

13         A.     No.

14         Q.     Okay.

15         A.     I was retaliated against.

16         Q.     Well, what do you mean by that?

17         A.     I -- every time I complained Sullivan

18   was isolating me.  He would take -- he would call my

19   sergeant who was my subordinate to his office and he

20   started planning and doing things through my

21   sergeant, Sergeant Faust, and whenever there was an

22   event or something that I was planning he would call

23   and tell me that other people would oversee those

24   events and those plans.  And slowly but surely he was

Evelyn Cintron
2/14/2023

1  cutting my responsibilities and isolating me more and

2  more.

3       Q.    Who were other -- who were the other

4  people he would put in charge of those events?

5       A.    When I was planning the Eagles event,

6  he assigned someone from police headquarters which

7  was not part of PAL to handle an event that I had

8  solidified with the Eagles team -- with the Eagles

9  team, and he told me that I would no longer oversee

10  that event and assigned someone from the third floor

11  to that event.

12       Q.    What was the Eagles event?

13       A.    The Eagles event was a Thanksgiving

14  dinners and Christmas dinners as well as toys that we

15  would give to the community.  They would donate

16  everything, we would get together, put over a hundred

17  baskets together and we would go to the community and

18  give out these baskets and some of the Eagles players

19  would go out with us to surprise those families.

20       Q.    And who did he assign to oversee that

21  event?

22       A.    He just called me and said that I -- he

23  first called me and told me to give him as

24  explanation as to how I organized this event and once

1    he knew the details he told me that I would no longer

2    be in charge, that he was going to assign someone

3    from the third floor.

4        Q.    You don't know who he assigned?

5        A.    No.

6        Q.    What year was that?

7        A.    2017, 20 -- when he first got to PAL he

8    started doing all of this.  And basically he had me

9    taking orders from a subordinate sergeant because he

10    wouldn't speak to me.  He would do everything through

11    my sergeant and instructed my sergeant to see him

12    behind my back.

13        Q.    And that was Sergeant Faust?

14        A.    Yes.  This started causing a very

15    hostile work environment because he basically gave

16    the sergeant wings to be disrespectful and to

17    literally laugh at my face, you know, because the

18    sergeant had been facing disciplinary action and

19    Sullivan told me that I was not to take any action

20    against the sergeant, so he was protecting the

21    sergeant.

22        Q.    What was the disciplinary action,

23    sorry?

24              MR. GREEN:  I'm sorry, can you repeat

Evelyn Cintron
2/14/2023

1           that question, please.

2                   MS. ULAK:  I asked what the

3           disciplinary action was.

4                   MR. GREEN:  Okay, thank you.

5                   THE WITNESS:  The sergeant would

6           blatantly disobey my orders to carry out

7           anything and that's -- that's when I found

8           that he was going to see Sullivan because the

9           sergeant had told me, and when I asked him why

10          was he at Sullivan's office he said well, he

11          told me not to tell you that, you know, I was

12          going to go see him and then that became an

13          every week situation where the sergeant would

14          leave to go meet with Sullivan.

15                  And then because Sullivan told me not

16          to take any actions against him he would

17          basically -- started, you know, just being

18          blatantly disrespectful, blatantly disobeying

19          my orders, making it harder for me to do my

20          job, but the sergeant was being disciplined

21          because he used to disappear and I would find

22          out that he'd be playing golf all day on City

23          time with Board members.

24                  He had been there for so long that this

Evelyn Cintron
2/14/2023

1           is what he was doing.  The sergeant was also

2           disgruntled because we used to get tickets

3           donated to us by the different teams which

4           we're supposed to be distributed to the kids

5           or the officers that work PAL, but these

6           tickets would disappear, hundreds of tickets

7           would disappear under the, you know, under the

8           sergeant's oversight.

9                     So I reassigned that task to someone

10          else, Officer Younger to start overseeing and

11          making sure that the -- the gifts that we were

12          receiving were properly distributed and the

13          sergeant was upset about that.

14                    Just a lot of things that the sergeant

15          was doing that was in violation of police

16          department policy.  One of them being paying

17          the officers under the table for PAL events.

18                    Along with Ted Qualli paying the

19          officers under the table for PAL-related

20          events as opposed for the officers to get paid

21          their rightful salary and go through police

22          finance.

23     BY MS. ULAK:

24          Q.    I'm sorry, Ms. Cintron, I may not have

1   understood you, were you saying that Sergeant Faust

2   and Ted Qualli were both paying officers under the

3   table for PAL events?

4          A.    Yes.

5          Q.    How was Sergeant Faust paying people

6   for PAL events under the table?

7          A.    He would coordinate for the officers to

8   show up at PAL events that were done during the

9   weekend.  Officers work Monday through Friday, not

10  the weekends, so whenever they planned -- they had

11  several events that they planned throughout the year

12  for them to work on the weekend and instead of going

13  through police finance, they were paying the officers

14  $25 under the table to go work these events.

15         Q.    $25 for the whole event, sorry?

16         A.    $25 as opposed to their rightful

17  salary, and I spoke to -- to Paterson about it as

18  well as Sullivan about it and explained that they

19  were going through finance, Sunny Li and Ted Qualli

20  told me that he had filed to go through finance but

21  the finance never got back to them, and when I spoke

22  to someone in finance finance told me that they

23  didn't have any record of PAL trying to do, you know,

24  like do -- I forget what it's called, to get

1    reimbursed, a reimbursement account and that they had

2    no record that PAL ever did that.  And DC Paterson

3    called me and told me the same thing and he was upset

4    because they hadn't reimbursed the City for some

5    money that they owed the City and then they were

6    paying them to do certain events instead of going

7    through finance, paying the officer like that.

8                So I stopped that and I said hey, we

9    need to do this the correct way, we need to go

10   through finance and establish an account, and the

11   officers by contractual agreement are not allowed to

12   work in uniform on their days off because then it's

13   considered on duty, and they didn't understand that.

14   They were upset that I was changing the process of

15   how they pay these officers, so that was another

16   concern and Paterson --

17        Q.    Can you just back up, can you repeat

18   what you were saying?  You cut out again.

19        A.    Paterson was really upset about how

20   they were doing this and he said that from now on,

21   unless it's going through police finance that he was

22   going to allow the officers to work these events.

23        Q.    Did they start going through police

24   finance?

Evelyn Cintron
2/14/2023

```
 1          A.      They never went through police finance.
 2    So a year later -- when Sullivan was in place, they
 3    wanted to do then but they still hadn't gone through
 4    finance and that was like another issue we were
 5    having.  My job there was to make sure that people
 6    were following policy and that the instructions I got
 7    from Commissioner Ross was to straighten things out
 8    over there because there was a lot of violation of
 9    policies that he wanted me to correct, and my job was
10    to make sure that they were following policy, but I
11    had no idea that this was going on until I got there.
12          Q.      You say following policy, whose policy?
13          A.      Departmental policy.
14          Q.      Okay.  And who has to follow
15    departmental policy?
16          A.      The officers.
17          Q.      Okay.
18          A.      And the sergeants.
19          Q.      Thank you.
20          Do PAL employees have to follow
21    departmental policy?
22          A.      They're not directly responsible to
23    follow departmental policy.  But as I explained to
24    Ted and the Board, I cannot compel the officer to do
```

1  something that's in violation of departmental policy.

2       Q.      I think you cut out again.  Am I

3  understanding correctly that you were saying you

4  cannot compel an officer to do something in violation

5  of departmental policy?

6       A.      Yes.

7       Q.      And just to be clear, PAL is not

8  subject to police department policy?

9       A.      No, they're civilian staff.

10      Q.      Okay.  And civilian staff are not

11  subject to departmental policy?

12      A.      No.  The only thing they're responsible

13  for and Ted and I spoke about it was to make sure

14  that whatever they were doing involving the officer

15  was within the scope of our policies.

16      Q.      So you testified that Commissioner Ross

17  appointed you to be the commanding officer of PAL and

18  that you wanted -- he wanted you to straighten things

19  out.  What did he mean by that?

20      A.      He just made the comment that the

21  officers over there were doing -- were doing whatever

22  they wanted and that he needed me to go over there

23  and make sure they were following policy and

24  complying with, you know, departmental policy and

Evelyn Cintron
2/14/2023

1   contractual agreements and that's what I did.

2        Q.     You testified a few minutes ago about

3   concerns you had about Sergeant Faust, did you ever

4   report him to Internal Affairs?

5        A.     I wrote him up several times.  I gave

6   him counseling forms and I discussed it with Paterson

7   and Sullivan.  Paterson would explain to him -- and

8   they called both sergeants to the office and told

9   them they better straighten out.  Commissioner Ross

10  and Deputy Commissioner Paterson told them you guys

11  need to jump on board and stop acting like fools and,

12  you know, you all need to start complying, you know,

13  with the lieutenant.  And I was about to write

14  Sergeant Faust up when Sullivan took over but I was

15  instructed to leave him alone.

16       Q.     And who you instructed you to leave him

17  alone?

18       A.     Deputy Commissioner Sullivan.

19       Q.     Okay.  And did you -- just so we're

20  clear, you never reported him to Internal Affairs,

21  correct?

22       A.     No, I reported him to my commander and

23  I went to Sullivan to seek his advice and he told me

24  leave him alone, don't do nothing and leave him

Evelyn Cintron
2/14/2023

1  alone.  By then the sergeant had been visiting

2  Sullivan every week and would come back and laugh

3  about it and say oh, he's my buddy now loudly for me

4  to hear.

5       Q.     When did Joe Sullivan take over PAL?

6       A.     When he got promoted I was called

7  through Deputy Commissioner Paterson to his office

8  and he informed me that Deputy Commissioner Sullivan

9  wanted to have oversight over PAL, and he

10  expressed which is fine by me because it's less work

11  for me if he wants to do my job and take over that

12  unit.  And I immediately told Paterson given the

13  conversations I had with Robert Rabena and Bernie

14  Prazencia about Sullivan, that it would be a conflict

15  of interest for Sullivan to oversee PAL and Paterson

16  reiterated, let's just see what happens.  It's a load

17  off me and if he wants to overtake PAL -- oversee

18  PAL, then he can have it.

19       Q.     When Deputy Commissioner -- when Joe

20  Sullivan was promoted to deputy commissioner, what

21  did he become the deputy commissioner of, do you

22  remember?

23       A.     He was deputy commissioner of

24  operations.  I believe it was -- of patrol.  It might

1    have been patrol.  To be honest with you, patrol

2    bureau -- it's all confusing now.

3         Q.    That's okay.

4         A.    He definitely was not in charge of PAL,

5    PAL wouldn't have fell under his jurisdiction.

6         Q.    PAL would or would not have fallen

7    under his jurisdiction?

8         A.    Would not have fallen under his

9    jurisdiction because I think he might have been

10   patrol.  He was deputy commissioner of patrol

11   operations.

12        Q.    Okay.  What was Myron Paterson deputy

13   commissioner of?

14        A.    He was deputy commissioner -- he was

15   second in command, I can't remember what he was in

16   charge of.

17        Q.    When Joe Sullivan got promoted, did

18   Myron Paterson also get promoted?

19        A.    No.

20        Q.    Myron Paterson stayed in the same

21   position?

22        A.    Yes.

23        Q.    Did Joe Sullivan only work with PAL as

24   deputy commissioner?

Evelyn Cintron
2/14/2023

```
1         A.     No.

2         Q.     Do you know what else Joe Sullivan

3   oversaw?

4         A.     He was deputy commissioner of patrol,

5   so he would have been in charge of all the districts

6   and, you know, anything pertaining to patrol

7   operations.

8         Q.     For how long did you work for Joe

9   Sullivan?

10        A.     I would say about a year.

11        Q.     How was your working relationship with

12  Joe Sullivan?

13        A.     We did not have a good working

14  relationship because immediately when he began to

15  oversee PAL he was meeting with the Board, and every

16  time I would go talk to him he would literally be so

17  dismissive about anything that I had to say that on

18  one occasion he's rolling his eyes back, he's making

19  all these like bothering gestures as opposed to

20  having some concern about the concerns I was bringing

21  to him.

22               And he started telling me let them do

23  whatever they want. He stopped the Memorandum of

24  Understanding that was supposed to be implemented
```

1  ordered by Ross and everything that they complained

2  about they got, even though, you know, it was not in

3  the best interest of the police department.

4       Q.    What was the Memorandum of

5  Understanding supposed to accomplish?

6       A.    When I first arrived at PAL, I was

7  there like a week or so, actually a couple of days,

8  they brought this to my attention almost immediately.

9  Sunny Li and Ted Qualli approached me with a policy

10  that they were trying to implement.  The policy --

11  when I read the policy, I understood it to be that

12  everything would eventually lead up to Ted's

13  decision, final decision on everything.

14       Q.    Hang on a second.  Can you repeat that?

15       A.    That Ted Qualli and Sunny Li brought to

16  my attention a policy that they said the Board wanted

17  implemented and they -- and basically when I read the

18  policy it basically would take the commanding officer

19  out of the equation, ultimately every decision would

20  filter back to Ted Qualli as a director for final

21  say.

22            So I was concerned about the policy and

23  the way that it read and I went to deputy -- I mean

24  to Commissioner Ross and Deputy Commissioner Paterson

1    who called a meeting, they reviewed the policy and

2    they told me that I was right not to sign that policy

3    and Commissioner Ross had called in a meeting with

4    Robert Rabena, Bernie Prazencia, Ted Qualli, myself,

5    Deputy Commissioner Paterson and his legal advisor

6    Fran Healy.  At this meeting they discussed the

7    policy, Commissioner Ross said that, you know, that

8    the way the policy read it was literally taking the

9    police department out of the equation allowing for

10   complete oversight by PAL and -- which was not

11   conducive to the police department.

12                At which time he told his legal advisor

13   to draft a Memorandum of Understanding because

14   apparently there was nothing ever in place explaining

15   what each party was supposed to be doing.  During

16   that meeting they also went over my job as the

17   commanding officer and Ted Qualli's job as a director

18   and how we were supposed to be working together and

19   that this policy would literally take me out of the

20   equation.

21                So he ordered that Memorandum of

22   Understanding.  It was being processed.  It took a

23   long time.  They were working with the City

24   Solicitor, I believe the person prior to you and --

1    to draft this Memorandum of Understanding.

2              The Memorandum of Understanding finally

3    came out around the same time that there was an issue

4    at PAL with civilian staff and a police officer.

5    When we went to Bernie Prazencia's office, Sullivan

6    and I, he wanted me to meet him at Ronald Rabena's

7    office -- I mean Bernie Prazencia's office 6 ABC, and

8    we went there Sullivan looked at Ron Rabena and

9    Bernie Prazencia and said don't worry about it, that

10   MOU is not going anywhere as, you know, he flagged

11   me.  It was like, oh, don't worry about it it's not

12   going anywhere, he flagged me.  And after that I

13   don't know what happened with the MOU because it was

14   never implemented.

15             Prior to that he told me to stay out of

16   it and when I called Fran Healy, before Sullivan told

17   me to stay out of it, Fran Healy explained to me that

18   he was taken off of it also because Sullivan said

19   that he will oversee it from that moment on and he

20   was instructed not to be bothered with it.

21             So when I called Sullivan, that's when

22   he told me forget about the MOU, you're no longer

23   involved in that and then the meeting took place that

24   I just explained.  And I don't know whatever happened

1    to the MOU and why Commissioner Ross' orders were

2    being ignored.

3         Q.    You said that Joe Sullivan flagged you,

4    what do you mean by that, what is flagging?

5         A.    It's a gesture, you know, like when you

6    take your hand and kind of like what she has to say

7    doesn't matter.  He looked at me and said what she

8    has to say doesn't matter, and he also -- that same

9    day he said -- he also told Ron Rabena about the

10   transfer.  He was like don't worry about it, that's

11   going to happen.  He was being very dismissive and

12   rude to me at the meeting and just letting them know

13   the MOU is not going anywhere and who's this kid you

14   want at PAL, consider it done.  You know, like he was

15   very dismissive of me at this meeting.

16        Q.    Okay.  Ms. Cintron, you've kind of said

17   a lot of things in the last few minutes of your

18   testimony so I'm going to have to kind of back up,

19   and I'm sorry because I think there's going to be a

20   lot of jumping around here.

21             Okay.  You had testified that the

22   impetus for the MOU was that there was going to be

23   this policy that PAL had proposed, that they wanted

24   you to sign off on and it would give them complete

Evelyn Cintron
2/14/2023

1    oversight of PAL and it was not conducive to the

2    police department.  Did I get that correct?

3           A.     Right, because the way that it was

4    structured, all the decisions, the final decisions

5    would line with Ted Qualli.

6           Q.     And what decisions were those; what

7    types of decisions?

8           A.     According to the policy it would have

9    been everything because every department would have

10   gone for his final say.

11          Q.     Well, and I know that -- I understand

12   what you're saying but I need you to be specific, you

13   say everything, is that funding?

14          A.     It was everything, programs.

15   Everything that we did at PAL would have been

16   filtered through his staff ultimately him being the

17   final decision maker.  So in essence as the

18   commanding officer I had people subordinate staff to

19   me that I would have to go to to get permission to do

20   stuff.

21          Q.     Okay.

22          A.     Ted, at his level, could make the final

23   decisions.  So even if I requested anything it would

24   have gone to Ted for final decisions.

Evelyn Cintron
2/14/2023

```
1        Q.     You say a subordinate staff, do you
2   mean PAL civilian staff?
3        A.     It would have been PAL civilian staff
4   who have a lesser authority within the structure that
5   I do, yes.
6        Q.     Okay.  But to be clear, PAL civilian
7   staff are not employed by the City of Philadelphia?
8        A.     No.
9        Q.     And they're not police officers,
10  correct?
11       A.     No.
12       Q.     But so --
13       A.     What I'm trying to explain is that, I'm
14  in charge -- for instance, if I'm charge of the
15  programs team, why would I go downward to get
16  authority from someone to do something that I'm
17  trying to do who's reporting to me on that team even
18  though they're civilians they're working with me on
19  that programs team.
20       Q.     Okay.  The programs team you testified
21  though, they're not City of Philadelphia employees,
22  right?
23       A.     There were some officers and some
24  civilians.
```

Evelyn Cintron
2/14/2023

1          Q.      Okay.

2          A.      But if Ted and I are supposed to be in

3    charge of PAL, my question is why do I have to go to

4    one of his subordinate staff to get permission only

5    for Ted to have final authority anyway?

6          Q.      Okay.

7          A.      It should have been my decision and his

8    decision as final authority.

9          Q.      Okay.  And this is for things like

10   programming?

11         A.      Everything PAL according to what they

12   told us we were supposed to be doing.

13         Q.      Okay.  Again, I ask for things like

14   programming, right?

15         A.      Yes.

16         Q.      Is that for things like how -- where to

17   allocate a budget?

18         A.      We -- yes.  Like budget, everything,

19   everything PAL.

20         Q.      Is that for things like how to --

21   Ms. Cintron, I'm asking a question.

22                 Is that for things like approving

23   capital improvements to a building?

24         A.      It had to do with everything pertaining

1  to PAL, the finances, programming, what we're going

2  to do this year, what fundraisers we're going to do,

3  how we're going to do them.

4          Q.    Is there any documentation or

5  literature that you received when you were appointed

6  commanding officer of PAL that laid out your job

7  description and duties as commanding officer?

8          A.    No, but when they try to implement that

9  policy, that's what the MOU was supposed to do.  It

10  was supposed to outline who had authority over what.

11          Q.    Okay.

12          A.    And it was discussed at the meeting

13  that Ted and I had equal authority, not him more than

14  me because he worked for the Board.  We had equal

15  authority over all things PAL which Commissioner Ross

16  made very clear at the meeting and it was supposed to

17  be implemented in the Memorandum of Understanding.

18  They did not want the Memorandum of Understanding to

19  take place and they were really upset about it.

20          Q.    You said Commissioner Ross at the

21  meeting, what meeting?

22          A.    The meeting where he called Bernie

23  Prazencia, Ron Rabena, Ted Qualli, myself, his legal

24  advisor about the policy they were trying to

Evelyn Cintron
2/14/2023

```
1    implement.

2         Q.    When did that meeting take place?

3         A.    2017.

4         Q.    And where did it take place?

5         A.    Commissioner Ross' office.

6         Q.    And were Ted Qualli, Ron Rabena and

7    Bernie Prazencia all physically present at that

8    meeting?

9         A.    Yes.

10        Q.    You testified about an issue at PAL

11   between civilian staff and a police officer, what was

12   the issue?

13        A.    They began fighting over the use of a

14   computer -- a computer.

15               (Technical difficulties.)

16   BY MS. ULAK:

17        Q.    I'm sorry, you have to repeat that.

18        A.    They were arguing about the use of a

19   computer.

20        Q.    Who is the police officer?

21        A.    Officer Klayman and Chase Trimmer.

22        Q.    When did that happen?

23        A.    Also 2018.

24               MS. ULAK:  At this point I like to
```

Evelyn Cintron
2/14/2023

```
 1         request a five-minute comfort break if that's
 2         possible.
 3               MR. GREEN:  I'm sorry.
 4               MS. ULAK:  I would like to request a
 5         five-minute comfort break.
 6               MR. GREEN:  Oh, sure.
 7               MS. ULAK:  I think our court
 8         reporter would like one.
 9               MR. GREEN:  Oh, absolutely.
10               THE VIDEOTAPE OPERATOR:  The time is
11         11:39 a.m.  We are off the record.
12                     *  *  *  *  *
13               (Whereupon, a brief recess was taken.)
14                     *  *  *  *  *
15               THE VIDEOTAPE OPERATOR:  The time is
16         11:54 a.m. and we are back on the record.
17   BY MS. ULAK:
18         Q.    Okay.  Ms. Cintron, before we took a
19   break you had mentioned -- excuse me, I'm sorry.
20   Before we took a break you had mentioned an issue
21   that occurred between a police officer and a power
22   play over the use of a computer and you had testified
23   that it had happened in 2018.  If I submitted to you
24   that this may have happened in 2017, would that seem
```

Evelyn Cintron
2/14/2023

```
1   correct to you?

2        A.    No.

3        Q.    So what had happened in this incident,

4   do you recall?

5        A.    I was in my office and I heard yelling

6   between Chase Trimmer and Officer Klayman and when

7   I -- we came out of the office, they were arguing and

8   I instructed both of them to stop, which they did and

9   basically they were arguing over the use of a

10  computer.

11       Q.    You said we, were you with somebody?

12       A.    Yes, I was in a meeting -- I was in a

13  meeting with Sergeant Faust and Cassandra Harris

14  about an upcoming event.

15       Q.    You testified you were a meeting with

16  Sergeant Faust was that?

17       A.    Yes.  Sergeant Faust was in the office

18  and Cassandra Harris was in my office and we were

19  talking about an upcoming event.  She was filling --

20  Cassandra Harris was filling us in about an event

21  that was taking place.

22       Q.    You heard yelling and you went to see

23  what was happening?

24       A.    Yeah, I came out of the office to find
```

1  out what was going on.

2        Q.    And how did the fight resolve?

3        A.      They argued.  I told them be quiet,

4  they did, stop arguing.  And they had like a few

5  final words and then I called -- I told the sergeant

6  to deal with the officer and pull him in to my

7  office.  I called Ted Qualli to discuss the situation

8  with him because it was involving one of his staff, a

9  person that reported to him, and Ted Qualli was not

10 answering my phone calls.

11             And the next thing you know I'm getting

12 a call from the deputy because the Ted Qualli spoke

13 to him directly without discussing anything with me

14 and he ends up calling a meeting with his staff

15 telling them to go home because Officer Klayman

16 carries a gun and he basically prompted -- I wouldn't

17 say hysteria, but like people that were not even

18 there or were aware of the incident were -- they were

19 all sent home.

20       Q.    Okay.  Did that all happen on the day

21 of this incident?

22       A.    Yes.

23       Q.    Who is David Klayman?

24       A.    He used to be my assistant.

Evelyn Cintron
2/14/2023

```
 1              Q.      Okay.  And for whom did he work?

 2              A.      He was a police officer.

 3              Q.      And what was your relationship with

 4     him?

 5              A.      He worked for me.  He was my assistant.

 6              Q.      What did he do for you as your

 7     assistant?

 8              A.      He would get crime data for me, run

 9     errands for PAL, coordinate events if the --

10                      (Technical difficulties.)

11     BY MS. ULAK:

12              Q.      Hang on.  Hang on.  Hang on.

13                      Can you repeat that?

14              A.      The whole thing?

15                      MS. ULAK:  Let's go off the record for

16              a second.

17                      THE VIDEOTAPE OPERATOR:  The time is

18              11:58 a.m. We are off the record.

19                              *  *  *  *  *

20                      (Whereupon a discussion was held off

21              the video record only.)

22                              *  *  *  *  *

23                      MS. ULAK:  Ms. Cintron, you're having

24              significant hearing issues.  Is everybody else
```

Evelyn Cintron
2/14/2023

```
1        having issues with this?

2              MR. GOLDEN:  I don't see the witness

3        right now.  She's frozen.

4              MR. GREEN:  Maybe if she dials in, that

5        might improve the overall signal from her end.

6              MS. ULAK:  That might be a better

7        option.

8                      *  *  *  *  *

9              (Whereupon, a brief recess was taken.)

10                     *  *  *  *  *

11             THE VIDEOTAPE OPERATOR:  The time is

12       12:07 p.m. and we are back on the record.

13             MS. ULAK:  Ms. Schumann, do you mind

14       rereading my last question?

15                     *  *  *  *  *

16             (Whereupon, the requested portion of

17       the testimony was read back by the court

18       reporter.)

19                     *  *  *  *  *

20             THE WITNESS:  He was the administrative

21       assistant.  He primarily worked on the mapping

22       analysis, crime data, getting -- he ran some

23       PAL-related, you know, runs, picked stuff up,

24       he organized some of the -- helped some of the
```

Evelyn Cintron
2/14/2023

```
 1            organized events, he was on the programs team

 2            and things of that nature.  He handled all the

 3            paperwork that I had to turn in to the City,

 4            like if we had any memos to do, if we had any

 5            -- anything like that to do, overtime.  He

 6            managed overtime, making sure that it was on a

 7            rotating basis.

 8   BY MS. ULAK:

 9            Q.    You say he managed overtime making sure

10   it was on a rotating basis, was he the one that would

11   assign overtime to the officers?

12            A.    No.

13            Q.    Okay.

14            A.    The sergeant would do that, but when I

15   got there it was not equally distributed, so his job

16   was to check the reports to make sure that we were on

17   a rotating basis and that everyone got equal amount

18   of overtime.

19            Q.    Okay.  When did he join PAL?

20            A.    A few months after I arrived.

21            Q.    Was somebody that he brought on or was

22   he brought into PAL by somebody else?

23            A.    I spoke to -- Paterson told me I could

24   have an assistant and he told me to pick someone and
```

Evelyn Cintron
2/14/2023

1    because he was worked at the 25th District and did a

2    great job there I picked him as second choice because

3    my first choice couldn't come.

4            Q.    Who was your first choice?

5            A.    Mulholland, Officer Jimmy Mulholland

6    (ph.)

7            Q.    And why couldn't he come?

8            A.    Because his wife was a nurse at

9    St. Christopher's Hospital, which is in close

10   proximity to the 25th District, they had the same

11   hours and they would travel to work together and

12   leave together, so when he found out that PAL worked

13   evening hours or afternoon hours, he told me he

14   couldn't do it.  He couldn't change his shift.

15           Q.    Okay.  And when Officer Klayman joined

16   that was when you were able to ensure that overtime

17   was being distributed on a rotating basis?

18           A.    Yeah, I would give him assignments.

19   Since we have so many events and so many programs

20   going on and I had to visit centers and all of that,

21   he would monitor that stuff for me like an

22   administrative assistant would.

23           Q.    Okay.  What hours did he work for PAL?

24           A.    It depends.  PAL -- his hours were in

1   the morning like eight to five or nine to five,

2   whatever it was, and -- but if I had to switch to

3   night work because we had events that he was

4   assisting with, he would work in the afternoons as

5   well.  So it just depends like what was going on at

6   PAL.

7          Q.     Okay.  Was he able to work flexible

8   hours?

9          A.     No, he wasn't able to work flexible

10  hours.  He went by the schedule, primarily my

11  schedule which was all kinds of different times

12  because he was my assistant.

13         Q.     Did he essentially work when you

14  worked?

15         A.     Yes.  And sometimes when I worked the

16  afternoon, he will work the morning because he had

17  stuff to do in the morning.  So it just depends on

18  what was going on in the unit.

19         Q.     Okay.  After the incident with the

20  civilian, did he continue working at PAL?

21         A.     No, Sullivan had him transferred.

22         Q.     Where was he transferred to?

23         A.     Neighborhood services.

24         Q.     Okay.  Did Sullivan request that you

Evelyn Cintron
2/14/2023

1    transfer him out?

2         A.     No, he just did it.

3         Q.     Okay.  To your knowledge, was he ever

4    disciplined for the incident with the civilian?

5         A.     I'm not sure if he was disciplined or

6    not.

7         Q.     To your knowledge, does he still work

8    for the police department?

9         A.     To my knowledge, he graduated from

10   college and he left the job shortly thereafter.

11        Q.     Earlier you had testified about

12   somebody having a desire to bring an officer into

13   PAL.

14        A.     Yes.

15        Q.     And I wanted to know if you could

16   elaborate on that again.

17        A.     From the moment I met Ron Rabena, he

18   was asking me to do him a favor and have an

19   individual transferred into PAL.  First he said it

20   was a relative, then he said it was a family friend,

21   so I don't know exactly what's the relationship there

22   because he said different things at different times

23   pertaining to what kind of relationship they had.

24              I told him that I would look into the

1    transfer list to see if this individual was on the

2    list.  He was not on the list, so I told him have him

3    submit his paperwork and when I looked into this

4    individual he had less than two years on the job.  He

5    did not have the points necessary to transfer and he

6    did not have the experience nor was he doing anything

7    in the community to indicate that he was

8    community-oriented which is required being at PAL.

9         Q.    Ms. Cintron, I'm sorry to interrupt you

10   but I just want to ask this question, what is this

11   individual's name?

12        A.    It's in the paperwork that we submitted

13   for discovery, but I can't recall his name right now

14   to be honest with you.

15        Q.    Okay.  All right.

16        A.    I know he was in the 17th -- I know he

17   was in the 17th District.

18        Q.    All right.  Continue.

19        A.    So I explained to Ron Rabena that it

20   would be hard for me to transfer him in and it would

21   be unfair for me to transfer him in given that he did

22   not meet the criteria for transfer.  Even though I

23   told him that he would still ask me every time I saw

24   him, come on lieutenant, do me that favor, have him

1  transferred in and what have you, and I told him I

2  don't have the authority to transfer someone in

3  without properly -- without showing that they met the

4  criteria and that it was beyond -- you know, above my

5  level to do something like that.

6              At what which time I got a call from

7  Captain Francis which is -- which was at the time, I

8  don't know if she's still there, the captain of the

9  17th District and she said -- she mentioned Ron

10  Rabena, that Ron Rabena had called her, that this

11  officer worked for her and that he was a good kid and

12  she was recommending him, and I explained to her the

13  same thing I explained to Ron Rabena.

14              The next thing I know my officer from

15  the 17th District PAL called me and asked me why was

16  this kid working at the center -- assigned to the

17  center by Captain Francis which I didn't know that

18  this officer was working there.

19              So I spoke to the officer and I said

20  no, he was basically asking me did I approve for this

21  to happen and I said no, I had no idea that she was

22  assigned there.  And when I called Captain Francis, I

23  explained to her that all the officers at PAL because

24  they're dealing with kids they have to go through a

Evelyn Cintron
2/14/2023

1  background check and that this officer would not fall

2  under any PAL protection or -- because they're

3  working there and they're not supposed to even be

4  there, and I told her that she needed to reassign her

5  officer back -- back to her district.  Basically she

6  was carrying the officer as being at work, but in

7  reality she was sending him to work at the PAL center

8  every day.

9        Q.    You say Captain Francis, what's Captain

10 Francis' first name?

11       A.    I don't know her first name.  I know

12 her as Captain Francis.

13       Q.    Okay.  And to be clear, you don't

14 recall the name of the individual even though that

15 person was being placed in PAL centers to work,

16 correct?

17       A.    Yeah, I can't recall now, you know,

18 it's been a while.

19       Q.    Okay.

20             (REQUEST)

21             MS. ULAK:  I'm just going to make a

22        request on the record that somebody provide me

23        with the name of that individual.  I don't see

24        it in my file, but I know that this matter had

1          been transferred to me, so, you know, it's

2          very possible it was sent earlier and I just

3          don't have it.  So I would just kind of

4          request that Ike's office resend it to me,

5          okay?

6                    MR. GREEN:  I don't have it -- I mean I

7          don't have it.

8                    MS. ULAK:  Okay then.  All right.

9                    THE WITNESS:  So after I spoke to

10         Captain Francis, I get a call from Council

11         President Daryl Clark who also mentioned Ron

12         Rabena, that Ron Rabena had given him a call

13         and asked him to call me about this

14         individual, and I explained to him the same

15         thing that I explained to Rabena, as well as

16         Captain Francis and he said to me you need to

17         transfer this kid or I'm going to start making

18         some calls about you starting with

19         Commissioner Ross and he was pretty much --

20         the way I took it was a threat that I was

21         going to be blackballed, you know, or whatever

22         if I didn't do this favor.

23                    And at that point I told him, well,

24         Commissioner Ross would be in the position to

1          transfer this individual if he wanted to, so

2          that's what you're going to have to do because

3          I don't have the authority to do that.  And he

4          called -- I think later on when I saw

5          Commissioner Ross at an event he mentioned

6          that Lieutenant Clark had called him, but he's

7          like I don't want to hear that nonsense, you

8          know, if he don't qualify to go over there

9          he's not going.

10              And when Sullivan -- later on I spoke

11         to Sullivan about it and Sullivan didn't say

12         nothing when me and him spoke about it until

13         we went to a meeting and we were supposed to

14         discuss the MOU and that I mentioned earlier,

15         the same meeting that I mentioned earlier and

16         at that time he told Ron Rabena in my presence

17         about that transfer, that kid you want, we

18         need new kids in the unit.  He said consider

19         it done.

20              And that's when he was becoming really

21         disrespectful and, you know, doing all these

22         gestures with his hand as to disregard what I

23         had to say.

