# EXHIBIT "D"

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3   _____
                                             :
 4   EVELYN CINTRON,                         :
              Plaintiff            :Civil Action No. 19-4078
 5                                           :
           vs.                               :
 6                                           :
     CITY OF PHILADELPHIA, et al.,           :
 7            Defendants                     :
     _____:
 8

 9


10
          Deposition of:   Maureen Rush
11
          Taken by     :   Thomas O. Fitzpatrick, Esquire
12
          Before       :   Lisa L. Miller, RPR
13
          Date         :   Friday, November 3, 2023
14
          At           :   Zoom Videoconference
15
```

```
 1   APPEARANCES:

 2   THOMAS O. FITZPATRICK, ESQUIRE
     ISAAC H. GREEN, ESQUIRE
 3   MINCEY FITZPATRICK ROSS LLC
     1818 Market Street
 4   Suite 3402
     Philadelphia, Pennsylvania  19103
 5   215.882.3443
     Mike@barrettdeangelo.com
 6        For - The Plaintiff

 7   KEVIN GOLDEN, ESQUIRE
     O'HAGAN MAYER
 8   1717 Arch Street
     Suite 3910
 9   Philadelphia, Pennsylvania  19103
     215.461.3300
10   kgolden@ohaganmayer.com
          For - Maureen Rush
11
     SHARON ULAK, ESQUIRE
12   Deputy City Solicitor
     CITY OF PHILADELPHIA
13   Law Department
     Labor & Employment Unit
14   1515 Arch Street
     17th Floor
15   Philadelphia, Pennsylvania  19102
     215.683.5083
16   sharon.ulak@phila.gov
          For - The City of Philadelphia
17

18

19

20

21

22

23

24
```

```
 1                    INDEX TO WITNESSES

 2    Maureen Rush                                          Page

 3       Examination by Attorney Fitzpatrick:                4

 4       Examination by Attorney Ulak:                      88

 5
                           *   *   *   *
 6

 7

 8

 9

10                     INDEX TO EXHIBITS

11                          (None.)

12                         *   *   *   *

13

14

15

16

17

18

19

20

21

22

23

24
```

1  becomes a commander at PAL; yes?
2       A.  She becomes the commanding officer of the
3  police PAL officers, yes.
4       Q.  Okay.  And just so that we're clear -- I think
5  we understand the structure from prior deposition
6  testimony.  But I'll certainly give you the opportunity
7  to explain the structure of the PAL relationship to the
8  police department and that partnership.  So why don't
9  you tell us about that.
10      A.  So the police department and the -- and the
11 employees of the police department, the police officers,
12 the commanding officer, who was, again, a sworn officer,
13 in this case lieutenant, is different than the civilian
14 employees who are working for the board which is a
15 501(c)(3), and that -- there is -- the police commander
16 oversees the police officers who are assigned to the PAL
17 detail.  And that's what these officers do every day.
18 It's a full -- they are transferred into PAL.  That
19 commanding officer is their commanding officer for all
20 aspects of their duties.
21           The executive director reports to the board of
22 directors and is responsible for the strategic mission,
23 you know, employment of all the civilian staff.
24           The police commander does not report to the

1  board but reports inside the Philadelphia Police

2  Department, so whoever the commissioner designated.

3     Q.  Okay.  And let me ask you this:  During your

4  time as a police officer, did you have any involvement

5  with PAL?

6     A.  I'm sure I did.  I was -- I was a lieutenant in

7  the 25th District and I'm sure, you know, we came across

8  PAL.  But I wasn't a member of the board at that point.

9     Q.  You were not a member of the board, obviously,

10 but were you -- were you assigned to the PAL detail at

11 any time during your service as a police officer?

12    A.  No, I was not.

13    Q.  Okay.  And the -- so PAL was a stand-alone

14 501(c)(3) organization, correct?

15    A.  Correct.

16    Q.  And then you have the Philadelphia Police

17 Department and in tandem they work the Police Athletic

18 League; is that right?

19    A.  Correct.

20    Q.  And what you've just explained is that Ted

21 Quali is the executive director and he reports to the

22 PAL board; is that right?

23    A.  Correct.

24    Q.  And Lieutenant Cintron is the commanding