# EXHIBIT "G"

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EVELYN CINTRON,                  :
                  Plaintiff     :
                                :
           v.                   :
CITY OF PHILADELPHIA; THE       :
PHILADELPHIA POLICE ATHLETIC    :
LEAGUE and JOSEPH SULLIVAN,     :
                  Defendants:    NO. 19-4078
```

- - -

Friday, November 15, 2024

- - -

Oral deposition of GENE CASTELLANO, held in the offices of Magna Legal Services, 1635 Market Street, 8th Floor, Philadelphia, Pennsylvania 19102, at 1:09 p.m., on the above date, before GIANNA IACONELLI, a Court Reporter and Notary Public of the Commonwealth of Pennsylvania.

MAGNA LEGAL SERVICES
866-624-6221
www.MagnaLS.com



```
                                                            Page 2
 1    APPEARANCES:
                  MARILYN A. RIGMAIDEN-DELEON LAW OFFICES
 2                BY:  MARILYN A. RIGAMIDEN-DELEON, ESQUIRE
                  BY:  JAMES DELEON, ESQUIRE
 3                5414 Greene Street - P.O. Box 18853
                  Philadelphia, PA 19119
 4                215.356.7425
                  Counsel for Plaintiff
 5


 6
                  O'HAGAN MEYER
 7                BY:  KEVIN L. GOLDEN, ESQUIRE
                  1717 Arch Street - Suite 3910
 8                Philadelphia, PA 19103
                  215.461.3300
 9                Counsel for Defendant, Police Athletic League

10

11                CITY OF PHILADELPHIA LAW DEPARTMENT
                  BY:  FRANK WEHR, ESQUIRE
12                1515 Arch Street - 17th Floor
                  Philadelphia, PA 19102
13                215.683.5000
                  Counsel for Defendant, City of Philadelphia
14

15

16

17

18

19

20

21

22

23

24
```



Page 3

```
 1                      I N D E X
 2    TESTIMONY OF:                                    PAGE NO.
      GENE CASTELLANO
 3
 4         BY:  MS. RIGAMIDEN-DELON                       5
 5         BY:  MR. WEHR                                 58
 6         BY:  MR. GOLDEN                               59
 7                          - - -
 8                      E X H I B I T S
 9                          - - -
10    NUMBER              DESCRIPTION                 PAGE NO.
11    Exhibit A       Notice of Deposition                6
12    Exhibit B       9/27/16 Meeting Minutes             8
13    Exhibit C          1/27/18 E-mail                  26
14    Exhibit D    PAL Employment Polices & Procedures   32
15
16
17
18
19
20
21
22
23
24
```



MAGNA LEGAL SERVICES

Page 52

```
 1      A.   No.  I know they go back to 2016 because
 2   of this.
 3      Q.   Well, yeah.  We know that.  Okay.
 4           What about destruction of documents?
 5   Is there any written policy that you know of?
 6           MR. GOLDEN:  Objection.
 7           Go ahead.
 8           THE WITNESS:  I don't know if there's a
 9      written policy.  I know the practice is not to
10      destroy anything.
11   BY MS. RIGAMIDEN-DELEON:
12      Q.   Okay.  So that's the practice of the
13   board?
14      A.   That's the practice of the staff.
15      Q.   Okay.  Of the civilian employees?
16      A.   Yes, ma'am.
17      Q.   Okay.  So any documents generated related
18   to PAL functioning that's generated by the PAL unit,
19   the police unit, does the PAL directive govern those
20   documents as well?
21      A.   No, no.
22      Q.   Okay.
23      A.   We don't have access to any of the police
24   documents.  They even maintain a separate printer so
```



Page 53

```
 1   that they could print documents and we don't see
 2   them.
 3        Q.   Oh, okay.  All right.  So do you know if
 4   the City provided PAL with any policies or
 5   procedures relative to reporting problems to the
 6   police department that are related to the actions of
 7   the PAL commander?
 8        A.   No.
 9        Q.   Any policies or procedures provided to PAL
10   by the police department or the City governing,
11   reporting problems related to a PAL unit officer?
12        A.   No.
13        Q.   Okay.  Any policies or procedures drafted
14   by the City or police department given to PAL
15   relating to hiring or placement of police officers
16   in PAL sites?
17        A.   No.
18        Q.   Did the board in 2016 through 2019, did
19   they ever make recommendations to the commanding
20   officer related to what officers they wanted in
21   those PAL sites?
22        A.   Not that I'm aware of, no.
23        Q.   Okay.
24             MS. RIGAMIDEN-DELEON:  Can we have a
```



Page 54

```
 1        moment?
 2             MR. GOLDEN:  Absolutely.
 3                  (Recess taken from 2:13 p.m. to 2:18
 4   p.m.)
 5   BY MS. RIGAMIDEN-DELEON:
 6        Q.   Can you describe the relationship, how it
 7   existed between PAL and the police department from
 8   2016 to 2019?
 9        A.   Mhm.
10        Q.   How did that work?
11        A.   So -- and I would say it's the same way it
12   exists now.
13        Q.   Okay.
14        A.   The officers' salaries and benefits are
15   paid by the City, and they are Paramilitary
16   Organization commanding officer.  Everything else is
17   handled by the 501(c)(3).  We rent the buildings, we
18   buy the basketballs, we buy the T shirts.  We assist
19   in some programming that may differ from center to
20   center.
21                  Is that the description you're
22   looking for?
23        Q.   Yeah.  I guess.  That's --
24        A.   That's how it works.
```

