# EXHIBIT "I"

CITY509

## EMPLOYEE HISTORY RECORD

### SERVICE RECORD

| EFFECTIVE DATE | TYPE OF ACTION | POSITION TITLE | TYPE OF APPOINT. | DEPT | SECTION OR DIV. | SALARY | FUN |
|---|---|---|---|---|---|---|---|
| 7-22-92 | APPOINTED | CORRECTIONAL OFFICER | PERM | PRISONS | | | |
| 1-29-95 | LOA | | | | | | |
| 6-28-95 | REINSTATED | | | | | | |
| 9-1-95 | LOA | | | | | | |
| 11-9-95 | REINSTATED | | | | | | |
| 1-13-98 | LOA | | | | | | |
| 8-14-98 | REINSTATED | | | | | | |
| 6-28-99 | APPOINTED | POLICE OFFICER REC | PERM | POLICE | P/A | | |
| 12-13-99 | PROMOTED | POL OFFICER | PERM | POL | P/A | | |
| 1-28-00 | TRFD | " | " | " | 35th | | |
| 6-4-07 | PROMOTED | CORPORAL | " | " | ' | | |
| 6-5-07 | TRANSFER | " | " | " | 15th | | |
| 12-21-09 | " | " | " | " | Advance Traing Unit | | |
| 10-15-10 | Promoted | SGT | " | " | " | | |
| 10-18-10 | Transfer | " | " | " | 35th | | |
| 9-12-11 | " | " | " | " | Advance Trng | | |

82-S-9 (Rev. 11/93)

| SOCIAL SECURITY NO. | CLASS CODE | RANGE | STEP | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Redacted | 6A0? | | | | | | | | |
| STAT | NAME (Last) (First) (Middle) | | | POSITION TITLE | | FUND | APPT.TYPE | SALARY | I.D. | PAYROLL NO. |
| | CINTRON  EVELYN | | | - LT | | | PERM | ABV | | 213638 |

6-20-16
1-31-19   Service Pension

| REMARKS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| EDUCATION AND SKILLS | IN-SERVICE TRAINING ||| 
|---|---|---|---|
| | DATE | COURSE | REMARKS |
| | | | |
| | | | |
| | | | |
| | | | |

| HOME ADDRESS | TEL. NO. | PERFORMANCE RATING ||||||
|---|---|---|---|---|---|---|---|
| 9674 Sandanne Rd (15) | ~~215-676-3498~~ 215-676-3604 267-242-8060 | DATE | RATING | DATE | RATING | DATE | RATING |

| EMERGENCY – NAME | ADDRESS | TEL. NO. |
|---|---|---|
| Lisa Cintron | 4259 Castor Avenue | 535-2980 |

| BIRTH DATE | IDENT. BADGE NO. | SEX | VET. PREF. |
|---|---|---|---|
| 6-18-67 | | F | |

PHYSICAL IMPAIRMENT

| SOCIAL SECURITY NO. | CLASS CODE | RANGE | STEP |
|---|---|---|---|
| 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 | 6A03 | | |

| STAT | NAME (Last) | (First) | (Middle) | POSITION TITLE | FUND | APPT.TYPE | SALARY | I.D. | PAYROLL NO |
|---|---|---|---|---|---|---|---|---|---|
| | CINTRON | EVELYN | | - LT | | PERM | ABV | | 213638 |