# EXHIBIT "J"

```
 1              THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
    _____
 3
    EVELYN CINTRON               : CIVIL ACTION NO. 19-4078
 4                               :
                                 :
 5              Plaintiff,       :
                                 :
 6        vs.                    :
                                 :
 7                               :
    CITY OF PHILADELPHIA, ET AL. :
 8                               :
                                 :
 9              Defendants.      :

10  _____

11                         - - -
                 Wednesday, November 15, 2023
12                         - - -

13

14     Oral Remote Deposition of JOE SULLIVAN taken

15  pursuant to notice, commencing at 11:02 a.m. on the

16  above date, before Lori L. E. Agren, a Certified Court

17  Reporter and Notary Public.

18

19                         - - -

20

21

22

23

24
```

Case 2:19-cv-04078-RBS    Document 79-11    Filed 01/24/25    Page 3 of 10

Deposition of Joe Sullivan                                   Evelyn Cintron v. City of Philadelphia, et al.

```
 1  APPEARANCES:

 2  BY: THOMAS O. FITZPATRICK  ESQUIRE
    BY: ISAAC GREEN, ESQUIRE
 3  MINCEY FITZPATRICK ROSS, LLC
    One Liberty Place
 4  1650 Market Street, 36th Floor
    Philadelphia, Pennsylvania 19103
 5  (215) 587-0006
    Tom@MinceyFitzRoss.com
 6  Representing the Plaintiff

 7

    SHARON ULAK, ESQUIRE
 8  CITY LAW DEPARTMENT
    1515 Arch Street, 14th Floor
 9  Philadelphia, Pennsylvania  19103
    (215) 683-5083
10  Sharon.Ulak@Phila.gov
    Representing the Defendant, City of Philadelphia
11

12  BY: KEVIN GOLDEN, ESQUIRE
    O'HAGAN MEYER
13  1717 Arch Street
    Suite 3910
14  Philadelphia, Pennsylvania  19103
    (215) 461-3323
15  KGolden@OHaganMeyer.com
    Representing the Defendant, Police Athletic League
16

17  Also Present:  Evelyn Cintron

18

19

20            (It is stipulated by and among counsel

21  for the respective parties that signing, sealing and

22  certification be waived; and that all objections,

23  except as to the form of the question, be reserved

24  until the time of trial.)
```

```
 1                    I  N  D  E  X

 2
     WITNESS                                        PAGE NO.
 3
     JOE SULLIVAN
 4
     Examination by Mr. Fitzpatrick                     4
 5   Examination by Mr. Golden                         73
     Examination by Ms. Ulak                           74
 6

 7
                REQUEST FOR PRODUCTION OF DOCUMENTS
 8

 9   Page   Line      Description

10   32     3         Mr. Sullivan's Memorandums for Resources
                      to the Commissioner 3/17 to 3/20
11

12

13                        E X H I B I T S

14

15   EXHIBIT NO.           DESCRIPTION               PAGE NO.

16                         (No Exhibits)

17

18

19

20

21

22

23

24
```

1    Q.    Okay.  Now, what years were you Deputy
2    Commissioner?
3    A.    From three of '17 to three of '20.
4    Q.    So March 2017 to March 2020?
5    A.    Yes.
6    Q.    Okay.  And what were you duties as Deputy
7    Commissioner?
8    A.    I oversaw all of the patrol forces for the
9    City of Philly.  I oversaw PAL.  I oversaw community
10   relations.  For a part of that time, I oversaw school
11   security, Police Explorers, Neighborhood Services Unit.
12   So that's 21 patrol districts, six patrol divisions
13   which make up the patrol bureau and then those other
14   units.  I may have forgotten one or two, but that's the
15   bulk of my responsibility.
16   Q.    Okay.  Well, talk to me about Deputy
17   Commissioner.  How many Deputy Commissioners are there?
18   A.    When I was there, that's a number that
19   fluctuates, but when I was promoted, the Police
20   Commissioner had a First Deputy and then there were
21   three deputies.
22   Q.    Okay.  So were you the First Deputy or were
23   you one of those other three?
24   A.    One of the other three.

