# EXHIBIT "K"

 *Police Athletic League of Philadelphia*

## MINUTES OF THE PAL BOARD OF DIRECTORS MEETING

*Date:* Tuesday, September 27, 2016
*Time:* 12:00 p.m. – 2:00 p.m.
*Location:* PwC, 2001 Market Street, Two Commerce Square, Philadelphia, PA 19103

| # | Agenda Item | Discussion |
|---|---|---|
| 1 | Meeting called to order | The meeting was called to order at 12:05 p.m. by Bernie Prazenica, PAL Chair, who welcomed everyone.<br><br>Bernie asked for a motion to approve the minutes of the June 15, 2016 meeting.  A motion was made, seconded and the minutes were unanimously approved. |
| 2 | Presentations | <u>Wawa Foundation</u><br>Christine Familetti, Mike McCarthy and Lori Bruce shared a video highlighting Wawa's volunteer involvement with PAL and the positive impact on youth. The video also included footage from PAL's participation in Wawa Welcome America on July 2.<br><br>They then presented a check from the Wawa Foundation in the amount of **Redacted**  Wawa also presented PAL with a Proclamation from the City of Philadelphia declaring July 2, 2016 PAL Day.<br><br><u>Olde Kensington Senior Housing Association</u><br>Connie Galiczynski from the Olde Kensington Senior Housing Association was recognized for the organization's **Redacted** gift this summer.  Connie pledged an additional **Redacted** gift from the sale of the Olde Kensington Pavilion that will be paid this year.<br><br><u>Sgt. Gus Rangnow Award</u><br>David Blon of the Rizzo PAL Center was the recipient of the 2015 Sgt. Gus Rangnow Award.  The award was established to commemorate one PAL member per year who embodies the spirit of Philadelphia PAL's founder, Sgt. Gus Rangnow, and who embraces PAL's mission through his/her dedication, leadership, positive attitude and sportsmanship. |
| 3. | Commissioner Remarks | Commissioner Richard Ross thanked the PAL board for all the time and effort they put into the PAL organization.  Commissioner Ross spoke of the importance of community policing and that is what PAL is all about. He noted that given the state of police-community |



*Police Athletic League of Philadelphia*

| | | |
|---|---|---|
| | | relations in this country, PAL is part of the solution for bringing people together. |
| 4. | Special Q & A with PAL Commanding Officer | Monica Malpass from 6ABC held a brief Q & A with PAL Commanding Officer Lt. Evelyn Cintron, introducing her to the board and interviewing her about her career in law enforcement and her vision for PAL. |
| 5. | Leadership Report | Ted Qualli, Executive Director and Lt. Cintron reported the year end close was at **Redacted** in revenue.  He noted that PAL is achieving success in broadening its revenue stream.  At one point, as much as Redacted of PAL's revenue came from the annual dinner.   This year, event revenue accounted for Redacted of the total. The PAL civilian staff will be at full capacity in accordance with the strategic plan.

On the expense side, for PAL to fully impact the community the need for more centers and more kids is a major focus.

Regarding metrics, PAL has access to the Police Department's CompStat data, showing results that juvenile crime rates are down in locations where PAL Centers are operating.  To follow up on metrics, surveys will be conducted in the beginning of school year and again at the end of the school year to see more closely the impact of the programs PAL offers.  PAL will also be implementing a tracking system regarding school grades and attendance of PAL participants. |
| 6. | Treasurer's Report | In the absence of PAL Treasurer Ron Rabena, PAL Chair Bernie Prazenica informed the board of the change in presentation and financial reporting to be in par with accounting standards.  PAL will also be budgeting for depreciation.
Bernie requested an approval for the FY 2016-2017 Operating and Capital Budget and it was unanimously approved. |
| 7. | Committee Reports | Facilities:
PAL HQ - G. West reported the new PAL HQ is now open.  An Open House is scheduled for October 25, 2016 4:00 PM-7:00 PM

Wissinoming PAL – has been closed due to maintenance issues. A new location is being actively researched.

Grays Ferry – This new PAL Center will be holding a grand opening on September 30, 2016.

LP Hill (Strawberry Mansion) – PAL has BOMA's commitment of help for this
2017 project. |



Police Athletic League of Philadelphia

Harrowgate – The new gym floor has been installed.
Wynnefield – awaiting approval of potential funding from
Councilman Curtis
Jones to assist in the resurfacing of the gym floor.

Rizzo and Cozen PAL-roofs on both buildings need replacement.
Currently waiting on bids.

Education
Athole Jacobi, M.D. noted that she, Lt. Cintron and Ted Qualli met
recently and outlined a shared vision for the Education Committee
and Programs for FY17.

Dr. Jacobi shared a PowerPoint presentation that illustrated many of
the year's educational activities, including those since the last Board
meeting: including: Night of the Arts (June 16), Scholarship Luncheon
(June 23), PECO PAL Day at the Zoo (June 27) Camp Invention
(August 22- August 26), Tacony PAL Education Camp (august 22 –
August 26), and PAL Day at Temple Football (September 10).

Public Relations
Gene Castellano reported PAL Night at the Phillies social media
support was tremendous, with day-of event Twitter hits reaching
40,000 and the day-after reaching 20,000 retweets. Gene
acknowledged the work of Chris Lyons, communications manager,
who helped these messages reach 3 million people.

The monetary value of these impressions had a value of **Redacted**

The Tucker Grand Opening clips had 573,000 hits with a value of
$**Redacted**

The PSA Campaign that was led by PAL's Board members in all areas
of media,
advertising, buying, video production and public relations had more
than 55
Million views which has a value of $**Redacted**

Gene also announced the PSA was an Emmy Award winning project.

 Police Athletic League of Philadelphia

|   |   | Development |
|---|---|---|
|   |   | Pat Winner acknowledged Captain George Kappe of the 26th Police District who was involved with Olde Kensington Senior Housing Association's donation to PAL, and whose grandmother served on the OKSHA Board at one time. |
|   |   | It was also announced that Gene Castellano has agreed to serve as chair of the Development Committee. |
|   |   | A meeting with Lenfest Foundation, Ted Qualli and Lt. Cintron had taken place.  A proposal was invited for their January deadline and is being developed. |
|   |   | Jason Clark, recently hired Associate Director of Development, was introduced to the board. |
| 8. | Other Business | Kathleen Sullivan was honored for her sixteen years as a board member and recognized for all she has done for PAL. She was presented with a commemorative clock by Board Chair B. Prazenica, T. Qualli and Lt. Cintron.<br><br>Ray and Dot Oczkowski were presented with a commemorative clock from PAL in recognition over a combined 50 years of service to the Police Athletic League of Philadelphia.  Dot has served for 40 years and Ray for 10 years work in PAL Headquarters.  They are retiring at the end of September 2016. |
| 9. | Adjournment | Meeting was adjourned at 1:15 p.m. |

Respectfully submitted,

John P. Pierce, Esq., Secretary