# EXHIBIT "L"

Commissioner R. J. Ross, Jr.
8th & Race Streets
Phila., PA 19106

Dear Commissioner Ross,

I am respectfully informing you of an incident involving PAL Officers before this matter escalates and gets out of control.

On October 13, 2017, at approximately 4:15pm, the acting Commanding Officer, Evelyn Citron ordered Sgt Passcucci #562 to personally deliver an inappropriate and unprofessional message to another PAL Officer(Janice Little), advising her to... and I quote, "Stay out of things that don't concern her". It was in reference to Commander Citron's boyfriend, PAL Ofcr David Klayman. This has somewhat created a hostile work environment for us all and was considered as a threat.

Sgt Passcucci was concerned that the message was inappropriate and was reluctant to deliver it, but did so because he was threatened to be removed from PAL. He informed Commander Citron that it was out of line. But the Commander stated that she would also have you, Commissioner Ross remove both he and Officer Janice Little from PAL as well, because the Commissioner is a good friend of hers. Commander Citron also stated that she would ruin the officers' career because of alleged rumors about her and her boyfriend. This conduct is unbecoming and should be investigated and resolved before it gets worse.

At this present time PAL civilians are working from home because of this hostile work environment and they feel threatened by the ongoing situation involving Officer Citron and Ofcr Klayman. I am writing this letter anonymously for fear of retaliation as I too feel threatened.

WE HERE AT PAL ARE ASKING FOR IMMEDIATE RELIEF. WE CANNOT WORK UNDER THESE CONDITIONS. WE ARE APPEALING TO YOU BEFORE WE ARE FORCED TO TAKE LEGAL ACTION AND OR INVOLVE THE MEDIA. We believe that the Commander's actions are unprofessional, and a bad influence on our young people who participate in our PAL programs, especially POSITIVE IMAGES, as well as PAL civilians who are committed and work so hard to make PAL what it is today.

Please investigate this matter, and take whatever action you feel necessary to have it resolved so we can continue to service our youth in a fair and professional environment. Thank you in advance for your time and attention to this matter.

Respectfully submitted,
A CONCERNED PAL

CHIEF INSPECTOR
OFFICE OF PROFESSIONAL
RESPONSIBILITY
TO Insp Fredericks Dont

OCT 27 2017

☐ SEE ME/CALL ME
☐ ACTION AND REPLY
☒ ACTION AND REPORT
☐ ACTION, NO REPLY
☐ INFORMATION & FILE
SUSPENSE DATE: _____

Assign for
ESD Investigation.

CITY036