# EXHIBIT "M"

```
** COURT NOTICE **           POLICE DEPARTMENT         ** COURT NOTICE **
PAYROLL 213638               D.C.NUM 17-98-090038      DATE 01-11-18

    - COURT ATTENDANCE -                       - TESTIMONY TIME - YES . NO .
IN 0000  OUT 0000  TOTAL TIME ....      IN ....  OUT ....  TOTAL TIME ....

    - COURT INFORMATION -                      - COURT DATE TOUR -
NAME CINTRON EVELYN          BADGE 0168   UNIT 9900   PLT 50
DATE 01-11-18   TIME 1000    COURT ROOM 09 9800 IAD 7790 DUNGAN ROAD NO OVERTIME
REMARKS    YOU ARE THE TARGET   CONTACT FOP IF DESIRED   SGT CONWAY 5-5004

DEFENDANT N/A                    CHARGE N/A
ARREST DATE              D.A. DIST ATY OFFICE 6868000   D.A. PAYROLL 254388
SENT BY CONWAY BRENT     DATE SENT 12-26-17   TIME SENT 1144

JUDGE ....................   D.A. ...............   D.A. PAYROLL ......
DISPOSITION ...........................   DISP EVIDENCE ....
COURT ROOM IN .... OUT ....     D.A. SIGNATURE ...........................

NOTIFIED BY ..............   OFFICER SIGNATURE ..........................

CANCELLED BY CONWAY BRENT    DATE 01-08-18 TIME 1001   PF10 = PREVIOUS SCREEN
                                                      PF11 = MENU   PF12 = EXIT
```

18

CITY312