# EXHIBIT "O"

# MEMORANDUM

**POLICE**
**CITY OF PHILADELPHIA**
Date 01-31-2018

TO : Police Personnell Unit

FROM : Commanding Officer, Police Athletic League Unit

SUBJECT : **FAMILY LEAVE OF ABSENCE REQUEST**

1. I respectfully request a Family Leave of Absence starting 02-01-18 for upto a period of three (3) months or until such time that I am cleared by my doctor to return to work which could be sooner. If approved, I would like to utilize sick time during the Family Leave of Absence. I have sufficient time to cover this request.

   Time accrual – Sick (1,971)  Vacation (261)

2. I would greatly appreciate your consideration in this matter.

*Lt. Evelyn Cintron*
Lt. Evelyn Cintron
Commanding Officer
Police Athletic League

13

CITY307

```
213638                    PHILADELPHIA POLICE DEPARTMENT
LIEUT CINTRON EVELYN             TIMECARD BALANCES
PAL                 9900                                      APPT-DATE: 07/20/92
```

| PAYROLL DATE | SICK BALANCE | VAC BALANCE | COMP BALANCE | HOL BALANCE | ADMN USED |
|---|---|---|---|---|---|
| 01/21/18 | 1971.0 | 261.0 | 0.0 | 64.0 | 32.0 |
| 01/07/18 | 1958.0 | 246.0 | 0.0 | 56.0 | 32.0 |
| 12/24/17 | 1944.0 | 312.0 | 0.0 | 48.0 | 32.0 |
| 12/10/17 | 1930.0 | 314.0 | 0.0 | 40.0 | 32.0 |
| 11/26/17 | 1930.0 | 322.0 | 0.0 | 40.0 | 32.0 |
| 11/12/17 | 1925.0 | 323.0 | 0.0 | 32.0 | 32.0 |
| 10/29/17 | 1925.0 | 323.0 | 0.0 | 24.0 | 32.0 |
| 10/15/17 | 1925.0 | 331.0 | 0.0 | 24.0 | 32.0 |
| 10/01/17 | 1912.0 | 316.0 | 0.0 | 16.0 | 32.0 |
| 09/17/17 | 1912.0 | 316.0 | 0.0 | 16.0 | 32.0 |

PF                                                10=PREV 11=MENU 12=EXIT

CITY308