# EXHIBIT "P"

| REQUEST TO SEPARATE | RANK: Lt | NAME: Evelyn Cintron | | |
|---|---|---|---|---|
| | PAYROLL NO. 213638 | BADGE 168 | DIST./UNIT | |
| | LENGTH OF SERVICE 26 | | DESIRED DATE OF SEPARATION 1-31-19 | |
| REASON FOR REQUESTING SEPARATION: Retirement | | | | |

| | YES | NO |
|---|---|---|
| ARE YOU CURRENTLY UNDER SUSPENSION? | ☐ | ☒ |
| ARE ANY CHARGES PENDING AGAINST YOU? | ☐ | ☒ |
| ARE YOU NOW UNDER INVESTIGATION ON ANY CHARGES? | ☐ | ☒ |
| DO YOU OWE ANY MONEY TO THE CITY? | ☐ | ☒ |
| ARE YOU OVERDRAWN ON ANY ACCRUED TIME? | ☐ | ☒ |

EXPLANATION OF ANY "YES" ANSWERS TO ABOVE _____

DATE: 1-22-19              SIGNATURE: Evelyn Cintron

CITY348