# EXHIBIT "Q"

```
 1              THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                         - - -
    EVELYN CINTRON                : CIVIL ACTION NO.
 3                                : 19-4078
                  Plaintiff       :
 4                                :
              v.                  :
 5                                :
    CITY OF PHILADELPHIA, et al   :
 6                                :
                  Defendants      :
 7

 8
                           - - -
 9          Thursday, November 16, 2023

10                         - - -

11          Oral deposition of ROBIN WIMBERLY, was

12  taken by telephonic/video conference commencing at

13  10:00 a.m., and reported stenographically by

14  Dominique R. Caputo, Professional Court Reporter and

15  Notary Public.

16                         - - -

17

18

19

20

21

22

23

24

25
```

```
 1  APPEARANCES:

 2

 3  MINCEY, FITZPATRICK, ROSS, LLC
    BY: THOMAS O. FITZPATRICK, ESQUIRE
 4      ISAAC H. GREEN, ESQUIRE
    One Liberty Place
 5  1650 Market Street, 36th Floor
    Philadelphia, Pennsylvania 19103
 6  (215)587-0006
    tom@minceyfitzross.com
 7  Counsel for Plaintiff

 8

 9  CITY LAW DEPARTMENT
    BY: SHARON ULAK, ESQUIRE
10  1515 Arch Street, 14th Floor
    Philadelphia, Pennsylvania 19103
11  (215)683-5083
    sharon.ulak@phila.gov
12  Counsel for Defendant

13

14  O'HAGAN MEYER
    BY: KEVIN GOLDEN, ESQUIRE
15  1717 Arch Street, Suite 3910
    Philadelphia, Pennsylvania 19103
16  (215)461-3323
    kgolden@ohaganmeyer.com
17  Counsel for Defendant

18

19  ALSO PRESENT:

20  Evelyn Cintron

21

22

23

24

25
```

```
 1                              INDEX
 2                              - - -
 3  WITNESS NAME                                          PAGE NO.
 4  ROBIN WIMBERLY
 5     DIRECT EXAMINATION BY MR. FITZPATRICK        4
 6
 7                              - - -
 8                            EXHIBITS
 9                              - - -
10  EXHIBIT              DESCRIPTION        PAGE MENTIONED
11     (No exhibits were marked for identification.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  Cintron that she try to remain, correct?
2       A    Yes.
3       Q    Okay, and do you recall Lieutenant Cintron
4  complaining about the treatment that she had
5  received from Deputy Commissioner Sullivan?
6       A    No.
7       Q    Do you recall Lieutenant Cintron saying
8  that she felt as though she was in a hostile work
9  environment?
10      A    No.
11      Q    Do you recall Lieutenant Cintron
12 complaining about the work conditions at PAL?
13      A    No, she didn't complain about that to me.
14      Q    Then what is it that you do recall about
15 Lieutenant Cintron's complaints?
16      A    What I recall about the conversation?  Is
17 that what you are referring to when I was speaking
18 with her after the exit interview?
19      Q    Yes, ma'am.
20      A    That she was very stressed out and her
21 doctor said it was best for her not to be in the
22 department, but we did not talk about her specifics
23 about what was going on with her and her job, no.
24      Q    At any point have you discussed specifics
25 concerning her treatment or the way that she felt