# EXHIBIT "R"

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2019-02982 |

Pennsylvania Human Relations Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Evelyn Cintron | (215) 783-9290 | Redacted |

| Street Address | City, State and ZIP Code |
|---|---|
| 9674 Sandanne Road, Philadelphia, PA 19115 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF PHILADELPHIA | 500+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| Franklin Square, Philadelphia, PA 19106 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Philadelphia Police Athletic League Unit - HQ | 40+ | 215-426-6583 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3068 Belgrade Street, Philadelphia, PA 19134 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-01-2016   Latest: 05-16-2019

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent about 27 years ago and began working for Respondent's Police Department about 20 years ago. I was promoted several times during my employment; the last promotion was to the rank of Police Lieutenant. In June of 2016, I was selected for the position of Commanding Officer of the Police Department's Police Athletic League Unit (PAL unit). PAL is a not-for-profit organization that provides diverse programs for the youth in Philadelphia. In this position, I worked in conjunction with the PAL's Executive Board members and the Executive Director to manage the operations of the PAL programs. In or about June or July of 2016, I complained to my superior, Deputy Commissioner Myron Patterson (black male) about the unsafe conditions and mole in the Wissinoming PAL center and other centers which predominantly serviced minority youth. During the course of my employment, I also complained to my immediate superior at the time, Deputy Commissioner Patterson: (1) about the disparity in funding levels between the PAL centers that serviced predominantly white youth compared to those that serviced predominantly minority youth (2) the disparity in the distribution of overtime hours between white officers and minority officers (3) the disparity in the quantity and quality of charitable gifts, such as, tickets to sports events provided to the PAL centers by outside organizations to be distributed among PAL youth members and the PAL unit police officers and (4) the negative, race-based comments made by a white officer regarding a Black officer. In order to ensure that overtime hours and charitable gifts were distributed equitably among

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/22/2019    *(signature)* Evelyn Cintron
Date         Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

29

CITY323

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2019-02982 |

**Pennsylvania Human Relations Commission** and EEOC
*State or local Agency, if any*

all officers, I created a database system which was managed by my assistant in order to ensure a more equitable distribution of the charitable gifts and overtime hours. I also noticed the PAL Golf program was only offered in the centers that serviced predominantly white youth. In 2017, Deputy Commissioner, Joseph Sullivan (White male) became my immediate supervisor when he took over the responsibility of overseeing the PAL Unit. During my employment, members of the Board and members of the police department refused to involve me in matters in which I should have been involved. I advised Respondent's EEO office of the discriminatory issues noted above and I was given documents to complete regarding my allegations. However, I did not complete and submit them to Respondent's EEO office because I did not trust that that office would conduct a fair and proper investigation into the matter.

On or about February of 2018, as a result of work-related health issues, I sought medical treatment. I was diagnosed with PTSD and panic attacks. I was forced to take medical leave because of my health. My condition, according to my therapist who advised me not to return to work, is directly related to the negative experiences that I had after I was appointed to the position of Commanding Officer of the PAL unit. Due to the hostile work environment, I was unable to work and had to continue medical treatment. In or about March of 2019, I was still unable to return to work with Respondent due to my medical condition in that Respondent did not taken remedial action in response to my complaints. I was forced to exhaust all my accrued leave time and I was constructively discharged in that I had no alternative but to retire.

I allege I was discriminated against due to my national origin (Hispanic) and/or sex (female). Additionally, I was retaliated against for the above noted complaints in violation of Title VII of the Civil Rights Act of 1964, as amended. I allege that all the PAL Executive Board members, the PAL Executive Director, my immediate supervisor, subordinate supervisor are all white males who retaliated against me after I complained. I further allege upon information and belief, Respondent provided negative references to the prospective employers to which I have applied for a position in that after the prospective employer stated they would contact my employment references, I was advised by the prospective employer that I was not selected for the position to which I applied.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

5/22/2019
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

30

CITY324

(Rev. 11/00)

---

### INFORMATION FOR COMPLAINANTS & ELECTION OPTION
### TO DUAL FILE WITH THE
### PENNSYLVANIA HUMAN RELATIONS COMMISSION

Evelyn Cintron _____ vs _____ City of Philadelphia

EEOC No. 530-2019-02982

You have the right to file this charge of discrimination with the Pennsylvania Human Relations Commission (PHRC) under the Pennsylvania Human Relations Act. Filing your charge with PHRC protects your state rights, especially since there may be circumstances in which state and federal laws and procedures vary in a manner which could affect the outcome of your case.

Complaints filed with PHRC must be filed within 180 days of the act(s) which you believe are unlawful discrimination. If PHRC determines that your PHRC complaint is untimely, it will be dismissed.

If you want your charge filed with PHRC, including this form as part of your EEOC charge, with your signature under the verification below, will constitute filing with PHRC. You have chosen EEOC to investigate your complaint, so PHRC will not investigate it and, in most cases, will accept EEOC's finding. If you disagree with PHRC's adoption of EEOC's finding, you will have the chance to file a request for preliminary hearing with PHRC.

Since you have chosen to file your charge first with EEOC, making it the primary investigatory agency, the Respondent will not be required to file an answer with PHRC, and no other action with PHRC is required by either party, unless/until otherwise notified by PHRC.

If your case is still pending with PHRC after one year from filing with PHRC, you have the right to file your complaint in state court. PHRC will inform you of these rights and obligations at that time.

**[Sign and date appropriate request below]**

I want my charge filed with PHRC. I hereby incorporate this form and the verification below into the attached EEOC complaint form and file it as my PHRC complaint. I request EEOC to transmit it to PHRC.

*I understand that false statements in this complaint are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.*

_____[signature]_____   5/16/19
Signature and Date

*I do not want my charge dual filed with PHRC.*

_____
Signature and Date

31

CITY325