# EXHIBIT "S"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVELYN CINTRON,
        Plaintiff,

v.

CITY OF PHILADELPHIA, et al,
        Defendants.

Case No. 19-04078-RBS

## DECLARATION OF GENE CASTELLANO

1. I, Gene Castellano, submit this declaration in support of the Motion for Summary Judgment filed by the Police Athletic League ("PAL") in the above matter filed by Plaintiff, Evelyn Cintron ("Cintron" or "Plaintiff").

2. I served as a member of PAL's Board of Directors ("Board") for a number of years, including the years between 2016 and 2019.

3. I also served as PAL's Interim Executive Director at PAL between March 4, 2023 and January 3, 2025.

4. I have personal knowledge of the facts stated herein.

5. At no point did PAL receive any notice of any discrimination claims being made against PAL by Evelyn Cintron from any federal or state administrative agency, including the Equal Employment Opportunity Commission or the Pennsylvania Human Relations Commission.

6. The first time that PAL became aware that Plaintiff had asserted any claims, including claims of discrimination, against PAL was after Plaintiff filed the instant lawsuit dated September 6, 2019,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of January 2025.

_____
Gene Castellano