# EXHIBIT "U"

| MEMORANDUM | RECOMMENDATION FOR CLOSURE | |
|---|---|---|
| TO: KAREN MCDONOUGH, ENFORCEMENT MANAGER | CHARGE №. | 530-2019-02982 |
| FROM: ANA GOMEZ, INVESTIGATOR | DATE: 06/07/2019 | STATUTE: TITLE VII |
| SUBJECT: EVELYN CINTRON  v.  CITY OF PHILADELPHIA | | |
| *Charging Party* | | *Respondent* |

(b)(5)

| (Charging Party's Name and Address) | (Respondent's Name and Address) |
|---|---|
| Evelyn Cintron | CITY OF PHILADELPHIA |
| 9674 Sandanne Road | Franklin Square, |
| Philadelphia, PA 19115 | Philadelphia, PA 19106 |
| | |
| (CP's Attorney's Name and Address) | (R's Attorney's Name and Address) |
| Isaac H. Green, Esq. | Linda Busillo |
| MINCEY FITZPATRICK ROSS, LLC | CITY OF PHILADELPHIA |
| Two Penn Center | Law Department |
| 1500 Jfk Boulevard, Suite 1525 | 1515 Arch Street, 16th floor |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |

Specific information in support of recommendation/decision:

Termination of the investigatory process is recommended as available evidence does not presently support a violation of the statute(s). (b)(5)

(b)(5)

DI'd CPA and CP via email

Decision by/Recommendation approved by:
(Signature)

Date: 06/07/19

EEOC form 291 (2/08)

35

CITY329