IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN CINTRON, <br>           Plaintiff, <br> v. <br> CITY OF PHILADELPHIA, et al, <br>           Defendants. | Case No. 19-04078-RBS |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of Motion for Summary Judgment by Defendant The Police Athletic League, ("PAL") pursuant to Federal Rule of Civil Procedure 56, and any response thereto, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint and all claims asserted therein, as it relates to the PAL, are **DISMISSED WITH PREJUDICE**.

                                                  **BY THE COURT:**

                                                  _____
                                                  The Honorable R. Barclay Surrick
                                                  Senior Judge, United States District Court
                                                  for the Eastern District of Pennsylvania