IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Evelyn Cintron,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No: 19-cv-4078 |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| | : | |
| Defendant. | | |

## TABLE OF DEFENDANT'S EXHIBITS TO THE
## MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| Exhibit 1 | Plaintiff Employment History | City 341, 358, 365, 410, 445, 509 |
| Exhibit 2 | Internal Affairs Investigation | City 1-156 |
| Exhibit 3 | Ted Qualli Incident Memo | City 251-52 |
| Exhibit 4 | Correspondence Regarding Tickets on PAL Vehicles | Sullivan 397-98; 411-12 |
| Exhibit 5 | Klayman Transfer Memo | City 167 |
| Exhibit 6 | Klayman Transfer Email Thread | City 168-70 |
| Exhibit 7 | Office Gossip Email | City 171-72 |
| Exhibit 8 | Cintron Disciplinary Records | City 331-336 |
| Exhibit 9 | Sergeant Faust Schedule Change | Sullivan 390; 395 |
| Exhibit 10 | Final Cintron Employee Assessment | Sullivan 425-28 |
| Exhibit 11 | Police EEO Directive 97 | City 692-98 |
| Exhibit 12 | EEOC Complaint #530-2019-2982 | City 323-325 |
| Exhibit 13 | Evelyn Cintron Deposition Day 1: October 28, 2022 | |
| Exhibit 14 | Evelyn Cintron Deposition Day 2: February 14, 2023 | |
| Exhibit 15 | Joseph Sullivan Deposition: November 15, 2023 | |
| Exhibit 16 | Maureen Rush Deposition: November 3, 2023 | |

| | | |
|---|---|---|
| Exhibit 17 | Gene Castellano Deposition: November 15, 2024 | |
| Exhibit 18 | PAL Response to Plaintiff's First set of Interrogatories | |
| Exhibit 19 | City of Philadelphia's Answer to Interrogatories | |
| Exhibit 20 | EEOC Right to Sue Letter, June 10, 2019 | City 295 |
| Exhibit 21 | Minutes of the PAL Board of Directors Meeting, 2/22/2017 | PAL 56-59 |
| Exhibit 22 | Philadelphia Police Department Disciplinary Code | |
| Exhibit 23 | Daily Attendance Report Directive 11.1– Effective 08/27/93 - 11/15/19 | |

All redactions are for personal identifiable information.