## Theodore J. Qualli

| | |
|---|---|
| **From:** | LT. Evelyn Cintron |
| **Sent:** | Wednesday, November 01, 2017 11:26 AM |
| **To:** | Nadirah McCauley |
| **Cc:** | Theodore J. Qualli |
| **Subject:** | Office Gossip |

**Importance:**      High

Good Morning,

It was brought to my attention that inaccurate information about the incident involving Chase Trimmer and Officer Dave Klayman was being filtered out of HQ. The information shared with the civilian staff during a meeting was not completely accurate as it occurred, therefore, it makes it a rumor when information is shared with others when the person sharing the information does not have firsthand knowledge or complete information.

In addition, it was also brought to my attention that there was a plot to spread a malicious rumor that Officer Klayman and I were in a relationship as a way to get him kicked out of the unit. The inciting of this rumor was of course verified been that this rumor was shared with the board and eventually to my Command Staff. Therefore, it directly affected me and I will not be the subject of malicious rumors that questioned my character, integrity, and reputation intended to subvert my command and my ability to do my job. This was also intended to cause harm to Officer David Klayman who as his commander office I have the obligation to protect and make whole when such rumors were harmful to his character and reputation. Therefore, if this continues I have no other recourse to defend my integrity through official means.

The reason why I am emailing you about this matter is that your name was mentioned as one of the individuals involved in the spreading of such rumors and gossip. The problem with rumors is that one source points the finger at another source and it becomes a he said, she said cycle which is why they are called rumors. I know that I cannot control when people talk, what they say or when they decide to get involved in the rumor mill. However, when such rumors hinder my operations, and are the cause for a hostile work environment for anyone, it is my responsibility as the Commanding Officer of this unit to dispel any rumors and make the person whole who is the subject of such malicious rumor.

Therefore, even though I am not accusing you of being the person responsible for the starting of the rumors, I am asking you that in the event that you are involved to refrain from doing so to prevent further harm. I wanted to address this with you personally. However, Ted as your reporting supervisor wanted to do it himself. Therefore, I opted to email you instead to make my positions clear that I will not condone nor will I tolerate this unprofessional conduct from any that can be harmful to both the organization or individuals subjected to such rumors.

I did get a follow up email from Ted stating that you denied being involved but acknowledged speaking to Officer Jackie Little who was also mentioned as being involved. Hence, the he said, she said discord about rumors; which we will not entertained at this time. However, I had her immediate supervisor address her as well and relay to her the same as I am relaying to you via this email.

As stated I am not accusing you because at this time I cannot prove the source of the rumor. Nonetheless, since your name came up as partaking in this matter, it is my duty to address it accordingly in an effort to maintain a cohesive work place and a hostile free work environment that hinders operations and can be the subject of an EEOC complaint by anyone who feels harmed by rumors or gossip.

CITY171

As the Commanding Officer of this Unit, I want to reiterate as discussed in previous meetings, that there is an expectation of confidentiality at PAL HQ as it pertains to sensitive matters, private discussions not yet disclosed to the entire stave, non- work related matters which could be investigatory in nature and rumors / gossip that hinder operation.

Lastly, I rather PAL staff and officers stay focus on work and not involve themselves with gossip or the rumor mill. under my authority to address these matters and ensure cohesiveness in the work place.

**Lt. Evelyn Cintron**
Commanding Officer
Police Athletic League of Philadelphia
3068 Belgrade Street, Philadelphia, PA 19134
Office: ▇▇▇▇▇▇▇  I  Mobile: ▇▇▇▇▇  I Fax: ▇▇▇▇▇
**"Cops Helping Kids" Since 1947**

Facebook and Twitter are the quickest ways to become our PAL
Visit our website at www.philly.org

CITY172