

**City of Philadelphia**
*Police Department*

*Personnel Unit*
PBI# 18-0662

# MEMORANDUM

Date: 2/14/2019

**TO:** Files

**FROM:** Heather McCaffrey, Departmental Human Resources Manager III *HM*

**SUBJECT:** <u>PENDING DISCIPLINARY CHARGES</u>

**NAME:** Lt. Evelyn Cintron #168

**PR#:** ▇

**CASE#:** PBI#18-0662

**SEPARATED:** 1/31/2019

**CHARGES:** CONDUCT UNBECOMING, Section 1-§011-10

FAILURE TO SUPERVISE, Section 8-§003-10

**DATE OF INCIDENT:** 2017

\*IF THIS EMPLOYEE IS EVER RETURNED TO DUTY, THIS WILL BE PROCESSED.\*

HM/as

cc: E/F
    PBI ✓

RECEIVED
MAR 1 8 2019
BY: MK
CITY331

## P.B.I. SEPARATIONS

| PBI# | Investigation # |
|---|---|
| 18-0662 | EEO# 17-0039 |

| Accused Name | Badge # |
|---|---|
| Lieutenant Evelyn Cintron | 168 |

| Payroll # | District / Unit |
|---|---|
| [redacted] | Police Athletic League |

|   |   |   |   |   |
|---|---|---|---|---|
|   | Dismissal | Date: |   |   |
|   | Resigned | Date: |   |   |
| X | Retired | Date: | 1/31/2019 |   |
|   | C.S. Regulation 32 | Date: |   |   |

| Article Section/Spec. | Penalty Range | Commanding Officer's Recommendation | Deputy Commissioner's Recommendation |
|---|---|---|---|
| 1-§011-10 | Reprimand to Dismissal | Charges Placed in File |   |
| 8-§003-10 | Reprimand to 5 Days and/or Demotion | Charges Placed in File |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   | TOTAL | Charges Placed in File |   |

Additional recommendations (transfer, restitution, demotion):

Department Advocate (Signature/date/overall recommendations)
Lt K[illegible] - #91    2-5-19

Deputy Commissioner (Signature/date/overall recommendations)
D.C Cu[illegible]    2-6-19

Police Commissioner (Signature/date/overall penalty)
Rich[illegible] J Ross    2.7.19

PERSONNEL (only)
☐ Suspension notice prepared.
☐ Suspension notice sent. Date:

* No PBI Hearing was held.

CITY332

## P.B.I. SEPARATIONS

| PBI# | | | | Investigation # | |
|---|---|---|---|---|---|
| 18-0662 | | | | EEO# 17-0039 | |
| **Accused Name** | | | | **Badge #** | |
| Lieutenant Evelyn Cintron | | | | 168 | |
| **Payroll #** | | | | **District / Unit** | |
| [redacted] | | | | Police Athletic League | |
| | Dismissal | Date: | | | |
| | Resigned | Date: | | | |
| X | Retired | Date: | 1/31/2019 | | |
| | C.S. Regulation 32 | Date: | | | |

| Article Section/Spec. | Penalty Range | Commanding Officer's Recommendation | Deputy Commissioner's Recommendation |
|---|---|---|---|
| 1-§011-10 | Reprimand to Dismissal | Charges Placed in File | |
| 8-§003-10 | Reprimand to 5 Days and/or Demotion | Charges Placed in File | |
| | | | |
| | | | |
| | | | |
| | **TOTAL** | Charges Placed in File | |

Additional recommendations (transfer, restitution, demotion)

Department Advocate (Signature/date/overall recommendations)

Lt K[illegible] - #91   2-5-19

Deputy Commissioner (Signature/date/overall recommendations)

D.C. Cu[illegible]   2-6-19

Police Commissioner (Signature /date/overall penalty)

Rich[illegible] Roo[illegible]   2.7.19

PERSONNEL (only)
☐ Suspension notice prepared.
☐ Suspension notice sent. Date:

* No PBI Hearing was held.

| STATEMENT OF CHARGES FILED AND ACTION TAKEN | CITY OF PHILADELPHIA POLICE DEPARTMENT | PBI CASE NO. 18-0662 |
|---|---|---|
| | | DATE 9/18/2018 |

**TO: POLICE COMMISSIONER**

| FILED AGAINST<br>LIEUT Evelyn Cintron #0168 | PLATOON & GROUP ASSIGNMENT<br>50 | DISTRICT OR UNIT<br>Police Athletic League |
|---|---|---|
| DATE OF APPOINTMENT<br>7/20/1992 | PAYROLL NUMBER<br>[redacted] | DATES OF VACATION, MIL. LEAVE, ETC. |

EEO #17-0039

**CHARGES**

**ARTICLE VIII** : Failure to Supervise

**SECTION 8-§003-10** : Failure to properly supervise subordinates

**SPECIFICATION** : The investigation revealed a violation of Directive 11.1 - Daily Attendance Report, Section K against you for failure to ensure that the DAR entries made for Officer Klayman were accurate. You stated that Officer Klayman was permitted to adjust his tour of duty in order to attend college classes on Tuesday and Thursday afternoon (2:30-3:30PM) during the fall semester in 2017. A review of the DAR entries for Officer Klayman for the period January 1, 2017 through November 2, 2017 indicated that he worked from 9AM to 5PM with the exception of two date(s), October 5th and 6th, 2017 when he attended MPO (8AM-4PM). There were no DAR entries for Officer Klayman that reflected vacation, sick or holiday time used to account for his early departures on the days/dates that he attended class. Given that it was your supervisory decision to allow Officer Klayman to adjust his tour of duty to attend classes it was also your supervisory responsibility to ensure that Officer Klayman's tour of duty adjustments were accurately reflected in the DAR.

