Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 1 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

```
 1              THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
   _____
 3
   EVELYN CINTRON              : CIVIL ACTION NO. 19-4078
 4                             :
                               :
 5             Plaintiff,      :
                               :
 6        vs.                  :
                               :
 7                             :
   CITY OF PHILADELPHIA, ET AL. :
 8                             :
                               :
 9             Defendants.     :

10 _____

11                       - - -
                Wednesday, November 15, 2023
12                       - - -

13

14      Oral Remote Deposition of JOE SULLIVAN taken

15 pursuant to notice, commencing at 11:02 a.m. on the

16 above date, before Lori L. E. Agren, a Certified Court

17 Reporter and Notary Public.

18

19                       - - -

20

21

22

23

24
```

```
 1   APPEARANCES:

 2   BY: THOMAS O. FITZPATRICK   ESQUIRE
     BY: ISAAC GREEN, ESQUIRE
 3   MINCEY FITZPATRICK ROSS, LLC
     One Liberty Place
 4   1650 Market Street, 36th Floor
     Philadelphia, Pennsylvania 19103
 5   (215) 587-0006
     Tom@MinceyFitzRoss.com
 6   Representing the Plaintiff

 7

     SHARON ULAK, ESQUIRE
 8   CITY LAW DEPARTMENT
     1515 Arch Street, 14th Floor
 9   Philadelphia, Pennsylvania  19103
     (215) 683-5083
10   Sharon.Ulak@Phila.gov
     Representing the Defendant, City of Philadelphia

11

12   BY: KEVIN GOLDEN, ESQUIRE
     O'HAGAN MEYER
13   1717 Arch Street
     Suite 3910
14   Philadelphia, Pennsylvania  19103
     (215) 461-3323
15   KGolden@OHaganMeyer.com
     Representing the Defendant, Police Athletic League

16

17   Also Present:  Evelyn Cintron

18

19

20                  (It is stipulated by and among counsel

21   for the respective parties that signing, sealing and

22   certification be waived; and that all objections,

23   except as to the form of the question, be reserved

24   until the time of trial.)
```

```
 1                    I N D E X

 2
     WITNESS                           PAGE NO.
 3
     JOE SULLIVAN
 4
     Examination by Mr. Fitzpatrick        4
 5   Examination by Mr. Golden            73
     Examination by Ms. Ulak             74
 6

 7
             REQUEST FOR PRODUCTION OF DOCUMENTS
 8

 9   Page   Line      Description

10   32     3       Mr. Sullivan's Memorandums for Resources
                    to the Commissioner 3/17 to 3/20
11

12

13                    E X H I B I T S

14

15   EXHIBIT NO.         DESCRIPTION          PAGE NO.

16                    (No Exhibits)

17

18

19

20

21

22

23

24
```

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 4 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

Page 4

COURT REPORTER:  Would counsel like a copy of the transcript?

MS. ULAK:  Yes, thank you.

MR. GOLDEN:  I will let you know at the end of the deposition.

JOE SULLIVAN, having first been duly sworn, was examined and testified as follows:

EXAMINATION BY MR. FITZPATRICK:

Q.    Deputy Commissioner Sullivan, I guess retired Deputy Commissioner at this point?

A.    That's Mr. Sullivan now.

Q.    That's correct, Mr. Sullivan.

My name is Thomas Fitzpatrick.  I represent Evelyn Cintron, and today we are going to be taking your deposition.  Have you been deposed before, sir?

A.    Yes, sir.

Q.    Okay.  So you probably understand and I don't know if at those prior depositions have they ever been over video like we are doing today?

A.    No, sir.

Q.    Okay.  So this is your first video deposition, but the rules are, essentially, the same. I just ask you to answer all my questions verbally so that the court reporter can properly record things that

Page 5

you are saying when you give your answers.  I'll ask questions.  Allow me to finish my question before you answer, and it's probably the best way to go so she can get one person at a time.

If you don't recall or don't remember, I'm not asking you to guess in this deposition.  I'm asking you to tell me the things that you do, indeed, recall. If I can help jog your memory in some way, there may be times when I attempt to do so.  But that is not an attempt to get you to remember something that didn't occur or anything like that.

If you have any questions, you are certainly free to talk to your counsel.  If you need to take a break, I just ask that you do that after you have answered whatever the pending question is that I've asked you.

Is that okay?

A.    Yes, sir.

Q.    Okay.  Are you alone?  Are you at counsel's office at this point?

A.    No, I am alone.

Q.    Okay.  And are you still living in Philadelphia?

A.    No.  I live in Wichita, Kansas.

Page 6

Q.    Okay.  That is an interesting retirement location.  But you are from Philadelphia, correct?

A.    Yes, sir.

Q.    Okay.  So what part of Philadelphia are you from?

A.    The far Northeast Philadelphia.

Q.    I believe you said far Northeast; is that right?

A.    Yes.

MS. ULAK:  Can we go off the record a second?

(A discussion was held off the record to try to fix zoom audio from 11:05 a.m. to 11:07 a.m.)

MR. FITZPATRICK:  It looks like Isaac Green who is an attorney from my office has joined us on the call, Lori.

BY MR. FITZPATRICK:

Q.    So, Mr. Sullivan, you are telling us you are from the far Northeast.  Where did you attend high school?

A.    Archbishop Ryan.

Q.    Archbishop Ryan?

A.    Yes, sir.

Q.    And when did you graduate from Ryan?

Page 7

A.    1980.

Q.    And from there did you go directly to the police academy or what was the trajectory?

A.    Two years almost at Penn State University and then joined the police department.

Q.    So it's the Philadelphia Police Department?

A.    Yes.

Q.    And how long were you with the Philadelphia Police Department?

A.    Thirty-eight years.

Q.    Okay.  And walk us through your promotions there.

A.    I was a police officer for five years.  I made sergeant.  I was a Sergeant, I believe, for seven years, and I made Lieutenant.  I was Lieutenant for three or four years, then I made Captain.  I was a Captain for three years, and I made Inspector.  And I was Inspector for also, roughly, three years.  I mean, I would have to, obviously, go to my resume for exact dates.  I am estimating.  I was promoted to Chief Inspector.  I believe I was Chief Inspector for 10 to 12 years, and I was promoted to Deputy Commissioner which I held that position for three years until retiring.

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 5 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

Page 8

Q.   Okay.  Now, what years were you Deputy
Commissioner?

A.   From three of '17 to three of '20.

Q.   So March 2017 to March 2020?

A.   Yes.

Q.   Okay.  And what were you duties as Deputy
Commissioner?

A.   I oversaw all of the patrol forces for the
City of Philly.  I oversaw PAL.  I oversaw community
relations.  For a part of that time, I oversaw school
security, Police Explorers, Neighborhood Services Unit.
So that's 21 patrol districts, six patrol divisions
which make up the patrol bureau and then those other
units.  I may have forgotten one or two, but that's the
bulk of my responsibility.

Q.   Okay.  Well, talk to me about Deputy
Commissioner.  How many Deputy Commissioners are there?

A.   When I was there, that's a number that
fluctuates, but when I was promoted, the Police
Commissioner had a First Deputy and then there were
three deputies.

Q.   Okay.  So were you the First Deputy or were
you one of those other three?

A.   One of the other three.

Page 9

Q.   One of the other three.  And is there a
Deputy Commissioner in charge of operations or
something like that?

A.   So the First Deputy -- I was the deputy of
patrol operations, but the First Deputy is the deputy
of operations.

Q.   Okay.  So --

A.   There's also -- I left out.  There is -- so
the First Deputy is a three-star deputy, and then there
is also a three-star deputy from administration.

Q.   Okay.  So the First Deputy was in control of
operations?

A.   Yes.

Q.   And you were a Deputy Commissioner in
control of patrol operations?

A.   Yes, sir.

Q.   Okay.  And is it under those patrol
operations that these community relations duties fall
under?

A.   Yes.

Q.   And when you became a Deputy Commissioner,
did you request the PAL assignment or was that a duty
that was incumbent on that position for patrol
operations and community relations?

Page 10

A.   Yes, it was incumbent.  In other words, it
was predetermined.

Q.   Okay.  So if it was predetermined, then do
you recall someone named Myron Patterson?

A.   Of course, yes.

Q.   Okay.  What was his rank and assignment?

A.   So he was once in my position, and then he
became the First Deputy when I became deputy.

Q.   Okay.  So he was the deputy for patrol
operations and community relations?

A.   Yes.

Q.   And when you were promoted to deputy for
patrol operations and community relations, he was
promoted to First Deputy?

A.   Yes.

Q.   And it's through those promotions that you
became in charge of PAL?

A.   Yes.

Q.   So are you telling us that it was not
through any request of your own that you would be in
charge of PAL?

A.   It was not.

Q.   Okay.  Now, just stepping back a moment, did
you yourself have a nonprofit organization?

Page 11

A.   I was the president.  I didn't have one, but
I was president of a nonprofit.

Q.   Okay.  What was the nonprofit that you were
the president of?

A.   Families Behind the Badge Children's
Foundation.

Q.   And when were you the president of that
foundation?

A.   Probably from 19 -- I would have to go to
exact records, but I left that position in the
beginning of 2023.  And I was involved with the charity
for 15 years, maybe the president for eight, something
like that.  And I would have to go back and look at the
exact records.

Q.   Okay.  So is it, roughly, 2008 we are going
back?

A.   So I left in the beginning of 2023.  So I
would say, like, 2015.  You know, that's information
that I can certainly get with certainty.  I just don't
remember when I was actually appointed to president.

Q.   Oh, okay.

A.   I've been involved in the organization for
many years.

Q.   Do you remember when you got involved with

Page 12

the organization?

A.   I know I was an inspector of narcotics so I would have to go back and see exactly when that was.

Q.   Okay.  Is it safe to say that when you got promoted to Deputy Commissioner, you were already involved with the Children's Foundation, correct?

A.   Yes, yes.

Q.   And did you assist in fundraising for the Children's Foundation?

A.   I did not take part in fundraising.

Q.   Okay.  So what did you do for the Children's Foundation?  What was your involvement?

A.   My involvement was to vote on programs.  It was to think of ways in which the charity could better serve the children in need throughout the City.  And I was to be a spoke person for the organization.

Q.   Okay.  So you never conducted any fundraisers on behalf of that organization?

A.   I never actively went out and solicited money, no.  I participated in events like the yearly bike ride.

Q.   You participated in events?

A.   Yeah.

Q.   Did you ever connect the organization to any

Page 13

donors?

A.   Not that I recall.

Q.   Okay.  Do you know a gentleman named Ron Rabena?

A.   Yes.

Q.   How do you know Ron Rabena?

A.   I've know Ron for years.  He is with a security company in Philadelphia, Allied Security.  And I've known him since he was an entry-level employee, and now he is a vice president.

Q.   And did you know Ron Rabena prior to your involvement with PAL?

A.   Yes, yes.  As I said, I've known Ron for decades.  We did security together.

Q.   Okay.  So let me go back.  I may have assumed some things that aren't necessarily accurate.

Did you have involvement with PAL prior to becoming the Deputy Commissioner of PAL?

A.   Yes.

Q.   Okay.  What was your involvement with PAL prior to becoming the Deputy Commissioner?

A.   PAL was a benefactor of Families Behind the Badge before I became a Deputy Commissioner.

Q.   Define what you mean when you say "PAL was a

Page 14

benefactor"?

A.   For years Families Behind the Badge made monetary awards and financial programs on behalf of PAL.  They would apply like all the charities do and the board would decide what charities and what half were funded.  And historically PAL would receive money from Families Behind the Badge.

Q.   Okay.  Did Families Behind the Badge ever receive money from PAL?

A.   No.

Q.   Okay.  And do you know if Ron Rabena is from Philadelphia?

A.   I can't tell you that.  I don't know.

Q.   You've known him for decades but don't know if he's from Philadelphia?

A.   I've known him for decades so it was an assumption I made.  But could I tell you where Ron was born or where he grew up?  No.

Q.   Okay.  Is Ron the only PAL board member that you knew prior to taking the Deputy Commissioner position?

A.   I would have to see the list.  I'm sure I knew other people beforehand --

Q.   Okay.

Page 15

A.   -- in order to tell you.  There are a lot of prominent people on there that I would know, but I didn't know everyone.

Q.   Okay.  But it's fair to say that when you become Deputy Commissioner, you are familiar with PAL, the board members, and the partnership between PAL and the Philadelphia Police Department; is that fair to say?

A.   For taking over, I had a rudimentary understanding of PAL.

Q.   Okay.  And when you took over as Deputy Commissioner and you are in charge of PAL, Myron Patterson moves up to the First Deputy position, correct?

A.   Yes.

Q.   And now the PAL command structure falls -- the police PAL command structure falls beneath your purview, correct?

A.   Yes.

Q.   Okay.  What's that structure?

A.   Well, Lieutenant Cintron is the commanding officer, and I was the Deputy Commissioner.  She had three sergeants that worked directly for her.

Q.   Was Sergeant Faust one of those three

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

Page 16

1  sergeants?
2      A.   Yes.
3      Q.   And who are the other two?
4      A.   Sergeant Irvin and Sergeant Pascucci.  I
5  can't tell you how to spell that.
6      Q.   Did you know those three sergeants prior to
7  taking over that Deputy Commissioner command?
8      A.   I'm sure that I had contact with all three,
9  but I knew Sergeant Faust the best.
10     Q.   Okay.
11     A.   He had been there the longest.
12     Q.   And why did you know Sergeant Faust the
13  best?
14     A.   Because he had been there the longest, and I
15  also dealt with Sergeant Faust in my role with Families
16  Behind the Badge.
17     Q.   How long have you known Sergeant Faust?
18     A.   I am just going to throw a number out there,
19  10 years.
20     Q.   Prior to coming into the PAL position?
21     A.   I'm going to guess at that, yes.  It could
22  be eight.  I didn't know him well.
23     Q.   Okay.  Now, I just want to back up real
24  quickly.  So I mentioned that you chose Wichita,

Page 17

1  Kansas, for retirement, and you didn't correct me.  But
2  now I will ask directly, are you retired?
3      A.   I retired from the Philadelphia Police
4  Department, but I'm not working.
5      Q.   Okay.  So what do you do now?
6      A.   I work for the Wichita Police Department.
7      Q.   Okay.  And what's your role there?
8      A.   Chief of Police.
9      Q.   Okay.  How long have you held that position?
10     A.   One year.
11     Q.   So was there a break between your retirement
12  from the Philadelphia Police Department and you
13  becoming a police chief in Wichita?
14     A.   Yeah, approximately, two years.
15     Q.   Okay.  So it's not just that Wichita is
16  better than Florida, you are actually working in
17  Wichita?
18     A.   That is correct, but I might say Wichita is
19  now better than Florida.
20     Q.   Okay.  All right.  So we'll go back to you
21  taking over as Deputy Commissioner.  You yourself had
22  not served as the First Deputy at any point, correct?
23     A.   No.
24     Q.   So the Deputy Commissioner position was your

Page 18

1  first and only Deputy Commissioner position, correct --
2      A.   Yes.
3      Q.   -- in charge of patrol operations and
4  community relations and within that is the purview of
5  PAL, correct?
6      A.   Yes.
7      Q.   And that PAL command structure includes
8  Lieutenant Cintron and three sergeants who worked with
9  her, correct?
10     A.   Yes.
11     Q.   Sergeant Faust being one of those and I
12  believe there is a Sergeant Irvin?
13     A.   Yes.
14     Q.   Okay.  And a Sergeant Pascucci who you will
15  not endeavor to spell?
16     A.   Yes, sir.
17     Q.   All right.  Sergeant Faust you know him the
18  longest because you had contact with Sergeant Faust
19  through your Families Behind the Badge Foundation --
20  your work with Families Behind the Badge; is that
21  right?
22     A.   Yes.
23     Q.   And you are not like a founder of that
24  nonprofit, correct?

Page 19

1      A.   No.
2      Q.   Okay.  And were there any other nonprofits
3  that you were associated or affiliated with?
4      A.   Not that I recall, no, no.
5      Q.   Okay.  So no Heroes Foundation or anything
6  of that nature?
7      A.   Heroes Foundation?
8      Q.   Yes.
9      A.   You know, the FOP has a survivor's fund, but
10  I would attend events to support that, but I never
11  participated or you know, a board member or anything
12  like that.
13     Q.   Okay.  And Ron Rabena you've known him for
14  many years through his work with Allied Security; is
15  that right?
16     A.   Yes.
17     Q.   And did you know any PAL board members from
18  high school or through growing up in Philadelphia?
19     A.   No.
20     Q.   Okay.  And to your knowledge, PAL nor any of
21  its board members were donors to Families Behind the
22  Badge?
23     A.   I couldn't tell you that.  Not that I am
24  aware of, but you know, I don't know of any board

Page 20

1  members who did the bike ride. I don't know if any
2  board members sent --
3      Q.  Yes, I know. Just to be clear, I am asking
4  about your knowledge. That's what I am asking you
5  about.
6      A.  I don't have any knowledge of.
7      Q.  So you don't have any knowledge of any PAL
8  members being individual donors to Families Behind the
9  Badge?
10     A.  Right. But I can tell you that I didn't
11 request any to be donors either.
12     Q.  I'm sorry. Say that again.
13     A.  I did not request any to be donors either.
14     Q.  Okay. Did you ever request any assistance
15 from PAL for Families Behind the Badge?
16     A.  Yes. Before I took over, PAL normally
17 assisted with the Tour to The Shore which is now called
18 -- The Ben to The Shore Bike ride. It was originally
19 called Tour to The Shore, and now it's called The Ben
20 to The Shore like Ben Franklin.
21     Q.  And that was -- you said PAL would assist in
22 that effort prior to your becoming the Deputy
23 Commissioner?
24     A.  Yes.

Page 21

1      Q.  Okay. How would PAL assist?
2      A.  They would provide a van to transport
3  people. They would help out at the end. That was
4  something that was arranged by other members of the
5  board. I don't know what the start of the context was,
6  but what I can tell you is this, the charity was a
7  major contributor of PAL. And when we provided money,
8  usually we expect the benefactor to give back and
9  assist the charity in some way. And most charities did
10 that by helping with the logistics of The Ben to The
11 Shore.
12         And also, there's probably hundreds of
13 Philadelphia police officers that participate in that
14 ride because that ride benefits the families of fallen
15 police officers and all first responders. It's a huge
16 participation by law enforcement and the Philadelphia
17 Fire Department.
18     Q.  Okay. So is it safe to say -- is that the
19 -- like, the kind of hallmark fundraising effort for
20 Families Behind the Badge?
21     A.  Yes. That would be the largest fundraiser
22 event.
23     Q.  Okay. And you said that prior to your
24 taking over the command, PAL assisted with that effort?

Page 22

1      A.  I believe that it stopped. I would have to
2  consult records, but I believe, though, that stopped
3  before I took over. I believe that type of assistance
4  stopped before I became the Deputy Commissioner of
5  patrol operations.
6      Q.  Okay. Well, whether it stopped before you
7  became the Deputy Commissioner or once you became the
8  Deputy Commissioner, are you telling us that it did not
9  continue while you were the Deputy Commissioner?
10     A.  I would have to check records. I believe it
11 did not. I believe that we utilized Police Explorers
12 for that purpose rather than PAL because we didn't have
13 a need for the PAL vans. And that is why we had or I
14 should say, the member of our board that puts together
15 the transportation and coordinates with law
16 enforcement, EMS and fire determined that it was no
17 longer a need for that participation from PAL. And we
18 had ceased to become a donor at some point for PAL.
19     Q.  Okay.
20     A.  And my recollection is that did not resume.
21 But if there is something that you could provide me to
22 refresh my memory, I would be happy to take a look at
23 it, but that's my best recollection right now.
24         MS. ULAK:  Mr. Sullivan, I just want to

Page 23

1  remind you to wait for the next question. If you
2  answer a question, just wait until the next question is
3  asked. If there is no question pending, you don't need
4  to provide more information.
5         THE WITNESS:  Thank you.
6  BY MR. FITZPATRICK:
7      Q.  Let me ask you. Police Explorers you've
8  mentioned that a couple times now. What is Police
9  Explorers?
10     A.  They would be like a Boy Scout organization,
11 I shouldn't say. A Boy-and-Girl-Scout-type
12 organization where young people are encouraged to
13 pursue careers, go to college. I'm sorry to go to
14 college or pursue careers in the military or law
15 enforcement. It's common to have an organization in a
16 large police department and Philadelphia Police
17 Department has one of the best.
18     Q.  Okay. And how was that organization
19 supported in terms of funding?
20     A.  The way other -- the same way other
21 organizations were. They would submit ideas. They
22 would submit applications for funding or projects or
23 equipment that they needed, and the board would vote on
24 how -- on whether or not each application would be

Page 24

1  approved and to what extent.
2      Q.   So Families Behind the Badge would assist in
3  funding of Police Explorers?  Is that what you are
4  telling us?
5      A.   If the board approved it.  If the board
6  approved their request which was submitted yearly.
7      Q.   You stated, at some point, Families Behind
8  the Badge stopped using the van support provided by PAL
9  because they were able to use van support from Police
10  Explorers?
11      A.   No.  We didn't need the vans.  I think you
12  locked up.
13          MS. ULAK:  I think he is frozen, yes.
14  BY MR. FITZPATRICK:
15      Q.   I'm sorry, Mr. Sullivan.  You were frozen
16  there for a moment.  Did you hear my question?
17      A.   Yes, that is not correct.
18      Q.   Okay.  Clarify for me, please?
19      A.   The Explorers did not -- do not have vans.
20  It was not their vans we were using.  It was their
21  manpower.  When we -- PAL provided vans.  We no longer
22  needed vans.  We stopped utilizing PAL, but we did
23  utilize Explorers not in place of PAL but separate from
24  PAL.

