# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EVELYN CINTRON,                     :
                    Plaintiff :
                                    :
        v.                          :
CITY OF PHILADELPHIA; THE           :
PHILADELPHIA POLICE ATHLETIC        :
LEAGUE and JOSEPH SULLIVAN,         :
                    Defendants:   NO. 19-4078


- - -

Friday, November 15, 2024

- - -

Oral deposition of WILLIAM RIGHTER,
held in the offices of Magna Legal Services, 1635
Market Street, 8th Floor, Philadelphia, Pennsylvania
19102, at 8:50 a.m., on the above date, before
GIANNA IACONELLI, a Court Reporter and Notary Public
of the Commonwealth of Pennsylvania.




MAGNA LEGAL SERVICES
866-624-6221
www.MagnaLS.com



```
                                                        Page 2
 1    APPEARANCES:
                     MARILYN A. RIGMAIDEN-DELEON LAW OFFICES
 2                   BY:  KEITH MCKINLEY, ESQUIRE
                     BY:  JAMES DELEON, ESQUIRE
 3                   5414 Greene Street - P.O. Box 18853
                     Philadelphia, PA 19119
 4                   215.356.7425
                     Counsel for Plaintiff
 5
                     O'HAGAN MEYER
 6                   BY:  KEVIN L. GOLDEN, ESQUIRE
                     1717 Arch Street - Suite 3910
 7                   Philadelphia, PA 19103
                     215.461.3300
 8                   Counsel for Defendant, Police Athletic League

 9

10                   CITY OF PHILADELPHIA LAW DEPARTMENT
                     BY:  SHARON ULAK, ESQUIRE
11                   BY:  EMILY KAUFMAN, PARALEGAL
                     1515 Arch Street - 17th Floor
12                   Philadelphia, PA 19102
                     215.683.5000
13                   Counsel for Defendant, City of Philadelphia

14

15

16

17

18

19

20

21

22

23

24
```



Page 3

1                       I N D E X

2  TESTIMONY OF:                          PAGE NO.
   WILLIAM RIGHTER
3

4      BY:  MR. MCKINLEY                      5

5

6                       -  -  -

7                   E X H I B I T S

8                       -  -  -

9  NUMBER              DESCRIPTION      PAGE NO.

10  Exhibit A      Notice of Deposition      33

11  Exhibit B      Excerpt of Interview      36

12  Exhibit C        Certification          38

13  Exhibit D        Directive 8.7          41

14  Exhibit E      Anonymous Complaint      53

15

16

17

18

19

20

21

22

23

24



Page 4

```
 1                         -   -   -

 2              DEPOSITION SUPPORT INDEX

 3                         -   -   -

 4    Direction to Witness Not to Answer

 5    Page   Line

 6    None

 7

 8    Request for Production of Documents

 9    Page   Line

10    16     5

11    29     14

12    45     14

13

14    Stipulations

15    Page   Line

16    5      1

17

18    Question Marked

19    Page   Line

20    None

21

22

23

24
```



Page 5

```
 1                    (It is hereby stipulated and agreed
 2     by and among counsel for the respective parties that
 3     reading, signing, sealing, certification, and filing
 4     are waived; and that all objections, except as to
 5     the form of the question, are reserved until the
 6     time of trial.)
 7                         -  -  -
 8                    WILLIAM RIGHTER, after having been
 9     first duly sworn, was examined and testified as
10     follows:
11                         -  -  -
12                    EXAMINATION
13                         -  -  -
14          MR. DELEON:  Mr. McKinley is going to
15      conduct the deposition.
16          MR. MCKINLEY:  Are you going to introduce
17      yourself for the record?
18          MR. DELEON:  Oh, I'm sorry.  James M.
19      DeLeon, representing the plaintiff.
20     BY MR. MCKINLEY:
21          Q.   What's your name, sir?
22          A.   Lieutenant William Righter.
23          Q.   Lieutenant.  Okay.
24                    William?
```



Page 6

```
 1        A.    Righter, R-I-G-H-T-E-R.

 2        Q.    Throughout the deposition, I could call

 3   you lieutenant?

 4        A.    Certainly.  Yes.  If you would like.

 5        Q.    That would be easier for me.

 6              Good morning, Lieutenant.

 7        A.    Good morning.

 8        Q.    For the record, just state your full name?

 9        A.    Lieutenant William Righter, R-I-G-H-T-E-R.

10        Q.    What is your current occupation?

11        A.    I am currently a police lieutenant

12   assigned to the commissioner's office.

13        Q.    How long have you been in that assignment?

14        A.    I've been in that assignment approximately

15   two years.

16        Q.    Two years.

17              And how would you describe your

18   duties in that office?

19        A.    Yeah.  So I'm assigned to the office of

20   legal affairs.  We respond to subpoenas, legal

21   process, and various special projects as assigned by

22   the police commissioner.

23        Q.    What would be defined as a special

24   project?
```



Page 7

1          A.    Whatever the police commissioner needs.

2          Q.    Is the PAL program a special project?

3          A.    Not per se.

4          Q.    Not per se.

5                And prior to being in the police

6    commissioner office, where did you work?

7          A.    I was commanding officer for the criminal

8    records unit.

9          Q.    And where was that located?

10         A.    Police head quarters, 400 North Broad

11   Street.

12         Q.    And what were your duties in that

13   position?

14         A.    I oversaw the criminal records unit staff,

15   which is approximately 80 individuals.

16         Q.    And by oversaw, what did that entail?

17         A.    The coordination, planning, and operation

18   of the criminal records unit.

19         Q.    And you were basically supervisor?

20         A.    I was commanding officer.

21         Q.    Okay.  And prior to that, where did you

22   work?

23         A.    I was a sergeant in the research and

24   planning unit.



Page 8

1    Q.   Okay.  How long did you work there?

2    A.   Five years.

3    Q.   Five year.

4         And what were the duties there?

5    A.   I was policy analyst.  I would draft

6    agency policy, research best practices and oversee a

7    staff of four policy writers.

8    Q.   What's your educational background?

9    A.   I have a master's in law and public

10   policy.

11   Q.   Is a commanding officer, is that -- by

12   "commanding officer," are you distinguishing that

13   from being a supervisor?  Or is it the same thing?

14   I'm trying to determine.  Because I asked you if you

15   were in a supervisor capacity, and you said you were

16   commanding officer.

17   A.   Correct.  So there's supervisory

18   responsibilities, but overall, you're responsible

19   for the overall operation of a business unit.  In

20   this case, criminal records unit.

21   Q.   Okay.  And you've given depositions

22   before?

23   A.   I have.

24   Q.   Okay.  Many, would you say?



Page 9

1    A.    It's been quite some time.

2    Q.    When was the last time you gave one?

3    A.    Over five years ago.

4    Q.    Five years ago.  Okay.

5    A.    Mhm.

6    Q.    What is your understanding of why you are

7    here today?

8    A.    As a representative of the police

9    department.

10    Q.    Okay.  Is that the extent of your

11    knowledge of why you're here today, representing the

12    police department?

13    A.    That is the extent.  Mhm.

14    Q.    Did you review any documents or speak to

15    anyone in preparation for this deposition?

16    A.    Yes.

17    Q.    Other than your attorney?

18    A.    Correct.  I spoke to my attorney, as well

19    as my supervisor to let him know I was coming here

20    and reviewed the complaint.

21    Q.    Who designated you to come here today?

22    A.    Deputy Commissioner Francis Healy.

23    Q.    Francis?

24    A.    Healy.



```
 1        Q.    And what documents did you review in
 2    preparation for this deposition?
 3        A.    I reviewed the civil complaint, as well
 4    as -- well, that's about it.
 5        Q.    Do you know the plaintiff in this case?
 6        A.    I do not.
 7        Q.    Do you know the plaintiff, Evelyn Cintron?
 8        A.    I do not.
 9        Q.    Have you met her?
10        A.    I have not.
11        Q.    So other than what you read in the
12    complaint, is that -- are you saying that all you
13    know about this matter is what you read in the
14    complaint?
15        A.    That is correct.
16        Q.    Okay.  Now, let me ask you this.
17              In your current position, do you
18    write policy?
19        A.    Not directly, no.
20        Q.    Okay.
21        A.    Let me --
22        Q.    I'm sorry.  Go ahead.
23        A.    Yeah.  Let me qualify that.
24              So, again, as I said, special
```



1   project, so if the police commissioner has a special

2   policy or particular policy matter he wants

3   addressed by his staff, then I would be involved in

4   that, but that's not my routine function.

5        Q.   Now, you read a lot -- you read policy?

6        A.   I do.

7        Q.   And are you familiar with City policies,

8   in terms of disciplinary codes, directives governing

9   police officers?

10        A.   In a general sense, yes.

11        Q.   Okay.  And how familiar are you with the

12   PAL program, P-A-L, program?

13        A.   I couldn't quantify.

14        Q.   Okay.  Give me a minute.

15        A.   Mhm.

16        Q.   So who administers -- what's the

17   relationship between to Police Athletic League and

18   the Philadelphia Police Department?

19        A.   When you say, "relationship," what do you

20   mean?

21        Q.   Well, how do they interact?

22        A.   We have police officers assigned to our

23   PAL, which puts police officers in PAL centers

24   throughout the City.



Page 12

```
 1        Q.   What is the PAL unit?

 2        A.   It is a business unit within the

 3   Philadelphia Police Department.

 4        Q.   Okay.  So it's the business unit within

 5   the Philadelphia Police Department.

 6                  So it is supervised, managed, and

 7   controlled by the Philadelphia Police Department?

 8        A.   The PAL unit or PAL --

 9        Q.   So the PAL unit?

10        A.   The PAL unit, that is correct.

11        Q.   Who is responsible for that unit?

12        A.   The commanding officer.

13        Q.   Who is that?

14        A.   It's a captain at this point.  Marc

15   Metellus.

16        Q.   Marc?

17        A.   Metellus.

18        Q.   And where would his office be?

19        A.   I don't know.  PAL headquarters.

20        Q.   So have you ever talked to Marc Metellus?

21        A.   I have not.

22        Q.   What exactly is his title with the PAL

23   unit?

24        A.   Commanding officer.
```



Page 13

1    Q.   Commanding officer.

2         Do you know what his duties are?

3    A.   I do not.

4    Q.   So if anyone were to discipline an officer

5    that's assigned to the PAL unit, it would be Marc

6    Metellus.

7         Would that be fair to say?

8    A.   No.

9    Q.   Okay.  Who would do that?

10   A.   So it depends on to nature of discipline.

11        When you say, "discipline," what are

12   you referring to?

13   Q.   So insubordination, for example, if there

14   was -- who would handle that?

15   A.   So a commanding officer could request

16   disciplinary charges by the process of filing a

17   memorandum to what's called the PBI, Police Board of

18   Inquiry.

19   Q.   So how many police officers are assigned

20   to the PAL unit?

21   A.   That, I don't know.

22   Q.   Who is the direct supervisor commanding

23   officer over the police officers assigned to the PAL

24   unit?



Page 14

```
 1       A.    Marc Metellus.

 2       Q.    Marc Metellus.

 3             And are the PAL units distributed

 4  throughout the City, different locations?

 5       A.    I understand the police officers are

 6  assigned to different PAL centers throughout the

 7  City.

 8       Q.    How many are there?

 9       A.    I don't know.

10       Q.    You don't know a lot of things about the

11  PAL.  So you don't know much about the PAL unit.

12             You don't know how many PAL centers

13  there are?

14       A.    Correct.

15       Q.    Okay.  But you've been designated as the

16  corporate designee on this deposition involving an

17  officer that was assigned to the PAL unit, correct?

18       A.    Correct.

19             MS. ULAK:  At this point, I'm just going

20        to put on the record that this is a 30(b)(6)

21        notice.  And I made it very clear that I was

22        producing somebody to speak generally about

23        policies or procedures.  You have not designed

24        or requested the commanding officer of the PAL
```



Page 15

1        unit.
2                MR. DELEON:  We didn't need to.  You could
3        do what you did.  We didn't ask for a specific
4        and you're not under any type of duty to give a
5        specific.
6                MS. ULAK:  Okay.
7    BY MR. MCKINLEY:
8        Q.   So what are the duties of the police
9    officers assigned to the PAL unit?  Do you know?
10       A.   I do not.
11       Q.   Okay.  And are they governed under a
12   specific code of conduct?  Are they governed under
13   the same disciplinary code as any other police
14   officer?
15       A.   That is correct.
16       Q.   Okay.  Have you ever seen any policies,
17   procedures, and handbooks concerning officers
18   assigned to the PAL units, anything specifically
19   about the officers that --
20       A.   I'm aware of the existence of that, but I
21   have not seen it or reviewed it.
22       Q.   So there exists a policy, procedure manual
23   for officers assigned to the PAL unit?
24       A.   There exist a policy and procedure manual



Page 16

1    today as we speak for the officers assigned to PAL

2    unit.

3         Q.   You say, "today."

4         A.   Mhm.

5         Q.   Is that something you could produce for

6    me?  I would ask that you produce it.

7              MS. ULAK:  Yeah.  The City can produce

8         that.

9    BY MR. MCKINLEY:

10        Q.   Okay.  And you say it exists today.

11        A.   Mhm.

12        Q.   Is it something that didn't exist prior to

13   today?  You specifically said, "today."

14        A.   Right, right.  Yeah.  It exists under the

15   command of Marc Metellus.

16        Q.   Okay.

17        A.   I was unable to find any documents that

18   exist prior to Marc Metellus.

19        Q.   Okay.  And so when -- so when would Marc

20   Metellus command had began then so I can determine

21   --

22        A.   Approximately 2023.

23        Q.   '23?

24        A.   Mhm.  And that is an incredibly rough



Page 17

1    estimate.

