# EXHIBIT "A"

Page 1

1

2     IN THE UNITED STATES DISTRICT COURT

      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3     PHILADELPHIA COUNTY

      CASE NO. 19-04078-RBS

4     ----------------------------------------x

5     EVELYN CINTRON,

6               Plaintiff,

7          v.

8     CITY OF PHILADELPHIA, et al,

9               Defendants.

10    ----------------------------------------x

11                         1717 Arch Street

                           Philadelphia, Pennsylvania

12

                           October 28, 2022

13                         11:03 a.m.

14

15            VIDEOTAPED DEPOSITION of EVELYN

16    CINTRON, the Plaintiff, held at the

17    above-entitled time and place, taken before

18    Carolyn Crescio, a Professional Shorthand

19    Reporter and Notary Public of the State of

20    Pennsylvania.

21

22

23                *       *       *

24

25

Page 86

1                           E. CINTRON

2            And they did this behind my back because

3       neither sergeants informed me that they were

4       going to do that, because if they had informed

5       me, I would have -- it was a standing order on

6       my part that the center was to remain closed.

7       And they went behind my back because Ted told

8       them to open it and not to listen to me.

9            Q.    So are Faust and Irving the two

10      sergeants in the PAL unit?

11           A.    Yes.

12           Q.    And who is it that told you Ted told

13      them to do this?

14           A.    Both sergeants.  Ted Qualli was

15      called to come to the center again.  This time

16      when he showed up at the center, he confirmed

17      what the sergeant said.  He told me, Lieutenant,

18      like I told you, you are not -- I spoke to the

19      board, and you're not allowed to shut down the

20      center.  We would lose a lot of funding if they

21      know that this is not a viable center.

22           And I stated to him that money, the money

23      that they get for the center was not more

24      important than the safety of the kids.

25           And I later found out that they were

1                          E. CINTRON

2              Q.    If you were aware of the meetings,

3      were you told that you were not invited?

4              A.    They told me that I would be getting

5      an Outlook invite every month, which I never

6      did.  And when I asked why I wasn't attending

7      these meetings, Ted said they only wanted --

8              (Court reporter clarification.)

9              A.    Ted Qualli stated that they only

10     wanted to meet with him.

11             Q.    And so when you say -- who do you --

12     who are you referring to by "they"?

13             A.    When I would ask him why I was being

14     excluded from the decision-making meetings that

15     they held monthly with Bernie Prazenica and Ron

16     Rabena, he told me they only wanted to meet with

17     him.

18             Q.    As the executive director for PAL?

19             A.    Yes.

20             Q.    And was it meetings with the board

21     or meetings with only Ron and Prazenica?

22             A.    It was both.  Sometimes they would

23     meet with the board, but the monthly meeting was

24     just with Ron Rabena.  I don't know who else

25     would attend because I wasn't there, but the

Page 104

1                    E. CINTRON

2          Q.    So this was a general meeting, you

3    said?

4          A.    Yes.

5          Q.    And when did that occur?

6          A.    2016.

7          Q.    Was this the only meeting you

8    attended?

9          A.    No, I would go to the general

10   meetings.  The meetings I wasn't invited to were

11   the decision-making meetings.

12         Q.    So is it your testimony that no

13   decisions were made during general meetings?

14         A.    No.  That was just the reporting

15   from the different committees, the different

16   committees reporting out.

17         Q.    So I guess what I'm trying to find

18   out is if no decisions were being made during

19   the general meetings, why are Ted, Bernie, and

20   Ron going, like, to have a sidebar?

21         A.    That's something you have to ask

22   them.

23         Q.    So you don't know what they were

24   deciding?

25         A.    Well, no, they were talking about

Page 105

1                          E. CINTRON

2        the topics that would come up or that I would

3        bring up.

4              Q.    And -- but you don't know what they

5        discussed during those sidebars?

6              A.    No.

7              Q.    I want to again ask -- the exclusion

8        from the meetings, how do you know you were

9        excluded from the meetings based on your

10       national origin?

11             A.    I was a female commander in an

12       important unit like PAL, and I was being

13       excluded from attending the meetings that had to

14       do with making decisions under my authority as

15       commanding officer.  Yet all of the males that

16       were also involved making decisions would be at

17       these meetings.  So it's -- it was -- you know,

18       it was vividly known that it was me who they

19       didn't want in the meeting.

