IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVELYN CINTRON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 19-4078 |
| CITY OF PHILADELPHIA, et al., | : |
| Defendants. | : |

## STIPULATION TO DISMISS JOSEPH SULLIVAN WITH PREJUDICE

The parties stipulate that Plaintiff Evelyn Cintron withdraws all claims made against Joseph Sullivan in this matter with prejudice. Plaintiff further agrees that Joseph Sullivan is dismissed from this action as a defendant with prejudice.

s/ Sharon E. Ulak
Sharon E. Ulak
Divisional Deputy City Solicitor
*Attorney for Defendants*

Marilyn Rigmaiden-Deleon, Esquire
*Attorney for Plaintiff*

Kevin Golden
*Attorney for Police Athletic League*