IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN CINTRON | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-4078 |
| | : | |
| CITY OF PHILADELPHIA et al | : | |

**ORDER**

**AND NOW**, this 22nd day of April 2025, it having been reported that the above captioned action has been resolved, it is hereby **ORDERED** as follows:[1]

1) Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; and

2) Defendants' Motions for Summary Judgment (ECF Nos. 79 and 80), and Motions in *Limine* (ECF Nos. 88, 89, 90, 91, 92, 93, 94, 95, 96, and 97), are **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] On April 22, 2025, Magistrate Judge Lynne A. Sitarski advised Chambers the parties had reached an agreement in principle to resolve the case.