24    BY MS. ULAK:

Evelyn Cintron
2/14/2023

```
 1          Q.     Okay.  I want to unpack this a little
 2    bit more.
 3                 Before Joe Sullivan became deputy
 4    commissioner and took over PAL, were you getting
 5    pressure to bring this individual, whose name you
 6    can't remember, into PAL?
 7          A.     Yes.
 8          Q.     Okay.  Did that start pretty early into
 9    your tenure as commanding officer at PAL?
10          A.     Yes.  However, Sullivan had -- once he
11    came in he informed the PAL -- the PAL, I mean,
12    Bernie Prazencia and Ron Rabena that he would make it
13    happen.  He abused his authority and said he would
14    make it happen regardless of the decision I had made.
15          Q.     Okay.  And just to be clear there was
16    no question pending, but what I'm going to ask you
17    now is, for approximately two years while you were
18    commanding officer of PAL, you reported to Deputy
19    Commissioner Paterson; is that correct?
20          A.     Yes.
21          Q.     Okay.  And it was during this time that
22    you were getting pressure to move this individual
23    into PAL?
24          A.     During the time -- it started with
```

1  Paterson.  I can't pinpoint the date, but it started

2  when I was working -- when Paterson oversaw PAL.  I

3  wouldn't say it was two years, like I can't pinpoint

4  the date, but it started when I reported to Paterson.

5       Q.    Okay.  And then when Sullivan took

6  over --

7       A.    And I don't mean to cut you off, but

8  when I explained to Paterson what was going on, he

9  said if he doesn't qualify to come to PAL then

10  they -- they better not call me about it, you know.

11      Q.    Yes.  And if I'm understanding your

12  previously testimony correctly after you Council

13  President Clark called you, Commissioner Ross also

14  agreed with the fact that he did not qualify and to

15  not be transferred in; is that correct?

16      A.    They didn't agree -- well, I won't

17  say -- what I'm trying to explain is that he didn't

18  qualify which is why I couldn't make -- put in

19  paperwork to have him transferred in because it would

20  have been declined from the upper ranks.  When I

21  spoke to Paterson who informed Ross, they told me

22  that if the kid didn't qualify then not to worry

23  about it because I wasn't doing anything wrong.

24              It wasn't until Sullivan got into

Evelyn Cintron
2/14/2023

1  office -- became oversight over PAL that he said

2  basically it doesn't matter what the lieutenant has

3  to say, we need new people at PAL and don't worry

4  about it, consider it done.  He told Ron Rabena.

5          Q.     And did that individual get moved into

6  PAL?

7          A.     From my understanding, yes, after

8  enough -- or when I went out on leave.

9          Q.     Okay.  So that was over a year later;

10  is that right?

11         A.     I don't know the dates, so I don't know

12  the date that he got transferred in.

13         Q.     Okay.  Let me ask it this way, you

14  worked for Joe Sullivan for approximately a year,

15  right?

16         A.     Uh-huh.

17         Q.     Yes?

18         A.     Yes.

19         Q.     And after you went out on leave, this

20  individual transferred into PAL, right?

21         A.     Some time between the time that I went

22  on leave and had to leave the job, yes.

23         Q.     Is that between when you went out on

24  leave and when you retired?

1          A.     Yes.

2          Q.     And so that would have been over a year

3    after Joe Sullivan took over as the deputy

4    commissioner overseeing PAL, am I understanding that

5    correctly?

6          A.     The meeting took place as soon as he

7    went to PAL.

8          Q.     Okay.  So --

9          A.     I don't know -- I can't speak for when

10   the kid was transferred because I don't know the

11   date.

12         Q.     Well, I'm not asking you for the date.

13   I'm asking you if it would have been over a year

14   between that first meeting taking place and when this

15   individual was transferred into PAL?

16         A.     That's what I'm saying, I was out for

17   almost a year, so I don't know where in that process

18   did he transfer in.  It could have been a year, it

19   could have been six months after I went on leave, I

20   don't know.

21         Q.     Did you go on leave a year after Joe

22   Sullivan took over PAL?

23         A.     Maybe approximately, yeah.

24         Q.     So, again, would you agree with me that

Evelyn Cintron
2/14/2023

1    it had to have been at least a year between that

2    first meeting in which you testified that Joe

3    Sullivan said that this individual would be

4    transferred into PAL and when that individual was

5    actually transferred into PAL, it would have been at

6    least a year, right?

7                    MR. GREEN:  Objection.  She's trying to

8         avoid guessing.

9                    MS. ULAK:  I would prefer -- I would

10         prefer you not offer a speaking objection.

11                    You can answer the question.

12                    MR. GREEN:  If you know.

13                    THE WITNESS:  I don't know when he got

14         transferred in, so I would say maybe a year,

15         yes, I don't know.

16    BY MS. ULAK:

17         Q.    Okay, fine.  After that first meeting

18    where Joe Sullivan said that that individual would

19    get transferred into PAL, did you ever discuss it

20    with Joe Sullivan?

21         A.    I had discussed it previous -- previous

22    to that meeting with him so he knew why I couldn't

23    put the paperwork in to have him transferred.

24         Q.    After that meeting did you discuss it

Evelyn Cintron
2/14/2023

1  again?

2       A.    No, because he made it very clear that

3  that was his decision.

4       Q.    Okay.  In your discussion with him

5  before the meeting when you said this is why I can't

6  transfer him in, did he have anything to say in

7  response to that?

8       A.    No.

9       Q.    Were you disciplined at all for not

10 transferring this individual in?

11      A.    No.

12      Q.    While you were the commanding officer

13 of PAL, did you have a City issued cell phone?

14      A.    Yes.

15      Q.    Were there ever any issues with your

16 connectivity with the City issued cell phone?

17      A.    Yes.

18      Q.    Can you tell us a little bit about

19 those issues?

20      A.    The phone would not work and I had a

21 switch it twice.  Like there was an issue with the

22 line, I don't know what was going on, but I had to

23 turn in the phone because it was not working

24 properly.

Evelyn Cintron
2/14/2023

```
1                   I took it once before Sullivan to get
2  fixed, they gave it back to me and when Sullivan took
3  over it was still not working properly so I had to
4  get a new one.
5        Q.    Okay.  Did you have any issues getting
6  it replaced?
7        A.    No, once I took it the second time they
8  replaced it.
9        Q.    If your City issued phone wasn't
10 working, how were people going to be able to reach
11 you?
12                   MR. GREEN:  Can you repeat that?
13                   MS. ULAK:  I'm sorry, I don't think I
14       asked very well.
15 BY MS. ULAK:
16       Q.    If your City issued cell phone was not
17 working, was there another way for people to reach
18 you?
19       A.    No.
20       Q.    Did you have a personal cell phone?
21       A.    I have a personal cell phone but I
22 would leave that at home because I had the City phone
23 while I was at work.
24       Q.    Okay.
```

Evelyn Cintron
2/14/2023

```
1          A.      Or I would leave it in the office to

2   avoid carrying two phones.

3          Q.      For how long was your City issued phone

4   not working?

5          A.      It would get like -- like freeze up on

6   me, so sometimes it would work, sometimes it wouldn't

7   work which is why I took it the first time to get

8   fixed, then they gave it back to me and it was still

9   doing the same thing so I took it back to get it

10  replaced.

11         Q.      I'm going to pull up a document, just

12  give me a one second here.

13                 We'll mark this as City-1.  Hang on a

14  second.

15                 What is happening here?  I'm sorry, I

16  apologize.

17                 All right.  Ms. Cintron, are you able

18  to see my screen?

19         A.      Uh-huh.

20         Q.      Yes?

21         A.      Yes.

22         Q.      Great.  So we're going to mark this

23  document as City-1, I will submit to you that this

24  document is four pages, it is Bates marked Sullivan
```

1    239 through Sullivan 242.

2              I just want to pull your attention to

3    the first page in this document marked Sullivan 239,

4    and I'm just going to give you a minute to read this

5    e-mail.

6         A.    Okay. (Witness complies.)

7         Q.    And you can tell me you're done reading

8    it.

9         A.    Okay.

10         Q.    Okay.  So having looked at this e-mail

11    would you agree that this is an e-mail from Joe

12    Sullivan to you?

13         A.    Yes.

14         Q.    And looking at this e-mail in the

15    second paragraph it states you responded that your

16    City phone has been inoperable for some time and you

17    used your private phone while working.

18              Did I read that correctly?

19         A.    Yes.

20         Q.    Okay.  So would you use your private

21    cell phone while you were working if your City phone

22    was not working?

23         A.    My -- my cell -- when the phone was

24    acting up I had no choice to use my private phone to

1    make police-related phone calls.

2         Q.    Okay.

3         A.    But I never knew when the phone was

4    going to freeze up on me so sometimes I didn't have

5    it on me because I usually keep it in the office.

6         Q.    Okay.

7         A.    But if it was available I would use it.

8         Q.    Okay.  I'm just going to scroll through

9    this, I might be done with this.

10              You know, that's all I have on this.

11   Thank you for clarifying your testimony on this.

12        A.    Okay.

13        Q.    I'm going to stop sharing my screen.

14              Now, Ms. Cintron, I'm actually going to

15   pull up a document that we looked at your first half

16   of your deposition.  This was previously marked as

17   PAL-4.

18        A.    Okay.

19        Q.    I'm just getting it handy.

20              Ms. Cintron, do you recognize this

21   document?

22        A.    Uh-huh.

23        Q.    Yes?

24        A.    Yes.

Evelyn Cintron
2/14/2023

```
1           Q.     Okay.  And you see at the bottom --
2           A.     I have to read -- I have to read it
3    though.
4           Q.     Yeah, of course.  I'm sorry, you tell
5    me if you need me to scroll, okay.
6           A.     Okay.
7           Q.     I'm going to keep scrolling so you get
8    to see --
9           A.     Wait a minute, go back up a little bit.
10   Can you go up a little bit?
11          Q.     Yeah, sure.
12          A.     Right there.
13          Q.     Okay.
14          A.     Okay.  This is the letter that somebody
15   sent that you showed me the first time?
16                 MR. GREEN:  Sharon, can -- Sharon, can
17          you go back to the first -- the very first --
18          the beginning of this particular -- okay.  I
19          see it now.
20                 MS. ULAK:  Again, this was marked as
21          PAL-4 at the October 28th deposition.
22                 MR. GREEN:  Okay, right, okay.
23                 THE WITNESS:  This looks like the
24          letter that they showed me when I went to
```

Evelyn Cintron
2/14/2023

```
 1          the -- to the last deposition.

 2   BY MS. ULAK:

 3          Q.     And prior to going to your last

 4   deposition, had you ever seen this letter before?

 5          A.     Yes, they showed it to me at Internal

 6   Affairs.

 7          Q.     Okay.  Do you know who wrote this

 8   letter?

 9          A.     Nope.  No, I'm sorry.

10          Q.     Okay.  Do you have any speculation as

11   to who wrote this letter?

12          A.     No.

13                 MR. GREEN:  Objection.

14                 THE WITNESS:  No.

15   BY MS. ULAK:

16          Q.     Okay.  I'll take this letter down.

17                 I'm now going to turn your attention to

18   what was previously marked at your deposition as

19   PAL-2.

20                 MR. GREEN:  PAL-2?

21                 MS. ULAK:  Yes, it's the amended

22          complaint.

23                 MR. GREEN:  Okay.

24   BY MS. ULAK:
```

Evelyn Cintron
2/14/2023

1          Q.     Ms. Cintron, can you see my screen

2    here?

3          A.     Yes.

4          Q.     Okay.  So this is the amended

5    complaint.  It was marked as PAL-2, we looked at it

6    at your previous deposition, I am going to bring you

7    down to paragraph 54 of this complaint, so you're

8    going to see me scroll kind of quickly.  And I just

9    want you to take a moment -- I'll take a moment and

10   highlight on here that you read paragraph 54.

11         A.     Uh-huh.  Do you want me to read it?

12         Q.     No.  No, I want to give you the chance

13   to read it and then you tell me when you're done.

14         A.     (Witness complies.)  Okay.

15         Q.     Okay.  So looking at this paragraph it

16   says as she reviewed the anonymous letter, plaintiff

17   immediately recognized the letter contained subject

18   matter which was actually provided to her -- by her

19   to Sullivan exclusively.

20                Are you able to explain what that means

21   in your complaint that you filed?

22         A.     When I looked at the letter I

23   immediately noticed that there was the officers and

24   the persons mentioned in that letter were the

1  disgruntled officers that I was dealing with and I

2  had shared all of this information with Sullivan and

3  ironically they're the same people that are in this

4  letter after Sullivan called Sergeant Faust to his

5  office.

6      Q.    Okay.  So when you testified -- and I

7  just want to be clear, you testified you do not know

8  who wrote that letter?

9      A.    Nope.

10     Q.    Okay.  And you don't have an idea of

11  who might have written the letter, right?

12     A.    Nope.  I just noticed it was

13  disgruntled officers mentioned in that letter that I

14  had mentioned to Sullivan.

15     Q.    Okay.

16     A.    Including the sergeant that I wanted to

17  write-up for what we discussed previously that he

18  told me to leave alone.

19     Q.    Okay.  I'm going to pull this down and

20  we're going to pull up PAL-4 again.  Okay, so I'm

21  going to bring your attention back to PAL-4 and what

22  I'm going to ask you to do is tell me what in PAL-4

23  is information that you provided exclusively to Joe

24  Sullivan?

Evelyn Cintron
2/14/2023

```
 1          A.      The message to Officer Little is
 2    that -- what's in there, in this letter is
 3    inaccurate, but I did mention to him, to Sullivan
 4    that I had to have the sergeant speak to Officer
 5    Little because it was an ongoing investigation and
 6    according to policy they're not supposed to be
 7    discussing an investigation.
 8               But what's in the letter is inaccurate
 9    because I didn't say a lot of the stuff that's -- I
10    didn't say what's in this letter.
11          Q.      Okay.
12          A.      So it seems to me that Officer Little
13    because she had been reprimanded previously and was
14    upset about it, made it up -- made up some lies in
15    this letter, if it was her, I don't know.
16          Q.      Okay.  Saying if it was her do you
17    think it could have been Officer Little who wrote
18    this letter?
19          A.      I don't know if it was her, but I
20    noticed that she -- that what she's saying in the
21    letter or whoever wrote this letter obviously knew
22    that Little was a disgruntled employee.
23          Q.      Okay.
24          A.      Which I had mentioned to Sullivan.
```

1          Q.     Okay.

2          A.     And only to Sullivan.

3          Q.     I also see a mention of Sergeant

4    Pascucci in this letter.  Had you ever discussed

5    Sergeant Pascucci with Joe Sullivan?

6          A.     Yes, I had told Sullivan that I had

7    sent Sergeant Pascucci to inform Officer Little that

8    she needed to refrain from talking about an ongoing

9    investigation, but the letter seems like it was

10   something totally different.

11         Q.     Okay.  What was the ongoing

12   investigation?

13         A.     I thought it was because of the --

14   originally I thought it was because of the argument

15   between the civilian and the officer, but then I got

16   a subpoena saying that I was the target of an

17   investigation.

18         Q.     Well, I'm asking you what was the

19   ongoing investigation that you had Sergeant Pascucci

20   talk to Officer Little about?

21         A.     Like I said originally I thought it was

22   the investigation that we started that we reported to

23   Internal Affairs about officer -- the officer and the

24   civilian having an argument, but later on I received

1  a subpoena that I was the target, so that's what I

2  was referencing to, not about the investigation

3  between the civilian and Officer Klayman because

4  Officer Little -- it was brought to my attention by

5  several officers that Officer Little was going around

6  talking about this investigation to the rest of the

7  officers.

8       Q.   And what was she saying about the

9  investigation?

10      A.   She was trying to get them involved in

11 the investigation by telling them to say things that

12 weren't true and they told her like don't get us into

13 that because that has nothing to do with us, and

14 that's why I told the sergeant tell her that this is

15 an ongoing investigation, that she can't be

16 encouraging people to tell lies or whatever, but I

17 didn't tell him to tell her all of that.  I just told

18 him to tell her that this is an ongoing

19 investigation, that she needs to refrain from talking

20 about an ongoing investigation.

21      Q.   Okay.

22      A.   And that's according to policy, so I

23 didn't tell her anything that I wasn't in my right as

24 a commanding officer to tell her.

Evelyn Cintron
2/14/2023

1          Q.      Okay.  And I want to be clear, you

2     don't know who wrote this letter?

3          A.      Nope.

4          Q.      And you don't have a suspicion as to

5     who wrote the letter?

6          A.      Like I said, because of the names on

7     the letter and the complaint, I'm imaging it was

8     disgruntled employees and since one of them was

9     Sergeant Faust communicating with Sullivan, I don't

10    know where this came from.

11         Q.      Is Sergeant Faust mentioned anywhere in

12    this letter?

13         A.      I don't -- I got to read a little bit

14    more.

15         Q.      Okay.  I'll give you a minute to

16    continue reading it.

17                 MR. GREEN:  Can you scroll it from the

18         beginning?

19                 MS. ULAK:  Okay, I'll start at the

20         beginning.

21    BY MS. ULAK:

22         Q.      And, Ms. Cintron, you tell me when you

23    want me to scroll down, okay?

24         A.      You can scroll down.

Evelyn Cintron
2/14/2023

1          Q.     Okay.

2          A.     No, I don't see Sergeant Faust but I

3   know that Sergeant Faust had met with Officer Little.

4          Q.     Okay.

5          A.     And I also caught Sergeant Faust

6   talking with Keith Falco and mentioned to him -- was

7   talking about his meeting with Sullivan and how --

8   and how they were going to get me out of there.

9          Q.     You saw Sergeant Faust --

10         A.     Sergeant Faust was talking secretively

11  with Keith Falco and Ragucci, Officer Ragucci at

12  Rizzo PAL when I went over there because there was an

13  event that I wanted to attend and I walked through

14  the doors, I overheard them talking in the side

15  office saying the deputy, which is what caught my

16  attention, and Sergeant Faust was laughing and

17  bragging about how they were working on getting rid

18  of me.  And when they saw me, they were surprised to

19  see me and tried -- and pretended to be talking about

20  something else.

21         Q.     Okay.  I just want to be clear about

22  one thing, the stamp -- there's a date stamp

23  on what's been marked as PAL-4, right?

24         A.     Uh-huh.

1        Q.      Yes?

2        A.      Yes.

3        Q.      What's the date on there?

4        A.      October 27, 2017.

5        Q.      Okay.  And I just want to be clear, at

6   the beginning it says October 13, 2017 and -- and

7   does this refresh your memory at all as to when the

8   incident between Officer Klayman and Chase Trimmer

9   occurred, did it occur in 2017 or 2018?

10       A.      It was 2017.

11       Q.      Okay.  Thank you.  I'm going to --

12       A.      This letter surfaced a few weeks after

13   the incident.

14       Q.      Okay.

15       A.      Or a week or two as I recall.

16       Q.      Okay.  I'm going to take this down

17   then.

18               So you had testified that you heard

19   Sergeant Faust speaking with Officers Ragucci and

20   Falco about having you removed from PAL.  When did

21   you overhear that conversation?

22       A.      Shortly after Sergeant Faust started

23   visiting Sullivan on a weekly basis.

24       Q.      When did Sergeant Faust start visiting

Evelyn Cintron
2/14/2023

1    Sullivan on a weekly basis?

2         A.     Yes, and when I spoke to him about

3    jumping the chain of command, Sergeant Faust

4    explained to me that Sullivan told him not to tell me

5    that he was going up there, one.  And two, that he

6    told him to disregard me, you know, and go -- and,

7    you know, he kept calling him to go up there.

8              So in an essence, he was creating this

9    hostile work environment for me because the sergeant

10   became very cocky and very condescending and

11   disrespectful and he would blatantly violate the

12   rules and he would brag about how Sullivan was his

13   buddy and -- and things like that, so it was making

14   it very hard for me to do my job.

15        Q.     Okay.  When did Sergeant Faust start

16   going to these weekly meetings with Deputy Sullivan?

17        A.     After the incident between the civilian

18   and the officer.

19        Q.     So that started in October of 2017?

20        A.     Yes.

21        Q.     Okay.  How many weekly meetings could

22   have taken place?

23        A.     I don't know.  He -- he -- there was a

24   few times when the sergeant -- the first time he

Evelyn Cintron
2/14/2023

1    didn't tell me.  The second time -- you know, the

2    subsequent times he would tell me the deputy wants me

3    to come to his office and he would just leave.

4    Sullivan wouldn't contact me to see if the sergeant

5    was on another assignment, he won't contact me to let

6    me know.  He was just calling the sergeant to come

7    see him.

8         Q.    Okay.  And am I understanding your

9    testimony correctly that Sergeant Faust would tell

10   you that he was visiting Deputy Sullivan and that

11   Deputy Sullivan told him not to tell you what he was

12   doing?

13        A.    No, the first time when he was seen at

14   the roundhouse at Deputy Sullivan's office and I

15   found out about it and I approached him and asked him

16   why is he jumping the chain of command, he said the

17   deputy called me to his office but he told me not to

18   tell you.  After that he would just say I have to go

19   to the deputy's office and he would leave.

20        Q.    Okay.  But -- okay.  But he would tell

21   you he was going to Deputy Sullivan's office?

22        A.    After the first time.

23        Q.    Okay.

24        A.    And I kept telling him he needed to

Evelyn Cintron
2/14/2023

1  stop jumping the chain of command.  He would not

2  listen and since Sullivan is my superior he would

3  have to follow the deputy's orders.

4         Q.    So he's following the deputy's orders,

5  he's not really jumping the chain of command, is he?

6         A.    The first time --

7               MR. GREEN:  Before you answer that

8         question, can you repeat it, please?

9               MS. ULAK:  Ms. Schumann, can you repeat

10        it?

11                    * * * * *

12              (Whereupon, the requested portion of

13        the testimony was read back by the court

14        reporter.)

15                    * * * * *

16  BY MS. ULAK:

17         Q.    Ms. Cintron, you can answer.

18         A.    Okay.  The first time he -- the problem

19  wasn't per se jumping the chain of command.  The

20  subsequent times, even though he did it the first

21  time, because the deputy was calling him to come to

22  his office, he would have to go see the deputy.

23               The problem here was that the sergeant

24  came back and was following the deputy's orders that

1   would cause me the inability to do my job properly

2   because, in essence, the sergeant who was my

3   subordinate staff, was telling me the deputy wants

4   this, the deputy wants that because the deputy at

5   some point wouldn't even talk to me.  So I felt that

6   they were undermining my command by having a sergeant

7   tell me what to do.

8           Q.    Okay.

9           A.    And making my job more difficult with

10  this disgruntled employee who was coming back with,

11  you know, the ability to do whatever he wanted

12  because he was being protected by Sullivan who told

13  him not to -- not to do any -- take any disciplinary

14  action against him.

15          Q.    Now, Ms. Cintron, you had testified

16  that you heard Sergeant Faust and Officer Ragucci and

17  Officer Falco talking about how the deputy was trying

18  to get rid of you and get you out of PAL and you

19  heard them -- your testified you heard them talking

20  at Rizzo PAL, when did this conversation take place?

21          A.    All of this, as far as the sergeant

22  going up, it happened after the incident with the --

23  the officer and civilian staff --

24          Q.    Okay.

1          A.      -- member.

2          Q.      You testified you were arriving at

3    Rizzo PAL for an event?

4          A.      Yeah, they were having a mentorship

5    program upstairs and Officer -- the officer that was

6    working there had invited me to come up to the event.

7    So I was going up there to talk to the kids which is

8    the building next to the headquarters.

9          Q.      Okay.  And so when you entered the

10   building where were these three people?

11         A.      When you enter Rizzo PAL immediately to

12   your right there's what used to be like a little

13   kitchenette.

14         Q.      Okay.

15         A.      And they were working over there trying

16   do some repairs -- not repairs, but they were

17   remodeling over there.

18         Q.      Okay.

19         A.      That's where Officer Ragucci was

20   assigned to because he was our procurement officer.

21   The procurement was over there.  Officer Ragucci and

22   Falco are known to be friends with Sergeant Faust and

23   when I walked in, immediately to your right is where

24   they were at, but as you walk in you don't see who's

Evelyn Cintron
2/14/2023

1    there because it's like a doorway.  So when I walked

2    in they were laughing and giggling and saying these

3    things, so immediately like I -- when I heard them

4    mention my name, obviously, you know, I was within

5    hearing distance and I heard them say what I told you

6    they said about oh, we're going to get rid of her and

7    they were laughing and just carrying on but about

8    how, you know, they were going to get rid of me.  And

9    then when they saw me they were in shock that it was

10   me and they tried to act like they were talking about

11   something else, but I already had heard what I had

12   heard.

13          Q.     So this is a conversation they were

14   having openly at PAL, but they just didn't think you

15   were nearby?

16          A.     Right, because I'm assigned to the

17   other building and there's nobody else in that

18   building.

19          Q.     Okay.

20          A.     Upstairs, Rizzo PAL is upstairs.

21          Q.     Okay.  Let's go back to this --

22          MS. ULAK:  Actually, why don't we go

23      off the record for a second.

24          MR. GREEN:  I'm sorry?

Evelyn Cintron
2/14/2023

```
 1              MS. ULAK:  Let's go off the record for

 2         a second.

 3              MR. GREEN:  Okay.

 4              THE VIDEOTAPE OPERATOR:  The time is

 5         12:56 p.m. and we are off the record.

 6                        * * * * *

 7              (Whereupon, a luncheon recess was

 8         taken.)

 9                        * * * * *

10              THE VIDEOTAPE OPERATOR:  The time is

11         2:11 p.m. and we are back on the record.

12    BY MS. ULAK:

13         Q.    Okay.  Ms. Cintron, welcome back.

14         A.    Okay.

15         Q.    All right.  So I want to talk to you a

16    little bit more about what happened after that

17    anonymous letter was sent to the police department,

18    and you testified you don't know who wrote that

19    letter.  How did you come to learn about the letter?

20         A.    At Internal Affairs.

21              (Technical difficulties.)

22              MS. ULAK:  Okay, we have to go off the

23         record again.

24              THE VIDEOTAPE OPERATOR:  The time is
```

1           2:12 p.m. and we're off the record.

2                    * * * * *

3           (Whereupon, an off the record

4           discussion was held.)

5                    * * * * *

6           THE VIDEOTAPE OPERATOR:  The time is

7           2:13 a.m. and we're back on the record.

8    BY MS. ULAK:

9           Q.    Okay.  So you came to learn of the

10   letter at Internal Affairs?

11          A.    Yes.

12          Q.    Okay.  And you say -- what happened,

13   how did this all come to your attention?

14          A.    I received the subpoena to report to

15   Internal Affairs, it stated that I was a target and I

16   thought I was going down there to be interviewed

17   about the incident that took place and they presented

18   me with the letter.

19          Q.    Okay.  When did you receive a letter

20   saying you were the target?

21          A.    It's a subpoena that I received, I

22   don't remember the exact date on it.

23          Q.    Did you receive it before you went down

24   to Internal Affairs?

Evelyn Cintron
2/14/2023

```
1            A.    Yes.

2            Q.    Okay.  And when you said you thought it

3    was about the incident that took place, we can agree

4    it was the incident between Officer Klayman and Chase

5    Trimmer, correct?

6            A.    Yes.

7            Q.    And what happened when you got down to

8    Internal Affairs and you saw the letter, what

9    happened next?

10           A.    I just gave my interview.  They took an

11   interview and that was it, but -- about they

12   questioned me about the letter, they questioned me

13   about the incident.  I just gave my Internal Affairs

14   interview.

15           Q.    To whom did you give the interview?

16           A.    With detective -- what's his name?  I'm

17   at a loss for his name now.  I forget the name of the

18   investigator.

19           Q.    If I told you it was Fred Conway, would

20   that -- does that sound correct to you?

21           A.    Conway, yes, it was Conway.

22           Q.    And did you have an attorney present at

23   this interview?

24           A.    Yes.
```

Evelyn Cintron
2/14/2023

```
1          Q.     Who was that attorney?

2          A.     It was an attorney for the City.  She

3   was representing the officers there at Internal

4   Affairs.

5          Q.     She was representing the officers at

6   Internal Affairs?

7          A.     Yes.

8          Q.     What was that attorney's name?

9          A.     It was a female, I can't recall her

10  name.  She represented me that one time.

11         Q.     Represented you that one time?

12         A.     She's the FOP attorney that represents

13  the officers.

14         Q.     Okay.  So an FOP attorney came, that

15  FOP attorney represents the officers, was she there

16  for you?

17         A.     Yeah.

18         Q.     Okay.  So it was an attorney who was

19  representing you at this meeting?

20         A.     Right.

21         Q.     Okay.  So you gave your Internal

22  Affairs interview in the presence of counsel on your

23  behalf; is that correct?

24         A.     Yes.
```

Evelyn Cintron
2/14/2023

1        Q.        Okay.  And what did you discuss in this

2   interview?

3        A.        They questioned me about a lot of stuff

4   pertaining to the incident.  They questioned me about

5   the validity of this letter.  I can't say for sure

6   what specific questions they asked, but they just

7   asked me about the situation that happened.

8        Q.        And during this interview, did you have

9   the opportunity to discuss any concerns that you

10  might have?

11            MR. GREEN:  I'm sorry, I can't hear.

12       Can you repeat that question.

13  BY MS. ULAK:

14       Q.        During this interview did you have the

15  opportunity to discuss concerns that you might have?

16            MR. GREEN:  You may answer that.

17            MS. ULAK:  I'm sorry, please go ahead,

18       Ms. Cintron.

19            THE WITNESS:  Oh, I thought Mr. Green

20       was saying something.

21            MR. GREEN:  I said you may answer, go

22       ahead and answer the question.

23            THE WITNESS:  I don't have the document

24       in front of me, so I don't know what specific

Evelyn Cintron
2/14/2023

```
1           questions you're referring to.  I did explain
2           that, you know, I was the one that reported
3           the incident with the two to Sullivan and I
4           don't know how the investigation turned on me.
5  BY MS. ULAK:
6           Q.    Okay.
7           A.    After reporting it to Sullivan, but I
8  don't remember my exact words, but I do remember
9  explaining that I was going through all this stuff at
10 PAL.
11          Q.    Uh-huh, yes.  What was the stuff that
12 you were explaining that you were going through at
13 PAL?
14          A.    How I was being treated, how they were
15 retaliating against me for speaking up about -- for
16 advocating for the centers and the kids and making
17 decisions that they were not happy with, and I
18 explained to them that the MOU had just been -- it
19 had just been announced that the MOU was finalized
20 and that we were going to be discussing that soon and
21 that all of a sudden everything that I reported to
22 Sullivan was now being turned against me from what I
23 could see.
24          Q.    Okay.
```

Evelyn Cintron
2/14/2023

1          A.      From what I was experiencing.

2          Q.      And who is it that you say was

3   retaliating against you, was that PAL employees?

4          A.      No, I told them it was PAL, as well as

5   Sullivan.

6          Q.      Okay.  Ms. Cintron, I am going to pull

7   up what we will mark as City-2.  Just give me one

8   moment here.

9          A.      Uh-huh.

10         Q.      Okay.  Can you see my screen?

11         A.      Yeah.

12         Q.      Okay.  You see at the top it says

13  statement of Lieutenant Evelyn Cintron?

14         A.      Yes.

15         Q.      Okay.  It also says in the presence of

16  Danielle Nitti, Esquire.  Is that the attorney for

17  the Union who was with you?

18         A.      Yes.

19         Q.      Okay.  I'm going to represent to you

20  that this is the interview, I think it's actually all

21  of the interviews that you gave to Internal Affairs

22  in the presence of Brent Conway, and I'm just going

23  to kind of scroll you through this slowly, but do you

24  have any reason to dispute this is your interview?

Evelyn Cintron
2/14/2023

```
1          A.      No.

2          Q.      Okay.

3          A.      I haven't seen the whole thing but I

4   see my signature.

5          Q.      Okay.  So at the bottom of each page

6   we're going to see a signature and you have no reason

7   to dispute that you signed off on each page, right?

8          A.      Right.

9          Q.      Do you get to see this document before

10  you sign off on it?

11         A.      They tell you to sign off each page

12  once they print it.

13         Q.      Okay.  And do you get the chance to

14  read it before you sign it?

15         A.      Yeah.  Yes.

16         Q.      I'm just going to go kind of slowly

17  through this, but we're not going to go through this

18  interview word-for-word.  I just want to get to the

19  end of your first interview with Internal Affairs.

20                 Okay.  So I'm on what's been previously

21  Bates stamped as City 152, it is the 16th page of

22  City-2, and looking at this document I see that there

23  is a question, is there anything else that you would

24  like to add that has not been addressed in this
```

Evelyn Cintron
2/14/2023

1  interview?  Answer, and then there's a handwritten

2  paragraph.  And are you able to read this paragraph?

3       A.    Yes.

4       Q.    Okay.  I would actually like it if you

5  are able to -- if you could read this paragraph out

6  loud just because I don't want to interpreting your

7  handwriting here.

8       A.    I would like to document that Ted

9  Qualli has continued to attempt to create situations

10 for which he wants to argue with me and intimidate

11 me.  He is subjecting me along with a few members of

12 the staff to a hostile work environment.  Friday he

13 came into my office to yell at me and berate me about

14 PAL-related matters in his attempt to have me be

15 removed from the unit.  I feel that the incident

16 involving Officer Klayman and Chase Trimmer was used

17 as a platform to drive personal agenda.

18      Q.    At no point in this paragraph do you

19 mention Joe Sullivan; am I right?

20      A.    I didn't mention him in this -- in this

21 situation because I felt that this was about the

22 incident involving two individuals.  Ted Qualli had

23 called Sullivan and I had called Sullivan and

24 explained to him what's in this statement in terms of

1    Ted Qualli exaggerating what happened that day as

2    another way to create another situation that would

3    get me in trouble.

4         Q.    Okay.

5         A.    Because when this incident happened it

6    was an argument between two people and their

7    statements, and his communication to Sullivan was not

8    accurate in what actually happened.

9              (Simultaneous crosstalk.)

10   BY MS. ULAK:

11        Q.    How is it inaccurate -- I'm sorry.

12        A.    One, he was not there during the

13   incident.  Before he wasn't answering my phone calls

14   and went directly to Sullivan who immediately took

15   his side, he sided with Ted Qualli and made certain

16   -- well, Ted Qualli and I called Sullivan to explain

17   to him that Ted Qualli had made some decisions like

18   sending everybody home without talking to me about

19   what took place and created a potential, you know,

20   panic in the unit when that was not necessary and

21   that's what I was referring to in this statement.