1   A. -- in order to tell you. There are a lot of
2   prominent people on there that I would know, but I
3   didn't know everyone.
4   Q. Okay. But it's fair to say that when you
5   become Deputy Commissioner, you are familiar with PAL,
6   the board members, and the partnership between PAL and
7   the Philadelphia Police Department; is that fair to
8   say?
9   A. For taking over, I had a rudimentary
10  understanding of PAL.
11  Q. Okay. And when you took over as Deputy
12  Commissioner and you are in charge of PAL,
13  Myron Patterson moves up to the First Deputy position,
14  correct?
15  A. Yes.
16  Q. And now the PAL command structure falls --
17  the police PAL command structure falls beneath your
18  purview, correct?
19  A. Yes.
20  Q. Okay. What's that structure?
21  A. Well, Lieutenant Cintron is the commanding
22  officer, and I was the Deputy Commissioner. She had
23  three sergeants that worked directly for her.
24  Q. Was Sergeant Faust one of those three

```
 1   make that complaint or at least, laterally to another
 2   Deputy Commissioner, correct?
 3              MS. ULAK:  Objection to form.  You can
 4   answer.
 5              THE WITNESS:  Correct.
 6   BY MR. FITZPATRICK:
 7      Q.   So if Lieutenant Cintron had a complaint
 8   about you going to Deputy Commissioner Patterson, that
 9   would have been a permissible person to go to if she
10   had such a complaint, correct?
11      A.   Correct.
12              MS. ULAK:  I object to the form.  You can
13   answer.
14              THE WITNESS:  Correct.
15   BY MR. FITZPATRICK:
16      Q.   And I have your response to Plaintiff's
17   Interrogatories and so I rely on your response, but I
18   certainly want to give you a chance to address these in
19   the event that we have it.
20              Mr. Sullivan, according to your response to
21   Interrogatories, you had no knowledge of disparities in
22   funding between PAL centers and minority communities
23   and PAL centers and white communities in Philadelphia.
24   Is that still a correct answer?
```

1     A.    Yes, it is.
2     Q.    Okay.  And you had no knowledge of
3  complaints related to disparities in funding, correct?
4     A.    That is correct.
5     Q.    Do you have any knowledge with respect to
6  complaints related to disparities and other resources?
7     A.    Not to my knowledge.
8     Q.    Okay.  We spoke about a drumline earlier,
9  instruments for a drumline.  Do you recall that?
10    A.    Yes.
11    Q.    Did PAL have some kind of a drumline program
12  for the youth?
13    A.    Yes.
14    Q.    Okay.  And at some point did you witness the
15  performance of the PAL drumline at a police event?
16    A.    Yes, they were excellent.
17    Q.    Okay.  Do you recall asking Lieutenant
18  Cintron for the contact information for the leader of
19  the drumline?  The person who helped administer the
20  program and teach the drum to the youth.  Do you recall
21  that?
22    A.    Asking her for his contact information?
23    Q.    Yes.
24    A.    No, I don't recall that.

1   Commissioner from PAL between March of 2017 and March
2   of 2020.
3              And with that, Mr. Sullivan, the other
4   attorneys may have some questions for you at this time.
5              MS. ULAK:  Thank you.
6              Mr. Golden, do you have any questions?
7              MR. GOLDEN:  Thank you.
8   EXAMINATION BY MR. GOLDEN:
9       Q.    Mr. Sullivan, just so I don't come across
10  the wrong way, do you want me to call you Mr. Sullivan
11  or what is your rank so I can properly address you?
12      A.    Mr. Sullivan, Joe is fine, sir.
13      Q.    Okay.  Mr. Sullivan, I think I just have one
14  or two quick questions.  Were you ever instructed to
15  exclude Lieutenant Cintron from any PAL meetings?
16      A.    Absolutely not.
17      Q.    Did you instruct anyone within the City to
18  exclude -- and so let me draw a distinction here.  I am
19  going to ask two questions.  City employees meaning
20  police officers then I am going to ask a question about
21  PAL.  Do you recall any instances where you instructed
22  a City employee to exclude Lieutenant Cintron from a
23  PAL meeting?
24      A.    I have no recollection of that, but I am

Case 2:19-cv-04078-RBS   Document 79-11   Filed 01/24/25   Page 10 of 10

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

1  happy to look at any documentation you have that would
2  refresh my memory.
3       Q.    Did you ever tell Lieutenant Cintron that
4  anyone at PAL wanted her removed from the board or
5  pardon me.  Let me rephrase that.
6             Did you ever tell Lieutenant Cintron that
7  anyone at PAL wanted her removed as the commanding
8  officer?
9       A.    I did not.  No one ever made that request of
10 me from the PAL group.
11            MR. GOLDEN:  Thank you very much,
12 Mr. Sullivan.  That's all I have.
13            MS. ULAK:  Mr. Sullivan, I just have a
14 couple questions for you.
15 EXAMINATION BY MS. ULAK:
16      Q.    A little while ago in the deposition there
17 was some discussion about you moving Officer Klayman to
18 Neighborhood Services.  Do you recall why you moved
19 Officer Klayman to Neighborhood Services?
20      A.    There was the confrontation that occurred --
21 I will say a heated verbal argument in which there was
22 an accusation that Officer Klayman who was on at the
23 time may have offered the PAL employee who he was
24 arguing with to step outside and the insinuation being