**WITNESS** : Sergeant Brent Conway #8892, Internal Affairs Division

*"Transfer may be part of the formal disciplinary process."*

| APPROVED BY C/O CHARGING UNIT (Date)<br>Inspector D. F. Pace   9/18/2018 | PRESENTED BY DISTRICT/UNIT COMMANDER (Signature & Date) |
|---|---|
| I understand that in Pleading Guilty to matters which do not qualify for Command Level Discipline, my Commanding Officer shall make a recommendation concerning a penalty. The Police Commissioner shall not be bound by that recommendation. | RECEIVED BY (Signature of Accused)                    (Date) |
| ☐ I Plead Guilty and Waive a Hearing  (Signature & Date) | ☐ I Plead Not Guilty & Request a Hearing  (Signature & Date) |

75-18 (Rev. 12/200)                                                                                  CITY334

| STATEMENT OF CHARGES FILED AND ACTION TAKEN | CITY OF PHILADELPHIA POLICE DEPARTMENT | PBI CASE NO. 18-0662 |
|---|---|---|
| | | DATE 9/18/2018 |

**TO: POLICE COMMISSIONER**

| FILED AGAINST LIEUT Evelyn Cintron #0168 | PLATOON & GROUP ASSIGNMENT 50 | DISTRICT OR UNIT Police Athletic League |
|---|---|---|
| DATE OF APPOINTMENT 7/20/1992 | PAYROLL NUMBER ■ | DATES OF VACATION, MIL. LEAVE, ETC. |

EEO #17-0039

**CHARGES**

**ARTICLE I** : Conduct Unbecoming

**SECTION 1-§011-10** : Abuse of authority

**SPECIFICATION** :

On October 13, 2017, you abused your authority by ordering a sergeant to deliver a personally charged, verbal message to "Stay out of things that don't concern you" to an officer who reports to you. The recipient perceived the relayed message to be a threat and the order and message itself had no legitimate police purpose. The message was ordered to be verbally delivered via Sgt. Pascucci and therefore no documentary evidence is available. This in itself is poor judgement on your part as there is no way to ensure that the message you intended to convey would actually reach the intended recipient. Your motivation for ordering Sgt. Pascucci to deliver this message centers around rumors, innuendo and/or perceptions in the Unit that were made known to you by others about a relationship between you and Officer David Klayman. You failed to conduct any type of formal investigation into the circumstances of these circulating sentiments and whether Officer Little was involved in spreading them. Given the absence of due diligence on your part the information you received from third party sources was never verified yet orders were given based upon unverified information based on having been one of the subjects of the rumors.

On 11-01-17, you sent Civilian McCauley an e-mail with the subject, "Office Gossip." Using your position as Lieutenant, you attempted to influence the behavior and actions of a civilian who does not report to you. Sending an e-mail addressing Ms. McCauley's possible role in rumors that you believed were being circulated about you and Officer Klayman, was also an abuse of your authority.

You abused your authority inasmuch as, though numerous instances of inappropriate conduct and failure to comply with departmental policies had been documented through this investigation on the part of your aide, P/O David Klayman, you took no formal disciplinary action to address this behavior.

**WITNESS** : Sergeant Brent Conway #8892, Internal Affairs Division

*"Transfer may be part of the formal disciplinary process."*

| APPROVED BY C/O CHARGING UNIT (Date) Inspector D. F. Pace   9/18/2018 | PRESENTED BY DISTRICT/UNIT COMMANDER (Signature & Date) |
|---|---|
| I understand that in Pleading Guilty to matters which do not qualify for Command Level Discipline, my Commanding Officer shall make a recommendation concerning a penalty. The Police Commissioner shall not be bound by that recommendation. | RECEIVED BY (Signature of Accused)                          (Date) |
| ☐ I Plead Guilty and Waive a Hearing   *(Signature & Date)* | ☐ I Plead Not Guilty & Request a Hearing   *(Signature & Date)* |

75-18 (Rev. 2/2006)

CITY335

| EMPLOYEE ASSESSMENT | CITY OF PHILADELPHIA POLICE DEPARTMENT | PBI CASE NO. 18-0662 |
|---|---|---|
| | | DATE 9/18/2018 |

**TO: POLICE COMMISSIONER**

| FILED AGAINST | PLATOON & GROUP ASSIGNMENT | DISTRICT OR UNIT |
|---|---|---|
| LIEUT Evelyn Cintron #0168 | 50 | Police Athletic League |
| DATE OF APPOINTMENT 7/20/1992 | PAYROLL NUMBER ▉ | DATES OF VACATION, MIL. LEAVE, ETC. |

**SUPERVISOR'S EVALUATION:** *(Signature & Date)*

Lt Cintron retired

**EMPLOYEE'S AWARDS & COMMENDATIONS:**

**PBI – DISCIPLINARY RECORD:**

Prior PBI Disciplinary Record:   None
Penalty Range:   Charge: 1-§011-10 - Reprimand - Dismissal
          Charge: 8-§003-10 - Reprimand - 5 days and/or demotion

Command Level Discipline **may not** be applied. Vacation time **may not** be used.

**COMMANDING OFFICER'S RECOMMENDATIONS:** *(Guilty pleas only)*

**COMMANDING OFFICER** *(Signature & Date)*

75-18A

CITY336