Page 25

1      Q.   Okay.  Well, now I am just speaking
2  specifically about the van issue.  There was a time
3  when you were using vans from PAL and then you stopped
4  using vans from PAL.  Are you telling us now that vans
5  were no longer an issue at all with the program and
6  that's why you didn't need vans?
7      A.   Yes, exactly.
8      Q.   Okay, all right.  And in terms of personnel
9  support, it sounds like you are saying you used the
10  manpower from Police Explorers.  So what was that
11  personnel support?
12      A.   Are you asking me what the Explorers did?
13      Q.   No.  You said "manpower."  I'm asking you
14  what does that mean?
15      A.   Meaning that we didn't need vehicles, but we
16  needed bodies.
17      Q.   Okay.  And I'm asking what did those bodies
18  do?
19      A.   They would help start with setting up
20  barricades, crowd control.  They would also help at the
21  conclusion just keeping people safe, and it gave an
22  opportunity for Explorers who are required to do public
23  service.
24      Q.   Okay.  And prior to using the manpower

Page 26

1  provided by Police Explorers, did you utilize manpower
2  provided by PAL?
3      A.   Well, manpower in terms of driving the van
4  but not simply driving the vans.  That's how PAL was
5  with us.
6      Q.   Okay.  How many vans are we talking here?
7      A.   I don't recall.  I would submit a request
8  for permission to utilize whether it be PAL or
9  Explorers.
10          MR. GOLDEN:  Let's go off the record a
11  second.
12          (A discussion was held off the record to
13  try to fix zoom audio from 11:36 a.m. to 11:37 a.m.)
14  BY MR. FITZPATRICK:
15      Q.   So you said you would submit requests for
16  the vans?
17      A.   I would submit a request to the Police
18  Commissioner for whatever resources that I want to
19  participate in the ride to the shore.
20      Q.   We are talking about vans now.  My question
21  would include vans.  Okay.  I'm confused by that answer
22  because I thought earlier you told us that you had
23  nothing to do with the procurement of the vans from PAL
24  and that was worked out through some other board member

Page 27

1  with Families Behind the Badge.
2          Now you just told us that you yourself would
3  submit a request for the vans?
4      A.   I would submit a request for the police
5  resources units to be involved.  As far as the exact
6  number of vans, the one member of the board, it was his
7  responsibility with transportation so he would
8  determine the number of vans that were needed.
9      Q.   Okay.  Well, the number of vans question,
10  that was the question that we were just dealing with.
11  But prior to even discussing the number of vans, I
12  asked you about the relationship with PAL sending vans
13  to children behind or Families Behind the Badge, and
14  you told us that you had nothing to do with.  That
15  was worked out through some other board member.
16          Now you just told us when I asked the
17  question regarding the number of vans, you just told us
18  that you would submit the request to the Commissioner
19  for the vans.
20          And I'm trying -- are you telling us that
21  there was a board member at Families Behind the Badge
22  who would work out the logistics and determine how many
23  vans were needed and then you would submit the request
24  for the vans?

Page 28

1    A.    For permission to use PAL vans.
2    Q.    Okay.  So you did, in fact, request the use
3  of the vans?  You, Commissioner -- Deputy Commissioner
4  Sullivan, you requested the vans, correct?
5    A.    Yes.  I did that at other ranks as well.
6    Q.    Okay.  I'm sorry.  Did you say you did that
7  at other ranks as well?
8    A.    Every year a memo would be submitted asking
9  the Commissioner to utilize police resources, and I
10 would list the units like traffic of what that request
11 was.
12   Q.    Okay.  And that was done when you were chief
13 inspector also, correct?
14   A.    Correct.
15   Q.    You froze.  I am sorry.  That was done when
16 you were chief inspector also, correct?
17   A.    Yes.
18   Q.    Okay.  And it was done when you were Deputy
19 Commissioner, correct?
20   A.    Yes.
21   Q.    And when you were Deputy Commissioner, you
22 were Deputy Commissioner and you were in charge of PAL,
23 correct?
24   A.    Yes.

Page 29

1    Q.    Okay.  So, again, it is safe to say that
2  when you were Deputy Commissioner, PAL resources were
3  still being utilized to support Families Behind the
4  Badge, correct?
5    A.    No.
6    Q.    Okay.  Why is that not correct?
7    A.    When Families Behind the Badge utilized PAL
8  vans for the ride, that would be included in the memo
9  to the Commissioner requesting permission to use police
10 resources.  And as I stated, at some point, we ceased
11 to use the van so that would no longer be in the memo
12 due to the Commissioner once we had made that decision.
13 As I said, I believe by the time I was Deputy
14 Commissioner, we already ceased using the PAL vans.
15   Q.    Okay.  So you don't recall at any point
16 Lieutenant Cintron having to work out the logistics to
17 provide the vans for The Tour to the Shore?
18   A.    She may well have.  I would have to see what
19 year we stopped utilizing.
20   Q.    Okay.  You certainly don't recall ever
21 having any discussion with her regarding those vans
22 while you were Deputy Commissioner?
23   A.    I don't.  Again, I would need my memory to
24 refresh.

Page 30

1    Q.    Now, the personnel necessary for operating
2  these vans and I'm not asking you to tell us an exact
3  number.  But you know, are we talking about two vans or
4  are we talking about 10?
5    A.    I'm guessing we were between five and 10.
6    Q.    Okay.
7    A.    I'm estimating.
8    Q.    Okay.  And is this a one-day affair?  Or
9  would personnel have to stay overnight or how would
10 this go?
11   A.    One day.
12   Q.    One day.  So there's no overnight involved?
13   A.    Unless an officer made that choice.
14   Q.    Well, if they were operating the van, I'm
15 guessing the van is being used to transport people
16 there, correct, to the shore?
17   A.    My understanding is -- no.  The vans were
18 used for bikes.  They were used to pick up people if
19 they fell, if they got tired and they weren't able to
20 complete the ride.
21   Q.    Okay.  And so tell me about the event.
22   A.    So it's a bike ride that starts -- it used
23 to start at 20th and Market -- I mean, 20th and Walnut
24 and you would pedal to Atlantic City.  And at some

Page 31

1  point, the starting point changed to the base of the
2  Ben Franklin Bridge, but the idea was to have people
3  sponsor you to pedal to Atlantic City.
4    Q.    Okay.  And so the day would start with
5  people biking from Philadelphia to Atlantic City?
6    A.    Correct.
7    Q.    Okay.  And the vans were used for any number
8  of support services carrying bikes, picking up people
9  along the way that couldn't finish, that kind of thing;
10 is that right?
11   A.    Correct.
12   Q.    Okay.  And at what time would this event
13 typically end in Atlantic City?
14   A.    Mid-afternoon.
15   Q.    Mid-afternoon.  Okay.  And were the vans due
16 back to PAL, like, that same day or were they returned
17 the next day?
18   A.    That was a policy.  That's the decision of
19 PAL.
20   Q.    Well, when you would submit this memo to the
21 Commissioner, you would need to tell him how long you
22 needed the vans for?
23   A.    I believe the memo, it just stated the date.
24   Q.    Okay.  So you gave a single date for the

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 11 of 41

Deposition of Joe Sullivan                                          Evelyn Cintron v. City of Philadelphia, et al.

Page 32

event?

A. Yes.

Q. Okay.

MR. FITZPATRICK: Sharon, I am going to ask for a copy of those memos if you guys have access to them.

MS. ULAK: I would ask for what date? Like, what years maybe? I'm not really sure what you are asking me for?

MR. FITZPATRICK: From March 2017 to March 2020 when Deputy Commissioner Sullivan was in command of the PAL structure.

MS. ULAK: Okay. I'll see what I can find.

MR. FITZPATRICK: Okay.

BY MR. FITZPATRICK:

Q. The PAL -- those PAL vans, were those vans operated by civilian PAL employees or were they operated by police who were assigned to PAL?

A. My understanding was the police.

Q. Police. Okay. Now, those police -- how many police officers were assigned to PAL?

A. I would have to check the records. I believe it is 37.

Page 33

Q. Twenty-seven?

A. Thirty-seven, I thought.

Q. Thirty-seven?

A. But you are asking me to estimate without numbers in front of me.

Q. No. I'm asking you based on the fact that you were the commander of PAL. You know that there was one lieutenant and there were three sergeants, and you told us a number of other numbers related to all of the officers and assignments that you had. So I am asking you, approximately, how many officers were assigned to the PAL detail?

A. Right. And considering that I had almost 30 different units, I don't recall exact numbers of each one of those units. The number fluctuates. So I know that we added personnel in 2017. I believe that's the number, but again, I am just qualifying. I would have to check the record.

Q. Okay. And would the van simply be operated by one operator or would it be manned by, say, two police personnel, the driver and someone assisting?

A. It would be the decision of the PAL supervisor.

Q. When you say "the PAL supervisor," are you

Page 34

referring to the executive director of PAL? Or are you referring to someone in one of these sergeant positions or Lieutenant Cintron? Who are you referring to?

A. The lieutenant or sergeants.

Q. So it, indeed, was their responsibility to figure out the staffing in that, correct?

A. I apologize. Can you repeat that?

Q. It would have been Lieutenant Cintron's responsibility to decide on the staffing for the vans that were going to be provided to Families Behind the Badge for that event, correct?

A. Yes. If she was the lieutenant or she delegated it to a sergeant.

Q. Okay. But whether she delegated it to a sergeant or not, it is, ultimately, her responsibility because she's the lieutenant, and they are now her subordinates. You would agree, correct?

A. Yes.

Q. Now, at the time that you were assigned to the Deputy Commissioner position and you were taking over PAL, did you attempt to make any personnel changes when you came into that position related to PAL?

A. No, not that I recall.

Q. Not that you recall?

Page 35

A. You are talking about when I assumed the role?

Q. Yes, sir.

A. Yes, not that I recall.

Q. Okay. At what point did you attempt to make personnel changes?

A. I moved Officer Klayman, K-l-a-y-m-a-n, to the Neighborhood Services Unit.

Q. What position did you move him into?

A. The Neighborhood Services Unit.

Q. Okay. And what was his rank?

A. Police officer.

Q. How long had he been a police officer?

A. I don't know.

Q. Well, what drew your attention to him?

A. There was an incident inside PAL headquarters where there was a confrontation between him and an employee of PAL.

Q. Okay. So he was someone that was already working with PAL, correct?

A. Correct.

Q. Okay. Did you add any police officers to the PAL infrastructure as Deputy Commissioner?

A. I know there was officers added in 2017, but

Page 36

1  there were officers added in 2017. I don't recall
2  exactly how many or who they were.
3      Q. Were any of those officers added at your
4  insistence or your direction?
5      A. I don't recall.
6      MS. ULAK: Wait a second. Mr. Green, can
7  you maybe mute yourself?
8      MR. GREEN: I'm sorry?
9      MS. ULAK: I am just asking if you might
10 be able to mute yourself because we are getting some
11 background noise from you too. We are already having
12 some audio trouble with Mr. Sullivan.
13     MR. GREEN: Hold on for a second.
14     THE WITNESS: Not that I recall.
15 BY MR. FITZPATRICK:
16     Q. Okay. So at the time that you come into the
17 Deputy Commissioner position, Lieutenant Cintron is
18 already in charge of the PAL command structure,
19 correct?
20     A. Yes.
21     Q. And Sergeant Faust is one of the sergeants
22 working directly with Lieutenant Cintron, correct?
23     A. Yes.
24     Q. And you had a knowledge and a relationship

Page 37

1  with Sergeant Faust going back for, approximately,
2  eight years related to his work with PAL and assisting
3  with Families Behind the Badge; is that right?
4      A. I would say I was familiar with him. I
5  would not say I had a relationship with him.
6      Q. Okay. You were familiar with him. You say
7  you knew him the best, correct?
8      A. Yes, I was the most familiar.
9      Q. Did you meet with Sergeant Faust during the
10 time that you were the Deputy Commissioner? Did you
11 have meetings with Sergeant Faust related to his work
12 with PAL?
13     A. Yes.
14     Q. Did you meet with him related to his work
15 with PAL absent Lieutenant Cintron?
16     A. I'm sure that there were times I did.
17     Q. Did you ever give Sergeant Faust
18 instructions related to his work with PAL?
19     A. I'm sure that I did.
20     Q. Is there a reason why you would have given
21 Sergeant Faust instructions directly as opposed to
22 sending those instructions through Lieutenant Cintron?
23     A. I would have to have a specific situation
24 that I could comment on because there are times when

Page 38

1  she may have sent him to me to deliver a message to me,
2  and I would relay something back. I would have to know
3  the specific circumstance you are talking about.
4      Q. Okay. Well, were there -- I should be more
5  clear about my question.
6      Were there any job duties that required you
7  to give directions directly to Sergeant Faust as
8  opposed to giving them to Lieutenant Cintron?
9      A. There was nothing I ever told Sergeant Faust
10 that he was not supposed to share with Lieutenant
11 Cintron.
12     Q. That's not my question, and it's my fault.
13 It is rather inartful.
14     My question is: Did Sergeant Faust have any
15 job duties for PAL that required him to report directly
16 to you and take direction directly from you?
17     A. No.
18     Q. Are you aware of what his duties at PAL
19 were?
20     A. He was the administrative sergeant which is
21 why if I had a question or needed information and the
22 Lieutenant wasn't present, then I would go to the next
23 person in the chain of command which would be Sergeant
24 Faust. And I may relay a message to the Lieutenant

Page 39

1  through him or ask a question of him. That was normal
2  procedure.
3      Q. So it was normal procedure for you to speak
4  with the sergeant in charge of administration rather
5  than speaking with the Lieutenant about those issues?
6      A. No, if the Lieutenant was not available.
7      Q. I am sorry. You said no, only if the
8  Lieutenant was not available?
9      A. I would do that if the Lieutenant was not
10 available.
11     Q. Okay. And did you find that often to be the
12 case where it related to Sergeant Faust and Lieutenant
13 Cintron?
14     A. No.
15     Q. Now, as Deputy Commissioner, did you
16 interact directly with the PAL board?
17     A. Only at PAL meetings that I would be invited
18 to with the exception of --
19     Q. Now -- I am sorry. With the exception of?
20     A. Ron Rabena and Bernie Prazenica and I can't
21 help you with the spelling. I could check my phone.
22     Q. Ron Rabena, what was his position?
23     A. To my knowledge, he was the executive member
24 of the board.

Page 40

Q.   Okay.  And Bernie Prazenica, what was his position?

A.   Similar to Ron.  They were members of the executive board.  I don't know their exact titles.

Q.   Okay.  And did you interact with Lieutenant Ted Qualli, the executive director?

A.   Not directly.

Q.   Okay.  So, generally, you would have contact with the PAL board through PAL board meetings, correct?

A.   At that time, I connected with the entire board.

Q.   That's how you connected with the entire board.  Aside from that, the exception to that is that you would have contact with Ron and Bernie?

A.   They would reach out to me, yes.

Q.   Okay.  How often would you have contact with Ron and Bernie?

A.   It varied.  It could be frequent and then not for quite a long time.  It would depend whether or not it was a matter that they would need to speak with me about.

Q.   Okay.  And on any of those occasions, was Lieutenant Cintron the subject?

A.   Yes.

Page 41

Q.   Okay.  Were there complaints about Lieutenant Cintron?

A.   Yes.

Q.   Okay.  And those complaints were brought to your attention by Ron and Bernie?

A.   Yes.

Q.   And you addressed those complaints with Lieutenant Cintron?

A.   Yes.

Q.   Okay.  And what were those complaints that you were addressing with Lieutenant Cintron?

A.   Well, obviously, I don't recall the exhaustive list, but generally, they felt that there was a problem with the working relationship between her and Ted Qualli and other civilian employees with PAL.  And there were complaints about spending, complaints about tickets.

Q.   When you say "tickets," what do you mean by tickets?

A.   That they received notifications from collection agencies on tickets that were attached to her PAL vehicle.

Q.   Now, did Sergeant Faust also have complaints about Lieutenant Cintron?

Page 42

A.   There was a point in which he did, yes.

Q.   Did he bring those complaints to you?

A.   He did.

Q.   And what were his complaints about Lieutenant Cintron?

A.   He complained that after he had made a statement to me about the incident between Officer Klayman and Chase Trimmer, that the Lieutenant wanted to change his hours that he had worked for eight years.  And, again, there was an attempt to change his hours after he made a statement to Internal Affairs regarding an investigation in which the Lieutenant was the subject.

Q.   And what was your response to Faust's complaint to you?

A.   I told him that I would speak to the Lieutenant.

Q.   And just back it up really quick.  You said there was a complaint from Ron and Bernie regarding spending and Lieutenant Cintron.  So from your knowledge, Lieutenant Cintron had authority related to spending?

A.   That was the complaint.  She spent without the authority.

Page 43

Q.   How would she manage that?

A.   That I can't tell you.  Well, I can only tell you that there were regional instruments that were purchased for the drumline team, and there were jackets that purchased for PAL members that were never distributed.  And those things were not in the budget, but they got billed to PAL by the Lieutenant without prior knowledge.  That was the complaint.

Q.   So the complaint was that items were ordered without prior approval?

A.   Yes.

Q.   Going back to Sergeant Faust and his complaint about Lieutenant Cintron changing his hours, so you told him you would speak with Lieutenant Cintron, correct?

A.   Correct.

Q.   When you spoke with Lieutenant Cintron, did you give her any order regarding this?

A.   Yes.  She was directed not to change his hours.

Q.   I'm sorry.  Say that again?

A.   She was directed not to change his hours.

Q.   She was directed not to change his hours?

A.   Correct.

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

Page 44

1  Q.  Ever?
2  A.  At least for now.
3  Q.  Well, was it not well within her authority
4  to change the shifts of the sergeants and the hours for
5  working at PAL?  Was that not within her authority?
6  A.  That may have been within her authority, but
7  in this particular case, it would appear to be
8  retaliation.  My job was to protect the police
9  department from Claimant's retaliation.
10  Q.  So you did not allow her to change Sergeant
11  Faust's schedule because you feared that it would look
12  like she was retaliating against Sergeant Faust; is
13  that right?
14  A.  That and that it would not have been in the
15  best interest of PAL because of his knowledge of
16  administration.
17  Q.  Okay.  So your concern was twofold.  One is
18  that it would look like retaliation, and two, in your
19  estimation, it would not have been in the best interest
20  of PAL to change the work hours of Sergeant Faust; is
21  that right?
22  A.  Yes.
23  Q.  Now, the reassignment of shifts and schedule
24  changes, as a lay person, that to me seems to be a

Page 45

1  relatively common thing that would happen.  Are you
2  saying that it was uncommon for schedule changes to be
3  made with PAL?
4  A.  Well, admittedly, there was only two
5  sergeants.  Therefore, it took away flexibility.  But
6  the request was never made before these other two
7  incidents which was the red flag.
8  Q.  My question is:  Was it a regular duty or
9  regular occurrence that schedules or shifts would be
10  changed?
11  A.  No.  There would be no change in shift
12  schedules since I arrived in that department as
13  supervisor.
14  Q.  You arrived in March of 2017, correct?
15  A.  Correct.
16  Q.  Okay.  And when is this that Faust made this
17  complaint to you?
18  A.  Right after the incident with Claimant
19  which, I believe, is November.  I would have to double
20  check that but I believe.
21  Q.  Okay.  And other officers' shifts were
22  changed, correct?
23  A.  I wouldn't even know that.  I mean, PAL
24  officers worked one to nine so I'm not quite sure if

Page 46

1  there were changes made by the Lieutenant to put people
2  in administrative positions.  That I can't speak to.
3  Q.  Okay.  Let me be more clear.  You instructed
4  Lieutenant Cintron not to change the schedule of
5  Sergeant Faust, correct?
6  A.  Uh-huh, yes.
7  Q.  But did you also instruct her not to change
8  the schedules of any other officers within the PAL
9  infrastructure?
10  A.  No.  No one had ever come to me complaining
11  about shift change.
12  Q.  Okay.  So it was only Faust that came to you
13  complaining about a shift change, correct?
14  A.  Well, he notified me that he would not be
15  the administrative sergeant.
16  Q.  By virtue of the shift change?
17  A.  Correct.
18  Q.  Okay.  And it was only he who had come to
19  you complaining.  And it was only he whom you would
20  address with Lieutenant Cintron in terms of shift
21  changes, correct?
22  A.  Yes; because of the sensitive position he
23  held.
24  Q.  Okay.