2         Q.   So it would be fair to say that prior to

3    Marc Metellus's command in 2023, there did not exist

4    a specific policy and procedure manual for officers

5    assigned to the PAL unit?

6         A.   No.  It would be fair to say I was unable

7    to locate any document.

8         Q.   Okay.  All right.  Prior to 2023?

9         A.   Correct.

10        Q.   Now, other than this policy and procedures

11   manual, are there any other written documents that

12   you're aware of concerning the relationship between

13   the Philadelphia Police Department and the PAL

14   program, other than the -- let me be clear.  Let me

15   strike that.

16              The policy and procedures manual that

17   we referred to that was written in 2023, that

18   concerns the command or supervision of Marc Metellus

19   over the police officers, right, assigned to the PAL

20   unit?

21        A.   That document, which I do not know

22   exactly -- you said it was authored in 2023.  I

23   don't know that it was authored in 2023.

24        Q.   You said the first time that you were



Page 18

1    aware of a document like this in existence was under

2    the Marc Metellus command?

3         A.    That is correct.

4         Q.    And that was 2023?

5         A.    That is correct.

6         Q.    Okay.  So I want to be clear.

7         A.    Yes.

8         Q.    You're not aware of any other document

9    concerning the policies and procedures for the PAL

10   unit prior to 2020?

11        A.    Correct.

12        Q.    You're not aware of it?

13        A.    Correct.

14        Q.    And you haven't seen one?

15        A.    That is correct.

16        Q.    This particular policies and procedures

17   manual that you are aware of, my question is:  Does

18   it just govern the command or the supervision of the

19   police officers assigned to the unit?

20        A.    It does, yes.

21        Q.    Okay.  Now, are there any manuals or

22   handbooks regarding the employee duties, the duties

23   of the officers assigned to the unit, like, anything

24   that would describe the job functions and duties and



Page 19

```
 1   responsibilities of officers that are assigned to
 2   the PAL unit?  Are you aware of any manuals or
 3   policies and procedures that exist?  Like, you know
 4   your duties on your job.  I'm pretty sure you could
 5   find your particular duties somewhere written down
 6   in a handbook.
 7              Would that be fair to say?
 8       A.   No.
 9       Q.   Do you have a job description?
10       A.   I do have a job description.
11       Q.   My question is:  If you have a job
12   description, is it written down?
13       A.   It is.
14       Q.   Where would you find it?
15       A.   Human resources.
16       Q.   Okay.  My question is:  Where would -- is
17   there a written job description describing what the
18   duties and functions are of the police officers
19   inside the PAL unit?
20       A.   So the answer to your question is two
21   parts.  First you're asking the duties of police
22   officers.
23       Q.   The police officers assigned to the PAL
24   unit.
```



1      A.   Correct.  So there's a job description

2   describing the duties and functions of a police

3   officer.  Whether there is a job description that is

4   unique to the police officers assigned to the PAL

5   unit, that, I'm not aware of.

6      Q.   Okay.  So are you saying you're not aware

7   of whether it exists, or there isn't one?  That's

8   what I'm asking.

9      A.   I'm not aware whether it exists.

10     Q.   Okay.  So if that job description existed,

11  where would I get it?

12     A.    In all likelihood, that would be the SOP

13  manual.

14     Q.   The SOP manual --

15     A.   The manual we're referring to.  The

16  policies and procedures drafted by Marc Metellus.

17     Q.   Okay.  Did you bring that with you today?

18     A.   I did not.

19     Q.   Now, you knew you were coming to --

20         MS. ULAK:  (Indicating).

21         MR. MCKINLEY:  Excuse me?

22         MS. ULAK:  Well, go ahead.  Ask your

23     questions.

24  BY MR. MCKINLEY:



1       Q.   You knew you were coming here regarding a

2   complaint filed by a plaintiff that was filed

3   against the PAL unit.

4               Are you aware what her claims are?

5       A.   Correct.

6       Q.   You didn't think it was be helpful to get

7   the policy and procedure manual from Marc Metellus

8   for this deposition?

9               MS. ULAK:  Objection.  Argumentative.

10              THE WITNESS:  I did not think the policies

11          and procedures that exist today would be

12          helpful to explain events that occurred during

13          the time period.

14  BY MR. MCKINLEY:

15      Q.   Fair enough.

16              Did you talk to Mr. Metellus?

17      A.   I did not.

18      Q.   Do you know the duties of Ms. Cintron,

19  what her job description was and what her duties

20  were?

21      A.   My understanding is Ms. Cintron was a

22  lieutenant.  I understand the job duties and

23  descriptions of a lieutenant.

24      Q.   Right.



Page 22

1        A.   I do not have an understanding of the job

2   description or duties of a lieutenant specifically

3   assigned to the PAL unit.

4        Q.   What would be her job description as a

5   lieutenant that you know of?  What would that be?

6        A.   Oversee sergeants, oversee subordinate

7   supervisors, sergeants or corporals, and ensure to

8   carry out the mission of the police department in

9   accordance with the rules, regulations, and

10  procedures.

11       Q.   Okay.  If she functioned in a supervisory

12  capacity, a commanding officer --

13       A.   Commanding officer is -- a supervisor a

14  subset of a commanding officer, yes.

15       Q.   Okay.  If Ms. Cintron, the plaintiff, was

16  assigned to the PAL unit as commanding officer, any

17  officers at the particular -- is she responsible for

18  just the police officers at the unit she's assigned

19  to at the PAL center she's assigned to?  Or does she

20  supervise any police officer that's assigned to a

21  PAL unit?  Is she a superior over any police officer

22  assigned to the PAL unit?

23       A.   She would be a superior over all police

24  officer personnel assigned to the PAL unit, yes.



Page 23

1      Q.   Okay.  I got to ask again.  If I repeat

2   it, I won't ask it.

3           So you have no idea of what her

4   particular responsibilities were at -- if she's

5   assigned to a PAL unit?

6      A.   I do not, no.

7      Q.   So let me ask you this.

8           If, as a lieutenant assigned to a PAL

9   facility, would it be reasonable for her to inform

10   people if she had issues concerning the condition of

11   a facility?

12      A.   It would be.

13      Q.   Okay.  And if she thought there was a

14   safety risk, would that be appropriate for her to

15   point out to her superiors?

16      A.   It would be.

17      Q.   Okay.  So in addition to supervising the

18   police officers under her, she also has a duty to

19   the public.

20           Wouldn't that be fair to say?

21      A.   That's a very broad statement.

22           When you say, "a duty to the public,"

23   what do you mean by that?

24      Q.   Well, a police officer, obviously, is



Page 24

1    required to protect and serve.

2         A.    Sure.

3         Q.    That's a standing order, correct?

4         A.    It's fair.

5         Q.    Fair.  So if she felt -- to the citizen,

6    she has a duty to protect and serve them, correct?

7         A.    Her, specifically, or as her role as

8    lieutenant?

9         Q.    As a police officer.

10        A.    Yes.  That's correct.

11        Q.    Of course.

12        A.    Correct.

13        Q.    And that would be -- that would, you

14   know -- that would include if she thought a

15   particular facility was unsafe for the public?

16   Wouldn't that be something as a police lieutenant

17   she would address?

18        A.    I think that's accurate.

19        Q.    And who would she take that concern to?

20   Where would she take that as a lieutenant?

21        A.    To her immediate supervisor.

22        Q.    Do you know who her -- that would be

23   Mr. Metellus -- it wasn't the Mr. Metellus at that

24   time.



Page 25

1                    Who was --

2          A.    So at that time, that position reported to

3    a deputy police commissioner.

4          Q.    So do you know who that was?

5          A.    I believe it was Deputy Sullivan and

6    Deputy Patterson.

7          Q.    And where were they housed?  Where were

8    they stationed?  Or where was their office?

9          A.    Police headquarters.

10         Q.    And at the time, the police Headquarters

11   was where?

12         A.    750 Race Street.

13         Q.    So by her reporting something like that to

14   the deputy police commissioner, and that would be

15   Sullivan or Patterson, is it fair to say they were

16   responsible for directly supervising her?

17         A.    That's correct.

18         Q.    Okay.  So they would be her supervisors

19   prior to Mr. Metellus, this deputy commissioner

20   Sullivan or Patterson?

21         A.    So that is --

22              MS. ULAK:  No.  It's okay.  I think we

23         need to clarify for the record here a little

24         bit.  I think we're conflating people.



1          Who do you think -- I'm just going to ask

2     this question.

3          Who are we understanding to be her

4     supervisor?

5          MR. MCKINLEY:  That's what I'm asking him.

6          MS. ULAK:  Okay.  You're naming three

7     different people.

8          MR. MCKINLEY:  Well, I'm working off the

9     information he gave me.  He can clarify.  I'm

10     the one asking -- see.  I know who was the

11     direct commanding officer in 2023.

12          MS. ULAK:  Mhm.

13          MR. MCKINLEY:  But this complaint centers

14     around dates prior to that.  I'm trying to

15     determine the supervisory structure at that

16     time.

17          MS. ULAK:  Okay.  Go ahead.

18          THE WITNESS:  Yeah.  That's exactly what I

19     was about to address.

20          Let's be clear that every police

21     commissioner reserves the right to establish

22     their own priorities, to include their own

23     organizational chart, if you will.  Each police

24     commissioner can adjust where PAL falls in



Page 27

1       what's referred to as the chain of command at

2       any given time.

3            Thus, the police commissioner at that time

4       could have very well made a different decision

5       than the police commissioner today.  And,

6       likewise, a police commissioner ten years ago

7       could have made a different decision.

8            At the time Lieutenant Cintron was in

9       charge, it's my understanding she reported to

10      the deputy commissioner of control, which is

11      Deputy Commissioner Sullivan.

12   BY MR. MCKINLEY:

13      Q.   Okay.  Is he still with the police

14   department?

15      A.   He is not.

16      Q.   He retired?

17      A.   He is retired, to my understanding.

18      Q.   Do you know what year?

19      A.   I do not know.

20      Q.   Have you ever reviewed any of

21   Ms. Cintron's employment records?

22      A.   I have not, no.

23      Q.   Okay.  And you're aware that this was a

24   complaint filed by Ms. Cintron, right?



Page 28

1          A.    I'm aware of the civil complaint, yes.

2          Q.    When did you first review the civil

3    complaint?

4          A.    Perhaps two days ago.

5          Q.    Two days ago.

6                So the only thing you reviewed, if

7    I'm correct, in preparation for this deposition, was

8    the complaint?

9          A.    I'm not sure how to answer that.

10               What are you asking me?

11         Q.    So let's be clear.

12         A.    Right.

13         Q.    I thought you said you reviewed the

14   complaint.

15         A.    That's correct.

16         Q.    What else did you review, besides the

17   complaint?

18         A.    There were no other documents to review.

19   In preparation for this, I did search for documents

20   that existed during Lieutenant Cintron's tenure

21   there, which I was unable to find.

22         Q.    So her employment records don't exist?

23         A.    Her employment records do exist.  Your

24   question was did I review them.  I did not review



Page 29

1   them.

2       Q.   Okay.  Let me be clear.  You said that you

3   searched, and the only thing you found was the

4   complaint?

5       A.   I searched for governing documents over

6   the PAL unit during the period concerning.  So the

7   policies that I'm referring to today that were

8   written by Marc Metellus, I searched to determine

9   whether there were any policies that existed in our

10  repository relevant to policies and procedures that

11  were in PAL during that particular unit -- excuse

12  me -- during that particular time period, and I was

13  unable to locate any of these.

14          MR. MCKINLEY:  And so I'm clear for the

15      record, that current policy for Mr. Metellus

16      will be produced?

17          MS. ULAK:  That is outside of the scope of

18      the 30(b)(6) deposition notice, but I will

19      produce it.

20          MR. MCKINLEY:  It's pattern, policy, and

21      practice claim.  I think it's relevant.

22          MS. ULAK:  It's outside of the scope of

23      the 30(b)(6) deposition notice, but I will

24      produce it.



Page 30

```
 1   BY MR. MCKINLEY:

 2        Q.   So let me ask you this.

 3             There are employment records that

 4   would have Ms. Cintron's employment history that

 5   exists, correct?

 6        A.   That is correct.

 7        Q.   And those employment records would show

 8   her start -- you know, the trajectory of her career

 9   with the police department, right, from hire to

10   ending?

11        A.   That is correct.

12        Q.   And it will show her advancement history,

13   correct?

14        A.   That is correct.

15        Q.   And it would also show her disciplinary

16   record, correct?  If she had a disciplinary record,

17   it would show that, it would contain that, right?

18        A.   Those are two separate records.

19        Q.   Okay.  Fair enough.

20             So do you know whether she was

21   disciplined as a lieutenant during her employment in

22   the PAL unit?  Do you know?

23        A.   I do not, no.

24        Q.   And you didn't seek to see whether she
```



Page 31

1    was?

2        A.    I did not.

3        Q.    Okay.  You could obtain -- if there is a

4    disciplinary record for Ms. Cintron, you could

5    produce that?  You can obtain it, correct?

6        A.    That is correct.

7            MS. ULAK:  Those records have already been

8            produced in discovery.

9    BY MR. MCKINLEY:

10       Q.    And her employment records, that's a

11   separate thing.

12               Have you reviewed them?

13       A.    Define what you mean by "employment

14   records."

15       Q.    Well, you said the disciplinary records

16   are different.

17       A.    Mhm.

18       Q.    Employment records would be date of hire,

19   talk about her advancement.

20       A.    Sure.

21       Q.    Okay.  Did you seek to review the records

22   for her employment history?