20             Q.    So what I want to know is, they

21       didn't want you in the meeting, how do you know

22       that had to do with your national origin?

23             A.    I'm the top female commander at PAL

24       responsible for making decisions, responsible

25       for the officers, responsible for the kids,

Page 120

1                        E. CINTRON

2        is what they were doing.

3              Q.    So would they let a male Latino make

4        that --

5              A.    I don't know what they would do, but

6        I know that the previous commander was white,

7        and they didn't exclude him from the meetings.

8              Q.    How do you know that?

9              A.    Because they told me that Lieutenant

10       Eddis would attend the meetings.

11             (Court reporter clarification.)

12             A.    Eddis.

13             Q.    E-D-D-I-S.

14             And so when you say "they," you're

15       referring to Ron, Bernie, and Ted?

16             A.    Yes, when they told me that I would

17       be attending the same meeting as well, but then

18       was not invited to attend.  I was definitely

19       treated different than my male counterparts in

20       the unit.

21             Q.    Well, so let me ask a more specific

22       question because then maybe I can focus what I'm

23       asking next.

24             You're saying that you felt treated

25       differently as a female.  And because, for

1                       E. CINTRON

2    example, it was all men in those meetings.  What

3    I'm asking you is, is there anything

4    specifically, not including being a female, are

5    there any instances where you felt Bernie

6    treated you differently because you're a Latina?

7    Excluding your gender.  Leave that aside for the

8    moment.

9          A.    I just explained that to you.

10   You're treating me differently when you won't do

11   this to a male commander.  You're treating me

12   differently when, as the female commander of the

13   unit, you're excluding me from meetings that I

14   should be attending to make decisions.

15         Q.    Do you know how long Officer Eddis

16   was the commanding officer for PAL?

17         A.    No.

18         Q.    And do you know who's the commanding

19   officer before Eddis?

20         A.    No, I don't recall.

21         Q.    So how do you know that Commanding

22   Officer Eddis wasn't excluded from any of the

23   meetings?

24         A.    I don't know if he was excluded from

25   any of the meetings, but according to Ted, he

Page 122

1                        E. CINTRON

2        attended the monthly meetings with Eddis when

3        Eddis was there.

4               Q.    So your understanding of his

5        attendance is from Ted?

6               A.    And Bernie Prazenica and Ron, when

7        they told me that -- when I came to PAL, that I

8        would attend the same meetings, and it's

9        attended with Ted on a monthly basis to talk

10       about the problems and where they would make the

11       decisions for PAL.  So I was told that I would

12       be invited, just like Lieutenant Eddis would be

13       invited -- was attending those meetings, but I

14       wasn't.

15              Q.    Just so I'm clear, you have no

16       personal knowledge from Commanding Officer

17       Eddis, what meetings he attended or did not; is

18       that correct?

19              A.    My knowledge came from Bernie

20       Prazenica and Ron Rabena.

21              Q.    Apart from being excluded from the

22       meetings, and Bernie not shaking your hand, what

23       other incidents can you identify where you felt

24       you were treated differently because of being

25       Latina or a female, by PAL?

Page 126

1                    E. CINTRON
2      she was relaying from Bernie and Ron Rabena.
3            Q.    Did Bernie ever tell you that they
4      sent Maureen Rush to deliver that message to
5      you?
6            A.    No.  She told me.  She confirmed it.
7            Q.    Did Ron or Ted ever tell you that
8      they sent her to deliver the message?
9            A.    No.  But Ted was the one that
10     delivered the message under false pretense that
11     I was meeting with her for programs.
12                     (Email is received and marked as
13                 Exhibit PAL-5 for identification, as
14                 of this date.)
15           Q.    This, Ms. Cintron, if you -- this
16     was produced separately, but I believe it's
17     related to PAL-3, looks to be -- they have the
18     same subject matter and time frame.
19           A.    Yes.
20           Q.    And in PAL-3, it says:  Does the
21     time on 10/24 work for you?  This was a date
22     proposed by Ms. Faust.  And in PAL-5, Ted
23     responds to you -- PAL-5 is the one I just gave
24     you.
25           A.    This one?