22        Q.    Okay.

23        A.    And then he came and yelled at me which

24   I also told Sullivan about it but he didn't do

Evelyn Cintron
2/14/2023

1    anything about it, and I also wanted to let Conway

2    know that right before I was scheduled to come to my

3    interview he came into my office to yell at me.

4            Q.    That's Ted Qualli came into you office?

5            A.    Yes.  So I felt like he was doing that

6    to -- to intimidate me as well as, you know, trying

7    to create another situation to make this situation

8    even worse.

9            Q.    Okay.

10           A.    So that's what I was referring to, him

11   yelling at me trying to provoke me I guess or

12   intimidating me because he knew I was going to

13   Internal Affairs.  But all of this that's in the

14   statement I had spoken to Sullivan about and he did

15   nothing about the fact that Ted Qualli came into my

16   office yelling at me.  I submitted a memorandum to

17   Sullivan in reference to this last incident that

18   happened before I went to my meeting.

19           Q.    You sent a memorandum to him in

20   reference to Ted Qualli coming into your office and

21   yelling at all?

22           A.    Yes, and he didn't do anything about

23   it.

24           Q.    Okay.  Was there anything else that you

Evelyn Cintron

2/14/2023

1    were concerned about that you addressed with Brent

2    Conway during your interviews with Internal Affairs?

3         A.    Yes, I was concerned because Conway

4    expressed to me that he tried close the case because

5    he couldn't find anything against me and he said I'm

6    not afraid to go up against deputies who like to

7    bully people, but this is clearly a witch hunt.

8    They're trying to close this case because I can't

9    find anything that you did wrong but Sullivan told me

10   or instructed me to keep digging.

11        Q.    Let me stop sharing this.

12             To your knowledge, what was the outcome

13   of the Internal Affairs investigation?

14        A.    When I did my exit interview, I was

15   told by the Deputy Commissioner Wimberly that I

16   should not leave the department because I had a good

17   working record and she said they didn't find

18   anything, so you should not let people run you off

19   the job.  And I explained to her that this was about

20   my health and me going through everything that I went

21   through was jeopardizing my health and she suggested

22   that I take a nonpaid leave status, and I told her

23   that I would be willing to do that, but my year had

24   expired to be on family leave according to the rules

Evelyn Cintron
2/14/2023

1  and at that point she called Deputy Commissioner

2  Coulter who was the approving -- the person that

3  would approve for me to go on nonpaid status medical

4  leave, but Deputy Commissioner Coulter denied the

5  request and was not letting me go out on nonpaid

6  status which forced me to retire.

7        Q.    And I want to clear here, to your

8  knowledge, did the Internal Affairs investigation

9  sustain any wrongdoing on your part?

10       A.    At that point, I didn't know because

11 Wimberly, Deputy Commissioner Wimberly who was in

12 charge of Internal Affairs told me they didn't find

13 anything.  So to my knowledge they didn't show me

14 anything, they didn't give me anything.  But in

15 her -- she explicitly told me they didn't find

16 anything, so I'm assuming everything was done and

17 over with at that time.

18            It wasn't until recently that I found

19 out that they put something in my record as far as

20 finding me guilty about stuff that is not accurate.

21       Q.    Did you ever have a PDI hearing in

22 relation to this incident?

23       A.    No, because according to Deputy

24 Wimberly they didn't find anything.  I was never

Evelyn Cintron
2/14/2023

1    notified of any wrongdoing.  I was never given notice

2    that there was any wrongdoing or that they found me

3    guilty of anything.  As far as I was concerned it was

4    over with and they didn't find anything.

5         Q.    You were never disciplined for anything

6    related to this, right?

7         A.    Nope.  Nope.

8         Q.    Okay.  You had testified earlier

9    about -- about how you had Sergeant Pascucci speak

10   with Janice Little, am I remembering that correctly?

11        A.    Yes.

12        Q.    Okay.  How was your working

13   relationship with Officer Little?

14        A.    Officer Little is great with the kids.

15   The only thing is with Officer Little she likes to

16   deviate the rules to her advantage, and when I first

17   got to PAL Ted asked me to speak to her because she

18   would go and spend her own money to buy stuff for

19   PAL-related events which is a PAL rule that they're

20   not supposed to do.

21             So when I got there to PAL she already

22   had a situation like that before my arrival to PAL

23   and she wanted to get reimbursed for spending her own

24   money on PAL-related events that they had declined

Evelyn Cintron
2/14/2023

1  her to do because the way that it works is that the

2  officers submit a memo requesting what they want and

3  then it goes through an approval process of what they

4  can and cannot do in terms of that program or event,

5  and whatever they get approved for in terms of

6  finances that's what they're allowed to spend.

7           And Sunny Li as the chief financial

8  officer would give them either a check or petty cash

9  to handle, you know, the finances.

10          The rule in place is that they're not

11 supposed to spend their own money, but Officer

12 Little, according to Ted Qualli she had did this

13 several times and right before I got there she did it

14 again and he did not want to reimburse her because it

15 was something that was becoming a habit of Officer

16 Little to get what she wants, you know, even though

17 stuff was declined.  So we rectified that situation

18 by reimbursing her for that incident.

19          Fast forward, I would say less than a

20 year later she did it again.  Again Ted Qualli and I

21 sat down with her and told her she cannot go in her

22 pocket to spend money.  Sunny Li decided to reimburse

23 her again because there was an excess of funds in

24 other areas so she said I'm only going to do it

1  because we didn't spend everything in other areas

2  that we could reimburse her.

3            I counseled Officer Little about it and

4  told her she could not to do that again.  So she then

5  went through the sergeant to submit a few memos to do

6  a dance program.  The sergeant brought it to my

7  attention and according to the budget she could only

8  include 50 girls in this program but she wanted to do

9  the program for 100 girls.  So she was declined,

10 denied the request to host this program for 100 girls

11 and was only approved for 50 girls, but Officer

12 Little decided that she would go in her pocket again

13 and spend her own money to fund this program and then

14 she waited about six months and tried to submit a

15 memorandum through Sunny Li for reimbursement, but

16 since we had closed the fiscal year that August Sunny

17 Li said she couldn't do it and would not reimburse

18 Officer Little for a third time since I was there for

19 going in her pocket.

20           So Officer Little was upset at me

21 because she said I should have fought for her to get

22 reimbursed, and I explained to her that I don't

23 handle that part of it and that she was already

24 warned and given a written warning about doing this,

Evelyn Cintron
2/14/2023

1  but she decided to do it anyway.

2       Q.    Okay.  Ms. Cintron, let's maybe focus

3  this a little bit better.

4            You had testified earlier that she was

5  discussing the incident that occurred between Officer

6  Klayman and Chase Trimmer and you had Sergeant

7  Pascucci stop her because this was an active

8  investigation.  What was she saying about this

9  incident, what was she talking about?

10      A.    It was officer -- one of the officers

11 came up to me and told me that she was going around

12 to the other officers and trying to get them involved

13 in the incident.  Basically from what I gathered --

14 gathered, she was trying to get them to say things

15 against Officer Klayman because they didn't like him.

16 They had a -- they didn't get along, and she was also

17 talking about, you know, like just the investigation

18 in general and she was not there when it took place.

19            So when officer -- I'm trying to think

20 what officer came up to me and told me about it.  The

21 sergeant was right there, I said do me a favor, tell

22 Officer Little that this is an ongoing investigation

23 and because, you know, there's a policy that you're

24 not allowed to discuss an ongoing investigation, that

Evelyn Cintron
2/14/2023

1  she needs to focus on work and refrain from talking

2  about an active investigation.

3        Q.    Okay.  Did any other people witness the

4  incident between Officer Klayman and Chase Trimmer?

5        A.    Well, Sergeant Faust, Cassandra Harris

6  and I were in the office, we witnessed the yelling

7  but there was a few other civilians that worked in

8  that area that witnessed it.

9        Q.    Okay.  When you told Sergeant Pascucci

10  to speak with Officer Little, do you believe he

11  understood what you were asking him to talk to her

12  about?

13        A.    I thought I was very clear that to tell

14  her that it was an ongoing investigation.  I mean

15  those were the words I used, tell her it was an

16  ongoing investigation, to refrain from speaking on an

17  ongoing investigation.

18        Q.    Okay.  I'm going to show you what we're

19  going to mark as City-3.

20              Ms. Cintron, can you see this?

21        A.    Yes.

22        Q.    Okay.  And looking at this, are you

23  able to identify what it is?

24        A.    That's the letter.

1        Q.      This is marked City-3, what letter?

2        A.      The letter that Internal Affairs showed

3   me.

4        Q.      Okay, I'm not showing you that.

5               If you take at look at the top it says

6   from, it says Lieutenant Evelyn Cintron, sent

7   Wednesday --

8        A.      Oh, Nadarih, Nadarih McCauley.

9        Q.      Yes.

10       A.      Yeah, it just looked similar for a

11  second, I don't know.

12       Q.      I can understand why you might think it

13  looks that way.  That's why we're trying to be clear

14  here.

15              The subject line says office gossip and

16  it's marked as high importance?

17       A.      Yes.

18       Q.      Okay.  I am just going to give you a

19  moment to read through this e-mail, you let me know

20  when you've had a chance to get this part and I'll

21  scroll down.

22       A.      Can you move it up?

23       Q.      Yep.

24       A.      Okay.  Move it up a little bit.  Okay.

1        Q.      Okay.  What was the purpose of sending

2   this e-mail?

3        A.      When this situation happened I spoke to

4   Ted Qualli and I spoke to Chase Trimmer.  I went to

5   Chase Trimmer first because he had oversight over

6   Nadarih McCauley and I said to him we have a

7   situation here that we need to address with Nadarih.

8   Giving them the opportunity to speak to her about

9   this situation.

10               Chase Trimmer refused to speak to her

11  and he called Ted Qualli to come join us in the

12  meeting.  I said -- as a matter of fact, I said as

13  matter of fact call Ted where he can be here present

14  while we discuss this because my understanding is

15  that you, as her immediate supervisor, refused to

16  talk to her about this.  And then -- we called Ted

17  Qualli to join the meeting.

18               When Ted Qualli joined the meeting, I

19  told him what was going on, what was brought to my

20  attention and Ted Qualli immediately said -- he

21  started laughing and he said people can say whatever

22  the hell they want, and I said -- and I reiterated to

23  him that when there was a rumor about

24  misappropriation of funds coming from Ted Qualli, he

1  asked me to address the officers that were, you know,

2  starting this rumor and I gave him the courtesy to

3  sit down with the officers to ensure that this does

4  not happen in the workplace because it deviates from

5  the job that we have to do.

6                So whenever Ted Qualli had an issue

7  with officers, I would make sure we call the officers

8  in and we would discuss the matter and I would

9  instruct my officers to, you know, whatever they were

10  doing that was disrespectful to Ted that would

11  correct the situation, but he did not give me the

12  same courtesy.  He laughed and said that people can

13  say whatever the hell they want and that he wasn't

14  going to say nothing to Nadarih.  And I said are you

15  serious?  You're not going to address this matter?

16  And he said no.  So I had no other choice but to send

17  Nadarih this e-mail to let her know that this was my

18  position on the matter.

19         Q.     Okay.  So I want you to be --

20         A.     Because they refused to take

21  disciplinary action or address her about the matter.

22         Q.     Okay, but I want to be clear here, what

23  is the matter?  When you say the matter, what is the

24  matter?

1          A.      When you have an employee starting

2     rumors about the commanding officer and blatantly

3     being disrespectful, it undermines my command when

4     you're tying to cause all these problems on the

5     workplace, it was also becoming a hostile work

6     environment for me, which is what I wanted Ted to

7     address but he refused to do that.  I mentioned this

8     to Sullivan who didn't do anything about it.

9          Q.      Okay.

10          A.      But called me after this letter was

11     forwarded to him to tell me that I am not to speak to

12     officer -- to speak to Nadarih or anybody else about

13     any of this.  So not only my concerns were not

14     addressed, but they were laughing about it.  They

15     didn't care how hostile the environment was for me.

16     They didn't care how I was being intimidated in the

17     workplace.

18          Q.      Now, Ms. Cintron, I just want to turn

19     your attention to the second paragraph from the

20     bottom, it just says I did get a follow-up e-mail

21     from Ted stating that you denied being involved, but

22     acknowledged speaking to Officer Jackie Little who

23     was also mentioned as being involved.

24                  Officer Little, is that the same -- is

Evelyn Cintron
2/14/2023

1   that the same officer who is mentioned in the letter

2   to Internal Affairs?

3          A.      Yes.

4          Q.      Okay.  What was the purpose of this

5   sentence mentioning Officer Little?

6          A.      Because after we had that meeting, Ted

7   had sent me an e-mail saying she said she wasn't

8   involved in any of that, she, Nadarih, meaning

9   Nadarih, mentioned Officer Little as the one that was

10  involved.

11         Q.      Okay.

12         A.      So basically they were pointing the

13  fingers at each other.  Officer Little and Nadarih

14  were pointing fingers at each other.

15         Q.      Did you ever confront Officer Little

16  for spreading rumors about you and Officer Klayman?

17         A.      Officer Little came to my office and

18  she made a comment that was very interesting to me

19  because she made a comment and said to me had you

20  booked my reimbursement, seriously I wouldn't have

21  done what I did.  And when she made that remark I

22  felt that if this turns into something bigger I

23  didn't want to question her without proper

24  representation because there's a different process

1    for a civilians and there's a different process for

2    officers.

3                Had I questioned her without proper

4    representation then I would have been in violation of

5    questioning her about something that was an ongoing

6    investigation.

7         Q.    How long did you work with Sergeant

8    Faust for?

9         A.    How long what?

10        Q.    How did you work with Sergeant Faust

11   for?

12        A.    For the time that I was at PAL.

13        Q.    Okay.  And what was his shift while he

14   worked at PAL with you?

15        A.    Both sergeants were supposed to rotate

16   shifts.  They were supposed to be Monday through

17   Friday, eight to four for two weeks and then he would

18   switch to four to 12.  When I first got there because

19   he was also handling administrative stuff, I allowed

20   him to stay eight to four for the time being until I

21   learned my way around, but when I tried to move him

22   back to his regular shift, rotating shift, he

23   complained to Sullivan who told me not to change his

24   shift.  But the shifts between the sergeants are

Evelyn Cintron
2/14/2023

```
1   supposed to rotate because all the officers work from

2   two to 10 and he was in charge of half those

3   officers.

4        Q.     Okay.

5        A.     And he was supposed to be checking on

6   the centers.

7        Q.     But -- sorry, go ahead.

8        A.     But the other partner was overseeing

9   the entire City while I kept Sergeant Faust eight to

10  four to kind of show me around because he had been

11  there for so long so he could, you know, show me

12  around how everything works.

13       Q.     And -- oh, sorry.

14       A.     And then he didn't want to switch back

15  to four -- two to 10 rather.

16       Q.     When did you try to move him?

17       A.     We actually had two meetings where we

18  discussed the length of time that he would be on day

19  work because I felt bad for Sergeant Pascucci --

20  first Sergeant Pascucci who was having to go from one

21  part of the City to the next to supervise officers

22  and we had discussed it in several meetings, but when

23  I went to move him from his shift, he made the call

24  to Sullivan and I was told to leave him alone.
```

Evelyn Cintron
2/14/2023

1        Q.     When did you go to move him from his

2   shift?

3        A.     I can't remember the month or the date.

4   I can't remember the date or the month.

5        Q.     Okay.  I'm going to show you what's

6   been marked as City-4 or what I will mark as City-4.

7        A.     Uh-huh.

8        Q.     Give me one moment.

9               Looking at this it's a memorandum, it's

10  addressed to Sergeant Faust, it's from commanding

11  officer Police Athletic League.  Are you able to see

12  it?

13       A.     Yes.

14       Q.     Okay.  And does this memorandum look

15  like a memorandum you might have sent?

16       A.     Yes.

17       Q.     Okay.  And what's the date at the top?

18       A.     11/6/17.

19       Q.     And what is the subject of this memo?

20       A.     Shift reassignment.

21       Q.     So it was November of 2017 when you

22  chose to reassign Sergeant Faust's shift; is that

23  correct?

24       A.     Yes.

1      Q.      Okay.

2      A.      But prior to that we had several

3  meetings about it.

4      Q.      Okay.  Okay.

5      A.      So he knew this was coming because we

6  had discussed it previously.

7      Q.      Okay.

8      A.      This memo is a standard memo that you

9  give someone when you're going to move them because

10  you want to give them enough time to adjust their

11  home schedule, so you give them 30 days according to

12  policy.  So this is standard when you're changing

13  someone's shift and it's a contractual agreement with

14  the FOP.

15      Q.      Okay.  So you would agree with me

16  though that moving him in November of 2017 was well

17  after when you first arrived at PAL, right?

18      A.      Yes.  According to the date, yes.

19      Q.      Okay.  And was this after the letter

20  was sent to Internal Affairs?

21      A.      It was after the incident, but I don't

22  recall I had seen the letter by then.

23      Q.      Okay.  We discussed this earlier, the

24  letter was dated October 27, 2017, so this memo came

1  after the letter was sent or at least after the

2  letter was received by Internal Affairs.  Would that

3  be accurate to say?

4      A.    Well, what I'm trying to say is that I

5  don't know if I have gone and given my interview at

6  this time.  I don't think I had gone and given my

7  interview which means I wouldn't -- I didn't know

8  about the letter.

9      Q.    Okay.  By the time that you had sent

10  that memo though, had you -- you had already

11  addressed your concerns about rumors with Nadarih,

12  right?

13      A.    If -- if the date is before then, then

14  yes.

15      Q.    Okay.

16      A.    My decision to move Sergeant Faust had

17  nothing to do with the incident.  This was something

18  we spoke about months prior.  He signed off on it

19  months prior during our meeting because I would have

20  them sign off on our meetings and what we discussed

21  during our meetings, so he was aware of this way

22  before this incident.

23      Q.    Okay.  We know that you have testified

24  today that you had complained to Joe Sullivan about

1    complaints you had working at PAL.  Did you make any

2    complaints to anybody else within the City of

3    Philadelphia?

4         A.    I attempted to, before Paterson retired

5    being first deputy, Sullivan would be reporting to

6    him as second deputy.  So I went to Paterson to talk

7    to him about the stuff that Sullivan was doing and he

8    directed me to go back to Sullivan and didn't want to

9    hear it, what I had to say.

10        Q.    And what was the stuff that Sullivan

11   was doing that you were trying to complain about to

12   Paterson?

13        A.    Undermining my command by having, you

14   know, subordinate staff report to him.  Isolating me

15   by taking assignments that were under my purview to

16   handle.  Having his sergeant listen in on my -- my

17   conference calls, siding with the PAL Board and it

18   being a conflict of interest because they support his

19   nonprofit, and him treating me less favorable than my

20   males -- the males that worked in the unit.

21             But when I went to speak to him -- when

22   I went to speak to him he said that I needed to go

23   back to Sullivan and he didn't want to hear it.  He

24   was literally talking -- saying -- every time I tried

1  to express myself, he said I don't want to hear, I

2  don't want to hear, Evelyn leave, Evelyn leave,

3  Evelyn leave, I don't want to hear it, go talk to

4  him, go talk to him.  He literally didn't want to

5  hear anything.

6             And I said, well, I'm coming to you

7  because as his supervisor this is policy, I'm

8  supposed to go to higher up if who I'm complaining

9  about is my immediate supervisor and, again, he said

10 go talk to him, go talk to him and he basically

11 kicked me out of the office and directed me to go

12 back to Sullivan.

13            When I went to the Sullivan's office,

14 Sullivan told me that better be the last time you try

15 to circumvent me and go to a higher rank, and I said

16 well, with all due respect if I'm complaining about

17 you I followed policy.  So my job was to go through

18 your supervisor because I'm not getting any results

19 with you and you're not listening to any of my

20 concerns and you keep siding with the Board.

21            So we basically had that conversation,

22 and he told me at that point that I were to never

23 contact anybody above him ever again.

24       Q.    Okay.

Evelyn Cintron
2/14/2023

1    A.    So he basically cut off my opportunity

2  to report through the departmental means according to

3  policy.

4    Q.    Did you have other means within the

5  City of Philadelphia to report these concerns?

6    A.    When I did my interview with Internal

7  Affairs, they gave me an EEOC complaint form and they

8  advised me to fill out an EEOC complaint form.  But

9  being that Sullivan who was the person I'm

10  complaining about was interfering with the

11  investigation by calling the detective and telling

12  him to keep digging, I knew that it would not be

13  investigated fairly.  So I decided that I would go

14  through the City, through my other means of reporting

15  an EEOC complaint.

16    Q.    Okay.  We're going to have to back up a

17  little bit here.

18    At Internal Affairs you received an

19  EEOC form and you did not fill it out.  How did you

20  know Joe Sullivan was telling people to keep digging,

21  how do you know it was him?

22    A.    Conway told me.

23    Q.    Brent Conway told you during your

24  Internal Affairs investigation that Sullivan was

Evelyn Cintron
2/14/2023

1   telling you to keep digging?

2        A.    Yes.  He said he tried to close the

3   case several times and that they told him to keep

4   digging.  That Sullivan told him to keep digging, and

5   he told -- that's when he told me that I would go

6   against up any deputy because I know a witch hunt

7   when I see -- you know, I know one when I see it.

8   I've been doing this for too long.

9        Q.    Okay.  So then did you make an EEO

10  complaint to the City of Philadelphia?

11       A.    No, I didn't because I knew that it

12  would not be done fairly given what was going on with

13  the current investigation and how, you know, he was

14  trying to interfere in the investigation.  And the --

15  the department is known for, you know, minimizing

16  what's going on if it's against a higher up.  So I

17  knew that it would not be a fair investigation that

18  would go on if you have the person that I'm

19  complaining about telling an investigator to keep

20  digging to see if he finds something negative against

21  me.

22       Q.    Ms. Cintron, could you have made a

23  complaint to the City of Philadelphia outside of your

24  departmental means?

Evelyn Cintron
2/14/2023

```
1        A.      What was that?

2        Q.      Could you have made a complaint to the

3   City of Philadelphia outside of your departmental

4   means?

5                Could you have made a complaint to a

6   different office?

7                (Simultaneous crosstalk.)

8                THE WITNESS:  I made a complaint to the

9        Department of Human Services, the complaint

10       that I made.  I went outside of the department

11       for fear of further retaliation.

12  BY MS. ULAK:

13       Q.      Who did you make that complaint to?

14       A.      I believe it was the City -- I'm not

15  sure.  The Department of Human EEOC unit, the City's

16  EEOC unit --

17       Q.      Well, there's --

18                THE WITNESS:  If that's what it's

19       called?

20  BY MS. ULAK:

21       Q.      So there is the EEOC -- I'm sorry.

22       A.      No, I was asking Mr. Green is that what

23  it's called because I can't remember what the name of

24  the office is called.
```

Evelyn Cintron
2/14/2023

1                    MR. GREEN:  If you can't remember, you

2         can't remember.

3                    THE WITNESS:  Okay.

4    BY MS. ULAK:

5         Q.    Okay.  I'm going to ask this a

6    different way, please let me get my question out,

7    okay?

8                    I know that you filed a complaint with

9    the EEOC under the representation of counsel.

10                   Did you make any complaints to perhaps

11   the City of Philadelphia Employee Relations unit, to

12   the Mayor's Office of Labor?

13        A.    No, I didn't know that was an option --

14   I don't recall if that was an option.

15        Q.    Did you make a complaint to your Union?

16        A.    Yes, I called the Union and they told

17   me because I was a lieutenant they could not

18   represent me.

19        Q.    But you were represented by the Union

20   at your Internal Affairs investigation?

21        A.    The Internal Affairs investigation, any

22   officer giving a statement regardless of rank gets

23   represented by an attorney.

24        Q.    Okay.  You're saying the Union couldn't

Evelyn Cintron
2/14/2023

1    help you with this complaint because you were a

2    lieutenant --

3         A.    With the rank of lieutenant because

4    you're in management is different than representing

5    an officer in -- in investigations.  But yes, I did

6    contact my Union.

7         Q.    Okay.  Ms. Cintron, you had mentioned

8    earlier some health issues, I just want to talk to

9    you briefly about that and we are coming towards the

10   end of this deposition, so there is end in sight.

11             In terms of health issues, have you

12   ever had cancer?

13        A.    Have I ever had cancer?

14        Q.    Yeah.

15        A.    No.  I have -- I had tumors that they

16   had to remove that they checked for cancer for, yes.

17        Q.    Okay.  Do you currently treat for any

18   medical conditions?

19        A.    Yes.

20        Q.    What do you treat for?

21        A.    I have -- I have two -- I have

22   hypothyroidism and they recently found two small

23   tumors, one in my pituitary gland and one in -- like

24   behind -- I forget what other part.  Behind my eye

Evelyn Cintron
2/14/2023

1  and my pituitary gland.

2       Q.    Why did you go out on leave from the

3  City of Philadelphia?

4       A.    That was due to stress, anxiety,

5  depression and PTSD-related symptoms.

6       Q.    And when did you -- when did you treat

7  for that?  When -- strike that.

8       A.    I think it started -- it started like

9  the end -- I believe the middle of 2017, it started

10 after Sullivan was there.

11      Q.    Prior to that, had you ever treated for

12 any mental health conditions?

13      A.    No, not --

14            MR. GREEN:  Can you repeat that

15      question, please?

16            Before you answer, Evelyn, before you

17      answer, I just need the question repeated.

18            MS. ULAK:  Renee, I'm sorry, can you

19      just repeat the question back.  I don't

20      remember what I asked.

21            THE COURT REPORTER:  Sure.

22               *  *  *  *  *

23            (Whereupon, the requested portion of

24      the testimony was read back by the court

Evelyn Cintron
2/14/2023

```
1              reporter.)

2                     *  *  *  *  *

3                MR. GREEN:  Thank you.

4                THE COURT REPORTER:  You're welcome.

5                THE WITNESS:  Prior to that I -- I --

6         like everybody I got depressed once in a while

7         but it was never to the extreme of me having

8         to go to a specialist about it.

9  BY MS. ULAK:

10        Q.    When did you start going to a

11 specialist?

12        A.    2017.

13        Q.    Ms. Cintron, who replaced you as

14 commanding officer of PAL?

15        A.    I don't know who replaced me.  I think

16 it was a male captain selected by Ross who got

17 promoted -- promoted thereafter a few months later

18 and then they could -- the current Deputy

19 Commissioner Dahl-Campbell.

20                THE COURT REPORTER:  I'm sorry, what is

21        his last name?

22                THE WITNESS:  Dahl-Campbell.

23                MS. ULAK:  D-A-H-L hyphen Campbell.

24 BY MS. ULAK:
```

```
 1          Q.     The gentleman who was there before
 2   Deputy Dahl-Campbell, do you know what his race was?
 3          A.     He was a black male selected by Richard
 4   Ross to oversee the unit when I was out.
 5          Q.     And then do you know when Dahl-Campbell
 6   became the commanding officer of PAL?
 7          A.     She became the deputy commissioner of
 8   PAL after this captain who got promoted to inspector
 9   I believe --
10          Q.     Okay.  You said Deputy Commissioner --
11          A.     -- which was a few months later.
12          Q.     You say Deputy Commissioner --
13          A.     Can you repeat that?
14          Q.     I'm sorry, I think we're having an
15   audio lag, I think that might be part of the problem.
16                 You say deputy commissioner of PAL, do
17   you mean commanding officer of PAL?
18          A.     You're talking about the inspector, the
19   person who got promoted to inspector?
20          Q.     No, I'm talking about Krista
21   Dahl-Campbell.
22          A.     Right.  She would have gotten assigned
23   by the deputy or the commissioner.
24          Q.     And just so we're clear, she's a woman?
```

1          A.     Yes.

2          Q.     Do you know who currently holds the

3    position of commanding officer of PAL?

4          A.     No.  All I know is that Deputy

5    Commissioner Campbell was working with me to get a --

6    the 26th District open, center open which was --

7    which had the community in an uproar because Dahl had

8    gotten funding for the center three years prior to

9    open up the 26th District PAL center --

10         Q.     Hang on.  Ms. Cintron -- Ms. Cintron,

11   is this about who replaced Krista Dahl-Campbell as

12   the commanding officer of PAL?

13         A.     No.

14         Q.     Okay.

15         A.     I'm just telling you what I'm familiar

16   with as far as the captain.

17         Q.     Okay.  Yeah, then you don't need to

18   continue.  This is not responding, there's no

19   question pending.

20         A.     Okay.  Okay.  No problem.

21         Q.     While you were out on leave, did Deputy

22   Wimberly ever leave you voicemail?

23         A.     Yes.

24         Q.     Okay.  And what was the substance of

Evelyn Cintron
2/14/2023

1  that voicemail?

2       A.    She called me, she left a message

3  because I didn't answer the phone call and she left a

4  message basically stating that she -- I can't say

5  word-for-word because I don't have it in front of me,

6  but something along the lines that she heard I was

7  under the weather.  She mentioned something about the

8  job and if I needed to discuss anything work-related

9  to give her a call, that -- and that she hopes I feel

10  better.

11       Q.    Okay.  But --

12       A.    I don't know all the words, but that

13  was the gist of it.

14       Q.    Okay.  What was your understanding of

15  why she left you that voicemail?

16       A.    Well, I returned her phone call once I

17  realized she called and I had missed the call and we

18  talked about what was going on and how I felt about

19  Sullivan and told her that he was using his authority

20  to intimidate me and to constantly cause a stressful

21  work environment.  And I explained to her that was

22  the reason why I went out because between people

23  coming in my office to yell at me and getting a call

24  from him every day to be yelled at over whatever the

1    Board told him without getting my side of the story

2    was becoming very stressful to me and I was

3    physically getting sick, like throwing up and just

4    not like feeling well at all.

5         Q.    Ms. Cintron, where did you go to work

6    after you retired from the police department?

7         A.    What was that?

8         Q.    Let me ask it a better way.

9              After you retired from the police

10   department, did you get another job?

11        A.    Not right away because physically I

12   couldn't, but once I started feeling a little bit

13   better I tried to obtain employment.  For whatever

14   reason I was not getting hired, I would go through

15   the whole process and then once they communicated

16   with the department I was not getting hired and I did

17   get hired by the one company.

18              I worked there a few months, was doing

19   well, even according to my supervisor there, and I

20   think on a Friday or Thursday we had a -- a Zoom

21   meeting before we went out to our conferences and my

22   boss at the time gave me my accolades of how well I

23   was doing, how many accounts I had secured.

24              And following the -- the -- when we all

Evelyn Cintron
2/14/2023

1  came back from the conferences that we all had to go

2  to, my co-worker who I was assigned to a specific

3  conference told me that my boss had spoke to Deputy

4  Commissioner Coulter at the conference and he said I

5  don't know what's coming but is there anything that

6  you need to speak to Greg Doren about?  And I told

7  him no because when I applied for the job, without

8  bad mouthing the City, I told him that, you know, I

9  had left in, you know, bad terms because of what

10  was -- you know, because of my stress and stuff like

11  that.

12            And I think it was that Monday or

13  Tuesday that he called me to tell me that they no

14  longer needed me.

15       Q.    Okay.  So you testified that there was

16  a conversation between Deputy Coulter and Greg Doren?

17       A.    Yes.

18       Q.    And after this conversation you were

19  told they no longer needed you?

20       A.    Yes.

21       Q.    How do you know this conversation

22  occurred?

23       A.    He called me, then he told me that if I

24  wanted to collect my bonus to write a memo.  He told

Evelyn Cintron
2/14/2023

1    me it could be a two-liner, just write something

2    saying that -- that you're resigning and that's the

3    only way I could give you the bonus, you know, and I

4    did it because I was hoping he would pay me the bonus

5    I earned, but that never happened.

6         Q.    Ms. Cintron, my question was how do you

7    know this conversation between Greg Doren and Deputy

8    Coulter occurred?

9         A.    According to Jeff, my co-worker, he

10   spoke to Greg Doren who told him and he kind of like

11   told me -- he told me about it.

12        Q.    Okay.  What's Jeff's last name?

13        A.    I can't recall Jeff's last name.

14        Q.    And where -- and Jeff -- where was Jeff

15   in all of this?  How does he know the conversation

16   occurred?

17        A.    He -- according to him, he spoke to

18   Greg Doren the night before because since he was a

19   senior employee with the company he had to report to

20   Greg every night as to what was going on, how we were

21   doing in the conference.  And he told me when we were

22   heading the next day to the conference again he told

23   me I spoke to Jeff last night -- I mean I spoke to

24   Greg last night and Greg mentioned that he spoke to

1  your old boss.  Do you know a Christine Coulter and I

2  told him yes.  He said well, you may want to talk to

3  Greg and -- Greg about if there's anything that you

4  need to tell him.  I said there's nothing I need to

5  tell him because I was completely honest with him

6  when I got the job, and that's all he said to me.

7  And then like I said a few days later I was being

8  told I wasn't needed.

9       Q.    Okay.  Ms. Cintron, you testified

10 earlier about a lot of complaints that you were

11 making to Joe Sullivan regarding PAL and the way that

12 it was run, did you ever make these complaints in

13 writing anywhere?

14      A.    Yes.  I sent him several memos,

15 e-mails.

16      Q.    Okay.  And were you ever disciplined

17 for making these complaints?

18      A.    Not -- I never was disciplined.  I was

19 just ignored and nothing ever happened, he would

20 always side with the Board.

21           MS. ULAK:  Those are all the questions

22      I have for you.  Thank you.

23           MR. GREEN:  I have just a couple.

24           MR. GOLDEN:  Ike, just -- can I --

Evelyn Cintron
2/14/2023

```
 1          quick question?

 2              MR. GREEN:  Oh, okay.

 3              MR. GOLDEN:  We can go off -- well, let

 4          me keep this on the record just because it's

 5          easier this way, quicker.

 6              I have some follow-up clarification

 7          questions.  Do you want -- would you like to

 8          go first or would you like me to go first and

 9          then maybe you can -- if there's anything that

10          follows up out of my clarification, maybe it's

11          easier or -- but I defer to you on how you'd

12          like to handle that?

13              MR. GREEN:  Let -- let me go first, if

14          you don't have a problem with it.

15              MR. GOLDEN:  No, I don't.

16              MR. GREEN:  Okay.  All right.  Thank

17          you.

18                      *  *  *  *  *

19                  CROSS-EXAMINATION

20                      *  *  *  *  *

21  BY MR. GREEN:

22          Q.    Ms. Cintron --

23          A.    Yeah.

24          Q.    -- excuse me, you testified that there
```

Evelyn Cintron
2/14/2023

1   was an employee about whom you received a phone call

2   from Daryl Clark, a police officer, a young police

3   officer; is that right?