Page 47

1  MS. ULAK:  I'm sorry.  I missed the end
2  of that answer.
3  THE WITNESS:  Because of the sensitive
4  position that he held.
5  MS. ULAK:  Okay.
6  BY MR. FITZPATRICK:
7  Q.  And so it seems to follow me that if
8  Sergeant Faust was going to be allowed to retain his
9  position in the schedule and remain the administrative
10  sergeant, that other sergeants would have been denied
11  the opportunity to be the administrative sergeant
12  because they could never be moved into his position.
13  In other words, he became untouchable.
14  MS. ULAK:  Objection.  You can answer.
15  THE WITNESS:  He was not untouchable.  He
16  was doing a very good job as the administrative
17  sergeant.  We only had one other sergeant, and he was
18  doing a fantastic job overseeing the activities at the
19  PAL center and working.  He was doing an exceptional
20  job overseeing our PAL center working 1 p to 9 p. nor
21  would I have changed him unilaterally because of the
22  job that he was doing.
23  BY MR. FITZPATRICK:
24  Q.  The other sergeant that was doing an

Page 48

1  outstanding job, what was his name?
2      A.   That's Pascucci.
3      Q.   And, again, it was your understanding that
4  if Sergeant Faust's schedule was changed, he would no
5  longer have those administrative duties?
6      A.   He would be splitting those administrative
7  duties with Sergeant Pascucci, theoretically.  No one
8  would be available with the administrative background
9  of PAL from 9 a.m. to 1 p.m.
10     Q.   From 9 a.m. to 1 p.m.?
11     A.   That is correct.
12     Q.   Okay.  So it was for those reasons that you
13 would not allow Lieutenant Cintron to exercise her
14 discretion in terms of changing his schedule?
15     A.   It was for the reasons that I gave you.
16     Q.   Okay.  Did there ever come a point when you
17 did allow Lieutenant Cintron to exercise her judgment
18 and discretion in changing Sergeant Faust's schedule?
19     A.   I did not allow Sergeant Faust's schedule to
20 be changed prior to the Lieutenant going on family
21 medical leave of absence.
22     Q.   I heard everything up until "prior to."
23     A.   The Lieutenant going on family medical leave
24 of absence.

Page 49

1      Q.   Okay.  Did you allow his schedule to be
2  changed after that?
3      A.   No.  And I only had two sergeants, and the
4  investigation was ongoing.  I was not going to expose
5  the department to a risk of another lawsuit.  Nor was
6  there an operation to change his hours.
7      Q.   Did you ever take any disciplinary action
8  against Lieutenant Cintron related to these complaints
9  from --
10     A.   I'm sorry, you froze up again.
11         MS. ULAK:  Let's go off the record to
12 keep things clean right now.
13         (Zoom transmission interruption from
14 12:17 p.m. to 12:18 p.m.)
15         MR. FITZPATRICK:  Can you read back?
16         (The court reporter read back the last
17 question.)
18 BY MR. FITZPATRICK:
19     Q.   Did you ever take any disciplinary action
20 against Lieutenant Cintron related to the complaints
21 from Ron and Bernie?
22     A.   No.
23     Q.   Have you given us the extent of the action
24 that you took related to the complaint from Sergeant

Page 50

1  Faust?
2      A.   Which complaint?
3      Q.   Sergeant Faust's complaint regarding
4  Lieutenant Cintron.  I said, did he complain that she
5  was changing his schedule, correct?
6      A.   Yes.
7      Q.   And now I'm asking you the same question
8  that I asked you related to Ron and Bernie with respect
9  to Sergeant Faust.
10     A.   You have to repeat the question.  I don't
11 understand.
12     Q.   Did you ever take any disciplinary action
13 against Lieutenant Cintron related to the complaint
14 from Sergeant Faust?
15     A.   No.
16     Q.   Now, did Lieutenant Cintron ever complain to
17 you regarding Sergeant Faust?
18     A.   Complain to me personally?  Verbally?  Not
19 that I recall.
20     Q.   Did Lieutenant Cintron ever speak with you
21 regarding disciplinary action against Sergeant Faust?
22     A.   Not that I recall.
23     Q.   Did there ever come a time when Lieutenant
24 Cintron spoke with you regarding complaints about how

Page 51

1  you treated Lieutenant Cintron?
2      A.   Not that I recall.
3      Q.   Did you ever become aware of Lieutenant
4  Cintron going to another Deputy Commissioner or to the
5  Commissioner with complaints regarding your treatment
6  of Lieutenant Cintron?
7      A.   I'm not aware of that.
8      Q.   Did there ever come a time when you
9  instructed Lieutenant Cintron to not attempt to go over
10 your head but to bring any complaints that she had
11 directly to you?
12     A.   No.  Lieutenant Cintron was never told she
13 could not go to another Deputy Commissioner about
14 complaints above my head about complaints about me.
15 She was simply directed if she needed resources in the
16 police department, to request them through my office
17 before going to an office above me.  That is the chain
18 of command that we follow in the police department.
19     Q.   Okay.  So that was almost an answer to my
20 question.  My question is:  Did you ever have a
21 conversation with Lieutenant Cintron about how she was
22 to report complaints about you?
23     A.   No.
24     Q.   Who then articulated what you just told us

Page 52

1  in your last answer?
2      A.   Can you repeat the question?
3      Q.   Who articulated what you just told us about
4  what Lieutenant Cintron was told regarding complaints
5  in the chain of command?  Who told her that
6  information?
7      A.   It was not about complaints about the chain
8  of command.  It was the acquisition of resources.
9      Q.   Who gave her that information, sir?
10     A.   On how to acquire resources?
11     Q.   Who gave her that information, sir?
12     A.   What information, sir?
13     Q.   The information that you just stated?
14     A.   Regarding the acquisition of resources was a
15  memo from my administrative sergeant.
16     Q.   A memo from your administrative sergeant?
17     A.   Yes, my executive officer.
18     Q.   What was that person's name?
19     A.   Christopher Shevlin, S-h-e-v-l-i-n.
20     Q.   Did he create that memo at your direction?
21     A.   Yes.
22     Q.   What prompted you to have him create that
23  memo?
24     A.   A staff member from Deputy Patterson's

Page 53

1  office came into my office and was directing my staff
2  to acquire traffic resources for a PAL event.  And when
3  asked why and how he became aware of the need, he said
4  the Lieutenant had called the first deputy's office
5  directly.  And she was told in the future that if she
6  needed resources for an event, please start with
7  following her chain of command and make the request
8  through her deputy.  My job is to take work away from
9  our boss not add to.
10     Q.   But you told her none of that in a
11  face-to-face meeting between yourself and Lieutenant
12  Cintron; is that correct?
13     A.   Correct, not that I recall.  She
14  acknowledged the memo.
15     Q.   How did she acknowledge the memo?
16     A.   I don't know.  I can't tell you what her
17  exact words were, but she acknowledged that she
18  received the memo.
19     Q.   Well, when you say she acknowledged receipt
20  of the memo, are you telling us about a face-to-face
21  discussion that you had with Lieutenant Cintron?
22         MS. ULAK:  Mr. Fitzpatrick, you may have
23  frozen so you might want to repeat your question.
24  BY MR. FITZPATRICK:

Page 54

1      Q.   When you tell us that Lieutenant Cintron
2  acknowledged the memo, are you telling us that she
3  acknowledged the receipt of the memo verbally to you?
4  Or are you saying that she responded with a memo of her
5  own?  How did she acknowledge receipt of the memo?
6      A.   With another e-mail.  I apologize.  It was
7  an e-mail that was sent to her, and she by e-mail
8  acknowledged receipt of the e-mail from Sergeant
9  Shevlin, S-h-e-v-l-i-n.
10     Q.   So at not point did you have a face-to-face
11  meeting with Lieutenant Cintron regarding this
12  conversation that she had with Deputy Commissioner
13  Patterson, correct?
14     A.   It wasn't a meeting.
15     Q.   I'll ask again.  At any point did you have a
16  face-to-face conversation with Lieutenant Cintron
17  regarding what she had said to Deputy Commissioner
18  Patterson?
19     A.   I do not recall having a face-to-face
20  meeting with Lieutenant Cintron about her requesting
21  resources through the office of the First Deputy.
22     Q.   At that time you used the word "meeting."  I
23  did not.  So I just want to be clear.  I'm not asking
24  you if you had a meeting with Lieutenant Cintron.  I'm

Page 55

1  asking if you ever addressed her face to face regarding
2  the conversation that she had with Deputy Commissioner
3  Patterson.  That's what I am asking.  I'm not asking if
4  you had a meeting.  I'm asking did you ever address her
5  face to face regarding it?
6      A.   I don't recall whether we ever had a
7  conversation in person.  To my knowledge, it was in an
8  e-mail.
9      Q.   Okay.  And, you know, we should have done
10  this earlier, but as Deputy Commissioner, where was
11  your physical office?
12     A.   Police headquarters Eighth and Race.
13     Q.   And where was Sergeant Faust's office?
14     A.   PAL's headquarters.
15     Q.   Located where?
16     A.   I'm guessing I think it's 3691 Belgrade.
17     Q.   Would that be at Eighth and Race or would
18  that be at PAL?
19     A.   3601 Belgrade is PAL's headquarters.
20     Q.   So you would come to PAL and that's when you
21  would encounter Sergeant Faust?
22     A.   The only time I came to PAL is when I was
23  requested to be there by the Lieutenant.
24     Q.   Okay.  My question was:  Where would you

Page 56

1  meet with Sergeant Faust when you would give him
2  direction?
3      A.   It could be at my office.  It could be over
4  the phone.  There was no particular place.  It was a
5  rare incident.
6      Q.   Did you ever tell Sergeant Faust that he
7  could disregard Lieutenant Cintron and come directly to
8  you?
9      A.   No.
10     Q.   Did there come a time when you became aware
11 of an Internal Affairs investigation that Lieutenant
12 Cintron was the subject of?
13     A.   Yes.
14     Q.   Did you play any role in the complaint to
15 Internal Affairs that led to that investigation?
16     A.   No.
17     Q.   Do you recall if that investigation was
18 being run by Lieutenant Conway?
19     A.   I don't know who the investigator was.
20     Q.   Do you recall investigators from Internal
21 Affairs speaking with you regarding closing down that
22 investigation?
23     A.   No.
24     Q.   Did you ever suggest to the investigators

Page 57

1  that they should keep digging to try to find something
2  on Lieutenant Cintron?
3      A.   At no time did I ever speak to the
4  investigators.
5      Q.   Either on the record or off the record; is
6  that right?
7      A.   Either on the record or off the record.
8      Q.   How did you receive information regarding
9  the investigation?
10     A.   I didn't receive information.
11 Deputy Commissioner Wimberly is the only appropriate
12 person for me to speak to in giving me an idea of how
13 much longer the investigation was going to take.
14     Q.   Deputy Commission Wimberly was in charge of
15 Internal Affairs, correct?
16     A.   That is correct.
17     Q.   And is that who you got your information
18 regarding the Internal Affairs investigation from?
19     A.   Simply how much longer it would be.  She did
20 not discuss the details with me.
21     Q.   Okay.  But that is the only personnel
22 related to Internal Affairs that you spoke with
23 regarding the investigation at all; is that correct?
24     A.   That is correct.

Page 58

1      Q.   Okay.  At any time did you become aware of
2  complaints regarding your treatment of Lieutenant
3  Cintron?
4      A.   No.
5      Q.   At any time were you aware that the
6  detectives conducting the Internal Affairs
7  investigation had questions regarding your treatment of
8  Lieutenant Cintron?
9      A.   No.
10     Q.   Would it surprise you to know that it was
11 the detectives conducting the Internal Affairs
12 investigation who suggested to Lieutenant Cintron that
13 she might be the victim of a witch hunt?
14     A.   I have no knowledge of that.
15     Q.   Do you have any knowledge of Internal
16 Affairs investigators suggesting to Lieutenant Cintron
17 that she may want to consider filing an EEOC complaint?
18     A.   I'm sure they followed department policy at
19 that point.
20     Q.   Why do you say that?
21     A.   If someone makes an allegation, you have a
22 responsibility to advise them as to what that procedure
23 is.
24     Q.   Okay.  But you are not giving us that answer

Page 59

1  related on any knowledge that you have concerning the
2  investigation or their impressions of your treatment of
3  Lieutenant Cintron; is that correct?
4      A.   I have no knowledge, no.
5      Q.   Let me back up to Lieutenant Cintron and
6  complaints regarding Sergeant Faust.  Are you telling
7  us that you don't recall Lieutenant Cintron making any
8  complaints to your office regarding Sergeant Faust?
9      A.   When you say "my office," what does that
10 mean?
11     Q.   Your office as Deputy Commissioner.  You or
12 Mr. Shevlin or anyone who worked under your command.
13 Did Lieutenant Cintron make complaints regarding
14 Sergeant Faust?
15     A.   I can't speak to Sergeant Shevlin.  I can
16 only speak for myself.  There were times I'm sure she
17 mentioned but nothing that I can recall specifically.
18     Q.   Okay.  Do you recall Lieutenant Cintron
19 complaining about the use of police time and a missing
20 camera or the use of a camera?
21     A.   I'm sorry, the use of a camera?
22     Q.   A camera, yes.
23     A.   I don't recall that.
24     Q.   A rather expensive camera, a $15,000 news

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 18 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

Page 60

1  camera?  Do you have any recollection of that?
2     A.   No.  I am not aware that we had a $15,000
3  camera.
4     Q.   Did the other sergeants other than Faust,
5  did you interact with them directly and give them
6  direct instructions?
7     A.   I interacted with Sergeant Pascucci.  I
8  don't know if I ever gave him -- I can't tell you if I
9  ever gave him directions.
10    Q.   Okay.
11    A.   If I see something and he is the supervisor,
12 I have every right to give him directions, but my
13 interactions with him were much less because of the
14 hours that he worked.  But I did have direct
15 interactions with him just like I did with all of the
16 supervisors.  There are hundreds of supervisors who
17 worked for me.
18    Q.   Okay.  What about Sergeant Irvin?  Did you
19 ever give him direct instructions?
20    A.   No.  He was not with us long.
21    Q.   Have you yourself been the subject of any
22 complaints regarding your treatment of female
23 subordinates in the police department?
24    A.   Not that I am aware of.

Page 61

1     Q.   Have there ever been any complaints against
2  you concerning negative treatment of racial minorities?
3     A.   Not that I am aware of.
4     Q.   Okay.  Were you ever assaulted by someone
5  who claimed that you had mistreated them based on their
6  race?
7     A.   No.
8     Q.   It was not an incident where you were
9  punched by another police officer?
10    A.   It was a white police officer.  There was no
11 allegation.
12    Q.   I'm sorry.  I did not hear your answer.
13    A.   Your question was -- you are going to have
14 to repeat your question.
15    Q.   I'm just asking you to repeat your answer.
16    A.   I didn't understand the question.
17    Q.   Okay.  The question was:  Were you ever
18 punched or assaulted by another officer claiming that
19 you had mistreated them?
20    A.   Yes.
21    Q.   Okay.  Please give us the details.
22    A.   An officer had his PBI -- Police Board of
23 Inquiry hearing, his disciplinary hearing.  He began
24 yelling and cursing at me while I was reading a

Page 62

1  newspaper.  And when I ordered him to go back to the
2  disciplinary room, he punched me.
3     Q.   And is it fair to say that -- did you
4  outrank that officer?
5     A.   Yes.
6     Q.   Is it fair to say that would have been
7  damaging to his career to take that action, correct?
8     A.   I'm not going to offer a judgment on that.
9     Q.   It would not have been a good thing to punch
10 your superior, correct?
11    A.   No, but his career was already in peril.
12    Q.   Okay.  And was part of his allegation that
13 you had treated him unfairly in some kind of way?
14    A.   No, not that I am aware of.
15    Q.   Okay.  Do you know why he punched you?
16    A.   Because he was about to be convicted of the
17 PBI, Police Board of Inquiry, and I was a witness.
18    Q.   Okay.  And this was a white officer you
19 said?
20    A.   Yes, sir.
21        MR. FITZPATRICK:  Can we take a
22 five-minute break and we'll come back?
23        (A brief recess was taken from 12:41 p.m.
24 to 12:56 p.m.)

Page 63

1  BY MR. FITZPATRICK:
2     Q.   All right.  Just a couple more things I want
3  to ask you questions regarding -- one is there was an
4  issue of a Memorandum of Understanding or an MOU that
5  was to be created to outline the relationship between
6  PAL and the police department.  Do you recall that?
7     A.   Yes, sir.
8     Q.   Okay.  And who was in charge of developing
9  that MOU?
10    A.   The City law department.
11    Q.   All right.  And at some point did you have a
12 meeting with Lieutenant Cintron and representatives of
13 PAL regarding that MOU?
14    A.   I believe so.  I believe that's correct.  I
15 don't recall exactly where or when that was.
16    Q.   Okay.  Do you recall any of the conversation
17 at that meeting then?
18    A.   To the best of my recollection, I know there
19 was a conversation.  I don't know who was at the
20 meeting or after, but it was expressed to me by Ron and
21 Bernie that the board was very -- felt very negative
22 and offended by the MOU, and that they weren't inclined
23 to sign it.
24    Q.   Okay.  Had you reviewed the MOU yourself at

Page 64

that point?

A.   I'm sure I had.

Q.   Okay.  Did you have similar feelings?

A.   Well, it was -- it would have represented a deviation in the way that things were done and the way that duties were.  Yeah, I felt that I was not someone that really knew the inner workings of PAL to have the best understanding of it.  But I know the board was opposed to it.

Q.   Okay.  So at some point did you -- let me back up.  It seems clear to me that Lieutenant Cintron was in favor of this MOU.  Would that be fair to say from your recollection?

A.   Yes.

Q.   Okay.  And did you -- did you tell Ron and Bernie not to worry about the MOU or to not concern themselves with the MOU?

A.   I put it aside and initially I pushed for the MOU.  And I pushed the law department to expedite.  I know it took an extremely long period of time.  I can't remember exactly how long.  I know that by the time that it arrived, and there was discussion and objections from the PAL board, it got set aside.  And other incidents including -- other incidents occurred

Page 65

at PAL which by the time they were resolved, the Lieutenant was on family medical leave of absence.  And the two remaining sergeants did not feel that it was necessary to ensure that PAL was running smooth.  So there was no point in pushing the issue and causing the board members to resign.

Q.   So PAL board members threatened to resign if this MOU was put in place?  Is that what you are telling us?

A.   That is what Bernie and/or Ron -- I don't know if it was both or one expressed to me that board members were indicating that they would resign.

Q.   And do you recall what specifically was in this MOU that board members felt so strongly about that that it would cause them to resign?

A.   I don't.

Q.   But at any rate, you told Bernie and Ron that you could set aside the MOU and not proceed with the MOU; is that right?

A.   I told them we would discuss it further.  Meaning myself and my superiors.

Q.   Okay.  But not Lieutenant Cintron?

A.   No.

Q.   Wasn't it true that Lieutenant Cintron is

Page 66

the -- she is the police personnel that has the direct contact with PAL and running the police infrastructure for PAL; isn't that right?

A.   That's correct.

Q.   But you set her aside in this discussion regarding the imposition of the MOU?

A.   I didn't set her aside.  I was well aware of her feelings, and I considered that.  But I also had to consider the impact that it could possibly have on the Police Commissioner if this M -- Memo of Understanding, I'm sorry, and the PAL board members resigning.  That is something that I also have to take into consideration.

Q.   Okay.  But you promised Ron and Bernie that you would have the discussion with the Commissioner and not with Lieutenant Cintron?

A.   I did not promise them that.

        MS. ULAK:  Objection, go ahead.  Sorry.

        THE WITNESS:  I did not promise them that.

BY MR. FITZPATRICK:

Q.   Well, you told them that you would discuss it with your superiors and come back to it at another time; is that right?

Page 67

        MS. ULAK:  Objection.  You can answer.