23       A.    I did not.

24               MS. ULAK:  And, again, that's outside of



Page 32

```
 1        the scope of the 30(b)(6) deposition.
 2   BY MR. MCKINLEY:
 3        Q.   Have you reviewed the 30(b)(6) notice?
 4        A.   I have.
 5        Q.   Okay.  And what was your understanding of
 6   what it wanted you to do?  What was your -- what --
 7   did you comprehend this notice?
 8        A.   Yes.
 9        Q.   What was your understanding of what it
10   asked you to produce us?
11             MS. ULAK:  I'm just going to put on the
12        record that you've handed my client, I believe,
13        a 30(b)(6) notice that -- directed to the
14        Police Athletic League.
15             I also want to clarify for the record that
16        I believe the one was for the City of
17        Philadelphia head -- no.  Never mind.  Let me
18        just doublecheck this.  Okay.  Never mind.
19             Go ahead.
20   BY MR. MCKINLEY:
21        Q.   So are you familiar with that, sir?
22        A.   I am.
23        Q.   Okay.  Let's go through the documents it
24   requested you to produce.
```



Page 33

```
 1              COURT REPORTER:  Do you want this marked
 2        as Exhibit A?
 3              MR. MCKINLEY:  Yes, please.
 4                  (Exhibit A marked for
 5        identification.)
 6              MS. ULAK:  Actually, I would like to take
 7        a moment to review this.
 8              Thank you.
 9                  (Recess taken from 9:19 a.m. to 9:22
10        a.m.)
11              MS. ULAK:  I want to put on the record
12        that the deposition notice marked as Exhibit A
13        has not been -- is not the one that was
14        produced to the City of Philadelphia.  This is
15        a different deposition notice.
16              MR. DELEON:  What do you mean?
17              MS. ULAK:  This is not the dep notice that
18        the City of Philadelphia received.
19              MR. DELEON:  That's the last one I sent.
20              MS. ULAK:  When did you send it?
21              MR. DELEON:  I sent it when I sent to
22        everybody.  I mean, I can pull it up to, if you
23        need me to.
24              MS. ULAK:  No.  I mean...
```



1           MR. DELEON:  I sent it the same time when

2      I did it for everybody.

3           MS. ULAK:  On November 3rd.

4           MR. DELEON:  I don't know if it's

5      November 3rd.  I have to look it up, if it's an

6      issue.

7           MS. ULAK:  In the deposition notice I

8      received on November potentially 3rd was

9      erroneous because it was a copy and paste from

10     PAL.  I never received another one after that.

11     I went off of one that had 17 points on it, not

12     23.

13 BY MR. MCKINLEY:

14     Q.   Lieutenant.

15     A.   Sir.

16     Q.   Are you aware that -- you heard your

17 counsel mention discovery.

18          You heard the word "discovery"?  She

19 said things were produced in discovery.

20     A.   I have, yes.

21     Q.   Do you know what discovery is?

22     A.   Yes.

23     Q.   Okay.  For the record, please explain your

24 understanding.  Discovery is what?



Page 35

```
 1      A.   Understanding the -- gathering information

 2  and facts related to the matter.

 3      Q.   Okay.  And you know that that includes

 4  documents that would have been produced by the City?

 5      A.   At -- through a subpoena, yes.

 6      Q.   Exactly.  Okay.

 7                Are you aware that the plaintiff in

 8  this case filed a claim against the PAL unit, filed

 9  a claim alleging discrimination?

10      A.   Against the PAL unit or against -- what

11  are you asking?

12      Q.   Are you aware that she filed a claim

13  alleging that she was retaliated against and

14  discriminated?  Are you aware of that?  Evelyn

15  Cintron?  You saw the nature of the complaint?

16      A.   I did, yes.

17      Q.   And you haven't reviewed any documents

18  that she submitted pursuant to that claim?

19      A.   Any documents she submitted?

20      Q.   Yeah.  That she filed.

21      A.   I have not, no.

22      Q.   Okay.  Now --

23                MR. MCKINLEY:  Counsel, these are

24           documents that I've been told were produced by
```



Page 36

1        the City.

2               MS. ULAK:  That's correct.  Yes.

3               MR. MCKINLEY:  Okay.

4               MS. ULAK:  I think you have accidentally

5          produced something that's your personal notes.

6               MR. MCKINLEY:  All right.

7               MS. ULAK:  Okay.  Yep.

8    BY MR. MCKINLEY:

9        Q.   All right.  So I'm going to show you a

10   document, Lieutenant, that we received in discovery

11   from City attorneys.  This is the second page.

12               MS. ULAK:  I'm just going to take a look

13          at this.

14               So I'm just going to put on the record,

15          you've handed Lieutenant Righter a document

16          marked City 152 and City 155.  So I would

17          object to the characterization that it's the

18          second page.

19               MR. MCKINLEY:  I don't disagree with your

20          characterization.

21   BY MR. MCKINLEY:

22        Q.   Lieutenant, take a review of that.

23               (Exhibit B marked for

24          identification.)



Page 37

1              THE WITNESS:  Okay.

2    BY MR. MCKINLEY:

3         Q.   Are you familiar with that document or

4    that form?

5         A.   I am not.

6         Q.   Okay.  Have you ever seen anything like

7    that before?

8         A.   In what context?

9         Q.   In the context of your employment.  You've

10   worked in policy.

11        A.   I have never seen this specific, detailed

12   analysis or question and answer in my tenure as a

13   police officer.

14        Q.   Okay.  Have you ever had access to any

15   files that were generated in internal affairs?

16        A.   Yes.

17        Q.   Okay.  And are you aware that there may be

18   an internal affairs filing concerning Ms. Cintron?

19        A.   Yes.

20        Q.   Okay.  And you didn't review it in

21   preparation of this deposition?

22        A.   No.

23        Q.   Okay.  Did you -- you haven't had a chance

24   to review the documents produced by the City in this



Page 38

1    case?  The discovery documents, you haven't reviewed

2    them in preparation for the deposition?

3          A.    No.  So I -- nope.

4          Q.    Showing you another document.  Mark it C.

5                (Exhibit C marked for

6    identification.)

7                MR. MCKINLEY:  Counsel, you saw the

8          documents?

9                MR. DELEON:  What's the Bates number on

10         that, Sharon?

11               MS. ULAK:  City 156.

12               (Exhibit C marked for

13   identification.)

14   BY MR. MCKINLEY:

15         Q.    Have you ever seen a form like this

16   before?

17         A.    This specific form I have not seen.

18         Q.    Okay.  But you have reviewed internal

19   affairs files?

20         A.    I have.

21         Q.    And you've never seen this in an internal

22   affairs file?

23         A.    I have no independent recollection of

24   seeing this --



1        Q.    Not the particular pertaining to

2    Ms. Cintron, but just this particular form.

3        A.    Excuse me one second.

4              This looks like a form that would be

5    used by the EEO officer of internal affairs.  Yes.

6        Q.    And why would the EEO officer use this

7    form?

8        A.    To inform the statement giver that this is

9    an ongoing investigation being conducted by internal

10   affairs, and they are ordered not to disclose any

11   information discussed.

12       Q.    You say, "EEO."

13             Do you have an understanding of what

14   that stands for?

15       A.    Equal employment opportunity.

16       Q.    Okay.  So from looking at that form, you

17   would conclude that this then concerns the interview

18   that was given pursuant to an EEO complaint,

19   correct?

20       A.    No.  I -- I'll need to correct that.

21       Q.    Please.

22       A.    So this is regarding an investigation

23   being conducted by internal affairs.  Generally, an

24   EEO is a subset of what may be conducted by internal



Page 40

1    affairs.  But there is also a broad range of

2    investigations.  This looks like an investigation

3    being conducted by internal affairs, not

4    specifically EEO.

5         Q.   So if Ms. Cintron filed a complaint

6    against a commanding officer, internal affairs would

7    address that, correct?

8         A.   They could.

9         Q.   They could?

10        A.   If she filed a complaint with them, yes.

11        Q.   Okay.  So would that indicate that she's

12   filed a complaint with them?  That form would

13   indicate that, right?

14        A.   No.

15        Q.   Okay.  So what does it indicate to you?

16        A.   That there is an ongoing investigation

17   being conducted by internal affairs.

18        Q.   Mhm.

19        A.   And that the individual who signed this,

20   who appears to be Evelyn Cintron, is being ordered

21   by the commanding officer of internal affairs not to

22   disclose information discussed in this

23   investigation.

24        Q.   All right.  But let me ask you this.



1       A.    Mhm.

2       Q.    It would be fair to conclude that she at

3   least gave a statement to internal affairs?

4       A.    It would be fair to conclude that this

5   says a statement was concluded.

6       Q.    And it is correct, it would have been

7   taken by an EEO officer, correct?

8       A.    No.

9       Q.    Okay.  So make me -- I'm confused now.

10                  You said this would be -- you

11  referenced EEO in relation to this.

12      A.    But I corrected myself to say that this is

13  an internal affairs, generally, which could include

14  EEO, but it could include a whole host of things.

15      Q.    Understand.  Okay.

16                  This is Philadelphia Police

17  Department Directive 8.7 concerning employment

18  discrimination, equal opportunity.  I'm handing it.

19                  (Exhibit D marked for

20  identification.)

21          MR. GOLDEN:  Sharon, can you let me know

22      the Bates range?

23          MS. ULAK:  It's number City680 through

24      City691.



Page 42

```
 1              MR. GOLDEN:  Thanks.

 2    BY MR. MCKINLEY:

 3        Q.   Now, Lieutenant Righter, you're familiar

 4    with this directive?

 5        A.   In a general sense, yes.

 6        Q.   Okay.  So let's turn to page 3, the

 7    Definition section.  It starts on page 2, the

 8    definitions.

 9        A.   I see definitions.

10        Q.   Okay.  So you see the page 3 where

11    Retaliation is defined?

12        A.   Letter D, Retaliation.

13        Q.   Okay.

14        A.   I do see that.

15        Q.   And were you familiar with the definition

16    of what retaliation is under this directive, prior

17    to being here today?

18        A.   I have a general sense of retaliation.  As

19    to what's specifically codified here, I can't say

20    that.

21        Q.   You want to tell me the general sense of

22    what retaliation would be?

23        A.   Sure.  Taking an action in retaliation for

24    or in retribution for a protected action.
```



Page 43

1        Q.    You said "a protected action"?

2        A.    Mhm.

3        Q.    What's a protected action?

4        A.    I'll strike that.  I didn't mean to say,

5    "a protected action."

6              In response to an action is my

7    understanding of what retaliation is.

8        Q.    So if the plaintiff in this case filed a

9    complaint about a commanding officer and was

10   subsequently disciplined for anything and she

11   thought it was based on retaliation, she would be

12   able to use this directive to bring a complaint,

13   wouldn't that be fair to say?

14       A.    Repeat that.

15             MS. ULAK:  I'm just going to object to the

16        extent that the question calls for a legal

17        conclusion, but you can answer.

18             MR. MCKINLEY:  I got you.  I'll rework it.

19   BY MR. MCKINLEY:

20       Q.    If an employee felt that they were being

21   retaliated against for filing a complaint against a

22   commanding officer, this would be the directive that

23   they would utilize to bring the complaint, correct?

24       A.    I don't know that I understand what you're



Page 44

1    asking.  I don't know that anyone needs a directive

2    to bring a complaint.  Qualify what you're asking,

3    please.

4          Q.   So a police officer, right, is governed by

5    these directives?

6          A.   Correct.

7          Q.   Okay.  And if they felt that they were the

8    victim of retaliation in violation of equal

9    employment laws, there's a process to file that

10   complaint within the department, correct?

11         A.   There is.

12         Q.   Tell me that process.

13         A.   That process, you could file a complaint

14   either directly through internal affairs.  You could

15   file a complaint through your immediate supervisor.

16   You could file a complaint through the City's EEO

17   process, not just the police department.

18         Q.   Sure.

19         A.   You could file a complaint with the human

20   relations commission, or the Federal EEOC.  There's

21   multiple avenues to file a complaint.

22         Q.   Okay.  And if someone files it with

23   internal affairs, would this directive govern that?

24         A.   Again, I'm trying to figure out what



Page 45

1   you're asking.

2               What do you mean, "Would this govern

3   that?"?

4       Q.   Are you aware of any policy manuals

5   concerning how internal affairs handles EEO

6   complaints brought to them?  Do you have specific

7   policy manuals and directives concerning when these

8   complaints sent for retaliation would be brought to

9   them?  Do they have their own specific policy

10  manuals concerning that?

11      A.   Internal affairs does has standard

12  operating procedures that govern various types of

13  complaints, and EEO is one of them, yes.

14              MR. MCKINLEY:  Okay.  And that is a

15          document that can be produced, Counsel?

16              MS. ULAK:  Yeah.

17  BY MR. MCKINLEY:

18      Q.   If Ms. Cintron, or the plaintiff in this

19  case, filed an EEO complaint with internal affairs,

20  that would be governed by their internal -- not

21  saying exclusively, but they would use their

22  particular policies and procedures that you're aware

23  of to address?  That would, at least, be the process

24  that they would use their manual?



Page 46

1        A.    Yes.

2        Q.    Okay.  So prior to coming here today,

3    Lieutenant, I -- and I may have asked this, but you

4    didn't -- were you aware as to whether Ms. Cintron

5    filed a complaint with internal affairs?  Were you

6    aware of that?

7            MS. ULAK:  I'm going to --

8    BY MR. MCKINLEY:

9        Q.    Did you know whether she did or not?  Is

10   what I'm asking.  I'm not saying if it existed.  Did

11   you know whether it existed?