4        A.    Yes.

5        Q.    Okay.  What was the nature -- what --

6   what did Mr. Clark say to you during the course of

7   that phone call?

8             MS. ULAK:  I'll object.  Asked and

9        answered.  She testified to it several times,

10       but...

11            MR. GREEN:  Okay, I just want to be

12       clear on it.

13            MS. ULAK:  Okay.

14   BY MR. GREEN:

15       Q.    What did Mr. Clark say to you during

16   the course of that phone call?

17       A.    He had called me stating that Ron

18   Rabena was asking about -- called him to inquire

19   about the young man that he wanted transferred in the

20   unit and I explained to Daryl Clark that I couldn't

21   move him given the fact that he didn't qualify to

22   come to the unit and he said well, I think you should

23   transfer him in or I'm going to start making some

24   phone calls about you and he said starting with

Evelyn Cintron
2/14/2023

1  Commissioner Ross --

2      Q.    Now, wait a minute.  Wait a minute.

3  Before -- I have to take this in pieces.

4            Who is Ron Rabena?

5      A.    Ron Rabena is a Board member and at the

6  time he was the VP of PAL.

7      Q.    He was the VP, he was the

8  vice-president of PAL?

9      A.    Yes.

10      Q.    Okay.  At the time that this phone call

11  took place?

12      A.    Yes.  Yes.

13      Q.    So he was on the PAL Board?

14      A.    Yes.

15      Q.    Okay, and did Mr. Ron Rabena mention

16  the name of the employee that he wanted to be placed

17  at PAL or to remain at PAL, the police officer?

18      A.    He mentioned the same person -- he

19  mentioned the same person that he had asked me to

20  transfer in and the same person that worked for

21  Captain Francis at the 17th.

22      Q.    I'm sorry, he worked for captain whom?

23      A.    Francis at the 17th.  He worked at the

24  17th District.

Evelyn Cintron
2/14/2023

```
1          Q.      Do you recall the time frame in which

2    he worked at the 17th, to the best of your

3    recollection?

4          A.      2017, 2018 I believe.  For sure 2017.

5          Q.      And you don't remember the young man's

6    name?

7          A.      It's on some of the documents, but I

8    can't recall it, you know, off the top of my head his

9    name.

10         Q.      Okay.  But you believe that you have

11   them in your documents somewhere, is that it?

12         A.      Yes.  Yes.

13         Q.      Now, did you mention to Mr. Rabena the

14   policy with respect to assigning officers to PAL

15   units?

16         A.      Yes, several times.

17         Q.      Or PAL facilities?

18         A.      Yes.

19         Q.      Okay.  And did Mr. Rabena also have a

20   relationship with a company in connection with his

21   employment?

22         A.      Ron Rabena does the Hero Scholarship

23   fundraiser.  He assists in the Hero Scholarship

24   fundraiser that is -- that was or used to be ran by
```

Evelyn Cintron
2/14/2023

1    Sullivan.

2         Q.    Okay.  And is Mr. Rabena affiliated

3    with Allied Universal Security?

4         A.    Yes, he's -- yes, he's the president.

5         Q.    And Daryl Clark is the -- I'm sorry,

6    Daryl Clark was the City Council president, correct?

7         A.    Yes.

8         Q.    Do you know whether Mr. Clark spoke to

9    Deputy Commissioner Sullivan?

10        A.    I don't know if he spoke to him.

11        Q.    All right.  Excuse me.  Hold on for one

12   second, please.  All right.

13             And was there a lady on your Board

14   named Maureen -- on the PAL Board named Maureen Rush?

15        A.    Yes.

16        Q.    And who is Ms. Rush?

17        A.    Maureen Rush is the chief director at

18   University of Penn, I believe that's her title, in

19   charge of the police department there and she's also

20   a Board member.

21        Q.    Did Mr. Rush -- was Ms. Rush ever

22   employed by the City of Philadelphia Police

23   Department?

24        A.    Yes.  She retired as a lieutenant with

1    the police department.

2         Q.    Excuse me.  Did Mr. Rush ever call you

3    in connection with your relationship on the PAL

4    Board?

5         A.    Yes.

6         Q.    Okay.  Did Ms. Rush ever call you with

7    respect to any issues regarding the men on the PAL

8    Board or the men affiliated with PAL organizations?

9         A.    Yes.  She -- she arranged a meeting

10   with me and when I went to meet her, she spoke to me

11   about the PAL Board.  Do you want me to elaborate?

12        Q.    When did she call you -- Ms. Cintron,

13   this is a different question.  When did Ms. Cintron

14   (sic) -- when did Ms. Rush call you in connection

15   with the meeting regarding about with the PAL Board?

16        A.    This was some time in 2017.

17        Q.    This was in 2017?

18        A.    Yes.

19        Q.    Okay.  Did that meeting occur?

20        A.    Yes.

21        Q.    And where did that meeting occur?

22        A.    She said she didn't want to meet in her

23   office, so she had me meet her at a restaurant near

24   the University of Penn.

1        Q.      And what -- what was discussed during

2    the course of that meeting?

3        A.      When I first arrived I started talking

4    about programs because I thought that's what we would

5    discuss according to the conversation I had with her

6    over the phone and according to what Ted Qualli had

7    told me when he spoke to me that Maureen Rush wanted

8    to meet with me.

9               But when I went down there she began to

10   talk to me about letting PAL -- and Ted Qualli run

11   PAL, she stated -- I asked her who put her up to this

12   to have this conversation with me and I mentioned was

13   it Ron Rabena, Ted Qualli, Bernie Prazencia and she

14   said yes, they figured that we could have a talk

15   woman to woman.  You need to -- they're concerned

16   about what's going on at PAL.  They do not want this

17   MOU to be implemented, and she began to tell me that

18   I should let Ted run the show and she stated that I

19   should just put my legs up and collect my check.

20              She also mentioned let the men handle

21   this and she also mentioned that it's not going to

22   be -- go well for me if I continue to fight them on

23   the things that they're trying to do.

24       Q.      Okay.  Now, you testified -- you

Evelyn Cintron
2/14/2023

1   mentioned the name Mr. Rabena, and, who -- okay, and

2   that was another name that you mentioned.

3        A.    Bernie Prazencia.

4        Q.    Mr. Prazencia, who is Mr. Prazencia?

5        A.    He was vice chair of the PAL Board at

6   the time.  He later became chair.

7        Q.    Did either Mr. -- did Mr. Prazencia

8   ever ask you to perform any act on behalf of someone

9   that he recommended to you to either employ or

10  assign?

11       A.    No.

12            MR. GREEN:  All right.  I think that's

13       about it for me.

14            MR. GOLDEN:  Thank you.

15                 * * * * *

16            CROSS-EXAMINATION

17                 * * * * *

18  BY MR. GOLDEN:

19       Q.    Ms. Cintron, I'll try to be quick with

20  my questions and they mostly -- just try to clarify

21  some things that we've talked about today.

22            When you became the commanding officer

23  of PAL, was Ted Quality -- pardon me, Ted Qualli

24  already the executive director?

Evelyn Cintron
2/14/2023

```
1          A.     Yes.

2          Q.     Do you know how long he had held

3    that -- pardon me.

4                 Do you know how long he had been

5    serving as executive director?

6          A.     Approximately a year and a half or so.

7          Q.     Okay.  Just so a year and a half before

8    you --

9          A.     From my recollection, yes.

10         Q.     -- before you became the commanding

11   officer?

12         A.     Yes.

13         Q.     You mentioned earlier the programs

14   team, are there any other teams within PAL that you

15   remember, like specific teams within the

16   organization?

17         A.     So they have like the fiance team which

18   is all management.  They have all the programs team,

19   activities team, you know, event coordinators.

20         Q.     The programs team that you mentioned

21   earlier, do you recall the names of the City

22   employees that were on the programs teams?

23         A.     Nadarih McCauley, Chase Trimmer, a few

24   officers they would invite them to come in from the
```

Evelyn Cintron
2/14/2023

1  center so they could give some input and I was in

2  charge of the programs team.

3          Q.      So just so I -- forgive me to correct

4  this on the record, but Chase Trimmer was a civilian

5  employee, correct?

6          A.      Yeah.

7          Q.      And -- and what was the first name of

8  McCauley?

9          A.      Nadarih.

10         Q.      Oh, Nadarih, and Nadarih is also a

11  civilian employee, correct?

12         A.      Yeah.  She was -- she was -- she was

13  a -- she would sit in the meetings as a coordinator

14  because she was hired to be a PAL coordinator.

15         Q.      So just so I'm clear, Mr. Trimmer and

16  Ms. McCauley were PAL employees, correct?

17         A.      Yes.  Chase Trimmer was the

18  supervisor -- was her supervisor and she sat in the

19  meetings as a coordinator because whatever we decided

20  at the meetings she would have to coordinate with the

21  officers at the center.

22         Q.      You had talked about Officer Little and

23  some reimbursement issues, you mentioned that there

24  are rules governing reimbursement for officers; is

Evelyn Cintron
2/14/2023

```
1   that correct?

2        A.     Yes.

3        Q.     Have you ever seen those rules?

4        A.     Yes.

5        Q.     Okay.  And what are they -- where --

6   where did you see them?

7        A.     That's a PAL rule and the -- I saw it

8   in the handbook, employee handbook, as well as I

9   discussed it with Ted Qualli and Sunny Li because

10  they were having these issues with Officer Little.

11       Q.     The -- the handbook you mentioned, is

12  that a PAL employee handbook?

13       A.     Yes.

14       Q.     Did you have to sign an acknowledgment

15  for that handbook?

16       A.     Do I have to sign an acknowledgment?

17       Q.     For that handbook.

18       A.     No.  No, it's just a document that they

19  have there.

20       Q.     And just so I can clear this up in --

21  because we've covered a lot.

22       A.     I also -- I also --

23       Q.     Okay, hold on.  Hold on.

24              MR. GOLDEN:  Renee --
```

Evelyn Cintron
2/14/2023

```
1               THE COURT REPORTER:  She was cutting
2         out.  I just wanted to make sure I got it.  Go
3         ahead, ma'am, finish.
4               THE WITNESS:  Because Ted Qualli was
5         having these problems with the officers, I put
6         out a memorandum, a commander's order that
7         they were not allowed to go in their pocket.
8         Basically reiterating what the PAL policy
9         stated.
10  BY MR. GOLDEN:
11        Q.    We have -- during the deposition you've
12  referred to both police officers and civilian staff
13  and just -- this helps when the lawyers are looking
14  at this later, you know, being consistent in the
15  transcript, when you testify or refer to civilian
16  staff, you are referring to PAL employees; is that
17  correct?
18        A.    Yeah.
19        Q.    Okay.  Did any of the PAL employees
20  have the ability to set your schedule?
21        A.    No.
22        Q.    Did any of the PAL employees have the
23  ability to discipline or reprimand you?
24        A.    No.
```

Evelyn Cintron
2/14/2023

1          Q.      Okay.  Ms. Cintron, when you became the
2   commanding officer, do you know how many centers PAL
3   was operating in the City?
4          A.      Fifteen.
5          Q.      And the Wissinoming -- Wissinoming
6   Center, you said that was in a church, correct?
7          A.      Yeah.
8          Q.      And that was -- did PAL own that
9   building?
10          A.      No.
11          Q.      Of the 15 centers that PAL operated,
12   you testified that PAL owned the Rizzo and the Cozen
13   Center, were there any other centers that PAL owned?
14          A.      That was it that I could recall.
15          Q.      Do you know in the centers that PAL did
16   not own, so I'm excluding the Rizzo and the Cozen PAL
17   Centers, did PAL have any leases with those building
18   owners?
19          A.      Yes.
20          Q.      And have you seen those leases?
21          A.      I got to see maybe one or two because
22   Ted would not show them to me.
23          Q.      Do you recall which centers leases --
24   which releases -- I'm sorry, that was poorly worded.

Evelyn Cintron
2/14/2023

1              Which -- for which PAL centers did you

2    see the lease?

3         A.    Wissinoming because we were dealing

4    with that situation and the 26th District PAL.

5         Q.    And for the centers where PAL rents or

6    has a lease, does it pay rent to those building

7    owners?

8         A.    Yes, the rent is different for every --

9    every center according to Ted Qualli because that was

10   the agreement that they came up with to get the -- to

11   get the lease on those buildings.  Some were also

12   City owned buildings like rec centers.

13        Q.    Do you know who negotiated the terms of

14   those leases?

15        A.    No.

16        Q.    Do you know -- did those -- in the

17   lease that you saw, did it have any provisions

18   relating to repair and upkeep responsibilities?

19        A.    Well, the 26th District was supposed to

20   be open with the funds that they received from a few

21   years prior and because we were getting such -- we

22   were going to get such cheap rent, Ted agreed in my

23   presence during a meeting with the priest that some

24   repairs would get done there.  But when it came to

1    opening up the center, Ted did not -- stated that the

2    money went in an investment account and they didn't

3    budget for it.

4          Q.    Do you know who was responsible for

5    setting PAL's budget?

6          A.    We would sit down at headquarters, go

7    over budget items, some stuff Ted would express that

8    per the Board they were not to be touched and they

9    were to be left alone, and the stuff that we could

10   make decisions on we would make decisions but at the

11   end a lot of the stuff that I recommended would get

12   changed or Ted would change it.

13          So what we discussed in terms of

14   budgeting never actually went through the way that we

15   discussed it because changes were made at the Board

16   level.

17         Q.    So who had -- who had final approval to

18   set the budget, do you know?

19         A.    The Board would be final approval.

20         Q.    Do you know -- you had talked earlier

21   about closing the Wissinoming Center, apart from

22   yourself, do you know who else had authority to close

23   the PAL center?

24         A.    PAL, PAL Board, Ted Qualli.

Evelyn Cintron
2/14/2023

1          Q.      There are couple of names that you --

2    were referenced today, I just want to clear up.

3    Keith Falco is that a -- is he a police officer?

4          A.      He's a police officer that works PAL

5    headquarters selected by Sergeant Faust.

6          Q.      And Officer Ragucci; is that correct?

7          A.      Yes.  Officer Ragucci is another

8    officer that works procurement at PAL headquarters

9    also selected by Sergeant Faust.

10         Q.      And Sergeant Faust is a City employee;

11   is that correct?

12         A.      Yes.

13         Q.      And Police Officer Little, she is

14   a police -- pardon me, a City employee; is that

15   correct?

16         A.      Yes.

17         Q.      You had talked earlier today about both

18   general board meetings and decision-making meetings

19   and you would attend the general board meetings.  Do

20   you recall that?

21         A.      Yes.  The general board meetings are

22   more for the public to -- to let them know what PAL

23   is doing.  No decisions are made at those meetings.

24         Q.      Do you recall how often those meetings

Evelyn Cintron
2/14/2023

1   occurred, the general board meetings?

2        A.     Quarterly.

3        Q.     And the decision-making meetings, do

4   you know how often they occurred?

5        A.     Monthly.

6               MR. GOLDEN:  Hold on.  I just

7          dropped -- somebody just dropped off.

8               THE COURT REPORTER:  Off the record.

9                    * * * * *

10              (Whereupon a discussion was held off

11         the record.)

12                    * * * * *

13              MR. GOLDEN:  So, I think -- Renee, can

14         you read the last question?

15              MR. GREEN:  Can you read that question

16         and the question before that?

17              THE COURT REPORTER:  Sure.  No problem.

18                    * * * * *

19              (Whereupon, the requested portion of

20         the testimony was read back by the court

21         reporter.)

22                    * * * * *

23   BY MR. GOLDEN:

24        Q.     So, Ms. Cintron, do you recall -- do

1    you know how often the decision-making meetings

2    occurred?

3         A.    Ted Qualli with me and Bernie Prazencia

4    with Ron Rabena once a month, sometimes twice a

5    month.

6         Q.    And do you know of those how many you

7    were excluded from?

8         A.    All of them except the one when I first

9    got there.

10        Q.    And do you -- what -- what evidence do

11   you have that you should have been included in those

12   meetings?

13        A.    When I first got there I was told -- I

14   was invited to that first meeting with Bernie

15   Prazencia and Ted Qualli and they told me that as a

16   commanding officer I will be at those meetings

17   because that's when all the decision making was done.

18        Q.    Apart from those statements, anything

19   else that relates to your ability to be in those

20   meetings?

21        A.    After that Ted started -- would go to

22   the meetings alone.  They wouldn't notify me when the

23   meetings were taking place and Ted would come back

24   with the decisions that were already made.  And I --

Evelyn Cintron
2/14/2023

```
1          Q.      I appreciate that -- go ahead.

2          A.      And I explained to him that it's hard

3  for me to follow some of their requests or decisions

4  because it would violate things on the police side in

5  terms of changing the officers' shifts and things

6  like that, that were in violation of contractual

7  agreement with the FOP or policy.

8          Q.      Did civilian staff have the ability to

9  set police officers' schedules?

10         A.      No.

11         Q.      Okay.  Did you have a job description

12 that detailed what you did as the commanding officer?

13         A.      No.

14         Q.      Okay.

15         A.      That's what prompted the Memorandum of

16 Understanding.

17         Q.      Okay.  When -- prior to yourself, I

18 believe it was officer -- Commanding Officer Eddis is

19 who served as the commanding officer of PAL; is that

20 correct?

21         A.      Yes.

22         Q.      Do you know how many of those

23 decision-making meetings he was involved in?

24         A.      No.
```

Evelyn Cintron
2/14/2023

```
 1         Q.    Okay.  Do you recall any documents that
 2  discussed or set your authority as the commanding
 3  officer of the PAL unit?
 4         A.    No, that's why we -- the commissioner
 5  wanted the MOU so that we can outline what each of us
 6  was supposed to be doing and how we were supposed to
 7  be working together.
 8         Q.    Do you know who decides which programs
 9  are run at each PAL center?
10         A.    The officers, for the most part, will
11  ask what programs -- will have a set of programs that
12  they want to run at their center but everything has
13  to be approved through -- through PAL.  They'll have
14  their ideas, they'll submit their ideas, sometimes
15  they're approved, sometimes they're not, depending on
16  the budget.
17         Q.    You had talked about having equal
18  authority to Ted, who -- who told you that you would
19  have equal authority to Ted?
20               MR. GREEN:  I'm sorry, can you repeat
21         that question, please?
22               MR. GOLDEN:  Sure.
23               Earlier in the deposition she had
24         talked about having equal authority,
```

Evelyn Cintron
2/14/2023

1          Ms. Cintron had talked about having equal

2          authority to Ted.

3    BY MR. GOLDEN:

4          Q.    And my question was, Ms. Cintron, who

5    told you that you would have equal authority with --

6    with Mr. Qualli?

7          A.    When I went to the unofficial interview

8    with the PAL Board when I first started, that's what

9    they explained to me as per Commissioner Ross.

10          Q.    Who on the Board specifically do you

11    recall telling you that?

12          A.    At that meeting there was at least 15

13    Board members including Ron Rabena and Bernie

14    Prazencia and Ted Qualli.

15          Q.    Okay, but what I'm asking is which of

16    those Board members told you you have would equal

17    authority?

18          A.    I believe it was either Ron Rabena or

19    Bernie Prazencia, I can't recall but they were the

20    two main ones speaking.  The rest just asked random

21    questions as to what -- what I would do in different

22    circumstances as it pertains to, you know, the

23    officer and discipline or they would give me like

24    little scenarios, like what you would do if an

1    officer did XYZ, you know, and -- but the ones that

2    were mainly describing what my job duties would be

3    was Bernie Prazencia and Ron Rabena.

4         Q.    And apart from --

5         A.    And I had even had the conversation

6    with Ted Qualli.

7         Q.    And did -- okay.  So Ron and Bernie

8    told you that, anyone else told you that you would

9    have equal authority with Ted?

10         A.    He said Ted Qualli like when we would

11    speak, he said this is what they told me when I --

12    before I even got there at the meeting.  Then when I

13    got there Ted and I had several conversations and he

14    said we would -- you know, we're supposed to work

15    together to do XYZ, to run the unit and he explained

16    that the previous commanding officer Eddis didn't

17    want to contribute to running PAL which is why they

18    got rid of her.

19              He referred to Eddis as lazy and didn't

20    want to do the job.  Ted Qualli said so I have to

21    take over some of his responsibilities, at which time

22    I told Ted well, I'm here now, you can relinquish my

23    authority back to me because I will do my job.

24         Q.    Are there any documents in which you're

1  aware -- that -- and I'm going to leave aside the

2  Memorandum of Understanding, so I'm asking about

3  documents apart from that.

4            So apart from the Memorandum of

5  Understanding, is there any document that you're

6  aware of that states you have equal authority to Ted

7  Qualli?

8       A.    I didn't see any document about that at

9  all.  I didn't see any documents about that at all,

10  and because there started to become some conflicts

11  that MOU was to become that document.

12       Q.    And the same -- same question in a

13  sense, apart from the MOU, are there any documents

14  that you have seen that state that you would be

15  responsible for the budgeting at PAL?

16       A.    No.  I just answered that, no.  That's

17  the reason why they were implementing the MOU.

18       Q.    Okay.  So that's the same for both, the

19  equal authority and the budgeting, there are no

20  documents apart from the Memorandum of Understanding?

21       A.    Which was supposed to be put in place

22  but Sullivan stopped it and the Board did not want

23  it.

24       Q.    Right, I hear that.  But I just -- so

Evelyn Cintron
2/14/2023

1  and -- but that would be the only document of which

2  you are aware that states you have equal authority to

3  Ted or responsibility for the budget; is that

4  correct?

5       A.    It would have outlined our job duties,

6  yes.

7       Q.    Okay.  So I just want to be clear

8  though that that is the only document of which you

9  are aware that speaks to your job responsibilities as

10  the commanding officer; is that correct?

11      A.    Yes.

12      Q.    Okay.  Do you -- okay.

13            The incident with Chase Trimmer and

14  Officer Klayman -- I don't need to ask that.

15            You mentioned earlier a couple of

16  incidents where Ted had yelled at you, can you tell

17  me what you remember about what he said to you, like

18  what was he yelling at you or what he was saying?

19      A.    It would be about the Memorandum of

20  Understanding.  It would be about my complaints to

21  Sullivan.  It would be about everything that I spoke

22  about, and he would come in to my office and just

23  have these, you know, tantrums and yell at me.  And

24  repeatedly I would tell him that I didn't disrespect

Evelyn Cintron
2/14/2023

1  him and he should not be disrespecting me.  And I

2  mentioned that to Sullivan who did nothing about it.

3  I mentioned it to the Board and they did nothing

4  about it.

5       Q.    Is there anything specific that Ted

6  said that led you to believe he was being

7  disrespectful?

8       A.    Yes.  He would come to my office and

9  yell at me to the point where I would have to tell

10  him you need to leave because you're not going to

11  yell at me without letting me -- we should be

12  discussing our concerns, not arguing about it and you

13  should not be coming into my office to yell at me.

14       Q.    Is that everything that you can recall

15  what Ted would yell about?

16       A.    It would be about different issues

17  because before I got to PAL, there was -- the way

18  that they would deal with problems, it was them

19  against us, it was civilian against police.  And I

20  was trying to change that dynamic and we even had

21  a -- you know, Ted and I spoke about it and I'm like

22  it shouldn't be them against police -- you know, like

23  civilian against police.

24                The police were viewing it as a hostile

1    takeover from PAL to civilians because they would

2    implement programs and hire people to do their jobs

3    and the officers didn't like that because they like

4    working with the kids, they liked being involved with

5    the kids, and slowly but surely they were replacing

6    the officers with -- with civilian staff to do

7    certain activities that the officers actually enjoyed

8    doing with the kids.

9              So it was a very condescending

10   situation when I got there between the civilians and

11   the police.  So we decided to have a retreat to try

12   to bring them together as one unit so that nobody is

13   arguing, nobody, you know, is fighting about petty

14   stuff.  But the officers kept complaining that the

15   civilian staff, you know, would, you know, make

16   snarky remarks at them and they were not getting

17   along at all and we were trying to correct them.

18             So some of the stuff he would come in

19   and that would be about other stuff and he would be

20   like you need to go speak to this officer like ba,

21   ba, ba.  So it could be about anything that he would

22   come in my office to yell about.

23             Some stuff like I would be like please

24   slow down, let's talk about this, what's going on.

Evelyn Cintron
2/14/2023

```
1    But even stuff like that he would come in my office

2    to yell about when he was upset.  And then towards

3    the end of me being there was more so about me

4    complaining about the stuff that I was complaining

5    about.  So he would come in there and try to provoke

6    me into an argument and I would tell him -- I'd say

7    what I have to say to my boss and, you know, this is

8    my decision on this, you know, and they just

9    didn't -- they were getting more and more agitated,

10   and especially got agitated once we received notice

11   that the MOU was about to -- we were about to have

12   this meeting about the MOU which was going to be

13   negotiated anyway, but the MOU had just came out, so

14   he came in there yelling and I told Sullivan when I

15   spoke to Bernie and -- and Bernie Prazencia and Ron

16   Rabena I explained to them as well the stuff that Ted

17   was doing.

18        Q.    Do you know who drafted the MOU?

19        A.    It was drafted by the commissioner's

20   legal advisor and the City Solicitor's office.

21        Q.    Do you know the name by any chance --

22        A.    I believe the City Solicitor looked at

23   it, made the final determination --

24              THE COURT REPORTER:  I'm sorry, who
```

Evelyn Cintron
2/14/2023

```
1          made the final determination?

2                THE WITNESS:  I believe the last person

3          to review it was the City Solicitor's office

4          before it came back to Commissioner Ross.

5    BY MR. GOLDEN:

6          Q.    Do you know by any chance by name who

7    drafted either one of those and who drafted in those

8    offices?

9          A.    I know from the -- from the person --

10   the captain that was assigned to draft it from Ross

11   was the legal advisor Fran Healy.

12         Q.    And just so I can close the loop on

13   this, Ms. Cintron, is that everything you recall

14   about the incidents where Ted would yell at you?

15         A.    Yes.

16               MR. GOLDEN:  Thank you, Ms. Cintron.

17         That is all the questions I have.

18               THE WITNESS:  Okay.  Thank you.

19               MS. ULAK:  I don't have any more

20         questions.

21               MR. GOLDEN:  Ike, can we break?

22               MR. GREEN:  Yes.

23               THE VIDEOTAPE OPERATOR:  The time is

24         3:57 p.m., we are off the record.
```

Evelyn Cintron
2/14/2023

```
 1                    * * * * *
 2              (This concludes the deposition of
 3         Evelyn Cintron at 3:57 p.m.)
 4                    * * * * *
 5              MR. GOLDEN:  I would like a copy.  Can
 6         you e-mail that?
 7              THE COURT REPORTER:  Sure.  Normal
 8         delivery everyone?
 9              MS. ULAK:  That's fine.
10              MR. GOLDEN:  Yes.
11              MR. GREEN:  We'd like to read and sign.
12              THE VIDEOTAPE OPERATOR:  I just need to
13         know who will be ordering the video.
14              MR. GOLDEN:  This is Kevin Golden for
15         PAL, I don't believe we'll be ordering this
16         one at this time.
17              MR. GREEN:  Not at this time.  We may
18         later.  We just need the transcript right now.
19              MS. ULAK:  Yeah, I think -- I guess
20         I'll take the video.  I did order it.
21                    * * * * *
22              (Whereupon, Exhibit City-1, City-2,
23         City-3 and City-4 were marked for
24         identification.)
```

1                C E R T I F I C A T I O N

2

3

4          I hereby certify that the proceedings and

5    evidence noted are contained fully and accurately in

6    the stenographic notes taken by me upon the foregoing

7    matter dated _____2023, and that this is a

8    correct transcript of the same.

9

10

11

12

13          RENEE SCHUMANN
           CERTIFIED COURT REPORTER
           LICENSE NUMBER: 30XT00005200
14

15

16          (The foregoing certification of this

17   transcript does not apply to any reproduction of the

18   same by any means, unless under the direct control

19   and/or supervision of the certifying reporter.)

20

21

22

23

24

**WORD INDEX**

**< $ >**
**$25**  47:*14, 15, 16*

**< 1 >**
**10**  38:*16*
128:*2, 15*
**10:13**  1:*1*  4:*10*
**10:49**  30:*10*
**10:50**  30:*20*
**100**  119:*9, 10*
**11/6/17**  129:*18*
**11:39**  64:*11*
**11:54**  64:*16*
**11:58**  67:*18*
**12**  127:*18*
**12:07**  68:*12*
**12:56**  104:*5*
**13**  23:6  97:6
**14**  1:*1*  4:*9*
39:*23*
**148**  3:*8*
**15**  160:*11*
168:*12*
**1515**  2:*1*
**152**  111:*21*
**155**  3:*9*
**15th**  2:*1*
**1650**  1:*1*  2:*1*
**16th**  111:*21*
**17**  10:*2*
**176**  3:*15, 16, 17, 18*
**17th**  73:*16, 17*
74:*9, 15*
150:*21, 23, 24*
151:*2*
**19102**  2:*1*
**19103**  2:*1*
**19-CV-4078**
1:*1*  4:*8*

**< 2 >**
**2**  2:*1*
**2:11**  104:*11*
**2:12**  105:*21*
**2:13**  105:*7*
**20**  3:*18*  15:*15*
44:*7*
**2017**  44:*7*
63:*3*  64:*24*
97:*4, 6, 9, 10*
98:*19*  129:*21*
130:*16, 24*
139:*9*  140:*12*

**151**:*4*  153:*16, 17*
**2018**  9:*22, 24*
63:*23*  64:*23*
97:*9*  151:*4*
**2022**  5:*20*
7:*24*
**2023**  1:*1*  4:*9*
177:*7*
**215**  2:*1*
**239**  86:*1, 3*
**242**  86:*1*
**25th**  15:*20, 23*
16:*10, 14, 15*
70:*1, 10*
**26th**  142:*6, 9*
161:*4, 19*
**27**  97:*4*
130:*24*
**28th**  5:*20*
7:*24*  88:*21*

**< 3 >**
**3:57**  175:*24*
176:*3*
**30**  130:*11*
**30XT00005200**
177:*13*
**3600**  2:*1*

**< 5 >**
**5**  3:*7*
**50**  119:*8, 11*
**54**  90:*7, 10*
**550-1999**  2:*1*
**569-2100**  2:*1*

**< 6 >**
**6**  57:*7*
**683-5083**  2:*1*

**< 7 >**
**700**  2:*1*
**75**  3:*18*

**< A >**
**a.m**  1:*1*  4:*10*
30:*10, 20*
64:*11, 16*
67:*18*  105:*7*
**ABC**  57:*7*
**ability**  101:*11*
159:*20, 23*
165:*19*  166:*8*
**able**  6:*9*
40:*14*  70:*16*
71:*7, 9*  84:*10*
85:*17*  90:*20*

**112**:*2, 5*
121:*23*  129:*11*
**absolutely**  64:*9*
**abused**  78:*13*
**abusing**  32:*18*
**accolades**
144:*22*
**accomplish**
55:*5*
**accomplished**
18:*11*
**account**  48:*1, 10*  162:*2*
**accounts**
144:*23*
**accurate**  7:*4*
113:*8*  116:*20*
131:*3*
**accurately**
177:*5*
**acknowledged**
125:*22*
**acknowledgmen
t**  158:*14, 16*
**act**  103:*10*
155:*8*
**acting**  51:*11*
86:*24*
**action**  44:*18, 19, 22*  45:*3*
101:*14*  124:*21*
**actions**  45:*16*
**active**  22:*18*
23:*5, 6*  120:*7*
121:*2*
**activities**
156:*19*  173:*7*
**actual**  33:*14*
**add**  111:*24*
**address**  27:*9*
123:*7*  124:*1, 15, 21*  125:*7*
**addressed**
111:*24*  115:*1*
125:*14*  129:*10*
131:*11*
**adjust**  130:*10*
**administrative**
12:*13*  15:*21*
68:*20*  70:*22*
127:*19*
**advantage**
117:*16*
**advertising**
40:*23*
**advice**  51:*23*
**advised**  25:*16*
134:*8*

**advisor**  56:*5, 12*  62:*24*
174:*20*  175:*11*
**advocating**
109:*16*
**Affairs**  51:*4, 20*  89:6  93:*23*
104:*20*  105:*10, 15, 24*  106:*8, 13*  107:*4, 6, 22*
110:*21*  111:*19*
114:*13*  115:*2, 13*  116:*8, 12*
122:*2*  126:*2*
130:*20*  131:*2*
134:*7, 18, 24*
137:*20, 21*
**affiliated**
152:*2*  153:*8*
**afraid**  115:*6*
**afternoon**
70:*13*  71:*16*
**afternoons**
71:*4*
**agenda**  112:*17*
**agitated**  174:*9, 10*
**ago**  9:*5*  51:*2*
**agree**  79:*16*
81:*24*  86:*11*
106:*3*  130:*15*
**agreed**  25:*17, 21, 23*  79:*14*
161:*22*
**agreement**
48:*11*  130:*13*
161:*10*  166:*7*
**agreements**
51:*1*
**ahead**  108:*17, 22*  128:*7*
159:*3*  166:*1*
**Allied**  152:*3*
**allocate**  13:*5*
61:*17*
**allocated**  14:*5*
**allocating**  13:*3*
**allow**  40:*18*
48:*22*
**allowed**  40:*5, 17*  41:*12, 14*
48:*11*  118:*6*
120:*24*  127:*19*
159:*7*
**allowing**  56:*9*
**amended**
89:*21*  90:*4*

**advisor**  56:*5, 12*
**amount**  12:*23*
13:*5*  39:*17*
69:*17*
**analysis**  68:*22*
**and/or**  177:*19*
**announced**
109:*19*
**anonymous**
90:*16*  104:*17*
**answer**  6:*9, 16, 21*  7:*2, 3, 9*
24:*10*  30:*24*
82:*11*  100:*7, 17*  108:*16, 21, 22*  112:*1*
139:*16, 17*
143:*3*
**answered**
24:*11*  149:*9*
170:*16*
**answering**
66:*10*  113:*13*
**anxiety**  139:*4*
**anybody**  7:*17*
14:*18*  19:*11*
36:6  41:*4, 17*
125:*12*  132:*2*
133:*23*
**anyway**  61:*5*
120:*1*  174:*13*
**apart**  162:*21*
165:*18*  169:*4*
170:*3, 4, 13, 20*
**apologize**  8:*18*
85:*16*
**apparently**
56:*14*
**applied**  145:*7*
**apply**  177:*17*
**appointed**
15:*7*  17:*4*
19:*14*  50:*17*
62:*5*
**appreciate**
24:*10*  166:*1*
**approached**
55:*9*  99:*15*
**approval**
118:*3*  162:*17, 19*
**approve**  12:*22*
74:*20*  116:*3*
**approved**
118:*5*  119:*11*
167:*13, 15*
**approving**
61:*22*  116:*2*
**approximate**
10:*4*