        THE WITNESS:  That is correct.

BY MR. FITZPATRICK:

Q.   Is that correct?

A.   That is correct.

Q.   Okay.  And --

A.   I told them I would discuss it with the Commissioner and Deputy Patterson.

Q.   Okay, right.  And so that would have left Lieutenant Cintron out of that discussion?

A.   No.  I would discuss it with her after I spoke to them.

Q.   Okay.  So it was your intention to discuss it with Lieutenant Cintron after you had discussed it with the Commissioner and with Deputy Commissioner Patterson?

A.   Correct.

Q.   And when I say "Commissioner" throughout, this time that's Commissioner Ross, correct?

A.   Yes, sir.

Q.   Okay.  Was that MOU ever executed?

A.   No.

Q.   Back to The Tour at The Shore, when officers were used to drive the vans, to conduct The Tour at The

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

Page 68

1  Shore, that would have had an affect on policemen power
2  at the PAL facilities, correct?
3      A.   Not necessarily, no.  They are not open on
4  Sundays.
5      Q.   Okay.  So Tour to The Shore is on a Sunday?
6      A.   Yes, sir.
7      Q.   Okay.  And so PAL operations at the PAL
8  facilities would have been unaffected by Tour to The
9  Shore, correct?
10     A.   If managed appropriately, yes.
11     Q.   Well, you said they are closed on Sundays.
12 So...
13     A.   My answer would be I am unaware about how it
14 would negatively affect PAL operations.
15     Q.   All right.  Well, forget about the word
16 "negative" because that makes it sound like I'm saying
17 something negative and I am not.  I'm simply asking
18 would it have any impact on operations?
19     A.   Not to my knowledge.
20     Q.   Okay.  And police policy for making a
21 complaint about a superior officer if Lieutenant
22 Cintron had a complaint about you, she wouldn't come to
23 you with that complaint, would she?  Of course, she
24 could but she would, essentially, go over your head to

Page 69

1  make that complaint or at least, laterally to another
2  Deputy Commissioner, correct?
3          MS. ULAK:  Objection to form.  You can
4  answer.
5          THE WITNESS:  Correct.
6  BY MR. FITZPATRICK:
7      Q.   So if Lieutenant Cintron had a complaint
8  about you going to Deputy Commissioner Patterson, that
9  would have been a permissible person to go to if she
10 had such a complaint, correct?
11     A.   Correct.
12         MS. ULAK:  I object to the form.  You can
13 answer.
14         THE WITNESS:  Correct.
15 BY MR. FITZPATRICK:
16     Q.   And I have your response to Plaintiff's
17 Interrogatories and so I rely on your response, but I
18 certainly want to give you a chance to address these in
19 the event that we have it.
20         Mr. Sullivan, according to your response to
21 Interrogatories, you had no knowledge of disparities in
22 funding between PAL centers and minority communities
23 and PAL centers and white communities in Philadelphia.
24 Is that still a correct answer?

Page 70

1      A.   Yes, it is.
2      Q.   Okay.  And you had no knowledge of
3  complaints related to disparities in funding, correct?
4      A.   That is correct.
5      Q.   Do you have any knowledge with respect to
6  complaints related to disparities and other resources?
7      A.   Not to my knowledge.
8      Q.   Okay.  We spoke about a drumline earlier,
9  instruments for a drumline.  Do you recall that?
10     A.   Yes.
11     Q.   Did PAL have some kind of a drumline program
12 for the youth?
13     A.   Yes.
14     Q.   Okay.  And at some point did you witness the
15 performance of the PAL drumline at a police event?
16     A.   Yes, they were excellent.
17     Q.   Okay.  Do you recall asking Lieutenant
18 Cintron for the contact information for the leader of
19 the drumline?  The person who helped administer the
20 program and teach the drum to the youth.  Do you recall
21 that?
22     A.   Asking her for his contact information?
23     Q.   Yes.
24     A.   No, I don't recall that.

Page 71

1      Q.   Okay.  Do you recall utilizing the same
2  drumline instructor for any of the programs associated
3  with Families Behind the Badge?
4      A.   The district utilized the same officer from
5  the drumline that we financed.
6      Q.   When you say "we financed," who is the "we"?
7      A.   Families Behind the Badge.
8      Q.   Families Behind the Badge financed and
9  utilized the same drumline instructor?
10     A.   The captain of the 25th District where the
11 officer was assigned chose the officer and requested
12 money to purchase musical instruments through Families
13 Behind the Badge following the normal grant application
14 and receiving it.
15     Q.   Right.  But that's a very long answer to a
16 very short question.  My question is simply:  Was it
17 the same person that did the PAL drumline?
18         MS. ULAK:  I am going to object because I
19 don't think that was your question, but you can answer
20 Mr. Fitzpatrick's question.
21         THE WITNESS:  The person that the
22 commanding officer at the 25th District picked to
23 create a drumline band in the 25th District was the
24 same officer.

Page 72

BY MR. FITZPATRICK:

Q.   Thank you.

A.   Yes.

Q.   Thank you.  Okay.  That officer was he able to continue his work with the PAL drumline?  Did he continue his work with the PAL drumline?

A.   He did not but he ceased that.  I have no idea why he did not.

Q.   I did not ask you if you knew why.  I asked you did he continue his work with the PAL drumline?

A.   No.

Q.   In fact, do you recall there being a story on the news about the drumline that he worked with, with Families Behind the Badge?  Do you recall that?

A.   Not independently but I would not be surprised if there was.

MR. FITZPATRICK:  Give me one second.  I think we are just about ready to wrap.  (Pause.)

All right, Mr. Sullivan.  I think that we are done.  I don't have any further questions at this time.

Again, Ms. Ulak, I would ask you to provide me with those memorandums that Mr. Sullivan discussed regarding his request for resources to the

Page 73

Commissioner from PAL between March of 2017 and March of 2020.

And with that, Mr. Sullivan, the other attorneys may have some questions for you at this time.

MS. ULAK:  Thank you.

Mr. Golden, do you have any questions?

MR. GOLDEN:  Thank you.

EXAMINATION BY MR. GOLDEN:

Q.   Mr. Sullivan, just so I don't come across the wrong way, do you want me to call you Mr. Sullivan or what is your rank so I can properly address you?

A.   Mr. Sullivan, Joe is fine, sir.

Q.   Okay.  Mr. Sullivan, I think I just have one or two quick questions.  Were you ever instructed to exclude Lieutenant Cintron from any PAL meetings?

A.   Absolutely not.

Q.   Did you instruct anyone within the City to exclude -- and so let me draw a distinction here.  I am going to ask two questions.  City employees meaning police officers then I am going to ask a question about PAL.  Do you recall any instances where you instructed a City employee to exclude Lieutenant Cintron from a PAL meeting?

A.   I have no recollection of that, but I am

Page 74

happy to look at any documentation you have that would refresh my memory.

Q.   Did you ever tell Lieutenant Cintron that anyone at PAL wanted her removed from the board or pardon me.  Let me rephrase that.

Did you ever tell Lieutenant Cintron that anyone at PAL wanted her removed as the commanding officer?

A.   I did not.  No one ever made that request of me from the PAL group.

MR. GOLDEN:  Thank you very much, Mr. Sullivan.  That's all I have.

MS. ULAK:  Mr. Sullivan, I just have a couple questions for you.

EXAMINATION BY MS. ULAK:

Q.   A little while ago in the deposition there was some discussion about you moving Officer Klayman to Neighborhood Services.  Do you recall why you moved Officer Klayman to Neighborhood Services?

A.   There was the confrontation that occurred -- I will say a heated verbal argument in which there was an accusation that Officer Klayman who was on at the time may have offered the PAL employee who he was arguing with to step outside and the insinuation being

Page 75

for a physical confrontation.  I don't know if that is what he meant, but it disrupted the workplace with PAL.

Q.   And there was also a discussion about Sergeant Faust and his work assignment, his shift, I should say.  When did Sergeant Faust come to you with concerns about his shift?

A.   He received notification of a change to his hours after the Claimant's incident and then after he made a statement to Internal Affairs.

Q.   Okay.  Wait.  One more question.  And that statement to Internal Affairs was regarding an investigation into whom?

A.   Lieutenant Cintron.

MS. ULAK:  Okay.  That's all I have. Thank you.  I think that concludes the deposition unless anybody has any other questions for him.

MR. FITZPATRICK:  I don't have any other follow up for him.  Thank you.

MS. ULAK:  Okay, thank you.

MR. GOLDEN:  Thank you.  Lori, I will request a copy of the transcript regular delivery, electronic only.

MS. ULAK:  Same for me, thank you.

MR. FITZPATRICK:  I will take it the

Deposition of Joe Sullivan

Evelyn Cintron v. City of Philadelphia, et al.

Page 76

1  same, Lori.
2           - - -
3           (Witness excused.)
4  (Oral Remote Deposition concluded at 1:15 p.m.)
5           - - -
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1                              CERTIFICATE

2

3

4              I hereby certify that the proceedings,

5       evidence and objections are contained fully and

6       accurately in the stenographic notes taken by me upon

7       the Oral Remote Deposition of JOE SULLIVAN, on

8       Wednesday, November 15, 2023, and that this is a true

9       and correct transcript.

10

11

12

13              _____

                    LORI L. E. AGREN, CSR, RPR
14

15

16              (The foregoing certification of this

17      transcript does not apply to any reproduction of the

18      same by any means, unless under the direct control

19      and/or of the certifying reporter.)

20

21

22

23

24

## WORD INDEX

**< $ >**
**$15,000**  59:24  60:2

**< 1 >**
**1**  47:20  48:9, 10
**1:15**  76:4
**10**  7:21  16:19  30:4, 5
**11:02**  1:15
**11:05**  6:13
**11:07**  6:13
**11:36**  26:13
**11:37**  26:13
**12**  7:22
**12:17**  49:14
**12:18**  49:14
**12:41**  62:23
**12:56**  62:24
**14th**  2:8
**15**  1:11  11:12  77:8
**1515**  2:8
**1650**  2:4
**17**  8:3
**1717**  2:13
**19**  11:9
**19103**  2:4, 9, 14
**19-4078**  1:1
**1980**  7:1

**< 2 >**
**20**  8:3
**2008**  11:15
**2015**  11:18
**2017**  8:4  32:10
  33:16  35:24  36:1
  45:14  73:1
**2020**  8:4  32:11  73:2
**2023**  1:11  11:11, 17
  77:8
**20th**  30:23
**21**  8:12
**215**  2:5, 9, 14
**25th**  71:10, 22, 23

**< 3 >**
**3**  3:10
**3/17**  3:10

**3/20**  3:10
**30**  33:13
**32**  3:10
**3601**  55:19
**3691**  55:16
**36th**  2:4
**37**  32:24
**3910**  2:13

**< 4 >**
**4**  3:1
**461-3323**  2:14

**< 5 >**
**587-0006**  2:5

**< 6 >**
**683-5083**  2:9

**< 7 >**
**73**  3:5
**74**  3:5

**< 9 >**
**9**  47:20  48:9, 10

**< A >**
**a.m**  1:15  6:13
  26:13  48:9, 10
**able**  24:9  30:19
  36:10  72:4
**absence**  48:21, 24
  65:2
**absent**  37:15
**Absolutely**  73:16
**academy**  7:3
**access**  32:5
**accurate**  13:16
**accurately**  77:6
**accusation**  74:22
**acknowledge**  53:15
  54:5
**acknowledged**  53:14,
  17, 19  54:2, 3, 8
**acquire**  52:10  53:2
**acquisition**  52:8, 14
**ACTION**  1:1  49:7,
  19, 23  50:12, 21  62:7
**actively**  12:19

**activities**  47:18
**add**  35:22  53:9
**added**  33:16  35:24
  36:1, 3
**address**  46:20  55:4
  69:18  73:11
**addressed**  41:7  55:1
**addressing**  41:11
**administer**  70:19
**administration**  9:10
  39:4  44:16
**administrative**  38:20
  46:2, 15  47:9, 11, 16
  48:5, 6, 8  52:15, 16
**admittedly**  45:4
**advise**  58:22
**affair**  30:8
**Affairs**  42:11  56:11,
  15, 21  57:15, 18, 22
  58:6, 11, 16  75:9, 11
**affect**  68:1, 14
**affiliated**  19:3
**agencies**  41:21
**ago**  74:16
**agree**  34:17
**Agren**  1:16  77:13
**ahead**  66:18
**AL**  1:7
**allegation**  58:21
  61:11  62:12
**Allied**  13:8  19:14
**Allow**  5:2  44:10
  48:13, 17, 19  49:1
**allowed**  47:8
**and/or**  65:10  77:19
**answer**  4:23  5:3
  23:2  26:21  47:2, 14
  51:19  52:1  58:24
  61:12, 15  67:1  68:13
  69:4, 13, 24  71:15, 19
**answered**  5:15
**answers**  5:1
**anybody**  75:16
**apologize**  34:7  54:6
**appear**  44:7
**APPEARANCES**  2:1
**application**  23:24
  71:13
**applications**  23:22

**apply**  14:4  77:17
**appointed**  11:20
**appropriate**  57:11
**appropriately**  68:10
**approval**  43:10
**approved**  24:1, 5, 6
**approximately**  17:14
  33:11  37:1
**Arch**  2:8, 13
**Archbishop**  6:21, 22
**arguing**  74:24
**argument**  74:21
**arranged**  21:4
**arrived**  45:12, 14
  64:22
**articulated**  51:24
  52:3
**Aside**  40:13  64:18,
  23  65:18  66:5, 7
**asked**  5:16  23:3
  27:12, 16  50:8  53:3
  72:9
**asking**  5:6  20:3, 4
  25:12, 13, 17  28:8
  30:2  32:9  33:4, 6, 10
  36:9  50:7  54:23
  55:1, 3, 4  61:15
  68:17  70:17, 22
**assaulted**  61:4, 18
**assigned**  32:19, 22
  33:11  34:19  71:11
**assignment**  9:22
  10:6  75:4
**assignments**  33:10
**assist**  12:8  20:21
  21:1, 9  24:2
**assistance**  20:14  22:3
**assisted**  20:17  21:24
**assisting**  33:21  37:2
**associated**  19:3  71:2
**assumed**  13:16  35:1
**assumption**  14:17
**Athletic**  2:15
**Atlantic**  30:24  31:3,
  5, 13
**attached**  41:21
**attempt**  5:9, 10
  34:21  35:5  42:10
  51:9

attend 6:*19* 19:*10*
attention 35:*15* 41:*5*
attorney 6:*15*
attorneys 73:*4*
audio 6:*13* 26:*13*
 36:*12*
authority 42:*21, 24*
 44:*3, 5, 6*
available 39:*6, 8, 10*
 48:*8*
awards 14:*3*
aware 19:*24* 38:*18*
 51:*3, 7* 53:*3* 56:*10*
 58:*1, 5* 60:*2, 24* 61:*3*
 62:*14* 66:*7*

< B >
back 10:*23* 11:*13, 16*
 12:*3* 13:*15* 16:*23*
 17:*20* 21:*8* 31:*16*
 37:*1* 38:*2* 42:*18*
 43:*12* 49:*15, 16* 59:*5*
 62:*1, 22* 64:*11* 66:*23*
 67:*23*
background 36:*11*
 48:*8*
Badge 11:*5* 13:*23*
 14:*2, 7, 8* 16:*16*
 18:*19, 20* 19:22 20:*9,*
 *15* 21:20 24:*2, 8*
 27:*1, 13, 21* 29:*4, 7*
 34:*11* 37:*3* 71:*3, 7, 8,*
 *13* 72:*14*
band 71:*23*
barricades 25:*20*
base 31:*1*
based 33:*6* 61:*5*
becoming 13:*18, 21*
 17:*13* 20:22
began 61:*23*
beginning 11:*11, 17*
behalf 12:*18* 14:*3*
Belgrade 55:*16, 19*
believe 6:*7* 7:*14, 21*
 18:*12* 22:*1, 2, 3, 10,*
 *11* 29:*13* 31:*23*
 32:*24* 33:*16* 45:*19,*
 *20* 63:*14*
Ben 20:*18, 19, 20*

21:*10* 31:2
beneath 15:*17*
benefactor 13:22
 14:*1* 21:*8*
benefits 21:*14*
Bernie 39:*20* 40:*1,*
 *14, 17* 41:*5* 42:*19*
 49:*21* 50:*8* 63:*21*
 64:*16* 65:*10, 17*
 66:*14*
best 5:*3* 16:*9, 13*
 22:*23* 23:*17* 37:*7*
 44:*15, 19* 63:*18* 64:*8*
better 12:*14* 17:*16,*
 *19*
bike 12:*21* 20:*1, 18*
 30:22
bikes 30:*18* 31:*8*
biking 31:*5*
billed 43:*7*
board 14:*5, 19* 15:*6*
 19:*11, 17, 21, 24* 20:2
 21:*5* 22:*14* 23:*23*
 24:*5* 26:*24* 27:*6, 15,*
 *21* 39:*16, 24* 40:*4, 9,*
 *11, 13* 61:22 62:*17*
 63:*21* 64:*8, 23* 65:*6,*
 *7, 11, 14* 66:*11* 74:*4*
bodies 25:*16, 17*
born 14:*18*
boss 53:*9*
Boy 23:*10*
Boy-and-Girl-Scout-
type 23:*11*
break 5:*14* 17:*11*
 62:22
Bridge 31:*2*
brief 62:*23*
bring 42:2 51:*10*
brought 41:*4*
budget 43:*6*
bulk 8:*15*
bureau 8:*13*

< C >
call 6:*16* 73:*10*
called 20:*17, 19* 53:*4*
camera 59:*20, 21, 22,*
 *24* 60:*1, 3*

Captain 7:*16, 17*
 71:*10*
career 62:*7, 11*
careers 23:*13, 14*
carrying 31:*8*
case 39:*12* 44:7
cause 65:*15*
causing 65:*5*
ceased 22:*18* 29:*10,*
 *14* 72:*7*
center 47:*19, 20*
centers 69:*22, 23*
certainly 5:*12* 11:*19*
 29:*20* 69:*18*
certainty 11:*19*
CERTIFICATE 77:*1*
certification 2:*22*
 77:*16*
Certified 1:*16*
certify 77:*4*
certifying 77:*19*
chain 38:*23* 51:*17*
 52:*5, 7* 53:*7*
chance 69:*18*
change 42:*9, 10*
 43:*19, 22, 23* 44:*4, 10,*
 *20* 45:*11* 46:*4, 7, 11,*
 *13, 16* 49:*6* 75:*7*
changed 31:*1* 45:*10,*
 *22* 47:*21* 48:*4, 20*
 49:*2*
changes 34:*21* 35:*6*
 44:*24* 45:*2* 46:*1, 21*
changing 43:*13*
 48:*14, 18* 50:*5*
charge 9:*2* 10:*17, 21*
 15:*12* 18:*3* 28:*22*
 36:*18* 39:*4* 57:*14*
 63:*8*
charities 14:*4, 5* 21:*9*
charity 11:*11* 12:*14*
 21:*6, 9*
Chase 42:*8*
check 22:*10* 32:*23*
 33:*18* 39:*21* 45:*20*
Chief 7:*20, 21* 17:*8,*
 *13* 28:*12, 16*
children 12:*15* 27:*13*
Children's 11:*5* 12:*6,*

9, *11*
choice 30:*13*
chose 16:*24* 71:*11*
Christopher 52:*19*
CINTRON 1:*1* 2:*17*
 4:*14* 15:*21* 18:*8*
 29:*16* 34:*3* 36:*17, 22*
 37:*15, 22* 38:*8, 11*
 39:*13* 40:*23* 41:*2, 8,*
 *11, 24* 42:*5, 20, 21*
 43:*13, 15, 17* 46:*4, 20*
 48:*13, 17* 49:*8, 20*
 50:*4, 13, 16, 20, 24*
 51:*1, 4, 6, 9, 12, 21*
 52:*4* 53:*12, 21* 54:*1,*
 *11, 16, 20, 24* 56:*7, 12*
 57:2 58:*3, 8, 12, 16*
 59:*3, 5, 7, 13, 18*
 63:*12* 64:*11* 65:*22,*
 *24* 66:*16* 67:*10, 14*
 68:22 69:*7* 70:*18*
 73:*15, 22* 74:*3, 6*
 75:*13*
Cintron's 34:*8*
circumstance 38:*3*
CITY 1:*7* 2:*8, 10*
 8:*9* 12:*15* 30:24
 31:*3, 5, 13* 63:*10*
 73:*17, 19, 22*
CIVIL 1:*1*
civilian 32:*18* 41:*15*
Claimant 45:*18*
Claimant's 44:*9* 75:*8*
claimed 61:*5*
claiming 61:*18*
Clarify 24:*18*
clean 49:*12*
clear 20:*3* 38:*5*
 46:*3* 54:*23* 64:*11*
closed 68:*11*
closing 56:*21*
collection 41:*21*
college 23:*13, 14*
come 36:*16* 46:*10,*
 *18* 48:*16* 50:*23* 51:*8*
 55:*20* 56:*7, 10* 62:22
 66:*23* 68:22 73:*9*
 75:*5*
coming 16:*20*

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 26 of 41

Deposition of Joe Sullivan                                      Evelyn Cintron v. City of Philadelphia, et al.