12       A.    Yes.

13       Q.    So you did know she brought an internal

14   affairs complaint?

15       A.    No.  I knew there was internal affairs

16   involvement with Ms. Cintron.  Whether it was a

17   complaint brought by Ms. Cintron or whether it was

18   an unrelated investigation, that, I do not know.

19       Q.    Oh, okay.  I will be clear.

20            You knew that there was an internal

21   affairs complaint brought by Ms. Cintron?

22       A.    No.

23       Q.    You knew there was an internal affairs

24   filed?



Page 47

```
 1        A.    Yes.

 2        Q.    Okay.  And what it was related to, you did

 3   not know?

 4        A.    Correct.

 5        Q.    Is it possible it could have been related

 6   to a complaint she brought in internal affairs?

 7              MS. ULAK:  Objection.  Calls for

 8         speculation.

 9              You can answer, if you know the answer.

10              THE WITNESS:  Is it possible?  I mean...

11   BY MR. MCKINLEY:

12        Q.    No, no, no.  I'll ask you a better

13   question.  Strike that.

14        A.    Fair enough.

15        Q.    If Ms. Cintron filed an internal affairs

16   complaint, they would have a file?

17        A.    That is correct.

18        Q.    Okay.  And you did not review

19   Ms. Cintron's internal affairs file?

20        A.    No.

21        Q.    Okay.  So is that something that could be

22   produced?  If you wanted to review it, you could

23   actually get it and review it, right?

24        A.    I could.
```



Page 48

 1              MR. MCKINLEY:  Okay.  And that's something

 2         you could produce, Counsel?

 3              MS. ULAK:  The City of Philadelphia has

 4         provided the entirety of an internal affairs

 5         investigation related to Evelyn Cintron.

 6              MR. MCKINLEY:  Okay.  Fair enough.

 7              Excuse me.  I'm wrapping up soon.

 8              MS. ULAK:  Okay.  Very good.

 9    BY MR. MCKINLEY:

10         Q.   You may have answered this, but I want to

11    clarify.

12                   In your preparation for today, you

13    weren't aware there was an EEO complaint filed with

14    internal affairs related the basis of this

15    complaint.  You reviewed the complaint.

16                   Are you saying you weren't aware

17    whether there was an EEO complaint that was filed

18    with the internal?

19              MS. ULAK:  That was related to the basis

20         of this civil action complaint?

21              MR. MCKINLEY:  Right.

22              THE WITNESS:  One more time, please.

23    BY MR. MCKINLEY:

24         Q.   Okay.  You read the complaint.



1          A.    I did.

2          Q.    Okay.  And if I understand your testimony

3    correctly, are you saying that you were not aware as

4    to whether the basis of this complaint, okay,

5    related to a complaint that Ms. Cintron filed with

6    internal affairs that there was a relation between

7    the compliant and any complaint that Ms. Cintron had

8    filed with internal affairs?

9          A.    So I think this is where things are

10   getting confused.  So when you say, "complaint,"

11   you're referring to the civil complaint, right?

12         Q.    Right.  You reviewed the civil complaint.

13         A.    Reviewed the civil complaint.

14         Q.    Right.  Now when I go to file with

15   internal affairs, I'm talking about their complaint

16   process which we discussed when we discussed the

17   directive.

18         A.    Right.

19         Q.    So are you aware of whether she had

20   actually filed a complaint with internal affairs

21   that related to the basis of the complaint she

22   now --

23         A.    No.

24         Q.    Okay.  All right.  I'm going to hand you



Page 50

1    --

2              MR. MCKINLEY:  Counsel, you produced

3       these, right?  One is thicker than the other.

4              Do you know why that --

5              MS. ULAK:  I would assume --

6              MR. MCKINLEY:  I don't -- I want to put

7       the one that's complete in, but I don't want to

8       --

9              MS. ULAK:  I want to be clear that you

10      have not put in the complete internal affairs

11      investigation.  You have handed my client pages

12      and excerpts from the internal affairs

13      investigation --

14             MR. MCKINLEY:  Okay.  I never said I'm

15      putting in the complete file.  I'm putting in

16      what I'm putting in.

17             MS. ULAK:  Okay.  And I'm allowed to

18      clarify for the record what you have handed my

19      client.

20             MR. MCKINLEY:  Right.

21             MS. ULAK:  There is more pages of the

22      internal affairs investigation than that.

23      That's why this one is thicker.

24             MR. MCKINLEY:  For the record, I think



Page 51

```
 1        we're identifying everything that's coming in.
 2        I'm not saying, "This is the complete file."
 3             MS. ULAK:  Okay.
 4             MR. MCKINLEY:  I thought we marked
 5        everything, right?
 6             MS. ULAK:  Well, we'll marking them, yeah.
 7        I don't know that we're explaining what they
 8        are.
 9             MR. MCKINLEY:  Is anybody contesting these
10        are not contents that came in internal affairs?
11        Is that something being disputed on somebody --
12             MS. ULAK:  No.  I certainly didn't say
13        that.  I'm just saying that you are handing
14        snippets.
15             MR. MCKINLEY:  Contents that were
16        contained in an internal affair file.
17             MR. GOLDEN:  Just for the record, I have
18        not seen what's being shared with the witness,
19        so I reserve all rights as it relates to the
20        admissibility and authenticity of those
21        documents.  He's free to ask whatever questions
22        he wants.
23             MR. MCKINLEY:  You're counsel for the
24        City?
```



Page 52

```
 1              MR. GOLDEN:  I'm counsel for PAL.

 2              MR. MCKINLEY:  Okay.  Fair enough.

 3              Are you aware of the discovery that was

 4       produced by the City?

 5              MR. GOLDEN:  Yes.

 6              MR. MCKINLEY:  You haven't seen it?

 7              MR. GOLDEN:  I've seen it.  I'm saying you

 8       haven't provide me a copy, so I don't know what

 9       you're showing.  For the record, I don't know

10       what it is.

11              MR. MCKINLEY:  Prior to you saying

12       something, I actually didn't know who you were.

13              MR. GOLDEN:  Well, nice to meet you.

14              MR. MCKINLEY:  Likewise.  I think I'll

15       wrap it up soon.

16  BY MR. MCKINLEY:

17       Q.   I'm going to show you -- let me look at

18  this right quick.

19              Sir, you have reviewed internal

20  affair files in your capacity as a lieutenant?

21       A.   Yes.  That's correct.

22       Q.   And you have reviewed complaints that were

23  filed by police officers?

24       A.   That is correct.  Yes.
```



Page 53

1          Q.    Okay.  All right.  I.

2                     I'm going to show you -- let's mark

3     this.

4                COURT REPORTER:  E.

5                     (Exhibit E marked for

6     identification.)

7     BY MR. MCKINLEY:

8          Q.   So I'm showing you a document marked as

9     Plaintiff's Exhibit E here.

10                    My first question is:  Are you

11    familiar with -- not the specific content, but are

12    you familiar with this document in terms of the --

13    seeing something like this before?

14         A.    Yes.  This appears to be a -- yes, I have.

15         Q.   And from looking at that document -- and

16    take your time and look at it.

17                    Can you determine whether Ms. Cintron

18    filed a complaint with internal affairs?

19         A.    Your question one more time.

20         Q.    From reviewing this document -- you've

21    seen anonymous complaints, or you've seen this

22    document, not this particular one pertaining to

23    Ms. Cintron, but you have seen complaints that were

24    filed with internal affairs by police officers?



Page 54

1      A.   Correct.

2      Q.   Would that be a standard document in the

3   department, what you're holding?

4      A.   This would be the findings memorandum

5   issued by internal affairs as a result of an

6   internal affairs investigation.

7      Q.   Okay.  And so from reviewing that, who

8   filed this complaint?  Can you determine who filed

9   no complaint from reviewing this document?

10     A.   I cannot, no.

11     Q.   Okay.  But -- you cannot, or you don't

12   know how?  I mean, you have reviewed these before?

13   You're a lieutenant.

14     A.   Yes.

15     Q.   And you've written policy.

16          You can't determine who filed a

17   complaint, pursuant to this?

18     A.   So this was -- it looks like an anonymous

19   letter was received by the office of the police

20   commissioner.  So without seeing the anonymous

21   letter, no.  And even with seeing an anonymous

22   letter, I think that's the quintessential.

23     Q.   All right.  Let's go to Section D,

24   Documents.



Page 55

```
 1                    Do you see the documents identified

 2    there?

 3         A.    Mhm.

 4         Q.    Wouldn't it be fair to say that almost

 5    every document reference pertains to Evelyn Cintron?

 6              MS. ULAK:  I would object on the basis of

 7         the question.

 8              But you can answer.

 9              THE WITNESS:  Your question is what?

10    BY MR. MCKINLEY:

11         Q.    So from looking at this document, are you

12    able to determine who this anonymous complaint was

13    made by?  You can't determine that from reviewing

14    that?

15         A.    Who it was made by?  No.

16         Q.    Who is the anonymous complaint from?  You

17    can't determine which police officer concerns --

18              MS. ULAK:  Objection.  Asked and answered.

19              MR. MCKINLEY:  I didn't get it -- I'm

20         asking if he's saying, "no."  If he's saying,

21         "no," we'll move on.

22              THE WITNESS:  So if I understand your

23         question, you're asking me, am I able -- based

24         on this document you've produced, am I able to
```



Page 56

1      tell who the complaining individual is?

2   BY MR. MCKINLEY:

3       Q.   Right.

4       A.   I cannot.

5       Q.   Okay.  Fair enough.

6            Now, you mentioned in 20 -- prior to

7   2023, the immediate supervisors or commanding

8   officers for Ms. Cintron would be, I think you said,

9   Deputy Police Commissioner Sullivan or Patterson --

10  and Patterson, right?

11      A.   Deputy Sullivan.

12      Q.   Okay.  You said, "Patterson," too.

13      A.   Patterson, at one point, may have been --

14  Deputy Patterson was overtop of Deputy Sullivan.

15  That's where Deputy Patterson comes from.

16      Q.   Sullivan retired?

17      A.   Sullivan retired.

18      Q.   You don't know the year?

19      A.   I do not.

20      Q.   Patterson is still with the police

21  department?

22      A.   He is not.

23      Q.   He retired?

24      A.   He is retired.



1       Q.   You don't know when they retired?

2       A.   I don't.

3       Q.   How do you know they retired?  I'm just

4    wondering how you know.

5       A.   Because I work on the police

6    commissioner's floor, and they're not there.

7       Q.   I know it seems like a silly question, but

8    I need to figure out why you can't tell me when they

9    retired.  Let's figure it out.

10      A.   Sure.

11      Q.   Marc Metellus wrote these procedures as

12   the commanding officer in 2023, correct?

13      A.   Captain Metellus is the commanding

14   officer.  He became the commanding officer in

15   approximately 2023.  And that is when the currently

16   policies and procedures, the SOPs came into

17   existence.

18      Q.   Right.  And those SOPs that he wrote

19   pertains to the police officers that assigned to the

20   PAL unit, he actually has policies and procedures he

21   wrote, correct?

22      A.   I do not know who the actual author is,

23   but they were written under his command.

24      Q.   Under his command?



Page 58

1      A.   Yes.

2      Q.   Fair enough.

3           So around 2020, in 2020, Deputy

4  Police Commissioners Sullivan and Patterson, they

5  were still employed with the City, correct, in 2020?

6      A.   I couldn't answer that.  I don't know.

7      Q.   Okay.  So we got to answer it because the

8  complaint pertains to things that occurred in 2018

9  and 2019.  I asked you who were the immediate

10  supervisors over Ms. Cintron.

11      A.   Mhm.

12      Q.   And you say Deputy Police Commissioner

13  Sullivan and Patterson.  But you say they

14  subsequently retired.

15      A.   Correct.

16      Q.   You said they retire.

17      A.   Yeah.

18      Q.   So I'm trying to do a window of -- a

19  window between 2023, Commanding Metellus, you know,

20  when he wrote these policies and procedures was

21  2023, or when it was on his command.  So somewhere

22  between the events in this complaint and Captain

23  Metellus's command, we have Deputy Sullivan and

24  Patterson?



Page 59

```
 1        A.   We do.

 2        Q.   So that's a three-year period.

 3             So would it be fair to say they

 4   retired between, maybe, 2019 and 2023?  Somebody

 5   supervised Ms. Cintron prior to Mr. Metellus taking

 6   this command.

 7        A.   Absolutely.

 8        Q.   And you said Sullivan and Patterson

 9   retired.

10             You don't know when?

11        A.   I do not know.

12        Q.   Who took over their positions?

13        A.   So -- boy.

14             MS. ULAK:  I'm going to object on the

15        relevance here.

16             MR. MCKINLEY:  Well, I want to know -- I'm

17        going to tell you what I want to know.

18             I want to know what were the policies and

19        practices of the supervising police officers in

20        the PAL unit at the relevant times, and he

21        identified the immediate people that would be

22        responsible for implementing it would be

23        Sullivan and Patterson.  They said he was their

24        direct -- they were overtop of -- that's who
```



Page 60

```
 1        she would report to.  I'm trying to

 2        determine -- they retired.  Okay?  I'm trying

 3        to determine when they retired so I could talk

 4        to the person, get a deposition of

 5        Ms. Cintron's immediate supervisor.

 6             MS. ULAK:  Mr. Sullivan has already been

 7        deposed in this matter.

 8   BY MR. MCKINLEY:

 9        Q.   Okay.  And Patterson, we don't know

10   when --

11        A.   I don't.

12        Q.   Okay.  Who is in this position now?

13        A.   Today?

14        Q.   No.  Who was in this position subsequent

15   to their retirement?  Do you know?  Somebody took

16   their positions when they retired.

17        A.   So Deputy Sullivan was the deputy of

18   patrol.

19        Q.   Right.

20        A.   As we sit here today, the deputy patrol is

21   Deputy Cram.  Deputy Patterson was the first deputy.

22   As we sit here today, the first deputy is Deputy

23   Stanford.

24        Q.   Stanford.
```



Page 61

1                    Do you know when he got his position?

2        A.    Under Police Commissioner Outlaw is when

3    he assumed that position.