**approximately**
4:*10*  10:5, *14*
78:*17*  80:*14*
81:*23*  156:*6*
**Arch**  2:*1*
**area**  38:*24*
40:*17*  121:*8*
**areas**  118:*24*
119:*1*
**argue**  112:*10*
**argued**  66:*3*
**arguing**  63:*18*
65:*7, 9*  66:*4*
172:*12*  173:*13*
**argument**
93:*14, 24*
113:*6*  174:*6*
**arranged**
153:*9*
**arrival**  117:*22*
**arrived**  13:*17*
19:*19*  20:*16*
55:*6*  69:*20*
130:*17*  154:*3*
**arriving**  102:*2*
**ashamed**  27:*7*
**Aside**  36:*21*
170:*1*
**asked**  7:*9*
16:*19*  22:*23*
26:*11*  30:*7*
45:*2, 9*  74:*15*
76:*13*  84:*14*
99:*15*  108:*6, 7*
117:*17*  124:*1*
139:*20*  149:*8*
150:*19*  154:*11*
168:*20*
**asking**  61:*21*
72:*18*  74:*20*
81:*12, 13*
93:*18*  121:*11*
136:*22*  149:*18*
168:*15*  170:*2*
**assign**  43:*20*
44:*2*  69:*11*
155:*10*
**assigned**  12:*12*
22:6  43:6, *10*
44:*4*  74:*16, 22*
102:*20*  103:*16*
141:*22*  145:*2*
175:*10*
**assigning**
151:*14*
**assignment**
99:*5*
**assignments**

Evelyn Cintron
2/14/2023

70:18  132:15
assist  12:13
assistant
66:24  67:5, 7
68:21  69:24
70:22  71:12
assisting  71:4
assists  151:23
association
4:14
assume  7:2
assuming
116:16
asthma  22:19
Athletic  2:1
4:24  9:14, 20
11:1, 9  12:7
13:12  36:19
129:11
attached  3:18
attempt  112:9,
14
attempted
26:4  132:4
attempting
21:5
attend  23:9
96:13  163:19
attending  23:6
attention
35:19  55:8, 16
86:2  89:17
91:21  94:4
96:16  105:13
119:7  123:20
125:19
attorney  29:16
106:22  107:1,
2, 12, 14, 15, 18
110:16  137:23
attorney's
107:8
audio  141:15
audit  14:9
16:13, 19
auditing  16:8,
10, 24
August  119:16
authority
23:24  24:12
25:3, 6, 8
36:16  60:4, 16
61:5, 8  62:10,
13, 15  74:2
77:3  78:13
143:19  162:22
167:2, 18, 19,
24  168:2, 5, 17
169:9, 23

170:6, 19
171:2
available  87:7
avoid  82:8
85:2
aware  14:24
36:10  66:18
131:21  170:1,
6  171:2, 9

< B >
ba  173:20, 21
back  6:12
19:13  22:4
26:9  30:2, 4,
16, 20  31:3, 8
32:4  33:13, 23
44:12  47:21
48:17  52:2
54:18  55:20
58:18  64:16
68:12, 17  75:5
84:2  85:8, 9
88:9, 17  91:21
100:13, 24
101:10  103:21
104:11, 13
105:7  127:22
128:14  132:8,
23  133:12
134:16  139:19,
24  145:1
164:20  165:23
169:23  175:4
background
75:1
backlog  19:24
29:14  31:7
38:20
bad  38:20
128:19  145:8,
9
based  12:8
18:17
Basically
11:14  14:4
40:11  44:8, 15
45:17  55:17,
18  65:9  66:16
74:20  75:5
80:2  120:13
126:12  133:10,
21  134:1
143:4  159:8
basis  33:10
69:7, 10, 17
70:17  97:23
98:1

basketball
40:14, 15  41:6,
9
baskets  43:17,
18
Bates  85:24
111:21
bear  9:2
becoming
77:20  118:15
125:5  144:2
began  5:21
21:23  54:14
63:13  154:9,
17
beginning  9:6,
22  88:18
95:18, 20  97:6
begins  4:2
behalf  4:19,
21  107:23
155:8
believe  9:22
20:22  27:22
35:10  39:9
52:24  56:24
121:10  136:14
139:9  141:9
151:4, 10
152:18  166:18
168:18  172:6
174:22  175:2
176:15
belonged  33:9
39:3
benefit  31:15
32:19, 20
benefiting  33:1
benefits  32:20
berate  112:13
Bernie  17:9,
15  52:13  56:4
57:5, 7, 9
62:22  63:7
78:12  154:13
155:3  165:3,
14  168:13, 19
169:3, 7
174:15
best  6:16, 20
55:3  151:2
better  33:3
51:9  68:6
79:10  120:3
133:14  143:10
144:8, 13
beyond  74:4
big  39:16
bigger  126:22

bimonthly
17:20
bingo  32:14,
15, 17
bit  5:24  7:14
15:17  19:18
21:8, 10  29:8
32:6  38:7
39:13  78:2
83:18  88:9, 10
95:13  104:16
120:3  122:24
134:17  144:12
black  141:3
blackballed
76:21
blatantly  45:6,
18  98:11
125:2
Board  11:20
17:13  18:1, 3,
9  19:2, 5  27:6,
15  33:13  34:4
36:6  41:18
42:7  45:23
49:24  51:11
54:15  55:16
62:14  132:17
133:20  144:1
147:20  150:5,
13  152:13, 14,
20  153:4, 8, 11,
15  155:5
162:8, 15, 19,
24  163:18, 19,
21  164:1
168:8, 10, 13,
16  170:22
172:3
bonus  145:24
146:3, 4
booked  126:20
borrow  39:5
boss  144:22
145:3  147:1
174:7
bothered  57:20
bothering
54:19
bottom  88:1
111:5  125:20
brag  98:12
bragging  96:17
brand  38:12
break  7:7, 8,
10  64:1, 5, 19,
20  175:21
Brent  110:22
115:1  134:23

brief  64:13
68:9
briefly  138:9
bring  72:12
78:5  90:6
91:21  173:12
bringing
22:20  54:20
brought  5:17
9:11  28:12
35:19  55:8, 15
69:21, 22  94:4
119:6  123:19
buddy  52:3
98:13
budget  11:19,
21  12:1, 22, 24
13:3  14:10, 14,
17  15:1  16:2,
6, 24  18:22, 24
31:11, 13
38:11  61:17,
18  119:7
162:3, 5, 7, 18
167:16  171:3
budgeting
11:17  12:2
162:14  170:15,
19
building  20:23
23:20  28:18,
21, 22, 24  29:3
33:7, 8, 9, 12,
19  35:3, 5, 8,
11, 12, 13, 14,
16  38:9  39:2
61:23  102:8,
10  103:17, 18
160:9, 17
161:6
buildings  33:3
35:12  36:11
161:11, 12
bully  115:7
bureau  53:2
buy  32:10, 11
117:18
buying  32:13

< C >
call  42:18, 22
66:12  74:6
76:10, 12, 13
79:10  123:13
124:7  128:23
143:3, 9, 16, 17,
23  149:1, 7, 16
150:10  153:2,
6, 12, 14

called  26:14
27:5  43:22, 23
47:24  48:3
51:8  52:6
56:1, 3  57:16,
21  62:22  66:5,
7  74:10, 15, 22
77:4, 6  79:13
91:4  99:17
112:23  113:16
116:1  123:11,
16  125:10
136:19, 23, 24
137:16  143:2,
17  145:13, 23
149:17, 18
calling  66:14
98:7  99:6
100:21  134:11
calls  66:10
76:18  87:1
113:13  132:17
149:24
Campbell
140:23  142:5
cancel  35:4
cancelled
34:21
cancer  138:12,
13, 16
capital  61:23
Captain  74:7,
8, 17, 22  75:9,
12  76:10, 16
140:16  141:8
142:16  150:21,
22  175:10
care  125:15, 16
carries  66:16
carry  13:19
14:6  45:6
carrying  75:6
85:2  103:7
Case  4:8
36:14  115:4, 8
135:3
cash  118:8
Cassandra
65:13, 18, 20
121:5
caught  21:11
96:5, 15
cause  101:1
125:4  143:20
caused  35:5
causing  44:14
cell  16:22
83:13, 16

84:*16*, *20*, *21*
86:*21*, *23*
**center**  12:*15*
20:*7*, *13*, *19*, *21*
21:*5*, *24*  22:*1*,
*6*, *8*, *9*, *15*, *18*,
*21*, *22*  23:*2*, *5*,
*7*, *11*, *21*, *23*
24:*13*, *20*  25:*6*,
*12*, *22*, *24*  26:*4*,
*6*, *9*, *11*, *12*, *17*,
*21*  27:*2*, *11*, *18*
28:*8*  29:*1*, *6*
39:*4*, *22*  40:*9*,
*18*  74:*16*, *17*
75:*7*  142:*6*, *8*,
*9*  157:*1*, *21*
160:*6*, *13*
161:*9*  162:*1*,
*21*, *23*  167:*9*,
*12*
**centers**  12:*13*
19:*20*, *22*  20:*1*,
*2*, *5*, *6*  26:*23*
31:*9*, *17*  33:*15*
36:*24*  37:*17*
38:*3*, *4*, *8*, *21*
39:*4*, *5*, *6*, *7*, *16*,
*19*, *24*  40:*1*, *2*,
*18*  70:*20*
75:*15*  109:*16*
128:*6*  160:*2*,
*11*, *13*, *15*, *17*,
*23*  161:*1*, *5*, *12*
**certain**  12:*23*
13:*5*  14:*1*, *2*
48:*6*  113:*15*
173:*7*
**certification**
16:*18*, *23*
177:*16*
**CERTIFIED**
177:*13*
**certify**  177:*4*
**certifying**
177:*19*
**chain**  98:*3*
99:*16*  100:*1*, *5*,
*19*
**chair**  155:*5*, *6*
**challenge**  8:*19*
**chance**  8:*3*
90:*12*  111:*13*
122:*20*  174:*21*
175:*6*
**change**  11:*20*
70:*14*  127:*23*
162:*12*  172:*20*

**changed**  11:*19*
162:*12*
**changes**  162:*15*
**changing**
48:*14*  130:*12*
166:*5*
**charge**  13:*9*,
*24*  15:*22*  43:*4*
44:*2*  53:*4*, *16*
54:*5*  60:*14*
61:*3*  116:*12*
128:*2*  152:*19*
157:*2*
**Chase**  63:*21*
65:*6*  97:*8*
106:*4*  112:*16*
120:*6*  121:*4*
123:*4*, *5*, *10*
156:*23*  157:*4*,
*17*  171:*13*
**chat**  6:*11*
**cheap**  161:*22*
**cheaper**  32:*11*,
*17*
**check**  69:*16*
75:*1*  118:*8*
154:*19*
**checked**
138:*16*
**checking**  128:*5*
**chief**  15:*5*
118:*7*  152:*17*
**children**  12:*15*
23:*19*  25:*9*
**chime**  8:*18*
**choice**  20:*12*
24:*22*  70:*2*, *3*,
*4*  86:*24*
124:*16*
**choose**  35:*4*
**chose**  129:*22*
**Christine**
147:*1*
**Christmas**
39:*15*  43:*14*
**Christopher's**
70:*9*
**church**  28:*18*,
*20*, *22*, *24*
160:*6*
**CINTRON**
1:*1*  3:*4*  4:*4*, *5*,
*22*  5:*5*, *15*
9:*11*  30:*23*
31:*24*  32:*21*
33:*22*  35:*8*
46:*24*  58:*16*
61:*21*  64:*18*
67:*23*  73:*9*

85:*17*  87:*14*,
*20*  90:*1*  95:*22*
100:*17*  101:*15*
104:*13*  108:*18*
110:*6*, *13*
120:*2*  121:*20*
122:*6*  125:*18*
135:*22*  138:*7*
140:*13*  142:*10*
144:*5*  146:*6*
147:*9*  148:*22*
153:*12*, *13*
155:*19*  160:*1*
164:*24*  168:*1*,
*4*  175:*13*, *16*
176:*3*
**circumstances**
168:*22*
**circumvent**
133:*15*
**CITY**  1:*1*  2:*1*
4:*6*, *19*  5:*16*
9:*12*  12:*9*
29:*2*  36:*23*
45:*22*  48:*4*, *5*
56:*23*  60:*7*, *21*
69:*3*  83:*13*, *16*
84:*9*, *16*, *22*
85:*3*  86:*16*, *21*
107:*2*  111:*21*
128:*9*, *21*
132:*2*  134:*5*,
*14*  135:*10*, *23*
136:*3*, *14*
137:*11*  139:*3*
145:*8*  152:*6*,
*22*  156:*21*
160:*3*  161:*12*
163:*10*, *14*
174:*20*, *22*
175:*3*
**City-1**  3:*15*
85:*13*, *23*
176:*22*
**City-2**  3:*16*
110:*7*  111:*22*
176:*22*
**City-3**  3:*17*
121:*19*  122:*1*
176:*23*
**City-4**  3:*18*
129:*6*  176:*23*
**City's**  136:*15*
**civilian**  50:*9*,
*10*  57:*4*  60:*2*,
*3*, *6*  63:*11*
71:*20*  72:*4*
93:*15*, *24*  94:*3*
98:*17*  101:*23*

157:*4*, *11*
159:*12*, *15*
166:*8*  172:*19*,
*23*  173:*6*, *15*
**civilians**  60:*18*,
*24*  121:*7*
127:*1*  173:*1*,
*10*
**clarification**
148:*6*, *10*
**clarify**  6:*20*
155:*20*
**clarifying**
87:*11*
**clarity**  11:*6*
**Clark**  76:*11*
77:*6*  79:*13*
149:*2*, *6*, *15*, *20*
152:*5*, *6*, *8*
**classroom**
22:*9*  23:*13*, *15*
**clean**  26:*10*
**clear**  8:*8*  10:*4*
28:*3*  29:*2*
36:*18*  37:*21*
40:*19*  50:*7*
51:*20*  60:*6*
62:*16*  75:*13*
78:*15*  83:*2*
91:*7*  95:*1*
96:*21*  97:*5*
116:*7*  121:*13*
122:*13*  124:*22*
141:*24*  149:*12*
157:*15*  158:*20*
163:*2*  171:*7*
**clearly**  115:*7*
**close**  20:*12*, *14*,
*19*  23:*2*, *21*, *23*
24:*3*  25:*6*
26:*17*  34:*11*
70:*9*  115:*4*, *8*
135:*2*  162:*22*
175:*12*
**closed**  22:*1*
25:*10*, *12*
119:*16*
**closet**  22:*10*
**closing**  26:*23*
162:*21*
**coach**  40:*10*,
*22*
**cocky**  98:*10*
**collect**  145:*24*
154:*19*
**college**  72:*10*
**combine**  39:*16*
**combined**
39:*24*

**come**  18:*16*,
*21*  26:*15*  34:*8*
52:*2*  70:*3*, *7*
73:*24*  79:*9*
99:*3*, *6*  100:*21*
102:*6*  104:*19*
105:*13*  114:*2*
123:*11*  149:*22*
156:*24*  165:*23*
171:*22*  172:*8*
173:*18*, *22*
174:*1*, *5*
**comfort**  64:*1*, *5*
**coming**  18:*13*
23:*9*, *10*  28:*14*,
*15*  101:*10*
114:*20*  123:*24*
130:*5*  133:*6*
138:*9*  143:*23*
145:*5*  172:*13*
**command**
15:*20*  20:*11*
42:*6*, *8*  53:*15*
98:*3*  99:*16*
100:*1*, *5*, *19*
101:*6*  125:*3*
132:*13*
**commander**
14:*8*  15:*10*
51:*22*
**commander's**
12:*24*  159:*6*
**commanding**
9:*14*, *20*  10:*6*,
*9*, *22*, *23*  12:*20*
15:*7*, *13*, *19*, *24*
16:*3*, *8*  17:*1*, *4*,
*12*  19:*15*, *16*
20:*18*  23:*24*
24:*12*  25:*7*
29:*9*  41:*23*
42:*9*  50:*17*
55:*18*  56:*17*
59:*18*  62:*6*, *7*
78:*9*, *18*  83:*12*
94:*24*  125:*2*
129:*10*  140:*14*
141:*6*, *17*
142:*3*, *12*
155:*22*  156:*10*
160:*2*  165:*16*
166:*12*, *18*, *19*
167:*2*  169:*16*
171:*10*
**commencing**
1:*1*
**comment**
50:*20*  126:*18*,
*19*

**Commissioner**
10:*12*, *13*, *15*,
*18*  17:*9*  24:*2*
25:*13*, *15*, *21*,
*23*  27:*3*  36:*9*,
*21*  37:*1*, *3*, *12*
49:*7*  50:*16*
51:*9*, *10*, *18*
52:*7*, *8*, *19*, *20*,
*21*, *23*  53:*10*,
*13*, *14*, *24*  54:*4*
55:*24*  56:*3*, *5*,
*7*  58:*1*  62:*15*,
*20*  63:*5*  76:*19*,
*24*  77:*5*  78:*4*,
*19*  79:*13*  81:*4*
115:*15*  116:*1*,
*4*, *11*  140:*19*
141:*7*, *10*, *12*,
*16*, *23*  142:*5*
145:*4*  150:*1*
152:*9*  167:*4*
168:*9*  175:*4*
**commissioners**
10:*8*
**commissioner's**
174:*19*
**common**  36:*2*

**Commonwealth**
1:*1*
**communicated**
144:*15*
**communicating**
95:*9*
**communication**
113:*7*
**community**
24:*19*  27:*12*
43:*15*, *17*  73:*7*
142:*7*
**community-**
**oriented**  73:*8*
**company**
144:*17*  146:*19*
151:*20*
**compel**  49:*24*
50:*4*
**complain**
132:*11*
**complained**
42:*17*  55:*1*
127:*23*  131:*24*
**complaining**
22:*19*  133:*8*,
*16*  134:*10*
135:*19*  173:*14*
174:*4*

**complaint**
41:3 89:22
90:5, 7, 21
95:7 134:7, 8,
15 135:10, 23
136:2, 5, 8, 9,
13 137:8, 15
138:1
**complaints**
29:10, 13
32:22 33:17,
24 34:2, 6
36:5, 6, 22
37:2 41:16
42:2, 12 132:1,
2 137:10
147:10, 12, 17
171:20
**complete** 6:10
56:10 58:24
**completely**
147:5
**complies** 86:6
90:14
**complying**
50:24 51:12
**computer**
63:14, 19
64:22 65:10
**concern** 35:1
48:16 54:20
**concerned**
31:7 38:14
55:22 115:1, 3
117:3 154:15
**concerns** 9:13
36:10, 12, 24
37:20, 21 51:3
54:20 108:9,
15 125:13
131:11 133:20
134:5 172:12
**concludes**
176:2
**condensation**
22:11
**condescending**
98:10 173:9
**conditions**
20:8, 13 22:8,
15, 24 23:10
27:12 31:9, 17
33:3, 16 37:24
38:21 39:6
138:18 139:12
**conducive**
31:12 56:11
59:1
**conduct** 16:13

**conference**
132:17 145:3,
4 146:21, 22
**conferences**
144:21 145:1
**conflict** 52:14
132:18
**conflicts**
170:10
**confront**
126:15
**confusing** 53:2
**connection**
32:6 151:20
153:3, 14
**connectivity**
83:16
**consider** 58:14
77:18 80:4
**considered**
48:13
**consistent**
159:14
**constant** 37:14
**constantly**
143:20
**consult** 14:20
**consulting** 26:6
**contact** 99:4, 5
133:23 138:6
**contacted**
25:13
**contained**
22:13 90:17
177:5
**continuation**
9:4
**continue** 5:18
71:20 73:18
95:16 142:18
154:22
**continued**
112:9
**contractual**
48:11 51:1
130:13 166:6
**contribute**
169:17
**control** 177:18
**conversation**
6:7 97:21
101:20 103:13
133:21 145:16,
18, 21 146:7,
15 154:5, 12
169:5
**conversations**
52:13 169:13

**Conway**
106:19, 21
110:22 114:1
115:2, 3
134:22, 23
**coordinate**
13:18 47:7
67:9 157:20
**coordinator**
157:13, 14, 19
**coordinators**
156:19
**copy** 22:23
176:5
**correct** 16:12,
20 17:7 26:3
37:23 42:9
48:9 49:9
51:21 59:2
60:10 65:1
75:16 78:19
79:15 106:5,
20 107:23
124:11 129:23
152:6 157:3, 5,
11, 16 158:1
159:17 160:6
163:6, 11, 15
166:20 171:4,
10 173:17
177:8
**corrected**
31:16
**correctly** 9:17
25:12 27:18
50:3 79:12
81:5 86:18
99:9 117:10
**Coulter** 116:2,
4 145:4, 16
146:8 147:1
**Council** 76:10
79:12 152:6
**counsel** 4:16
5:9 8:17
107:22 137:9
**counseled**
119:3
**counseling**
51:6
**couple** 55:7
147:23 163:1
171:15
**course** 88:4
149:6, 16
154:2
**COURT** 1:1
4:7, 13 5:2
6:3 30:8, 16

31:3 64:7
68:17 100:13
139:21, 24
140:4, 20
159:1 164:8,
17, 20 174:24
176:7 177:13
**courtesy** 124:2,
12
**covered** 158:21
**co-worker**
145:2 146:9
**Cozen** 39:10,
11 160:12, 16
**crazy** 35:3
**create** 112:9
113:2 114:7
**created** 113:19
**creating** 98:8
**crime** 67:8
68:22
**criteria** 73:22
74:4
**CROSS-
EXAMINATIO
N** 3:8, 9
148:19 155:16
**crosstalk**
113:9 136:7
**current**
135:13 140:18
**currently**
138:17 142:2
**custodian**
27:17
**cut** 8:23 21:8,
10 31:24
35:17 48:18
50:2 79:7
134:1
**cutting** 21:18
43:1 159:1

**< D >**
**Dahl** 142:7
**D-A-H-L**
140:23
**Dahl-Campbell**
140:19, 22
141:2, 5, 21
142:11
**dance** 119:6
**Danielle**
110:16
**Daryl** 35:24
76:11 149:2,
20 152:5, 6
**data** 67:8
68:22

**date** 1:1 4:9
10:2 79:1, 4
80:12 81:11,
12 96:22 97:3
105:22 129:3,
4, 17 130:18
131:13
**dated** 130:24
177:7
**dates** 80:11
**David** 66:23
**day** 7:24 8:11
20:6 22:5
45:22 58:9
66:20 75:8
113:1 128:18
143:24 146:22
**days** 22:5
48:12 55:7
130:11 147:7
**day-to-day**
11:2, 10 12:14
**DC** 48:2
**deal** 66:6
172:18
**dealing** 74:24
91:1 161:3
**decided** 19:19
27:10 38:17
118:22 119:12
120:1 134:13
157:19 173:11
**decides** 167:8
**decision** 20:11,
12 23:21, 22
24:1, 3, 22
25:21 26:5, 17
55:13, 19
59:17 61:7, 8
78:14 83:3
131:16 165:17
174:8
**decision-
making** 18:7,
15 163:18
164:3 165:1
166:23
**decisions** 18:8,
14 20:10 59:4,
6, 7, 23, 24
109:17 113:17
162:10 163:23
165:24 166:3
**declined** 79:20
117:24 118:17
119:9
**Defendant** 1:1
2:1 4:24

**defendants** 4:6
**defer** 148:11
**definitely** 53:4
**Delaware**
40:17
**delivery** 176:8
**denied** 116:4
119:10 125:21
**DEPARTMEN
T** 2:1 9:15
12:4, 17 36:3
46:16 50:8
55:3 56:9, 11
59:2, 9 72:8
104:17 115:16
135:15 136:9,
10, 15 144:6,
10, 16 152:19,
23 153:1
**Departmental**
49:13, 15, 21,
23 50:1, 5, 11,
24 134:2
135:24 136:3
**depending**
17:23 167:15
**depends** 70:24
71:5, 17
**deplorable**
20:8 31:8
37:24 39:6
**deposition** 1:1
4:4 5:18, 19,
21 9:5 87:16
88:21 89:1, 4,
18 90:6
138:10 159:11
167:23 176:2
**depressed**
140:6
**depression**
139:5
**deputies** 115:6
**deputy** 10:8,
11, 13, 15, 17
24:2 25:13, 15,
20, 23 27:2
36:8, 21 37:1,
3, 4, 11 51:10,
18 52:7, 8, 19,
20, 21, 23
53:10, 12, 14,
24 54:4 55:23,
24 56:5 66:12
78:3, 18 81:3
96:15 98:16
99:2, 10, 11, 14,
17, 21 100:21,
22 101:3, 4, 17

115:*15*  116:*1,*
*4, 11, 23*  132:*5,*
*6*  135:*6*
140:*18*  141:*2,*
*7, 10, 12, 16, 23*
142:*4, 21*
145:*3, 16*
146:*7*  152:*9*
**deputy's**  99:*19*
100:*3, 4, 24*
**describing**
169:*2*
**DESCRIPTIO**
**N**  3:*14*  62:*7*
166:*11*
**designer**  31:*22*
32:*10, 16*
**desire**  72:*12*
**detailed**  166:*12*
**details**  44:*1*
**detective**
106:*16*  134:*11*
**determination**
174:*23*  175:*1*
**develop**  13:*17*
**developing**
11:*13*
**deviate**  117:*16*
**deviates**  124:*4*
**dials**  68:*4*
**different**  7:*14*
13:*6*  22:*12*
31:*9*  34:*8*
46:*3*  71:*11*
72:*22*  93:*10*
126:*24*  127:*1*
136:*6*  137:*6*
138:*4*  153:*13*
161:*8*  168:*21*
172:*16*
**difficult**  101:*9*
**difficulties**
8:*20*  29:*15*
63:*15*  67:*10*
104:*21*
**digging**
115:*10*  134:*12,*
*20*  135:*1, 4, 20*
**dinners**  43:*14*
**DIRECT**  3:*7*
*5:12*  177:*18*
**directed**  132:*8*
133:*11*
**directly**  49:*22*
66:*13*  113:*14*
**director**  11:*8*
36:*19*  55:*20*
56:*17*  152:*17*
155:*24*  156:*5*

**disappear**
45:*21*  46:*6, 7*
**disciplinary**
44:*18, 22*  45:*3*
101:*13*  124:*21*
**discipline**
159:*23*  168:*23*
**disciplined**
29:*5*  42:*11*
45:*20*  72:*4, 5*
83:*9*  117:*5*
147:*16, 18*
**discovery**
73:*13*
**discuss**  27:*2*
41:*11*  66:*7*
77:*14*  82:*19,*
*24*  108:*1, 9, 15*
120:*24*  123:*14*
124:*8*  143:*8*
154:*5*
**discussed**  7:*23*
11:*22*  51:*6*
56:*6*  62:*12*
82:*21*  91:*17*
93:*4*  128:*18,*
*22*  130:*6, 23*
131:*20*  154:*1*
158:*9*  162:*13,*
*15*  167:*2*
**discussing**
66:*13*  92:*7*
109:*20*  120:*5*
172:*12*
**discussion**
29:*22*  30:*13*
67:*20*  83:*4*
105:*4*  164:*10*
**disgruntled**
46:*2*  91:*1, 13*
92:*22*  95:*8*
101:*10*
**dismiss**  42:*4*
**dismissive**
54:*17*  58:*11,*
*15*
**Disney**  40:*7*
**disobey**  45:*6*
**disobeying**
45:*18*
**dispute**  110:*24*
111:*7*
**disregard**
77:*22*  98:*6*
**disrespect**
171:*24*
**disrespectful**
44:*16*  45:*18*
77:*21*  98:*11*

124:*10*  125:*3*
172:*7*
**disrespecting**
172:*1*
**distance**  103:*5*
**distributed**
46:*4, 12*  69:*15*
70:*17*
**DISTRICT**
1:*1*  4:*7, 8*
15:*21*  16:*11,*
*14, 15*  70:*1, 10*
73:*17*  74:*9, 15*
75:*5*  142:*6, 9*
150:*24*  161:*4,*
*19*
**districts**  54:*5*
**document**
85:*11, 23, 24*
86:*3*  87:*15, 21*
108:*23*  111:*9,*
*22*  112:*8*
158:*18*  170:*5,*
*8, 11*  171:*1, 8*
**documentation**
15:*8*  62:*4*
**documents**
7:*20*  151:*7, 11*
167:*1*  169:*24*
170:*3, 9, 13, 20*
**doing**  8:*20*
14:*19*  15:*18*
16:*14, 17*  19:*1*
22:*1*  38:*11*
42:*20*  44:*8*
46:*1, 15*  48:*20*
50:*14, 21*
56:*15*  61:*12*
73:*6*  77:*21*
79:*23*  85:*9*
99:*12*  114:*5*
119:*24*  124:*10*
132:*7, 11*
135:*8*  144:*18,*
*23*  146:*21*
163:*23*  167:*6*
173:*8*  174:*17*
**dollars**  31:*21*
32:*10*  33:*6*
**donate**  43:*15*
**donated**  33:*9*
46:*3*
**donors**  23:*4*
**doors**  96:*14*
**doorway**  103:*1*
**Doren**  145:*6,*
*16*  146:*7, 10,*
*18*

**downward**
60:*15*
**draft**  56:*13*
57:*1*  175:*10*
**drafted**
174:*18, 19*
175:*7*
**drive**  112:*17*
**dropped**  29:*17*
164:*7*
**due**  133:*16*
139:*4*
**duly**  5:*5*
**duties**  10:*21*
15:*9*  17:*11*
62:*7*  169:*2*
171:*5*
**duty**  48:*13*
**dynamic**
172:*20*

**< E >**
**Eagles**  43:*5, 8,*
*12, 13, 18*
**Earlier**  72:*11*
76:*2*  77:*14, 15*
117:*8*  120:*4*
130:*23*  138:*8*
147:*10*  156:*13,*
*21*  162:*20*
163:*17*  167:*23*
171:*15*
**early**  78:*8*
**earned**  146:*5*
**easier**  148:*5,*
*11*
**EASTERN**
1:*1*  4:*7*
**Eddis**  166:*18*
169:*16, 19*
**EEO**  135:*9*
**EEOC**  134:*7,*
*8, 15, 19*
136:*15, 16, 21*
137:*9*
**eight**  71:*1*
127:*17, 20*
128:*9*
**either**  118:*8*
155:*7, 9*
168:*18*  175:*7*
**elaborate**
15:*16*  72:*16*
153:*11*
**electrical**
34:*10, 12*  35:*9,*
*15*  36:*14*
**electrician**
34:*12, 13, 14,*

*16, 19, 20, 21*
35:*4*
**E-mail**  3:*15,*
*17*  86:*5, 10, 11,*
*14*  122:*19*
123:*2*  124:*17*
125:*20*  126:*7*
176:*6*
**e-mails**  147:*15*
**emergency**
35:*2*
**employ**  155:*9*
**employed**  60:*7*
152:*22*
**employee**
92:*22*  101:*10*
125:*1*  137:*11*
146:*19*  149:*1*
150:*16*  157:*5,*
*11*  158:*8, 12*
163:*10, 14*
**employees**
36:*23*  49:*20*
60:*21*  95:*8*
110:*3*  156:*22*
157:*16*  159:*16,*
*19, 22*
**employment**
144:*13*  151:*21*
**encouraging**
94:*16*
**ends**  66:*14*
**enjoyed**  173:*7*
**ensure**  14:*4*
70:*16*  124:*3*
**enter**  102:*11*
**entered**  23:*20*
102:*9*
**entire**  128:*9*
**entities**  39:*8,*
*10*
**environment**
44:*15*  98:*9*
112:*12*  125:*6,*
*15*  143:*21*
**equal**  62:*13,*
*14*  69:*17*
167:*17, 19, 24*
168:*1, 5, 16*
169:*9*  170:*6,*
*19*  171:*2*
**equally**  69:*15*
**equals**  11:*5*
17:*7*
**equation**
55:*19*  56:*9, 20*
**equipment**
38:*24*

**errands**  67:*9*
**error**  8:*21*
**especially**  8:*22*
9:*6*  174:*10*
**ESQUIRE**  2:*1*
110:*16*
**essence**  59:*17*
98:*8*  101:*2*
**essentially**
71:*13*
**establish**  48:*10*
**EVELYN**  1:*1*
3:*4*  4:*4, 5, 22*
5:*5*  110:*13*
122:*6*  133:*2, 3*
139:*16*  176:*3*
**evening**  70:*13*
**event**  42:*22*
43:*5, 7, 10, 11,*
*12, 13, 21, 24*
47:*15*  65:*14,*
*19, 20*  77:*5*
96:*13*  102:*3, 6*
118:*4*  156:*19*
**events**  11:*14*
13:*19*  22:*1*
42:*24*  43:*4*
46:*17, 20*  47:*3,*
*6, 8, 11, 14*
48:*6, 22*  67:*9*
69:*1*  70:*19*
71:*3*  117:*19,*
*24*
**eventually**
33:*12*  55:*12*
**everybody**
14:*15*  67:*24*
113:*18*  140:*6*
**everyday**  6:*7*
**evidence**
165:*10*  177:*5*
**exact**  10:*2*
105:*22*  109:*8*
**exactly**  72:*21*
**exaggerating**
113:*1*
**EXAMINATIO**
**N**  3:*7*  5:*12*
**examined**  5:*6*
**example**  18:*20*
31:*18*  33:*20*
**exception**
39:*19*
**excess**  118:*23*
**excluded**  165:*7*
**excluding**
160:*16*
**exclusively**
90:*19*  91:*23*