**command** 15:*16, 17*
*16:7 18:7 21:24*
*32:12 36:18 38:23*
*51:18 52:5, 8 53:7*
*59:12*
**commander** 33:*7*
**commanding** 15:*21*
*71:22 74:7*
**commencing** 1:*15*
**comment** 37:*24*
**Commission** 57:*14*
**Commissioner** 3:*10*
*4:9, 10 7:22 8:2, 7,*
*17, 20 9:2, 14, 21*
*12:5 13:18, 21, 23*
*14:20 15:5, 12, 22*
*16:7 17:21, 24 18:1*
*20:23 22:4, 7, 8, 9*
*26:18 27:18 28:3, 9,*
*19, 21, 22 29:2, 9, 12,*
*14, 22 31:21 32:11*
*34:20 35:23 36:17*
*37:10 39:15 51:4, 5,*
*13 54:12, 17 55:2, 10*
*57:11 59:11 66:10,*
*15 67:8, 15, 18, 19*
*69:2, 8 73:1*
**Commissioners** 8:*17*
**common** 23:*15* 45:*1*
**communities** 69:*22,*
*23*
**community** 8:*9* 9:*18,*
*24* 10:*10, 13* 18:*4*
**company** 13:*8*
**complain** 50:*4, 16, 18*
**complained** 42:*6*
**complaining** 46:*10,*
*13, 19* 59:*19*
**complaint** 42:*15, 19,*
*23* 43:*8, 9, 13* 45:*17*
*49:24* 50:*2, 3, 13*
*56:14* 58:*17* 68:*21,*
*22, 23* 69:*1, 7, 10*
**complaints** 41:*1, 4, 7,*
*10, 16, 23* 42:*2, 4*
*49:8, 20* 50:*24* 51:*5,*
*10, 14, 22* 52:*4, 7*
*58:2* 59:*6, 8, 13*
*60:22* 61:*1* 70:*3, 6*

**complete** 30:*20*
**concern** 44:*17* 64:*16*
**concerning** 59:*1* 61:*2*
**concerns** 75:*6*
**concluded** 76:*4*
**concludes** 75:*15*
**conclusion** 25:*21*
**conduct** 67:*24*
**conducted** 12:*17*
**conducting** 58:*6, 11*
**confrontation** 35:*17*
*74:20* 75:*1*
**confused** 26:*21*
**connect** 12:*24*
**connected** 40:*10, 12*
**consider** 58:*17* 66:*9*
**consideration** 66:*13*
**considered** 66:*8*
**considering** 33:*13*
**consult** 22:*2*
**contact** 16:*8* 18:*18*
*40:8, 14, 16* 66:*2*
*70:18, 22*
**contained** 77:*5*
**context** 21:*5*
**continue** 22:*9* 72:*5,*
*6, 10*
**contributor** 21:*7*
**control** 9:*11, 15*
*25:20* 77:*18*
**conversation** 51:*21*
*54:12, 16* 55:*2, 7*
*63:16, 19*
**convicted** 62:*16*
**Conway** 56:*18*
**coordinates** 22:*15*
**copy** 4:*2* 32:*5* 75:*21*
**correct** 4:*12* 6:*2*
*12:6 15:14, 18 17:1,*
*18, 22 18:1, 5, 9, 24*
*24:17 28:4, 13, 14, 16,*
*19, 23 29:4, 6 30:16*
*31:6, 11 34:6, 11, 17*
*35:20, 21 36:19, 22*
*37:7 40:9 43:15, 16,*
*24 45:14, 15, 22 46:5,*
*13, 17, 21 48:11 50:5*
*53:12, 13 54:13*
*57:15, 16, 23, 24 59:3*
*62:7, 10 63:14 66:4*

*67:2, 4, 5, 17, 19 68:2,*
*9 69:2, 5, 10, 11, 14,*
*24 70:3, 4 77:9*
**counsel** 2:*20* 4:*1*
*5:13*
**counsel's** 5:*19*
**couple** 23:*8* 63:*2*
*74:14*
**course** 10:*5* 68:*23*
**COURT** 1:*1, 16* 4:*1,*
*24 49:16*
**create** 52:*20, 22*
*71:23*
**created** 63:*5*
**crowd** 25:*20*
**CSR** 77:*13*
**cursing** 61:*24*

**< D >**
**damaging** 62:*7*
**date** 1:*16* 31:*23, 24*
*32:7*
**dates** 7:*20*
**day** 30:*11, 12* 31:*4,*
*16, 17*
**dealing** 27:*10*
**dealt** 16:*15*
**decades** 13:*14* 14:*14,*
*16*
**decide** 14:*5* 34:*9*
**decision** 29:*12* 31:*18*
*33:22*
**Defendant** 2:*10, 15*
**Defendants** 1:*9*
**Define** 13:*24*
**delegated** 34:*13, 14*
**deliver** 38:*1*
**delivery** 75:*21*
**denied** 47:*10*
**DEPARTMENT** 2:*8*
*7:5, 6, 9* 15:*7* 17:*4, 6,*
*12* 21:*17* 23:*16, 17*
*44:9* 45:*12* 49:*5*
*51:16, 18* 58:*18*
*60:23* 63:*6, 10* 64:*19*
**depend** 40:*19*
**deposed** 4:*15*
**Deposition** 1:*14* 4:*5,*
*15, 22* 5:*6* 74:*16*

*75:15* 76:*4* 77:*7*
**depositions** 4:*18*
**deputies** 8:*21*
**Deputy** 4:*9, 10* 7:*22*
*8:1, 6, 16, 17, 20, 22*
*9:2, 4, 5, 9, 10, 11, 14,*
*21* 10:*8, 9, 12, 14*
*12:5* 13:*18, 21, 23*
*14:20* 15:*5, 11, 13, 22*
*16:7* 17:*21, 22, 24*
*18:1* 20:*22* 22:*4, 7, 8,*
*9* 28:*3, 18, 21, 22*
*29:2, 13, 22* 32:*11*
*34:20* 35:*23* 36:*17*
*37:10* 39:*15* 51:*4, 13*
*52:24* 53:*8* 54:*12, 17,*
*21* 55:*2, 10* 57:*11, 14*
*59:11* 67:*8, 15* 69:*2,*
*8*
**deputy's** 53:*4*
**Description** 3:*9, 15*
**detail** 33:*12*
**details** 57:*20* 61:*21*
**detectives** 58:*6, 11*
**determine** 27:*8, 22*
**determined** 22:*16*
**developing** 63:*8*
**deviation** 64:*5*
**different** 33:*14*
**digging** 57:*1*
**direct** 60:*6, 14, 19*
*66:1* 77:*18*
**directed** 43:*19, 22, 23*
*51:15*
**directing** 53:*1*
**direction** 36:*4* 38:*16*
*52:20* 56:*2*
**directions** 38:*7* 60:*9,*
*12*
**directly** 7:*2* 15:*23*
*17:2* 36:*22* 37:*21*
*38:7, 15, 16* 39:*16*
*40:7* 51:*11* 53:*5*
*56:7* 60:*5*
**director** 34:*1* 40:*6*
**disciplinary** 49:*7, 19*
*50:12, 21* 61:*23* 62:*2*
**discretion** 48:*14, 18*
**discuss** 57:*20* 65:*20*
*66:22* 67:*7, 11, 13*

**discussed** 67:*14*
72:*24*
**discussing** 27:*11*
**discussion** 6:*12*
26:*12* 29:*21* 53:*21*
64:*22* 66:*5, 15* 67:*10*
74:*17* 75:*3*
**disparities** 69:*21*
70:*3, 6*
**disregard** 56:*7*
**disrupted** 75:*2*
**distinction** 73:*18*
**distributed** 43:*6*
**DISTRICT** 1:*1* 71:*4,*
*10, 22, 23*
**districts** 8:*12*
**divisions** 8:*12*
**documentation** 74:*1*
**DOCUMENTS** 3:*5*
**doing** 4:*19* 47:*16, 18,*
*19, 22, 24*
**donor** 22:*18*
**donors** 13:*1* 19:*21*
20:*8, 11, 13*
**double** 45:*19*
**draw** 73:*18*
**drew** 35:*15*
**drive** 67:*24*
**driver** 33:*21*
**driving** 26:*3, 4*
**drum** 70:*20*
**drumline** 43:*4* 70:*8,*
*9, 11, 15, 19* 71:*2, 5, 9,*
*17, 23* 72:*5, 6, 10, 13*
**due** 29:*12* 31:*15*
**duly** 4:*6*
**duties** 8:*6* 9:*18* 38:*6,*
*15, 18* 48:*5, 7* 64:*6*
**duty** 9:*22* 45:*8*

**< E >**
**earlier** 26:*22* 55:*10*
70:*8*
**EASTERN** 1:*1*
**EEOC** 58:*17*
**effort** 20:*22* 21:*19,*
*24*
**eight** 11:*12* 16:*22*
37:*2* 42:*9*
**Eighth** 55:*12, 17*

**either** 20:*11, 13* 57:*5,*
*7*
**electronic** 75:*22*
**e-mail** 54:*6, 7, 8* 55:*8*
**employee** 13:*9* 35:*18*
73:*22* 74:*23*
**employees** 32:*18*
41:*15* 73:*19*
**EMS** 22:*16*
**encounter** 55:*21*
**encouraged** 23:*12*
**endeavor** 18:*15*
**enforcement** 21:*16*
22:*16* 23:*15*
**ensure** 65:*4*
**entire** 40:*10, 12*
**entry-level** 13:*9*
**equipment** 23:*23*
**ESQUIRE** 2:*2, 6, 12*
**essentially** 4:*22*
68:*24*
**estimate** 33:*4*
**estimating** 7:*20* 30:*7*
**estimation** 44:*19*
**ET** 1:*7*
**EVELYN** 1:*1* 2:*17*
4:*14*
**event** 21:*22* 30:*21*
31:*12* 32:*1* 34:*11*
53:*2, 6* 69:*19* 70:*15*
**events** 12:*20, 22*
19:*10*
**evidence** 77:*5*
**exact** 7:*19* 11:*10, 14*
27:*5* 30:*2* 33:*14*
40:*4* 53:*17*
**exactly** 12:*3* 25:*7*
36:*2* 63:*15* 64:*21*
**Examination** 3:*1, 5*
4:*8* 73:*8* 74:*15*
**examined** 4:*7*
**excellent** 70:*16*
**exception** 39:*18, 19*
40:*13*
**exceptional** 47:*19*
**exclude** 73:*15, 18, 22*
**excused** 76:*3*
**executed** 67:*21*
**executive** 34:*1* 39:*23*

40:*4, 6* 52:*17*
**exercise** 48:*13, 17*
**exhaustive** 41:*13*
**EXHIBIT** 3:*15*
**Exhibits** 3:*16*
**expect** 21:*8*
**expedite** 64:*19*
**expensive** 59:*24*
**Explorers** 8:*11*
22:*11* 23:*7, 9* 24:*3,*
*10, 19, 23* 25:*10, 12,*
*22* 26:*1, 9*
**expose** 49:*4*
**expressed** 63:*20*
65:*11*
**extent** 24:*1* 49:*23*
**extremely** 64:*20*

**< F >**
**face** 55:*1, 5*
**face-to-face** 53:*11, 20*
54:*10, 16, 19*
**facilities** 68:*2, 8*
**fact** 28:*2* 33:*6* 72:*12*
**fair** 15:*4, 7* 62:*3, 6*
64:*12*
**fall** 9:*18*
**fallen** 21:*14*
**falls** 15:*16, 17*
**familiar** 15:*5* 37:*4, 6,*
*8*
**Families** 11:*5* 13:*22*
14:*2, 7, 8* 16:*15*
18:*19, 20* 19:*21* 20:*8,*
*15* 21:*14, 20* 24:*2, 7*
27:*1, 13, 21* 29:*3, 7*
34:*10* 37:*3* 71:*3, 7, 8,*
*12* 72:*14*
**family** 48:*20, 23* 65:*2*
**fantastic** 47:*18*
**far** 6:*6, 7, 19* 27:*5*
**fault** 38:*12*
**Faust** 15:*24* 16:*9, 12,*
*15, 17* 18:*11, 17, 18*
36:*21* 37:*1, 9, 11, 17,*
*21* 38:*7, 9, 14, 24*
39:*12* 41:*23* 43:*12*
44:*12, 20* 45:*16* 46:*5,*
*12* 47:*8* 50:*1, 9, 14,*
*17, 21* 55:*21* 56:*1, 6*

59:*6, 8, 14* 60:*4* 75:*4,*
*5*
**Faust's** 42:*14* 44:*11*
48:*4, 18, 19* 50:*3*
55:*13*
**favor** 64:*12*
**feared** 44:*11*
**feel** 65:*3*
**feelings** 64:*3* 66:*8*
**fell** 30:*19*
**felt** 41:*13* 63:*21*
64:*6* 65:*14*
**female** 60:*22*
**figure** 34:*6*
**filing** 58:*17*
**financed** 71:*5, 6, 8*
**financial** 14:*3*
**find** 32:*14* 39:*11*
57:*1*
**fine** 73:*12*
**finish** 5:*2* 31:*9*
**Fire** 21:*17* 22:*16*
**first** 4:*6, 21* 8:*20, 22*
9:*4, 5, 9, 11* 10:*8, 14*
15:*13* 17:*22* 18:*1*
21:*15* 53:*4* 54:*21*
**FITZPATRICK** 2:*2,*
*3* 3:*1* 4:*8, 13* 6:*14,*
*17* 23:*6* 24:*14* 26:*14*
32:*4, 10, 15, 16* 36:*15*
47:*6, 23* 49:*15, 18*
53:*22, 24* 62:*21* 63:*1*
66:*21* 67:*3* 69:*6, 15*
72:*1, 17* 75:*17, 24*
**Fitzpatrick's** 71:*20*
**five** 7:*13* 30:*5*
**five-minute** 62:*22*
**fix** 6:*13* 26:*13*
**flag** 45:*7*
**flexibility** 45:*5*
**Floor** 2:*4, 8*
**Florida** 17:*16, 19*
**fluctuates** 8:*19* 33:*15*
**follow** 47:*7* 51:*18*
75:*18*
**followed** 58:*18*
**following** 53:*7* 71:*13*
**follows** 4:*7*
**FOP** 19:*9*

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 28 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

forces 8:8
foregoing 77:16
forget 68:15
forgotten 8:14
form 2:23 69:3, 12
Foundation 11:6, 8
12:6, 9, 12 18:19
19:5, 7
founder 18:23
four 7:16
Franklin 20:20 31:2
free 5:13
frequent 40:18
front 33:5
froze 28:15 49:10
frozen 24:13, 15
53:23
fully 77:5
fund 19:9
funded 14:6
funding 23:19, 22
24:3 69:22 70:3
fundraiser 21:21
fundraisers 12:18
fundraising 12:8, 10
21:19
further 65:20 72:20
future 53:5

< G >
generally 40:8 41:13
gentleman 13:3
getting 36:10
give 5:1 21:8 37:17
38:7 43:18 56:1
60:5, 12, 19 61:21
69:18 72:17
given 37:20 49:23
giving 38:8 57:12
58:24
go 5:3 6:10 7:2, 19
11:9, 13 12:3 13:15
17:20 23:13 26:10
30:10 38:22 49:11
51:9, 13 62:1 66:18
68:24 69:9
going 4:14 11:15
16:18, 21 32:4 34:10
37:1 43:12 47:8
48:20, 23 49:4 51:4,

17 57:13 61:13 62:8
69:8 71:18 73:19, 20
GOLDEN 2:12 3:5
4:4 26:10 73:6, 7, 8
74:11 75:20
good 47:16 62:9
graduate 6:24
grant 71:13
GREEN 2:2 6:15
36:6, 8, 13
grew 14:18
group 74:10
growing 19:18
guess 4:9 5:6 16:21
guessing 30:5, 15
55:16
guys 32:5

< H >
half 14:5
hallmark 21:19
happen 45:1
happy 22:22 74:1
head 51:10, 14 68:24
headquarters 35:17
55:12, 14, 19
hear 24:16 61:12
heard 48:22
hearing 61:23
heated 74:21
held 6:12 7:23 17:9
26:12 46:23 47:4
help 5:8 21:3 25:19,
20 39:21
helped 70:19
helping 21:10
Heroes 19:5, 7
high 6:19 19:18
historically 14:6
Hold 36:13
hours 42:9, 11 43:13,
20, 22, 23 44:4, 20
49:6 60:14 75:8
huge 21:15
hundreds 21:12
60:16
hunt 58:13

< I >

idea 31:2 57:12 72:8
ideas 23:21
impact 66:9 68:18
imposition 66:6
impressions 59:2
inartful 38:13
incident 35:16 42:7
45:18 56:5 61:8
75:8
incidents 45:7 64:24
inclined 63:22
include 26:21
included 29:8
includes 18:7
including 64:24
incumbent 9:23 10:1
independently 72:15
indicating 65:12
individual 20:8
information 11:18
23:4 38:21 52:6, 9,
11, 12, 13 57:8, 10, 17
70:18, 22
infrastructure 35:23
46:9 66:2
initially 64:18
inner 64:7
Inquiry 61:23 62:17
inside 35:16
insinuation 74:24
insistence 36:4
Inspector 7:17, 18, 21
12:2 28:13, 16
instances 73:21
instruct 46:7 73:17
instructed 46:3 51:9
73:14, 21
instructions 37:18, 21,
22 60:6, 19
instructor 71:2, 9
instruments 43:3
70:9 71:12
intention 67:13
interact 39:16 40:5
60:5
interacted 60:7
interactions 60:13, 15
interest 44:15, 19
interesting 6:1

Internal 42:11 56:11,
15, 20 57:15, 18, 22
58:6, 11, 15 75:9, 11
Interrogatories 69:17,
21
interruption 49:13
investigation 42:12
49:4 56:11, 15, 17, 22
57:9, 13, 18, 23 58:7,
12 59:2 75:12
investigator 56:19
investigators 56:20,
24 57:4 58:16
invited 39:17
involved 11:11, 22, 24
12:6 27:5 30:12
involvement 12:12,
13 13:12, 17, 20
Irvin 16:4 18:12
60:18
ISAAC 2:2 6:15
issue 25:2, 5 63:4
65:5
issues 39:5
items 43:9
its 19:21

< J >
jackets 43:4
job 38:6, 15 44:8
47:16, 18, 20, 22 48:1
53:8
JOE 1:14 3:1 4:6
73:12 77:7
jog 5:8
joined 6:16 7:5
judgment 48:17 62:8

< K >
Kansas 5:24 17:1
keep 49:12 57:1
keeping 25:21
KEVIN 2:12
KGolden@OHaganMe
yer.com 2:15
kind 21:19 31:9
62:13 70:11
Klayman 35:7 42:8
74:17, 19, 22
K-l-a-y-m-a-n 35:7

Case 2:19-cv-04078-RBS   Document 80-17   Filed 01/24/25   Page 29 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

**knew** 14:*20*, *23* 16:*9*
37:*7* 64:*7* 72:*9*
**know** 4:*4*, *18* 11:*18*
12:*2* 13:*3*, *6*, *7*, *11*
14:*11*, *13*, *14* 15:*2*, *3*
16:*6*, *12*, *22* 18:*17*
19:*9*, *11*, *17*, *24* 20:*1*,
*3* 21:*5* 30:*3* 33:*7*, *15*
35:*14*, *24* 38:*2* 40:*4*
45:*23* 53:*16* 55:*9*
56:*19* 58:*10* 60:*8*
62:*15* 63:*18*, *19* 64:*8*,
*20*, *21* 65:*11* 75:*1*
**knowledge** 19:*20*
20:*4*, *6*, *7* 36:*24*
39:*23* 42:*21* 43:*8*
44:*15* 55:*7* 58:*14*, *15*
59:*1*, *4* 68:*19* 69:*21*
70:*2*, *5*, *7*
**known** 13:*9*, *13*
14:*14*, *16* 16:*17*
19:*13*