4        Q.    What year would that be?  I don't know the

5    year.  You're in the department.  You don't know the

6    year?

7        A.    No.  So approximately 2020, perhaps.

8        Q.    Okay.  So we know following Deputy PCs

9    Sullivan and Patterson, there's a Stanford there.

10                   Anybody else?

11       A.    Not that I recall.  I'd have to research.

12       Q.    I think I'm about done.  Let me just talk

13   with Mr. DeLeon.

14                   (Recess taken from 10:00 a.m. to

15   10:03 a.m.)

16   BY MR. MCKINLEY:

17       Q.    Sir, Lieutenant, from looking at the

18   documents you were provided, let's go to Exhibit C,

19   you would agree with me that that indicates that

20   Lieutenant Cintron gave a statement?

21            MS. ULAK:  Objection.  Asked and answered.

22            You can answer again.

23            THE WITNESS:  Based on this document,

24        Lieutenant Cintron gave a statement that



Page 62

1          concluded at 1:04 and consisted of three pages.

2     BY MR. MCKINLEY:

3          Q.   Okay.  Now -- and you were given something

4     that has been marked as Exhibit B?

5          A.   Correct.

6          Q.   And is it signed by Lieutenant Cintron?

7          A.   There's a signature, Lieutenant Evelyn

8     Cintron dated 1/25/2018.

9          Q.   Okay.  And does it indicate by the

10    signature that this would be Lieutenant Cintron's

11    handwriting?

12         A.   I'm not familiar with Lieutenant Cintron's

13    handwriting.

14         Q.   Okay.  All right.  By the signature and

15    given your experience working in the department, did

16    the signature indicate Lieutenant Cintron wrote

17    this, would that suggest that to you from reviewing

18    it?

19         A.   I have no reason to not believe that.

20         Q.   And this would be part of an internal

21    affairs file, correct?  This would be -- if she

22    filed a complaint, this would be part of that

23    complaint, right?

24         A.   This specific document?



Page 63

1      Q.   Yes.

2      A.   Say your question one more time.

3      Q.   Okay.  The internal affairs, we have --

4   there's been no dispute that there's an internal

5   affairs file concerning Lieutenant Cintron.

6      A.   Correct.

7      Q.   And there's no dispute she gave a

8   statement.  Well, I think we can see she gave a

9   statement based on what was marked as Exhibit C.

10     A.   I do believe that there was a statement

11  concluded at 1:04, consisted of three pages, and it

12  was signed, "Evelyn Cintron."

13     Q.   Okay.  Now, can you read the handwriting

14  on what's been marked as Exhibit B?

15     A.   I can.

16     Q.   Okay.  You can read it?

17     A.   I can.

18     Q.   So can you read that into the record for

19  me, please?

20     A.   "Q:  Is there anything else that you would

21  like to add that has not been addressed in this

22  interview?

23          ANSWER:" in handwriting, "I would

24  like to document that Tedd" -- can't pronounce the



Page 64

1    last name, Q-U-A-L-L-I -- "has continued to attempt

2    to create situations for which he wants to argue

3    with me and intimidate me.  He was subjecting" -- or

4    suggesting.  I'm not sure of that word.  "He is"

5    something "me along with a few members of this staff

6    to a hostile work environment.  Friday, he came" --

7    I'm not sure what that word is -- "he came to my

8    office to yell at me and berate" -- I can't read

9    that either -- "about PAL-related matters in his

10   attempt to have me removed from the unit.  I feel

11   that the" -- not sure of that word -- "involving

12   Chase," another last name, "and Officer Clayman is

13   [sic] been used as a platform to drive personal

14   agendas."

15        Q.   Okay.  And what was that dated, sir?

16        A.   The date printed is 1/25/18.

17        Q.   Okay.

18             MS. ULAK:  And just to be clear, I'm

19        letting it speak for itself.  I'm allowing my

20        client read into the record what's been stated,

21        but --

22   BY MR. MCKINLEY:

23        Q.   Now let's go to the second page --

24             MS. ULAK:  I didn't get to finish my



Page 65

```
 1      statement.

 2            All I'm say asking is I'm allowing my

 3      client to read into the record what's been

 4      produced in discovery by the City of

 5      Philadelphia.  My client has no knowledge of

 6      this.

 7            MR. MCKINLEY:  I understand that.

 8   BY MR. MCKINLEY:

 9      Q.   Let's go to the second page, sir.

10      A.   Second page of Exhibit B, yes.

11      Q.   Right.  Now, let's go to -- you see the

12   question here, right here, at the second question

13   from the bottom?

14      A.   That begins with Lieutenant Cintron?

15      Q.   Right.

16      A.   I do.

17      Q.   Okay.  Can you read that?

18      A.   "Q:  Lieutenant Cintron, I am issuing you

19   an EEO form and a copy of Directive 8.8 EEO

20   procedures.

21            Do you have any questions related to

22   a filing an EEO complaint?

23            ANSWER:  Not at this time."

24      Q.   So what would that suggest to you, that
```



Page 66

1  language?

2        MS. ULAK:  Objection.

3        You can answer.

4        THE WITNESS:  What are you asking?

5  BY MR. MCKINLEY:

6     Q.   Okay.  Based on what you read, would it

7  indicate to you that Lieutenant Cintron is filing an

8  EEO complaint?

9     A.   No.

10    Q.   Okay.  Why wouldn't it?

11    A.   It indicates to me that somebody, whoever

12 "I" is, is issuing Lieutenant Cintron a complaint

13 form and asking Lieutenant Cintron whether she has

14 any questions related to filing an EEO complaint, to

15 which Lieutenant Cintron saying she does not have

16 any questions at this time.

17    Q.   Okay.  Let's go to the top question.

18         Can you read that for me, please?

19    A.   "QUESTION:  Following your interview on

20 1/23/18, did you inform the assigned investigator,

21 Sergeant Conway, that you would provide

22 documentation related to information you provided

23 during your interview and copies of pictures you

24 took inside PAL headquarters?



Page 67

```
 1                  ANSWER:  Yes."
 2        Q.   So you don't know whether, based on your
 3   reeding this, all you know is what it says, that she
 4   was issued -- that someone is issuing an EEO
 5   complaint form and a copy of the directive to
 6   Officer Cintron.  They're going to give her this.
 7                  This is what you agreed with, that
 8   that's what it says?
 9        A.   That they are giving Lieutenant Cintron,
10   yes, that's correct.
11        Q.   And you don't know whether they're giving
12   it to her for her to file a complaint on her own
13   behalf or someone else?
14        A.   I don't know what the purpose of them
15   giving it to her is.
16        Q.   Okay.  But it does --
17        A.   Based on what it says.
18        Q.   You would agree it does involve an EEO
19   complaint, based on what you read?
20        A.   Based on the reference to the EEO
21   complaint, yes.
22        Q.   Okay.  Would this be the type of
23   document -- strike that.
24                  I don't have anything else.
```



Page 68

```
 1              MR. MCKINLEY:  Let me take one minute.
 2                   (Recess taken from 10:12 a.m. to
 3         10:14 a.m.)
 4              MR. MCKINLEY:  We're finished.
 5              MS. ULAK:  Do you have any questions?
 6              MR. GOLDEN:  No questions.
 7              MS. ULAK:  I just want to put on the
 8         record.  I want to clarify one thing here.
 9         Exhibit B consisting of two pages, which, I
10         believe, are marked City152 and 155, I want to
11         clarify for the record, that at the bottom of
12         City152, the date is 1/25/18.  The bottom of
13         City155, the date is 2/9/18.  And then at the
14         bottom of what's been marked Exhibit C, the
15         date is 2/9/18.
16              COURT REPORTER:  Do you guys need copies?
17              MS. ULAK:  I'll take a copy.
18              MR. GOLDEN:  I'll take a copy, yes,
19         please.
20              MR. MCKINLEY:  (Indicating).
21                   (Deposition ended at 10:15 a.m.)
22
23
24
```



```
 1              C E R T I F I C A T I O N

 2

 3        I, Gianna Iaconelli, Court Reporter and Notary

 4     Public, certify that the foregoing is a true and

 5     accurate transcript of the foregoing deposition,

 6     that the witness was first sworn by me at the

 7     time, place and on the date herein before set

 8     forth.

 9        I further certify that I am neither attorney

10     nor counsel for, not related to nor employed by

11     any of the parties to the action in which this

12     deposition was taken; further, that I am not a

13     relative or employee of any attorney or counsel

14     employed in this case, nor am I financially

15     interested in this action.

16                    Gianna Iaconelli

17                    Gianna Iaconelli
                      Court Reporter
18                    and Notary Public

19

20

21

22

23

24
```



# Magna
## Key Contacts

Schedule a Deposition:
Scheduling@MagnaLS.com | 866-624-6221

Order a Transcript:
CustomerService@MagnaLS.com | 866-624-6221

General Billing Inquiries:
ARTeam@MagnaLS.com | 866-624-6221

Scheduling Operations Manager:
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

Customer Care:
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

Director of Production Services:
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

National Director of Discovery Support Services:
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

Billing Manager:
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

Director of Sales Operations:
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



## A

**a.m**
  1:14 33:9,10 61:14
  61:15 68:2,3,21
**able**
  43:12 55:12,23,24
**Absolutely**
  59:7
**access**
  37:14
**accidentally**
  36:4
**accurate**
  24:18 69:5
**action**
  42:23,24 43:1,3,5,6
  48:20 69:11,15
**actual**
  57:22
**add**
  63:21
**addition**
  23:17
**address**
  24:17 26:19 40:7
  45:23
**addressed**
  11:3 63:21
**adjust**
  26:24
**administers**
  11:16
**admissibility**
  51:20
**advancement**
  30:12 31:19
**affair**
  51:16 52:20
**affairs**
  6:20 37:15,18 38:19
  38:22 39:5,10,23
  40:1,3,6,17,21 41:3
  41:13 44:14,23 45:5
  45:11,19 46:5,14,15
  46:21,23 47:6,15,19

48:4,14 49:6,8,15
49:20 50:10,12,22
51:10 53:18,24 54:5
54:6 62:21 63:3,5
**agency**
  8:6
**agendas**
  64:14
**ago**
  9:3,4 27:6 28:4,5
**agree**
  61:19 67:18
**agreed**
  5:1 67:7
**ahead**
  10:22 20:22 26:17
  32:19
**alleging**
  35:9,13
**allowed**
  50:17
**allowing**
  64:19 65:2
**analysis**
  37:12
**analyst**
  8:5
**anonymous**
  3:14 53:21 54:18,20
  54:21 55:12,16
**answer**
  4:4 19:20 28:9 37:12
  43:17 47:9,9 55:8
  58:6,7 61:22 63:23
  65:23 66:3 67:1
**answered**
  48:10 55:18 61:21
**anybody**
  51:9 61:10
**APPEARANCES**
  2:1
**appears**
  40:20 53:14
**appropriate**
  23:14
**approximately**

6:14 7:15 16:22
  57:15 61:7
**Arch**
  2:6,11
**argue**
  64:2
**Argumentative**
  21:9
**asked**
  8:14 32:10 46:3
  55:18 58:9 61:21
**asking**
  19:21 20:8 26:5,10
  28:10 35:11 44:1,2
  45:1 46:10 55:20,23
  65:2 66:4,13
**assigned**
  6:12,19,21 11:22
  13:5,19,23 14:6,17
  15:9,18,23 16:1
  17:5,19 18:19,23
  19:1,23 20:4 22:3
  22:16,18,19,20,22
  22:24 23:5,8 57:19
  66:20
**assignment**
  6:13,14
**assume**
  50:5
**assumed**
  61:3
**Athletic**
  1:5 2:8 11:17 32:14
**attempt**
  64:1,10
**attorney**
  9:17,18 69:9,13
**attorneys**
  36:11
**authenticity**
  51:20
**author**
  57:22
**authored**
  17:22,23
**avenues**

44:21
**aware**
  15:20 17:12 18:1,8
  18:12,17 19:2 20:5
  20:6,9 21:4 27:23
  28:1 34:16 35:7,12
  35:14 37:17 45:4,22
  46:4,6 48:13,16
  49:3,19 52:3

## B

**B**
  3:7,11 36:23 62:4
  63:14 65:10 68:9
**background**
  8:8
**based**
  43:11 55:23 61:23
  63:9 66:6 67:2,17
  67:19,20
**basically**
  7:19
**basis**
  48:14,19 49:4,21
  55:6
**Bates**
  38:9 41:22
**began**
  16:20
**begins**
  65:14
**behalf**
  67:13
**believe**
  25:5 32:12,16 62:19
  63:10 68:10
**berate**
  64:8
**best**
  8:6
**better**
  47:12
**bit**
  25:24
**Board**
  13:17



**bottom**
65:13 68:11,12,14
**Box**
2:3
**boy**
59:13
**bring**
20:17 43:12,23 44:2
**broad**
7:10 23:21 40:1
**brought**
45:6,8 46:13,17,21
47:6
**business**
8:19 12:2,4