**Excuse** 17:3
25:20 64:19
148:24 152:11
153:2
**executive**
155:24 156:5
**Exhibit** 176:22
**Exhibits** 3:18
**exit** 115:14
**experience**
15:14, 17 73:6
**experiencing**
110:1
**experts** 28:13
**expired** 115:24
**explain** 14:12
18:23 19:2
24:18 38:7
51:7 60:13
79:17 90:20
109:1 113:16
**explained** 16:6
23:1, 3 32:23
47:18 49:23
57:17, 24
73:19 74:12,
13, 23 76:14,
15 79:8 98:4
109:18 112:24
115:19 119:22
143:21 149:20
166:2 168:9
169:15 174:16
**explaining**
24:4 56:14
109:9, 12
**explanation**
43:24
**explicitly**
116:15
**express** 133:1
162:7
**expressed**
52:10 115:4
**extreme** 140:7
**eye** 138:24
**eyes** 54:18

**< F >**
**face** 44:17
**facilitating**
40:11
**facilities** 19:22
27:5, 14 33:2
37:22, 23 38:1
151:17
**facing** 44:18
**fact** 23:17
38:19 41:4

79:14 114:15
123:12, 13
149:21
**fair** 42:9
135:17
**fairly** 134:13
135:12
**Falco** 96:6, 11
97:20 101:17
102:22 163:3
**fall** 75:1
**fallen** 53:6, 8
**falsely** 40:12
**familiar**
142:15
**families** 43:19
**family** 72:20
115:24
**far** 16:21
101:21 116:19
117:3 142:16
**Fast** 118:19
**Faust** 42:21
44:13 47:1, 5
51:3, 14 65:13,
16, 17 91:4
95:9, 11 96:2,
3, 5, 9, 10, 16
97:19, 22, 24
98:3, 15 99:9
101:16 102:22
121:5 127:8,
10 128:9
129:10 131:16
163:5, 9, 10
**Faust's** 129:22
**favor** 72:18
73:24 76:22
120:21
**favorable**
132:19
**fear** 136:11
**FEBRUARY**
1:1 4:9
**feedback** 8:17
**feel** 112:15
143:9
**feeling** 22:4
144:4, 12
**fell** 53:5
**Fells** 21:3
**felt** 23:18
31:10 33:4, 11
36:15 38:21
101:5 112:21
114:5 126:22
128:19 143:18
**female** 107:9

**fiance** 156:17
**Fifteen** 160:4
**fight** 66:2
154:22
**fighting** 63:13
173:13
**figure** 27:4
**figured** 154:14
**file** 75:24
**filed** 47:20
90:21 137:8
**fill** 134:8, 19
**filling** 65:19,
20
**filter** 55:20
**filtered** 59:16
**final** 26:16
36:16 55:13,
20 59:4, 10, 17,
22, 24 61:5, 8
66:5 162:17,
19 174:23
175:1
**finalized**
109:19
**finally** 57:2
**finance** 46:22
47:13, 19, 20,
21, 22 48:7, 10,
21, 24 49:1, 4
**finances** 11:14,
16 62:1 118:6,
9
**financial** 15:5
118:7
**find** 27:10
45:21 65:24
115:5, 9, 17
116:12, 15, 24
117:4
**finding** 116:20
**finds** 135:20
**fine** 6:11, 24
10:3 12:20
52:10 82:17
176:9
**finger** 21:12
**fingers** 126:13,
14
**finish** 6:15, 16
159:3
**fire** 34:10
35:5
**first** 9:7
19:14, 18, 19
20:6, 16, 17, 20
35:20, 22
43:23 44:7
55:6 70:3, 4

72:19 75:10,
11 81:14 82:2,
17 85:7 86:3
87:15 88:15,
17 98:24
99:13, 22
100:6, 18, 20
111:19 117:16
123:5 127:18
128:20 130:17
132:5 148:8,
13 154:3
157:7 165:8,
13, 14 168:8
**fiscal** 119:16
**fit** 39:23
**Fitzpatrick**
1:1 2:1
**five** 15:21, 22
29:14 30:4
31:8 34:15
71:1
**five-minute**
64:1, 5
**five-year** 38:20
**fix** 26:17
27:10 28:19
33:2, 14 35:4
39:4
**fixed** 28:16
31:13 84:2
85:8
**flagged** 57:10,
12 58:3
**flagging** 58:4
**flexible** 71:7, 9
**Floor** 2:1
43:10 44:3
**focus** 120:2
121:1
**follow** 49:14,
20, 23 100:3
166:3
**followed** 21:1
133:17
**following** 49:6,
10, 12 50:23
100:4, 24
144:24
**follows** 5:7
148:10
**follow-up**
125:20 148:6
**fools** 51:11
**FOP** 107:12,
14, 15 130:14
166:7
**forced** 116:6

**foregoing**
177:6, 16
**forget** 27:22
47:24 57:22
106:17 138:24
**forgive** 157:3
**form** 134:7, 8,
19
**forms** 51:6
**forward**
118:19
**forwarded**
125:11
**fought** 119:21
**foul** 22:2
**found** 26:2
28:13 41:13
45:7 70:12
99:15 116:18
117:2 138:22
**four** 30:4
85:24 127:17,
18, 20 128:10,
15
**frame** 151:1
**Fran** 21:1
27:17 28:3
56:6 57:16, 17
175:11
**Francis** 74:7,
17, 22 75:9, 10,
12 76:10, 16
150:21, 23
**Frank** 28:5, 6
34:13, 20
**Fred** 106:19
**freeze** 85:5
87:4
**Friday** 47:9
112:12 127:17
144:20
**friend** 72:20
**friends** 102:22
**front** 22:10
108:24 143:5
**frozen** 68:3
**fully** 14:24
177:5
**fund** 119:13
**funding** 12:17
13:1 23:3
24:7 26:20, 23
29:9, 11 36:23
38:4 40:24
41:1 59:13
142:8
**fundraiser**
151:23, 24

**fundraisers**
62:2
**fundraising**
12:8 38:12, 18
**funds** 12:3
28:18 37:19
118:23 123:24
161:20
**further** 24:18
136:11
**fuzzy** 32:6

**< G >**
**games** 32:18
**gathered**
120:13, 14
**general** 17:14
18:1, 3, 9 19:5
120:18 163:18,
19, 21 164:1
**gentleman**
141:1
**gesture** 58:5
**gestures** 54:19
77:22
**getting** 8:16
22:18, 19 23:2,
4 24:21 31:15
37:16 38:5
40:24 41:9, 10
66:11 68:22
78:4, 22 84:5
87:19 96:17
133:18 143:23
144:1, 3, 14, 16
161:21 173:16
174:9
**gifts** 46:11
**giggling** 103:2
**girls** 119:8, 9,
10, 11
**gist** 143:13
**give** 5:23
6:15 18:20
31:18 33:20
36:9 43:15, 18,
23 58:24
70:18 85:12
86:4 90:12
95:15 106:15
110:7 116:14
118:8 122:18
124:11 129:8
130:9, 10, 11
143:9 146:3
157:1 168:23
**given** 5:22
8:14 23:17
52:12 73:21

76:12  117:1
119:24  131:5,
6  135:12
149:21
**gives**  25:5
**giving**  7:4
24:8  123:8
137:22
**gland**  138:23
139:1
**go**  5:24  6:12
19:5, 20  23:7
28:17  29:19
32:4, 11  33:12
34:19, 22  35:6
37:5, 8  39:23
43:17, 19
45:12, 14
46:21  47:14,
20  48:9  50:22
54:16  59:19
60:15  61:3
66:15  67:15
74:24  77:8
81:21  88:9, 10,
17  98:6, 7
99:18  100:22
103:21, 22
104:1, 22
108:17, 21
111:16, 17
115:6  116:3, 5
117:18  118:21
119:12  128:7,
20  129:1
132:8, 22
133:3, 4, 8, 10,
11, 15, 17
134:13  135:5,
18  139:2
140:8  144:5,
14  145:1
148:3, 8, 13
154:22  159:2,
7  162:6
165:21  166:1
173:20
**goes**  118:3
**going**  5:22
6:8, 13  7:2
14:21, 24  15:2
17:24  18:24
19:23  21:14,
21  23:18  24:4
26:2, 5  27:8
28:17  29:17
31:8  34:16, 17
36:10  37:10
44:2  45:8, 12

47:12, 19  48:6,
21, 22, 23
49:11  57:10,
12  58:11, 13,
18, 19, 22  62:1,
2, 3  66:1
70:20  71:5, 18
75:21  76:17,
21  77:2, 9
78:16  79:8
83:22  84:10
85:11, 22  86:4
87:4, 8, 13, 14
88:7  89:3, 17
90:6, 8  91:19,
20, 21, 22  94:5
96:8  97:11, 16
98:5, 16  99:21
101:22  102:7
103:6, 8
105:16  109:9,
12, 20  110:6,
19, 22  111:6,
16, 17  114:12
115:20  118:24
119:19  120:11
121:18, 19
122:18  123:19
124:14, 15
129:5  130:9
134:16  135:12,
16  137:5
140:10  143:18
146:20  149:23
154:16, 21
161:22  170:1
172:10  173:24
174:12
**GOLDEN**  2:1
3:9  4:23  5:22
68:2  147:24
148:3, 15
155:14, 18
158:24  159:10
164:6, 13, 23
167:22  168:3
175:5, 16, 21
176:5, 10, 14
**golf**  45:22
**golfing**  38:3
41:14
**Good**  4:18
5:15  24:21, 22
31:18  54:13
74:11  115:16
**gossip**  122:15
**gotten**  22:21
141:22  142:8

**governing**
157:24
**graduated**  72:9
**great**  24:3
70:2  85:22
117:14
**GREEN**  2:1
3:8  4:21  30:3
44:24  45:4
64:3, 6, 9  68:4
76:6  82:7, 12
84:12  88:16,
22  89:13, 20,
23  95:17
100:7  103:24
104:3  108:11,
16, 19, 21
136:22  137:1
139:14  140:3
147:23  148:2,
13, 16, 21
149:11, 14
155:12  164:15
167:20  175:22
176:11, 17
**Greg**  145:6,
16  146:7, 10,
18, 20, 24
147:3
**guess**  36:2
114:11  176:19
**guessing**  7:1
82:8
**guilty**  116:20
117:3
**gun**  66:16
**guy**  27:19
38:13
**guys**  51:10
**gym**  22:11, 12
23:12  29:1

< H >
**habit**  118:15
**half**  87:15
128:2  156:6, 7
**hallway**  34:23
**hand**  21:17
58:6  77:22
**handbook**
158:8, 11, 12,
15, 17
**handle**  34:15
43:7  118:9
119:23  132:16
148:12  154:20
**handled**  69:2
**handling**
127:19

**handwriting**
112:7
**handwritten**
112:1
**handy**  87:19
**Hang**  31:24
55:14  67:12
85:13  142:10
**happen**  58:11
63:22  66:20
74:21  78:13,
14  124:4
**happened**
20:4  23:17
27:1  57:13, 24
64:23, 24  65:3
101:22  104:16
105:12  106:7,
9  108:7  113:1,
5, 8  114:18
123:3  146:5
147:19
**happening**
65:23  85:15
**happens**  52:16
**happy**  109:17
**hard**  19:3
73:20  98:14
166:2
**harder**  45:19
**Harris**  65:13,
18, 20  121:5
**hasty**  20:10
**head**  151:8
**heading**  146:22
**headquarters**
33:5, 7, 8, 10
34:23  43:6
102:8  162:6
163:5, 8
**health**  115:20,
21  138:8, 11
139:12
**Healy**  56:6
57:16, 17
175:11
**hear**  8:22  9:7
52:4  77:7
108:11  132:9,
23  133:1, 2, 3,
5  170:24
**heard**  65:5, 22
97:18  101:16,
19  103:3, 5, 11,
12  143:6
**hearing**  67:24
103:5  116:21
**he'd**  45:22

**held**  29:22
30:13  67:20
105:4  156:2
164:10
**hell**  123:22
124:13
**help**  138:1
**helped**  68:24
**helps**  159:13
**Hero**  151:22,
23
**hey**  34:14
48:8
**high**  122:16
**higher**  133:8,
15  135:16
**highlight**  90:10
**hire**  34:13, 14,
16, 21  173:2
**hired**  34:12
144:14, 16, 17
157:14
**Hold**  29:16, 17
152:11  158:23
164:6
**holds**  142:2
**holiday**  39:18
**Hollis**  2:1
4:11
**home**  66:15,
19  84:22
113:18  130:11
**homework**
34:11
**honest**  53:1
73:14  147:5
**hopes**  143:9
**hoping**  146:4
**Hospital**  70:9
**host**  119:10
**hostile**  44:15
98:9  112:12
125:5, 15
172:24
**hours**  70:11,
13, 23, 24  71:8,
10
**Human**  136:9,
15
**hundred**  23:9
32:10  43:16
**hundreds**  46:6
**hunt**  115:7
135:6
**hyphen**  140:23

**hypothyroidism**
138:22

**hysteria**  66:17

< I >
**idea**  49:11
74:21  91:10
**ideas**  167:14
**identification**
176:24
**identify**  121:23
**ignored**  36:13
58:2  147:19
**Ike**  30:1
147:24  175:21
Ike@minceyfitz

patrickross.com
2:1
Ike's  76:4
**imaging**  95:7
**immediate**
123:15  133:9
**immediately**
20:21  26:14
52:12  54:14
55:8  90:17, 23
102:11, 23
103:3  113:14
123:20
**impetus**  58:22
**implement**
55:10  62:8
63:1  173:2
**implemented**
16:22  54:24
55:17  57:14
62:17  154:17
**implementing**
170:17
**importance**
122:16
**important**
5:24  6:6  24:7
27:9  41:19, 21
**improve**  68:5
**improvements**
61:23
**inability**  101:1
**inaccurate**
92:3, 8  113:11
**inch**  22:13
**incident**  65:3
66:18, 21
71:19  72:4
97:8, 13  98:17
101:22  105:17
106:3, 4, 13
108:4  109:3
112:15, 22
113:5, 13

114:*17*  116:22
118:*18*  120:5,
*9, 13*  121:4
130:*21*  131:*17,
22*  171:*13*
**incidents**
171:*16*  175:*14*
**include**  119:*8*
**included**
165:*11*
**Including**
91:*16*  168:*13*
**incorrect**  16:*21*
**indicate**  73:7
**indicating**
21:*17, 21*
**individual**
72:*19*  73:*1, 4*
75:*14, 23*
76:*14*  77:1
78:*5, 22*  80:5,
*20*  81:*15*  82:*3,
4, 18*  83:*10*
**individuals**
112:22
**individual's**
73:*11*
**inform**  93:7
**information**
91:2, *23*
**informed**  52:8
78:*11*  79:*21*
**inoperable**
86:*16*
**input**  157:*1*
**inquire**  149:*18*
**inspect**  34:*17*
**inspecting**  20:5
**inspection**  20:2
**inspector**
141:*8, 18, 19*
**instance**  32:9
34:9  60:*14*
**instruct**  124:9
**instructed**
24:7  26:*16*
34:20  37:5
44:*11*  51:*15,
16*  57:20  65:8
115:*10*
**instructions**
5:22, *23*  6:*1*
8:*13*  10:*24*
18:*18*  49:6
**interest**  52:*15*
55:*3*  132:*18*
**interesting**
126:*18*

**interfere**
135:*14*
**interfering**
134:*10*
**Internal**  51:*4,
20*  89:5  93:*23*
104:20  105:*10,
15, 24*  106:8,
*13*  107:*3, 6, 21*
110:*21*  111:*19*
114:*13*  115:2,
*13*  116:8, *12*
122:2  126:2
130:20  131:2
134:6, *18, 24*
137:20, *21*
**internet**  32:6
**interpreting**
112:6
**interrupt**  6:7
15:*4*  21:9
73:9
**interrupted**
8:*23*
**interrupting**
6:*14*
**interview**
106:*10, 11, 14,
15, 23*  107:22
108:2, *8, 14*
110:20, *24*
111:*18, 19*
112:*1*  114:*3*
115:*14*  131:5,
*7*  134:6  168:7
**interviewed**
105:*16*
**interviews**
110:*21*  115:2
**intimidate**
112:*10*  114:6
143:20
**intimidated**
125:*16*
**intimidating**
114:*12*
**introduce**  4:*17*
**invest**  39:*3*
**investigated**
134:*13*
**investigation**
92:5, 7  93:9,
*12, 17, 19, 22*
94:2, 6, 9, *11,
15, 19, 20*
109:*4*  115:*13*
116:8  120:8,
*17, 22, 24*
121:2, *14, 16,*

*17*  127:6
134:*11, 24*
135:*13, 14, 17*
137:20, *21*
**investigations**
138:5
**investigator**
106:*18*  135:*19*
**investment**
162:2
**invite**  39:*21*
156:24
**invited**  17:*18*
18:*4, 6*  102:6
165:*14*
**involve**  14:*3*
**involved**  57:*23*
94:*10*  120:*12*
125:*21, 23*
126:8, *10*
166:*23*  173:*4*
**involving**
39:*18*  50:*14*
66:8  112:*16,
22*
**ironically**  91:*3*
**ISAAC**  2:*1*
4:*21*
**isolating**  42:*18*
43:*1*  132:*14*
**issue**  34:8
49:*4*  57:*3*
63:*10, 12*
64:20  83:*21*
124:6
**issued**  83:*13,
16*  84:9, *16*
85:*3*
**issues**  67:*24*
68:*1*  83:*15, 19*
84:5  138:8, *11*
153:7  157:*23*
158:*10*  172:*16*
**items**  162:7
**its**  12:*3*

< J >
**Jackie**  125:22
**Janice**  117:*10*
**Jeff**  146:9, *14,
23*
**Jeff's**  146:*12,
13*
**jeopardizing**
115:*21*
**Jersey**  1:*1*
**Jimmy**  70:5
**job**  45:20
49:5, *9*  52:*11*

56:*16, 17*  62:*6*
69:*15*  70:2
72:*10*  73:*4*
80:22  98:*14*
101:*1, 9*
115:*19*  124:5
133:*17*  143:*8*
144:*10*  145:7
147:6  166:*11*
169:*2, 20, 23*
171:5, *9*
**jobs**  173:2
**Joe**  52:5, *19*
53:*17, 23*  54:2,
*8, 12*  58:*3*
78:*3*  80:*14*
81:*3, 21*  82:2,
*18, 20*  86:*11*
91:*23*  93:5
112:*19*  131:24
134:20  147:*11*
**Johnson**  35:*13,
18, 20, 24*  36:2
**join**  69:*19*
123:*11, 17*
**joined**  70:*15*
123:*18*
**Joseph**  4:*19*
5:*17*  9:*12*
**jump**  51:*11*
**jumping**  58:20
98:*3*  99:*16*
100:*1, 5, 19*
**jurisdiction**
53:5, 7, *9*

< K >
**keep**  87:5
88:7  115:*10*
133:20  134:*12,
20*  135:*1, 3, 4,
19*  148:*4*
**Keith**  96:6, *11*
163:*3*
**kept**  37:*17*
41:9  42:4, 6
98:7  99:24
128:9  173:*14*
**KEVIN**  2:*1*
4:*23*  5:*21*
176:*14*
**Kgolden@ohag
enmeyer.com**
2:*1*
**kicked**  133:*11*
**kid**  58:*13*
74:*11, 16*
76:*17*  77:*17*
79:22  81:*10*

**kids**  21:*24*
22:*18, 19, 21*
23:6, *9, 14*
24:6  32:*16, 19*
33:*1, 15*  39:*21,
22, 23*  40:*16*
46:*4*  74:*24*
77:*18*  102:7
109:*16*  117:*14*
173:*4, 5, 8*
**kind**  32:*4*
58:6, *16, 18*
72:*23*  76:*3*
90:8  110:*23*
111:*16*  128:*10*
146:*10*
**kinds**  71:*11*
**kitchenette**
102:*13*
**Klayman**
63:*21*  65:6
66:*15, 23*
70:*15*  94:*3*
97:8  106:*4*
112:*16*  120:6,
*15*  121:4
126:*16*  171:*14*
**knew**  44:*1*
82:22  87:*3*
92:*21*  114:*12*
130:5  134:*12*
135:*11, 17*
**know**  6:8, *21,
22*  7:9, *12, 16*
9:*4, 8*  11:*13*
12:*19*  13:*18*
15:2  16:*11, 12,
20*  17:*21*
18:*23*  19:*21,
23*  24:8  31:*12*
32:*12*  33:2
36:2, *15*  37:9,
*20*  38:*18, 20*
39:*18*  44:*4, 17*
45:*11, 17*  46:7
47:*23*  50:24
51:*12*  54:2, 6
55:2  56:7
57:*10, 13, 24*
58:5, *12, 14*
59:*11*  66:*11*
68:*23*  72:*15,
21*  73:*16*  74:*4,
8, 14, 17*  75:*11,
17, 24*  76:*1, 21*
77:8, *21*  79:*10*
80:*11*  81:9, *10,
17, 20*  82:*12,
13, 15*  83:22*

87:*10*  89:7
91:*7*  92:*15, 19*
95:2, *10*  96:*3*
98:6, *7, 23*
99:*1, 6*  101:*11*
103:*4, 8*
104:*18*  108:24
109:2, *4*
113:*19*  114:2,
*6*  116:*10*
118:9, *16*
120:*17, 23*
122:*11, 19*
124:*1, 9, 17*
128:*11*  131:5,
*7, 23*  132:*14*
134:20, *21*
135:6, *7, 13, 15*
137:8, *13*
140:*15*  141:2,
*5*  142:2, *4*
143:*12*  145:5,
*8, 9, 10, 21*
146:*3, 7, 15*
147:*1*  151:8
152:8, *10*
156:2, *4, 19*
159:*14*  160:2,
*15*  161:*13, 16*
162:*4, 18, 20,
22*  163:22
164:*4*  165:*1, 6*
166:22  167:8
168:22  169:*1,
14*  171:23
172:*21, 22*
173:*13, 15*
174:7, *8, 18, 21*
175:6, *9*
176:*13*
**knowing**  24:*20*
**knowledge**
72:*3, 7, 9*
115:*12*  116:8,
*13*
**known**  102:22
135:*15*
**knows**  37:9
**Krista**  141:*20*
142:*11*

< L >
**labeled**  4:*3*
**Labor**  137:*12*
**lack**  35:*1*
**lady**  152:*13*
**lag**  141:*15*
**laid**  62:6
**largely**  9:*13*

laugh 44:17
52:2
laughed 124:12
laughing
96:16 103:2, 7
123:21 125:14
law 1:1 2:1
5:6
lawsuit 5:17
9:12
lawyers 159:13
lazy 169:19
lead 55:12
League 2:1
4:24 9:14, 21
11:1, 9 12:7
13:13 36:20
40:14 129:11
learn 20:9
104:19 105:9
learned 127:21
lease 161:2, 6,
11, 17
leases 160:17,
20, 23 161:14
leave 22:3
40:5, 16 41:12,
14 45:14
51:15, 16, 24
70:12 80:8, 19,
22, 24 81:19,
21 84:22 85:1
91:18 99:3, 19
115:16, 22, 24
116:4 128:24
133:2, 3 139:2
142:21, 22
170:1 172:10
leaving 24:20
led 172:6
left 9:10 32:5
72:10 143:2, 3,
15 145:9
162:9
legal 4:11
56:5, 12 62:23
174:20 175:11
legs 154:19
length 128:18
lesser 60:4
letter 88:14,
24 89:4, 8, 11,
16 90:16, 17,
22, 24 91:4, 8,
11, 13 92:2, 8,
10, 15, 18, 21
93:4, 9 95:2, 5,
7, 12 97:12
104:17, 19

105:10, 18, 19
106:8, 12
108:5 121:24
122:1, 2
125:10 126:1
130:19, 22, 24
131:1, 2, 8
letting 58:12
116:5 154:10
172:11
level 59:22
74:5 162:16
Lexitas 4:12,
14
Li 14:20, 23
15:4, 5 16:5
21:4 22:16
34:17, 18, 19
47:19 55:9, 15
118:7, 22
119:15, 17
158:9
Liberty 1:1
2:1
LICENSE
177:13
lies 92:14
94:16
lieutenant
15:21, 22
51:13 73:24
77:6 80:2
110:13 122:6
137:17 138:2,
3 152:24
liked 173:4
likes 117:15
limited 28:18
Line 3:18
59:5 83:22
122:15
lines 143:6
lips 21:22
list 73:1, 2
listen 100:2
132:16
listening
133:19
literally 44:17
54:16 56:8, 19
132:24 133:4
literature 62:5
little 5:24
7:14 15:16
19:18 21:8, 10
29:8 31:20
32:1, 6, 17
38:7 39:13
78:1 83:18

88:9, 10 92:1,
5, 12, 17, 22
93:7, 20 94:4,
5 95:13 96:3
102:12 104:16
117:10, 13, 14,
15 118:12, 16
119:3, 12, 18,
20 120:3, 22
121:10 122:24
125:22, 24
126:5, 9, 13, 15,
17 134:17
144:12 157:22
158:10 163:13
168:24
load 52:16
located 28:24
Logan 2:1
long 9:5 10:5,
15 15:23
45:24 54:8
56:23 85:3
127:7, 9
128:11 135:8
156:2, 4
longer 41:12
43:9 44:1
57:22 145:14,
19
look 8:3
19:22 72:24
122:5 129:14
looked 21:6
57:8 58:7
73:3 86:10
87:15 90:5, 22
122:10 174:22
looking 86:14
90:15 111:22
121:22 129:9
159:13
looks 88:23
122:13
loop 175:12
lose 26:20, 22
loss 106:17
lot 26:3, 22
32:24 33:5
36:12 38:2
46:14 49:8
58:17, 20 92:9
108:3 147:10
158:21 162:11
loud 112:6
loudly 52:3
luncheon 104:7

< M >
ma'am 159:3
main 168:20
maintenance
21:1 27:19
28:2 35:6
36:11
maker 59:17
making 6:4
21:18 23:22
40:12 42:12
45:19 46:11
54:18 69:6, 9
76:17 98:13
101:9 109:16
147:11, 17
149:23 165:17
male 140:16
141:3
males 132:20
man 149:19
managed 69:6,
9
management
15:15, 18 16:3
138:4 156:18
manager 28:2
man's 151:5
mapping 68:21
mark 85:13,
22 110:7
121:19 129:6
marked 85:24
86:3 87:16
88:20 89:18
90:5 96:23
122:1, 16
129:6 176:23
marks 34:24
mask 22:8
26:10
matter 4:5
58:7, 8 75:24
80:2 90:18
123:12, 13
124:8, 15, 18,
21, 23, 24
177:7
matters 11:13
112:14
Maureen
152:14, 17
154:7
Mayor's
137:12
McCauley
31:20 32:2
122:8 123:6

156:23 157:8,
16
mean 11:11
15:3, 17 16:15
17:15 32:15
38:10 42:16
50:19 55:23
57:7 58:4
60:2 76:6
78:11 79:7
121:14 141:17
146:23
meaning 126:8
means 90:20
131:7 134:2, 4,
14 135:24
136:4 177:18
media 4:3
medical 116:3
138:18
meet 17:13, 23
20:2 26:15
45:14 57:6
73:22 153:10,
22, 23 154:8
meeting 18:1,
2, 9 19:10
54:15 56:1, 3,
6, 16 57:23
58:12, 15
62:12, 16, 21,
22 63:2, 8
65:12, 13, 15
66:14 77:13,
15 81:6, 14
82:2, 17, 22, 24
83:5 96:7
107:19 114:18
123:12, 17, 18
126:6 131:19
144:21 153:9,
15, 19, 21
154:2 161:23
165:14 168:12
169:12 174:12
meetings
13:14, 16, 18
17:14, 18, 19,
20, 21, 22 18:3,
7, 15, 16, 18, 22
19:6, 8 34:15
98:16, 21
128:17, 22
130:3 131:20,
21 157:13, 19,
20 163:18, 19,
21, 23, 24
164:1, 3 165:1,

12, 16, 20, 22,
23 166:23
member 33:9,
13 102:1
150:5 152:20
members
17:13 27:6, 15
34:4 45:23
112:11 168:13,
16
memo 118:2
129:19 130:8,
24 131:10
145:24
Memorandum
3:18 54:23
55:4 56:13, 21
57:1, 2 62:17,
18 114:16, 19
119:15 129:9,
14, 15 159:6
166:15 170:2,
4, 20 171:19
memory 97:7
memos 22:13
41:8 69:4
119:5 147:14
men 153:7, 8
154:20
mental 139:12
mention 92:3
93:3 103:4
112:19, 20
150:15 151:13
mentioned
27:13 32:1
39:12 64:19,
20 74:9 76:11
77:5, 14, 15
90:24 91:13,
14 92:24
95:11 96:6
125:7, 23
126:1, 9 138:7
143:7 146:24
150:18, 19
154:12, 20, 21
155:1, 2
156:13, 20
157:23 158:11
171:15 172:2,
3
mentioning
126:5
mentorship
102:4
message 92:1
143:2, 4

met 7:*15*
17:*14* 22:*5*
27:*13* 72:*17*
74:*3* 96:*3*
MEYER 2:*1*
4:*24*
middle 139:*9*
million 33:*6*
Mincey 1:*1*
2:*1*
mind 30:*6, 22*
68:*13*
mine 7:*2* 8:*22*
minimizing
135:*15*
minute 86:*4*
88:*9* 95:*15*
150:*2*
minutes 51:*2*
58:*17*
misappropriati
on 123:*24*
missed 19:*10*
30:*5* 143:*17*
misunderstand
40:*21*
mold 20:*22*
22:*9* 24:*20*
26:*10, 18*
moment 57:*19*
72:*17* 90:*9*
110:*8* 122:*19*
129:*8*
Monday 47:*9*
127:*16* 145:*12*
money 12:*3*
14:*5* 26:*3*
28:*19* 31:*10,*
*11* 32:*8, 9*
33:*2, 5, 12, 14*
38:*2* 39:*3*
48:*5* 117:*18,*
*24* 118:*11, 22*
119:*13* 162:*2*
monitor 70:*21*
month 129:*3,*
*4* 165:*4, 5*
monthly 17:*20,*
*22* 18:*1, 9*
19:*5* 164:*5*
months 69:*20*
81:*19* 119:*14*
131:*18, 19*
140:*17* 141:*11*
144:*18*
morning 4:*18*
5:*15* 71:*1, 16,*
*17*
motion 21:*18*

MOU 57:*10,*
*13, 22* 58:*1, 13,*
*22* 62:*9* 77:*14*
109:*18, 19*
154:*17* 167:*5*
170:*11, 13, 17*
174:*11, 12, 13,*
*18*
mouth 21:*13,*
*22*
mouthing
145:*8*
move 78:*22*
122:*22, 24*
127:*21* 128:*16,*
*23* 129:*1*
130:*9* 131:*16*
149:*21*
moved 80:*5*
moving 130:*16*
Mulholland
70:*5*
Myron 53:*12,*
*18, 20*

< N >
Nadarih 122:*8*
123:*6, 7*
124:*14, 17*
125:*12* 126:*8,*
*9, 13* 131:*11*
156:*23* 157:*9,*
*10*
Nadirah 31:*19*
32:*2*
name 4:*11*
5:*15* 21:*2*
27:*22, 23* 32:*2*
35:*21, 22* 36:*3*
73:*11, 13*
75:*10, 11, 14,*
*23* 78:*5* 103:*4*
106:*16, 17*
107:*8, 10*
136:*23* 140:*21*
146:*12, 13*
150:*16* 151:*6,*
*9* 155:*1, 2*
157:*7* 174:*21*
175:*6*
named 27:*17*
152:*14*
names 28:*23*
95:*6* 156:*21*
163:*1*
narrow 18:*23*
36:*4* 39:*17*
nature 69:*2*

149:*5*
near 153:*23*
nearby 103:*15*
necessary
37:*18* 73:*5*
113:*20*
neck 21:*17*
need 7:*6, 7, 11*
12:*14* 18:*23*
27:*7, 11* 34:*14*
37:*8* 48:*9*
51:*11, 12*
59:*12* 76:*16*
77:*18* 80:*3*
88:*5* 123:*7*
139:*17* 142:*17*
145:*6* 147:*4*
154:*15* 171:*14*
172:*10* 173:*20*
176:*12, 18*
needed 18:*17*
20:*1* 23:*19*
34:*19* 37:*17*
38:*6, 15* 50:*22*
75:*4* 93:*8*
99:*24* 132:*22*
143:*8* 145:*14,*
*19* 147:*8*
needs 94:*19*
121:*1*
negative
135:*20*
negotiated
161:*13* 174:*13*
Neighborhood
71:*23*
never 8:*7, 9*
18:*6* 28:*10, 11,*
*16* 47:*21* 49:*1*
51:*20* 57:*14*
87:*3* 116:*24*
117:*1, 5*
133:*22* 140:*7*
146:*5* 147:*18*
162:*14*
New 1:*1* 6:*1*
33:*7* 38:*12, 17,*
*19* 77:*18* 80:*3*
84:*4*
night 71:*3*
146:*18, 20, 23,*
*24*
nine 71:*1*
Nitti 110:*16*
nonpaid
115:*22* 116:*3,*
*5*
nonprofit 12:*8*

132:*19*
nonsense 77:*7*
Nope 28:*12*
89:*9* 91:*9, 12*
95:*3* 117:*7*
Normal 176:*7*
Notary 1:*1*
noted 177:*5*
notes 7:*20*
177:*6*
notice 117:*1*
174:*10*
noticed 90:*23*
91:*12* 92:*20*
notified 117:*1*
notify 165:*22*
November
129:*21* 130:*16*
NUMBER
3:*14* 4:*3*
177:*13*
nurse 70:*8*

< O >
oath 7:*15*
8:*11, 12* 24:*17,*
*19, 23, 24*
object 149:*8*
Objection
82:*7, 10* 89:*13*
obtain 144:*13*
obviously
92:*21* 103:*4*
occasion 54:*18*
occur 97:*9*
153:*19, 21*
occurred
64:*21* 97:*9*
120:*5* 145:*22*
146:*8, 16*
164:*1, 4* 165:*2*
October 5:*20*
7:*23* 88:*21*
97:*4, 6* 98:*19*
130:*24*
odor 20:*22*
offer 40:*2*
82:*10*
office 17:*16*
37:*5* 42:*19*
45:*10* 51:*8*
52:*7* 57:*5, 7*
63:*5* 65:*5, 7,*
*17, 18, 24* 66:*7*
76:*4* 80:*1*
85:*1* 87:*5*
91:*5* 96:*15*
99:*3, 14, 17, 19,*
*21* 100:*22*