**< L >**
**large** 23:*16*
**largest** 21:*21*
**laterally** 69:*1*
**LAW** 2:*8* 21:*16*
22:*15* 23:*14* 63:*10*
64:*19*
**lawsuit** 49:*5*
**lay** 44:*24*
**leader** 70:*18*
**League** 2:*15*
**leave** 48:*21*, *23* 65:*2*
**led** 56:*15*
**left** 9:*8* 11:*10*, *17*
67:*9*
**Liberty** 2:*3*
**Lieutenant** 7:*15*
15:*21* 18:*8* 29:*16*
33:*8* 34:*3*, *4*, *8*, *12*, *16*
36:*17*, *22* 37:*15*, *22*
38:*8*, *10*, *22*, *24* 39:*5*,
*6*, *8*, *9*, *12* 40:*6*, *23*
41:*2*, *8*, *11*, *24* 42:*5*, *8*,
*12*, *17*, *20*, *21* 43:*7*, *13*,
*14*, *17* 46:*1*, *4*, *20*
48:*13*, *17*, *20*, *23* 49:*8*,
*20* 50:*4*, *13*, *16*, *20*, *23*

51:*1*, *3*, *6*, *9*, *12*, *21*
52:*4* 53:*4*, *11*, *21*
54:*1*, *11*, *16*, *20*, *24*
55:*23* 56:*7*, *11*, *18*
57:*2* 58:*2*, *8*, *12*, *16*
59:*3*, *5*, *7*, *13*, *18*
63:*12* 64:*11* 65:*2*, *22*,
*24* 66:*16* 67:*10*, *14*
68:*21* 69:*7* 70:*17*
73:*15*, *22* 74:*3*, *6*
75:*13*
**Line** 3:*9*
**list** 14:*22* 28:*10*
41:*13*
**little** 74:*16*
**live** 5:*24*
**living** 5:*22*
**LLC** 2:*3*
**Located** 55:*15*
**location** 6:*2*
**locked** 24:*12*
**logistics** 21:*10* 27:*22*
29:*16*
**long** 7:*8* 16:*17* 17:*9*
31:*21* 35:*13* 40:*19*
60:*20* 64:*20*, *21*
71:*15*
**longer** 22:*17* 24:*21*
25:*5* 29:*11* 48:*5*
57:*13*, *19*
**longest** 16:*11*, *14*
18:*18*
**look** 11:*13* 22:*22*
44:*11*, *18* 74:*1*
**looks** 6:*14*
**Lori** 1:*16* 6:*16*
75:*20* 76:*1* 77:*13*
**lot** 15:*1*

**< M >**
**major** 21:*7*
**making** 59:*7* 68:*20*
**manage** 43:*1*
**managed** 68:*10*
**manned** 33:*20*
**manpower** 24:*21*
25:*10*, *13*, *24* 26:*1*, *3*
**March** 8:*4* 32:*10*, *11*
45:*14* 73:*1*

**Market** 2:*4* 30:*23*
**matter** 40:*20*
**mean** 7:*18* 13:*24*
25:*14* 30:*23* 41:*18*
45:*23* 59:*10*
**Meaning** 25:*15*
65:*21* 73:*19*
**means** 77:*18*
**meant** 75:*2*
**medical** 48:*21*, *23*
65:*2*
**meet** 37:*9*, *14* 56:*1*
**meeting** 53:*11* 54:*11*,
*14*, *20*, *22*, *24* 55:*4*
63:*12*, *17*, *20* 73:*23*
**meetings** 37:*11*
39:*17* 40:*9* 73:*15*
**member** 14:*19* 19:*11*
22:*14* 26:*24* 27:*6*, *15*,
*21* 39:*23* 52:*24*
**members** 15:*6* 19:*17*,
*21* 20:*1*, *2*, *8* 21:*4*
40:*3* 43:*5* 65:*6*, *7*, *12*,
*14* 66:*11*
**memo** 28:*8* 29:*8*, *11*
31:*20*, *23* 52:*15*, *16*,
*20*, *23* 53:*14*, *15*, *18*,
*20* 54:*2*, *3*, *4*, *5* 66:*10*
**Memorandum** 63:*4*
**Memorandums** 3:*10*
72:*23*
**memory** 5:*8* 22:*22*
29:*23* 74:*2*
**memos** 32:*5*
**mentioned** 16:*24*
23:*8* 59:*17*
**message** 38:*1*, *24*
**MEYER** 2:*12*
**Mid-afternoon** 31:*14*,
*15*
**military** 23:*14*
**MINCEY** 2:*3*
**minorities** 61:*2*
**minority** 69:*22*
**missed** 47:*1*
**missing** 59:*19*
**mistreated** 61:*5*, *19*
**moment** 10:*23* 24:*16*
**monetary** 14:*3*

**money** 12:*20* 14:*6*, *9*
21:*7* 71:*12*
**MOU** 63:*4*, *9*, *13*, *22*,
*24* 64:*12*, *16*, *17*, *19*
65:*8*, *14*, *18*, *19* 66:*6*
67:*21*
**move** 35:*9*
**moved** 35:*7* 47:*12*
74:*18*
**moves** 15:*13*
**moving** 74:*17*
**musical** 71:*12*
**mute** 36:*7*, *10*
**Myron** 10:*4* 15:*13*

**< N >**
**name** 4:*13* 48:*1*
52:*18*
**named** 10:*4* 13:*3*
**narcotics** 12:*2*
**nature** 19:*6*
**necessarily** 13:*16*
68:*3*
**necessary** 30:*1* 65:*4*
**need** 5:*13* 12:*15*
22:*13*, *17* 23:*3* 24:*11*
25:*6*, *15* 29:*23* 31:*21*
40:*20* 53:*3*
**needed** 23:*23* 24:*22*
25:*16* 27:*8*, *23* 31:*22*
38:*21* 51:*15* 53:*6*
**negative** 61:*2* 63:*21*
68:*16*, *17*
**negatively** 68:*14*
**Neighborhood** 8:*11*
35:*8*, *10* 74:*18*, *19*
**never** 12:*17*, *19*
19:*10* 43:*5* 45:*6*
47:*12* 51:*12*
**news** 59:*24* 72:*13*
**newspaper** 62:*1*
**nine** 45:*24*
**noise** 36:*11*
**nonprofit** 10:*24* 11:*2*,
*3* 18:*24*
**nonprofits** 19:*2*
**normal** 39:*1*, *3* 71:*13*
**normally** 20:*16*
**Northeast** 6:*6*, *7*, *19*

**Notary** 1:*17*
**notes** 77:*6*
**notice** 1:*15*
**notification** 75:*7*
**notifications** 41:*20*
**notified** 46:*14*
**November** 1:*11*
45:*19* 77:*8*
**number** 8:*18* 16:*18*
27:*6, 8, 9, 11, 17* 30:*3*
31:*7* 33:*9, 15, 17*
**numbers** 33:*5, 9, 14*

**< O >**
**object** 69:*12* 71:*18*
**Objection** 47:*14*
66:*18* 67:*1* 69:*3*
**objections** 2:*22*
64:*23* 77:*5*
**obviously** 7:*19* 41:*12*
**occasions** 40:*22*
**occur** 5:*11*
**occurred** 64:*24* 74:*20*
**occurrence** 45:*9*
**offended** 63:*22*
**offer** 62:*8*
**offered** 74:*23*
**office** 5:*20* 6:*15*
51:*16, 17* 53:*1, 4*
54:*21* 55:*11, 13* 56:*3*
59:*8, 9, 11*
**officer** 7:*13* 15:*22*
30:*13* 35:*7, 12, 13*
42:*8* 52:*17* 61:*9, 10,
18, 22* 62:*4, 18* 68:*21*
71:*4, 11, 22, 24* 72:*4*
74:*8, 17, 19, 22*
**officers** 21:*13, 15*
32:*22* 33:*10, 11*
35:*22, 24* 36:*1, 3*
45:*21, 24* 46:*8* 67:*23*
73:*20*
**Oh** 11:*21*
**O'HAGAN** 2:*12*
**Okay** 4:*17, 21* 5:*17,
19, 22* 6:*1, 4* 7:*11*
8:*1, 6, 16, 22* 9:*7, 11,
17* 10:*3, 6, 9, 23* 11:*3,
15, 21* 12:*4, 11, 17*
13:*3, 15, 20* 14:*8, 11,*

*19, 24* 15:*4, 11, 20*
16:*10, 23* 17:*5, 7, 9,
15, 20* 18:*14* 19:*2, 5,
13, 20* 20:*14* 21:*1, 18,
23* 22:*6, 19* 23:*18*
24:*18* 25:*1, 8, 17, 24*
26:*6, 21* 27:*9* 28:*2, 6,
12, 18* 29:*1, 6, 15, 20*
30:*6, 8, 21* 31:*4, 7, 12,
15, 24* 32:*3, 13, 15, 21*
33:*19* 34:*14* 35:*5, 11,
19, 22* 36:*16* 37:*6*
38:*4* 39:*11* 40:*1, 5, 8,
16, 22* 41:*1, 4, 10*
44:*17* 45:*16, 21* 46:*3,
12, 18, 24* 47:*5* 48:*12,
16* 49:*1* 51:*19* 55:*9,
24* 57:*21* 58:*1, 24*
59:*18* 60:*10, 18* 61:*4,
17, 21* 62:*12, 15, 18*
63:*8, 16, 24* 64:*3, 10,
15* 65:*22* 66:*14* 67:*6,
9, 13, 21* 68:*5, 7, 20*
70:*2, 8, 14, 17* 71:*1*
72:*4* 73:*13* 75:*10, 14,
19*
**once** 10:*7* 22:*7*
29:*12*
**one-day** 30:*8*
**ongoing** 49:*4*
**open** 68:*3*
**operated** 32:*18, 19*
33:*19*
**operating** 30:*1, 14*
**operation** 49:*6*
**operations** 9:*2, 5, 6,
12, 15, 18, 24* 10:*10,
13* 18:*3* 22:*5* 68:*7,
14, 18*
**operator** 33:*20*
**opportunity** 25:*22*
47:*11*
**opposed** 37:*21* 38:*8*
64:*9*
**Oral** 1:*14* 76:*4* 77:*7*
**order** 15:*1* 43:*18*
**ordered** 43:*9* 62:*1*
**organization** 10:*24*
11:*22* 12:*1, 16, 18, 24*

23:*10, 12, 15, 18*
**organizations** 23:*21*
**originally** 20:*18*
**outline** 63:*5*
**outrank** 62:*4*
**outside** 74:*24*
**outstanding** 48:*1*
**overnight** 30:*9, 12*
**oversaw** 8:*8, 9, 10*
**overseeing** 47:*18, 20*

**< P >**
**p.m** 48:*9, 10* 49:*14*
62:*23, 24* 76:*4*
**PAGE** 3:*1, 9, 15*
**PAL** 8:*9* 9:*22* 10:*17,
21* 13:*12, 17, 18, 20,
22, 24* 14:*4, 6, 9, 19*
15:*5, 6, 10, 12, 16, 17*
16:*20* 18:*5, 7* 19:*17,
20* 20:*7, 15, 16, 21*
21:*1, 7, 24* 22:*12, 13,
22, 18* 24:*8, 21, 22, 23,
24* 25:*3, 4* 26:*2, 4, 8,
23* 27:*12* 28:*1, 22*
29:*2, 7, 14* 31:*16, 19*
32:*12, 17, 18, 19, 22*
33:*7, 12, 22, 24* 34:*1,
21, 22* 35:*16, 18, 20,
23* 36:*18* 37:*2, 12, 15,
18* 38:*15, 18* 39:*16,
17* 40:*9* 41:*15, 22*
43:*5, 7* 44:*5, 15, 20*
45:*3, 23* 46:*8* 47:*19,
20* 48:*9* 53:*2* 55:*18,
20, 22* 63:*6, 13* 64:*7,
23* 65:*1, 4, 7* 66:*2, 3,
11* 68:*2, 7, 14* 69:*22,
23* 70:*11, 15* 71:*17*
72:*5, 6, 10* 73:*1, 15,
21, 23* 74:*4, 7, 10, 23*
75:*2*
**PAL's** 55:*14, 19*
**pardon** 74:*5*
**part** 6:*4* 8:*10* 12:*10*
62:*12*
**participate** 21:*13*
26:*19*
**participated** 12:*20,
22* 19:*11*

**participation** 21:*16*
22:*17*
**particular** 44:*7* 56:*4*
**parties** 2:*21*
**partnership** 15:*6*
**Pascucci** 16:*4* 18:*14*
48:*2, 7* 60:*7*
**patrol** 8:*8, 12, 13*
9:*5, 15, 17, 23* 10:*9,
13* 18:*3* 22:*5*
**Patterson** 10:*4* 15:*13*
54:*13, 18* 55:*3* 67:*8,
16* 69:*8*
**Patterson's** 52:*24*
**Pause** 72:*18*
**PBI** 61:*22* 62:*17*
**pedal** 30:*24* 31:*3*
**pending** 5:*15* 23:*3*
**Penn** 7:*4*
**PENNSYLVANIA**
1:*1* 2:*4, 9, 14*
**people** 14:*23* 15:*2*
21:*3* 23:*12* 25:*21*
30:*15, 18* 31:*2, 5, 8*
46:*1*
**performance** 70:*15*
**peril** 62:*11*
**period** 64:*20*
**permissible** 69:*9*
**permission** 26:*8*
28:*1* 29:*9*
**person** 5:*4* 12:*16*
38:*23* 44:*24* 55:*7*
57:*12* 69:*9* 70:*19*
71:*17, 21*
**personally** 50:*18*
**personnel** 25:*8, 11*
30:*1, 9* 33:*16, 21*
34:*21* 35:*6* 57:*21*
66:*1*
**person's** 52:*18*
**PHILADELPHIA**
1:*7* 2:*4, 9, 10, 14*
5:*23* 6:*2, 4, 6* 7:*6, 8*
13:*8* 14:*12, 15* 15:*7*
17:*3, 12* 19:*18* 21:*13,
16* 23:*16* 31:*5* 69:*23*
**Philly** 8:*9*
**phone** 39:*21* 56:*4*

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 31 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

**physical** 55:*11* 75:*1*
**pick** 30:*18*
**picked** 71:*22*
**picking** 31:*8*
**Place** 2:*3* 24:*23*
  56:*4* 65:*8*
**Plaintiff** 1:*5* 2:*6*
**Plaintiff's** 69:*16*
**play** 56:*14*
**please** 24:*18* 53:*6*
  61:*21*
**point** 4:*10* 5:*20*
  17:*22* 22:*18* 24:*7*
  29:*10, 15* 31:*1* 35:*5*
  42:*1* 48:*16* 54:*10, 15*
  58:*19* 63:*11* 64:*1, 10*
  65:*5* 70:*14*
**Police** 2:*15* 7:*3, 5, 6,*
  *9, 13* 8:*11, 19* 15:*7,*
  *17* 17:*3, 6, 8, 12, 13*
  21:*13, 15* 22:*11* 23:*7,*
  *8, 16* 24:*3, 9* 25:*10*
  26:*1, 17* 27:*4* 28:*9*
  29:*9* 32:*19, 20, 21, 22*
  33:*21* 35:*12, 13, 22*
  44:*8* 51:*16, 18* 55:*12*
  59:*19* 60:*23* 61:*9, 10,*
  *22* 62:*17* 63:*6* 66:*1,*
  *2, 10* 68:*20* 70:*15*
  73:*20*
**policemen** 68:*1*
**policy** 31:*18* 58:*18*
  68:*20*
**position** 7:*23* 9:*23*
  10:*7* 11:*10* 14:*21*
  15:*13* 16:*20* 17:*9, 24*
  18:*1* 34:*20, 22* 35:*9*
  36:*17* 39:*22* 40:*2*
  46:*22* 47:*4, 9, 12*
**positions** 34:*2* 46:*2*
**possibly** 66:*9*
**power** 68:*1*
**Prazenica** 39:*20* 40:*1*
**predetermined** 10:*2, 3*
**Present** 2:*17* 38:*22*
**president** 11:*1, 2, 4, 7,*
  *12, 20* 13:*10*
**prior** 4:*18* 13:*11, 17,*
  *21* 14:*20* 16:*6, 20*
  20:*22* 21:*23* 25:*24*

  27:*11* 43:*8, 10* 48:*20,*
  *22*
**probably** 4:*17* 5:*3*
  11:*9* 21:*12*
**problem** 41:*14*
**procedure** 39:*2, 3*
  58:*22*
**proceed** 65:*18*
**proceedings** 77:*4*
**procurement** 26:*23*
**PRODUCTION** 3:*5*
**program** 25:*5* 70:*11,*
  *20*
**programs** 12:*13*
  14:*3* 71:*2*
**projects** 23:*22*
**prominent** 15:*2*
**promise** 66:*17, 19*
**promised** 66:*14*
**promoted** 7:*20, 22*
  8:*19* 10:*12, 14* 12:*5*
**promotions** 7:*11*
  10:*16*
**prompted** 52:*22*
**properly** 4:*24* 73:*11*
**protect** 44:*8*
**provide** 21:*2* 22:*21*
  23:*4* 29:*17* 72:*23*
**provided** 21:*7* 24:*8,*
  *21* 26:*1, 2* 34:*10*
**Public** 1:*17* 25:*22*
**punch** 62:*9*
**punched** 61:*9, 18*
  62:*2, 15*
**purchase** 71:*12*
**purchased** 43:*4, 5*
**purpose** 22:*12*
**pursuant** 1:*15*
**pursue** 23:*13, 14*
**purview** 15:*18* 18:*4*
**pushed** 64:*18, 19*
**pushing** 65:*5*
**put** 46:*1* 64:*18* 65:*8*
**puts** 22:*14*

**< Q >**
**qualifying** 33:*17*
**Qualli** 40:*6* 41:*15*
**question** 2:*23* 5:*2,*
  *15* 23:*1, 2, 3* 24:*16*

  26:*20* 27:*9, 10, 17*
  38:*5, 12, 14, 21* 39:*1*
  45:*8* 49:*17* 50:*7, 10*
  51:*20* 52:*2* 53:*23*
  55:*24* 61:*13, 14, 16,*
  *17* 71:*16, 19, 20*
  73:*20* 75:*10*
**questions** 4:*23* 5:*2,*
  *12* 58:*7* 63:*3* 72:*20*
  73:*4, 6, 14, 19* 74:*14*
  75:*16*
**quick** 42:*18* 73:*14*
**quickly** 16:*24*
**quite** 40:*19* 45:*24*

**< R >**
**Rabena** 13:*4, 6, 11*
  14:*11* 19:*13* 39:*20,*
  *22*
**Race** 55:*12, 17* 61:*6*
**racial** 61:*2*
**rank** 10:*6* 35:*11*
  73:*11*
**ranks** 28:*5, 7*
**rare** 56:*5*
**rate** 65:*17*
**reach** 40:*15*
**read** 49:*15, 16*
**reading** 61:*24*
**ready** 72:*18*
**real** 16:*23*
**really** 32:*8* 42:*18*
  64:*7*
**reason** 37:*20*
**reasons** 48:*12, 15*
**reassignment** 44:*23*
**recall** 5:*5, 7* 10:*4*
  13:*2* 19:*4* 26:*7*
  29:*15, 20* 33:*14*
  34:*23, 24* 35:*4* 36:*1,*
  *5, 14* 41:*12* 50:*19, 22*
  51:*2* 53:*13* 54:*19*
  55:*6* 56:*17, 20* 59:*7,*
  *17, 18, 23* 63:*6, 15, 16*
  65:*13* 70:*9, 17, 20, 24*
  71:*1* 72:*12, 14* 73:*21*
  74:*18*
**receipt** 53:*19* 54:*3, 5,*
  *8*