**C**

**C**
3:12 38:4,5,12 61:18
63:9 68:14 69:1,1
**call**
6:2
**called**
13:17
**calls**
43:16 47:7
**capacity**
8:15 22:12 52:20
**captain**
12:14 57:13 58:22
**career**
30:8
**carry**
22:8
**case**
8:20 10:5 35:8 38:1
43:8 45:19 69:14
**center**
22:19
**centers**
11:23 14:6,12 26:13
**certainly**
6:4 51:12
**certification**
3:12 5:3
**certify**

69:4,9
**chain**
27:1
**chance**
37:23
**characterization**
36:17,20
**charge**
27:9
**charges**
13:16
**chart**
26:23
**Chase**
64:12
**Cintron**
1:3 10:7 21:18,21
22:15 27:8,24 31:4
35:15 37:18 39:2
40:5,20 45:18 46:4
46:16,17,21 47:15
48:5 49:5,7 53:17
53:23 55:5 56:8
58:10 59:5 61:20,24
62:6,8,16 63:5,12
65:14,18 66:7,12,13
66:15 67:6,9
**Cintron's**
27:21 28:20 30:4
47:19 60:5 62:10,12
**citizen**
24:5
**City**
1:5 2:10,13 11:7,24
14:4,7 16:7 32:16
33:14,18 35:4 36:1
36:11,16,16 37:24
38:11 48:3 51:24
52:4 58:5 65:4
**City's**
44:16
**City152**
68:10,12
**City155**
68:13
**City680**

41:23
**City691**
41:24
**civil**
10:3 28:1,2 48:20
49:11,12,13
**claim**
29:21 35:8,9,12,18
**claims**
21:4
**clarify**
25:23 26:9 32:15
48:11 50:18 68:8,11
**Clayman**
64:12
**clear**
14:21 17:14 18:6
26:20 28:11 29:2,14
46:19 50:9 64:18
**client**
32:12 50:11,19 64:20
65:3,5
**code**
15:12,13
**codes**
11:8
**codified**
42:19
**come**
9:21
**comes**
56:15
**coming**
9:19 20:19 21:1 46:2
51:1
**command**
16:15,20 17:3,18
18:2,18 27:1 57:23
57:24 58:21,23 59:6
**commanding**
7:7,20 8:11,12,16
12:12,24 13:1,15,22
14:24 22:12,13,14
22:16 26:11 40:6,21
43:9,22 56:7 57:12
57:13,14 58:19

**commission**
44:20
**commissioner**
6:22 7:1,6 9:22 11:1
25:3,14,19 26:21,24
27:3,5,6,10,11
54:20 56:9 58:12
61:2
**commissioner's**
6:12 57:6
**Commissioners**
58:4
**Commonwealth**
1:16
**complaining**
56:1
**complaint**
3:14 9:20 10:3,12,14
21:2 26:13 27:24
28:1,3,8,14,17 29:4
35:15 39:18 40:5,10
40:12 43:9,12,21,23
44:2,10,13,15,16,19
44:21 45:19 46:5,14
46:17,21 47:6,16
48:13,15,15,17,20
48:24 49:4,5,7,10
49:11,12,13,15,20
49:21 53:18 54:8,9
54:17 55:12,16 58:8
58:22 62:22,23
65:22 66:8,12,14
67:5,12,19,21
**complaints**
45:6,8,13 52:22
53:21,23
**complete**
50:7,10,15 51:2
**compliant**
49:7
**comprehend**
32:7
**concern**
24:19
**concerning**
15:17 17:12 18:9



23:10 29:6 37:18
41:17 45:5,7,10
63:5
**concerns**
17:18 39:17 55:17
**conclude**
39:17 41:2,4
**concluded**
41:5 62:1 63:11
**conclusion**
43:17
**condition**
23:10
**conduct**
5:15 15:12
**conducted**
39:9,23,24 40:3,17
**conflating**
25:24
**confused**
41:9 49:10
**consisted**
62:1 63:11
**consisting**
68:9
**contain**
30:17
**contained**
51:16
**content**
53:11
**contents**
51:10,15
**contesting**
51:9
**context**
37:8,9
**continued**
64:1
**control**
27:10
**controlled**
12:7
**Conway**
66:21
**coordination**

7:17
**copies**
66:23 68:16
**copy**
34:9 52:8 65:19 67:5
68:17,18
**corporals**
22:7
**corporate**
14:16
**correct**
8:17 9:18 10:15
12:10 14:14,17,18
15:15 17:9 18:3,5
18:11,13,15 20:1
21:5 24:3,6,10,12
25:17 28:7,15 30:5
30:6,11,13,14,16
31:5,6 36:2 39:19
39:20 40:7 41:6,7
43:23 44:6,10 47:4
47:17 52:21,24 54:1
57:12,21 58:5,15
62:5,21 63:6 67:10
**corrected**
41:12
**correctly**
49:3
**counsel**
2:4,8,13 5:2 34:17
35:23 38:7 45:15
48:2 50:2 51:23
52:1 69:10,13
**course**
24:11
**Court**
1:1,15 33:1 53:4
68:16 69:3,17
**Cram**
60:21
**create**
64:2
**criminal**
7:7,14,18 8:20
**current**
6:10 10:17 29:15

**currently**
6:11 57:15

---
### D
**D**
3:1,13 41:19 42:12
54:23
**date**
1:14 31:18 64:16
68:12,13,15 69:7
**dated**
62:8 64:15
**dates**
26:14
**days**
28:4,5
**decision**
27:4,7
**Defendant**
2:8,13
**Defendants**
1:6
**Define**
31:13
**defined**
6:23 42:11
**definition**
42:7,15
**definitions**
42:8,9
**DeLeon**
2:2 5:14,18,19 15:2
33:16,19,21 34:1,4
38:9 61:13
**dep**
33:17
**department**
2:10 9:9,12 11:18
12:3,5,7 17:13 22:8
27:14 30:9 41:17
44:10,17 54:3 56:21
61:5 62:15
**depends**
13:10
**deposed**
60:7

**deposition**
1:11 3:10 4:2 5:15
6:2 9:15 10:2 14:16
21:8 28:7 29:18,23
32:1 33:12,15 34:7
37:21 38:2 60:4
68:21 69:5,12
**depositions**
8:21
**deputy**
9:22 25:3,5,6,14,19
27:10,11 56:9,11,14
56:14,15 58:3,12,23
60:17,17,20,21,21
60:21,22,22 61:8
**describe**
6:17 18:24
**describing**
19:17 20:2
**description**
3:9 19:9,10,12,17
20:1,3,10 21:19
22:2,4
**descriptions**
21:23
**designated**
9:21 14:15
**designed**
14:23
**designee**
14:16
**detailed**
37:11
**determine**
8:14 16:20 26:15
29:8 53:17 54:8,16
55:12,13,17 60:2,3
**different**
14:4,6 26:7 27:4,7
31:16 33:15
**direct**
13:22 26:11 59:24
**directed**
32:13
**Direction**
4:4



**directive**
3:13 41:17 42:4,16
 43:12,22 44:1,23
 49:17 65:19 67:5
**directives**
11:8 44:5 45:7
**directly**
10:19 25:16 44:14
**disagree**
36:19
**disciplinary**
11:8 13:16 15:13
 30:15,16 31:4,15
**discipline**
13:4,10,11
**disciplined**
30:21 43:10
**disclose**
39:10 40:22
**discovery**
31:8 34:17,18,19,21
 34:24 36:10 38:1
 52:3 65:4
**discriminated**
35:14
**discrimination**
35:9 41:18
**discussed**
39:11 40:22 49:16,16
**dispute**
63:4,7
**disputed**
51:11
**distinguishing**
8:12
**distributed**
14:3
**DISTRICT**
1:1,1
**document**
17:7,21 18:1,8 36:10
 36:15 37:3 38:4
 45:15 53:8,12,15,20
 53:22 54:2,9 55:5
 55:11,24 61:23
 62:24 63:24 67:23

**documentation**
66:22
**documents**
4:8 9:14 10:1 16:17
 17:11 28:18,19 29:5
 32:23 35:4,17,19,24
 37:24 38:1,8 51:21
 54:24 55:1 61:18
**doublecheck**
32:18
**draft**
8:5
**drafted**
20:16
**drive**
64:13
**duly**
5:9
**duties**
6:18 7:12 8:4 13:2
 15:8 18:22,22,24
 19:4,5,18,21 20:2
 21:18,19,22 22:2
**duty**
15:4 23:18,22 24:6

_____
E
**E**
3:1,7,14 53:4,5,9
 69:1
**easier**
6:5
**EASTERN**
1:1
**educational**
8:8
**EEO**
39:5,6,12,18,24 40:4
 41:7,11,14 44:16
 45:5,13,19 48:13,17
 65:19,19,22 66:8,14
 67:4,18,20
**EEOC**
44:20
**either**
44:14 64:9

**EMILY**
2:11
**employed**
58:5 69:10,14
**employee**
18:22 43:20 69:13
**employment**
27:21 28:22,23 30:3
 30:4,7,21 31:10,13
 31:18,22 37:9 39:15
 41:17 44:9
**ended**
68:21
**ensure**
22:7
**entail**
7:16
**entirety**
48:4
**environment**
64:6
**equal**
39:15 41:18 44:8
**erroneous**
34:9
**ESQUIRE**
2:2,2,6,10
**establish**
26:21
**estimate**
17:1
**Evelyn**
1:3 10:7 35:14 40:20
 48:5 55:5 62:7
 63:12
**events**
21:12 58:22
**everybody**
33:22 34:2
**exactly**
12:22 17:22 26:18
 35:6
**EXAMINATION**
5:12
**examined**
5:9

**example**
13:13
**Excerpt**
3:11
**excerpts**
50:12
**exclusively**
45:21
**excuse**
20:21 29:11 39:3
 48:7
**Exhibit**
3:10,11,12,13,14
 33:2,4,12 36:23
 38:5,12 41:19 53:5
 53:9 61:18 62:4
 63:9,14 65:10 68:9
 68:14
**exist**
15:24 16:12,18 17:3
 19:3 21:11 28:22,23
**existed**
20:10 28:20 29:9
 46:10,11
**existence**
15:20 18:1 57:17
**exists**
15:22 16:10,14 20:7
 20:9 30:5
**experience**
62:15
**explain**
21:12 34:23
**explaining**
51:7
**extent**
9:10,13 43:16

_____
F
**F**
69:1
**facility**
23:9,11 24:15
**facts**
35:2
**fair**



13:7 17:2,6 19:7
21:15 23:20 24:4,5
25:15 30:19 41:2,4
43:13 47:14 48:6
52:2 55:4 56:5 58:2
59:3
**falls**
26:24
**familiar**
11:7,11 32:21 37:3
42:3,15 53:11,12
62:12
**Federal**
44:20
**feel**
64:10
**felt**
24:5 43:20 44:7
**figure**
44:24 57:8,9
**file**
38:22 44:9,13,15,16
44:19,21 47:16,19
49:14 50:15 51:2,16
62:21 63:5 67:12
**filed**
21:2,2 27:24 35:8,8
35:12,20 40:5,10,12
43:8 45:19 46:5,24
47:15 48:13,17 49:5
49:8,20 52:23 53:18
53:24 54:8,8,16
62:22
**files**
37:15 38:19 44:22
52:20
**filing**
5:3 13:16 37:18
43:21 65:22 66:7,14
**financially**
69:14
**find**
16:17 19:5,14 28:21
**findings**
54:4
**finish**

64:24
**finished**
68:4
**first**
5:9 17:24 19:21 28:2
53:10 60:21,22 69:6
**five**
8:2,3 9:3,4
**floor**
1:13 2:11 57:6
**following**
61:8 66:19
**follows**
5:10
**foregoing**
69:4,5
**form**
5:5 37:4 38:15,17
39:2,4,7,16 40:12
65:19 66:13 67:5
**forth**
69:8
**found**
29:3
**four**
8:7
**Francis**
9:22,23
**free**
51:21
**Friday**
1:9 64:6
**full**
6:8
**function**
11:4
**functioned**
22:11
**functions**
18:24 19:18 20:2
**further**
69:9,12

---

**G**

**gathering**
35:1

**general**
11:10 42:5,18,21
**generally**
14:22 39:23 41:13
**generated**
37:15
**getting**
49:10
**Gianna**
1:15 69:3,17
**give**
11:14 15:4 67:6
**given**
8:21 27:2 39:18 62:3
62:15
**giver**
39:8
**giving**
67:9,11,15
**go**
10:22 20:22 26:17
32:19,23 49:14
54:23 61:18 64:23
65:9,11 66:17
**going**
5:14,16 14:19 26:1
32:11 36:9,12,14
43:15 46:7 49:24
52:17 53:2 59:14,17
67:6
**GOLDEN**
2:6 41:21 42:1 51:17
52:1,5,7,13 68:6,18
**good**
6:6,7 48:8
**govern**
18:18 44:23 45:2,12
**governed**
15:11,12 44:4 45:20
**governing**
11:8 29:5
**Greene**
2:3
**guys**
68:16

---

**H**

**H**
3:7
**hand**
49:24
**handbook**
19:6
**handbooks**
15:17 18:22
**handed**
32:12 36:15 50:11,18
**handing**
41:18 51:13
**handle**
13:14
**handles**
45:5
**handwriting**
62:11,13 63:13,23
**head**
7:10 32:17
**headquarters**
12:19 25:9,10 66:24
**Healy**
9:22,24
**heard**
34:16,18
**held**
1:12
**helpful**
21:6,12
**hire**
30:9 31:18
**history**
30:4,12 31:22
**holding**
54:3
**host**
41:14
**hostile**
64:6
**housed**
25:7
**human**
19:15 44:19