112:*13* 114:*3,*
*4, 16, 20* 121:*6*
122:*15* 126:*17*
133:*11, 13*
136:*6, 24*
137:*12* 143:*23*
153:*23* 171:*22*
172:*8, 13*
173:*22* 174:*1,*
*20* 175:*3*
officer 9:*14,*
*20* 10:*6, 9, 22,*
*23* 12:*21* 14:*8*
15:*6, 8, 10, 13,*
*19, 24* 16:*3, 8*
17:*1, 4, 12*
19:*15, 16*
20:*18* 22:*5, 6,*
*7* 23:*24* 24:*12,*
*24* 25:*7* 26:*9*
29:*10* 31:*20*
32:*1* 34:*9*
35:*12, 18, 20*
41:*23* 42:*9*
46:*10* 48:*7*
49:*24* 50:*4, 14,*
*17* 55:*18*
56:*17* 57:*4*
59:*18* 62:*6, 7*
63:*11, 20, 21*
64:*21* 65:*6*
66:*6, 15* 67:*2*
70:*5, 15* 72:*12*
74:*11, 14, 18,*
*19* 75:*1, 5, 6*
78:*9, 18* 83:*12*
92:*1, 4, 12, 17*
93:*7, 15, 20, 23*
94:*3, 4, 5, 24*
96:*3, 11* 97:*8*
98:*18* 101:*16,*
*17, 23* 102:*5,*
*19, 20, 21*
106:*4* 112:*16*
117:*13, 14, 15*
118:*8, 11, 15*
119:*3, 11, 18,*
*20* 120:*5, 10,*
*15, 19, 20, 22*
121:*4, 10*
125:*2, 12, 22,*
*24* 126:*1, 5, 9,*
*13, 15, 16, 17*
129:*11* 137:*22*
138:*5* 140:*14*
141:*6, 17*
142:*3, 12*
149:*2, 3*
150:*17* 155:*22*

156:*11* 157:*22*
158:*10* 160:*2*
163:*3, 4, 6, 7, 8,*
*13* 165:*16*
166:*12, 18, 19*
167:*3* 168:*23*
169:*1, 16*
171:*10, 14*
173:*20*
officers 12:*5,*
*10, 11, 12*
13:*13, 15, 19*
19:*21* 20:*3*
24:*6* 25:*8*
40:*13* 41:*7*
46:*5, 17, 19, 20*
47:*2, 7, 9, 13*
48:*11, 15, 22*
49:*16* 50:*21*
60:*9, 23* 69:*11*
74:*23* 90:*23*
91:*1, 13* 94:*5,*
*7* 97:*19* 107:*3,*
*5, 13, 15* 118:*2*
120:*10, 12*
124:*1, 3, 7, 9*
127:*2* 128:*1, 3,*
*21* 151:*14*
156:*24* 157:*21,*
*24* 159:*5, 12*
166:*5, 9*
167:*10* 173:*3,*
*6, 7, 14*
offices 1:*1*
2:*1* 175:*8*
Oh 16:*17*
52:*3* 57:*11*
64:*6, 9* 103:*6*
108:*19* 122:*8*
128:*13* 148:*2*
157:*10*
O'HAGEN
2:*1* 4:*23*
Okay 7:*19, 22*
8:*6, 8, 11, 16,*
*24* 9:*1, 2, 19,*
*23* 10:*1, 3, 20*
11:*6, 10, 23*
12:*2, 9, 16, 20*
13:*1, 15, 21*
15:*3* 16:*7*
17:*3, 11* 18:*5,*
*12* 19:*13*
20:*14, 19*
21:*20* 23:*16,*
*22* 24:*10, 15,*
*23* 25:*10, 19*
26:*8* 27:*1, 16,*
*21, 24* 28:*3, 8*

29:2, 5, 18
30:21  32:7
35:23  36:1
41:3  42:11, 14
45:4  49:14, 17
50:10  51:19
53:3, 12  58:16,
21  59:21  60:6,
20  61:1, 6, 9,
13  62:11
64:18  66:20
67:1  69:13, 19
70:15, 23  71:7,
19, 24  72:3
73:15  75:13,
19  76:5, 8
78:1, 8, 15, 21
79:5  80:9, 13
81:8  82:17
83:4  84:5, 24
86:6, 9, 10, 20
87:2, 6, 8, 12,
18  88:1, 5, 6,
13, 14, 18, 22
89:7, 10, 16, 23
90:4, 14, 15
91:6, 10, 15, 19,
20  92:11, 16,
23  93:1, 11
94:21  95:1, 15,
19, 23  96:1, 4,
21  97:5, 11, 14,
16  98:15, 21
99:8, 20, 23
100:18  101:8,
24  102:9, 14,
18  103:19, 21
104:3, 13, 14,
22  105:9, 12,
19  106:2
107:14, 18, 21
108:1  109:6,
24  110:6, 10,
12, 15, 19
111:2, 5, 13, 20
112:4  113:4,
22  114:9, 24
117:8, 12
120:2  121:3, 9,
18, 22  122:4,
18, 24  123:1
124:19, 22
125:9  126:4,
11  127:13
128:4  129:5,
14, 17  130:1, 4,
7, 15, 19, 23
131:9, 15, 23
133:24  134:16

135:9  137:3, 5,
7, 24  138:7, 17
141:10  142:14,
17, 20, 24
143:11, 14
145:15  146:12
147:9, 16
148:2, 16
149:5, 11, 13
150:10, 15
151:10, 19
152:2  153:6,
19  154:24
155:1  156:7
158:5, 23
159:19  160:1
166:11, 14, 17
167:1  168:15
169:7  170:18
171:7, 12
175:18
old  147:1
once  43:24
78:10  84:1, 7
111:12  140:6
143:16  144:12,
15  165:4
174:10
ones  39:10
168:20  169:1
ongoing  92:5
93:8, 11, 19
94:15, 18, 20
120:22, 24
121:14, 16, 17
127:5
open  24:20
26:11, 12
37:15  142:6, 9
161:20
opening  162:1
openly  103:14
operated
160:11
operating
160:3
operational
11:2
operations
11:11  16:21
52:24  53:11
54:7
OPERATOR
4:2  5:1, 9
30:9, 19  64:10,
15  67:17
68:11  104:4,
10, 24  105:6
175:23  176:12

opportunity
108:9, 15
123:8  134:1
opposed  33:13
39:22  46:20
47:16  54:19
opposition
37:14
option  68:7
137:13, 14
order  16:23
159:6  176:20
ordered  55:1
56:21
ordering
176:13, 15
orders  44:9
45:6, 19  58:1
100:3, 4, 24
organization
11:15  156:16
organizations
153:8
organized
43:24  68:24
69:1
originally
10:11  11:18
93:14, 21
outcome
115:12
outlet  34:18
35:15  36:14
outline  15:9
62:10  167:5
outlined  171:5
outside  12:17
20:24  21:4
28:14, 15  40:9,
12  135:23
136:3, 10
overall  68:5
overhear  97:21
overheard
96:14
oversaw  54:3
79:2
oversee  42:23
43:9, 20  52:15,
17  54:15
57:19  141:4
overseeing
46:10  81:4
128:8
oversight  46:8
52:9  56:10
59:1  80:1
123:5

overspent
14:15
overtake  52:17
overtime  69:5,
6, 9, 11, 18
70:16
owed  48:5
owned  28:20,
22  39:7, 9, 11
160:12, 13
161:12
owners  160:18
161:7
owns  28:23

< P >
p.m  68:12
104:5, 11
105:1  175:24
176:3
PAGE  3:3, 14,
18  86:3  111:5,
7, 11, 21
pages  85:24
paid  12:10
46:20
paint  34:22
35:6
PAL  10:6, 10,
20  11:3, 22
12:3, 4, 17, 21,
22  13:22, 23
14:8, 9, 18
15:6, 8, 13, 19,
24  16:4, 9
17:1, 4, 7, 12,
13, 24  19:15,
19, 20, 22  20:7,
13, 15, 16
23:24  24:12,
13  25:6, 7, 22
26:15  27:20
28:1, 4, 6, 17
29:1, 6, 9, 10
31:9, 16  33:7,
9, 10, 13  34:23
36:24  37:8, 10
38:9, 13, 19, 23
39:1, 3, 7, 11,
19, 20  40:1, 8,
9, 12, 16, 20, 22,
23, 24  41:1, 20
43:7  44:7
46:5, 17  47:3,
6, 8, 23  48:2
49:20  50:7, 17
52:5, 9, 15, 17,
18  53:4, 5, 6,
23  54:15  55:6

56:10  57:4
58:14, 23  59:1,
15  60:2, 3, 6
61:3, 11, 19
62:1, 6, 15
63:10  67:9
69:19, 22
70:12, 23, 24
71:6, 20  72:13,
19  73:8  74:15,
23  75:2, 7, 15
78:4, 6, 9, 11,
18, 23  79:2, 9
80:1, 3, 6, 20
81:4, 7, 15, 22
82:4, 5, 19
83:13  96:12
97:20  101:18,
20  102:3, 11
103:14, 20
109:10, 13
110:3, 4
117:17, 19, 21,
22  127:12, 14
130:17  132:1,
17  140:14
141:6, 8, 16, 17
142:3, 9, 12
147:11  150:6,
8, 13, 17
151:14, 17
152:14  153:3,
7, 8, 11, 15
154:10, 11, 16
155:5, 23
156:14  157:14,
16  158:7, 12
159:8, 16, 19,
22  160:2, 8, 11,
12, 13, 15, 16,
17  161:1, 4, 5
162:23, 24
163:4, 8, 22
166:19  167:3,
9, 13  168:8
169:17  170:15
172:17  173:1
176:15
PAL-2  89:19,
20  90:5
PAL-4  87:17
88:21  91:20,
21, 22  96:23
PAL-related
46:19  68:23
112:14  117:19,
24
PAL's  162:5
panic  113:20

paperwork
22:13, 23  69:3
73:3, 12  79:19
82:23
paragraph
86:15  90:7, 10,
15  112:2, 5, 18
125:19
pardon  155:23
156:3  163:14
parents  22:19
part  5:19
17:11  40:23
43:7  116:9
119:23  122:20
128:21  138:24
141:15  167:10
particular
88:18
parties  37:17,
18  39:15, 17,
21, 24
partner  128:8
parts  22:12
party  39:16
56:15
Pascucci  93:4,
5, 7, 19  117:9
120:7  121:9
128:19, 20
patch  38:15
patching  38:15
Paterson
10:12, 15  24:2
25:13, 15, 21,
23  27:3  36:8,
22  37:4, 6
47:17  48:2, 16,
19  51:6, 7, 10
52:7, 12, 15
53:12, 18, 20
55:24  56:5
69:23  78:19
79:1, 2, 4, 8, 21
132:4, 6, 12
patrol  52:24
53:1, 10  54:4,
6
pay  48:15
146:4  161:6
paying  46:16,
18  47:2, 5, 13
48:6, 7
pays  12:5
PDI  116:21
pending  78:16
142:19
Penn  39:20
152:18  153:24

Evelyn Cintron
2/14/2023

**PENNSYLVAN
IA** 1:*1* 2:*1*
4:*8*
**people** 6:*7*
13:*21* 24:*21*
41:*19, 21*
42:*23* 43:*4*
47:*5* 49:*5*
59:*18* 66:*17*
80:*3* 84:*10, 17*
91:*3* 94:*16*
102:*10* 113:*6*
115:*7, 18*
121:*3* 123:*21*
124:*12* 134:*20*
143:*22* 173:*2*
**perfectly** 6:*24*
**perform** 155:*8*
**peripheral**
21:*12*
**permission**
24:*8* 59:*19*
61:*4*
**person** 21:*1*
28:*23* 56:*24*
66:*9* 75:*15*
116:*2* 134:*9*
135:*18* 141:*19*
150:*18, 19, 20*
175:*2, 9*
**personal**
84:*20, 21*
112:*17*
**persons** 90:*24*
**pertaining**
11:*13* 54:*6*
61:*24* 72:*23*
108:*4*
**pertains**
168:*22*
**petty** 118:*8*
173:*13*
**ph** 16:*18* 70:*6*
**PHILADELPH
IA** 1:*1* 2:*1*
4:*6, 19* 5:*16*
9:*12, 15* 12:*4,*
*9, 16* 29:*3*
36:*23* 60:*7, 21*
132:*3* 134:*5*
135:*10, 23*
136:*3* 137:*11*
139:*3* 152:*22*
**phone** 66:*10*
83:*13, 16, 20,*
*23* 84:*9, 16, 20,*
*21, 22* 85:*3*
86:*16, 17, 21,*
*23, 24* 87:*1, 3*

113:*13* 143:*3,*
*16* 149:*1, 7, 16,*
*24* 150:*10*
154:*6*
**phones** 85:*2*
**phrase** 39:*6*
**physically**
63:*7* 144:*3, 11*
**pick** 32:*4*
69:*24*
**picked** 68:*23*
70:*2*
**pictures** 22:*14*
**piece** 23:*13*
**pieces** 150:*3*
**pinpoint** 19:*3,*
*4* 79:*1, 3*
**pituitary**
138:*23* 139:*1*
**Place** 1:*1* 2:*1*
19:*11* 49:*2*
56:*14* 57:*23*
62:*19* 63:*2, 4*
65:*21* 81:*6, 14*
98:*22* 101:*20*
105:*17* 106:*3*
113:*19* 118:*10*
120:*18* 150:*11*
165:*23* 170:*21*
**placed** 75:*15*
150:*16*
**Plaintiff** 1:*1*
2:*1* 4:*5, 22*
90:*16*
**plan** 31:*20*
**planned** 14:*7*
47:*10, 11*
**planning**
37:*18* 42:*20,*
*22* 43:*5*
**plans** 42:*24*
**platform**
112:*17*
**play** 64:*22*
**players** 43:*18*
**playing** 45:*22*
**please** 4:*16*
5:*2* 6:*19*
22:*24* 45:*1*
100:*8* 108:*17*
137:*6* 139:*15*
152:*12* 167:*21*
173:*23*
**plugs** 34:*10*
**plus** 23:*9*
**pocket** 32:*14*
118:*22* 119:*12,*
*19* 159:*7*

**pocketbook**
32:*15*
**pocketbooks**
31:*22* 32:*11,*
*12*
**point** 7:*11*
8:*21* 22:*3*
63:*24* 76:*23*
101:*5* 112:*18*
116:*1, 10*
133:*22* 172:*9*
**pointing**
126:*12, 14*
**points** 73:*5*
**Police** 2:*1*
4:*24* 9:*14, 15,*
*20* 11:*1, 9*
12:*4, 7, 10, 11,*
*12, 16* 13:*12*
24:*24* 36:*3, 19*
41:*19, 21* 43:*6*
46:*15, 21*
47:*13* 48:*21,*
*23* 49:*1* 50:*8*
55:*3* 56:*9, 11*
57:*4* 59:*2*
60:*9* 63:*11, 20*
64:*21* 67:*2*
72:*8* 104:*17*
129:*11* 144:*6,*
*9* 149:*2*
150:*17* 152:*19,*
*22* 153:*1*
159:*12* 163:*3,*
*4, 13, 14* 166:*4,*
*9* 172:*19, 22,*
*23, 24* 173:*11*
**police-related**
87:*1*
**policies** 49:*9*
50:*15*
**policy** 16:*22*
46:*16* 49:*6, 10,*
*12, 13, 15, 21,*
*23* 50:*1, 5, 8,*
*9, 11, 16, 18,*
*22* 56:*1, 2, 7, 8,*
*19* 58:*23* 59:*8*
62:*9, 24* 92:*6*
94:*22* 120:*23*
130:*12* 133:*7,*
*17* 134:*3*
151:*14* 159:*8*
166:*7*
**poorly** 160:*24*
**portion** 30:*15*
31:*2* 68:*16*

100:*12* 139:*23*
164:*19*
**position** 12:*13*
53:*21* 76:*24*
124:*18* 142:*3*
**possible** 64:*2*
76:*2*
**potential**
113:*19*
**power** 37:*14*
64:*21*
**practice** 20:*9*
**Prazencia**
17:*9, 15* 52:*14*
56:*4* 57:*9*
62:*23* 63:*7*
78:*12* 154:*13*
155:*3, 4, 7*
165:*3, 15*
168:*14, 19*
169:*3* 174:*15*
**Prazencia's**
57:*5, 7*
**prefer** 82:*9, 10*
**preferential**
38:*4, 8* 39:*12*
**presence** 27:*6*
77:*16* 107:*22*
110:*15, 22*
161:*23*
**PRESENT** 2:*1*
4:*16* 18:*10*
63:*7* 106:*22*
123:*13*
**presented**
105:*17*
**President**
76:*11* 79:*13*
152:*4, 6*
**pressure** 78:*5,*
*22*
**pretended**
96:*19*
**pretty** 76:*19*
78:*8*
**prevent** 26:*18*
**previous**
22:*14* 82:*21*
90:*6* 169:*16*
**previously**
7:*22, 23* 79:*12*
87:*16* 89:*18*
91:*17* 92:*13*
111:*20* 130:*6*
**priest** 161:*23*
**primarily**
68:*21* 71:*10*
**print** 111:*12*

**prior** 41:*9*
56:*24* 57:*15*
89:*3* 130:*2*
131:*18, 19*
139:*11* 140:*5*
142:*8* 161:*21*
166:*17*
**prioritizing**
35:*2*
**priority** 25:*9*
**private** 86:*17,*
*20, 24*
**probably** 22:*2*
**problem** 28:*14,*
*16* 34:*12* 35:*4,*
*15* 100:*18, 23*
141:*15* 142:*20*
148:*14* 164:*17*
**problems**
22:*20, 22* 26:*3,*
*18* 27:*11* 35:*9*
37:*16* 38:*10*
125:*4* 159:*5*
172:*18*
**proceed** 5:*10*
7:*10, 16*
**proceedings**
177:*4*
**process** 48:*14*
81:*17* 118:*3*
126:*24* 127:*1*
144:*15*
**processed**
56:*22*
**procurement**
102:*20, 21*
163:*8*

**PRODUCTION**
3:*18*
**program**
13:*24* 14:*5*
18:*24* 31:*19*
32:*9, 18* 38:*3*
40:*4, 5, 7, 8, 9,*
*12, 20, 24* 41:*1,*
*4, 6* 102:*5*
118:*4* 119:*6, 8,*
*9, 10, 13*
**programming**
11:*3* 13:*2*
38:*1* 39:*13*
61:*10, 14* 62:*1*
**programs**
11:*13* 12:*15*
13:*4, 6, 7, 9, 20,*
*21* 14:*1, 2, 6,*
*22* 31:*14* 32:*7,*
*24* 33:*14*

39:*24* 40:*16*
59:*14* 60:*15,*
*19, 20* 69:*1*
70:*19* 154:*4*
156:*13, 18, 20,*
*22* 157:*2*
167:*8, 11*
173:*2*
**promoted**
52:*6, 20* 53:*17,*
*18* 140:*17*
141:*8, 19*
**prompted**
66:*16* 166:*15*
**proper** 126:*23*
127:*3*
**properly** 14:*6*
46:*12* 74:*3*
83:*24* 84:*3*
101:*1*
**proposed**
58:*23*
**protect** 23:*19*
24:*19* 25:*2, 5,*
*8*
**protected**
101:*12*
**protecting**
44:*20*
**protection** 75:*2*
**provide** 12:*17*
75:*22*
**provided**
90:*18* 91:*23*
**provisions**
161:*17*
**provoke**
114:*11* 174:*5*
**proximity**
70:*10*
**PTSD-related**
139:*5*
**Public** 1:*1*
163:*22*
**puddles** 22:*11*
**pull** 66:*6*
85:*11* 86:*2*
87:*15* 91:*19,*
*20* 110:*6*
**purpose** 123:*1*
126:*4*
**purses** 32:*16,*
*17*
**purview**
132:*15*
**put** 12:*23*
38:*2, 12, 17, 19*
43:*4, 16* 79:*18*
82:*23* 116:*19*

154:*11*, *19*
159:*5* 170:*21*
**putting** 11:*14*
21:*12* 31:*10*
35:2

**< Q >**
**qualify** 77:8
79:*9*, *14*, *18*, *22*
149:*21*
**Quality** 155:*23*
**Qualli** 10:*24*
11:*4*, *7*, *8*, *20*
17:*5*, *8* 18:*16*
21:*3*, *6*, *11*, *23*
22:*16* 25:*17*,
*19*, *20*, *24*
26:*13*, *14* 27:*6*
32:*23* 37:*15*
41:*10*, *17*
46:*18* 47:*2*, *19*
55:*9*, *15*, *20*
56:*4* 59:*5*
62:*23* 63:*6*
66:*7*, *9*, *12*
112:*9*, *22*
113:*1*, *15*, *16*,
*17* 114:*4*, *15*,
*20* 118:*12*, *20*
123:*4*, *11*, *17*,
*18*, *20*, *24*
124:*6* 154:*6*,
*10*, *13* 155:*23*
158:*9* 159:*4*
161:*9* 162:*24*
165:*3*, *15*
168:*6*, *14*
169:*6*, *10*, *20*
170:*7*
**Qualli's** 56:*17*
**Quarterly**
164:*2*
**question** 6:*9*,
*10*, *15*, *17*, *18*,
*20* 7:*2*, *3*, *9*
8:*22*, *24* 24:*11*
30:*7*, *23* 33:*23*
45:*1* 61:*3*, *21*
68:*14* 73:*10*
78:*16* 82:*11*
100:*8* 108:*12*,
*22* 111:*23*
126:*23* 137:*6*
139:*15*, *17*, *19*
142:*19* 146:*6*
148:*1* 153:*13*
164:*14*, *15*, *16*
167:*21* 168:*4*
170:*12*

**questioned**
106:*12* 108:*3*,
*4* 127:*3*
**questioning**
127:*5*
**questions** 9:*7*
30:*5* 108:*6*
109:*1* 147:*21*
148:*7* 155:*20*
168:*21* 175:*17*,
*20*
**quick** 148:*1*
155:*19*
**quicker** 148:*5*
**quickly** 90:*8*
**quiet** 66:*3*
**quite** 24:*11*

**< R >**
**Rabena** 17:*10*
52:*13* 56:*4*
57:*8* 58:*9*
62:*23* 63:*6*
72:*17* 73:*19*
74:*10*, *13*
76:*12*, *15*
77:*16* 78:*12*
80:*4* 149:*18*
150:*4*, *5*, *15*
151:*13*, *19*, *22*
152:*2* 154:*13*
155:*1* 165:*4*
168:*13*, *18*
169:*3* 174:*16*
**Rabena's** 57:*6*
**race** 141:*2*
**Ragucci** 96:*11*
97:*19* 101:*16*
102:*19*, *21*
163:*6*, *7*
**ran** 40:*8*, *22*
41:*15* 68:*22*
151:*24*
**random** 168:*20*
**rank** 133:*15*
137:*22* 138:*3*
**ranks** 79:*20*
**reach** 84:*10*, *17*
**read** 6:*12*, *13*
8:*9* 30:*16*
31:*3* 55:*11*, *17*,
*23* 56:*8* 68:*17*
86:*4*, *18* 88:*2*
90:*10*, *11*, *13*
95:*13* 100:*13*
111:*14* 112:*2*,
*5* 122:*19*
139:*24* 164:*14*,
*15*, *20* 176:*11*

**reading** 86:*7*
95:*16*
**real** 20:*8*
**reality** 75:*7*
**realized** 143:*17*
**really** 48:*19*
62:*19* 77:*20*
100:*5*
**re-ask** 8:*24*
**reason** 6:*5*
23:*8* 110:*24*
111:*6* 143:*22*
144:*14* 170:*17*
**reasoning**
41:*11*
**reassign** 75:*4*
129:*22*
**reassigned**
46:*9*
**reassignment**
129:*20*
**rec** 161:*12*
**recall** 10:*2*, *14*
35:*10* 65:*4*
73:*13* 75:*14*,
*17* 97:*15*
107:*9* 130:*22*
137:*14* 146:*13*
151:*1*, *8*
156:*21* 160:*14*,
*23* 163:*20*, *24*
164:*24* 167:*1*
168:*11*, *19*
172:*14* 175:*13*
**receive** 15:*8*,
*12* 16:*2*, *7*
105:*19*, *23*
**received** 8:*7*
18:*18* 62:*5*
93:*24* 105:*14*,
*21* 131:*2*
134:*18* 149:*1*
161:*20* 174:*10*
**receiving** 46:*12*
**recess** 64:*13*
68:*9* 104:*7*
**recognize**
87:*20*
**recognized**
90:*17*
**recollection**
151:*3* 156:*9*
**recommended**
155:*9* 162:*11*
**recommending**
74:*12*
**record** 4:*17*
11:*7* 21:*16*
29:*20*, *23* 30:*8*,

*10*, *12*, *20*
47:*23* 48:*2*
64:*11*, *16*
67:*15*, *18*, *21*
68:*12* 75:*22*
103:*23* 104:*1*,
*5*, *11*, *23* 105:*1*,
*3*, *7* 115:*17*
116:*19* 148:*4*
157:*4* 164:*8*,
*11* 175:*24*
**recorded** 4:*4*
**rectified**
118:*17*
**redirect** 33:*1*
**redirected**
34:*22* 35:*6*
**reestablish**
9:*10*
**refer** 159:*15*
**reference**
18:*22* 114:*17*,
*20*
**referenced**
28:*20* 163:*2*
**referencing**
94:*2*
**referred**
159:*12* 169:*19*
**referring** 7:*19*
109:*1* 113:*21*
114:*10* 159:*16*
**refrain** 93:*8*
94:*19* 121:*1*,
*16*
**refresh** 97:*7*
**refused**
123:*10*, *15*
124:*20* 125:*7*
**regarding**
147:*11* 153:*7*,
*15*
**regardless**
11:*21* 78:*14*
137:*22*
**regular** 127:*22*
**reimburse**
118:*14*, *22*
119:*2*, *17*
**reimbursed**
48:*1*, *4* 117:*23*
119:*22*
**reimbursement**
48:*1* 119:*15*
126:*20* 157:*23*,
*24*
**reimbursing**
118:*18*

**reiterated**
52:*16* 123:*22*
**reiterating**
159:*8*
**related** 117:*6*
**relates** 165:*19*
**relating** 161:*18*
**relation** 116:*22*
**Relations**
137:*11*
**relationship**
54:*11*, *14* 67:*3*
72:*21*, *23*
117:*13* 151:*20*
153:*3*
**relative** 72:*20*
**releases** 160:*24*
**relinquish**
169:*22*
**remain** 8:*12*
150:*17*
**remark** 126:*21*
**remarks**
173:*16*
**remember**
6:*23* 7:*24*
28:*23* 35:*22*
52:*22* 53:*15*
78:*6* 105:*22*
109:*8* 129:*3*, *4*
136:*23* 137:*1*,
*2* 139:*20*
151:*5* 156:*15*
171:*17*
**remembering**
117:*10*
**reminder** 7:*13*
**remodeling**
39:*1* 102:*17*
**remote** 4:*3*
**remove** 138:*16*
**removed**
97:*20* 112:*15*
**Renee** 1:*1*
4:*13* 30:*6*, *21*
139:*18* 158:*24*
164:*13* 177:*8*
**renovate** 33:*6*
**renovating**
38:*23*
**rent** 161:*6*, *8*,
*22*
**rents** 161:*5*
**reopen** 26:*4*, *6*,
*13*, *19* 28:*9*
**reopened**
28:*10*, *11*
**reopening** 27:*2*

**repair** 33:*6*
161:*18*
**repairing** 33:*5*
**repairs** 37:*19*
102:*16* 161:*24*
**repeat** 30:*22*
44:*24* 48:*17*
55:*14* 63:*17*
67:*13* 84:*12*
100:*8*, *9*
108:*12* 139:*14*,
*19* 141:*13*
167:*20*
**repeated**
139:*17*
**repeatedly**
171:*24*
**repeating** 30:*6*
**repetitive** 5:*24*
9:*7*
**rephrase** 6:*21*
**replaced** 84:*6*,
*8* 85:*10*
140:*13*, *15*
142:*11*
**replacing**
173:*5*
**report** 10:*9*
51:*4* 105:*14*
132:*14* 134:*2*,
*5* 146:*19*
**reported**
10:*11*, *15*, *17*
13:*8* 51:*20*, *22*
66:*9* 78:*18*
79:*4* 93:*22*
109:*2*, *21*
**reporter** 4:*13*
5:*2* 6:*3* 30:*8*,
*17* 31:*4* 64:*8*
68:*18* 100:*14*
139:*21* 140:*1*,
*4*, *20* 159:*1*
164:*8*, *17*, *21*
174:*24* 176:*7*
177:*13*, *19*
**Reporting**
4:*12*, *15* 10:*12*
22:*15* 60:*17*
109:*7* 132:*5*
134:*14*
**reports** 69:*16*
**represent** 5:*16*
110:*19* 137:*18*
**representation**
126:*24* 127:*4*
137:*9*

**represented**
107:*10, 11*
137:*19, 23*
**Representing**
2:*1* 107:*3, 5,*
*19* 138:*4*
**represents**
107:*12, 15*
**reprimand**
159:*23*
**reprimanded**
92:*13*
**reproduction**
177:*17*
**request** 34:22
64:*1, 4* 71:24
75:20, *22* 76:4
116:*5* 119:*10*
**requested**
30:*15* 31:2
37:*10* 59:23
68:*16* 100:*12*
139:*23* 164:*19*
**requesting**
118:2
**REQUESTS**
3:*18* 166:3
**required** 73:8
**rereading**
68:*14*
**resend** 76:4
**resigning**
146:2
**resolve** 66:2
**resolved** 37:*16*
**respect** 133:*16*
151:*14* 153:7
**respiratory**
22:20, 22
**respond** 42:*1,*
*3*
**responded**
86:*15*
**responding**
142:*18*
**response** 6:*15*
34:*18* 83:7
**responses** 6:24
**responsibilities**
10:2*1* 11:*17*
14:9 15:9
17:*12* 43:*1*
161:*18* 169:2*1*
171:9
**responsibility**
12:2*1* 13:2
171:*3*
**responsible**
38:22 49:22

50:*12* 162:*4*
170:*15*
**rest** 94:6
168:20
**restaurant**
153:23
**results** 133:*18*
**retain** 11:*16*
**retaliated**
42:*15*
**retaliating**
109:*15* 110:*3*
**retaliation**
136:*11*
**retire** 116:6
**retired** 80:2*4*
132:*4* 144:6, *9*
152:2*4*
**retreat** 173:*11*
**returned**
143:*16*
**review** 175:*3*
90:*16*
**reviewed** 56:*1*
90:*16*
**Richard** 141:*3*
**rid** 96:*17*
101:*18* 103:*6,*
*8* 169:*18*
**right** 5:*1* 8:9
9:*3* 21:23
38:6, *14* 56:2
59:*3* 60:22
61:*14* 68:*3*
73:*13, 15, 18*
76:*8* 80:*10, 15,*
*20* 82:6 85:*17*
88:*12, 22*
91:*11* 94:23
96:2*3* 102:*12,*
*23* 103:*16*
104:*15* 107:20
111:*7, 8*
112:*19* 114:2
117:6 118:*13*
120:2*1* 130:*17*
131:*12* 141:22
144:*11* 148:*16*
149:*3* 152:*11,*
*12* 155:*12*
170:2*4* 176:*18*
**rightful** 46:2*1*
47:*16*
**Rizzo** 38:9, *13,*
*19, 23* 39:*1, 11,*
*19* 40:*1* 41:*15*
96:*12* 101:20
102:*3, 11*
103:20 160:*12,*
*16*

**Robert** 52:*13*
56:*4*
**rolling** 54:*18*
**Ron** 17:*10*
57:*8* 58:9
62:23 63:6
72:*17* 73:*19*
74:9, *10, 13*
76:*11, 12*
77:*16* 78:*12*
80:*4* 149:*17*
150:*4, 5, 15*
151:22 154:*13*
165:*4* 168:*13,*
*18* 169:*3, 7*
174:*15*
**Ronald** 57:6
**roof** 38:*10, 12,*
*13, 17, 19*
**room** 7:*17*
16:2*1, 22*
34:*11*
**Ross** 1:*1* 2:*1*
17:9 49:7
50:*16* 51:9
55:*1, 24* 56:*3,*
*7* 58:*1* 62:*15,*
*20* 63:5 76:*19,*
*24* 77:5 79:*13,*
*21* 140:*16*
141:*4* 150:*1*
168:*9* 175:*4,*
*10*
**rotate** 127:*15*
128:*1*
**rotating** 69:*7,*
*10, 17* 70:*17*
127:22
**roundhouse**
99:*14*
**rude** 58:*12*
**rug** 23:*14*
**rule** 117:*19*
118:*10* 158:7
**rules** 98:*12*
115:2*4* 117:*16*
157:2*4* 158:*3*
**rumor** 123:2*3*
124:2
**rumors** 125:2
126:*16* 131:*11*
**run** 11:*1, 15*
12:*15* 14:*1, 2*
20:23 67:*8*
115:*18* 147:*12*
154:*10, 18*
167:*9, 12*
169:*15*
**rundown** 37:7

**running** 32:9
169:*17*
**runs** 68:2*3*
**Rush** 152:*14,*
*16, 17, 21*
153:*2, 6, 14*
154:7

**< S >**

**safer** 33:*15*
**safety** 24:*5, 6*
36:*11*
**salaries** 12:*10*
**salary** 12:*5*
46:2*1* 47:*17*
**sat** 16:5
37:*13* 41:*10*
118:2*1* 157:*18*
**saw** 73:2*3*
77:*4* 96:9, *18*
103:9 106:*8*
158:7 161:*17*
**saying** 6:*4*
47:*1* 48:*18*
50:*3* 59:*12*
81:*16* 92:*16,*
*20* 93:*16* 94:*8*
96:*15* 103:2
105:20 108:20
126:*8* 127:7
132:2*4* 137:2*4*
146:2 171:*18*
**says** 90:*16*
97:6 110:*12,*
*15* 122:*5, 6, 15*
125:20
**scenarios** 34:*8*
168:2*4*
**schedule**
71:*10, 11*
130:*11* 159:20
**scheduled**
114:2
**schedules**
166:9
**Scholarship**
151:22, *23*
**school** 23:*8*
**Schumann** 1:*1*
4:*14* 68:*13*
100:9 177:*8*
**scolded** 27:6
**scope** 50:*15*
**screen** 85:*18*
87:*13* 90:*1*
110:*10*
**scroll** 87:*8*
88:*5* 90:*8*