**receive** 14:*6, 9* 57:*8,*
  *10*
**received** 41:*20* 53:*18*
  75:*7*
**receiving** 71:*14*
**recess** 62:*23*
**recollection** 22:*20, 23*
  60:*1* 63:*18* 64:*13*
  73:*24*
**record** 4:*24* 6:*10, 12*
  26:*10, 12* 33:*18*
  49:*11* 57:*5, 7*
**records** 11:*10, 14*
  22:*2, 10* 32:*23*
**red** 45:*7*
**referring** 34:*1, 2, 3*
**refresh** 22:*22* 29:*24*
  74:*2*
**regarding** 27:*17*
  29:*21* 42:*12, 19*
  43:*18* 50:*3, 17, 21, 24*
  51:*5* 52:*4, 14* 54:*11,*
  *17* 55:*1, 5* 56:*21*
  57:*8, 18, 23* 58:*2, 7*
  59:*6, 8, 13* 60:*22*
  63:*3, 13* 66:*6* 72:*24*
  75:*11*
**regional** 43:*3*
**regular** 45:*8, 9* 75:*21*
**related** 33:*9* 34:*22*
  37:*2, 11, 14, 18* 39:*12*
  42:*21* 49:*8, 20, 24*
  50:*8, 13* 57:*22* 59:*1*
  70:*3, 6*
**relations** 8:*10* 9:*18,*
  *24* 10:*10, 13* 18:*4*
**relationship** 27:*12*
  36:*24* 37:*5* 41:*14*
  63:*5*
**relatively** 45:*1*
**relay** 38:*2, 24*
**rely** 69:*17*
**remain** 47:*9*
**remaining** 65:*3*
**remember** 5:*5, 10*
  11:*20, 24* 64:*21*
**remind** 23:*1*
**Remote** 1:*14* 76:*4*
  77:*7*
**removed** 74:*4, 7*

repeat  34:7  50:10
52:2  53:23  61:14, 15
rephrase  74:5
report  38:15  51:22
Reporter  1:17  4:1,
24  49:16  77:19
represent  4:13
representatives  63:12
represented  64:4
Representing  2:6, 10,
15
reproduction  77:17
REQUEST  3:5  9:22
10:20  20:11, 13, 14
24:6  26:7, 17  27:3, 4,
18, 23  28:2, 10  45:6
51:16  53:7  72:24
74:9  75:21
requested  28:4
55:23  71:11
requesting  29:9
54:20
requests  26:15
required  25:22  38:6,
15
reserved  2:23
resign  65:6, 7, 12, 15
resigning  66:11
resolved  65:1
Resources  3:10
26:18  27:5  28:9
29:2, 10  51:15  52:8,
10, 14  53:2, 6  54:21
70:6  72:24
respect  50:8  70:5
respective  2:21
responded  54:4
responders  21:15
response  42:14
69:16, 17, 20
responsibility  8:15
27:7  34:5, 9, 15
58:22
resume  7:19  22:20
retain  47:8
retaliating  44:12
retaliation  44:8, 9, 18
retired  4:10  17:2, 3,
4

retirement  6:1  17:1,
11
retiring  7:24
returned  31:16
reviewed  63:24
ride  12:21  20:1, 18
21:14  26:19  29:8
30:20, 22
right  6:8  17:20
18:17, 21  19:15
20:10  22:23  25:8
31:10  33:13  37:3
44:13, 21  45:18
49:12  57:6  60:12
63:2, 11  65:19  66:3,
24  67:9  68:15  71:15
72:19
risk  49:5
role  16:15  17:7
35:2  56:14
Ron  13:4, 6, 7, 11, 13
14:11, 17, 19  19:13
39:20, 22  40:3, 14, 17
41:5  42:19  49:21
50:8  63:20  64:15
65:10, 17  66:14
room  62:2
ROSS  2:3  67:19
roughly  7:18  11:15
RPR  77:13
rudimentary  15:9
rules  4:22
run  56:18
running  65:4  66:2
Ryan  6:21, 22, 24

< S >
safe  12:4  21:18
25:21  29:1
saying  5:1  25:9
45:2  54:4  68:16
schedule  44:11, 23
45:2  46:4  47:9  48:4,
14, 18, 19  49:1  50:5
schedules  45:9, 12
46:8
school  6:20  8:10
19:18
Scout  23:10
sealing  2:21

second  6:11  26:11
36:6, 13  72:17
security  8:11  13:8,
14  19:14
see  12:3  14:22
29:18  32:13  60:11
sending  27:12  37:22
sensitive  46:22  47:3
sent  20:2  38:1  54:7
separate  24:23
sergeant  7:14  15:24
16:4, 9, 12, 15, 17
18:11, 12, 14, 17, 18
34:2, 13, 15  36:21
37:1, 9, 11, 17, 21
38:7, 9, 14, 20, 23
39:4, 12  41:23  43:12
44:10, 12, 20  46:5, 15
47:8, 10, 11, 17, 24
48:4, 7, 18, 19  49:24
50:3, 9, 14, 17, 21
52:15, 16  54:8  55:13,
21  56:1, 6  59:6, 8, 14,
15  60:7, 18  75:4, 5
sergeants  15:23  16:1,
6  18:8  33:8  34:4
36:21  44:4  45:5
47:10  49:3  60:4
65:3
serve  12:15
served  17:22
service  25:23
Services  8:11  31:8
35:8, 10  74:18, 19
set  64:23  65:18
66:5, 7
setting  25:19
seven  7:14
share  38:10
SHARON  2:6  32:4
Sharon.Ulak@Phila.go
v  2:10
Shevlin  52:19  54:9
59:12, 15
S-h-e-v-l-i-n  52:19
54:9
shift  45:11  46:11, 13,
16, 20  75:4, 6
shifts  44:4, 23  45:9,
21

Shore  20:17, 18, 19,
20  21:11  26:19
29:17  30:16  67:23
68:1, 5, 9
short  71:16
sign  63:23
signing  2:21
Similar  40:3  64:3
simply  26:4  33:19
51:15  57:19  68:17
71:16
single  31:24
sir  4:15, 16, 20  5:18
6:3, 23  9:16  18:16
35:3  52:9, 11, 12
62:20  63:7  67:20
68:6  73:12
situation  37:23
six  8:12
smooth  65:4
solicited  12:19
sorry  20:12  23:13
24:15  28:6, 15  36:8
39:7, 19  43:21  47:1
49:10  59:21  61:12
66:11, 18
sound  68:16
sounds  25:9
speak  39:3  40:20
42:16  43:14  46:2
50:20  57:3, 12  59:15,
16
speaking  25:1  39:5
56:21
specific  37:23  38:3
specifically  25:2
59:17  65:13
spell  16:5  18:15
spelling  39:21
spending  41:16
42:20, 22
spent  42:23
splitting  48:6
spoke  12:16  43:17
50:24  57:22  67:12
70:8
sponsor  31:3
staff  52:24  53:1
staffing  34:6, 9

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 33 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

start  21:5  25:19
30:23  31:4  53:6
starting  31:1
starts  30:22
State  7:4
stated  24:7  29:10
31:23  52:13
statement  42:7, 11
75:9, 11
STATES  1:1
stay  30:9
stenographic  77:6
step  74:24
stepping  10:23
stipulated  2:20
stopped  22:1, 2, 4, 6
24:8, 22  25:3  29:19
story  72:12
Street  2:4, 8, 13
strongly  65:14
structure  15:16, 17,
20  18:7  32:12  36:18
subject  40:23  42:13
56:12  60:21
submit  23:21, 22
26:7, 15, 17  27:3, 4,
18, 23  31:20
submitted  24:6  28:8
subordinates  34:17
60:23
suggest  56:24
suggested  58:12
suggesting  58:16
Suite  2:13
SULLIVAN  1:14
3:1  4:6, 9, 11, 12
6:18  22:24  24:15
28:4  32:11  36:12
69:20  72:19, 23  73:3,
9, 10, 12, 13  74:12, 13
77:7
Sullivan's  3:10
Sunday  68:5
Sundays  68:4, 11
superior  62:10  68:21
superiors  65:21
66:23
supervisor  33:23, 24
45:13  60:11
supervisors  60:16

support  19:10  24:8,
9  25:9, 11  29:3  31:8
supported  23:19
supposed  38:10
sure  14:22  16:8
32:8  37:16, 19  45:24
58:18  59:16  64:2
surprise  58:10
surprised  72:16
survivor's  19:9
sworn  4:7

< T >

take  5:13  12:10
22:22  38:16  49:7, 19
50:12  53:8  57:13
62:7, 21  66:12  75:24
taken  1:14  62:23
77:6
talk  5:13  8:16
talking  26:6, 20  30:3,
4  35:1  38:3
teach  70:20
team  43:4
Ted  40:6  41:15
tell  5:7  14:13, 17
15:1  16:5  19:23
20:10  21:6  30:2, 21
31:21  43:2, 3  53:16
54:1  56:6  60:8
64:15  74:3, 6
telling  6:18  10:19
22:8  24:4  25:4
27:20  53:20  54:2
59:6  65:9
terms  23:19  25:8
26:3  46:20  48:14
testified  4:7
thank  4:3  23:5  72:2,
4  73:5, 7  74:11
75:15, 18, 19, 20, 23
theoretically  48:7
thing  31:9  45:1  62:9
things  4:24  5:7
13:16  43:6  49:12
63:2  64:5
think  12:14  24:11,
13  55:16  71:19
72:18, 19  73:13

75:15
Thirty-eight  7:10
Thirty-seven  33:2, 3
THOMAS  2:2  4:13
thought  26:22  33:2
threatened  65:7
three  7:16, 17, 18, 23
8:3, 21, 23, 24  9:1
15:23, 24  16:6, 8
18:8  33:8
three-star  9:9, 10
throw  16:18
tickets  41:17, 18, 19,
21
time  2:24  5:4  8:10
25:2  29:13  31:12
34:19  36:16  37:10
40:10, 19  50:23  51:8
54:22  55:22  56:10
57:3  58:1, 5  59:19
64:20, 22  65:1  66:24
67:19  72:21  73:4
74:23
times  5:9  23:8
37:16, 24  59:16
tired  30:19
titles  30:4
today  4:14, 19
told  26:22  27:2, 14,
16, 17  33:9  38:9
42:16  43:14  51:12,
24  52:3, 4, 5  53:5, 10
65:17, 20  66:22  67:7
Tom@MinceyFitzRoss
.com  2:5
Tour  20:17, 19
29:17  67:23, 24  68:5,
8
traffic  28:10  53:2
trajectory  7:3
transcript  4:2  75:21
77:9, 17
transmission  49:13
transport  21:2  30:15
transportation  22:15
27:7
treated  51:1  62:13
treatment  51:5  58:2,
7  59:2  60:22  61:2

trial  2:24
Trimmer  42:8
trouble  36:12
true  65:24  77:8
try  6:13  26:13  57:1
trying  27:20
Twenty-seven  33:1
Two  7:4  8:14  16:3
17:14  30:3  33:20
44:18  45:4, 6  49:3
65:3  73:14, 19
twofold  44:17
type  22:3
typically  31:13

< U >

Uh-huh  46:6
ULAK  2:6  3:5  4:3
6:10  22:24  24:13
32:7, 13  36:6, 9  47:1,
5, 14  49:11  53:22
66:18  67:1  69:3, 12
71:18  72:22  73:5
74:13, 15  75:14, 19,
23
ultimately  34:15
unaffected  68:8
unaware  68:13
uncommon  45:2
understand  4:17
50:11  61:16
understanding  15:10
30:17  32:20  48:3
63:4  64:8  66:10
unfairly  62:13
unilaterally  47:21
Unit  8:11  35:8, 10
UNITED  1:1
units  8:14  27:5
28:10  33:14, 15
University  7:4
untouchable  47:13, 15
use  24:9  28:1, 2
29:9, 11  59:19, 20, 21
usually  21:8
utilize  24:23  26:1, 8
28:9
utilized  22:11  29:3,
7  71:4, 9

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 34 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

**utilizing** 24:*22* 29:*19*
71:*1*

**< V >**
**van** 21:*2* 24:*8, 9*
25:*2* 26:*3* 29:*11*
30:*14, 15* 33:*19*
**vans** 22:*13* 24:*11, 19,*
*20, 21, 22* 25:*3, 4, 6*
*26:4, 6, 16, 20, 21, 23*
*27:3, 6, 8, 9, 11, 12, 17,*
*19, 23, 24* 28:*1, 3, 4*
*29:8, 14, 17, 21* 30:*2,*
*3, 17* 31:*7, 15, 22*
*32:17* 34:*9* 67:*24*
**varied** 40:*18*
**vehicle** 41:*22*
**vehicles** 25:*15*
**verbal** 74:*21*
**verbally** 4:*23* 50:*18*
54:*3*
**vice** 13:*10*
**victim** 58:*13*
**video** 4:*19, 21*
**virtue** 46:*16*
**vote** 12:*13* 23:*23*
**vs** 1:*6*

**< W >**
**wait** 23:*1, 2* 36:*6*
75:*10*
**waived** 2:*22*
**walk** 7:*11*
**Walnut** 30:*23*
**want** 16:*23* 22:*24*
26:*18* 53:*23* 54:*23*
58:*17* 63:*2* 69:*18*
73:*10*
**wanted** 42:*9* 74:*4, 7*
**way** 5:*3, 8* 21:*9*
23:*20* 31:*9* 62:*13*
64:*5* 73:*10*
**ways** 12:*14*
**Wednesday** 1:*11*
77:*8*
**Well** 8:*16* 15:*21*
16:*22* 22:*6* 25:*1*
26:*3* 27:*9* 28:*5, 7*
29:*18* 30:*14* 31:*20*
35:*15* 38:*4* 41:*12*

43:*2* 44:*3* 45:*4*
46:*14* 53:*19* 64:*4*
66:*7, 22* 68:*11, 15*
**went** 12:*19*
**white** 61:*10* 62:*18*
69:*23*
**Wichita** 5:*24* 16:*24*
17:*6, 13, 15, 17, 18*
**Wimberly** 57:*11, 14*
**witch** 58:*13*
**WITNESS** 3:*1* 23:*5*
36:*14* 47:*3, 15* 62:*17*
66:*19* 67:*2* 69:*5, 14*
70:*14* 71:*21* 76:*3*
**word** 54:*22* 68:*15*
**words** 10:*1* 47:*13*
53:*17*
**work** 17:*6* 18:*20*
19:*14* 27:*22* 29:*16*
37:*2, 11, 14, 18* 44:*20*
53:*8* 72:*5, 6, 10* 75:*4*
**worked** 15:*23* 18:*8*
26:*24* 27:*15* 42:*9*
45:*24* 59:*12* 60:*14,*
*17* 72:*13*
**working** 17:*16* 35:*20*
36:*22* 41:*14* 44:*5*
47:*19, 20*
**workings** 64:*7*
**workplace** 75:*2*
**worry** 64:*16*
**wrap** 72:*18*
**wrong** 73:*10*

**< Y >**
**Yeah** 12:*23* 17:*14*
64:*6*
**year** 17:*10* 28:*8*
29:*19*
**yearly** 12:*20* 24:*6*
**years** 7:*4, 10, 13, 15,*
*16, 17, 18, 22, 23* 8:*1*
*11:12, 23* 13:*7* 14:*2*
16:*19* 17:*14* 19:*14*
32:*8* 37:*2* 42:*10*
**yelling** 61:*24*
**young** 23:*12*
**youth** 70:*12, 20*

**< Z >**

**zoom** 6:*13* 26:*13*
49:*13*

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 35 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

## WORD LIST

**< $ >**
$15,000  *(2)*

**< 1 >**
1  *(3)*
1:15  *(1)*
10  *(4)*
11:02  *(1)*
11:05  *(1)*
11:07  *(1)*
11:36  *(1)*
11:37  *(1)*
12  *(1)*
12:17  *(1)*
12:18  *(1)*
12:41  *(1)*
12:56  *(1)*
14th  *(1)*
15  *(3)*
1515  *(1)*
1650  *(1)*
17  *(1)*
1717  *(1)*
19  *(1)*
19103  *(3)*
19-4078  *(1)*
1980  *(1)*

**< 2 >**
20  *(1)*
2008  *(1)*
2015  *(1)*
2017  *(7)*
2020  *(3)*
2023  *(4)*
20th  *(2)*
21  *(1)*
215  *(3)*
25th  *(3)*

**< 3 >**
3  *(1)*
3/17  *(1)*
3/20  *(1)*
30  *(1)*
32  *(1)*
3601  *(1)*

3691  *(1)*
36th  *(1)*
37  *(1)*
3910  *(1)*

**< 4 >**
4  *(1)*
461-3323  *(1)*

**< 5 >**
587-0006  *(1)*

**< 6 >**
683-5083  *(1)*

**< 7 >**
73  *(1)*
74  *(1)*

**< 9 >**
9  *(3)*

**< A >**
a.m  *(7)*
able  *(4)*
absence  *(3)*
absent  *(1)*
Absolutely  *(1)*
academy  *(1)*
access  *(1)*
accurate  *(1)*
accurately  *(1)*
accusation  *(1)*
acknowledge  *(2)*
acknowledged  *(6)*
acquire  *(1)*
acquisition  *(2)*
ACTION  *(7)*
actively  *(1)*
activities  *(1)*
add  *(2)*
added  *(4)*
address  *(4)*
addressed  *(2)*
addressing  *(1)*
administer  *(1)*
administration  *(3)*
administrative  *(11)*
admittedly  *(1)*

advise  *(1)*
affair  *(1)*
Affairs  *(12)*
affect  *(1)*
affiliated  *(1)*
agencies  *(1)*
ago  *(1)*
agree  *(1)*
Agren  *(2)*
ahead  *(1)*
AL  *(1)*
allegation  *(3)*
Allied  *(2)*
Allow  *(6)*
allowed  *(1)*
and/or  *(2)*
answer  *(18)*
answered  *(1)*
answers  *(1)*
anybody  *(1)*
apologize  *(2)*
appear  *(1)*
APPEARANCES  *(1)*
application  *(2)*
applications  *(1)*
apply  *(2)*
appointed  *(1)*
appropriate  *(1)*
appropriately  *(1)*
approval  *(1)*
approved  *(3)*
approximately  *(3)*
Arch  *(2)*
Archbishop  *(2)*
arguing  *(1)*
argument  *(1)*
arranged  *(1)*
arrived  *(3)*
articulated  *(2)*
Aside  *(6)*
asked  *(7)*
asking  *(24)*
assaulted  *(2)*
assigned  *(5)*
assignment  *(3)*
assignments  *(1)*
assist  *(5)*
assistance  *(2)*
assisted  *(2)*

assisting  *(2)*
associated  *(2)*
assumed  *(2)*
assumption  *(1)*
Athletic  *(1)*
Atlantic  *(4)*
attached  *(1)*
attempt  *(6)*
attend  *(2)*
attention  *(2)*
attorney  *(1)*
attorneys  *(1)*
audio  *(3)*
authority  *(5)*
available  *(4)*
awards  *(1)*
aware  *(13)*

**< B >**
back  *(21)*
background  *(2)*
Badge  *(26)*
band  *(1)*
barricades  *(1)*
base  *(1)*
based  *(2)*
becoming  *(4)*
began  *(1)*
beginning  *(2)*
behalf  *(2)*
Belgrade  *(2)*
believe  *(17)*
Ben  *(5)*
beneath  *(1)*
benefactor  *(3)*
benefits  *(1)*
Bernie  *(13)*
best  *(10)*
better  *(3)*
bike  *(4)*
bikes  *(2)*
biking  *(1)*
billed  *(1)*
board  *(35)*
bodies  *(2)*
born  *(1)*
boss  *(1)*
Boy  *(1)*
Boy-and-Girl-Scout-

type *(1)*
break *(3)*
Bridge *(1)*
brief *(1)*
bring *(2)*
brought *(1)*
budget *(1)*
bulk *(1)*
bureau *(1)*

< C >
call *(2)*
called *(4)*
camera *(7)*
Captain *(3)*
career *(2)*
careers *(2)*
carrying *(1)*
case *(2)*
cause *(1)*
causing *(1)*
ceased *(4)*
center *(2)*
centers *(2)*
certainly *(4)*
certainty *(1)*
CERTIFICATE *(1)*
certification *(2)*
Certified *(1)*
certify *(1)*
certifying *(1)*
chain *(5)*
chance *(1)*
change *(16)*
changed *(7)*
changes *(6)*
changing *(4)*
charge *(10)*
charities *(3)*
charity *(4)*
Chase *(1)*
check *(5)*
Chief *(6)*
children *(2)*
Children's *(4)*
choice *(1)*
chose *(2)*
Christopher *(1)*
CINTRON *(77)*

Cintron's *(1)*
circumstance *(1)*
CITY *(13)*
CIVIL *(1)*
civilian *(2)*
Claimant *(1)*
Claimant's *(2)*
claimed *(1)*
claiming *(1)*
Clarify *(1)*
clean *(1)*
clear *(5)*
closed *(1)*
closing *(1)*
collection *(1)*
college *(2)*
come *(14)*
coming *(1)*
command *(13)*
commander *(1)*
commanding *(3)*
commencing *(1)*
comment *(1)*
Commission *(1)*
Commissioner *(67)*
Commissioners *(1)*
common *(2)*
communities *(2)*
community *(6)*
company *(1)*
complain *(3)*
complained *(1)*
complaining *(4)*
complaint *(19)*
complaints *(27)*
complete *(1)*
concern *(2)*
concerning *(2)*
concerns *(1)*
concluded *(1)*
concludes *(1)*
conclusion *(1)*
conduct *(1)*
conducted *(1)*
conducting *(2)*
confrontation *(3)*
confused *(1)*
connect *(1)*
connected *(2)*

consider *(2)*
consideration *(1)*
considered *(1)*
considering *(1)*
consult *(1)*
contact *(8)*
contained *(1)*
context *(1)*
continue *(4)*
contributor *(1)*
control *(4)*
conversation *(7)*
convicted *(1)*
Conway *(1)*
coordinates *(1)*
copy *(3)*
correct *(73)*
counsel *(3)*
counsel's *(1)*
couple *(3)*
course *(2)*
COURT *(5)*
create *(3)*
created *(1)*
crowd *(1)*
CSR *(1)*
cursing *(1)*