**I**

**Iaconelli**
1:15 69:3,17
**idea**
23:3
**identification**
33:5 36:24 38:6,13
41:20 53:6
**identified**
55:1 59:21
**identifying**
51:1
**immediate**
24:21 44:15 56:7
58:9 59:21 60:5
**implementing**
59:22
**include**
24:14 26:22 41:13,14
**includes**
35:3
**incredibly**
16:24
**independent**
38:23
**INDEX**
4:2
**indicate**
40:11,13,15 62:9,16
66:7
**indicates**
61:19 66:11
**Indicating**
20:20 68:20
**individual**
40:19 56:1
**individuals**
7:15
**inform**
23:9 39:8 66:20
**information**
26:9 35:1 39:11
40:22 66:22
**Inquiry**
13:18

**inside**
19:19 66:24
**insubordination**
13:13
**interact**
11:21
**interested**
69:15
**internal**
37:15,18 38:18,21
39:5,9,23,24 40:3,6
40:17,21 41:3,13
44:14,23 45:5,11,19
45:20 46:5,13,15,20
46:23 47:6,15,19
48:4,14,18 49:6,8
49:15,20 50:10,12
50:22 51:10,16
52:19 53:18,24 54:5
54:6 62:20 63:3,4
**interview**
3:11 39:17 63:22
66:19,23
**intimidate**
64:3
**introduce**
5:16
**investigation**
39:9,22 40:2,16,23
46:18 48:5 50:11,13
50:22 54:6
**investigations**
40:2
**investigator**
66:20
**involve**
67:18
**involved**
11:3
**involvement**
46:16
**involving**
14:16 64:11
**issue**
34:6
**issued**

54:5 67:4
**issues**
23:10
**issuing**
65:18 66:12 67:4

**J**

**James**
2:2 5:18
**job**
18:24 19:4,9,10,11
19:17 20:1,3,10
21:19,22 22:1,4
**JOSEPH**
1:6

**K**

**KAUFMAN**
2:11
**KEITH**
2:2
**KEVIN**
2:6
**knew**
20:19 21:1 46:15,20
46:23
**know**
9:19 10:5,7,13 12:19
13:2,21 14:9,10,11
14:12 15:9 17:21,23
19:3 21:18 22:5
24:14,22 25:4 26:10
27:18,19 30:8,20,22
34:4,21 35:3 41:21
43:24 44:1 46:9,11
46:13,18 47:3,9
50:4 51:7 52:8,9,12
54:12 56:18 57:1,3
57:4,7,22 58:6,19
59:10,11,16,17,18
60:9,15 61:1,4,5,8
67:2,3,11,14
**knowledge**
9:11 65:5

**L**

**L**
2:6
**language**
66:1
**law**
2:1,10 8:9
**laws**
44:9
**League**
1:6 2:8 11:17 32:14
**legal**
1:12,19 6:20,20
43:16
**let's**
26:20 28:11 32:23
42:6 53:2 54:23
57:9 61:18 64:23
65:9,11 66:17
**letter**
42:12 54:19,21,22
**letting**
64:19
**lieutenant**
5:22,23 6:3,6,9,11
21:22,23 22:2,5
23:8 24:8,16,20
27:8 28:20 30:21
34:14 36:10,15,22
42:3 46:3 52:20
54:13 61:17,20,24
62:6,7,10,12,16
63:5 65:14,18 66:7
66:12,13,15 67:9
**likelihood**
20:12
**likewise**
27:6 52:14
**Line**
4:5,9,15,19
**little**
25:23
**locate**
17:7 29:13
**located**
7:9
**locations**



14:4
**long**
6:13 8:1
**look**
34:5 36:12 52:17
53:16
**looking**
39:16 53:15 55:11
61:17
**looks**
39:4 40:2 54:18
**lot**
11:5 14:10

**M**

**M**
5:18
**Magna**
1:12,19
**managed**
12:6
**manual**
15:22,4 17:4,11,16
18:17 20:13,14,15
21:7 45:24
**manuals**
18:21 19:2 45:4,7,10
**Marc**
12:14,16,20 13:5
14:1,2 16:15,18,19
17:3,18 18:2 20:16
21:7 29:8 57:11
**MARILYN**
2:1
**mark**
38:4 53:2
**marked**
4:18 33:1,4,12 36:16
36:23 38:5,12 41:19
51:4 53:5,8 62:4
63:9,14 68:10,14
**Market**
1:13
**marking**
51:6
**master's**

8:9
**matter**
10:13 11:2 35:2 60:7
**matters**
64:9
**McKinley**
2:2 3:4 5:14,16,20
15:7 16:9 20:21,24
21:14 26:5,8,13
27:12 29:14,20 30:1
31:9 32:2,20 33:3
34:13 35:23 36:3,6
36:8,19,21 37:2
38:7,14 42:2 43:18
43:19 45:14,17 46:8
47:11 48:1,6,9,21
48:23 50:2,6,14,20
50:24 51:4,9,15,23
52:2,6,11,14,16
53:7 55:10,19 56:2
59:16 60:8 61:16
62:2 64:22 65:7,8
66:5 68:1,4,20
**mean**
11:20 23:23 31:13
33:16,22,24 43:4
45:2 47:10 54:12
**meet**
52:13
**members**
64:5
**memorandum**
13:17 54:4
**mention**
34:17
**mentioned**
56:6
**met**
10:9
**Metellus**
12:15,17,20 13:6
14:1,2 16:15,18,20
17:18 18:2 20:16
21:7,16 24:23,23
25:19 29:8,15 57:11
57:13 58:19 59:5

**Metellus's**
17:3 58:23
**MEYER**
2:5
**Mhm**
9:5,13 11:15 16:4,11
16:24 26:12 31:17
40:18 41:1 43:2
55:3 58:11
**mind**
32:17,18
**minute**
11:14 68:1
**mission**
22:8
**moment**
33:7
**morning**
6:6,7
**move**
55:21
**multiple**
44:21

**N**

**N**
3:1 69:1
**name**
5:21 6:8 64:1,12
**naming**
26:6
**nature**
13:10 35:15
**need**
15:2 25:23 33:23
39:20 57:8 68:16
**needs**
7:1 44:1
**neither**
69:9
**never**
32:17,18 34:10 37:11
38:21 50:14
**nice**
52:13
**nope**

38:3
**North**
7:10
**Notary**
1:15 69:3,18
**notes**
36:5
**notice**
3:10 14:21 29:18,23
32:3,7,13 33:12,15
33:17 34:7
**November**
1:9 34:3,5,8
**number**
3:9 38:9 41:23

**O**

**O**
69:1
**O'HAGAN**
2:5
**object**
36:17 43:15 55:6
59:14
**Objection**
21:9 47:7 55:18
61:21 66:2
**objections**
5:4
**obtain**
31:3,5
**obviously**
23:24
**occupation**
6:10
**occurred**
21:12 58:8
**office**
6:12,18,19 7:6 12:18
25:8 54:19 64:8
**officer**
7:7,20 8:11,12,16
12:12,24 13:1,4,15
13:23 14:17,24
15:14 20:3 22:12,13
22:14,16,20,21,24



23:24 24:9 26:11
37:13 39:5,6 40:6
40:21 41:7 43:9,22
44:4 55:17 57:12,14
57:14 64:12 67:6
**officers**
11:9,22,23 13:19,23
14:5 15:9,17,19,23
16:1 17:4,19 18:19
18:23 19:1,18,22,23
20:4 22:17,18 23:18
52:23 53:24 56:8
57:19 59:19
**offices**
1:12 2:1
**Oh**
5:18 46:19
**okay**
5:23 7:21 8:1,21,24
9:4,10 10:16,20
11:11,14 12:4 13:9
14:15 15:6,11,16
16:10,16,19 17:8
18:6,21 19:16 20:6
20:10,17 22:11,15
23:1,13,17 25:18,22
26:6,17 27:13,23
29:2 30:19 31:3,21
32:5,18,23 34:23
35:3,6,22 36:3,7
37:1,6,14,17,20,23
38:18 39:16 40:11
40:15 41:9,15 42:6
42:10,13 44:7,22
45:14 46:2,19 47:2
47:18,21 48:1,6,8
48:24 49:2,4,24
50:14,17 51:3 52:2
53:1 54:7,11 56:5
56:12 58:7 60:2,9
60:12 61:8 62:3,9
62:14 63:3,13,16
64:15,17 65:17 66:6
66:10,17 67:16,22
**ongoing**
39:9 40:16

**operating**
45:12
**operation**
7:17 8:19
**opportunity**
39:15 41:18
**Oral**
1:11
**order**
24:3
**ordered**
39:10 40:20
**organizational**
26:23
**Outlaw**
61:2
**outside**
29:17,22 31:24
**overall**
8:18,19
**oversaw**
7:14,16
**oversee**
8:6 22:6,6
**overtop**
56:14 59:24

————————————
**P**
**P-A-L**
11:12
**P.O**
2:3
**PA**
2:3,7,12
**page**
3:2,9 4:5,9,15,19
36:11,18 42:6,7,10
64:23 65:9,10
**pages**
50:11,21 62:1 63:11
68:9
**PAL**
7:2 11:12,23,23 12:1
12:8,8,9,10,19,22
13:5,20,23 14:3,6
14:11,11,12,17,24

15:9,18,23 16:1
17:5,13,19 18:9
19:2,19,23 20:4
21:3 22:3,16,19,21
22:22,24 23:5,8
26:24 29:6,11 30:22
34:10 35:8,10 52:1
57:20 59:20 66:24
**PAL-related**
64:9
**PARALEGAL**
2:11
**part**
62:20,22
**particular**
11:2 18:16 19:5
22:17 23:4 24:15
29:11,12 39:1,2
45:22 53:22
**parties**
5:2 69:11
**parts**
19:21
**paste**
34:9
**patrol**
60:18,20
**pattern**
29:20
**Patterson**
25:6,15,20 56:9,10
56:12,13,14,15,20
58:4,13,24 59:8,23
60:9,21 61:9
**PBI**
13:17
**PCs**
61:8
**Pennsylvania**
1:1,13,16
**people**
23:10 25:24 26:7
59:21
**period**
21:13 29:6,12 59:2
**person**

60:4
**personal**
36:5 64:13
**personnel**
22:24
**pertaining**
39:1 53:22
**pertains**
55:5 57:19 58:8
**Philadelphia**
1:5,5,13 2:3,7,10,12
2:13 11:18 12:3,5,7
17:13 32:17 33:14
33:18 41:16 48:3
65:5
**pictures**
66:23
**place**
69:7
**plaintiff**
1:3 2:4 5:19 10:5,7
21:2 22:15 35:7
43:8 45:18
**Plaintiff's**
53:9
**planning**
7:17,24
**platform**
64:13
**please**
33:3 34:23 39:21
44:3 48:22 63:19
66:18 68:19
**point**
12:14 14:19 23:15
56:13
**points**
34:11
**police**
1:5 2:8 6:11,22 7:1,5
7:10 9:8,12 11:1,9
11:17,18,22,23 12:3
12:5,7 13:17,19,23
14:5 15:8,13 17:13
17:19 18:19 19:18
19:21,23 20:2,4



22:8,18,20,21,23
23:18,24 24:9,16
25:3,9,10,14 26:20
26:23 27:3,5,6,13
30:9 32:14 37:13
41:16 44:4,17 52:23
53:24 54:19 55:17
56:9,20 57:5,19
58:4,12 59:19 61:2
**policies**
11:7 14:23 15:16
18:9,16 19:3 20:16
21:10 29:7,9,10
45:22 57:16,20
58:20 59:18
**policy**
8:5,6,7,10 10:18 11:2
11:2,5 15:22,24
17:4,10,16 21:7
29:15,20 37:10 45:4
45:7,9 54:15
**position**
7:13 10:17 25:2
60:12,14 61:1,3
**positions**
59:12 60:16
**possible**
47:5,10
**potentially**
34:8
**practice**
29:21
**practices**
8:6 59:19
**preparation**
9:15 10:2 28:7,19
37:21 38:2 48:12
**pretty**
19:4
**printed**
64:16
**prior**
7:5,21 16:12,18 17:2
17:8 18:10 25:19
26:14 42:16 46:2
52:11 56:6 59:5

**priorities**
26:22
**procedure**
15:22,24 17:4 21:7
**procedures**
14:23 15:17 17:10,16
18:9,16 19:3 20:16
21:11 22:10 29:10
45:12,22 57:11,16
57:20 58:20 65:20
**process**
6:21 13:16 44:9,12
44:13,17 45:23
49:16
**produce**
16:5,6,7 29:19,24
31:5 32:10,24 48:2
**produced**
29:16 31:8 33:14
34:19 35:4,24 36:5
37:24 45:15 47:22
50:2 52:4 55:24
65:4
**producing**
14:22
**Production**
4:8
**program**
7:2 11:12,12 17:14
**project**
6:24 7:2 11:1
**projects**
6:21
**pronounce**
63:24
**protect**
24:1,6
**protected**
42:24 43:1,3,5
**provide**
52:8 66:21
**provided**
48:4 61:18 66:22
**public**
1:15 8:9 23:19,22
24:15 69:4,18

**pull**
33:22
**purpose**
67:14
**pursuant**
35:18 39:18 54:17
**put**
14:20 32:11 33:11
36:14 50:6,10 68:7
**puts**
11:23
**putting**
50:15,15,16

———————————
Q
———————————
**Q-U-A-L-L-I**
64:1
**qualify**
10:23 44:2
**quantify**
11:13
**quarters**
7:10
**question**
4:18 5:5 18:17 19:11
19:16,20 26:2 28:24
37:12 43:16 47:13
53:10,19 55:7,9,23
57:7 63:2 65:12,12
66:17,19
**questions**
20:23 51:21 65:21
66:14,16 68:5,6
**quick**
52:18
**quintessential**
54:22
**quite**
9:1