95:*17, 23, 24*
110:23 122:2*1*
**scrolling** 88:7
**scuff** 34:2*4*
**se** 40:*8* 100:*19*
**season** 39:*18*
**second** 9:*3*
15:20 20:*17*
29:*17* 53:*15*
55:*14* 67:*16*
70:2 84:7
85:*12, 14*
86:*15* 99:*1*
103:2*3* 104:2
122:*11* 125:*19*
132:6 152:*12*
**secretively**
96:*10*
**section** 38:*15*
**secured** 144:2*3*
**Security** 152:*3*
**see** 19:2*3*
44:*11* 45:*8, 12*
52:*16* 65:22
68:2 73:*1*
75:2*3* 85:*18*
88:*1, 8, 19*
90:*1, 8* 93:*3*
96:2, *19* 99:*4,*
*7* 100:22
102:2*4* 109:2*3*
110:*10, 12*
111:*4, 6, 9, 22*
121:20 129:*11*
135:7, 20
158:6 160:2*1*
161:2 170:*8, 9*
**seek** 51:2*3*
**seen** 89:*4*
99:*13* 111:*3*
130:22 158:*3*
160:20 170:*14*
**selected**
140:*16* 141:*3*
163:*5, 9*
**send** 34:*17*
124:*16*
**sending** 75:7
113:*18* 123:*1*
**senior** 146:*19*
**sense** 170:*13*
**sent** 66:*19*
76:2 88:*15*
93:7 104:*17*
114:*19* 122:6
126:7 129:*15*
130:20 131:*1,*
*9* 147:*14*
**sentence** 126:*5*

**Sergeant** 21:*3,*
*4, 12* 26:*13, 16,*
*18* 42:*19, 21*
44:9, *11, 13, 16,*
*18, 19, 20* 45:*5,*
*9, 13, 20* 46:*1,*
*13, 14* 47:*1, 5*
51:*3, 14* 52:*1*
65:*13, 16, 17*
66:5 69:*14*
91:*4, 16* 92:*4*
93:*3, 5, 7, 19*
94:*14* 95:9, *11*
96:2, *3, 5, 9, 10,*
*16* 97:*19, 22,*
*24* 98:*3, 9, 15,*
*24* 99:*4, 6, 9*
100:2*3* 101:2,
*6, 16, 21*
102:22 117:9
119:*5, 6* 120:6,
*21* 121:*5, 9*
127:7, *10*
128:9, *19, 20*
129:*10, 22*
131:*16* 132:*16*
163:*5, 9, 10*
**sergeants** 26:*5,*
*14* 49:*18* 51:*8*
127:*15, 24*
**sergeant's** 46:*8*
**serious** 36:*12*
124:*15*
**seriously**
126:20
**served** 166:*19*
**Services** 4:*13,*
*15* 71:23
136:9
**serving** 156:*5*
**set** 159:20
162:*18* 166:9
167:2, *11*
**setting** 162:*5*
**seven** 39:*16, 23*
**Shala** 2:*1*
4:*11*
**shared** 91:2
**sharing** 87:*13*
115:*11*
**SHARON** 2:*1*
4:*18* 5:*16*
88:*16*
**Sharon.ulak@p**
**hila.gov** 2:*1*
**shift** 70:*14*
127:*13, 22, 24*
128:2*3* 129:*2,*
*20, 22* 130:*13*

**shifts** 127:*16,*
*24* 166:*5*
**shock** 103:*9*
**shortly** 21:*2*
72:*10* 97:*22*
**show** 22:*8*
36:*16* 47:*8*
116:*13* 121:*18*
128:*10, 11*
129:*5* 154:*18*
160:*22*
**showed** 88:*15,*
*24* 89:*5* 122:*2*
**showing** 74:*3*
122:*4*
**shush** 21:*13*
**shut** 24:*8*
25:*22, 24* 26:*1*
**shutdown**
24:*13*
**shutting** 29:*6*
**sic** 21:*2*
153:*14*
**sick** 20:*21*
22:*18* 24:*21*
144:*3*
**side** 41:*19, 20,*
*22* 96:*14*
113:*15* 144:*1*
147:*20* 166:*4*
**sided** 113:*15*
**siding** 42:*6*
132:*17* 133:*20*
**sight** 138:*10*
**sign** 56:*2*
58:*24* 111:*10,*
*11, 14* 131:*20*
158:*14, 16*
176:*11*
**signal** 68:*5*
**signaling** 21:*6,*
*11*
**signature**
111:*4, 6*
**signed** 111:*7*
131:*18*
**significant**
67:*24*
**similar** 122:*10*
**Simultaneous**
113:*9* 136:*7*
**sinkhole** 23:*13*
**sit** 124:*3*
157:*13* 162:*6*
**situation**
45:*13* 66:*7*
108:*7* 112:*21*
113:*2* 114:*7*
117:*22* 118:*17*

123:*3, 7, 9*
124:*11* 161:*4*
173:*10*
**situations**
112:*9*
**six** 39:*16*
81:*19* 119:*14*
**slow** 173:*24*
**slowly** 42:*24*
110:*23* 111:*16*
173:*5*
**small** 138:*22*
**smell** 20:*23*
22:*2*
**snarky** 173:*16*
**Solicitor** 56:*24*
174:*22*
**Solicitor's**
174:*20* 175:*3*
**solidified** 43:*8*
**solution** 27:*10*
**somebody**
65:*11* 69:*21,*
*22* 72:*12*
75:*22* 88:*14*
164:*7*
**someone's**
130:*13*
**soon** 81:*6*
109:*20*
**Sorry** 8:*16*
9:*2* 15:*3* 21:*8,*
*9* 27:*23* 28:*6*
33:*22* 35:*16*
44:*23, 24*
46:*24* 47:*15*
58:*19* 63:*17*
64:*3, 19* 73:*9*
84:*13* 85:*15*
88:*4* 89:*9*
103:*24* 108:*11,*
*17* 113:*11*
128:*7, 13*
136:*21* 139:*18*
140:*20* 141:*14*
150:*22* 152:*5*
160:*24* 167:*20*
174:*24*
**sort** 8:*21*
21:*17*
**sound** 5:*23*
106:*20*
**sparking** 34:*10*
**speak** 14:*22*
37:*9* 44:*10*
81:*9* 92:*4*
117:*9, 17*
121:*10* 123:*8,*
*10* 125:*11, 12*

132:*21, 22*
145:*6* 169:*11*
173:*20*
**speaking**
82:*10* 97:*19*
109:*15* 121:*16*
125:*22* 168:*20*
**speaks** 6:*6*
171:*9*
**special** 15:*12*
38:*12, 18*
**Specialist** 2:*1*
4:*12* 140:*8, 11*
**specific** 59:*12*
108:*6, 24*
145:*2* 156:*15*
172:*5*
**specifically**
168:*10*
**speculation**
89:*10*
**spend** 31:*21*
117:*18* 118:*6,*
*11, 22* 119:*1,*
*13*
**spending**
14:*16* 31:*10*
32:*8* 33:*4, 11*
117:*23*
**spent** 14:*5*
33:*6*
**spoke** 24:*1*
25:*17, 19, 20,*
*24* 34:*13* 37:*6*
47:*17, 21*
50:*13* 66:*12*
69:*23* 74:*19*
76:*9* 77:*10, 12*
79:*21* 98:*2*
123:*3, 4*
131:*18* 145:*3*
146:*10, 17, 23,*
*24* 152:*8, 10*
153:*10* 154:*7*
171:*21* 172:*21*
174:*15*
**spoken** 37:*7*
114:*14*
**spreading**
126:*16*
**squad** 15:*22*
**Square** 2:*1*
**St** 70:*9*
**staff** 11:*24*
23:*19* 35:*6*
50:*9, 10* 57:*4*
59:*16, 18* 60:*1,*
*2, 3, 7* 61:*4*
63:*11* 66:*8, 14*

101:*3, 23*
112:*12* 132:*14*
159:*12, 16*
166:*8* 173:*6,*
*15*
**staffing** 12:*18*
14:*3*
**stamp** 96:*22*
**stamped**
111:*21*
**standard**
130:*8, 12*
**start** 30:*24*
46:*10* 48:*23*
51:*12* 76:*17*
78:*8* 95:*19*
97:*24* 98:*15*
140:*10* 149:*23*
**started** 5:*19*
10:*12, 20*
17:*16* 19:*16*
38:*23* 42:*20*
44:*8, 14* 45:*17*
54:*22* 78:*24*
79:*1, 4* 93:*22*
97:*22* 98:*19*
123:*21* 139:*8,*
*9* 144:*12*
154:*3* 165:*21*
168:*8* 170:*10*
**starting** 76:*18*
124:*2* 125:*1*
149:*24*
**State** 1:*1*
18:*17* 37:*22*
40:*6* 41:*12, 14*
170:*14*
**stated** 105:*15*
154:*11, 18*
159:*9* 162:*1*
**Statement**
3:*16* 110:*13*
112:*24* 113:*21*
114:*14* 137:*22*
**statements**
113:*7* 165:*18*
**STATES** 1:*1*
4:*7* 86:*15*
170:*6* 171:*2*
**stating** 125:*21*
143:*4* 149:*17*
**status** 115:*22*
116:*3, 6*
**stay** 57:*15, 17*
127:*20*
**stayed** 14:*15*
53:*20*
**stenographic**
177:*6*

**stop** 7:*11*
21:*14* 51:*11*
65:*8* 66:*4*
87:*13* 100:*1*
115:*11* 120:*7*
**stopped** 22:*20*
23:*10* 30:*1*
48:*8* 54:*23*
170:*22*
**story** 144:*1*
**straighten**
49:*7* 50:*18*
51:*9*
**Street** 2:*1*
**stress** 139:*4*
145:*10*
**stressful**
143:*20* 144:*2*
**strike** 139:*7*
**strong** 20:*22*
**structural**
28:*14*
**structure** 60:*4*
**structured**
59:*4*
**struggle** 37:*14*
**stuff** 17:*24*
39:*4* 59:*20*
68:*23* 70:*21*
71:*17* 92:*9*
108:*3* 109:*9,*
*11* 116:*20*
117:*18* 118:*17*
127:*19* 132:*7,*
*10* 145:*10*
162:*7, 9, 11*
173:*14, 18, 19,*
*23* 174:*1, 4, 16*
**subject** 50:*8,*
*11* 90:*17*
122:*15* 129:*19*
**subjecting**
112:*11*
**submit** 73:*3*
85:*23* 118:*2*
119:*5, 14*
167:*14*
**submitted**
41:*8* 64:*23*
73:*12* 114:*16*
**subordinate**
42:*19* 44:*9*
59:*18* 60:*1*
61:*4* 101:*3*
132:*14*
**subpoena**
93:*16* 94:*1*
105:*14, 21*

**subsequent**
99:*2* 100:*20*
**substance**
142:*24*
**sudden** 109:*21*
**suggested**
115:*21*
**Suite** 2:*1*
**Sullivan** 4:*20*
5:*17* 9:*13*
10:*13, 18* 37:*1,*
*3, 12* 41:*18, 24*
42:*1, 17* 44:*19*
45:*8, 14, 15*
47:*18* 49:*2*
51:*7, 14, 18, 23*
52:*2, 5, 8, 14,*
*15, 20* 53:*17,*
*23* 54:*2, 9, 12*
57:*5, 8, 16, 18,*
*21* 58:*3* 71:*21,*
*24* 77:*10, 11*
78:*3, 10* 79:*5,*
*24* 80:*14* 81:*3,*
*22* 82:*3, 18, 20*
84:*1, 2* 85:*24*
86:*1, 3, 12*
90:*19* 91:*2, 4,*
*14, 24* 92:*3, 24*
93:*2, 5, 6* 95:*9*
96:*7* 97:*23*
98:*1, 4, 12, 16*
99:*4, 10, 11*
100:*2* 101:*12*
109:*3, 7, 22*
110:*5* 112:*19,*
*23* 113:*7, 14,*
*16, 24* 114:*14,*
*17* 115:*9*
125:*8* 127:*23*
128:*24* 131:*24*
132:*5, 7, 8, 10,*
*23* 133:*12, 14*
134:*9, 20, 24*
135:*4* 139:*10*
143:*19* 147:*11*
152:*1, 9*
170:*22* 171:*21*
172:*2* 174:*14*
**Sullivan's**
45:*10* 99:*14,*
*21* 133:*13*
**Sunny** 14:*20,*
*23* 15:*4, 5*
16:*5* 21:*4*
22:*16* 34:*17,*
*18* 47:*19* 55:*9,*
*15* 118:*7, 22*

119:*15*, *16*
158:*9*
**superior** 100:*2*
**supervise**
128:*21*
**supervision**
177:*19*
**supervisor**
123:*15* 133:*7*,
*9*, *18* 144:*19*
157:*18*
**support** 12:*18*
14:*3* 31:*14*
132:*18*
**supposed** 11:*4*,
*12* 13:*19* 46:*4*
54:*24* 55:*5*
56:*15*, *18* 61:*2*,
*12* 62:*9*, *10*, *16*
75:*3* 77:*13*
92:*6* 117:*20*
118:*11* 127:*15*,
*16* 128:*1*, *5*
133:*8* 161:*19*
167:*6* 169:*14*
170:*21*
**sure** 8:*17*
14:*14* 16:*11*
25:*11* 32:*15*
46:*11* 49:*5*, *10*
50:*13*, *23* 64:*6*
69:*6*, *9*, *16*
72:*5* 88:*11*
108:*5* 124:*7*
136:*15* 139:*21*
151:*4* 159:*2*
164:*17* 167:*22*
176:*7*
**surely** 42:*24*
173:*5*
**surfaced** 97:*12*
**surprise** 43:*19*
**surprised**
96:*18*
**suspicion** 95:*4*
**sustain** 116:*9*
**swear** 5:*3*
**switch** 71:*2*
83:*21* 127:*18*
128:*14*
**Sworn** 3:*5* 5:*5*
**symptoms**
139:*5*

**< T >**
**table** 46:*17*, *19*
47:*3*, *6*, *14*
**take** 7:*6*, *7*, *8*
20:*23* 31:*12*

37:*10* 42:*18*
44:*19* 45:*16*
52:*5*, *11* 55:*18*
56:*19* 58:*6*
62:*19* 63:*2*, *4*
89:*16* 90:*9*
97:*16* 101:*13*,
*20* 115:*22*
122:*5* 124:*20*
150:*3* 169:*21*
176:*20*
**taken** 1:*1*
36:*12* 40:*6*
57:*18* 64:*13*
68:*9* 98:*22*
104:*8* 177:*6*
**takeover** 173:*1*
**Taliah** 16:*18*
**talk** 19:*14*
21:*5* 34:*7*
39:*13* 54:*16*
93:*20* 101:*5*
102:*7* 104:*15*
121:*11* 123:*16*
132:*6* 133:*3*, *4*,
*10* 138:*8*
147:*2* 154:*10*,
*14* 173:*24*
**talked** 29:*8*
143:*18* 155:*21*
157:*22* 162:*20*
163:*17* 167:*17*,
*24* 168:*1*
**talking** 21:*14*
65:*19* 93:*8*
94:*6*, *19* 96:*6*,
*7*, *10*, *14*, *19*
101:*17*, *19*
103:*10* 113:*18*
120:*9*, *17*
121:*1* 132:*24*
141:*18*, *20*
154:*3*
**tantrums**
171:*23*
**target** 93:*16*
94:*1* 105:*15*,
*20*
**task** 46:*9*
**tasks** 12:*14*
**team** 13:*4*, *5*, *7*,
*9*, *12* 15:*22*
27:*5*, *14* 34:*22*
41:*13*, *14* 43:*8*,
*9* 60:*15*, *17*, *19*,
*20* 69:*1*
156:*14*, *17*, *18*,
*19*, *20* 157:*2*

**teams** 46:*3*
156:*14*, *15*, *22*
**technical** 8:*20*,
*21* 29:*15*
63:*15* 67:*10*
104:*21*
**Ted** 10:*24*
11:*3*, *7*, *8*, *20*,
*24* 13:*8* 14:*1*,
*21* 17:*5*, *8*, *16*
18:*16*, *21* 21:*3*,
*6*, *11*, *23* 22:*16*
25:*17*, *19*, *24*
26:*13*, *14*, *19*,
*21* 27:*4*, *6*
32:*23* 33:*18*,
*24* 34:*3*, *21*
36:*5*, *15* 37:*15*
41:*10*, *17*
46:*18* 47:*2*, *19*
49:*24* 50:*13*
55:*9*, *15*, *20*
56:*4*, *17* 59:*5*,
*22*, *24* 61:*2*, *5*
62:*13*, *23* 63:*6*
66:*7*, *9*, *12*
112:*8*, *22*
113:*1*, *15*, *16*,
*17* 114:*4*, *15*,
*20* 117:*17*
118:*12*, *20*
123:*4*, *11*, *13*,
*16*, *18*, *20*, *24*
124:*6*, *10*
125:*6*, *21*
126:*6* 154:*6*,
*10*, *13*, *18*
155:*23* 158:*9*
159:*4* 160:*22*
161:*9*, *22*
162:*1*, *7*, *12*, *24*
165:*3*, *15*, *21*,
*23* 167:*18*, *19*
168:*2*, *14*
169:*6*, *9*, *10*, *13*,
*20*, *22* 170:*6*
171:*3*, *16*
172:*5*, *15*, *21*
174:*16* 175:*14*
**Ted's** 36:*18*
55:*12*
**tell** 6:*19*, *22*,
*23* 7:*7* 8:*24*
19:*17* 21:*24*
37:*11* 41:*22*
42:*23* 45:*11*
83:*18* 86:*7*
88:*4* 90:*13*
91:*22* 94:*14*,

*16*, *17*, *18*, *23*,
*24* 95:*22* 98:*4*
99:*1*, *2*, *9*, *11*,
*18*, *20* 101:*7*
111:*11* 120:*21*
121:*13*, *15*
125:*11* 145:*13*
147:*4*, *5*
154:*17* 171:*16*,
*24* 172:*9*
174:*6*
**telling** 21:*14*
23:*4* 26:*5*
54:*22* 66:*15*
94:*11* 99:*24*
101:*3* 134:*11*,
*20* 135:*1*, *19*
142:*15* 168:*11*
**temporary**
33:*10*
**tend** 6:*7*
**tenure** 78:*9*
**terms** 11:*2*
12:*2* 13:*1*
14:*16* 19:*23*
20:*10* 23:*22*
26:*23* 31:*16*
38:*5* 112:*24*
118:*4*, *5*
138:*11* 145:*9*
161:*13* 162:*13*
166:*5*
**testified** 5:*6*
7:*22*, *23* 27:*16*
40:*19* 50:*16*
51:*2* 58:*21*
60:*20* 63:*10*
64:*22* 65:*15*
72:*11* 82:*2*
91:*6*, *7* 97:*18*
101:*15*, *19*
102:*2* 104:*18*
117:*8* 120:*4*
131:*23* 145:*15*
147:*9* 148:*24*
149:*9* 154:*24*
160:*12*
**testify** 159:*15*
**testifying** 7:*24*
**testimony** 8:*2*
24:*24* 25:*11*
30:*16* 31:*3*
58:*18* 68:*17*
79:*12* 87:*11*
99:*9* 100:*13*
139:*24* 164:*20*
**thank** 5:*2*
45:*4* 49:*19*
87:*11* 97:*11*

140:*3* 147:*22*
148:*16* 155:*14*
175:*16*, *18*
**Thanksgiving**
43:*13*
**thick** 22:*13*
**thing** 20:*20*
24:*5* 26:*22*
48:*3* 50:*12*
66:*11* 67:*14*
74:*13*, *14*
76:*15* 85:*9*
96:*22* 111:*3*
117:*15*
**things** 11:*19*
18:*17* 19:*4*, *24*
31:*6*, *11*, *13*, *14*,
*15* 37:*17* 39:*1*
42:*20* 46:*14*
49:*7* 50:*18*
58:*17* 61:*9*, *13*,
*16*, *20*, *22*
62:*15* 69:*2*
72:*22* 94:*11*
98:*13* 103:*3*
120:*14* 154:*23*
155:*21* 166:*4*,
*5*
**think** 9:*6*
21:*2* 22:*4*
24:*11* 27:*9*
28:*5* 30:*5*, *21*
31:*24* 32:*2*, *5*
35:*12* 39:*10*
50:*2* 53:*9*
58:*19* 64:*7*
77:*4* 84:*13*
92:*17* 103:*14*
110:*20* 120:*19*
122:*12* 131:*6*
139:*8* 140:*15*
141:*14*, *15*
144:*20* 145:*12*
149:*22* 155:*12*
164:*13* 176:*19*
**third** 43:*10*
44:*3* 119:*18*
**thought** 32:*18*
36:*3* 93:*13*, *14*,
*21* 105:*16*
106:*2* 108:*19*
121:*13* 154:*4*
**thousands**
31:*21*
**threat** 76:*20*
**three** 22:*15*
23:*18* 27:*8*
30:*4* 102:*10*

142:*8*
**throw** 20:*24*
**throwing**
20:*24* 144:*3*
**Thursday**
144:*20*
**tickets** 46:*2*, *6*
**time** 4:*10* 6:*6*
7:*6*, *15* 9:*5*, *7*,
*13* 17:*15* 19:*2*
20:*7* 22:*7*
25:*18* 30:*9*, *19*
42:*17* 45:*23*
54:*16* 56:*12*,
*23* 57:*3* 64:*10*,
*15* 67:*17*
68:*11* 73:*23*
74:*6*, *7* 77:*16*
78:*21*, *24*
80:*21* 84:*7*
85:*7* 86:*16*
88:*15* 98:*24*
99:*1*, *13*, *22*
100:*6*, *18*, *21*
104:*4*, *10*, *24*
105:*6* 107:*10*,
*11* 116:*17*
119:*18* 127:*12*,
*20* 128:*18*
130:*10* 131:*6*,
*9* 132:*24*
133:*14* 144:*22*
150:*6*, *10*
151:*1* 153:*16*
155:*6* 169:*21*
175:*23* 176:*16*,
*17*
**times** 51:*5*
71:*11* 72:*22*
98:*24* 99:*2*
100:*20* 118:*13*
135:*3* 149:*9*
151:*16*
**title** 36:*18*
152:*18*
**today** 5:*18*
7:*14*, *17*, *20*
8:*12* 131:*24*
155:*21* 163:*2*,
*17*
**Today's** 4:*9*
**told** 17:*8*, *9*,
*17* 22:*17* 23:*1*
24:*2* 26:*18*
27:*7* 34:*14*
37:*13* 38:*13*
40:*15* 41:*18*
43:*9*, *23* 44:*1*,
*19* 45:*9*, *11*, *15*

47:20, 22  48:3
51:8, 10, 23
52:12  56:2, 12
57:15, 16, 22
58:9  61:12
66:3, 5  69:23,
24  70:13
72:24  73:2, 23
74:1  75:4
76:23  77:16
79:21  80:4
91:18  93:6
94:12, 14, 17
98:4, 6  99:11,
17  101:12
103:5  106:19
110:4  113:24
115:9, 15, 22
116:12, 15
118:21  119:4
120:11, 20
121:9  123:19
127:23  128:24
133:14, 22
134:22, 23
135:3, 4, 5
137:16  143:19
144:1  145:3, 6,
8, 19, 23, 24
146:10, 11, 21,
22  147:2, 8
154:7  165:13,
15  167:18
168:5, 16
169:8, 11, 22
174:14
**top**  23:14
110:12  122:5
129:17  151:8
**totally**  93:10
**touched**  162:8
**tournaments**
40:6
**toys**  43:14
**track**  14:15
**training**  15:12
16:2, 7
**transcript**
3:18  6:5, 12
8:3, 9  159:15
176:18  177:8,
17
**transfer**  58:10
72:1  73:1, 5,
20, 21, 22  74:2
76:17  77:1, 17
81:18  83:6
149:23  150:20

**transferred**
71:21, 22
72:19  74:1
76:1  79:15, 19
80:12, 20
81:10, 15  82:4,
5, 14, 19, 23
149:19
**transferring**
83:10
**travel**  41:5, 8
70:11
**traveling**  40:14
**treat**  138:17,
20  139:6
**treated**  109:14
139:11
**treating**  132:19
**treatment**
38:5, 8  39:13
**trick**  9:9
**tried**  96:19
103:10  115:4
119:14  127:21
132:24  135:2
144:13
**Trimmer**
63:21  65:6
97:8  106:5
112:16  120:6
121:4  123:4, 5,
10  156:23
157:4, 15, 17
171:13
**trip**  9:9
**trouble**  113:3
**true**  94:12
**truthful**  7:4
**try**  27:10
36:4  62:8
128:16  133:14
155:19, 20
173:11  174:5
**trying**  8:17
9:8, 9  26:10,
12  27:4  36:1
47:23  55:10
60:13, 17
62:24  79:17
82:7  94:10
101:17  102:15
114:6, 11
115:8  120:12,
14, 19  122:13
131:4  132:11
135:14  154:23
172:20  173:17
**TUESDAY**
1:1  145:13

**tumors**  138:15,
23
**turn**  69:3
83:23  89:17
125:18
**turned**  41:9
109:4, 22
**turning**  22:14
**turns**  126:22
**twice**  83:21
165:4
**two**  5:19  10:7,
16  16:1  17:6
19:22  22:5
73:4  78:17
79:3  85:2
97:15  98:5
109:3  112:22
113:6  127:17
128:2, 15, 17
138:21, 22
160:21  168:20
**two-liner**  146:1
**tying**  125:4
**types**  18:14
59:7

**< U >**
**Uh-huh**  80:16
85:19  87:22
90:11  96:24
109:11  110:9
129:7
**ULAK**  2:1
3:7, 18  4:18
5:14, 16  29:16,
19  30:1, 6, 21
31:23  45:2
46:23  63:16,
24  64:4, 7, 17
67:11, 15, 23
68:6, 13  69:8
75:21  76:8
77:24  82:9, 16
84:13, 15
88:20  89:2, 15,
21, 24  95:19,
21  100:9, 16
103:22  104:1,
12, 22  105:8
108:13, 17
109:5  113:10
136:12, 20
137:4  139:18
140:9, 23, 24
147:21  149:8,
13  175:19
176:9, 19

**ultimately**
55:19  59:16
**unbeknownst**
34:21
**undermined**
42:8
**undermines**
125:3
**undermining**
26:4  42:6
101:6  132:13
**understand**
6:18, 19  8:13
27:18  48:13
59:11  122:12
**understanding**
9:16  17:6
25:11  50:3
54:24  55:5
56:13, 22  57:1,
2  62:17, 18
79:11  80:7
81:4  99:8
123:14  143:14
166:16  170:2,
5, 20  171:20
**understood**
7:3  47:1
55:11  121:11
**unfair**  73:21
**uniform**  48:12
**Union**  110:17
137:15, 16, 19,
24  138:6
**unit**  20:9
52:12  71:18
77:18  112:15
113:20  132:20
136:15, 16
137:11  141:4
149:20, 22
167:3  169:15
173:12
**UNITED**  1:1
4:7
**units**  151:15
**Universal**
152:3
**University**
39:20  152:18
153:24
**unofficial**
168:7
**unpack**  78:1
**upcoming**
65:14, 19
**update**  37:5
**updates**  36:9

**upkeep**  161:18
**upper**  79:20
**uproar**  142:7
**upset**  46:13
48:3, 14, 19
62:19  92:14
119:20  174:2
**upstairs**  102:5
103:20
**use**  33:10
63:13, 18
64:22  65:9
86:20, 24  87:7
**usually**  87:5

**< V >**
**validity**  108:5
**Valley**  40:17
**versus**  4:5
**vice**  155:5
**vice-president**
150:8
**Video**  2:1  4:3,
12  67:21
176:13, 20
**Videotape**  1:1
4:2  5:1, 9
30:9, 19  64:10,
15  67:17
68:11  104:4,
10, 24  105:6
175:23  176:12
**viewing**  172:24
**violate**  98:11
166:4
**violation**
46:15  49:8
50:1, 4  127:4
166:6
**visit**  19:20
70:20
**visited**  20:6
**visiting**  52:1
97:23, 24
99:10
**voicemail**
142:22  143:1,
15
**VP**  150:6, 7
**VS**  1:1

**< W >**
**Wait**  88:9
150:2
**waited**  119:14
**walk**  23:14
102:24

**walked**  20:20
32:16  96:13
102:23  103:1
**walkway**  23:12
**wall**  22:10
35:7
**want**  7:1, 16
25:10  26:19
33:23  37:21
42:5  54:23
58:14  62:18
73:10  77:7, 17
78:1  86:2
90:9, 11, 12
91:7  95:1, 23
96:21  97:5
104:15  111:18
112:6  116:7
118:2, 14
123:22  124:13,
19, 22  125:18
126:23  128:14
130:10  132:8,
23  133:1, 2, 3,
4  138:8  147:2
148:7  149:11
153:11, 22
154:16  163:2
167:12  169:17,
20  170:22
171:7
**wanted**  11:21
19:2  40:13
41:8  42:5
49:3, 9  50:18,
22  52:9  55:16
57:6  58:23
72:15  77:1
91:16  96:13
101:11  114:1
117:23  119:8
125:6  145:24
149:19  150:16
154:7  159:2
167:5
**wanting**  37:15
**wants**  52:11,
17  99:2  101:3,
4  112:10
118:16
**warden**  22:16
**warned**  119:24
**warning**
119:24
**water**  22:11
28:15
**way**  22:3
37:9  39:17
48:9  55:23

Evelyn Cintron
2/14/2023

56:8  59:3
76:20  80:13
84:17  113:2
118:1  122:13
127:21  131:21
137:6  144:8
146:3  147:11
148:5  162:14
172:17
**weather**  143:7
**Wednesday**
122:7
**week**  17:16
19:18  20:17
45:13  52:2
55:7  97:15
**weekend**  47:9,
12
**weekends**
47:10
**weekly**  97:23
98:1, 16, 21
**weeks**  97:12
127:17
**welcome**
104:13  140:4
**well**  6:13
11:12  12:14
13:10, 17  14:4
26:1  34:19
40:6  41:20
42:16  43:14
45:10  47:18
59:11  71:5
76:15, 23
79:16  81:12
84:14  93:18
110:4  113:16
114:6  121:5
130:16  131:4
133:6, 16
136:17  143:16
144:4, 19, 22
147:2  148:3
149:22  154:22
158:8  161:19
169:22  174:16
**went**  20:1, 11
22:4  37:8
49:1  51:23
55:23  56:16
57:5, 8  65:22
71:10  77:13
80:8, 19, 21, 23
81:7, 19  88:24
96:12  105:23
113:14  114:18
115:20  119:5
123:4  128:23

132:6, 21, 22
133:13  136:10
143:22  144:21
153:10  154:9
162:2, 14
168:7
**We're**  5:17
6:13  7:13  8:8
18:24  19:1
29:17  30:10
46:4  51:19
62:1, 2, 3
85:22  91:20
103:6  105:1, 7
111:6, 17
121:18  122:13
134:16  141:14,
24  169:14
**we've**  155:21
158:21
**wife**  70:8
**willing**  115:23
**Wimberly**
115:15  116:11,
24  142:22
**win**  32:17
**wings**  44:16
**Wissinoming**
20:7, 12, 14
26:15  27:17
28:8  160:5
161:3  162:21
**witch**  115:7
135:6
**WITNESS**  3:3,
5  5:3  29:18
31:6  45:5
68:2, 20  76:9
82:13  86:6
88:23  89:14
90:14  108:19,
23  121:3
136:8, 18
137:3  140:5,
22  159:4
175:2, 18
**witnessed**
121:6, 8
**woman**  141:24
154:15
**wood**  23:14
**worded**  160:24
**word-for-word**
111:18  143:5
**words**  66:5
109:8  121:15
143:12
**work**  10:24
11:1, 12, 19

13:7, 11, 24
14:18  17:6
44:15  46:5
47:9, 12, 14
48:12, 22
52:10  53:23
54:8  67:1
70:11, 23  71:3,
4, 7, 9, 13, 16
72:7  75:6, 7,
15  83:20
84:23  85:6, 7
98:9  112:17
121:1  125:5
127:7, 10
128:1, 19
143:21  144:5
169:14
**worked**  12:1
13:12, 22, 23
17:5  62:14
67:5  68:21
70:1, 12  71:14,
15  74:11
80:14  121:7
127:14  132:20
144:18  150:20,
22, 23  151:2
**working**  19:21
20:10  22:22
35:13, 14, 16
54:11, 13
56:18, 23
60:18  71:20
74:16, 18  75:3
79:2  83:23
84:3, 10, 17
85:4  86:17, 21,
22  96:17
102:6, 15
115:17  117:12
132:1  142:5
167:7  173:4
**workplace**
124:4  125:5,
17
**work-related**
143:8
**works**  16:6
28:1, 3, 6
118:1  128:12
163:4, 8
**World**  40:7
**worry**  57:9, 11
58:10  79:22
80:3
**worse**  114:8

**wrestling**  40:4,
5, 7, 9, 20  41:1,
4, 13
**write**  51:13
145:24  146:1
**write-up**  91:17
**writing**  24:15
147:13
**written**  91:11
119:24
**wrong**  79:23
115:9
**wrongdoing**
116:9  117:1, 2
**wrote**  16:22
51:5  89:7, 11
91:8  92:17, 21
95:2, 5  104:18

< X >
**XYZ**  169:1, 15

< Y >
**yeah**  7:11
11:5  35:11
36:1  65:24
70:18  75:17
81:23  88:4, 11
102:4  107:17
110:11  111:15
122:10  138:14
142:17  148:23
157:6, 12
159:18  160:7
176:19
**year**  10:18
44:6  47:11
49:2  54:10
62:2  80:9, 14
81:2, 13, 17, 18,
21  82:1, 6, 14
115:23  118:20
119:16  156:6,
7
**years**  10:7, 16
15:15  16:1
22:15  23:18
27:8  29:14
31:8  38:16
73:4  78:17
79:3  142:8
161:21
**yell**  112:13
114:3  143:23
171:23  172:9,
11, 13, 15
173:22  174:2
175:14

**yelled**  113:23
143:24  171:16
**yelling**  65:5,
22  114:11, 16,
21  121:6
171:18  174:14
**Yep**  122:23
**young**  149:2,
19  151:5
**Younger**  22:6,
7  46:10

< Z >
**Zoom**  6:2
7:14  8:20
144:20