< D >
damaging *(1)*
date *(4)*
dates *(1)*
day *(5)*
dealing *(1)*
dealt *(1)*
decades *(3)*
decide *(2)*
decision *(3)*
Defendant *(2)*
Defendants *(1)*
Define *(1)*
delegated *(2)*
deliver *(1)*
delivery *(1)*
denied *(1)*
DEPARTMENT *(21)*
depend *(1)*
deposed *(1)*
Deposition *(9)*

depositions *(1)*
deputies *(1)*
Deputy *(73)*
deputy's *(1)*
Description *(2)*
detail *(1)*
details *(2)*
detectives *(2)*
determine *(2)*
determined *(1)*
developing *(1)*
deviation *(1)*
different *(1)*
digging *(1)*
direct *(5)*
directed *(4)*
directing *(1)*
direction *(4)*
directions *(1)*
directly *(14)*
director *(2)*
disciplinary *(6)*
discretion *(2)*
discuss *(6)*
discussed *(2)*
discussing *(1)*
discussion *(10)*
disparities *(3)*
disregard *(1)*
disrupted *(1)*
distinction *(1)*
distributed *(1)*
DISTRICT *(6)*
districts *(1)*
divisions *(1)*
documentation *(1)*
DOCUMENTS *(1)*
doing *(6)*
donor *(1)*
donors *(5)*
double *(1)*
draw *(1)*
drew *(1)*
drive *(1)*
driver *(1)*
driving *(2)*
drum *(1)*
drumline *(15)*
due *(2)*

Case 2:19-cv-04078-RBS    Document 80-17    Filed 01/24/25    Page 37 of 41

Deposition of Joe Sullivan                                    Evelyn Cintron v. City of Philadelphia, et al.

duly *(1)*
duties *(8)*
duty *(2)*

**< E >**
earlier *(3)*
EASTERN *(1)*
EEOC *(1)*
effort *(3)*
eight *(4)*
Eighth *(2)*
either *(4)*
electronic *(1)*
e-mail *(5)*
employee *(4)*
employees *(3)*
EMS *(1)*
encounter *(1)*
encouraged *(1)*
endeavor *(1)*
enforcement *(3)*
ensure *(1)*
entire *(2)*
entry-level *(1)*
equipment *(1)*
ESQUIRE *(4)*
essentially *(2)*
estimate *(1)*
estimating *(2)*
estimation *(1)*
ET *(1)*
EVELYN *(3)*
event *(9)*
events *(3)*
evidence *(1)*
exact *(8)*
exactly *(5)*
Examination *(6)*
examined *(1)*
excellent *(1)*
exception *(3)*
exceptional *(1)*
exclude *(3)*
excused *(1)*
executed *(1)*
executive *(5)*
exercise *(2)*
exhaustive *(1)*
EXHIBIT *(1)*

Exhibits *(1)*
expect *(1)*
expedite *(1)*
expensive *(1)*
Explorers *(13)*
expose *(2)*
expressed *(1)*
extent *(2)*
extremely *(1)*

**< F >**
face *(4)*
face-to-face *(5)*
facilities *(2)*
fact *(3)*
fair *(5)*
fall *(1)*
fallen *(1)*
falls *(2)*
familiar *(4)*
Families *(27)*
family *(3)*
fantastic *(1)*
far *(4)*
fault *(1)*
Faust *(41)*
Faust's *(7)*
favor *(1)*
feared *(1)*
feel *(1)*
feelings *(2)*
fell *(1)*
felt *(4)*
female *(1)*
figure *(1)*
filing *(1)*
financed *(3)*
financial *(1)*
find *(3)*
fine *(1)*
finish *(2)*
Fire *(2)*
first *(16)*
FITZPATRICK *(31)*
Fitzpatrick's *(1)*
five *(2)*
five-minute *(1)*
fix *(2)*
flag *(1)*

flexibility *(1)*
Floor *(2)*
Florida *(2)*
fluctuates *(2)*
follow *(3)*
followed *(1)*
following *(2)*
follows *(1)*
FOP *(1)*
forces *(1)*
foregoing *(1)*
forget *(1)*
forgotten *(1)*
form *(3)*
Foundation *(8)*
founder *(1)*
four *(1)*
Franklin *(2)*
free *(1)*
frequent *(1)*
front *(1)*
froze *(2)*
frozen *(3)*
fully *(1)*
fund *(1)*
funded *(1)*
funding *(5)*
fundraiser *(1)*
fundraisers *(1)*
fundraising *(3)*
further *(2)*
future *(1)*

**< G >**
generally *(2)*
gentleman *(1)*
getting *(1)*
give *(12)*
given *(2)*
giving *(3)*
go *(21)*
going *(21)*
GOLDEN *(9)*
good *(2)*
graduate *(1)*
grant *(1)*
GREEN *(5)*
grew *(1)*
group *(1)*

growing *(1)*
guess *(3)*
guessing *(3)*
guys *(1)*

**< H >**
half *(1)*
hallmark *(1)*
happen *(1)*
happy *(2)*
head *(3)*
headquarters *(4)*
hear *(2)*
heard *(2)*
hearing *(2)*
heated *(1)*
held *(6)*
help *(5)*
helped *(1)*
helping *(1)*
Heroes *(2)*
high *(2)*
historically *(1)*
Hold *(1)*
hours *(11)*
huge *(1)*
hundreds *(2)*
hunt *(1)*

**< I >**
idea *(3)*
ideas *(1)*
impact *(2)*
imposition *(1)*
impressions *(1)*
inartful *(1)*
incident *(6)*
incidents *(3)*
inclined *(1)*
include *(1)*
included *(1)*
includes *(1)*
including *(1)*
incumbent *(2)*
independently *(1)*
indicating *(1)*
individual *(1)*
information *(13)*
infrastructure *(3)*

**initially** *(1)*
**inner** *(1)*
**Inquiry** *(2)*
**inside** *(1)*
**insinuation** *(1)*
**insistence** *(1)*
**Inspector** *(7)*
**instances** *(1)*
**instruct** *(2)*
**instructed** *(4)*
**instructions** *(5)*
**instructor** *(2)*
**instruments** *(3)*
**intention** *(1)*
**interact** *(3)*
**interacted** *(1)*
**interactions** *(2)*
**interest** *(2)*
**interesting** *(1)*
**Internal** *(12)*
**Interrogatories** *(2)*
**interruption** *(1)*
**investigation** *(14)*
**investigator** *(1)*
**investigators** *(4)*
**invited** *(1)*
**involved** *(6)*
**involvement** *(5)*
**Irvin** *(3)*
**ISAAC** *(2)*
**issue** *(4)*
**issues** *(1)*
**items** *(1)*
**its** *(1)*

**< J >**
**jackets** *(1)*
**job** *(9)*
**JOE** *(5)*
**jog** *(1)*
**joined** *(2)*
**judgment** *(2)*

**< K >**
**Kansas** *(2)*
**keep** *(2)*
**keeping** *(1)*
**KEVIN** *(1)*
**KGolden@OHaganMe**

**yer.com** *(1)*
**kind** *(4)*
**Klayman** *(5)*
**K-l-a-y-m-a-n** *(1)*
**knew** *(6)*
**know** *(46)*
**knowledge** *(19)*
**known** *(6)*

**< L >**
**large** *(1)*
**largest** *(1)*
**laterally** *(1)*
**LAW** *(6)*
**lawsuit** *(1)*
**lay** *(1)*
**leader** *(1)*
**League** *(1)*
**leave** *(3)*
**led** *(1)*
**left** *(4)*
**Liberty** *(1)*
**Lieutenant** *(99)*
**Line** *(1)*
**list** *(3)*
**little** *(1)*
**live** *(1)*
**living** *(1)*
**LLC** *(1)*
**Located** *(1)*
**location** *(1)*
**locked** *(1)*
**logistics** *(3)*
**long** *(10)*
**longer** *(7)*
**longest** *(3)*
**look** *(5)*
**looks** *(1)*
**Lori** *(5)*
**lot** *(1)*

**< M >**
**major** *(1)*
**making** *(2)*
**manage** *(1)*
**managed** *(1)*
**manned** *(1)*
**manpower** *(6)*
**March** *(7)*

**Market** *(2)*
**matter** *(1)*
**mean** *(7)*
**Meaning** *(3)*
**means** *(1)*
**meant** *(1)*
**medical** *(3)*
**meet** *(3)*
**meeting** *(11)*
**meetings** *(3)*
**member** *(9)*
**members** *(14)*
**memo** *(18)*
**Memorandum** *(1)*
**Memorandums** *(2)*
**memory** *(4)*
**memos** *(1)*
**mentioned** *(3)*
**message** *(1)*
**MEYER** *(1)*
**Mid-afternoon** *(2)*
**military** *(1)*
**MINCEY** *(1)*
**minorities** *(1)*
**minority** *(1)*
**missed** *(1)*
**missing** *(1)*
**mistreated** *(2)*
**moment** *(2)*
**monetary** *(1)*
**money** *(5)*
**MOU** *(15)*
**move** *(1)*
**moved** *(3)*
**moves** *(1)*
**moving** *(1)*
**musical** *(1)*
**mute** *(2)*
**Myron** *(2)*

**< N >**
**name** *(3)*
**named** *(2)*
**narcotics** *(1)*
**nature** *(1)*
**necessarily** *(2)*
**necessary** *(2)*
**need** *(12)*
**needed** *(9)*

**negative** *(4)*
**negatively** *(1)*
**Neighborhood** *(5)*
**never** *(7)*
**news** *(1)*
**newspaper** *(1)*
**nine** *(1)*
**noise** *(1)*
**nonprofit** *(4)*
**nonprofits** *(1)*
**normal** *(3)*
**normally** *(1)*
**Northeast** *(3)*
**Notary** *(1)*
**notes** *(1)*
**notice** *(1)*
**notification** *(1)*
**notifications** *(1)*
**notified** *(1)*
**November** *(3)*
**number** *(12)*
**numbers** *(3)*

**< O >**
**object** *(2)*
**Objection** *(4)*
**objections** *(3)*
**obviously** *(2)*
**occasions** *(1)*
**occur** *(1)*
**occurred** *(2)*
**occurrence** *(1)*
**offended** *(1)*
**offer** *(1)*
**offered** *(1)*
**office** *(14)*
**officer** *(25)*
**officers** *(14)*
**Oh** *(1)*
**O'HAGAN** *(1)*
**Okay** *(151)*
**once** *(3)*
**one-day** *(1)*
**ongoing** *(1)*
**open** *(1)*
**operated** *(3)*
**operating** *(2)*
**operation** *(1)*
**operations** *(14)*

operator *(1)*
opportunity *(2)*
opposed *(3)*
Oral *(3)*
order *(2)*
ordered *(2)*
organization *(10)*
organizations *(1)*
originally *(1)*
outline *(1)*
outrank *(1)*
outside *(1)*
outstanding *(1)*
overnight *(2)*
oversaw *(4)*
overseeing *(2)*

< P >
p.m *(7)*
PAGE *(3)*
PAL *(131)*
PAL's *(2)*
pardon *(1)*
part *(4)*
participate *(2)*
participated *(3)*
participation *(2)*
particular *(2)*
parties *(1)*
partnership *(1)*
Pascucci *(5)*
patrol *(12)*
Patterson *(8)*
Patterson's *(1)*
Pause *(1)*
PBI *(2)*
pedal *(2)*
pending *(2)*
Penn *(1)*
PENNSYLVANIA *(4)*
people *(11)*
performance *(1)*
peril *(1)*
period *(1)*
permissible *(1)*
permission *(3)*
person *(10)*
personally *(1)*
personnel *(10)*
person's *(1)*

PHILADELPHIA
*(23)*
Philly *(1)*
phone *(2)*
physical *(2)*
pick *(1)*
picked *(1)*
picking *(1)*
Place *(4)*
Plaintiff *(2)*
Plaintiff's *(1)*
play *(1)*
please *(3)*
point *(20)*
Police *(56)*
policemen *(1)*
policy *(3)*
position *(20)*
positions *(2)*
possibly *(1)*
power *(1)*
Prazenica *(2)*
predetermined *(2)*
Present *(2)*
president *(7)*
prior *(15)*
probably *(4)*
problem *(1)*
procedure *(3)*
proceed *(1)*
proceedings *(1)*
procurement *(1)*
PRODUCTION *(1)*
program *(3)*
programs *(3)*
projects *(1)*
prominent *(1)*
promise *(2)*
promised *(1)*
promoted *(6)*
promotions *(2)*
prompted *(1)*
properly *(2)*
protect *(1)*
provide *(5)*
provided *(6)*
Public *(2)*
punch *(1)*
punched *(4)*

purchase *(1)*
purchased *(2)*
purpose *(1)*
pursuant *(1)*
pursue *(2)*
purview *(1)*
pushed *(2)*
pushing *(1)*
put *(3)*
puts *(1)*

< Q >
qualifying *(1)*
Qualli *(2)*
question *(36)*
questions *(12)*
quick *(2)*
quickly *(1)*
quite *(2)*

< R >
Rabena *(7)*
Race *(7)*
racial *(1)*
rank *(3)*
ranks *(2)*
rare *(1)*
rate *(1)*
reach *(1)*
read *(2)*
reading *(1)*
ready *(1)*
real *(1)*
really *(3)*
reason *(1)*
reasons *(2)*
reassignment *(1)*
recall *(41)*
receipt *(4)*
receive *(4)*
received *(3)*
receiving *(1)*
recess *(1)*
recollection *(6)*
record *(11)*
records *(5)*
red *(1)*
referring *(3)*
refresh *(3)*

regarding *(31)*
regional *(1)*
regular *(3)*
related *(17)*
relations *(6)*
relationship *(5)*
relatively *(1)*
relay *(2)*
rely *(1)*
remain *(1)*
remaining *(1)*
remember *(5)*
remind *(1)*
Remote *(3)*
removed *(2)*
repeat *(6)*
rephrase *(1)*
report *(2)*
Reporter *(5)*
represent *(1)*
representatives *(1)*
represented *(1)*
Representing *(3)*
reproduction *(1)*
REQUEST *(21)*
requested *(3)*
requesting *(2)*
requests *(1)*
required *(3)*
reserved *(1)*
resign *(4)*
resigning *(1)*
resolved *(1)*
Resources *(15)*
respect *(2)*
respective *(1)*
responded *(1)*
responders *(1)*
response *(4)*
responsibility *(6)*
resume *(2)*
retain *(1)*
retaliating *(1)*
retaliation *(4)*
retired *(3)*
retirement *(3)*
retiring *(1)*
returned *(1)*
reviewed *(1)*

ride  *(9)*
right  *(26)*
risk  *(1)*
role  *(4)*
Ron  *(23)*
room  *(1)*
ROSS  *(2)*
roughly  *(2)*
RPR  *(1)*
rudimentary  *(1)*
rules  *(1)*
run  *(1)*
running  *(2)*
Ryan  *(3)*

< S >
safe  *(4)*
saying  *(5)*
schedule  *(11)*
schedules  *(3)*
school  *(3)*
Scout  *(1)*
sealing  *(1)*
second  *(5)*
security  *(5)*
see  *(5)*
sending  *(2)*
sensitive  *(2)*
sent  *(3)*
separate  *(1)*
sergeant  *(68)*
sergeants  *(13)*
serve  *(1)*
served  *(1)*
service  *(1)*
Services  *(6)*
set  *(4)*
setting  *(1)*
seven  *(1)*
share  *(1)*
SHARON  *(2)*
Sharon.Ulak@Phila.gov  *(1)*
Shevlin  *(4)*
S-h-e-v-l-i-n  *(2)*
shift  *(7)*
shifts  *(4)*
Shore  *(12)*
short  *(1)*

sign  *(1)*
signing  *(1)*
Similar  *(2)*
simply  *(6)*
single  *(1)*
sir  *(17)*
situation  *(1)*
six  *(1)*
smooth  *(1)*
solicited  *(1)*
sorry  *(15)*
sound  *(1)*
sounds  *(1)*
speak  *(10)*
speaking  *(3)*
specific  *(2)*
specifically  *(3)*
spell  *(2)*
spelling  *(1)*
spending  *(3)*
spent  *(1)*
splitting  *(1)*
spoke  *(6)*
sponsor  *(1)*
staff  *(2)*
staffing  *(2)*
start  *(5)*
starting  *(1)*
starts  *(1)*
State  *(1)*
stated  *(4)*
statement  *(4)*
STATES  *(1)*
stay  *(1)*
stenographic  *(1)*
step  *(1)*
stepping  *(1)*
stipulated  *(1)*
stopped  *(8)*
story  *(1)*
Street  *(3)*
strongly  *(1)*
structure  *(6)*
subject  *(4)*
submit  *(10)*
submitted  *(2)*
subordinates  *(2)*
suggest  *(1)*
suggested  *(1)*

suggesting  *(1)*
Suite  *(1)*
SULLIVAN  *(23)*
Sullivan's  *(1)*
Sunday  *(1)*
Sundays  *(2)*
superior  *(2)*
superiors  *(2)*
supervisor  *(4)*
supervisors  *(2)*
support  *(7)*
supported  *(1)*
supposed  *(1)*
sure  *(9)*
surprise  *(1)*
surprised  *(1)*
survivor's  *(1)*
sworn  *(1)*

< T >
take  *(13)*
taken  *(3)*
talk  *(2)*
talking  *(6)*
teach  *(1)*
team  *(1)*
Ted  *(2)*
tell  *(20)*
telling  *(10)*
terms  *(5)*
testified  *(1)*
thank  *(12)*
theoretically  *(1)*
thing  *(3)*
things  *(7)*
think  *(9)*
Thirty-eight  *(1)*
Thirty-seven  *(2)*
THOMAS  *(2)*
thought  *(2)*
threatened  *(1)*
three  *(16)*
three-star  *(2)*
throw  *(1)*
tickets  *(4)*
time  *(28)*
times  *(5)*
tired  *(1)*
titles  *(1)*

today  *(2)*
told  *(20)*
Tom@MinceyFitzRoss
.com  *(1)*
Tour  *(7)*
traffic  *(2)*
trajectory  *(1)*
transcript  *(4)*
transmission  *(1)*
transport  *(2)*
transportation  *(2)*
treated  *(2)*
treatment  *(6)*
trial  *(1)*
Trimmer  *(1)*
trouble  *(1)*
true  *(2)*
try  *(3)*
trying  *(1)*
Twenty-seven  *(1)*
Two  *(13)*
twofold  *(1)*
type  *(1)*
typically  *(1)*

< U >
Uh-huh  *(1)*
ULAK  *(27)*
ultimately  *(1)*
unaffected  *(1)*
unaware  *(1)*
uncommon  *(1)*
understand  *(3)*
understanding  *(7)*
unfairly  *(1)*
unilaterally  *(1)*
Unit  *(3)*
UNITED  *(1)*
units  *(5)*
University  *(1)*
untouchable  *(2)*
use  *(8)*
usually  *(1)*
utilize  *(4)*
utilized  *(5)*
utilizing  *(3)*

< V >
van  *(9)*

**vans**  *(43)*
**varied**  *(1)*
**vehicle**  *(1)*
**vehicles**  *(1)*
**verbal**  *(1)*
**verbally**  *(3)*
**vice**  *(1)*
**victim**  *(1)*
**video**  *(2)*
**virtue**  *(1)*
**vote**  *(2)*
**vs**  *(1)*

**< W >**
**wait**  *(4)*
**waived**  *(1)*
**walk**  *(1)*
**Walnut**  *(1)*
**want**  *(9)*
**wanted**  *(3)*
**way**  *(10)*
**ways**  *(1)*
**Wednesday**  *(2)*
**Well**  *(26)*
**went**  *(1)*
**white**  *(3)*
**Wichita**  *(7)*
**Wimberly**  *(2)*
**witch**  *(1)*
**WITNESS**  *(13)*
**word**  *(2)*
**words**  *(3)*
**work**  *(15)*
**worked**  *(10)*
**working**  *(7)*
**workings**  *(1)*
**workplace**  *(1)*
**worry**  *(1)*
**wrap**  *(1)*
**wrong**  *(1)*

**< Y >**
**Yeah**  *(3)*
**year**  *(3)*
**yearly**  *(2)*
**years**  *(20)*
**yelling**  *(1)*
**young**  *(1)*
**youth**  *(2)*

**< Z >**
**zoom**  *(3)*