———————————
R
———————————
**R**
69:1
**R-I-G-H-T-E-R**
6:1,9
**Race**

25:12
**range**
40:1 41:22
**read**
10:11,13 11:5,5
48:24 63:13,16,18
64:8,20 65:3,17
66:6,18 67:19
**reading**
5:3
**reason**
62:19
**reasonable**
23:9
**recall**
61:11
**received**
33:18 34:8,10 36:10
54:19
**Recess**
33:9 61:14 68:2
**recollection**
38:23
**record**
5:17 6:8 14:20 25:23
29:15 30:16,16 31:4
32:12,15 33:11
34:23 36:14 50:18
50:24 51:17 52:9
63:18 64:20 65:3
68:8,11
**records**
7:8,14,18 8:20 27:21
28:22,23 30:3,7,18
31:7,10,14,15,18,21
**reeding**
67:3
**reference**
55:5 67:20
**referenced**
41:11
**referred**
17:17 27:1
**referring**
13:12 20:15 29:7
49:11



**regarding**
18:22 21:1 39:22
**regulations**
22:9
**related**
35:2 47:2,5 48:5,14
  48:19 49:5,21 65:21
  66:14,22 69:10
**relates**
51:19
**relation**
41:11 49:6
**relations**
44:20
**relationship**
11:17,19 17:12
**relative**
69:13
**relevance**
59:15
**relevant**
29:10,21 59:20
**removed**
64:10
**repeat**
23:1 43:14
**report**
60:1
**reported**
25:2 27:9
**Reporter**
1:15 33:1 53:4 68:16
  69:3,17
**reporting**
25:13
**repository**
29:10
**representative**
9:8
**representing**
5:19 9:11
**request**
4:8 13:15
**requested**
14:24 32:24
**required**

24:1
**research**
7:23 8:6 61:11
**reserve**
51:19
**reserved**
5:5
**reserves**
26:21
**resources**
19:15
**respective**
5:2
**respond**
6:20
**response**
43:6
**responsibilities**
8:18 19:1 23:4
**responsible**
8:18 12:11 22:17
  25:16 59:22
**result**
54:5
**retaliated**
35:13 43:21
**retaliation**
42:11,12,16,18,22,23
  43:7,11 44:8 45:8
**retire**
58:16
**retired**
27:16,17 56:16,17,23
  56:24 57:1,3,9
  58:14 59:4,9 60:2,3
  60:16
**retirement**
60:15
**retribution**
42:24
**review**
9:14 10:1 28:2,16,18
  28:24,24 31:21 33:7
  36:22 37:20,24
  47:18,22,23
**reviewed**

9:20 10:3 15:21
  27:20 28:6,13 31:12
  32:3 35:17 38:1,18
  48:15 49:12,13
  52:19,22 54:12
**reviewing**
53:20 54:7,9 55:13
  62:17
**rework**
43:18
**right**
16:14,14 17:8,19
  21:24 26:21 27:24
  28:12 30:9,17 36:6
  36:9 40:13,24 44:4
  47:23 48:21 49:11
  49:12,14,18,24 50:3
  50:20 51:5 52:18
  53:1 54:23 56:3,10
  57:18 60:19 62:14
  62:23 65:11,12,15
**Righter**
1:11 3:2 5:8,22 6:1,9
  36:15 42:3
**rights**
51:19
**RIGMAIDEN-DE...**
2:1
**risk**
23:14
**role**
24:7
**rough**
16:24
**routine**
11:4
**rules**
22:9

———————————— S ————————————

**S**
3:7
**safety**
23:14
**saw**
35:15 38:7

**saying**
10:12 20:6 45:21
  46:10 48:16 49:3
  51:2,13 52:7,11
  55:20,20 66:15
**says**
41:5 67:3,8,17
**scope**
29:17,22 32:1
**se**
7:3,4
**sealing**
5:3
**search**
28:19
**searched**
29:3,5,8
**second**
36:11,18 39:3 64:23
  65:9,10,12
**section**
42:7 54:23
**see**
26:10 30:24 42:9,10
  42:14 55:1 63:8
  65:11
**seeing**
38:24 53:13 54:20,21
**seek**
30:24 31:21
**seen**
15:16,21 18:14 37:6
  37:11 38:15,17,21
  51:18 52:6,7 53:21
  53:21,23
**send**
33:20
**sense**
11:10 42:5,18,21
**sent**
33:19,21,21 34:1
  45:8
**separate**
30:18 31:11
**sergeant**
7:23 66:21



**sergeants**
22:6,7
**serve**
24:1,6
**Services**
1:12,19
**set**
69:7
**shared**
51:18
**Sharon**
2:10 38:10 41:21
**show**
30:7,12,15,17 36:9
    52:17 53:2
**showing**
38:4 52:9 53:8
**sic**
64:13
**signature**
62:7,10,14,16
**signed**
40:19 62:6 63:12
**signing**
5:3
**silly**
57:7
**sir**
5:21 32:21 34:15
    52:19 61:17 64:15
    65:9
**sit**
60:20,22
**situations**
64:2
**snippets**
51:14
**somebody**
14:22 51:11 59:4
    60:15 66:11
**soon**
48:7 52:15
**SOP**
20:12,14
**SOPs**
57:16,18

**sorry**
5:18 10:22
**speak**
9:14 14:22 16:1
    64:19
**special**
6:21,23 7:2 10:24
    11:1
**specific**
15:3,5,12 17:4 37:11
    38:17 45:6,9 53:11
    62:24
**specifically**
15:18 16:13 22:2
    24:7 40:4 42:19
**speculation**
47:8
**spoke**
9:18
**staff**
7:14 8:7 11:3 64:5
**standard**
45:11 54:2
**standing**
24:3
**stands**
39:14
**Stanford**
60:23,24 61:9
**start**
30:8
**starts**
42:7
**state**
6:8
**stated**
64:20
**statement**
23:21 39:8 41:3,5
    61:20,24 63:8,9,10
    65:1
**STATES**
1:1
**stationed**
25:8
**stipulated**

5:1
**Stipulations**
4:14
**Street**
1:13 2:3,6,11 7:11
    25:12
**strike**
17:15 43:4 47:13
    67:23
**structure**
26:15
**subjecting**
64:3
**submitted**
35:18,19
**subordinate**
22:6
**subpoena**
35:5
**subpoenas**
6:20
**subsequent**
60:14
**subsequently**
43:10 58:14
**subset**
22:14 39:24
**suggest**
62:17 65:24
**suggesting**
64:4
**Suite**
2:6
**Sullivan**
1:6 25:5,15,20 27:11
    56:9,11,14,16,17
    58:4,13,23 59:8,23
    60:6,17 61:9
**superior**
22:21,23
**superiors**
23:15
**supervise**
22:20
**supervised**
12:6 59:5

**supervising**
23:17 25:16 59:19
**supervision**
17:18 18:18
**supervisor**
7:19 8:13,15 9:19
    13:22 22:13 24:21
    26:4 44:15 60:5
**supervisors**
22:7 25:18 56:7
    58:10
**supervisory**
8:17 22:11 26:15
**SUPPORT**
4:2
**sure**
19:4 24:2 28:9 31:20
    42:23 44:18 57:10
    64:4,7,11
**sworn**
5:9 69:6

**T**

**T**
3:7 69:1,1
**take**
24:19,20 33:6 36:12
    36:22 53:16 68:1,17
    68:18
**taken**
33:9 41:7 61:14 68:2
    69:12
**talk**
21:16 31:19 60:3
    61:12
**talked**
12:20
**talking**
49:15
**Tedd**
63:24
**tell**
42:21 44:12 56:1
    57:8 59:17
**ten**
27:6



**tenure**
28:20 37:12
**terms**
11:8 53:12
**testified**
5:9
**testimony**
3:2 49:2
**Thank**
33:8
**Thanks**
42:1
**thicker**
50:3,23
**thing**
8:13 28:6 29:3 31:11
68:8
**things**
14:10 34:19 41:14
49:9 58:8
**think**
21:6,10 24:18 25:22
25:24 26:1 29:21
36:4 49:9 50:24
52:14 54:22 56:8
61:12 63:8
**thought**
23:13 24:14 28:13
43:11 51:4
**three**
26:6 62:1 63:11
**three-year**
59:2
**time**
5:6 9:1,2 17:24 21:13
24:24 25:2,10 26:16
27:2,3,8 29:12 34:1
48:22 53:16,19 63:2
65:23 66:16 69:7
**times**
59:20
**title**
12:22
**today**
9:7,11,21 16:1,3,10
16:13,13 20:17

21:11 27:5 29:7
42:17 46:2 48:12
60:13,20,22
**told**
35:24
**top**
66:17
**trajectory**
30:8
**transcript**
69:5
**trial**
5:6
**true**
69:4
**trying**
8:14 26:14 44:24
58:18 60:1,2
**turn**
42:6
**two**
6:15,16 19:20 28:4,5
30:18 68:9
**type**
15:4 67:22
**types**
45:12

---
**U**
---

**ULAK**
2:10 14:19 15:6 16:7
20:20,22 21:9 25:22
26:6,12,17 29:17,22
31:7,24 32:11 33:6
33:11,17,20,24 34:3
34:7 36:2,4,7,12
38:11 41:23 43:15
45:16 46:7 47:7
48:3,8,19 50:5,9,17
50:21 51:3,6,12
55:6,18 59:14 60:6
61:21 64:18,24 66:2
68:5,7,17
**unable**
16:17 17:6 28:21
29:13

**understand**
14:5 21:22 41:15
43:24 49:2 55:22
65:7
**understanding**
9:6 21:21 22:1 26:3
27:9,17 32:5,9
34:24 35:1 39:13
43:7
**unique**
20:4
**unit**
7:8,14,18,24 8:19,20
12:1,2,4,8,9,10,11
12:23 13:5,20,24
14:11,17 15:1,9,23
16:2 17:5,20 18:10
18:19,23 19:2,19,24
20:5 21:3 22:3,16
22:18,21,22,24 23:5
29:6,11 30:22 35:8
35:10 57:20 59:20
64:10
**UNITED**
1:1
**units**
14:3 15:18
**unrelated**
46:18
**unsafe**
24:15
**use**
39:6 43:12 45:21,24
**utilize**
43:23

---
**V**
---

**v**
1:4
**various**
6:21 45:12
**victim**
44:8
**violation**
44:8

---
**W**
---

**waived**
5:4
**want**
18:6 32:15 33:1,11
42:21 48:10 50:6,7
50:9 59:16,17,18
68:7,8,10
**wanted**
32:6 47:22
**wants**
11:2 51:22 64:2
**wasn't**
24:23
**we'll**
51:6 55:21
**we're**
20:15 25:24 51:1,7
68:4
**went**
34:11
**weren't**
48:13,16
**William**
1:11 3:2 5:8,22,24
6:9
**window**
58:18,19
**witness**
4:4 21:10 26:18 37:1
47:10 48:22 51:18
55:9,22 61:23 66:4
69:6
**wondering**
57:4
**word**
34:18 64:4,7,11
**work**
7:6,22 8:1 57:5 64:6
**worked**
37:10
**working**
26:8 62:15
**wouldn't**
23:20 24:16 43:13



55:4 66:10
**wrap**
52:15
**wrapping**
48:7
**write**
10:18
**writers**
8:7
**written**
17:11,17 19:5,12,17
29:8 54:15 57:23
**wrote**
57:11,18,21 58:20
62:16
**www.MagnaLS.com**
1:20

**X**

**X**
3:1,7

**Y**

**yeah**
6:19 10:23 16:7,14
26:18 35:20 45:16
51:6 58:17
**year**
8:3 27:18 56:18 61:4
61:5,6
**years**
6:15,16 8:2 9:3,4
27:6
**yell**
64:8
**Yep**
36:7

**Z**

**0**

**1**

**1**
4:16
**1/23/18**

66:20
**1/25/18**
64:16 68:12
**1/25/2018**
62:8
**1:04**
62:1 63:11
**10:00**
61:14
**10:03**
61:15
**10:12**
68:2
**10:14**
68:3
**10:15**
68:21
**14**
4:11,12
**15**
1:9
**1515**
2:11
**152**
36:16
**155**
36:16 68:10
**156**
38:11
**16**
4:10
**1635**
1:12
**17**
34:11
**1717**
2:6
**17th**
2:11
**18853**
2:3
**19-4078**
1:6
**19102**
1:14 2:12
**19103**

2:7
**19119**
2:3

**2**

**2**
42:7
**2/9/18**
68:13,15
**20**
56:6
**2018**
58:8
**2019**
58:9 59:4
**2020**
18:10 58:3,3,5 61:7
**2023**
16:22 17:3,8,17,22
17:23 18:4 26:11
56:7 57:12,15 58:19
58:21 59:4
**2024**
1:9
**215.356.7425**
2:4
**215.461.3300**
2:7
**215.683.5000**
2:12
**23**
16:23 34:12
**29**
4:11

**3**

**3**
42:6,10
**30(b)(6)**
14:20 29:18,23 32:1
32:3,13
**33**
3:10
**36**
3:11
**38**

3:12
**3910**
2:6
**3rd**
34:3,5,8

**4**

**400**
7:10
**41**
3:13
**45**
4:12

**5**

**5**
3:4 4:10,16
**53**
3:14
**5414**
2:3

**6**

**7**

**750**
25:12

**8**

**8.7**
3:13 41:17
**8.8**
65:19
**8:50**
1:14
**80**
7:15
**866-624-6221**
1:19
**8th**
1:13

**9**

**9:19**
33:9
**9:22**
33:9

